```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Mark Nunez,

              Plaintiff/Petitioner(s),

       -against-

N.Y.C. Dep't of Corr., et al,

              Defendant/Respondent(s).
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: August 26, 2011

ORDER GRANTING IFP APPLICATION

11 Civ. 5845 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

SO ORDERED:

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: August 26, 2011
       New York, New York