UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
MARK NUNEZ,                                       Docket Number: 11 CV 5845 (LTS)
       -against-                                NOTICE OF ASSIGNMENT
                                                  PRO-SE
NYC DEPT OF CORRECTIONS ET AL,
--------------------------------------------------------

       The above-entitled action is:

[ ] Declined by Hon.
      As [ ]Related/ [ ] Similar to case #:

[X] Assigned to the Hon. LAURA TAYLOR SWAIN (LTS)
    [X] Designated / [ ] Redesignated Hon. THEODORE H. KATZ (THK),
Magistrate Judge

[ ] Accepted by Hon          as [ ] Related/ [ ] Similar to case #:
   [ ] Designated  [ ] Redesignated Hon. ,           Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number.

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                        Ruby J. Krajick
                                        Clerk of Court

Dated: 09/06/2011                          By:    SHANTE JONES
                                                  Deputy Clerk