UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mark Nunez,

       Plaintiff(s),

 -v-

New York Department of Corrections,

       Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 SEP 2011
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

11 Civ. 5845 (LTS)(THK)

LAURA TAYLOR SWAIN, District Judge

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing |   Particular Motion:_____ |
| | |   All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
      September 15, 2011

Copies mailed/faxed to Mr Nunez
Chambers of Judge Swain  9-16-11

              LAURA TAYLOR SWAIN
              United States District Judge