```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MARK NUNEZ,                   :
                              :
                              :  11 Civ. 5845 (LTS)(THK)
              Plaintiff,      :
                              :
    -against-                 :       ORDER
                              :
                              :       (Pro Se)
NEW YORK CITY DEPARTMENT OF   :
CORRECTION, et al.,           :
                              :
              Defendant.      :
                              :
------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

Plaintiff filed the Complaint in this action on August 18, 2011. Since that date, Plaintiff has done nothing to prosecute this action. On September 14, 2011, the Clerk of Court was directed to issue a Summons in this action, and Plaintiff was directed to serve the Summons and Complaint within 120 days of the issuance of the Summons. (See Order of Service, dated Sept. 14, 2009.) The Clerk issued a Summons on December 15, 2011, and mailed Plaintiff a service package pursuant to Federal Rule of Civil Procedure 4. On December 29, 2011, the service package was returned to the Court as undeliverable. Plaintiff has not made any submissions to the Court since August 18, 2011.

All parties have an obligation to keep the Court informed of their mailing addresses. Moreover, Plaintiff has an obligation to conscientiously prosecute this action.

COPIES MAILED
TO COUNSEL OF RECORD ON 3/29/12

Accordingly, by no later than **April 16, 2012**, Plaintiff must provide his current mailing address to the Court, and he must also indicate whether he intends to prosecute this action. **Failure to do so will result in a recommendation that this action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2012
       New York, New York