AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mark Nunez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-CV-05845 |
| N.Y.C. Department of Correction | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mark Nunez                                                                                                .

Date:  05/17/2012

/s
*Attorney's signature*

Jonathan S. Abady (JA - 5147)
*Printed name and bar number*

Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

*Address*

jabady@ecbalaw.com
*E-mail address*

(212) 763-5000
*Telephone number*

(212) 763-5001
*FAX number*