**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - X

        IN THE MATTER OF REASSIGNMENT

                     OF
    CASES FROM  MAGISTRATE
        JUDGE THEODORE H. KATZ

NOTICE OF REDESIGNATION
AND REASSIGNMENT OF
REFERRAL

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

MAGISTRATE JUDGE JAMES C. FRANCIS

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Redesignation and Reassignment of Referral on all defendants.

Dated: June 12, 2012

Ruby J. Krajick, CLERK

Philip Guarnieri
By: _____
Deputy Clerk

cc: Attorneys of Record

**Magistrate Judge Katz to Magistrate Judge Francis**

03-cv-3010

05-cv-7116

08-cv-8605

09-cv-7225

10-cv-4614

10-cv-7304

11-cv-160

11-cv-3562

11-cv-3986

11-cv-5845

11-cv-9285