UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARK NUNEZ; ET AL.,

                  Plaintiff(s),

Civil Action No. 11 CV 5845

-against-

**AFFIDAVIT OF SERVICE**

N.Y.C. DEPARTMENT
OF CORRECTION; ET AL.,

                  Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK  )
                            s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 13th day of June, 2012, at approximately 12:12 p.m., deponent served a true copy of the **Summons in a Civil Action; Amended Complaint; Judge's Rules and ECF Rules & Instructions** upon City of New York c/o Corporation Counsel at 100 Church Street, 4th Floor, New York, New York 10007 by personally delivering and leaving the same with Dmitriy Aronov, Service Window Clerk, who is authorized by appointment to accept service.

      Dmitriy Aronov is a white male, approximately 65 years of age, was seated at the time of service, weighs approximately 195 pounds, is bald on top with short gray hair and was wearing glasses.

Sworn to before me this
13th day of June, 2012

CONNIE ASARO #1126351

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014