UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARK NUNEZ, et al.,

**NOTICE OF APPEARANCE**

Plaintiffs,       11-CV-5845 (LTS) (THK)

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------------ x

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendants City of New York and Commissioner Dora Schriro, and requests that all future

papers in this action be served upon the undersigned at the address stated below.

Dated:   New York, New York
     June 25, 2012

       MICHAEL A. CARDOZO
       Corporation Counsel of the
        City of New York
       Attorney for Defendant
       100 Church Street
       New York, New York 10007
       (212) 788-1599

       By:     /s/
         Arthur G. Larkin (AL 9059)
         Senior Counsel

TO:  All Counsel (By ECF)