**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/12
```

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

June 29, 2012

**BY FACSIMILE # (212) 805-0426**
Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

This office represents the City and Commissioner Dora Schriro in the referenced matter. The Amended Complaint, brought by eleven (11) current and former inmates on Rikers' Island, alleges a pattern of excessive force in the City jails, and seeks money damages along with equitable relief. We write in order to seek an extension of time of sixty (60) days within which the City and individual defendants who are represented by the City may answer, move or otherwise respond to the complaint, to September 7, 2012. *Plaintiffs' counsel consents to this request.* We also write to inform the court that plaintiffs' counsel intend to amend the complaint to add one additional plaintiff at some point during the next several weeks. Plaintiffs' counsel intend that the additional plaintiff will both assert an individual claim for damages and proposed class claims. *Defendants have no objection* to the amendment of the complaint and the addition of another plaintiff who will assert both a claim for damages and the proposed class claims.

Application granted.
SO ORDERED.
6/29/12

James C. Francis IV
USMJ

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m
cc:   Hon. James C. Francis, IV (by facsimile # 212-805-7930)
      All Counsel (by facsimile)