UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARK NUNEZ, et al.,

                                      **NOTICE OF APPEARANCE**

                       Plaintiffs,   11-CV-5845 (LTS) (THK)

        -against-

THE CITY OF NEW YORK, et al.,

                       Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Diep Nguyen**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Commissioner Dora Schriro.

Dated:        New York, New York
                July 27, 2012

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              Attorney for Defendants
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 341-9848

                               By:            /s/
                                              Diep Nguyen
                                              Assistant Corporation Counsel

TO:    All Counsel (By ECF)