UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2843572*

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **2:07 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN ROSE AGRO** at **75–20 ASTORIA BLVD, % DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **C.O. "JOHN" BROWN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Bald** | **29** | **6"2"** | **250** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" BROWN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, % DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

1



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2043567*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **OMAR ALSTON (SHIELD # 14091)** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370**. That address being **the actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X______________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



UNITED STATES SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

*2842758*

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **SANDY ARKHURST (SHIELD # 18507 )** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X ______________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2042720*

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/22/2012** at **12:20 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **HADDON BAILLIE (SHIELD # 10470)** at **125–01 QUEENS BLVD, C/O NY CRIMINAL CT DEPT OF CORRECTION HOLDING PEN, Kew Gardens, NY 11415** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O.'JANE' GORDON, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **40** | **5"9"** | **200** |
| Other Features: | | | | | |

On **06/26/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **125–01 QUEENS BLVD, C/O NY CRIMINAL CT DEPT OF CORRECTION HOLDING PEN, Kew Gardens, NY 11415**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/26/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: ASHWINEE



Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042770*

**AFFIDAVIT OF SERVICE**

Index no : **11−cv−5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN BEHARI (SHIELD # 1603 )** at **09−09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO−WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **145** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post−paid wrapper addressed to said **Defendant** at **09−09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233−3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2043711*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No:

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/19/2012** at **10:54 AM**, I served the within **SUMMONS DATED MAY 24, 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ANTONIO BRAVO (SHIELD # 17297)** at **DONALD J KRANSTON/CJB FACILITY, RIKERS ISLAND, WOODSIDE, NY** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CAPTAIN "JANE" PRESTLEY, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **48** | **5'4"** | **145** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **CAPTAIN "JANE" PRESTLEY** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/20/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **DONALD J KRANSTON/CJB FACILITY, RIKERS ISLAND, WOODSIDE, NY** . That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/27/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: MARIA



Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2843562*

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **TODD BRISHNINSKY** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2042740*

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN ROBERT CRIPPS** at **75-20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **75-20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2842741*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **LARRY DAVIS SR** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2843566*

**AFFIDAVIT OF SERVICE**

Index no : **11-CV-5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **MALCOM DAVIS (SHIELD # 841 )** at **18-18 HAZEN STREET, % ANNA M KROSS CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **18-18 HAZEN STREET, % ANNA M KROSS CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Lorraine





UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2842763*

AFFIDAVIT OF SERVICE

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 18798.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WALTER DEAN (SHIELD # 17183 )** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2843573*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **2:07 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN EDMUND DUFFY** at **75–20 ASTORIA BLVD, % DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JOHN" BROWN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Bald** | **29** | **6"2"** | **250** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" BROWN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, % DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

1



UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2843691*

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No:

| Plaintiff: | **MARK NUNEZ ET AL** |
| --- | --- |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/19/2012** at **12:01 PM**, I served the within **SUMMONS DATED MAY 24, 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ASST DEPUTY WARDEN SHERMA DUNBAR (SHIELD #717)** at **7520 ASTORIA BLVD, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **C.O. "JOHN" BAILEY, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| **Male** | **Brown** | **Black** | **32** | **6"1"** | **190** |
| Other Features: **moustace** | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" BAILEY** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/20/2012 I** deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **7520 ASTORIA BLVD, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/27/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X ______________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: MARIA

EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042723*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**GERALD MURRAY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/22/2012** at **1:56 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN FADIMA (SHIELD # 1298 )** at **1 HALLECK ST, C/O VERNON C BAIN CENTER, Bronx, NY 10474** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MISS HALL, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **34** | **5'7"** | **150** |
| Other Features: | | | | | |

On **06/25/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **1 HALLECK ST, C/O VERNON C BAIN CENTER, Bronx, NY 10474**. That address being the **last known residence, usual place of abode of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/25/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
GERALD MURRAY
License#: 0872285
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042747*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **FLORENCE FINKLE** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2042722*

## AFFIDAVIT OF SERVICE

Index no : **11-CV-5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**GERALD MURRAY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/22/2012** at **1:56 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CORRECTION OFFICER GUTIERREZ (SHIELD # 11461 )** at **1 HALLECK ST, C/O VERNON C BAIN CENTER, Bronx, NY 10474** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MISS HALL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **34** | **5'7"** | **150** |
| Other Features: | | | | | |

On **06/25/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1 HALLECK ST, C/O VERNON C BAIN CENTER, Bronx, NY 10474**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/25/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
GERALD MURRAY
License#: 0872285
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2042745*

AFFIDAVIT OF SERVICE

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **MICHAEL HOURIHANE** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2842759*

AFFIDAVIT OF SERVICE

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CORY HUGHES (SHIELD # 18516 )** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2044349*

**AFFIDAVIT OF SERVICE**

Index no : **11-CV-5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No:

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/18/2012** at **2:21 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ASSISTANT DEPUTY WARDEN DANIELLE JOHNSON** at **75-20 ASTORIA BLVD RM 350, C/O DOC HEADQUARTERS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JOHN" BAKLEY, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Bald** | **32** | **5"10"** | **175** |
| Other Features: **MUSTACHE, BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" BAKLEY** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/20/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **75-20 ASTORIA BLVD RM 350, C/O DOC HEADQUARTERS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/20/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Lorraine





**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2842739*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN RONALD JORGENSEN** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5''10''** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014



Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

*2043560*

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CORRECTIONS OFFICER KIRKLAND** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Lorraine



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2842744*

**AFFIDAVIT OF SERVICE**

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CARMINE LABRUZZO** at **75-20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **75-20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2843569*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ROBERT LAMAR (SHIELD # 18472 )** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Lorraine



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2043570*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/03/2012** at **12:02 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **LOUIS LEONARD (SHIELD # 3479)** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CTR, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MARIE PAUL, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black/Grey** | **58** | **5'10"** | **160** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MARIE PAUL** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CTR, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP

Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042771*

**AFFIDAVIT OF SERVICE**

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN MASSEY** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy





EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042766*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN HERMAN MEDINA** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2043571*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **2:07 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN EVELYN MIRABAL** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JOHN" BROWN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Bald** | **29** | **6"2"** | **250** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" BROWN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

1





UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2042738*

AFFIDAVIT OF SERVICE

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **WARDEN KATHLEEN MULVEY** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014





EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2042761*

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ROBERT ORLANDI (SHIELD # 15929)** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2843574*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/16/2012** at **10:06 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN THEO PRIMM (SHIELD # 1497)** at **66–26 METROPOLITAN AVE, C/O CORRECTION ACADEMY RENTAR PLAZA, MIDDLE VILLAGE, NY 11381** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. WOMACK, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **34** | **5"7"** | **170** |
| Other Features: | | | | | |

On **07/17/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **66–26 METROPOLITAN AVE, C/O CORRECTION ACADEMY RENTAR PLAZA, MIDDLE VILLAGE, NY 11381**. That address being the **last known residence, usual place of abode of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/17/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: MARIA



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2843576*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/16/2012** at **10:06 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **QUINN (SHIELD # 18532)** at **66–26 METROPOLITAN AVE, C/O CORRECTION ACADEMY RENTAR PLAZA, MIDDLE VILLAGE, NY 11381** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. WOMACK, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **34** | **5"7"** | **170** |
| Other Features: | | | | | |

On **07/17/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **66–26 METROPOLITAN AVE, C/O CORRECTION ACADEMY RENTAR PLAZA, MIDDLE VILLAGE, NY 11381**. That address being the **last known residence, usual place of abode of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/17/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: MARIA





**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2042716*

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **11:11 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **DEPUTY WARDEN ERIC RAMOS** at **16–00 HAZEN ST, C/O OTIS BANTUM CORRECTION CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CORRECTION OFFICER MS HEWETT, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **53** | **5'2"** | **140** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **CORRECTION OFFICER MS HEWETT** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **16–00 HAZEN ST, C/O OTIS BANTUM CORRECTION CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

X ____________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2042757*

AFFIDAVIT OF SERVICE

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **REMY (SHIELD # 17286 )** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy



Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2043561*

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **REGINALD ROTHWELL (SHIELD # 18101)** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on 07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2042764*

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CORRECTION OFFICER SALLEY** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042748*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **DORA SCHRIRO** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2842742*

## AFFIDAVIT OF SERVICE

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/25/2012** at **12:24 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **MARK SCOTT** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black/Grey** | **40** | **5"10"** | **170** |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/27/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **75–20 ASTORIA BLVD, C/O DEPT OF CORRECTIONS, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042769*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ E AL** |
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN SISTRUNK** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

X ______________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014



UNITED STATES SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index no : **11-cv-5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **12:47 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **EDWIN SLOLY (SHIELD # 2094)** at **RIKERS ISLAND, GANG INTELLIGENCE UNIT, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **C.O. "JOHN" DAVIS, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **White** | **Brown** | **48** | **5'11"** | **190** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JOHN" DAVIS** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **RIKERS ISLAND, GANG INTELLIGENCE UNIT, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042756*

**AFFIDAVIT OF SERVICE**

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **JASON SOTO (SHIELD # 18062 )** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **145** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy



**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*2044351*

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No:

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/19/2012** at **11:15 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CORRECTIONAL OFFICER LISA THOMAS SHIELD # 18576** at **11–11 HAZEN ST, C/O ROBERT N DAVOREN COMPLEX, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **"JANE" SMALLWOOD, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **45** | **5'2"** | **130** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **"JANE" SMALLWOOD** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/20/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **11–11 HAZEN ST, C/O ROBERT N DAVOREN COMPLEX, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/20/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Lorraine

EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

*2042715*

**AFFIDAVIT OF SERVICE**

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| | |
|---|---|
| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **11:11 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ERIC THOMPSON (SHIELD # 18488 )** at **16–00 HAZEN ST, C/O OTIS BANTUM CORRECTION CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CORRECTION OFFICER MS HEWETT, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **53** | **5'2"** | **140** |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **CORRECTION OFFICER MS HEWETT** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **16–00 HAZEN ST, C/O OTIS BANTUM CORRECTION CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | MARK NUNEZ ET AL |
|---|---|
| Defendant: | CITY OF NEW YORK, ET AL ETC. |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **TUTEIN (SHIELD # 1643 )** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2843559*

AFFIDAVIT OF SERVICE

Index no : **11–CV–5845 (LTS) (THK)**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN WILLIAMS** at **18–18 HAZEN ST, C/O ANNA N KROSS CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Yellow** | **Black** | **45** | **5'4"** | **140** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **18–18 HAZEN ST, C/O ANNA N KROSS CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

1



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

*2842762*

AFFIDAVIT OF SERVICE

Index no : **11–cv–5845 ( LTS ) ( THK )**
Date of Purchase: **05/24/2012**
Office No: 1879.1

| Plaintiff: | MARK NUNEZ E AL |
|---|---|
| Defendant: | CITY OF NEW YORK ET AL ETC |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **ATEEN WILLIAMS (SHIELD # 17038 )** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO–WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **52** | **5'8"** | **150** |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **Defendant** at **09–09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on 06/29/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X ________________________
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233–3508 Clerk: Cindy

