EMERY CELLI BRINCKERHOFF & ABADY LLP
Conspicuous Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



Index no : 11-cv-5845 ( LTS ) ( THK )
Date of Purchase: **05/24/2012**
Office No:

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**MURRAY BROWNE**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/06/2012** at **2:14 PM**, at **22 POPLAR ST - PVT HOUSE, BRENTWOOD, NY 11717**, deponent attempted to make personal service of a true copy of the **SUMMONS DATED MAY 24, 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** in the above entitled action upon **EMMANUEL BAILEY** the **Defendant** therein named.

Deponent made prior attempts to effect personal service upon the said **Defendant** at the aforementioned address to wit: **07/03/2012 at 7:25 PM, 07/05/2012 at 7:47 AM, 07/06/2012 at 2:14 PM**.

Deponent spoke with **'JOHN' BAILEY, RELATIVE OF THE DEFENDANT** at aforementioned address, who stated to deponent that said Defendant lived there, and had no knowledge of place of employment of the Defendant. That personal service could not be made with due diligence upon the said **Defendant** and therefore deponent on **07/06/2012** at **2:14 PM** at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said **Defendant, EMMANUEL BAILEY** by affixing same to the door of **Defendant**, said **residence**, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copies thereof, and on **07/18/2012** I deposited in the United States mail another true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **22 POPLAR ST - PVT HOUSE, BRENTWOOD, NY 11717**. That address being the **last known residence, usual place of abode of the Defendant.**

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether the Defendant was in, or a dependant of a person in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York, or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to and subscribed before me on
07/31/2012

X _____
MURRAY BROWNE
License#:
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: MARIA

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2045619*

Index no : 11-CV-5845 (LTS) (THK)
Date of Purchase: 05/24/2012
Office No:

| Plaintiff: | **MARK NUNEZ ET AL** |
| --- | --- |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK       ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **08/10/2012** at **3:15 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **C.O. PAUL BUNTON SHIELD # 14371 SUED HEREIN AS BUTTONS** at **29-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the afformentioned documents with said **C.O. 'JOHN' ORTIZ, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Brown | Black | 35 | 5'11" | 220 |
| Other Features: **MUSTACHE** | | | | | |

On **08/13/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **29-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
08/13/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2043565*

Index no : 11-CV-5845 (LTS) (THK)
Date of Purchase: 05/24/2012
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/02/2012** at **11:33 AM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **SIDNEY DAVIES (SHIELD # 13893)** at **18-18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CHRISTINE NIGEN, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Yellow | Black | 45 | 5'4" | 140 |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **CHRISTINE NIGEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **07/03/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **18-18 HAZEN ST, C/O ANNA M KROSS CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/03/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy



UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2042772*

Index no : 11-cv-5845 ( LTS ) ( THK )
Date of Purchase: 05/24/2012
Office No: 1879.1

| Plaintiff: | **MARK NUNEZ E AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ET AL ETC** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/26/2012** at **12:30 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **CAPTAIN MAJORS** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **MS MARIE, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 52 | 5'8" | 150 |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **MS MARIE** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **06/29/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN ST, C/O GEORGE R VIERNO CENTER, East Elmhurst, NY 11370**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
07/10/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508  Clerk: Cindy



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

# UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no : 11-CV-5845 (LTS) (THK)
Date of Purchase: 05/24/2012
Office No:

| Plaintiff: | **MARK NUNEZ ET AL** |
| Defendant: | **CITY OF NEW YORK, ET AL ETC.** |

STATE OF NEW YORK COUNTY OF NEW YORK      ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **08/10/2012** at **3:15 PM**, I served the within **SUMMONS DATED MAY 24 2012 AND AMENDED COMPLAINT JURY TRIAL DEMANDED ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **C.O. SANTIAGO SHIELD # 13724 SUED HEREIN AS SANTIAGO** at **29-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' ORTIZ, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 35 | 5'11" | 220 |
| Other Features: **MUSTACHE** | | | | | |

On **08/13/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **29-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
08/13/2012

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2014

X _____
**SHEILA GRANT**
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

