UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
MARK NUNEZ; RODNEY BRYE, SHAMEIK SMALLWOOD;
TRAVIS WOODS; RALPH NUNEZ; KEITH BACOTE; JOSE
DEGROS; CHRISTOPHER GRAHAM; SONNY ORTIZ;
CLIFFORD SEWELL; and LESLIE PICKERING,

                Plaintiffs,

      vs.

CITY OF NEW YORK; DORA SCHRIRO, FLORENCE FINKLE,
MICHAEL HOURIHANE, CARMINE LABRUZZO, MARK      11-cv-5845
SCOTT, LARRY DAVIS, SR.; WARDENS ROSE AGRO,       (LTS) (JCF)
EMMANUEL BAILEY, ROBERT CRIPPS, EDMUND DUFFY,
RONALD JORGENSEN, EVELYN MIRABAL, KATHLEEN
MULVEY; DEPUTY WARDEN ERIC RAMOS; ASSISTANT
DEPUTY WARDEN DANIELLE JOHNSON; CAPTAINS
WILLIAMS, MAJORS, MASSEY, BEHARI (Shield # 1603),
SISTRUNK, BAIARDI, FADIMA (Shield #1298), THEO PRIMM
(Shield # 1497), SHERMA DUNBAR (Shield # 717), HERMAN
MEDINA; CORRECTIONS OFFICERS KIRKLAND,
REGINALD ROTHWELL (Shield # 18101), TODD
BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield # 13893),
MALCOM DAVIS (Shield # 841), OMAR ALSTON (Shield #
14091), WALTER DEAN (Shield # 17183), ATEEN WILLIAMS
(Shield # 17038), ROBERT ORLANDI (Shield # 15929), LOUIS
LEONARD (Shield # 3479), CORY HUGHES (Shield # 18516),
SANDY ARKHURST (Shield # 18507), ERIC THOMPSON
(Shield # 18488), QUINN (Shield # 18532), REMY (Shield #
17286), JASON SOTO (Shield #18062), BUTTONS, ANTONIO
BRAVO (Shield # 17297), SANTIAGO, TUTEIN (Shield # 1643);
ROBERT LAMAR (Shield # 18472), HADDON BAILLIE (Shield
# 10470), GUTIERREZ (Shield # 11461), "JANE" JONES,
"JOHN" GREGG, THOMAS, EDWIN SLOLY (Shield # 11678),
and JOHN/JANE DOES #1-64,

                Defendants.
--------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Rodney Brye, Shameik Smallwood, and Travis Woods, in their capacities as potential class representatives.

DATED:  New York, New York
August 30, 2012

        ROPES & GRAY LLP

        /s/ Amanda N. Raad
        Amanda N. Raad
        **ROPES & GRAY LLP**
        1211 Avenue of the Americas
        New York, New York  10036-8704
        E: amanda.raad@ropesgray.com
        T: 212-596-9000
        F: 212-596-9090