**MEMO ENDORSED**

# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300  Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

CHRISTOPHER J. BATTAGLIA
MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
ANDREW KOUTSOUDAKIS
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
LUIS A. SERRANO
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1330
jschatz@koehler-isaacs.com

September 4, 2012

**By Fax: (212) 805-7930**
Hon. James C. Francis
United States District Court
Southern District New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 9/6/12

Re:　　**Mark Nunez et al. v. City of New York et al.**
Docket Number:　　11 CV 5845 (LTS) (JCF)

Your Honor:

　　We represent individual correction officer defendant Jason Soto in this § 1983 inmate lawsuit. We write to request an enlargement of time to file answers on his behalf. At the time of sending this letter, we were unable to reach counsel for the City of New York and counsel for plaintiff for their consent to this request. This is our first request for an enlargement of time.

　　On August 17, 2012, we received a copy of a letter dated August 17, 2012, from Assistant Corporation Counsel Diep Nguyen, Esq., which was addressed to each above referenced defendant at his/her work address. The letter informed each defendant that (1) the Office of the Corporation Counsel is unable to represent him in this action; and (2) he must answer the complaint in this action "within the next thirty (30) days." Upon our receipt, we immediately sent a letter to the defendant at his last known home address requesting that he contact the undersigned to discuss representation by this firm.

　　We have recently been advised by the defendant that he wishes to be represented by our firm. However, since we have not yet had an opportunity to meet with the defendant, we would like additional time to do so and to investigate the allegations contained in the complaint. As such, we respectfully request an

**KOEHLER & ISAACS LLP**

Hon. James C. Francis, U.S.D.J.
September 4, 2012
Page 2

enlargement of time until October 5, 2012 to respond to this action. We thank you for your consideration of this request.

                                            Sincerely,
                                            KOEHLER & ISAACS LLP

                                            By: _____
                                            Julie Pearlman Schatz, Esq. (JS 6474)

cc:     **By Fax: (212) 763-5001**
        **Jonathan S. Abady**
        Emery Celli Brinckerhoff & Abady, LLP

        **By Fax: (212) 509-8433**
        **Jonathan S. Chasan**
        Legal Aid Society

        **By Fax: (212) 763-5001**
        **Katherine R. Rosenfeld**
        Emery Celli Brinckerhoff & Abady, LLP

        **By Fax: (212) 509-8433**
        **Mary Lynne Werlwas**
        The Legal Aid Society

        **By Fax: (212) 763-5001**
        **Vasudha Talla**
        Emery Celli Brinckerhoff & Abady LLP

        **By Fax: (212) 596-9090**
        **Christopher Paul Conniff**
        Ropes & Gray LLP

        **By Fax: (646) 728-2737**
        **Joseph Gaughan Cleemann**
        Ropes & Gray LLP

9/6/12

Defendant Soto's time to respond to the complaint is extended to September 28, 2012.
SO ORDERED.
James C. Francis IV
USMJ

**KOEHLER & ISAACS LLP**
◆

Hon. James C. Francis, U.S.D.J.
September 4, 2012
Page 3

<u>*By Fax: (212) 841-5725*</u>

**William I. Sussman**
Ropes & Gray, LLP

<u>*By Fax: (212) 788-9776*</u>

**Arthur Gabriel Larkin, III**
The New York City Law Department

<u>*By Fax: (212) 788-9776*</u>

**Diep Nguyen**
New York City Law Department