UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARK NUNEZ; RODNEY BRYE, SHAMEIK
SMALLWOOD; TRAVIS WOODS; RALPH NUNEZ;
KEITH BACOTE; JOSE DEGROS; CIIR1STOPHER
GRAHAM; SONNY ORTIZ; CLIFFORD SEWELL; and
LESLIE PICKERING,

                            Plaintiff,

      -against-                        NOTICE OF
                                          APPEARANCE FOR
                                          DEFENDANT
CITY OF' NEW YORK; DORA SCHRIRO, FLORENCE    CORRECTION OFFICER
FINKLE, MICHAEL HOURIHANE, CARMINE               SOTO BY ANDREAS
LABRUZZO, MARK SCOTT, LARRY DAVIS, SR.;        KOUTSOUDAKIS, ESQ.
WARDENS ROSE AGRO, EMMANUEL BAILEY,
ROBERT CRIPPS, EDMUND DUFFY, RONALD           11CV5845 (LTS) (JCF)
JORGENSEN, EVELYN MIRABAL, KATHLEEN
MULVEY; DEPUTY WARDEN ERIC RAMOS;
ASSISTANT DEPUTY WARDEN DANIELLE
JOHNSON; CAPTAINS WILLIAMS, MAJORS,
MASSEY, BEHAR! (Shield # 1603), SISTRUNK,
BAIARDI, FADIMA (Shield #1298), THEO PRIMM (Shield
# 1497), SHERMA DUNBAR (Shield # 717), HERMAN
MEDINA; CORRECTIONS OFFICERS KIRKLAND,
REGINALD ROTHWELL (Shield # 18101), TODD
BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield #
13893), MALCOM DAVIS (Shield # 841), OMAR
ALSTON (Shield # 14091), WALTER DEAN (Shield #
17183), ATEEN WILLIAMS (Shield # 17038), ROBERT
ORLANDI (Shield # 15929), LOUIS LEONARD (Shield #
3479), CORY IIUGHES (Shield # 18516), SANDY
ARKHURST (Shield # 18507), ERIC THOMPSON
(Shield # 18488), QUINN (Shield # 18532), REMY
(Shield # 17286), JASON SOTO (Shield #18062),
BUTTONS, ANTONIO BRAVO (Shield #17297),
SANTIAGO, TUTEIN (Shield # 1643); ROBERT LAMAR
(Shield # 18472), HADDON BAILLIE (Shield # 10470),
GUTIERREZ (Shield # 11461), "JANE" JONES,
"JOHN" GREGG, THOMAS, EDWIN SLOLY (Shield #
11678), and JOHN/JANE DOES #1-64,

                                    Defendants.
----------------------------------------------------------------x

To the Clerk of this Court and all parties and attorneys of record, please enter the appearance of the undersigned as lead counsel for individually named defendant CORRECTION OFFICER SOTO. I declare pursuant to 28 U.S.C. § 1746 that I am admitted to practice before this Court.

Dated: New York, New York
       September 10, 2012

                                  **KOEHLER AND ISAACS LLP**
                                  Attorneys for Defendant
                                  61 Broadway, 25th Floor
                                  New York, NY 10006
                                  917 551 1317

By: _____
     **ANDREAS KOUTSOUDAKIS, ESQ. (AK4162)**