ME... ...ORSED

# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300 Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

CHRISTOPHER J. BATTAGLIA
MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
ANDREW KOUTSOUDAKIS
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
LUIS A. SERRANO
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1330
jschatz@koehler-isaacs.com

September 26, 2012

**By Fax: (212) 805-7930**
Hon. James C. Francis
United States District Court
Southern District New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/12

Re:    **Mark Nunez et al. v. City of New York et al.**
Docket Number:    **11 CV 5845 (LTS) (JCF)**

Your Honor:

We represent individual correction officer defendant Edwin Sloly in this § 1983 inmate lawsuit. We write to request an enlargement of time to file an answer on his behalf. At the time of sending this letter, we were unable to reach counsel for the City of New York, but were able to receive consent from the plaintiffs' counsel. This is the first request for an enlargement of time for this Defendant by this office.

On September 19, 2012, we received a copy of a letter dated September 19, 2012, from Assistant Corporation Counsel Shawn Raymond Clark, Esq., which was addressed to Mr. Sloly at his work address. The letter informed him that (1) the Office of the Corporation Counsel is unable to represent him in this action; and (2) he must answer the complaint in this action "within the next thirty (30) days." Upon our receipt, we immediately sent a letter to the defendant at his last known home address requesting that he contact the undersigned to discuss representation by this firm.

We have been unable to reach him to date, and would like additional time to do so, as well as to investigate the allegations contained in the complaint and answer appropriately. As such, we respectfully

**KOEHLER & ISAACS LLP**

Hon. James C. Francis, U.S.D.J.
September 26, 2012
Page 2

request an enlargement of time until October 19, 2012 to file an answer. We thank you for your consideration of this request.

                                          Sincerely,
                                          KOEHLER & ISAACS LLP

                            By:      /s/
                                   Andreas Koutoudakis, Esq. (AK 4162)

cc:   *By Fax: (212) 763-5001*
      **Jonathan S. Abady**
      Emery Celli Brinckerhoff & Abady, LLP

      *By Fax: (212) 509-8433*
      **Jonathan S. Chasan**
      Legal Aid Society

      *By Fax: (212) 763-5001*
      **Katherine R. Rosenfeld**
      Emery Celli Brinckerhoff & Abady, LLP

      *By Fax: (212) 509-8433*
      **Mary Lynne Werlwas**
      The Legal Aid Society

      *By Fax: (212) 763-5001*
      **Vasudha Talla**
      Emery Celli Brinckerhoff & Abady LLP

      *By Fax: (212) 596-9090*
      **Christopher Paul Conniff**
      Ropes & Gray LLP

      *By Fax: (646) 728-2737*
      **Joseph Gaughan Cleemann**
      Ropes & Gray LLP

**KOEHLER & ISAACS LLP**

Hon. James C. Francis, U.S.D.J.
September 26, 2012
Page 3

*By Fax: (212) 841-5725*
**William I. Sussman**
Ropes & Gray, LLP

*By Fax: (212) 788-9776*
**Arthur Gabriel Larkin, III**
The New York City Law Department

*By Fax: (212) 788-9776*
**Diep Nguyen**
New York City Law Department

10/1/12
The time to answer is extended to November 30, 2012 to coincide with the deadline for other defendants.

SO ORDERED.

James C. Francis IV
USMJ