UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS
DOC
ELEC
DOC #:
DATE FILED: 10/1/12
```

------------------------------------------------------------x

MARK NUNEZ, et al.,

          Plaintiffs,

**STIPULATION AND ORDER**

11-CV-5845 (LTS) (JCF)

-against-

THE CITY OF NEW YORK, et al.,

          Defendants.

------------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that:

    (1) The date by which the City of New York (the "City"), and all other individual defendants whether or not represented by the City, must answer, move or otherwise respond to the Second Amended Complaint is extended from the previously agreed-upon date of September 28, 2012, to November 30, 2012;

    (2) The New York City Department of Correction ("DOC") shall accept by electronic means service of the summons and Second Amended Complaint on behalf of all defendants previously served with the summons and First Amended Complaint who are still employed by DOC, except for those defendants represented by the City as of the date of this stipulation, and with regard to all defendants in the latter category service may be made upon the City Law Department by regular mail and/or electronic means;

    (3) On or before October 30, 2012, the City shall inform plaintiffs' counsel of the names of all defendants no longer employed by DOC for whom DOC will accept service by electronic means; and

      (4)    This stipulation may be executed and filed in counterparts and/or bearing facsimile signatures.

Dated:    New York, New York
              September 27, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 788-1599

By: _____
    Arthur G. Larkin
    Senior Counsel

THE LEGAL AID SOCIETY
Prisoners' Rights Project
*Attorneys for Plaintiffs*
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-7980

By: Jonathan Chasan (vt)
    Jonathan S. Chasan, Esq.
    Mary Lynne Werlwas, Esq.

EMERY CELLI BRINCKERHOFF & ABADY
*Attorneys for Plaintiffs*
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

By: Vasudha Talla
    Jonathan S. Abady, Esq.
    Katherine Rosenfeld, Esq.
    Vasudha Talla, Esq.

- 2 -

ROPES & GRAY LLP
*Attorneys for Plaintiffs*
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

By: *Amanda Raad (vf)*
William I. Sussman, Esq.
Christopher P. Conniff, Esq.
Amanda Raad, Esq.

SO ORDERED:

*James C. Francis IV*
Hon. James C. Francis, IV, U.S.M.J.
10/1/12

- 3 -