**MEMO ENDORSED**



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DIEP NGUYEN
Assistant Corporation Counsel
Phone: (212) 341-9848
Fax: (212) 788-9776
dinguyen@law.nyc.gov

October 4, 2012

**BY FACSIMILE: (212) 805-7930**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Mark Nunez, et al. v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

We represent the City and certain individual defendants in this Section 1983 lawsuit. We write in order to request an extension of one business day of the deadline by which the City must respond to plaintiffs' letter concerning the protective order, from tomorrow, Oct. 5, 2012, to Tuesday, Oct. 9, 2012. This is the first request for any extension of this date. Plaintiffs do not object to this request. We seek additional time because today the City's lead attorney, Arthur Larkin, was required to assist in preparing a supplemental submission to the U.S. Court of Appeals for the Second Circuit in the matter Alan Newton v. City of New York, et al., 11 CV 2610, which was argued yesterday, and he will be out of the office tomorrow.

Thank you for your consideration herein.

10/4/12
Application granted.
SO ORDERED.

James C. Francis IV
USMJ

Respectfully submitted,

Diep Nguyen
Assistant Corporation Counsel

cc: All Counsel (by facsimile)