

# UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*2047999*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:40 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. BERTRAND, SHIELD #18841** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JANE" PUGH, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5'8" | 140 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JANE" PUGH** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2047989*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:00 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. PAUL BUNTON SHIELD # 14371 at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **"JANE" PAUL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | **BLACK/BLONDE** | 58 | 5'8" | 150 |
| Other Features: **GLASSES** | | | | | |

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine



# UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:00 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. ADRIAN DAVIS SHIELD # 12736 at **09-09 HAZEN STREET , C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **"JANE" PAUL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | BLACK/BLONDE | 58 | 5'8" | 150 |
| Other Features: **GLASSES** | | | | | |

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN STREET , C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508  Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**



*2048001*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:40 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **CAPTAIN DECLET, SHIELD # 652** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' PUGH, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5'8" | 140 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' PUGH** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

UNITED STATES SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**



Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:00 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. CARLOS DIAZ SHIELD # 17622** at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **"JANE" PAUL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | **BLACK/BLONDE** | 58 | 5'8" | 150 |
| Other Features: **GLASSES** | | | | | |

That at the time of service as aforesaid, I asked **"JANE" PAUL** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2047996*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**GERALD MURRAY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **11:36 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **CAPTAIN, ADEBOYE FADINA SHIELD # 1298** at **1 HALLECK STREET, C/O VERNON C BAIN CENTER, BRONX, NY 10474** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JOHN" CLARK, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Black | 34 | 5"10" | 185 |
| Other Features: **MUSTACHE** | | | | | |

On **09/13/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1 HALLECK STREET, C/O VERNON C BAIN CENTER, BRONX, NY 10474**. That address being the **actual place of business of the Defendant.** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/13/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X_____
**GERALD MURRAY**
License#: 0872285
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

# UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2047993*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:55 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. AADAM GLENN SHIELD # 18616 at 11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370 in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **'JANE' SMALLWOOD, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 42 | 5'6" | 120 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **'JANE' SMALLWOOD** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2047992*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:55 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. JEAN-SIMON SHIELD # 18692 at 11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370 in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **'JANE' SMALLWOOD**, **CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 42 | 5'6" | 120 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **'JANE' SMALLWOOD** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TALBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2047995*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:55 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **CAPTAIN ASHAKI JONES SHIELD # 694** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **'JANE' SMALLWOOD, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 42 | 5'6" | 120 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **'JANE' SMALLWOOD** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action/against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667011
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2048000*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:40 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. LORENZO, SHIELD # 18667** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JANE" PUGH, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5'8" | 140 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JANE" PUGH** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

| | |
|---|---|
| **UNITED STATES SOUTHERN DISTRICT OF NEW YORK** |  *2047983* |
| **AFFIDAVIT OF SERVICE** | Index no : 11-CV-5845 (LTS) (JCF)<br>Office No: |

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **10:50 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. JAMAR MCMORRIS, SHIELD # 13605 at **18-18 HAZEN STREET, % ANNA M KROSS CENTER (AMKC), EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **CAPT. 'JOHN' HILL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Bald | 48 | 6'2" | 200 |
| Other Features: **MUSTACHE,BEARD** | | | | | |

That at the time of service as aforesaid, I asked **CAPT. 'JOHN' HILL** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **18-18 HAZEN STREET, % ANNA M KROSS CENTER (AMKC), EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508  Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2047985*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **3:47 PM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **WARDEN, CARLTON NEWTON** at **75-20 ASTORIA BLVD, C/O DEPT OF CORRECTION HEADQUARTERS, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. 'JOHN' HERNANDEZ, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Brown | 55 | 6" | 190 |
| Other Features: **glasses** | | | | | |

That at the time of service as aforesaid, I asked **C.O. 'JOHN' HERNANDEZ** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant at 75-20 ASTORIA BLVD, C/O DEPT OF CORRECTION HEADQUARTERS, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508  Clerk: ASHWINEE



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2047991*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:55 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **CAPTAIN RICHARD O'CONNOR SHIELD # 915** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **'JANE' SMALLWOOD, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 42 | 5'6" | 120 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **'JANE' SMALLWOOD** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **11-11 HAZEN STREET, C/O ROBERT N DAVENPORT COMPLEX, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4660012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508  Clerk: ASHWINEE



# UNITED STATES SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:00 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. JAIME ROMAN SHIELD # 18735** at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **"JANE" PAUL, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | BLACK/BLONDE | 58 | 5'8" | 150 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **"JANE" PAUL** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aformentioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **09-09 HAZEN STREET, C/O GEORGE R VIERNO CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2847997*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:40 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. SANCHEZ, SHIELD # 17430** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **C.O. "JANE" PUGH, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5'8" | 140 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JANE" PUGH** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667010
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Lorraine



EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2847998*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **09/12/2012** at **9:40 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on **C.O. WELDON, SHIELD # 15699** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **C.O. "JANE" PUGH, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5'8" | 140 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **C.O. "JANE" PUGH** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **09/14/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **1600 HAZEN STREET, C/O OTIS BANTUM CORRECTIONAL CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/14/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Lorraine

