EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2040099*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| Plaintiff: | **MARK NUNEZ ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**SHEILA GRANT**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **10/10/2012** at **10:55 AM**, I served the within **AMENDED SUMMONS SECOND AMENDED COMPLAINT; SDNY ECF RULES; AND JUDGE LAURA TAYLOR SWAIN'S RULES** on C.O. SELVIN STULTZ SHIELD # 9231 at **10-10 HAZEN STREET, C/O ERIC M TAYLOR CENTER, EAST ELMHURST, NY 11370** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **CAPT "JANE" JARRETT, CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 48 | 5'9" | 150 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **CAPT "JANE" JARRETT** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **10/11/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **10-10 HAZEN STREET, C/O ERIC M TAYLOR CENTER, EAST ELMHURST, NY 11370**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
10/11/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
SHEILA GRANT
License#: 1220131
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy

