UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARK NUNEZ; RODNEY BRYE; SHAMEIK SMALLWOOD;
TRAVIS WOODS; OSCAR SANDERS; RALPH NUNEZ; KEITH
BACOTE; JOSE DEGROS; CHRISTOPHER GRAHAM; SONNY
ORTIZ; CLIFFORD SEWELL; and LESLIE PICKERING,

                      Plaintiffs,

vs.

CITY OF NEW YORK; DORA SCHRIRO; FLORENCE FINKLE;
MICHAEL HOURIHANE; CARMINE LABRUZZO; MARK SCOTT;
LARRY DAVIS, SR.; WARDENS ROSE AGRO, EMMANUEL
BAILEY, ROBERT CRIPPS, EDMUND DUFFY, EVELYN
MIRABAL, KATHLEEN MULVEY, CARLTON NEWTON; DEPUTY
WARDENS RONALD JORGENSEN, ERIC RAMOS; ASSISTANT
DEPUTY WARDEN DANIELLE JOHNSON; CAPTAINS
WILLIAMS, MAJORS, MASSEY, BEHARI (Shield # 1603),
SISTRUNK, ADEBOYE FADINA (Shield #1298), THEO PRIMM
(Shield # 1497), SHERMA DUNBAR (Shield # 717), HERMAN
MEDINA, RICHARD O'CONNOR (Shield #915), DECLET (Shield #
652), ASHAKI JONES (Shield # 694), JOHN DOE # 14, JOHN DOE
#38; CORRECTIONS OFFICERS KIRKLAND, REGINALD
ROTHWELL (Shield # 18101), TODD BRISHINSKY, SALLEY,
SIDNEY DAVIES (Shield # 13893), MALCOLM DAVIS (Shield #
841), OMAR ALSTON (Shield # 14091), WALTER DEAN (Shield #
17183), ATEEN WILLIAMS (Shield # 17038), ROBERT ORLANDI
(Shield # 15929), LOUIS LEONARD (Shield # 3479), CARLOS DIAZ
(Shield # 17622), ADRIAN DAVIS (Shield # 12736), CORY HUGHES
(Shield # 18516), SANDY ARKHURST (Shield # 18507), ERIC
THOMPSON (Shield # 18488), QUINN (Shield # 18532), REMY
(Shield # 17286), JASON SOTO (Shield #18062), PAUL BUNTON
(Shield # 14371), ANTONIO BRAVO (Shield # 17297),
CHRISTOPHER SANTIAGO (Shield No. 13724), TUTEIN (Shield #
1643); ROBERT LAMAR (Shield # 18472), HADDON BAILLIE
(Shield # 10470), GUTIERREZ (Shield # 11461), AADAM GLENN
(Shield # 18616), THOMAS, EDWIN SLOLY (Shield # 11678),
NEGRON (Shield # 14362), JEAN-SIMON (Shield # 18692), JAMAR
MCMORRIS (Shield # 13605), JAIME ROMAN (Shield # 18735),
SELVIN STULTZ (Shield # 9231), SANCHEZ (Shield # 17430),
LORENZO (Shield # 18667), BERTRAND (Shield # 18841), WELDON
and JOHN/JANE DOES # 5-7, 11-13, 15-37, 39-59, 65-66,

                      Defendants.
------------------------------------------------------------------x

11-cv-5845
(LTS) (JCF)

CERTIFICATE
OF
SERVICE

I, Vasudha Talla, an associate at Emery Celli Brinckerhoff & Abady LLP, hereby certify under penalty of perjury that I am not a party to the above action, am over 18 years of age, and reside in the County of Brooklyn, New York.

On the 26th day of November 2012, I caused to be served a true and accurate copy of the **SECOND AMENDED COMPLAINT, filed September 4, 2012,** and the **AMENDED SUMMONS,** on Defendants Larry Davis, Sr., Kathleen Mulvey, and Emmanuel Bailey, by emailing true copies of the same to Carl DiCarlo, Esq., who is an attorney with the New York City Department of Corrections and who accepted service of these documents on behalf of these Defendants pursuant to the agreement of counsel and a Stipulation so-ordered by the Court on October 1, 2012 (Docket No. 38).

On the 26th day of November 2012, I caused to be served a true and accurate copy of the **SECOND AMENDED COMPLAINT, filed September 4, 2012,** and the **AMENDED SUMMONS,** on Defendant Ronald Jorgensen by depositing true copies of same enclosed in postpaid wrapper, in the post office or official depository under the exclusive care and custody of the United States Post Office Department within the State of New York upon the individual mentioned below:

> Ronald Jorgensen
> P.O. Box 294
> Staten Island, NY 10303

Dated: November 28, 2012
      New York, New York

_____
Vasudha Talla