**MEMO ENDORSED**



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9770
alarkin@law.nyc.gov

November 27, 2012

**BY FACSIMILE # (212) 805-7930**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #: _____
DATE FILED: 12/3/12

Re:   Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

We write in order to request an extension of two (2) additional weeks within which those defendants who have not yet answered must either do so, move or otherwise respond to the complaint, from this Friday, Nov. 30, to Friday, Dec. 14, 2012. Plaintiffs consent to an extension of time until December 14, 2012 for the defendants who have not yet answered to answer, move, or otherwise respond to the complaint. We seek this last extension for the following reasons. The disruptions caused by Hurricane Sandy forced office closings throughout the City, including the Law Department, from Oct. 29, through Nov. 2, 2012, and not all office services have been restored yet. (The undersigned still does not have a working office telephone.) In addition, it appears that the Department of Correction recently has completed, or will shortly complete, the vast majority of its internal investigations of the incidents in which the twelve (12) named plaintiffs were involved, thereby enabling the City's attorneys to interview the individual defendant-officers and make representation decisions. Until these internal investigations were completed, the City could not interview the involved officers because of the possible risk of conflicts. We believe that we can finish the interviews by the proposed Dec. 14th deadline.

Respectfully submitted,

*/s/ Arthur G. Larkin*
Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

cc:   All Counsel (by facsimile)

12/3/12
Application granted.
SO ORDERED.
*/s/ James C. Francis IV*
USMJ