EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

## UNITED STATES SOUTHERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE



*2052318*

Index no : 11-CV-5845 (LTS) (JCF)
Office No:

| | |
|---|---|
| Plaintiff: | MARK NUNEZ ETAL |
| Defendant: | CITY OF NEW YORK ETAL |

STATE OF NEW YORK COUNTY OF NEW YORK          ss.:

**JOSEPH BARNUM**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **11/28/2012 at 6:50 PM**, I served the within **SECOND AMENDED COMPLAINT AND SUMMONS ; SDNY ECF RULES, AND LAURA TAYLOR SWAIN'S RULES;** on **C.O. NEGRON (SHIELD # 14362)** at **31 SUMNER AVENUE PRIVATE HOUSE, YONKERS, NY 10705** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **EMILIA VARGAS, MOTHER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 65 | 5'4" | 135 |
| Other Features: | | | | | |

On **11/30/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **31 SUMNER AVENUE PRIVATE HOUSE, YONKERS, NY 10705**. That address being the **last known residence, usual place of abode of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
11/30/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X _____
JOSEPH BARNUM
License#:
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy

