UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARK NUNEZ; RODNEY BRYE, SHAMEIK SMALLWOOD; TRAVIS WOODS; RALPH NUNEZ; KEITH BACOTE; JOSE DEGROS; CIIR1STOPHER GRAHAM; SONNY ORTIZ; CLIFFORD SEWELL; and LESLIE PICKERING,

                                  Plaintiff,

    -against-                              NOTICE OF APPEARANCE FOR DEFENDANT CORRECTION OFFICER ROMAN BY ANDREAS KOUTSOUDAKIS, ESQ.

CITY OF' NEW YORK; DORA SCHRIRO, FLORENCE FINKLE, MICHAEL HOURIHANE, CARMINE LABRUZZO, MARK SCOTT, LARRY DAVIS, SR.; WARDENS ROSE AGRO, EMMANUEL BAILEY, ROBERT CRIPPS, EDMUND DUFFY, RONALD JORGENSEN, EVELYN MIRABAL, KATHLEEN MULVEY; DEPUTY WARDEN ERIC RAMOS; ASSISTANT DEPUTY WARDEN DANIELLE JOHNSON; CAPTAINS WILLIAMS, MAJORS, MASSEY, BEHAR! (Shield # 1603), SISTRUNK, BAIARDI, FADIMA (Shield #1298), THEO PRIMM (Shield # 1497), SHERMA DUNBAR (Shield # 717), HERMAN MEDINA; CORRECTIONS OFFICERS KIRKLAND, REGINALD ROTHWELL (Shield # 18101), TODD BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield # 13893), MALCOM DAVIS (Shield # 841), OMAR ALSTON (Shield # 14091), WALTER DEAN (Shield # 17183), ATEEN WILLIAMS (Shield # 17038), ROBERT ORLANDI (Shield # 15929), LOUIS LEONARD (Shield # 3479), CORY IIUGHES (Shield # 18516), SANDY ARKHURST (Shield # 18507), ERIC THOMPSON (Shield # 18488), QUINN (Shield # 18532), REMY (Shield # 17286), JASON SOTO (Shield #18062), BUTTONS, ANTONIO BRAVO (Shield #17297), SANTIAGO, TUTEIN (Shield # 1643); ROBERT LAMAR (Shield # 18472), HADDON BAILLIE (Shield # 10470), GUTIERREZ (Shield # 11461), "JANE" JONES, "JOHN" GREGG, THOMAS, EDWIN SLOLY (Shield # 11678), and JOHN/JANE DOES #1-64,

11CV5845 (LTS) (JCF)

                                  Defendants.
-------------------------------------------------------------x

      To the Clerk of this Court and all parties and attorneys of record, please enter the appearance of the undersigned as lead counsel for individually named defendant CORRECTION OFFICER JAIME ROMAN.  I declare pursuant to 28 U.S.C. § 1746 that I am admitted to practice before this Court.

Dated: New York, New York
       December 13, 2012

      **KOEHLER AND ISAACS LLP**
      Attorneys for Defendant
      61 Broadway, 25th Floor
      New York, NY 10006
      917 551 1317

By: _____
    **ANDREAS KOUTSOUDAKIS, ESQ. (AK4162)**