EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2852444*

Index no : 11-CV-5845
Office No: 1879.1

| Plaintiff: | MARK NUNEZ ET AL |
|---|---|
| Defendant: | CITY OF NEW YORK, ET AL ETC |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**JESSICA FELDMAN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **11/30/2012** at **8:54 AM**, I served the within **SECOND AMENDED COMPLAINT AND SUMMONS ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND JUDGE LAURA SWAINS'S RULES** on **RONALD JORGENSEN** at **790 ANNADALE ROAD PRIVATE HOUSE, Staten Island, NY 10312** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **JILLIAN JORGENSEN, RELATIVE OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 25 | 5'6" | 135 |
| Other Features: | | | | | |

That at the time of service as aforesaid, I asked **JILLIAN JORGENSEN** whether the **Defendant** was in, or a dependant of a person in the military service of the United States Government, or of the State of New York, and received a negative reply.

Upon information and belief based upon the conversation and observation as aforesaid I aver that **Defendant** is not in the military service of the United States Government, or of the State of New York, as that term is defined in the statutes of the State of NewYork, or of the Federal Soldiers and Sailors Civilian Relief Act.

On **12/06/2012** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **790 ANNADALE ROAD PRIVATE HOUSE, Staten Island, NY 10312**. That address being the **last known residence, usual place of abode of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
12/06/2012

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2014

X *[signature]* Jessica Feldman
JESSICA FELDMAN
License#: 1424828
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

