UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| MARK NUNEZ; RODNEY BRYE, SHAMEIK SMALLWOOD; TRAVIS WOODS; OSCAR SANDERS, RALPH NUNEZ; KEITH BACOTE; JOSE DEGROS; CHRISTOPHER GRAHAM; SONNY ORTIZ; CLIFFORD SEWELL; and LESLIE PICKERING, : : : : | 11-cv-5845 (LTS) (JCF)<br><br>**Notice of Appearance of Defendants Massey, Declet, Arkhurst, Santiago, Sanchez, Lorenzo, Bertrand, and Bunton** |
| Plaintiffs, : | |
| - against - : | |
| CITY OF NEW YORK; DORA SCHRIRO; FLORENCE FINKLE; MICHAEL HOURIHANE; CARMINE LABRUZZO; MARK SCOTT; LARRY DAVIS, SR.; WARDENS ROSE AGRO, EMMANUEL BAILEY, ROBERT CRIPPS, EDMUND DUFFY, EVELYN MIRABEL, KATHLEEN MULVEY, CARLTON NEWTON; DEPUTY WARDENS RONALD JORGENSON, ERIC RAMOS; ASSISTANT DEPUTY WARDEN DANIELLE JOHNSON; CAPTAINS WILLIAMS, MAJORS, MASSEY, BEHARI (Shield # 1603), SISTRUNK, ADEBOYE FADIMA (Shield # 1298), THEO PRIMM (Shield # 1497), SHERMA DUNBAR (Shield # 717),HERMAN MEDINA; RICHARD O'CONNOR (Shield # 915), DECLET (Shield # 652), ASHAKI JONES (Shield # 694), JOHN DOE #14, JOHN DOE #38; CORRECTIONS OFFICERS KIRKLAND, REGINALD ROTHWELL (Shield # 18101), TODD BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield # 13893), MALCOM DAVIS (Shield # 841), OMAR ALSTON (Shield # 14091), WALTER DEAN (Shield # 17183), ATEEN WILLIAMS (Shield # 17038), ROBERT ORLANDI (Shield # 15929), LOUIS LEONARD (Shield # 3479), CARLOS DIAZ (Shield # 17622); ADRIAN DAVIS (Shield # 12736), CORY HUGHES (Shield # 18516), SANDYARKHURST (Shield # 18507), ERIC THOMPSON (Shield # 18488), QUINN (Shield # 18532), REMY (Shield # 17286), JASON SOTO (Shield # 18062), PAUL BUNTON (Shield #14371), BUTTONS, ANTONIO BRAVO (Shield # 17297), CHRISTOPHER SANTIAGO (Shield # 13724), TUTEIN (Shield # 1643), ROBERT LAMAR (Shield # 18472), HADDON BAILLIE (Shield # 10470), GUTIERREZ (Shield # 11461), AADAM GLENN (Shield # 18616), THOMAS, EDWIN SLOLY (Shield # 11678), NEGRON (Shield # 14362), JEAN-SIMON (Shield #18692), JAMAR MCMORRIS (Shield # 13605), JAIME ROMAN (Shield # 18735), SELVIN STULTZ (Shield # 9231), SANCHEZ (Shield # 17430), LORENZO (Shield # 18667), BERTRAND (Shield # 18841), WELDON and JOHN/JANE DOES # 5-7, 11-13 15-37, 39-59, 65-66, | |
| Defendants. | |

----------------------------------------------------------------X

S I R S :

PLEASE TAKE NOTICE, that the defendants, MASSEY, DECLET, ARKHURST, SANTIAGO, SANCHEZ, LORENZO, BERTRAND, WELDON and BUNTON hereby appear in this action, and that PELTZ & WALKER have been retained as their attorneys, and they demand that a copy of all papers served in this action be served upon them at their office located at 222 Broadway, New York, New York 10038.

Dated: New York, New York
       December __, 2012

PELTZ & WALKER

Alexander Peltz (AP2791)
222 Broadway - 25th Floor
New York, New York  10038
(212) 349-6775
*Counsel for Defendants*
MASSEY, DECLET, ARKHURST,
SANTIAGO, SANCHEZ, LORENZO,
BERTRAND, WELDON and BUNTON

TO:    EMERY CELLI BRINCKERHOFF
       & ABADY LLP
*Attorneys for Plaintiffs*
*Mark Nunez; Rodney Brye,*
*Shameik Smallwood; Travis Woods;*
*Ralph Nunez; Keith Bacote; Jose Degros;*
*Christopher Graham; Sonny Ortiz;*
*Clifford Sewell; and Leslie Pickering,*
75 Rockfeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*
*Mark Nunez; Rodney Brye,*
*Shameik Smallwood; Travis Woods;*
*Ralph Nunez; Keith Bacote; Jose Degros;*
*Christopher Graham; Sonny Ortiz;*
*Clifford Sewell; and Leslie Pickering,*
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000
*Attorneys for Plaintiffs*
*Rodney Brye, Shameik*
*Smallwood; Travis Woods, in their*
*capacities as potential class representatives*

Arthur Larkin, Esq.
Diep Nguyen, Esq.
CORPORATION COUNSEL OF THE
CITY OF NEW YORK
100 Church Street
New York, New York 10007
(212) 341-9848

Andreas Koutsoudakis, Esq.
KOEHLER & ISSACS, LLP
61 Broadway, 25th Floor
New York, New York 10006
(917) 551-1300