

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

December 21, 2012

**BY FACSIMILE # (212) 805-7930**

Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/12

Re: <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

     We write in order to request one additional week to allow the parties to continue negotiations concerning a stipulation that would extend the City's time to answer in light of pending internal DOC investigations, and would also allow this lawsuit to proceed as a class action with regard to injunctive and/or declaratory relief. The parties have agreed to the arrangement in principle and we are attempting to finalize a suitable stipulation with appropriate language for Your Honor's consideration. This past week we exchanged with plaintiffs' counsel drafts of a proposed stipulation, and we expect to continue discussions after the Christmas holiday. Plaintiffs' counsel join in this request.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

cc: All Counsel (by facsimile)

12/21/12
Application granted,
SO ORDERED.
James C. Francis IV
USMJ