

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

December 28, 2012

**BY FACSIMILE # (212) 805-7930**

Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/12
```

Re:   Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

We write once again in order to request one additional week to allow the parties to continue negotiations concerning a stipulation that would extend the City's time to answer and would also allow this lawsuit to proceed as a class action with regard to injunctive and/or declaratory relief. Both sides have invested substantial time in the negotiations over the past two weeks, i.e., multiple drafts have been exchanged and the parties have conferred by telephone at length both this week and last. In addition, document discovery has continued; the City has produced approximately 240,000 pages of documents through the close of business today. Plaintiffs' counsel, again, join in this request.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

cc:   All Counsel (by facsimile)

12/28/12
Application granted.
SO ORDERED.
James C. Francis IV
USMJ