MEMO ENDORSED

# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
EISHA JAIN
ADAM R. PULVER
ZOE SALZMAN
SAM SHAPIRO
JULIA HINBOND
VASUDHA TALLA
JULIA FONG SHEKETOFF
JENNIFER M. KEIGHLEY

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

February 5, 2013

**By Facsimile (212) 805-7930**

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/13
```

Re:   *Nunez, et al., v. City of New York, et al.*, 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

This office, together with the Legal Aid Society Prisoners' Rights Project and Ropes & Gray LLP, are counsel for plaintiffs in the above-captioned matter. On January 7, 2013, Your Honor so-ordered a stipulation among plaintiffs and defendant The City of New York, among others, to certify this action as a class action (the "Stipulation"). Pursuant to paragraph 5 of the Stipulation, the parties were to confer about the appropriate content and methods of dissemination of notice to the class members and submit a proposed order and form of such notice to Your Honor by February 6, 2013.

Plaintiffs write to respectfully request an additional week, until February 13, 2013, to submit a proposed order and class notice to the Court. The parties have already exchanged drafts of the proposed order with opposing counsel and have conferred regarding its content and dissemination to the class. An additional week is necessary in order to finish these discussions and finalize the submission to the Court on the issue of class notice. Counsel for The City of New York consents to this request, which is the first such request by Plaintiffs.

Respectfully submitted,

Vasudha Talla

cc: All counsel (by facsimile)

2/6/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ