

# MEMO ENDORSED

| MICHAEL A. CARDOZO<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ARTHUR G. LARKIN<br>Senior Counsel<br>Phone: (212) 788-1599<br>Fax: (212) 788-9776<br>alarkin@law.nyc.gov |
|---|---|---|

February 14, 2013

**BY FACSIMILE # (212) 805-7930**

Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/13
```

Re:   Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

We write to request an additional, two-week extension of the date by which defendants' answer is due in this class action lawsuit, from February 15, 2013, to March 1, 2013. At this time, barring any unforeseen, extenuating circumstances, the City and those defendants whom the City represents expect to file their answer and affirmative defenses on the extended deadline of March 1, 2013, if this request is granted. *Plaintiffs consent to this request*. The parties have continued to work together to resolve disputes as they arise, and with the exception of disagreements concerning the method by which class notice should be distributed (which is the subject of a letter from plaintiffs of yesterday's date, to which the City will respond shortly), most have been resolved. Since our last request for an extension of this deadline, the City has produced an additional 3,000 pages of documents, mainly concerning jail audits, internal oversight of use of force incidents, and employee discipline.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

cc:   All Counsel (by facsimile)

2/19/13
Application granted. No further extensions.
SO ORDERED.
James C. Francis IV
USMJ