UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MARK NUNEZ, et al.,

                                                 :        NOTICE OF APPEARANCE

                    Plaintiffs,   :        11 CV 5845 (LTS)(JCF)

          - v. -                   :

THE CITY OF NEW YORK, et al.,    :

                                           :
                   Defendants.
-------------------------------------------------------- x

        PLEASE TAKE NOTICE, that Richard E. Signorelli and Bryan Ha of the Law Office of Richard E. Signorelli, hereby appear as counsel of record for ASHAKI JONES, a defendant in the above-captioned case.

Dated:  February 27, 2013
          New York, New York

                                               LAW OFFICE OF
                                               RICHARD E. SIGNORELLI

                                               /s/ Richard E. Signorelli

                        By:    _____
                                               Richard E. Signorelli (RS-7976)
                                               Bryan Ha (BH-5295)
                                               799 Broadway, Suite 539
                                               New York, NY 10003
                                               Telephone:    212 254 4218
                                               Facsimile:     212 254 1396
                                               rsignorelli@nycLITIGATOR.com℠
                                               www.nycLITIGATOR.com℠

FILING AND SERVICE VIA ECF