

**MEMO ENDORSED**

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

KIMBERLY M. SAVINO
Senior Counsel
Phone: (212) 356-2650
Fax: (212) 788-9776
ksavino@law.nyc.gov

March 1, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/13

**BY FACSIMILE # (212) 805-7930**

Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. In that capacity, I write concerning the status of one of the sixty-six (66) individually named defendants in this matter.

    On February 19, 2013, the Court granted defendants' request for a two-week extension of time until March 1, 2013 for City defendants to file an answer on behalf of the defendants that the City represents. Accordingly, the City will today be filing its answer on behalf of the fifty-three (53) defendants whom the City has decided to represent. It is also the City defendants understanding that twelve (12) other defendants whom the City does not represent at this time already have answered, or else will file their answer today. However, in regards to the last remaining individual defendant, former Correction Officer Alfredo Negron, the City has declined to represent him in this matter. This decision was made recently and a letter was sent to Mr. Negron this week. It does not appear that Mr. Negron has retained counsel, and we understand that union counsel, Koehler & Isaacs, cannot represent him either. As Mr. Negron is currently an unrepresented party it appears that he will need more time to file his answer to the Second Amended Complaint.

    Because the City does not represent Officer Negron, we are not formally requesting additional time on his behalf. However, we write in order to apprise the court of Mr. Negron's status, and to suggest that in fairness to him, the court permit some reasonable, additional time,

for Mr. Negron to retain counsel. While the court recently directed that there would be no further extensions of the City defendants' time to answer (see DE # 64 [Memo Endorsement 2/19/2013], that order appears to apply only to those defendants whom the City represents, a group that does not include Mr. Negron.

We suggest to Your Honor that thirty (30) additional days would be fair and reasonable, although as noted above we are not formally requesting such relief. We are available for a conference if the court believes it appropriate. In addition, the City will forward to Mr. Negron at his last known address a copy of any order issued by Your Honor.

Respectfully submitted,

Kimberly M. Savino
Assistant Corporation Counsel

cc:   All Counsel (by facsimile)

*[Handwritten order, dated 3/4/13:]* Defendant Negron shall answer by April 1, 2013, and the City shall forward a copy of this order to his last known address. SO ORDERED. James C. Francis IV