```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK NUNEZ et al.,                         :    STIPULATION
                                           :
                    Plaintiffs,            :
                                           :    11 CV 5845 (LTS) (JCF)
       -against-                           :
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                    Defendants.            :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendant Ashaki Jones may move, answer, or otherwise respond to the complaint filed in the above-captioned action is extended to and including April 1, 2013. Defendant Jones waives any defect in service of the Summons, Amended Complaint or Second Amended Complaint in this action.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and that a facsimile or electronic signature shall be sufficient for all purposes.

Dated: New York, New York
       February 27, 2013

LAW OFFICE OF                              EMERY CELLI BRINCKERHOFF
RICHARD E. SIGNORELLI                      & ABADY LLP

By: /s/ Richard E. Signorelli              By: _____
    Richard E. Signorelli (RS-7976)            Katherine Rosenfeld (KR-8525)
    Bryan Ha (BH-5295)                         Vasudha Talla (VT-1982)
    799 Broadway, Suite 539                    75 Rockefeller Plaza, 20th Floor
    New York, New York 10003                   New York, New York 10019
    Telephone: 212 254 4218                    Telephone: 212 763 5000
    Facsimile:  212 254 1396                   Facsimile: 212 763 5001
    rsignorelli@nycLITIGATOR.com℠
    www.nycLITIGATOR.com℠

Attorneys for Defendant Ashaki Jones

THE LEGAL AID SOCIETY
199 Water Street, 3rd Floor
New York, New York 10038
Telephone: 212 577 7980
Facsimile: 212 509 8433

Attorneys for Plaintiffs

SO ORDERED:

_James C. Francis IV_
U.S.M.J.
3/4/13