**MEMO ENDORSED**

# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
II ANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
EISHA JAIN
ADAM R. PULVER
ZOE SALZMAN
SAM SHAPIRO
JULIA EINBOND
VASUDHA TALLA
JULIA FONG SHEKETOFF
JENNIFER M. KEIGHLEY

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

February 28, 2013

*By Facsimile (212) 805-7930*

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/13
```

Re:   *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

This office, together with the Legal Aid Society Prisoners' Rights Project and Ropes & Gray LLP, is class counsel for the plaintiff class in this matter. We received the Court's order today regarding the manner of distribution of the class notice to the class in *Nunez, et al. v. City of New York, et al.* As the plaintiffs' letter dated February 13, 2013 and the City's letter dated February 19, 2013 stated, both parties agreed that the notice be posted in the housing areas, libraries, and receiving rooms, and that the City would certify every ninety (90) days that the notice remain posted. Rosenfeld Letter at 1; Larkin Letter at 6 ("The City's acceptance of Plaintiff's request that notice should be posted in visible places in the housing areas, libraries and receiving rooms, together with certification every ninety (90) days that the notice remains posted, is more than sufficient in this case, and is consistent with the recommendations of the Rules Advisory Committee."). We write to confirm that the Court's order today requires the agreed-upon certification every ninety (90) days that the notice remain posted in the areas described in the Court's order, in addition to the distribution to all inmates involved in "Class A" Use of Force incidents during the pendency of this action.

Respectfully submitted,

Vasudha Talla
Katherine Rosenfeld
Vasudha Talla

cc: All counsel (by facsimile)

3/4/13

SO ORDERED
James C. Francis IV