UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARK NUNEZ, et al.,

                                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

11-CV-5845 (LTS) (THK)

      **PLEASE TAKE NOTICE** that **Kimberly M. Savino**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Commissioner Dora Schriro.

Dated:     New York, New York
             March 5, 2013

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          of the City of New York
                                          Attorney for Defendants
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2650

                               By:            /s/
                                          Kimberly M. Savino
                                          Senior Counsel

TO:     All Counsel (By ECF)