UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MARK NUNEZ; RODNEY BRYE, SHAMEIK
SMALLWOOD; TRAVIS WOODS; RALPH NUNEZ;
KEITH BACOTE; JOSE DEGROS; CIIR1STOPHER
GRAHAM; SONNY ORTIZ; CLIFFORD SEWELL; and
LESLIE PICKERING,

                                                    Plaintiff,

                        -against-

CITY OF' NEW YORK; DORA SCHRIRO, FLORENCE
FINKLE, MICHAEL HOURIHANE, CARMINE
LABRUZZO, MARK SCOTT, LARRY DAVIS, SR.;
WARDENS ROSE AGRO, EMMANUEL BAILEY,
ROBERT CRIPPS, EDMUND DUFFY, RONALD
JORGENSEN, EVELYN MIRABAL, KATHLEEN
MULVEY; DEPUTY WARDEN ERIC RAMOS;
ASSISTANT DEPUTY WARDEN DANIELLE
JOHNSON; CAPTAINS WILLIAMS, MAJORS,
MASSEY, BEHAR! (Shield # 1603), SISTRUNK,
BAIARDI, FADIMA (Shield #1298), THEO PRIMM (Shield
# 1497), SHERMA DUNBAR (Shield # 717), HERMAN
MEDINA; CORRECTIONS OFFICERS KIRKLAND,
REGINALD ROTHWELL (Shield # 18101), TODD
BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield #
13893), MALCOM DAVIS (Shield # 841), OMAR
ALSTON (Shield # 14091), WALTER DEAN (Shield #
17183), ATEEN WILLIAMS (Shield # 17038), ROBERT
ORLANDI (Shield # 15929), LOUIS LEONARD (Shield #
3479), CORY IIUGHES (Shield # 18516), SANDY
ARKHURST (Shield # 18507), ERIC THOMPSON
(Shield # 18488), QUINN (Shield # 18532), REMY
(Shield # 17286), JASON SOTO (Shield #18062),
BUTTONS, ANTONIO BRAVO (Shield #17297),
SANTIAGO, TUTEIN (Shield # 1643); ROBERT LAMAR
(Shield # 18472), HADDON BAILLIE (Shield # 10470),
GUTIERREZ (Shield # 11461), "JANE" JONES,
"JOHN" GREGG, THOMAS, EDWIN SLOLY (Shield #
11678), and JOHN/JANE DOES #1-64,

                                                    Defendants.

-----------------------------------------------------------------x

**NOTICE OF
APPEARANCE FOR
DEFENDANT
CORRECTION OFFICER
SOTO, CORRECTION
OFFICER SLOLY and
CORRECTION OFFICER
ROMAN BY JULIE
SCHATZ, ESQ.**

11CV5845 (LTS) (JCF)

To the Clerk of this Court and all parties and attorneys of record, please enter the

appearance of the undersigned as lead counsel for individually named defendants

CORRECTION OFFICER SOTO and CORRECTION OFFICER ROMAN.   I declare

pursuant to 28 U.S.C. § 1746 that I am admitted to practice before this Court.


Dated: New York, New York
       March 15, 2013

                                        KOEHLER AND ISAACS LLP
                                        Attorneys for Defendant
                                        61 Broadway, 25th Floor
                                        New York, NY 10006
                                        917 551 1330


                    By: Julie Pearlman Schatz
                        JULIE SCHATZ, ESQ. (JS6474)