```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MARK NUNEZ, et al.,                    :  11 Civ. 5845 (LTS) (JCF)
                                       :
             Plaintiffs,               :
                                       :  ORDER
       - against -                     :
                                       :
CITY OF NEW YORK, et al.,              :
                                       :
             Defendants.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/13

A pretrial conference having been held on March 18, 2013, it is hereby ORDERED as follows:

1. The City of New York shall produce documents responsive to plaintiffs' second set of discovery requests on a rolling basis and shall complete production by July 31, 2013.

2. The parties shall submit letter briefs in connection with any unresolved discovery disputes as follows: opening letters by March 22, 2013, responses by April 5, 2013. Oral argument shall be held on April 10, 2013 beginning at 9:00 in courtroom 18-D.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 18, 2013

Copies mailed this date:

Jonathan S. Abady, Esq.
Katherine R. Rosenfeld, Esq.
Vasudha Talla, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Jonathan S. Chasen, Esq.
Legal Aid Society
199 Water Street, 3rd Floor
New York, NY 10038

Mary Lynne Werlwas, Esq.
The Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

William I. Sussman, Esq.
Joseph G. Cleemann, Esq.
Christopher Paul Conniff, Esq.
Amanda N. Raad, Esq.
Anna Friedberg, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Arthur G. Larkin, Esq.
Kim Savino, Esq.
Diep Nguyen, Esq.
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007

Bryan Ha, Esq.
Law Office of Richard Signorelli
799 Broadway, Suite 539
New York, NY 10003

Alexander Peltz, Esq.
Peltz & Walker
222 Broadway
New York, NY 10038

Julie Schatz, Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, NY 10006