UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

MARK NUNEZ, et al.,

                                                                 Plaintiffs    11-CV-5845 (LTS) (JCF)

               - against -

THE CITY OF NEW YORK, et al.,

                                                    Defendants.

------------------------------------------------------------------- X

### ORDER FOR NOTICE TO THE CLASS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/13
```

**IT IS HEREBY ORDERED** that:

1. Pursuant to orders of the Court entered on February 28, 2013 (Docket Entry # 65) and on March 4, 2013 (Docket Entry # 74) (the "Orders"), notice to the Class shall be given as specified in the Orders, i.e.,: (a) copies of the notice, in form annexed hereto as Exhibits (A) (English version) and B (Spanish version) shall both be posted by the Department of Correction in areas of all law libraries, housing areas, and receiving rooms of each City Jail (as defined in the notice) where it is reasonably calculated to be seen by inmates in the area, and such notices shall remain posted continuously thereafter by the Department of Correction throughout the pendency of this action; and (b) a copy of the notice, in both English and Spanish, in the form annexed hereto as Exhibit C (English and Spanish version) shall be provided by the Department of Correction to each inmate involved in a "Class A" Use of Force incident during the pendency of this action.

2. The Department of Correction shall certify compliance with paragraph 1(a), above, by April 19, 2013, and every ninety (90) days thereafter during the pendency of this action, that the notices remain posted in the areas described in paragraph 1(a), above.

33973694_3

Dated:    March 19, 2013

_____
U.S. Magistrate Judge James C. Francis

33973694_3

# EXHIBIT A

TO BE PRINTED ON 8 ½" X 14" SIZE PAPER
ENGLISH VERSION OF NOTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARK NUNEZ, et al.,                                    11-cv-5845
                                                       (LTS) (JCF)
                    Plaintiffs,
        vs.

CITY OF NEW YORK, et al.,

                    Defendants.
----------------------------------------------------------------x

### NOTICE TO INMATES IN THE CUSTODY OF
### THE NEW YORK CITY DEPARTMENT OF CORRECTION

On January 7, 2013, the Court in which this lawsuit is pending ordered that this action shall proceed as a class action.

The class is defined as all present and future inmates confined in jails operated by the New York City Department of Correction ("DOC" or "Department") except for the Eric M. Taylor Center and the Elmhurst and Bellevue Prison Wards (such jails are hereafter referred as the "City Jails" and such present and future inmates are hereafter referred to as the "Class").

The Class includes all present and future inmates in City Jails, including: the George R. Vierno Center, George Motchan Detention Center, Anna M. Kross Center, Robert N. Davoren Complex, West Facility, Rose M. Singer Center, Vernon C. Bain Center, Manhattan Detention Center, Brooklyn Detention Complex, Queens Detention Complex, North Infirmary Command, and the Otis Bantum Correction Center, which includes the Central Punitive Segregation Unit. The Class also includes all present and future inmates under the temporary custody and control of officers assigned to the Transportation Division and the Emergency Services Unit and to the court pens.

The Class alleges, among other things, that DOC staff members use unnecessary and excessive force against inmates, that DOC supervisory personnel and The City of New York have a policy of knowingly permitting, tolerating and encouraging this alleged misconduct, and that this alleged misconduct violates the Constitution and laws of the United States and the laws of the State of New York.

The Class seeks, among other things, a judgment from the Court declaring that the conduct of certain Defendants, as alleged by the Class, has violated and continues to violate the rights of the Plaintiffs and the Class under the Constitution and laws of the United States and the laws of the State of New York, and an injunction directing those Defendants to implement remedies to prevent inmates from being subjected to unlawful use of force by DOC staff members.

Page 1 of 2

TO BE PRINTED ON 8 ½" X 14" SIZE PAPER

The Defendants, who include the City of New York and DOC officials (the Commissioner, Deputy Commissioner of Investigation, Chief of Department, Deputy Chief of Department, and Assistant Chief of Security), expressly deny these allegations in their entirety and oppose in every respect the relief requested by the Class.

The Court has not yet decided whether any of the Class's allegations are true or, even if the allegations are true, whether the Plaintiffs or the Class are entitled to any relief.

Any final decision reached by the Court in this lawsuit will determine the rights of all Class members with respect to the claims for the declaratory and injunctive relief sought in the Complaint. Members of the Class may not be able to sue in a separate lawsuit for such declaratory and injunctive relief regarding the issues covered by this lawsuit.

THE LAWSUIT DOES NOT SEEK MONEY DAMAGES FOR THE CLASS. THIS CASE HAS NO EFFECT ON ANY INMATE'S ABILITY TO BRING AN INDIVIDUAL CLAIM FOR DAMAGES BASED ON AN ALLEGATION THAT HE OR SHE WAS SUBJECT TO EXCESSIVE FORCE.

The Court has appointed the following lawyers for the Class:

| | | |
|---|---|---|
| Legal Aid Society | Emery Celli Brinckerhoff & | Ropes & Gray LLP |
| Prisoners' Rights Project | Abady LLP | William I. Sussman |
| Jonathan S. Chasan | Jonathan S. Abady | Christopher P. Conniff |
| Mary Lynne Werlwas | Katherine Rosenfeld | Amanda Raad |
| 199 Water Street, 6th Floor | Vasudha Talla | Joseph G. Cleemann |
| New York, New York 10038 | 75 Rockefeller Plaza, 20th Floor | 1211 Avenue of the Americas |
| (212) 577-3530 | New York, NY 10019 | New York, NY 10036 |
| | (212) 763-5000 | (212) 596-9000 |

Any member of the Class may, but is not required to, apply to the Court to intervene in this lawsuit either *pro se* (on his or her own) or by an attorney of his or her choice. The District Judge in this lawsuit is the Hon. Laura Taylor Swain, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007; the Magistrate Judge in this lawsuit is the Hon. James C. Francis IV, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007. If a member of the Class does not intervene, his or her interests in this lawsuit will be represented by the Plaintiffs who are Class Representatives and by the attorneys for the Class.

Commencing no later than April 19, 2013, this notice must remain posted in English and in Spanish in each law library, each housing area, and each receiving room in each City Jail where it is reasonably calculated to be seen by inmates in the area during the pendency of this action. In addition, DOC must provide a copy of this notice in English and in Spanish to each inmate involved in a "Class A" Use of Force incident during the pendency of this action.

# EXHIBIT B

TO BE PRINTED ON 8 ½" X 14" SIZE PAPER
VERSIÓN EN ESPAÑOL DE NOTIFICACIÓN
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK
------------------------------------------------------------------------x
MARK NÚÑEZ y otros,　　　　　　　　　　　　　　　　　11-cv-5845
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(LTS) (JCF)
　　　　　　　　　　Demandantes,

　　　contra

CIUDAD DE NUEVA YORK, y otros,

　　　　　　　　　　Demandados.
------------------------------------------------------------------------x

## NOTIFICACIÓN A LOS RECLUSOS BAJO LA CUSTODIA DEL DEPARTAMENTO CORRECCIONAL DE LA CIUDAD DE NUEVA YORK

El 7 de enero de 2013, el Tribunal en el cual esta demanda está pendiente ordenó que la acción se desarrollara como una acción colectiva.

El grupo se define como todos los reclusos actuales y futuros de cárceles operadas por el Departamento Correccional ("DOC" por sus siglas en inglés, o "Departamento") de la ciudad de Nueva York, a excepción del Centro Eric M. Taylor y los centros penitenciarios de Elmhurst y Bellevue (estas cárceles se denominan en adelante "Cárceles de la ciudad" y los reclusos presentes y futuros se denominan, en adelante, el "Grupo").

El Grupo incluye a todos los reclusos presentes y futuros de las Cárceles de la ciudad, que incluyen las siguientes: Centro George R. Vierno, Centro de Detención George Motchan, Centro Anna M. Kross, Complejo Robert N. Davoren, West Facility, Centro Rose M. Singer, Centro Vernon C. Bain, Centro de Detención de Manhattan, Complejo de Detención de Brooklyn, Complejo de Detención de Queens, North Infirmary Command y Centro de Corrección Otis Bantum, que incluye la Unidad de Segregación Punitiva Central. El Grupo también incluye a todos los reclusos presentes y futuros bajo la custodia y el control temporales de los funcionarios asignados a la División de Transporte y la Unidad de Servicios de Emergencia, así como a las penitenciarías judiciales.

El Grupo sostiene, entre otras cosas, que los miembros del personal del DOC utilizan fuerza innecesaria y excesiva contra los reclusos, que los supervisores del DOC y la ciudad de Nueva York aplican la política de, a sabiendas, permitir, tolerar y alentar esta presunta mala conducta, y que la misma constituye una violación de la Constitución y las leyes de los Estados Unidos, así como de las leyes del Estado de Nueva York.

El Grupo procura obtener, entre otras cosas, una sentencia del Tribunal que declare que la conducta de algunos de los Demandados, como lo sostiene el Grupo, ha violado y continúa violando los derechos de los Demandantes y del Grupo de acuerdo con la Constitución, las leyes de los Estados Unidos y las leyes del Estado de Nueva York. También procura obtener una medida cautelar por la cual los Demandados deban poner en práctica recursos para evitar que los reclusos sean sometidos al uso ilegal de la fuerza por parte de los miembros del personal del DOC.

TO BE PRINTED ON 8 ½" X 14" SIZE PAPER

Los Demandados, que incluyen a la ciudad de Nueva York y a los funcionarios del DOC (Comisionado, Comisionado Adjunto de Investigación, Jefe de Departamento, Jefe Adjunto de Departamento y Subjefe de Seguridad), niegan expresamente estas acusaciones en su totalidad y se oponen en todos los aspectos a la reparación solicitada por el Grupo.

El Tribunal no ha decidido aún si los argumentos del Grupo son ciertos o, incluso aunque fueran ciertos, si los Demandantes o el Grupo tienen derecho a obtener una reparación.

Toda decisión definitiva adoptada por el Tribunal en este litigio determinará los derechos de todos los miembros del Grupo con respecto a las pretensiones de la reparación declaratoria y cautelar que la Demanda procura obtener. Es posible que los miembros del Grupo no puedan interponer una demanda por separado para lograr la reparación declaratoria y cautelar en relación con los asuntos objeto de este litigio.

<u>EL LITIGIO NO PROCURA OBTENER UN RESARCIMIENTO ECONÓMICO POR DAÑOS Y PERJUICIOS PARA EL GRUPO. ESTA CAUSA NO TIENE NINGÚN EFECTO SOBRE LA CAPACIDAD DE RECLUSO ALGUNO DE ENTABLAR UNA DEMANDA INDIVIDUAL POR DAÑOS Y PERJUICIOS EN BASE AL ARGUMENTO DE QUE FUE OBJETO DE FUERZA EXCESIVA.</u>

El Tribunal ha designado a los siguientes abogados para el Grupo:

| | | |
|---|---|---|
| Legal Aid Society | Emery Celli Brinckerhoff & | Ropes & Gray LLP |
| Prisoners' Rights Project | Abady LLP | William I. Sussman |
| Jonathan S. Chasan | Jonathan S. Abady | Christopher P. Conniff |
| Mary Lynne Werlwas | Katherine Rosenfeld | Amanda Raad |
| 199 Water Street, 6th Floor | Vasudha Talla | Joseph G. Cleemann |
| Nueva York, Nueva York | 75 Rockefeller Plaza, 20th Floor | 1211 Avenue of the Americas |
| 10038 | Nueva York, NY 10019 | Nueva York, NY 10036 |
| (212) 577-3530 | (212) 763-5000 | (212) 596-9000 |

Todo miembro del Grupo podrá solicitar al Tribunal su intervención como parte en este litigio, ya sea *pro se* (por su cuenta) o mediante un abogado de su elección, aunque no tendrá la obligación de hacerlo. La Jueza de Distrito en este litigio es la Honorable Laura Taylor Swain, Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York, 500 Pearl Street, Nueva York, NY 10007. El Juez de Paz en este litigio es el Honorable James C. Francis IV, Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York, 500 Pearl Street, Nueva York, NY 10007. Si algún miembro del Grupo no interviene como parte, sus intereses en este litigio estarán representados por los Demandantes que sean Representantes del Grupo, y por los abogados del Grupo.

A más tardar a partir del 19 de abril de 2013, esta notificación debe permanecer exhibida en inglés y en español en cada biblioteca de derecho, cada área de alojamiento y cada sala de recepción de cada una de las Cárceles de la ciudad donde se presuma razonablemente que podrá ser vista por los reclusos en el área durante la tramitación de esta acción. Además, el Departamento de Corrección deberá proporcionar una copia de esta notificación en inglés y en español a cada recluso involucrado en el incidente de Uso de Fuerza del "Grupo A" durante la tramitación de esta acción.

Pagina 2 of 2

# EXHIBIT C

ENGLISH VERSION OF NOTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARK NUNEZ, et al.,                                  11-cv-5845
                                                     (LTS) (JCF)
                Plaintiffs,

vs.

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------------x

## NOTICE TO INMATES IN THE CUSTODY OF
## THE NEW YORK CITY DEPARTMENT OF CORRECTION

On January 7, 2013, the Court in which this lawsuit is pending ordered that this action shall proceed as a class action.

The class is defined as all present and future inmates confined in jails operated by the New York City Department of Correction ("DOC" or "Department") except for the Eric M. Taylor Center and the Elmhurst and Bellevue Prison Wards (such jails are hereafter referred as the "City Jails" and such present and future inmates are hereafter referred to as the "Class").

The Class includes all present and future inmates in City Jails, including: the George R. Vierno Center, George Motchan Detention Center, Anna M. Kross Center, Robert N. Davoren Complex, West Facility, Rose M. Singer Center, Vernon C. Bain Center, Manhattan Detention Center, Brooklyn Detention Complex, Queens Detention Complex, North Infirmary Command, and the Otis Bantum Correction Center, which includes the Central Punitive Segregation Unit. The Class also includes all present and future inmates under the temporary custody and control of officers assigned to the Transportation Division and the Emergency Services Unit and to the court pens.

The Class alleges, among other things, that DOC staff members use unnecessary and excessive force against inmates, that DOC supervisory personnel and The City of New York have a policy of knowingly permitting, tolerating and encouraging this alleged misconduct, and that this alleged misconduct violates the Constitution and laws of the United States and the laws of the State of New York.

The Class seeks, among other things, a judgment from the Court declaring that the conduct of certain Defendants, as alleged by the Class, has violated and continues to violate the rights of the Plaintiffs and the Class under the Constitution and laws of the United States and the laws of the State of New York, and an injunction directing those Defendants to implement remedies to prevent inmates from being subjected to unlawful use of force by DOC staff members.

The Defendants, who include the City of New York and DOC officials (the Commissioner, Deputy Commissioner of Investigation, Chief of Department, Deputy Chief of Department, and Assistant Chief of Security), expressly deny these allegations in their entirety and oppose in every respect the relief requested by the Class.

The Court has not yet decided whether any of the Class's allegations are true or, even if the allegations are true, whether the Plaintiffs or the Class are entitled to any relief.

Any final decision reached by the Court in this lawsuit will determine the rights of all Class members with respect to the claims for the declaratory and injunctive relief sought in the Complaint. Members of the Class may not be able to sue in a separate lawsuit for such declaratory and injunctive relief regarding the issues covered by this lawsuit.

<u>THE LAWSUIT DOES NOT SEEK MONEY DAMAGES FOR THE CLASS. THIS CASE HAS NO EFFECT ON ANY INMATE'S ABILITY TO BRING AN INDIVIDUAL CLAIM FOR DAMAGES BASED ON AN ALLEGATION THAT HE OR SHE WAS SUBJECT TO EXCESSIVE FORCE.</u>

The Court has appointed the following lawyers for the Class:

| | | |
|---|---|---|
| Legal Aid Society | Emery Celli Brinckerhoff & | Ropes & Gray LLP |
| Prisoners' Rights Project | Abady LLP | William I. Sussman |
| Jonathan S. Chasan | Jonathan S. Abady | Christopher P. Conniff |
| Mary Lynne Werlwas | Katherine Rosenfeld | Amanda Raad |
| 199 Water Street, 6th Fl. | Vasudha Talla | Joseph G. Cleemann |
| New York, NY 10038 | 75 Rockefeller Plaza, 20th Floor | 1211 Avenue of the Americas |
| (212) 577-3530 | New York, NY 10019 | New York, NY 10036 |
| | (212) 763-5000 | (212) 596-9000 |

Any member of the Class may, but is not required to, apply to the Court to intervene in this lawsuit either *pro se* (on his or her own) or by an attorney of his or her choice. The District Judge in this lawsuit is the Hon. Laura Taylor Swain, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007; the Magistrate Judge in this lawsuit is the Hon. James C. Francis IV, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007. If a member of the Class does not intervene, his or her interests in this lawsuit will be represented by the Plaintiffs who are Class Representatives and by the attorneys for the Class.

Commencing no later than April 19, 2013, this notice must remain posted in English and in Spanish in each law library, each housing area, and each receiving room in each City Jail where it is reasonably calculated to be seen by inmates in the area during the pendency of this action. In addition, DOC must provide a copy of this notice in English and in Spanish to each inmate involved in a "Class A" Use of Force incident during the pendency of this action.

VERSIÓN EN ESPAÑOL DE NOTIFICACIÓN
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK
----------------------------------------------------------------x
MARK NÚÑEZ y otros,                                    **11-cv-5845**
                                                       **(LTS) (JCF)**
                    Demandantes,

           contra

CIUDAD DE NUEVA YORK, y otros,

                    Demandados.
----------------------------------------------------------------x

### NOTIFICACIÓN A LOS RECLUSOS BAJO LA CUSTODIA DEL DEPARTAMENTO CORRECCIONAL DE LA CIUDAD DE NUEVA YORK

El 7 de enero de 2013, el Tribunal en el cual esta demanda está pendiente ordenó que la acción se desarrollara como una acción colectiva.

El grupo se define como todos los reclusos actuales y futuros de cárceles operadas por el Departamento Correccional ("DOC" por sus siglas en inglés, o "Departamento") de la ciudad de Nueva York, a excepción del Centro Eric M. Taylor y los centros penitenciarios de Elmhurst y Bellevue (estas cárceles se denominan en adelante "Cárceles de la ciudad" y los reclusos presentes y futuros se denominan, en adelante, el "Grupo").

El Grupo incluye a todos los reclusos presentes y futuros de las Cárceles de la ciudad, que incluyen las siguientes: Centro George R. Vierno, Centro de Detención George Motchan, Centro Anna M. Kross, Complejo Robert N. Davoren, West Facility, Centro Rose M. Singer, Centro Vernon C. Bain, Centro de Detención de Manhattan, Complejo de Detención de Brooklyn, Complejo de Detención de Queens, North Infirmary Command y Centro de Corrección Otis Bantum, que incluye la Unidad de Segregación Punitiva Central. El Grupo también incluye a todos los reclusos presentes y futuros bajo la custodia y el control temporales de los funcionarios asignados a la División de Transporte y la Unidad de Servicios de Emergencia, así como a las penitenciarías judiciales.

El Grupo sostiene, entre otras cosas, que los miembros del personal del DOC utilizan fuerza innecesaria y excesiva contra los reclusos, que los supervisores del DOC y la ciudad de Nueva York aplican la política de, a sabiendas, permitir, tolerar y alentar esta presunta mala conducta, y que la misma constituye una violación de la Constitución y las leyes de los Estados Unidos, así como de las leyes del Estado de Nueva York.

El Grupo procura obtener, entre otras cosas, una sentencia del Tribunal que declare que la conducta de algunos de los Demandados, como lo sostiene el Grupo, ha violado y continúa violando los derechos de los Demandantes y del Grupo de acuerdo con la Constitución, las leyes de los Estados Unidos y las leyes del Estado de Nueva York. También procura obtener una medida cautelar por la cual los Demandados deban poner en práctica recursos para evitar que los reclusos sean sometidos al uso ilegal de la fuerza por parte de los miembros del personal del DOC.

Los Demandados, que incluyen a la ciudad de Nueva York y a los funcionarios del DOC (Comisionado, Comisionado Adjunto de Investigación, Jefe de Departamento, Jefe Adjunto de Departamento y Subjefe de Seguridad), niegan expresamente estas acusaciones en su totalidad y se oponen en todos los aspectos a la reparación solicitada por el Grupo.

El Tribunal no ha decidido aún si los argumentos del Grupo son ciertos o, incluso aunque fueran ciertos, si los Demandantes o el Grupo tienen derecho a obtener una reparación.

Toda decisión definitiva adoptada por el Tribunal en este litigio determinará los derechos de todos los miembros del Grupo con respecto a las pretensiones de la reparación declaratoria y cautelar que la Demanda procura obtener. Es posible que los miembros del Grupo no puedan interponer una demanda por separado para lograr la reparación declaratoria y cautelar en relación con los asuntos objeto de este litigio.

## EL LITIGIO NO PROCURA OBTENER UN RESARCIMIENTO ECONÓMICO POR DAÑOS Y PERJUICIOS PARA EL GRUPO. ESTA CAUSA NO TIENE NINGÚN EFECTO SOBRE LA CAPACIDAD DE RECLUSO ALGUNO DE ENTABLAR UNA DEMANDA INDIVIDUAL POR DAÑOS Y PERJUICIOS EN BASE AL ARGUMENTO DE QUE FUE OBJETO DE FUERZA EXCESIVA.

El Tribunal ha designado a los siguientes abogados para el Grupo:

| Legal Aid Society | Emery Celli Brinckerhoff & | Ropes & Gray LLP |
|---|---|---|
| Prisoners' Rights Project | Abady LLP | William I. Sussman; Christopher |
| Jonathan S. Chasan | Jonathan S. Abady; Katherine | P. Conniff; Amanda Raad; |
| Mary Lynne Werlwas | Rosenfeld; Vasudha Talla | Joseph G. Cleemann |
| 199 Water Street, 6th Fl. | 75 Rockefeller Plaza, 20th Floor | 1211 Avenue of the Americas |
| Nueva York, NY 10038 | Nueva York, NY 10019 | Nueva York, NY 10036 |
| (212) 577-3530 | (212) 763-5000 | (212) 596-9000 |

Todo miembro del Grupo podrá solicitar al Tribunal su intervención como parte en este litigio, ya sea *pro se* (por su cuenta) o mediante un abogado de su elección, aunque no tendrá la obligación de hacerlo. La Jueza de Distrito en este litigio es la Honorable Laura Taylor Swain, Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York, 500 Pearl Street, Nueva York, NY 10007. El Juez de Paz en este litigio es el Honorable James C. Francis IV, Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York, 500 Pearl Street, Nueva York, NY 10007. Si algún miembro del Grupo no interviene como parte, sus intereses en este litigio estarán representados por los Demandantes que sean Representantes del Grupo, y por los abogados del Grupo.

A más tardar a partir del 19 de abril de 2013, esta notificación debe permanecer exhibida en inglés y en español en cada biblioteca de derecho, cada área de alojamiento y cada sala de recepción de cada una de las Cárceles de la ciudad donde se presuma razonablemente que podrá ser vista por los reclusos en el área durante la tramitación de esta acción. Además, el Departamento de Corrección deberá proporcionar una copia de esta notificación en inglés y en español a cada recluso involucrado en el incidente de Uso de Fuerza del "Grupo A" durante la tramitación de esta acción.