```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUME...               │
│ ELECTRONIC...  FILED    │
│ DOC #: _____          │
│ DATE FILED: 4/2/13      │
└─────────────────────────┘
```



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**ARTHUR G. LARKIN**
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

**MEMO ENDORSED**

April 2, 2013

**BY FACSIMILE**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

We write jointly on behalf of plaintiffs and the City defendants in order to request the following modification to the schedule for the parties' respective discovery applications: Both sides have agreed, subject to Your Honor's approval, that opposition letters may be filed on or before April 12, 2013 (one week later than the current deadline of April 5, 2013), and that oral argument on the motions be adjourned from April 10, 2013, at 9:00 a.m., to either April 15, 2013, or April 18, 2013, anytime during the day if Your Honor's schedule permits. The reason we request additional time is that both sides wish to discuss further the matters raised in the parties' submissions of March 22, 2013, and we believe that additional good faith conferral - which we have tentatively scheduled for Monday, April 8, 2013 - could resolve some of those matters without the need for court intervention. This is the first request for any extension of these deadlines.

Respectfully submitted,

*[signature]*
Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m
cc: All Counsel (by E-mail)

*[handwritten endorsement, 4/2/13]*
Application granted. Oral argument shall be held April 18, 2013 at 9:00 am.
SO ORDERED.
*James C. Francis IV*
USMJ