MEMO ENDORSED



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ARTHUR G. LARKIN<br>Senior Counsel<br>Phone: (212) 788-1599<br>Fax: (212) 788-9776<br>alarkin@law.nyc.gov |

April 23, 2013

**BY FACSIMILE**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/13
```

Re:   Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

We write in furtherance of the court's directive to the parties to submit a joint letter by Friday, April 26, 2013, setting forth any discovery disputes that the parties were able to resolve on consent. We respectfully request an extension of three business days, to May 1, 2013, of the date by which the joint letter must be submitted. We seek additional time because the undersigned has other time sensitive deadlines this week in the matter Jabbar Collins v. City of New York, 11-CV-766 (FB) (RML) - a lawsuit in which plaintiff alleges that he was wrongfully convicted of murder and imprisoned for sixteen (16) years - including one court submission due tomorrow, and two sets of documents that must be produced this week, as well. The parties are continuing to discuss the issues raised at the April 18, 2013, discovery hearing, and hope to resolve some of those issues on consent. Plaintiffs do not object to this request. This is the first request for any extension of the April 26, 2013, deadline.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m
cc:   All Counsel (by E-mail)

4/29/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ