

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

DIEP NGUYEN
Assistant Corporation Counsel
Phone: (212) 356-2328
Fax: (212) 788-9776
dinguyen@law.nyc.gov

October 23, 2013

**BY ECF**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

   Re: <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

   We to respectfully request that the Court endorse the attached Notice of Appearance and Substitution of Attorney on Behalf of Defendant Ashaki Jones. The attached document has been executed by the parties.

   We thank the court for its consideration of the foregoing.

                 Respectfully submitted,

                 Diep Nguyen
                 Assistant Corporation Counsel

cc: All Counsel (by E-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARK NUNEZ, et al.,

                                    Plaintiffs,

        -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY ON BEHALF OF DEFENDANT ASHAKI JONES**

11-CV-5845 (LTS) (JCF)

**PLEASE TAKE NOTICE** that **Diep Nguyen**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant ASHAKI JONES, <u>replacing</u> Richard E. Signorelli and Bryan Ha of the Law Office of Richard E. Signorelli, effective October 10, 2013, in this action, and demands that all notices and other papers be served upon defendant Ashaki Jones at this office.

- 2 -

Dated:  New York, New York
       October 23, 2013

Richard E. Signorelli, Esq.
Law Office of Richard E. Signorelli 11
799 Broadway, Suite 539
New York, New York 10003
(212) 254-4218

By: s/
    Richard E. Signorelli, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-2328

By: _____
    Diep Nguyen
    Assistant Corporation Counsel


SO ORDERED:

_____
HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
      _____, 2013