**Larkin, Arthur (Law)**

| | |
|---|---|
| **From:** | Chasan, Jonathan [JChasan@legal-aid.org] |
| **Sent:** | Friday, June 28, 2013 12:14 PM |
| **To:** | Larkin, Arthur (Law); 'krosenfeld@ecbalaw.com'; 'Amanda.Raad@ropesgray.com'; Werlwas, Mary Lynne; 'Busalacchi, Stephanie'; Friedberg, Anna; 'Cleemann, Joseph G.' |
| **Cc:** | Savino, Kimberly (Law); Nguyen, Diep (Law) |
| **Subject:** | RE: Nunez - class notice |

To follow up on my earlier email regarding locations where class notice is not posted, we have been advised of the following:
 An inmate interviewed yesterday, who is housed in  5 Southwest in the CPSU, has not seen the notice.
 A notice is apparently posted in 3 Southwest in the CPSU, but the inmate who walked by was not permitted to stop and read it. This appears to be a consistent problem.
 An inmate in GMDC 1 Upper has not seen the notice posted in his housing area.
 An inmate interviewed yesterday at OBCC told our staff he has not seen the notice anywhere at MDC or OBCC.  He is now in 5 North at OBCC.
 An inmate seen yesterday at NIC has not seen the notice in his housing area or anywhere else in that building.


-----Original Message-----
From: Larkin, Arthur (Law) [mailto:alarkin@law.nyc.gov]
Sent: Wednesday, June 26, 2013 4:05 PM
To: Chasan, Jonathan; 'krosenfeld@ecbalaw.com'; 'Amanda.Raad@ropesgray.com'; Werlwas, Mary Lynne; 'Busalacchi, Stephanie'; Friedberg, Anna; 'Cleemann, Joseph G.'
Cc: Savino, Kimberly (Law); Nguyen, Diep (Law)
Subject: RE: Nunez - class notice

Thank you, we will follow-up.

In the future, please reply to my e-mails by clicking "Reply to all" - as I have said I will do, and as I have done in responding to this message - so that Kim and Diep also receive replies to any message on which they were originally copied.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)


-----Original Message-----
From: Chasan, Jonathan [mailto:JChasan@legal-aid.org]
Sent: Wednesday, June 26, 2013 2:24 PM
To: Larkin, Arthur (Law); 'krosenfeld@ecbalaw.com'; 'Amanda.Raad@ropesgray.com'; Werlwas, Mary Lynne; 'Busalacchi, Stephanie'; Friedberg, Anna; 'Cleemann, Joseph G.'
Subject: RE: Nunez - class notice

Arthur:  In interviews with a number of inmates in the City jails over the past six weeks, we have been told that class notice is not posted, or is not made visible to inmates, in the following locations:
RNDC:  1 lower (north or south), 4 lower south
OBCC/CPSU: Virtually every inmate in the CPSU who has been interviewed has told our staff that they have not seen the notice because it is either not posted or because their out-of-cell movement is extremely limited; they are accompanied by escort officers; and they are not afforded an opportunity to view the notice, if it is even posted in the housing areas.
OBCC: 3 North, 4 Lower; we were told it is not posted in the law library or intake
GRVC:  1A; we have also been told it is not posted in the law library or intake

1

GRVC:  MHAUII--buildings 11, 13; 2 Building
MDC: 9 South; 7 West;  we were also told it is not posted in the law library or intake
AMKC: 12 Mod, 8 Mod; 16 upper; we were also told it is not posted in the law library or intake
GMDC: 4 Main; we were also told it is not posted in intake Brooklyn House: we were told that the notice is not posted in the law library or intake, and in at least some of the housing areas. I don't have the specific locations where it is not posted.

Jonathan


-----Original Message-----
From: Larkin, Arthur (Law) [mailto:alarkin@law.nyc.gov]
Sent: Wednesday, June 26, 2013 7:46 AM
To: Chasan, Jonathan; 'krosenfeld@ecbalaw.com'; 'Amanda.Raad@ropesgray.com'
Cc: Savino, Kimberly (Law); Nguyen, Diep (Law)
Subject: Nunez - class notice

Jonathan -

I am following up on our recent phone conversation concerning the class notice.  You advised me that inmates and others have reported that they do not see the notice posted in areas where the court directed and/or the parties agreed it would be posted.  You told me you would find out the specifics (housing areas, approximate date/time when the notice was missing) and let me know those specifics, so that we could address the issue.

As soon as you have this information, please pass it along and I will follow up with the agency.

Separately, I believe we are approaching or have passed the date for the 90-day re-certification set forth in the court's order, and I will check on that matter today, as well.

Arthur Larkin
alarkin@law.nyc.gov
(212) 356-2641

--------------------------------------------------------------------------------
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, please do not disclose, distribute or copy this communication.  Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, please do not disclose, distribute or copy this communication.  Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.
--------------------------------------------------------------------------------