### Larkin, Arthur (Law)

**From:** Vasudha Talla [vtalla@ecbalaw.com]
**Sent:** Thursday, April 25, 2013 4:20 PM
**To:** Larkin, Arthur (Law)
**Cc:** Katie Rosenfeld; Werlwas, Mary Lynne; Chasan, Jonathan; Raad, Amanda; Cleemann, Joseph G.; Friedberg, Anna; Nguyen, Diep (Law); Savino, Kimberly (Law)
**Subject:** RE: Nunez v. City of New York - certification of class notice posting

Your email as the Department's certification is sufficient.  Thanks, Vasudha

---

**From:** Larkin, Arthur (Law) [mailto:alarkin@law.nyc.gov]
**Sent:** Thursday, April 25, 2013 3:54 PM
**To:** Vasudha Talla
**Cc:** Katie Rosenfeld; Werlwas, Mary Lynne; Chasan, Jonathan; Raad, Amanda; Cleemann, Joseph G.; Friedberg, Anna; Nguyen, Diep (Law); Savino, Kimberly (Law)
**Subject:** RE: Nunez v. City of New York - certification of class notice posting

Yes, this is the certification -- I can send a letter if you prefer.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)

---

**From:** Vasudha Talla [mailto:vtalla@ecbalaw.com]
**Sent:** Thursday, April 25, 2013 3:51 PM
**To:** Larkin, Arthur (Law)
**Cc:** Katie Rosenfeld; Werlwas, Mary Lynne; Chasan, Jonathan; Raad, Amanda; Cleemann, Joseph G.; Friedberg, Anna; Nguyen, Diep (Law); Savino, Kimberly (Law)
**Subject:** RE: Nunez v. City of New York - certification of class notice posting

Arthur –

Does your email below constitute the Department's certification that the notices have been posted as required in the Court's March 19, 2013 order?  The order requires a "certification" by the Department.

Thanks, Vasudha

---

**From:** Larkin, Arthur (Law) [mailto:alarkin@law.nyc.gov]
**Sent:** Thursday, April 25, 2013 3:34 PM
**To:** Vasudha Talla
**Cc:** Katie Rosenfeld; Werlwas, Mary Lynne; Chasan, Jonathan; Raad, Amanda; Cleemann, Joseph G.; Friedberg, Anna; Nguyen, Diep (Law); Savino, Kimberly (Law)
**Subject:** RE: Nunez v. City of New York - certification of class notice posting

I have been advised that all notices have been posted as required.  I don't believe there is any requirement that certification be docketed.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)

---

**From:** Vasudha Talla [mailto:vtalla@ecbalaw.com]
**Sent:** Thursday, April 25, 2013 2:14 PM
**To:** Larkin, Arthur (Law)
**Cc:** Katie Rosenfeld; Werlwas, Mary Lynne; Chasan, Jonathan; Raad, Amanda; Cleemann, Joseph G.; Friedberg, Anna; Nguyen, Diep (Law); Savino, Kimberly (Law)
**Subject:** Nunez v. City of New York - certification of class notice posting

Dear Arthur,

According to the Court's March 19, 2013 order (Dkt. 78), the Department of Correction was supposed to certify by April 19, 2013 that it had posted copies of the English and Spanish notice to the class in all law libraries, housing areas and receiving rooms of City Jails (as defined in the notice) where it is reasonably calculated to be seen by inmates in the area. We have not yet seen that certification filed on the docket in this case. If the Department has provided the certification, please let us know and provide us with a copy of that certification.

Thank you,
Vasudha

Vasudha Talla
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
phone: 212-763-5000
fax: 212-763-5001
vtalla@ecbalaw.com
www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff& Abady LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (vtalla@ecbalaw.com) immediately.