## Larkin, Arthur (Law)

**From:** Larkin, Arthur (Law)
**Sent:** Monday, August 05, 2013 11:07 AM
**To:** Nunez Plaintiffs' Counsel
**Cc:** Savino, Kimberly (Law); Nguyen, Diep (Law); Ortiz, Julie (Law)
**Subject:** Nunez v. City of NY, et al. - class notice

We are going to send two lawyers from our team out to the jails on Thursday to see where the notices are posted in the areas you have complained about. We will update you with new information after their visit. We won't have any new information before that.

You should be advised, however, that inmates (your clients) are tearing down the notices inside the receiving room pens in some of the jails, including RNDC and GRVC. We will make every effort to keep the notices posted where required and will monitor compliance, but you might want to investigate a little further before suggesting that DOC is responsible for what you claim are missing class notices.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)

10/29/2013