### Larkin, Arthur (Law)

**From:** Larkin, Arthur (Law)
**Sent:** Monday, August 05, 2013 11:45 AM
**To:** Nunez Plaintiffs' Counsel
**Cc:** Savino, Kimberly (Law); Nguyen, Diep (Law); Ortiz, Julie (Law)
**Subject:** FW: Class notice

I forward the message below to each of you, after receiving Jonathan Chasan's out of office bounce.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)

---

**From:** Larkin, Arthur (Law)
**Sent:** Monday, August 05, 2013 11:18 AM
**To:** 'Chasan, Jonathan'
**Subject:** Class notice

Jonathan:

You have stated in the past that inmates report to your interns (and perhaps others, I'm not clear on this) that they haven't seen the class notice in certain areas inside the jails.

Do these inmates know what the class notice looks like?  Do the interns show them the notice and ask, "Have you seen this?"  Or do the interns ask the inmates, "Have you seen the class notice in Nunez v. City of New York," and wait for an answer?  Do the inmates volunteer, in words or substance, "We know about the class action but we haven't seen the notice"?

I need some specifics about what is said to the inmates, and what they say in response, so that we can assess the reliability of these reports you say LAS is getting.  Based on communications with our client, it appears that inmates may be the ones responsible for removing or tearing down class notices.

I look forward to your response, thanks.

Arthur G. Larkin, Esq.
Senior Counsel
NYC Law Department
100 Church St., Room 3-177
New York, New York 10007
(212) 356-2641 (tel.)
(212) 788-9776 (fax)