## Larkin, Arthur (Law)

**From:** Larkin, Arthur (Law)
**Sent:** Wednesday, September 11, 2013 9:49 AM
**To:** Jonathan Chasan (E-mail)
**Subject:** Nunez - class notice

Jonathan:

I have been made aware that the class notice was not posted, as required, in certain areas of AMKC, GRVC and the CPSU, during the site visits earlier this week.  I am attempting to work with DOC to remedy the situation, and to institute procedures that will ensure that the notice remains posted as required in the future.  DOC believes that inmates have been removing the notices.  I am of course aware that you are skeptical of this explanation.  I am not inside the jails on a daily basis so I can't say for sure what the issue is.

I am out of the office today but back in tomorrow & can speak with you in greater detail if you think that would be productive.

Arthur Larkin
212-356-2641
alarkin@law.nyc.gov