UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MARK NUNEZ, et al.,

                                        Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                       Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY ON BEHALF OF DEFENDANT ASHAKI JONES**

11-CV-5845 (LTS) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 6 2013

**PLEASE TAKE NOTICE** that **Diep Nguyen**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant ASHAKI JONES, replacing Richard E. Signorelli and Bryan Ha of the Law Office of Richard E. Signorelli, effective October 10, 2013, in this action, and demands that all notices and other papers be served upon defendant Ashaki Jones at this office.

Dated: New York, New York
       November 4, 2013

|  |  |
|---|---|
| Richard E. Signorelli, Esq.<br>Law Office of Richard E. Signorelli 11<br>799 Broadway, Suite 539<br>New York, New York 10003<br>(212) 254-4218<br><br>By: /s/Richard Signorelli<br>    Richard E. Signorelli, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2328<br><br>By: _____<br>    Diep Nguyen<br>    Assistant Corporation Counsel |

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       November 5, 2013

- 2 -