AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mark Nunez, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11 Civ. 05845 |
| City of New York, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs, Mark Nunez, Rodney Brye, Shameik Smallwood, Travis Woods, Oscar Sanders, Ralph Nunez, Keith Bacote, Jose Degros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

Date: 12/02/2013

/s/
*Attorney's signature*

Samuel Shapiro - SS 6491
*Printed name and bar number*

Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Address*

sshapiro@ecbalaw.com
*E-mail address*

(212) 763-5000
*Telephone number*

(212) 763-5001
*FAX number*