AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Mark Nunez, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11 Civ. 05845 |
| City of New York, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs, Mark Nunez, Rodney Brye, Shameik Smallwood, Travis Woods, Oscar Sanders, Ralph Nunez, Keith Bacote, Jose Degros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

Date:   12/02/2013

/s/
*Attorney's signature*

Debra L. Greenberger - DG - 5159
*Printed name and bar number*

Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Address*

dgreenberger@ecbalaw.com
*E-mail address*

(212) 763-5000
*Telephone number*

(212) 763-5001
*FAX number*