UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
MARK NUNEZ; RODNEY BRYE; SHAMEIK              :
SMALLWOOD; TRAVIS WOODS; OSCAR SANDERS;
RALPH NUNEZ; KEITH BACOTE; JOSE DEGROS;       :
CHRISTOPHER GRAHAM; SONNY ORTIZ; CLIFFORD
SEWALL; and LESLIE PICKERING,                 :

          Plaintiffs,  :

     -against-                          :

CITY OF NEW YORK; DORA SCHRIRO; FLORENCE      :
FINKLE; MICHAEL HOURIHANE; CARMINE
LABRUZZO; MARK SCOTT; LARRY DAVIS, SR.;       :
WARDENS ROSE AGRO, EMMANUEL
BAILEY, ROBERT CRIPPS, EDMUND DUFFY           :  NOTICE OF APPEARANCE
EVELYN MIRABEL, KATHLEEN MULVEY, CARLTON
NEWTON; DEPUTY WARDENS RONALD                 :
JORGENSON, ERIC RAMOS; ASSISTANT DEPUTY
WARDEN DANIELLE JOHNSON; CAPTAINS             :
WILLIAMS, MAJORS, MASSEY, BEHARI (Shield #
1603), SISTRUNK, ADEBOYE FADINA (Shield # 1298), :
THEO PRIMM (Shield # 1497), SHERMA DUNBAR
(Shield # 717), HERMAN MEDINA, RICHARD        :  11-cv-5845 (LTS) (JCF)
O'CONNOR (Shield #915), DECLET (Shield # 652),
ASHAKI JONES (Shield # 694), JOHN DOE #14, JOHN :
DOE #38; CORRECTIONS OFFICERS KIRKLAND,
REGINALD ROTHWELL (Shield # 18101), TODD      :
BRISHINSKY, SALLEY, SIDNEY DAVIES (Shield #
13893), MALCOM DAVIS (Shield # 841), OMAR     :
ALSTON (Shield # 14091), WALTER DEAN (Shield #
17183), ATEEN WILLIAMS (Shield # 17038), ROBERT :
ORLANDI (Shield # 15929), LOUIS LEONARD
Shield # 3479), CARLOS DIAZ (Shield # 17622), :
ADRIAN DAVIS (Shield # 12736), CORY HUGHES
(Shield # 18516), SANDY ARKHURST (Shield # 18507), :
ERIC THOMPSON (Shield # 18488), QUINN (Shield #
18532), REMY (Shield # 17286), JASON SOTO     :
(Shield # 18062), PAUL BUNTON (Shield # 14371),
ANTONIO BRAVO (Shield # 17297),               :
CHRISTOPHER SANTIAGO (Shield # 13724),
TUTEIN (Shield # 1643), ROBERT LAMAR (Shield #  :
18472), HADDON BAILLIE (Shield #10470), GUTIERREZ
(Shield #11461), AADAM GLENN (Shield # 18616), :
THOMAS, EDWIN SLOLY (Shield # 11678), NEGRON
(Shield # 14362), JEAN-SIMON (Shield # 18692), :
JAMAR MCMORRIS (Shield # 13605), JAIME ROMAN
(Shield # 18735), SELVIN STULTZ (Shield # 9231), :
SANCHEZ (Shield # 17430), LORENZO (Shield # 18667),
BERTRAND (Shield # 18841), WELDON and JOHN/JANE :
DOES # 5-7, 11-13, 15-37, 39-59, 65-66,
         Defendants.
-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys of record for defendants MASSEY, DECLET, ARKHURST, SANTIAGO, SANCHEZ, LORENZO, BERTRAND, and BUNTON in their individual and official capacities.

Dated: New York, New York
December 13, 2013

SCOPPETTA SEIFF KRETZ & ABERCROMBIE
Attorneys for Defendants MASSEY, DECLET, ARKHURST, SANTIAGO, SANCHEZ, LORENZO, BERTRAND, and BUNTON

By: _____
Walter A. Kretz, Jr., (WK-4645)
444 Madison Avenue, 30th Floor
New York, NY  10022
wakretz@seiffkretz.com
212-371-4500