UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

MARK NUNEZ, et al.,

                                        Plaintiffs,          11-CV-5845 (LTS) (JCF)

              -against-

CITY OF NEW YORK, et al.,                        AFFIDAVIT OF SERVICE

                                        Defendants

--------------------------------------------------------------------X

     I, Vasudha Talla, an Associate at Emery Celli Brinckerhoff & Abady LLP, hereby affirm under penalty of perjury that I am not a party to this action, am over eighteen (18) years old and reside in the County of Kings, New York:

     On December 23, 2013, I caused to be served the Affidavit in Support of Entry of Certificate of Default by the Clerk Regarding Defendant C.O. Negron and Exhibit A thereto (proposed Clerk's Certificate of Default), ECF Docket No. 103, by sending the same by first-class U.S. mail and by certified U.S. mail addressed to the undermentioned individual set forth below:

C.O. Negron (Shield # 14362)
31 Sumner Avenue
Yonkers, New York 10704

Dated: New York, New York
     December 23, 2013

_____
VASUDHA TALLA

Sworn To Before Me This
_23_ Day of December, 2013

_____
NOTARY PUBLIC

Tirek J. Gayle
Notary Public, State Of New York
No. 01GA6066847
Qualified In Orange County
Commission Expires Nov 26, 2017

1