UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MARK NUNEZ, et al.,

                                 Plaintiffs,

                   -against-

CITY OF NEW YORK, et al.,

                                 Defendants

11-CV-5845 (LTS) (JCF)

CERTIFICATE OF SERVICE

------------------------------------------------------------------ X

       I, Vasudha Talla, an Associate at Emery Celli Brinckerhoff & Abady LLP, hereby certify that a copy of the Affidavit in Support of Entry of Certificate of Default by the Clerk Regarding Defendant C.O. Negron (ECF No. 103) and Exhibit A thereto (Proposed Clerk's Certificate of Default) was delivered to the persons listed below from 75 Rockefeller Plaza, New York, New York 10019 by transmitting the same via email and U.S. Mail on the 23rd of December, 2013.

Arthur G. Larkin, Esq.
Senior Counsel
City of New York Law Department
100 Church Street, Room 3-177
New York, NY 10007

Walter A. Kretz, Jr.
Scopetta Seiff Kretz & Abercrombie
444 Madison Avenue, 30th Floor
New York, NY 10022

Howard Wien, Esq.
Koehler & Isaacs, LLP
61 Broadway, 25th Floor
New York, NY 10006

*Vasudha Talla*
EMERY CELLI BRINCKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
*Attorneys for Plaintiffs*