

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**ARTHUR G. LARKIN**
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

December 27, 2013

**BY ECF**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

    We write in order to request an extension of one day of the date by which defendants' opposition to plaintiffs' letter application of Dec. 12, 2013 (DE 101), is due, from Dec. 30, to Dec. 31, 2013.  *<u>Plaintiffs consent to this request, and if the request is granted, the City consents to one additional day for plaintiffs to file their reply on the motion, from Jan. 7, to Jan. 8, 2014</u>*.  The reason we seek additional time is that, over the past two weeks, the undersigned has been involved in taking the plaintiff's deposition, and defending the depositions of high-ranking Kings County DA officials, including District Attorney Charles Hynes, in the matter <u>Collins v. City of New York</u>, 11-CV-766 (FB) (RML).  In connection with those depositions, I had hoped to file a required court submission by today (viz., our motion to compel answers to deposition questions), but it appears that I will need until Monday to complete that submission.  For this reason we seek one more day to file our opposition to plaintiffs' recent letter application.

                                 Respectfully submitted,

                                 /s/
                             Arthur G. Larkin (AL 9059)
                             Assistant Corporation Counsel

AGL/m
cc:    All Counsel (by ECF)