Case 1:11-cv-05845-LTS-JCF Document 103-1 Filed 12/23/13 Page 2 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK NUNEZ, et al.,

                       Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                       Defendants

-----------------------------------------------------------------X

11-CV-5845 (LTS) (JCF)

ECF CASE

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 18, 2011 with the filing of a summons and complaint, that a second amended complaint was filed on September 4, 2012, and that the summons and second amended complaint was served on defendant C.O. Negron (Shield #14362) on November 28, 2012 by personal service at 31 Sumner Avenue, Yonkers, NY 10705, in Westchester County, in the State of New York, and was accepted by an individual identifying herself as Emilia Vargas, mother of Defendant Negron, a person of suitable age and discretion, and proof of such service thereof was filed on December 5, 2012.

      I further certify that the docket entries indicate that Defendant Negron has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Negron is hereby noted.

Dated:    New York, New York
             December 30 2013

RUBY J. KRAJICK
Clerk of Court

By: _____
        Deputy Clerk