

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

**MEMO ENDORSED**

January 8, 2014

Amanda N. Raad
T +1 212 596 9027
F +1 646 728 1658
amanda.raad@ropesgray.com

### BY FACSIMILE & FEDERAL EXPRESS

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/14
```

Re: *Nunez, et al., v. City of New York, et al.*, 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

This office, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinkerhoff & Abady LLP, is counsel for the Plaintiff class in this matter, and Emery Celli Brinkerhoff & Abady LLP, together with The Legal Aid Society Prisoners' Rights Project, is counsel for the Plaintiffs in their individual damages claims. We write to request that Plaintiffs' reply letter and accompanying exhibits to the City's letter of December 31, 2013, Dkt. No. 110, which opposes Plaintiffs' December 12, 2013 letter request, Dkt. No. 101, be filed under seal. Plaintiffs' reply letter and accompanying exhibits contain information designated by the City as confidential under the terms of the Amended Protective Order dated May 23, 2013, Dkt. No. 89. Courtesy copies of the letter and exhibits have been sent to the Court.

Please do not hesitate to contact me with any questions. We appreciate the Court's attention to this matter.

Respectfully yours,

*Amanda N. Raad*

Amanda N. Raad

cc: All counsel (by email)

Enclosures

1/9/14
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ