# EXHIBIT A - PLAINTIFFS' PROPOSED DISCOVERY PLAN

| | PHASE I[1]<br>~ 29 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement | PHASE II<br>~ 35 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement | PHASE III<br>~ 33 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement |
|---|---|---|---|---|---|---|---|---|---|
| **Plaintiffs' Discovery** | Named Defendants Implicated in Individual Use of Force Incidents (25) | C. Graham: Complete - 1 depo taken<br><br>R. Nunez: Complete - 2 depos taken<br><br>J. DeGros: 2 depos taken<br><br>S. Smallwood: 3 depos taken and 1 deposition confirmed<br><br>M. Nunez: 3 depos confirmed, 1 noticed, 2 to be noticed<br><br>T. Woods: 1 depo confirmed, 5 depos noticed<br><br>K. Bacote for 4/2010 incident: 4 Defendants | April 7 - 11, 2014 | Named Defendants Implicated in Individual Use of Force Incidents (14) | L. Pickering: 2 Defendants<br><br>K. Bacote for 10/2010 incident: 6 Defendants<br><br>R. Brye for 2012 incident: 4 Defendants<br><br>T. Woods: 2 Defendants | June 16 –20, 2014 | Named Defendants Implicated in Individual Use of Force Incidents *Open Investigations* (13) | O. Sanders: 5 Defendants<br><br>S. Ortiz: 2 Defendants<br><br>R. Brye for 2011 incident: 4 Defendants<br><br>C. Sewell: 2 Defendants | TBD |
| | Named Supervisory Defendants (0) | None | | Named Supervisory Defendants (4) | Rose Agro-Doyle<br>Kathleen Mulvey<br>Emmanuel Bailey<br>Edmond Duffy | | Named Supervisory Defendants (11) | Dora Schriro<br>Evelyn Mirabal<br>Larry Davis, Sr.<br>Mark Scott<br>Michael Hourihane<br>Carmine LaBruzzo<br>Current Deputy Chief of Security<br>Florence Finkle<br>Carlton Newton<br>Robert Cripps<br>Ronald Jorgensen | |
| | Non-Party Witnesses (4) | Dr. Homer Venters<br>Amanda Masters<br>30(b)(6) regarding video surveillance policies<br>30(b)(6) regarding training | | Non-Party Witnesses (17) | Ruben Benitez<br>Sean Cussen<br>Janet Gooding<br>Erik Berliner<br>Brian Suprenant<br>Sabina Blaskovic<br>Mark Cranston<br>Lewis Finkleman<br>*9 Additional TBD* | | Non-Party Witnesses (9) | Linda Gibbs<br>*8 Additional TBD* | |
| **Defendants' Discovery** | Deposition of Plaintiffs | Christopher Graham, Ralph Nunez, Shameik Smallwood, Jose DeGros | | Deposition of Plaintiffs | TBD | | Deposition of Plaintiffs | TBD | |
| | Other Depositions | TBD | | Other Depositions | TBD | | Other Depositions | TBD | |

---

[1] As of February 5, 2014.