**EXHIBIT B**

**Chart of Named Defendants Organized by Plaintiffs' Individual Damages Claims**

| Plaintiff | Number of Defendants | Names of Defendants Alleged to Participate or Witness Use of Force Incident[1] |
|---|---|---|
| Rodney Brye (2 incidents) | 4: 2011 Incident 5: 2012 Incident | <u>2011 Incident</u>: Dawn Kirkland, Reginald Rothwell, Norman Williams, Todd Brishinsky*, <u>2012 Incident</u>: Adrian Davis, Carlos Diaz, Terri Majors, Theodore Salley, Louis Leonard* |
| Jose DeGros | 3 | Todd Brishinsky*, Robert Lamar, Khalmar Tutein |
| Shameik Smallwood | 4 | Omar Alston, Sidney Davies, Malcolm Davis, Jamar McMorris |
| Keith Bacote (2 incidents) | 4: 04/2010 Incident 7: 10/2010 Incident | <u>04/2010 Incident</u>: Jaime Roman, Selvin Stultz, Christopher Santiago*, Sandy Arkhurst* <u>10/2010 Incident</u>: Antonio Bravo, Paul Bunton, Sherma Dunbar, Patrick Remy,  Christopher Santiago*, Jason Soto, Budnarine Behari* |
| Leslie Pickering | 2 | Herman Medina, Edwin Sloly |
| Travis Woods | 10 | Sandy Arkhurst*, Budnarine Behari*, Louis Leonard*, Walter Dean, Cory Hughes, Darlene Massey, Robert Orlandi, Eric Ramos, Lamel Sistrunck, Attea Williams |
| Ralph Nunez | 2 | James Quinn, Thurman Thompson |
| Oscar Sanders | 5 | Keston Bertrand, Winston Declet, Kelvin Lorenzo, Robert Sanchez, Damon Weldon |
| Clifford Sewell | 2 | Aadam Glenn, Ashaki Jones |
| Mark Nunez | 6 | Mark Jean-Simon, Sherrell Johnson, Alfredo Negron, Richard O'Connor, Theo Primm, Lisa Thomas |
| Sonny Ortiz | 2 | Adeboye Fadina, Rafael Gutierrez |
| Christopher Graham | 1 | Haddon Baillie |

---

[1] A total of 52 individual Defendants are alleged to have participated in or witnessed the assaults upon Plaintiffs alleged in this case.  Five of those Defendants are alleged to have been involved in two separate assaults.  Those five Defendants are: Sandy Arkhurst, Budnarine Behari, Todd Brishinsky, Louis Leonard, Christopher Santiago.  Each of these defendants are noted with an asterisk.