## EXHBIT C

## Named Defendants that hold Supervisory Positions

1. Rose Agro-Doyle: Warden George R. Vierno Center (*See* ¶ 14 of the Second Amended Complaint ("SAC"))

2. Emmanuel Bailey: Former Warden Robert N. Davoren Complex (*See* ¶ 16 of the SAC)

3. Robert Cripps: Former Warden Anna M. Kross Center (*See* ¶ 15 of the SAC)

4. Larry Davis, Sr.: Former Chief of Department (*See* ¶ 26 of the SAC)

5. Edmond Duffy: Warden Robert N. Davoren Complex (*See* ¶ 17 of the SAC)

6. Ronald Jorgensen: Former Deputy Warden Anna M. Cross Center (*See* ¶ 18 of the SAC)

7. Evelyn Mirabal: Chief of Department and former Warden of Otis Bantum Correctional Center (*See* ¶ 19 of the SAC)

8. Kathleen Mulvey: Former Warden George R. Vierno Center (*See* ¶ 20 of the SAC)

9. Carlton Newton: Warden Otis Bantum Correctional Center (*See* ¶ 21 of the SAC)

10. Florence Finkle: Deputy Commissioner Office of Excellence Investigation Division (*See* ¶ 22 of the SAC)

11. Dora Schriro: Commissioner of the New York City Department of Corrections (*See* ¶ 27 of the SAC)

12. Mark Scott: Assistant Chief of Security of the New York City Department of Corrections (*See* ¶ 23 of the SAC)

13. Michael Hourihane: Former Chief of Department (*See* ¶ 25 of the SAC)

14. Carmine LaBruzzo: Former Deputy Chief of Security (*See* ¶ 24 of the SAC)