

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO** | **LAW DEPARTMENT** | **ARTHUR G. LARKIN** |
| *Corporation Counsel* | 100 CHURCH STREET, Rm. 3-177 | Senior Counsel |
|  | NEW YORK, NY 10007 | Phone: (212) 788-1599 |
|  |  | Fax: (212) 788-9776 |
|  |  | alarkin@law.nyc.gov |

February 12, 2014

**BY ECF**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

      We write in order to request an extension of one day, from today to tomorrow, to submit defendants' proposed discovery plan and update concerning the status of E-discovery.  *<u>Plaintiffs consent to this request</u>*.  At the parties' January 29, 2014, conference, Your Honor directed that the City's submission would be due today, but at that time I did not realize that today is a state holiday (Lincoln's birthday), and some of DOC's employees are unavailable today.  In addition, over the past week, the undersigned has been (i) conducting additional interviews of (potential) new staff to assist in the E-discovery process, and (ii) engaged in preparing for and taking the deposition of one of the criminal defense lawyers in the <u>Jabbar Collins v. City of New York</u> lawsuit, which involves wrongful conviction claims for approximately sixteen (16) years of incarceration.  We thank Your Honor for considering this request and apologize that it was made at the last minute.

                                    Respectfully submitted,

                                    /s/
                              Arthur G. Larkin (AL 9059)
                              Assistant Corporation Counsel

AGL/m
cc:      All Counsel (by ECF)