UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                                                                                 11-CV-5845 (LTS) (JCF)

                                                  Plaintiffs,

                                                                                 ECF CASE

                -against-

CITY OF NEW YORK, et al.,

                                                Defendants.

------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Rodney Brye, Oscar Sanders, Shameik Smallwood, and Travis Woods, in their capacities as class representatives.

DATED:  New York, New York
               February 24, 2014

                                                                    ROPES & GRAY LLP

                                                                    /s/ Anna E. Friedberg_____
                                                                    Anna E. Friedberg
                                                                    **ROPES & GRAY LLP**
                                                                    1211 Avenue of the Americas
                                                                    New York, New York  10036-8704
                                                                    E: anna.friedberg@ropesgray.com
                                                                    T: 212-596-9000
                                                                    F: 212-596-9090