UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                                      Plaintiffs,      11-CV-5845 (LTS) (JCF)

                                                          ECF CASE
                -against-

CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Rodney Brye, Oscar Sanders, Shameik Smallwood, and Travis Woods, in their capacities as class representatives.

DATED: New York, New York
              February 24, 2014

                                                        ROPES & GRAY LLP

                                                          /s/  Lisa M. Coyle _____
                                                          Lisa M. Coyle
                                                          **ROPES & GRAY LLP**
                                                          1211 Avenue of the Americas
                                                          New York, New York  10036-8704
                                                          E: lisa.coyle@ropesgray.com
                                                          T: 212-596-9000
                                                          F: 212-596-9090