# EXHIBIT A - PLAINTIFFS' PROPOSED DISCOVERY PLAN

| | PHASE I[1]<br>~ 29 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement | PHASE II<br>~ 35 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement | PHASE III<br>~ 33 Depositions taken by Plaintiffs | | Status Conference for Case Evaluation/ Settlement |
|---|---|---|---|---|---|---|---|---|---|
| **Plaintiffs' Discovery** | **Named Defendants Implicated in Individual Use of Force Incidents (25)** | C. Graham: Complete - 1 depo taken | April 7 - 11, 2014 | **Named Defendants Implicated in Individual Use of Force Incidents (14)** | L. Pickering: 2 Defendants | June 16 –20, 2014 | **Named Defendants Implicated in Individual Use of Force Incidents** *Open Investigations* **(13)** | O. Sanders: 5 Defendants | TBD |
| | | R. Nunez: Complete - 2 depos taken | | | K. Bacote for 10/2010 incident: 6 Defendants | | | S. Ortiz: 2 Defendants | |
| | | J. DeGros: Complete - 2 depos taken | | | R. Brye for 2012 incident: 4 Defendants | | | R. Brye for 2011 incident: 4 Defendants | |
| | | S. Smallwood: Complete - 4 depos taken | | | T. Woods: 2 Defendants | | | C. Sewell: 2 Defendants | |
| | | M. Nunez: 2 depos taken, 3 depos noticed, 1 to be noticed | | | | | | | |
| | | T. Woods: 1 depo taken, 4 depos confirmed, 1 depo noticed | | | | | | | |
| | | K. Bacote for 4/2010 incident: 3 depos confirmed, 1 depo noticed | | | | | | | |
| | **Named Supervisory Defendants (4)** | Rose Agro-Doyle<br>Kathleen Mulvey<br>Emmanuel Bailey<br>Edmond Duffy | | **Named Supervisory Defendants (0)** | | | **Named Supervisory Defendants (11)** | Dora Schriro<br>Evelyn Mirabal<br>Larry Davis, Sr.<br>Mark Scott<br>Michael Hourihane<br>Carmine LaBruzzo<br>Current Deputy Chief of Security<br>Florence Finkle<br>Carlton Newton<br>Robert Cripps<br>Ronald Jorgensen | |
| | **Non-Party Witnesses (4)** | Dr. Homer Venters<br>Amanda Masters<br>30(b)(6) regarding video surveillance policies<br>30(b)(6) regarding training | | **Non-Party Witnesses (8)** | Ruben Benitez<br>Sean Cussen<br>Janet Gooding<br>Erik Berliner<br>Brian Suprenant<br>Sabina Blaskovic<br>Mark Cranston<br>Lewis Finkleman | | **Non-Party Witnesses (1)** | Linda Gibbs | |
| **Defendants' Discovery** | Deposition of Plaintiffs | Christopher Graham, Ralph Nunez, Shameik Smallwood, Jose DeGros | | Deposition of Plaintiffs | TBD | | Deposition of Plaintiffs | TBD | |
| | Other Depositions | TBD | | Other Depositions | TBD | | Other Depositions | TBD | |

---

[1] As of March 5, 2014.