UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MARK NUNEZ, et al.,

                              Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ X

**MOTION FOR ADMISSION PRO HAC VICE**

11-CV-5845 (LTS) (JCF)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Susanna G. Dyer, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Rodney Brye, Oscar Sanders, Shameik Smallwood, and Travis Woods, in their capacities as class representatives in the above-captioned action.

I am in good standing of the bars of the states of Massachusetts and Rhode Island and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: New York, New York
             March 11, 2014

Respectfully submitted,

ROPES & GRAY LLP

_____
Susanna G. Dyer
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
E: susanna.dyer@ropesgray.com
T: 617-951-7000
F: 617-951-7050