# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **June** A.D. **2008**, said Court being the highest Court of Record in said Commonwealth:

**Susanna Gail Dyer**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eleventh** day of **March** in the year of our Lord **two thousand and fourteen.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# Supreme Court of Rhode Island
## Providence

## The State of Rhode Island and Providence Plantations

This Certifies that

# SUSANNA G. DYER

of Boston, Massachusetts

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 16th day of May, 2008 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this 11th day of March, 2014.

_____
Clerk