UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

MARK NUNEZ, et al.,

                              Plaintiffs

**ORDER FOR ADMISSION PRO HAC VICE**

      - against -                        11-CV-5845 (LTS) (JCF)

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ X

The motion of Susanna G. Dyer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Massachusetts and Rhode Island; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Susanna G. Dyer |
| **Firm Name:** | **ROPES & GRAY LLP** |
| Address: | Prudential Tower |
| | 800 Boylston Street |
| City/State/Zip: | Boston, MA  02199-3600 |
| Email: | susanna.dyer@ropesgray.com |
| Telephone: | 617-951-7000 |
| Fax: | 617-951-7050 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Rodney Brye, Oscar Sanders, Shameik Smallwood, and Travis Woods in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                     United States District / Magistrate Judge