```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MARK NUNEZ, et al.,                  :   11 Civ. 5845 (LTS) (JCF)
                                     :
            Plaintiffs,              :
                                     :          O R D E R
     - against -                     :
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/14

Plaintiffs having submitted a letter dated April 14, 2014, raising certain scheduling and discovery issues, defendants having responded by letter dated April 18, 2014, and plaintiffs having replied by letter dated April 22, 2014, it is hereby ORDERED as follows:

1. The first Settlement Break is moved to the week of May 19, 2014.

2. Depositions of Rose Agro Doyle, Edmond Duffy, Kathleen Mulvey, Emmanuel Bailey, Amanda Masters, and Dr. Homer Venters shall be conducted prior to the first Settlement Break.

3. In the event that defendants complete their production of ESI relevant to a witness identified in paragraph 2 above at least seven days prior to that witness' deposition, the deposition shall be deemed closed upon its completion. To the extent that defendants fail to complete ESI production for any such witness at

least seven days prior to that witness' deposition, the deposition shall nevertheless go forward, subject to being reopened at such time as the production is completed.

4. At this time, no new deadlines will be established for the defendants to produce ESI.  However, the defendants will need to choose between devoting additional resources to completing that production or producing witnesses for multiple deposition sessions as indicated in paragraph 3 above.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       April 24, 2014

Copies mailed this date:

Jonathan S. Abady, Esq.
Katherine R. Rosenfeld, Esq.
Vasudha Talla, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Jonathan S. Chasen, Esq.
Legal Aid Society
199 Water Street, 3rd Floor
New York, NY 10038

Mary Lynne Werlwas, Esq.
The Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

William I. Sussman, Esq.
Joseph G. Cleemann, Esq.
Christopher Paul Conniff, Esq.
Amanda N. Raad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Arthur G. Larkin, Esq.
Diep Nguyen, Esq.
Kimberly M. Joyce, Esq.
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007