Case 1:11-cv-05845-LTS-JCF   Document 133   Filed 05/21/14   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK NUNEZ, et al.,

                      Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------x

**ORDER**

11-CV-5845 (LTS) (JCF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/14

       Upon the application of City defendants for leave to take the deposition of plaintiff Keith Bacote (DIN # 12-A-0599), an inmate, and the Court having granted leave for the taking of plaintiff Bacote's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

       **IT IS HEREBY ORDERED:** (1) that on June 20, 2014, the Superintendent or other official in charge of Gouverneur Correctional Facility transport and produce inmate Keith Bacote, Inmate No. 12-A-0599, from Gouverneur Correctional Facility, located in Gouverneur, New York to Sing Sing Correctional Facility, located in Ossining, New York for the preparation and/or taking of his deposition, and for so long thereafter, from day to day, as the preparation and/or deposition continues; and (2) that inmate Keith Bacote appears in such place(s) as designated by the Warden or other official in charge of Sing Sing Correctional Facility so his deposition may be taken on June 26, 2014, beginning at 10:00 a.m.

Dated: New York, New York

       May 22, 2014

                                                     HONORABLE JAMES C. FRANCIS