

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **KIMBERLY M. JOYCE**<br>Senior Counsel<br>tel.: (212) 356-2650<br>fax: (212) 356-3509<br>e-mail: kjoyce@law.nyc.gov |

June 12, 2014

**VIA ECF**
Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Mark Nunez, et al. v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

      I am writing to request leave of Court, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, to take the deposition of plaintiff Travis Woods, one of the plaintiffs in the above class action. Upon information and belief, plaintiff Woods is currently incarcerated at Auburn Correctional Facility. City defendants respectfully request that the Court endorse two copies of the enclosed Order so that arrangements can be made to move plaintiff to Sing Sing Correctional Facility by June 27, 2014 for his lawyers to prepare him for his deposition, and for plaintiff Woods to remain at Sing Sing Correctional Facility until July 3, 2014 so that defendants may take his deposition, beginning at 10:00 a.m. Because two original signed copies of the Order are necessary to move plaintiff Woods, this office can arrange for the original signed Orders to be retrieved from the Courthouse once they have been endorsed by Your Honor.

      Thank you for your consideration herein.

                                    Respectfully submitted,

                                    /s/

                                  Kimberly M. Joyce
                                  Senior Counsel

cc: All counsel (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MARK NUNEZ, et al.,

                                              **ORDER**

                          Plaintiffs,      11-CV-5845 (LTS) (JCF)

     -against-

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------------x

      Upon the application of City defendants for leave to take the deposition of plaintiff Travis Woods (DIN # 13-A-4440), an inmate, and the Court having granted leave for the taking of plaintiff Woods' deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED:** (1) that on June 27, 2014, the Superintendent or other official in charge of Auburn Correctional Facility transport and produce inmate Travis Woods, Inmate No. 13-A-4440, from Auburn Correctional Facility, located in Auburn, New York to Sing Sing Correctional Facility, located in Ossining, New York for the preparation and/or taking of his deposition, and for so long thereafter, from day to day, as the preparation and/or deposition continues; and (2) that inmate Travis Woods appears in such place(s) as designated by the Warden or other official in charge of Sing Sing Correctional Facility so his deposition may be taken on July 3, 2014, beginning at 10:00 a.m.

Dated: New York, New York

      _____, 2014

                                                   _____

                                                 HONORABLE JAMES C. FRANCIS