UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MARK NUNEZ, et al.,

                            Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                            Defendants.
----------------------------------------------------------------x

**ORDER**

11-CV-5845 (LTS) (JCF)

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/16/14 |

Upon the application of City defendants for leave to take the deposition of plaintiff Travis Woods (DIN # 13-A-4440), an inmate, and the Court having granted leave for the taking of plaintiff Woods' deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED:** (1) that on June 27, 2014, the Superintendent or other official in charge of Auburn Correctional Facility transport and produce inmate Travis Woods, Inmate No. 13-A-4440, from Auburn Correctional Facility, located in Auburn, New York to Sing Sing Correctional Facility, located in Ossining, New York for the preparation and/or taking of his deposition, and for so long thereafter, from day to day, as the preparation and/or deposition continues; and (2) that inmate Travis Woods appears in such place(s) as designated by the Warden or other official in charge of Sing Sing Correctional Facility so his deposition may be taken on July 3, 2014, beginning at 10:00 a.m.

Dated: New York, New York
        June 16, 2014

                                                     James C. Francis IV
                                            HONORABLE JAMES C. FRANCIS