

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **KIMBERLY M. JOYCE**<br>Senior Counsel<br>tel.: (212) 356-2650<br>fax: (212) 356-3509<br>e-mail: kjoyce@law.nyc.gov |

June 24, 2014

**VIA ECF**
Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Mark Nunez, et al. v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

        I write on behalf of all parties to request that the Court rescind its Order dated June 16, 2014 (dkt # 137), directing the transfer of plaintiff Travis Woods from Auburn Correctional Facility to Sing Sing Correctional Facility by June 27, 2014, for his deposition currently scheduled for July 3, 2014. This application is made in light of the Court's endorsement of the parties joint application to the Court, dated June 23, 2014, to suspend class related depositions for twenty-one days while the parties engage in negotiations. Plaintiff Travis Woods is a class representative. Therefore, the parties jointly request that the Court rescind its Order directing the transfer of plaintiff Woods to Sing Sing for his deposition on July 3, 2014.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/

        Kimberly M. Joyce
        Senior Counsel

cc: All counsel (By ECF)