UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARK NUNEZ, et al.,

                            Plaintiffs,

    -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY ON BEHALF OF DEFENDANTS BERTRAND, DECLET, LIRANZO, AND SANCHEZ**

11-CV-5845 (LTS) (JCF)

        **PLEASE TAKE NOTICE** that **Diep Nguyen**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, appears herein as counsel of record for defendants KESTON BERTRAND, WINSTON DECLET, KELVIN LIRANZO, and ROBERT SANCHEZ, <u>replacing</u> Walter A. Kretz, Jr., Esq. of Scoppetta Seiff Kretz & Abercrombie, effective immediately, in this action, and demands that all notices and other papers be served upon defendant Ashaki Jones at this office.

- 2 -

Dated: New York, New York
      July 1, 2014

|  |  |
|---|---|
| Walter A. Kretz, Jr., Esq.<br>Scoppetta Seiff Kretz & Abercrombie<br>444 Madison Avenue, 30th Floor<br>New York, NY 10022<br>212-371-4500<br><br>By: /s/Walter A. Kretz, Jr.<br>     Walter A. Kretz, Jr., Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2328<br><br>By: _____<br>     Diep Nguyen<br>     Assistant Corporation Counsel |

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
      _____, 2014