

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

July 18, 2014

William I. Sussman
T +1 212 841 0612
F +1 646 728 1505
william.sussman@ropesgray.com

**BY ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

    This office, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinckerhoff & Abady, is counsel for the Plaintiff Class in this matter. Emery Celli Brinckerhoff & Abady, together with The Legal Aid Society Prisoners' Rights Project, also are counsel for the Plaintiffs in their individual damages claims. We write, jointly with counsel for The City of New York, to request that all Court-ordered deadlines relating to class issues be extended for an additional period of two weeks.

    The purpose of this request for an extension is to continue the good-faith negotiations between the parties with respect to a possible settlement of the class claims in this action. The parties have exchanged additional drafts of a proposed memorandum of understanding and are scheduled to confer early next week regarding the document and further settlement negotiations.

ROPES & GRAY LLP

The Honorable James C. Francis     - 2 -     July 18, 2014

We appreciate the Court's consideration.

Respectfully yours,

*William I. Sussman /BSK*

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY<br>Jonathan Abady<br>Katherine R. Rosenfeld<br>Vasudha Talla<br><br>THE LEGAL AID SOCIETY<br>Jonathan S. Chasan<br>Mary Lynne Werlwas<br>*Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering* | ROPES & GRAY LLP<br>William I. Sussman<br>Christopher P. Conniff<br>Amanda N. Raad<br>Lisa Coyle<br>Joseph G. Cleemann<br>Anna E. Friedberg<br>*Counsel for Plaintiffs Rodney Brye, Shameik Smallwood, Travis Woods, and Oscar Sanders in their capacities as Class representatives* |

cc: All counsel (by ECF and First-Class Mail)