UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                                                          11-CV-5845 (LTS) (JCF)

                        Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

                        Defendants

------------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE OF VASUDHA TALLA

Upon the accompanying affirmation of Vasudha Talla, the undersigned respectfully moves this Court to withdraw the appearance of Vasudha Talla on behalf of Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

Dated: July 18, 2014
       New York, New York

                                            EMERY CELLI BRINCKERHOFF & ABADY LLP

                                            By: /s/ Vasudha Talla
                                            Katherine Rosenfeld (krosenfeld@ecbalaw.com)
                                            Vasudha Talla (vtalla@ecbalaw.com)
                                            Jonathan S. Abady (jabady@ecbalaw.com)
                                            75 Rockefeller Plaza, 20th Floor
                                            New York, NY 10019
                                            (212) 763-5000
                                            *Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose Degros, Christopher Graham, Sonny Ortiz, Clifford Sewell, And Leslie Pickering*