UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARK NUNEZ, et al.,

                           Plaintiffs,      11-CV-5845 (LTS) (JCF)

-against-

CITY OF NEW YORK, et al.,         AFFIDAVIT OF SERVICE

                         Defendants

------------------------------------------------------------X

## AFFIRMATION OF VASUDHA TALLA IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

VASUDHA TALLA, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate of the law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. I am leaving my employment with ECBA effective today, July 18, 2014.

4. Jonathan S. Abady, Katherine Rosenfeld, Debra Greenberger, Zoe Salzman, and Samuel Shapiro of ECBA are also attorneys of record for Plaintiffs, and ECBA continues to represent Plaintiffs in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

                                              _____
                                              VASUDHA TALLA

Dated: July 18, 2014
New York, New York