

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**DIEP NGUYEN**
Assistant Corporation Counsel
tel.: (212) 356-2328
fax: (212) 356-3509
e-mail: dinguyen@law.nyc.gov

July 22, 2014

**VIA ECF**
Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Mark Nunez, et al. v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

      I am writing to request leave of Court, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, to take the deposition of inmate Shawn White, one of the witnesses to the incident involving plaintiff Jose Degros in the above class action. Plaintiffs' counsel consents to this request. Upon information and belief, Mr. White is currently incarcerated at Great Meadow Correctional Facility. City defendants respectfully request that the Court endorse two copies of the enclosed Order so that arrangements can be made for Mr. White to be deposed on July 30, 2014, at 10 a.m. Because two original signed copies of the Order are necessary to schedule this deposition, this office can arrange for the original signed Orders to be retrieved from the Courthouse once they have been endorsed by Your Honor.

      Thank you for your consideration herein.

Respectfully submitted,

Diep Nguyen
Assistant Corporation Counsel

cc: All counsel (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARK NUNEZ, et al.,

                                       **ORDER**

                    Plaintiffs,      11-CV-5845 (LTS) (JCF)

        -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------------x

        Upon the application of City defendants for leave to take the deposition of inate Shawn White (DIN # 14-A-1901), an inmate, and the Court having granted leave for the taking of Shawn White's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

        **IT IS HEREBY ORDERED:** (1) that on July 30, 2014, the Superintendent or other official in charge of Great Meadow Correctional Facility produce inmate Shawn White, Inmate No. 14-A-1901 for the taking of his deposition, and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Shawn White appears in such place(s) as designated by the Warden or other official in charge of Great Meadow Correctional Facility so his deposition may be taken on July 30, 2014, beginning at 10:00 a.m.

Dated: New York, New York

       July _____, 2014

                                                        _____

                                                        HONORABLE JAMES C. FRANCIS, U.S.M.J.