Case 1:11-cv-05845-LTS-JCF   Document 149   Filed 07/22/14   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------X

**ORDER**

11-CV-5845 (LTS) (JCF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/14

       Upon the application of City defendants for leave to take the deposition of inate Shawn White (DIN # 14-A-1901), an inmate, and the Court having granted leave for the taking of Shawn White's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure,

       **IT IS HEREBY ORDERED:** (1) that on July 30, 2014, the Superintendent or other official in charge of Great Meadow Correctional Facility produce inmate Shawn White, Inmate No. 14-A-1901 for the taking of his deposition, and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Shawn White appears in such place(s) as designated by the Warden or other official in charge of Great Meadow Correctional Facility so his deposition may be taken on July 30, 2014, beginning at 10:00 a.m.

Dated: New York, New York
       July 24, 2014

                                                    _/s/ James C. Francis IV_
                                          HONORABLE JAMES C. FRANCIS, U.S.M.J.