

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**DIEP NGUYEN**
Assistant Corporation Counsel
tel.: (212) 356-2328
fax: (212) 356-3509
e-mail: dinguyen@law.nyc.gov

July 28, 2014

**VIA ECF**
Honorable James C. Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Mark Nunez, et al. v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

I am writing to respectfully request that the Court extend the deposition deadline, from July 31, 2014 to August 29, 2014, for the depositions of two defendants: retired Assistant Deputy Warden Sherron Johnson and Correction Officer Paul Bunton. Plaintiffs' counsel consents to this request.

Ms. Johnson, who is retired from the Department of Correction, has been out-of-state for most of the summer; therefore, it has been difficult to find a mutually convenient time to schedule her deposition. Defendants expect that her deposition will be completed within the first two weeks of August. With respect to Officer Bunton, City defendants cannot represent him, at this time, because of a potential conflict that arose after the City filed an answer on his behalf. For this reason, we expect that his representation will be picked up by Walter Kretz, Esq. of the law firm of Scoppetta Seiff Kretz & Abercrombie in the next few days. Officer Bunton will then have to meet with his new counsel before he can be deposed.

Based on the foregoing, and in an abundant exercise of caution, City defendants are seeking an extension until August 29, 2014 to complete the depositions of Ms. Johnson and Officer Bunton.

Thank you for your consideration herein.

Respectfully submitted,

Diep Nguyen
Assistant Corporation Counsel

cc: All counsel (By ECF)