UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Nunez, et al.

                      Plaintiff,

    -against-

N.Y.C. Department of Correction, et al.

                      Defendant.

------------------------------------------------------

Case No.  11 Civ. 5845 (LTS) (JCF)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Katherine R. Rosenfeld_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is  KR 8525_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                  FIRM ADDRESS: 75 Rockefeller Plaza, 20th Fl., New York, NY 10019
                  FIRM TELEPHONE NUMBER: 212-763-5000
                  FIRM FAX NUMBER: 212-763-5001

NEW FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                    FIRM ADDRESS: 600 Fifth Avenue, 10th Fl., New York, NY 10020
                    FIRM TELEPHONE NUMBER: 212-763-5000
                  FIRM FAX NUMBER: 212-763-5001

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 28, 2014                                /s/ Katherine R. Rosenfeld
                                                          ATTORNEY'S SIGNATURE