UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Nunez, et al.
                              Plaintiff,       Case No. 11 Civ. 5845 (LTS) (JCF)

       -against-

N.Y.C. Department of Correction, et al.
                              Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jonathan S. Abady**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JA - 5147    My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                   FIRM ADDRESS: 75 Rockefeller Plaza, 20th Fl., New York, NY 10019
                   FIRM TELEPHONE NUMBER: 212-763-5000
                   FIRM FAX NUMBER: 212-763-5001

NEW FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                     FIRM ADDRESS: 600 Fifth Avenue, 10th Fl., New York, NY 10020
                   FIRM TELEPHONE NUMBER: 212-763-5000
                   FIRM FAX NUMBER: 212-763-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 28, 2014                   /s/ Jonathan S. Abady
                                                  ATTORNEY'S SIGNATURE