UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Nunez, et al.
                                  Plaintiff,        Case No.  11 Civ. 5845 (LTS) (JCF)

      -against-

N.Y.C. Department of Correction, et al.
                                  Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                Debra L. Greenberger
                FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is  DG - 5159

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                FIRM ADDRESS: 75 Rockefeller Plaza, 20th Fl., New York, NY 10019
                FIRM TELEPHONE NUMBER: 212-763-5000
                FIRM FAX NUMBER: 212-763-5001

NEW FIRM:    FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
                FIRM ADDRESS: 600 Fifth Avenue, 10th Fl., New York, NY 10020
                FIRM TELEPHONE NUMBER: 212-763-5000
                FIRM FAX NUMBER: 212-763-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  July 28, 2014                    /s/ Debra L. Greenberger
                                                    ATTORNEY'S SIGNATURE