AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mark Nunez, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  11 Civ. 05845 (LTS) (JCF) |
| City of New York, et. al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs, Mark Nunez, Rodney Brye, Shameik Smallwood, Travis Woods, Oscar Sanders, Ralph Nunez, Keith Bacote, Jose Degros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

Date:  07/29/2014

/s/
*Attorney's signature*

Hayley Horowitz (HH-4167)
*Printed name and bar number*

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
*Address*

hhorowitz@ecbalaw.com
*E-mail address*

(212) 763-5000
*Telephone number*

(212) 763-5001
*FAX number*