UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARK NUNEZ, et al.,

                              Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                              Defendants

-------------------------------------------------------------X

11-CV-5845 (LTS) (JCF)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14
```

**IT IS HEREBY ORDERED THAT:**

    1.    On August 11, 2014, the Superintendent or other official in charge of Greene Correctional Facility (hereinafter, "Greene") or whatever other DOCCS correctional facility where the inmate is then housed, shall transport and produce inmate Keith Bacote (DIN # 12-A-0599) from the correctional facility to Weill Cornell Eye Associates, 1305 York Avenue, 11th Floor, New York, New York 10021, for testing and examination by plaintiff's expert on August 11, 2014 beginning at 9:00 a.m.;

    2.    Following completion of all the tests and examination of Mr. Bacote at Weill Cornell Eye Associates, the Superintendent or other official in charge shall arrange for the transport Mr. Bacote back to the DOCCS correctional facility; and

    3.    Plaintiff or plaintiff's counsel will be billed by the Department, and shall pay, in advance all costs associated with the transport of Keith Bacote (DIN # 12-A-0599) from the Correctional Facility, or any other New York State Facility where Keith Bacote may be confined to Weill Cornell Eye Associates and any return transport.

Dated: New York, New York
July 30, 2014

SO ORDERED:

*/s/ James C. Francis IV*
HON. JAMES C. FRANCIS
UNITED STATES MAGISTRATE
JUDGE