UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Mark Nunez, et al.              Plaintiff,         Case No. 11-CV-05845-LTS-JCF

-against-

City of New York, et al.        Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Zoe Salzman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ZS 9816        My State Bar Number is _____

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
            FIRM ADDRESS: 75 Rockefeller Plaza, 20th Flr, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-763-5000
            FIRM FAX NUMBER: 212-763-5001

NEW FIRM:   FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
            FIRM ADDRESS: 600 Fifth Avenue, 10th Flr, New York, NY 10020
            FIRM TELEPHONE NUMBER: 212-763-5000
            FIRM FAX NUMBER: 212-763-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/1/14                        /s/ Zoe Salzman
                                     ATTORNEY'S SIGNATURE