UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Mark Nunez, et al.

Plaintiff,

Case No. 11-CV-05845-LTS-JCF

-against-

City of New York, et al.

Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending   ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Samuel Shapiro**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SS 6491     My State Bar Number is _____

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
            FIRM ADDRESS: 75 Rockefeller Plaza, 20th Flr, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-763-5000
            FIRM FAX NUMBER: 212-763-5001

NEW FIRM:   FIRM NAME: Emery Celli Brinckerhoff & Abady LLP
            FIRM ADDRESS: 600 Fifth Avenue, 10th Flr, New York, NY 10020
            FIRM TELEPHONE NUMBER: 212-763-5000
            FIRM FAX NUMBER: 212-763-5001

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/1/14                    /s/ Samuel Shapiro
                                 ATTORNEY'S SIGNATURE