Swain, Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MARK NUNEZ, et al.,

                               Plaintiffs

            - against -                    11-CV-5845 (LTS) (JCF)

THE CITY OF NEW YORK, et al.,

                               Defendants.

------------------------------------------------------------- X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/14
```

### STIPULATION AND ORDER REGARDING DEPOSITIONS

**WHEREAS** Plaintiffs timely sought to take the depositions of Defendants Todd Brishinsky, Terri Majors, and Ashaki Jones;

**WHEREAS** Defendants Brishinsky, Majors, and Jones were not available to be deposed before the close of discovery due to their individual medical conditions;

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by their duly authorized counsel, that:

1. Plaintiffs may depose Defendants Brishinsky, Majors, and Jones after the close of fact discovery, provided that those witness' medical conditions improve sufficiently to allow them to appear for deposition; and

2. This Stipulation and Order may be executed in counterparts, including by signatures delivered by facsimile or scanned signatures.

Dated:   July 31, 2014
         New York, NY

| | |
|---|---|
| ZACHARY CARTER<br>Corporation Counsel for the City of New York<br><br>By: *[signature]*<br>Arthur G. Larkin (alarkin@law.nyc.gov)<br>Kimberly Joyce (kjoyce@law.nyc.gov)<br>Diep Nguyen (dinguyen@law.nyc.gov)<br>Senior Counsel<br>Corporation Counsel of the City<br>of New York<br>100 Church Street<br>New York, New York 10007<br>(212) 788-0784<br>*Counsel for Defendants City of New York, et al.* | EMERY CELLI BRINCKERHOFF & ABADY LLP<br><br>By: *[signature]*<br>Katherine Rosenfeld (krosenfeld@ecbalaw.com)<br>Debra Greenberger (dgreenberger@ecbalaw.com)<br>Jonathan S. Abady (jabady@ecbalaw.com)<br>Zoe Salzman (zsalzman@ecbalaw.com)<br>600 Fifth Avenue, 10th Floor<br>New York, NY 10020<br>(212) 763-5000<br>*Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering*<br><br>THE LEGAL AID SOCIETY<br>Jonathan S. Chasan<br>(jchasan@legal-aid.org)3<br>Mary Lynne Werlwas<br>(mlwerlwas@legal-aid.org)<br>199 Water Street, 6th Floor<br>New York, New York 10038<br>(212) 577-3530<br>*Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering*<br><br>ROPES & GRAY LLP<br>William I. Sussman<br>(William.Sussman@ropesgray.com)<br>Christopher P. Conniff<br>(christopher.conniff@ropesgray.com)<br>Lisa Coyle (Lisa.Coyle@ropesgray.com)<br>Anna Friedberg (Anna.Friedberg@ropesgray.com)<br>Joseph G. Cleemann<br>(Joseph.Cleemann@ropesgray.com)<br>1211 Avenue of the Americas<br>New York, NY 10036 |

(212) 596-9000
*Counsel for Plaintiffs Rodney Brye, Shameik Smallwood, Travis Woods, and Oscar Sanders in their capacities as class representatives*

SO ORDERED:

*[signature]*
U.S. Magistrate Judge James C. Francis

8/4/14