UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

                 Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                 Defendants.

11-CV-5845 (LTS) (JCF)

## MOTION TO WITHDRAW APPEARANCE OF KATHERINE R. ROSENFELD

    Upon the accompanying affirmation of Katherine R. Rosenfeld, the undersigned respectfully moves this Court to withdraw the appearance of Katherine R. Rosenfeld on behalf of Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

Dated: August 28, 2014
       New York, New York

                              EMERY CELLI BRINCKERHOFF & ABADY LLP

                              By:    /s/ Katherine R. Rosenfeld
                              Katherine Rosenfeld (krosenfeld@ecbalaw.com)
                              Jonathan S. Abady (jabady@ecbalaw.com)
                              Debra L. Greenberger (dgreenberger@ecbalaw.com)
                              600 Fifth Avenue at Rockefeller Center
                              10th Floor
                              New York, NY 10020
                              (212) 763-5000
                              *Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, And Leslie Pickering*