UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

11-CV-5845 (LTS) (JCF)

## AFFIRMATION OF KATHERINE R. ROSENFELD IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

KATHERINE R. ROSENFELD, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am a partner of the law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. I am leaving my employment with ECBA effective August 29, 2014.

4. Jonathan S. Abady, Debra L. Greenberger, Zoe Salzman, and Samuel Shapiro of ECBA are also attorneys of record for Plaintiffs, and ECBA continues to represent Plaintiffs in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

Dated: August 28, 2014
       New York, New York

                                            /s/ Katherine R. Rosenfeld
                                            KATHERINE R. ROSENFELD