# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*
---------

MARIANA OLENKO
---------
* ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, NY  10022-1010
(212) 371-4500
FAX (212) 371-6883
----------
ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

August 29, 2014

By ECF
Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Nunez, et al., v. City of New York, et al., 11 CV 5845 (LTS)(JCF)

Dear Judge Francis:

        I represent defendant Correction Officer Paul Bunton and write to respectfully request that the Court further extend the deposition deadline from August 29, 2014, to September 5, 2014, so that the deposition of Officer Bunton might finally be taken.  His deposition was to have been taken today, but yesterday evening he was notified he was required to appear today before a grand jury pursuant to a subpoena served earlier in the day.  The parties were left with no option but to reschedule the deposition, which all have agreed can be held next Friday, September 5, 2014.

        Thank you for your consideration.

                              Respectfully submitted,

                              Walter A. Kretz, Jr.