

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 24, 2014

William I. Sussman
T +1 212 841 0612
F +1 646 728 1505
william.sussman@ropesgray.com

**BY ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

      This office, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinckerhoff & Abady, is counsel for the Plaintiff Class in this matter. Emery Celli Brinckerhoff & Abady, together with The Legal Aid Society Prisoners' Rights Project, also are counsel for the Plaintiffs in their individual damages claims. We write, jointly with counsel for The City of New York ("City"), to update the Court on our settlement discussions, and request an extension of the current Court-ordered deadlines related to class issues.

      On September 22, 2014, Plaintiffs and the City entered into a memorandum of understanding with respect to many of the class-related issues in this action. Plaintiffs and the City agree that it would be most productive to now focus on a possible settlement of the class claims in this action. To that end, Plaintiffs and the City respectfully request that the extension granted on August 13, 2014 (Dkt. 162) be applied *nunc pro tunc* to cover the period from August 22, 2014 through September 22, 2014, and that the Court grant another 90-day stay, beginning September 22, 2014, of all Court-ordered deadlines related to class issues (subject to the right of Plaintiffs or the City to give the other notice that negotiations have failed and that litigation of the class claims will resume 30 days thereafter).

ROPES & GRAY LLP

The Honorable James C. Francis — - 2 - — September 24, 2014

We appreciate the Court's consideration.

Respectfully yours,

EMERY CELLI BRINCKERHOFF
& ABADY
Jonathan Abady
Debra L. Greenberger

THE LEGAL AID SOCIETY
Jonathan S. Chasan
Mary Lynne Werlwas
*Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering*

ROPES & GRAY LLP
William I. Sussman
Christopher P. Conniff
Anna E. Friedberg
*Counsel for Plaintiffs Rodney Brye, Shameik Smallwood, Travis Woods, and Oscar Sanders in their capacities as Class representatives*

cc: All counsel (by ECF)