**ROPES & GRAY**

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

**MEMO ENDORSED**

September 24, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/14
```

William I. Sussman
T +1 212 841 0612
F +1 646 728 1505
william.sussman@ropesgray.com

*BY ECF*

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Nunez, et al., v. City of New York, et al.*, 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

This office, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinckerhoff & Abady, is counsel for the Plaintiff Class in this matter. Emery Celli Brinckerhoff & Abady, together with The Legal Aid Society Prisoners' Rights Project, also are counsel for the Plaintiffs in their individual damages claims. We write, jointly with counsel for The City of New York ("City"), to update the Court on our settlement discussions, and request an extension of the current Court-ordered deadlines related to class issues.

On September 22, 2014, Plaintiffs and the City entered into a memorandum of understanding with respect to many of the class-related issues in this action. Plaintiffs and the City agree that it would be most productive to now focus on a possible settlement of the class claims in this action. To that end, Plaintiffs and the City respectfully request that the extension granted on August 13, 2014 (Dkt. 162) be applied *nunc pro tunc* to cover the period from August 22, 2014 through September 22, 2014, and that the Court grant another 30-day stay, beginning September 22, 2014, of all Court-ordered deadlines related to class issues (subject to the right of Plaintiffs or the City to give the other notice that negotiations have failed and that litigation of the class claims will resume 30 days thereafter).

Case 1:11-cv-05845-LTS-JCF   Document 170   Filed 09/24/14   Page 2 of 2

ROPES & GRAY LLP

The Honorable James C. Francis          - 2 -                    September 24, 2014

We appreciate the Court's consideration.

                                  Respectfully yours,

                                  *[signature]*

EMERY CELLI BRINCKERHOFF          ROPES & GRAY LLP
& ABADY                                 William I. Sussman
Jonathan Abady                        Christopher P. Conniff
Debra L. Greenberger                 Anna E. Friedberg
                                         *Counsel for Plaintiffs Rodney Brye,*
THE LEGAL AID SOCIETY             *Shameik Smallwood, Travis Woods, and*
Jonathan S. Chasan                   *Oscar Sanders in their capacities as Class*
Mary Lynne Werlwas                *representatives*
*Counsel for Plaintiffs Mark Nunez, Rodney*
*Brye, Shameik Smallwood, Oscar Sanders,*
*Travis Woods, Ralph Nunez, Keith Bacote,*
*Jose DeGros, Christopher Graham, Sonny*
*Ortiz, Clifford Sewell, and Leslie Pickering*

cc: All counsel (by ECF)

*[Handwritten: Application granted as modified. 9/25/14*
*SO ORDERED.*
*James C. Francis IV*
*USMJ]*