UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MARK NUNEZ, et al.,                     :    11 Civ. 5845 (LTS) (JCF)
                                        :
            Plaintiffs,                 :
                                        :         O R D E R
    - against -                         :
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Upon the parties' joint request, it is hereby ORDERED that class discovery is stayed through December 22, 2014.

                      SO ORDERED.

                                                 /s/ James C. Francis IV
                                              JAMES C. FRANCIS IV
                                              UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       October 31, 2014

Copies mailed this date:

Jonathan S. Abady, Esq.
Debra L. Greenberger, Esq.
Hayley Horowitz, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Jonathan S. Chasen, Esq.
Legal Aid Society
199 Water Street, 3rd Floor
New York, NY 10038

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/14

1

Mary Lynne Werlwas, Esq.
The Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

William I. Sussman, Esq.
Joseph G. Cleemann, Esq.
Christopher Paul Conniff, Esq.
Amanda N. Raad, Esq.
Caroline S. Hsu, Esq.
Lisa Marie Coyle, Esq.
Susan G. Dyer, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Arthur G. Larkin, Esq.
Diep Nguyen, Esq.
Kimberly M. Joyce, Esq.
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007