**MEMO ENDORSED**

December 5, 2014

| | |
|---|---|
| | William I. Sussman<br>T +1 212 841 0612<br>F +1 646 728 1505<br>william.sussman@ropesgray.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/14

**BY ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

    This office, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinckerhoff & Abady, is counsel for the Plaintiff Class in this matter. Emery Celli Brinckerhoff & Abady, together with The Legal Aid Society Prisoners' Rights Project, also are counsel for the Plaintiffs in their individual damages claims. We write, jointly with counsel for The City of New York ("City"), as per the October 31, 2014 joint letter to the Court, to update the Court on settlement discussions with respect to the claims of the Plaintiff Class in this action.

    Since October 31, 2014, the parties have held settlement meetings and they have discussed proposed settlement agreement language covering a number of key areas, including with respect to the draft Use of Force Policy provided by the City on November 24, 2014. Plaintiffs will provide written responses to the City's proposed settlement language and a response to its draft Use of Force Policy. The parties have agreed to meet between now and December 22 for further settlement discussions, and hopefully by that date to reach agreement on the text of a Use of Force Policy and other settlement agreement provisions.

*   *   *   *   *

    In light of these developments, Plaintiffs and the City respectfully jointly request a continued stay, through the current December 22, 2014 expiration date, of Court-ordered class-related deadlines, at which time the parties will update the Court on the status of settlement negotiations.

    We appreciate the Court's consideration.

The Honorable James C. Francis      - 2 -      December 5, 2014

Respectfully yours,

EMERY CELLI BRINCKERHOFF
& ABADY
Jonathan Abady
Debra L. Greenberger

THE LEGAL AID SOCIETY
Jonathan S. Chasan
Mary Lynne Werlwas
*Counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering*

cc: All counsel (by ECF)

ROPES & GRAY LLP
William I. Sussman
Christopher P. Conniff
Anna E. Friedberg
*Counsel for Plaintiffs Rodney Brye, Shameik Smallwood, Travis Woods, and Oscar Sanders in their capacities as Class representatives*

12/8/14
Application granted.
SO ORDERED.
James C. Francis IV
USMJ