Francis, J. Mag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

Mark Nunez, et al.,

                                              Plaintiffs,

                     -against-

City of New York, et al.,

                                             Defendants.

**STIPULATION AND ORDER OF DISMISSAL AS TO SHAMEIK SMALLWOOD'S INDIVIDUAL CLAIMS FOR MONETARY DAMAGES**

11 Civ. 05845 (LTS) (JCF)

---------------------------------------------------------------- x

       **WHEREAS**, the parties have reached a settlement agreement of plaintiff Shameik Smallwood's individual claims for monetary damages and now desire to resolve those claims without further proceedings and without admitting any fault or liability, except for plaintiff's claims for injunctive relief, which are not being resolved;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    Plaintiff Shameik Smallwood's individual claims for monetary damages are hereby dismissed with prejudice. Plaintiff Smallwood's injunctive claims are not dismissed; and

       2.    Notwithstanding the dismissal of Mr. Smallwood's individual claims for monetary damages in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/14
```

Dated: New York, New York
December 11, 2014

EMERY CELLI BRINCKERHOFF &
ABADY LLP
*Attorneys for Plaintiff*
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

By: _____
     Jonathan Abady

THE LEGAL AID SOCIETY
*Attorneys for Plaintiff*
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

By _____
    Jonathan S. Chasan
    Mary Lynne Werlwas

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Davies, Davis,
  Alston and McMorris*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
     Kimberly Joyce
     *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE

Dated: 12/17, 2014