UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
MARK NUNEZ, et al., :
:
              Plaintiffs, :
:
  - against - :
: **11 Civ. 5845 (LTS)(JCF)**
CITY OF NEW YORK, et al., :
: **NOTICE OF APPEARANCE**
              Defendants. :
:
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
             Plaintiff-Intervenor, :
:
  - against - :
:
CITY OF NEW YORK and NEW YORK CITY :
DEPARTMENT OF CORRECTION, :
:
             Defendants. :
------------------------------------------------------------- X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case for the United States of America.

                                   PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

                             By: <u>/s/ Jeffrey K. Powell</u>
                                   JEFFREY K. POWELL
                                   Assistant United States Attorney
                                   86 Chambers Street
                                   New York, NY 10007
                                   Telephone:  (212) 637-2706
                                   Jeffrey.Powell@usdoj.gov