AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mark Nunez, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  11 CV 5845 (LTS) (JCF) |
| CITY OF NEW YORK, et. al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jason Soto, Jaime Roman and Edwin Sloly

Date: 01/06/2015

*Attorney's signature*

Howard Wien H6W6750
*Printed name and bar number*

Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, NY 10006

*Address*

hwien@koehler-isaacs.com
*E-mail address*

(917) 551-1300
*Telephone number*

(917) 551-0030
*FAX number*