UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　-against- <br><br>CITY OF NEW YORK, et al., <br><br>　　　　　　　Defendants. | 11-CV-5845 (LTS) (JCF) |

## MOTION TO WITHDRAW
## APPEARANCE OF SUSANNA G. DYER

　　Upon the accompanying declaration of Susanna G. Dyer, dated January 7, 2015, the undersigned respectfully moves this Court to withdraw the appearance of Susanna G. Dyer on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders, and Travis Wood in their capacity as class representatives.

Dated:　New York, New York
　　　　 January 8, 2015

　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP

　　　　　　　　　　　　　　　　　　By:　/s/ Anna E. Freidberg

　　　　　　　　　　　　　　　　　　William I. Sussman
　　　　　　　　　　　　　　　　　　Christopher P. Conniff
　　　　　　　　　　　　　　　　　　Anna E. Friedberg
　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　(212) 596-9000
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Rodney Brye,*
　　　　　　　　　　　　　　　　　*Shameik Smallwood, Travis Woods, and Oscar*
　　　　　　　　　　　　　　　　　*Sanders in their capacities as Class representatives*

47861316_3