UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 11-CV-5845 (LTS) (JCF) |

# DECLARATION OF SUSANNA G. DYER
# IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

SUSANNA G. DYER declares as follows:

1. I am an associate with the law firm Ropes & Gray LLP, attorneys for Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders, and Travis Woods in their capacities as class representatives. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

2. I am one of the attorneys of record for Plaintiffs in this action, having been admitted pro hac vice by Order dated March 12, 2014 (Dkt. #124).

3. I am leaving my employment with Ropes & Gray LLP effective January 9, 2015.

4. William I. Sussman, Christopher P. Conniff, and Anna E. Friedberg of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representative, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

47861323_4

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2015.

/s/ Susanna G. Dyer
SUSANNA G. DYER