UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

MARK NUNEZ, et al.,

                                                  **STIPULATION + ORDER**

                            Plaintiffs,   11-CV-5845 (LTS) (JCF)

          -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

---------------------------------------------------------------------- x

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/15/15 |

                           Plaintiff-Intervenor,

          -against-

THE CITY OF NEW YORK, et al.;

                              Defendants.

---------------------------------------------------------------------- x

            **IT IS HEREBY STIPULATED AND AGREED** that the date by which the Defendants City of New York and the Department of Correction (collectively "the City"), must answer, move or otherwise respond to the Intervenor Complaint filed by the United States of America is extended to and including twenty (20) days after the date that the stay ordered by the Court in its memo endorsement of December 29, 2014 (Dkt. 182) is lifted or otherwise expires. This stipulation may be executed and filed in counterparts.

Dated:   New York, New York
         January 13, 2015

JEFFREY K. POWELL, ESQ.
EMILY E. DAUGHTRY, ESQ.
Assistant United States Attorneys
Southern District of New York
86 Chambers Street
New York, New York 10007
(212) 637-2706

By: _____
    JEFFREY K. POWELL
    EMILY E. DAUGHTRY

ZACHARY W. CARTER, ESQ.
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 3-177
New York, New York  10007
(212) 356-2641

By: _____
    ARTHUR G. LARKIN
    Senior Counsel

SO ORDERED:

_____
Hon. James C. Francis, IV, U.S.M.J.
1/15/15

- 2 -