

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | **ARTHUR G. LARKIN**<br>Senior Counsel<br>Phone: (212) 356-2641<br>Fax: (212) 788-9776<br>alarkin@law.nyc.gov |

January 22, 2015

**BY ECF**
Hon. James C. Francis, IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

      We write in order to request an extension of time to March 10, 2015, to serve defendants' expert report in rebuttal to the report served by plaintiff Clifford Sewell in support of his claims for money damages, and an extension to March 31, 2015, for the parties to complete the depositions of Mr. Sewell's expert and defendants' rebuttal expert. (Mr. Sewell has retained Dawn Hughes, Ph.D., and the defendants have retained Bridget Amatore, Ph.D., as experts in connection with his claims for emotional injuries.) <u>*Plaintiff consents to this request*</u>. The reason we seek this additional time is that Dr. Amatore's teaching schedule is full over the next several weeks and she requires thirty (30) days after she completes her examination of Mr. Sewell in order to prepare her report. The parties have agreed that Dr. Amatore will examine Mr. Sewell on Feb. 3, and Feb. 10, 2015, and that her report will be served on or before March 10, 2015, subject to Your Honor's approval, in order to accommodate her schedule. The parties jointly requested an extension of the expert discovery schedule on one occasion previously, which Your Honor granted (*see* DE 173).

                                     Respectfully submitted,

                                       /s/
                                     Arthur G. Larkin (AL 9059)
                                     Assistant Corporation Counsel

cc:    All Counsel (by ECF)