RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

January 30, 2015

*By ECF and Hand*

The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Francis:

      This office, together with The Legal Aid Society Prisoners' Rights Project and Ropes & Gray LLP, is counsel for the Plaintiff Class in this matter, and this office, together with The Legal Aid Society Prisoners' Rights Project, is counsel for the Plaintiffs in their individual damages claims. We write, along with counsel for Defendants, to jointly request an extension of time of the February 27, 2015 deadline to complete expert depositions as to the damages claims brought by eight of the individual Plaintiffs.[1] *See* Oct. 10, 2014 Dkt. Entry. Specifically, we seek until March 31, 2015 to complete such expert discovery, consistent with the March 31 deadline in Clifford Sewell's case. *See* Dkt. 190.

      The parties jointly make this request to allow time for the parties to engage in settlement discussions aimed at resolving the individual damages cases, which may obviate the need to incur the time and expense of taking these experts' depositions. The parties have already settled the individual claims for monetary damages for one Plaintiff, Shameik Smallwood. *See* Dkt. 177.

---

[1] Specifically, the three plaintiffs whose claims are excluded from this request are Travis Woods, Rodney Brye and Oscar Sanders. The parties have agreed to hold off on their depositions given the stay of class related discovery, and will ask the Court for an expert discovery schedule after the completion of those depositions. *See* Dkt. 172 n. 1.

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

      We are available should the Court have any questions.

                                    Sincerely,
                                        /s/
                                  Debra Greenberger

c.     All counsel of record *(via ECF)*