UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MARK NUNEZ, et al.,                  : 11 Civ. 5845 (LTS) (JCF)
                                     :
            Plaintiffs,              :
                                     :   O R D E R
     - against -                     :
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/15

     The Court has been informed that the parties have set aside at least four days, and if necessary up to six days, for settlement meetings, attended by decision-makers, to discuss all remaining operational topics and attempt to reach an agreement on such topics prior to March 13, 2015. The parties shall submit a status letter to the Court on March 16, 2015, informing the Court of the progress of these settlement discussions and whether an additional status conference is warranted. Additionally, the parties shall schedule at least three additional days of settlement meetings to discuss remaining settlement language prior to April 15, 2015. Upon the parties' joint request, it is hereby ORDERED that the stay of class deadlines is extended until April 15, 2015.

                         SO ORDERED.

                         *(signature)*
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

1

Dated: New York, New York
       February 5, 2015

Copies transmitted this date:

Jonathan S. Abady, Esq.
Debra L. Greenberger, Esq.
Hayley Horowitz, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Jonathan S. Chasen, Esq.
Legal Aid Society
199 Water Street, 3rd Floor
New York, NY 10038

Mary Lynne Werlwas, Esq.
The Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

William I. Sussman, Esq.
Joseph G. Cleemann, Esq.
Christopher Paul Conniff, Esq.
Amanda N. Raad, Esq.
Caroline S. Hsu, Esq.
Lisa Marie Coyle, Esq.
Susan G. Dyer, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Arthur G. Larkin, Esq.
Diep Nguyen, Esq.
Kimberly M. Joyce, Esq.
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007

Howard Wien, Esq.
Andreas Koutsoudakis, Esq.
Julie Schatz, Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, NY 10006

Alezander Peltz, Esq.
Peltz & Walker
222 Broadway - 25th Floor
New York, NY 10038

Jeffrey K. Powell, Esq.
Emily E. Daughtry, Esq.
US Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007