RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM
R. ORION DANJUMA

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

April 22, 2015

*Via ECF*

The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Nunez, et al. v. City of New York, et al.*, No. 11-cv-5845 (LTS) (JCF)

Dear Judge Francis:

      This firm serves as co-counsel for plaintiff and class representative Oscar Sanders in the above action.  Mr. Sanders is currently incarcerated at Gowanda Correctional Facility in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS").  We need to bring Mr. Sanders to New York City for testing and evaluation by a possible expert witness in this matter.[1]  We have conferred with counsel for DOCCS, who informed us that a Court order was required.

      Enclosed please find a proposed order directing DOCCS to move Oscar Sanders to a correctional facility close to New York City and to produce Mr. Sanders to the offices of Dr. David Kamelhar at 38 E. 32nd Street #601, New York, NY  10016 for medical tests relating to this case on ***April 29, 2015, next week***, which is when Dr. Kamelhar is available.  Mr. Sanders agrees to bear the costs for this trip.  Counsel for DOCCS has reviewed the proposed order.  Defendant City of New York does not object to this request.

---

[1] Because Mr. Sanders is a class representative and class discovery has been stayed, there is currently no schedule for expert discovery for Mr. Sanders and the other class representatives (unlike the individual plaintiffs).

Given the short time frame for this appointed date, we respectfully request the Court's attention to this matter as soon as possible.

Respectfully Submitted,

/s
Zoe Salzman

Encl.

c. All counsel of record (*via ECF*)
Thomas Sticht, Superintendent, Gowanda Correctional Facility *(by fax)*
Herman Reinhold, DOCCS Legal Counsel *(by email)*
Office of the Attorney General of the State of New York (*by fax and hand*)