UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                              Plaintiffs,

         -against-                    **WRIT OF HABEAS CORPUS**

CITY OF NEW YORK, et al.,

                                                11-CV-5845 (LTS) (JCF)

                              Defendants

------------------------------------------------------------------X

TO:

- THOMAS STICHT, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY
- ANTHONY ANTONUCCI, ACTING COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
- OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK

GREETINGS:

      The Superintendent of Gowanda Correctional Facility and the Acting Commissioner of The New York State Department of Corrections and Community Supervision are hereby commanded to produce the body of OSCAR SANDERS (DIN: 12-A-4848; DOB: 6/28/1974) now incarcerated in Gowanda Correctional Facility, move him to a correctional facility close to New York City, and then deliver Mr. Sanders to the offices of Dr. David Kamelhar at 38 E. 32nd Street #601, New York, NY 10016 on the 29th day of April, 2015 at 8:00 AM, so that he may receive medical tests relating to this case.

- 2 -

The cost of this trip will be charged to Plaintiff.

SO ORDERED.

_____
HON. JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
   April __, 2015