```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MARK NUNEZ, et al.,              :  11 Civ. 5845 (LTS) (JCF)
                                 :
            Plaintiffs,          :
                                 :         O R D E R
      - against -                :
                                 :
CITY OF NEW YORK, et al.,        :
                                 :
            Defendants.          :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC:
4/28/15

A pretrial conference having been held on April 22, 2015, it is hereby ORDERED as follows:

1. The stay of class-related deadlines and the time to complete expert reports in the individual damages cases is extended to May 22, 2015.

2. The parties shall submit a status report on May 22, 2015.

3. A pretrial conference shall be held on June 3, 2015, at 2:00 p.m. in courtroom 18-D.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       April 28, 2015

1

Copies transmitted this date:

Jonathan S. Abady, Esq.
Debra L. Greenberger, Esq.
Hayley Horowitz, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Jonathan S. Chasen, Esq.
Legal Aid Society
199 Water Street, 3rd Floor
New York, NY 10038

Mary Lynne Werlwas, Esq.
The Legal Aid Society
111 Livingston Street
Brooklyn, NY 11201

William I. Sussman, Esq.
Joseph G. Cleemann, Esq.
Christopher Paul Conniff, Esq.
Amanda N. Raad, Esq.
Caroline S. Hsu, Esq.
Lisa Marie Coyle, Esq.
Susan G. Dyer, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Arthur G. Larkin, Esq.
Diep Nguyen, Esq.
Kimberly M. Joyce, Esq.
Corporation Counsel for the City of New York
100 Church Street
New York, NY 10007

Howard Wien, Esq.
Andreas Koutsoudakis, Esq.
Julie Schatz, Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, NY 10006

Alezander Peltz, Esq.
Peltz & Walker
222 Broadway - 25th Floor
New York, NY 10038

Jeffrey K. Powell, Esq.
Emily E. Daughtry, Esq.
US Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007