UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

MARK NUNEZ, et al.,                               :

                   Plaintiffs,                :

   - against -                            :
                                                  : 11 Civ. 5845 (LTS)(JCF)
CITY OF NEW YORK, et al.,               :

                   Defendants.              : **NOTICE OF APPEARANCE**
                                                  :
-------------------------------------------------------------- X
                                                 :
UNITED STATES OF AMERICA,       :

                 Plaintiff-Intervenor,   :

   - against -                            :

CITY OF NEW YORK and NEW YORK CITY :
DEPARTMENT OF CORRECTION,        :

                   Defendants.              :
-------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiffs Rodney Brye, Shameik Smallwood, Travis Woods and Oscar Sanders in their capacities as class representatives.

DATED: New York, New York
June 23, 2015

                                                         ROPES & GRAY, LLP
                                                         /s/ Christina G. Bucci
                                                         Christina G. Bucci
                                                         **ROPES & GRAY LLP**
                                                         1211 Avenue of the Americas
                                                         New York, New York  10036-8704
                                                         E: Christina.bucci@ropesgray.com
                                                         T: 212-596-9000
                                                         F: 212-596-9060