UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK NUNEZ, et al.,

                                  Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                                  Defendants
------------------------------------------------------------------X

[PROPOSED] ORDER

11-CV-5845 (LTS) (JCF)

RECEIVED JUN 2 5 2015
CHAMBERS OF
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

TO:

- KEVIN MCCARTHY, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY

        The Superintendent of the Southport Correctional Facility is commanded to make inmate KEITH BACOTE (DIN: 12-A-0599) now incarcerated in Southport Correctional Facility available for an attorney phone call with Emery Celli Brinckerhoff & Abady LLP on June 26, 2015.

SO ORDERED.

                                                       James C. Francis IV
                                            HON. JAMES C. FRANCIS
                                            UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
          June 25, 2015