UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                   :
MARK NUNEZ, et al.,                               :

                  Plaintiffs,              :

   - against -                              :  11 Civ. 5845 (LTS)(JCF)

CITY OF NEW YORK, et al.,              :  **NOTICE OF MOTION**

                 Defendants.           :
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

                 Plaintiff-Intervenor,

   - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                 Defendants.
------------------------------------------------------------ X

     PLEASE TAKE NOTICE that, upon the annexed Declaration of Anna E. Friedberg, dated July 1, 2015, and the exhibits thereto, and the accompanying memorandum of law, Rodney Brye, Shameik Smallwood, Travis Woods and Oscar Sanders, as the class representatives of the certified class in this action, through class counsel, Ropes & Gray LLP, Emery Celli Brinckerhoff & Abady LLP, and The Legal Aid Society Prisoners' Rights Project, together with the United States of America, through its counsel, the United States Attorney's Office for the Southern District of New York, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on such date and time as the Court determines, for an order (i) granting preliminary approval of the proposed

Consent Judgment executed by the parties  (Exhibit A to the Friedberg Declaration), (ii) approving the content and method of distribution of the notice to the class (Exhibit B to the Friedberg Declaration; see Exhibit C thereto), (iii) setting dates for the process leading up to and including the Fairness Hearing, and (iv) revising the definition of the certified class as agreed to by the parties in the proposed Consent Judgment.

Dated:  New York, New York
July 1, 2015

        FOR THE PLAINTIFF CLASS:

        ROPES & GRAY LLP

        By: /s/ William I. Sussman
            WILLIAM I. SUSSMAN
            CHRISTOPHER P. CONNIFF
            ANNA E. FRIEDBERG
            CHRISTINA G. BUCCI
            1211 Avenue of the Americas
            New York, New York, 10036
            Telephone: (212) 569-9000
            Email: William.Sussman@ropesgray.com
                   Christopher.Conniff@ropesgray.com
                   Anna.Friedberg@ropesgray.com
                   Christina.Bucci@ropesgray.com

            All other signatories listed, and on whose behalf the filing is submitted, consent to its filing.

        THE LEGAL AID SOCIETY

        By: /s/ Mary Lynne Werlwas
            JONATHAN S. CHASAN
            MARY LYNNE WERLWAS
            199 Water Street, 6th Floor
            New York, New York, 10038
            Telephone: (212) 577-3530
            Email: jchasan@legal-aid.org
                   mlwerlwas@legal-aid.org

EMERY CELLI BRINCKERHOFF & ABADY LLP


By: /s/ Jonathan S. Abady
    JONATHAN S. ABADY
    600 Fifth Avenue, 10th Floor
    New York, New York, 10020
    Telephone: (212) 763-5000
    Email: jabady@ecbalaw.com


FOR THE UNITED STATES:

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   /s/ Jeffrey K. Powell
    JEFFREY K. POWELL
    EMILY E. DAUGHTRY
    LARA K. ESHKENAZI
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY  10007
    Telephone: (212) 637-2706/2777/2758
    Email: Jeffrey.Powell@usdoj.gov
          Emily.Daughtry@usdoj.gov
          Lara.Eshkenazi@usdoj.gov