| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>O. ANDREW F. WILSON<br>ELIZABETH S. SAYLOR<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO<br>ALISON FRICK<br>DAVID LEBOWITZ<br>HAYLEY HOROWITZ<br>THEODOR O. OXHOLM<br>R. ORION DANJUMA | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK  10020 | TELEPHONE<br>(212) 763-5000<br>FACSIMILE<br>(212) 763-5001<br>WEB ADDRESS<br>www.ecbalaw.com<br><br>CHARLES J. OGLETREE, JR.<br>DIANE L. HOUK |

July 1, 2015

*Via ECF*

The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Nunez, et al. v. City of New York, et al.*, No. 11-cv-5845 (LTS) (JCF)

Dear Judge Francis:

      This firm, together with the Legal Aid Society Prisoners' Rights Project, represents the plaintiffs in connection with their individual damages claims in the *Nunez* action.  We are pleased to report that all of the plaintiffs have accepted the City's offers to settle their damages claims and we have agreed with the City on the paperwork they will execute to effectuate these settlements.  We are in the process of obtaining signatures on this paperwork from all eleven plaintiffs (some of who are incarcerated upstate) as quickly as possible and our goal is to file that paperwork with the Court on or before July 14, 2015.

      Respectfully submitted,

      /s
      Zoe Salzman

c.    All counsel of record (*via ECF*)