UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MARK NUNEZ et al.,

       Plaintiffs,

-v-                                         No. 11CV5845-LTS-JCF

CITY OF NEW YORK et al.,

       Defendants.

------------------------------------------------------x



## ORDER

The Court has received and reviewed the parties' July 1, 2015 motion for preliminary approval of the proposed settlement and consent judgment in this case, including approval of the class notice and revision of the definition of certified class.

The parties are directed to appear for a conference concerning the motion on **July 9, 2015 at 11:00 a.m.** The topics for discussion at the conference will include: (1) a mechanism for the receipt, collation and filing of all objections; (2) the scope of the release proposed to be delivered on behalf of future inmates; (3) factual material to be submitted in support of the motion for final approval, including declaration(s) supporting proposed specific findings to be made pursuant to 18 U.S.C. § 3626(a) and compliance with the statute in general.

SO ORDERED.

Dated: New York, New York
       July 7, 2015

LAURA TAYLOR SWAIN
United States District Judge