

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

July 9, 2015

Anna E. Friedberg
T +1 212 596 9332
F +1 646 728 6247
anna.friedberg@ropesgray.com

**BY ECF**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:        *Nunez, et al., v. City of New York, et al.,* 11 Civ. 5845 (LTS) (JCF)

Dear Judge Swain:

        Enclosed for the Court's consideration are revised versions of the Class Notice and Proposed Preliminary Order in the above-captioned action, which we believe reflect the revisions that were discussed during today's conference.

        We appreciate the Court's consideration.

Respectfully yours,

Anna E. Friedberg

Enclosures

Copy (by ECF, w/encls.) to Counsel