

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

July 24, 2015

William I. Sussman
T +1 212 841 0612
F +1 646 728 1505
William.sussman@ropesgray.com

**BY ECF**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Nunez, et al., v. City of New York, et al.*, 11 Civ. 5845 (LTS) (JCF)

Dear Judge Swain:

      This firm, together with The Legal Aid Society Prisoners' Rights Project and Emery Celli Brinckerhoff & Abady LLP (collectively, "Class Counsel"), is counsel for the Plaintiff Class in this action. In response to the request from Your Honor's staff, we confirm that, in light of the Court's Order Preliminarily Approving Consent Judgment, Approval of Class Notice, and Revision to Definition of Certified Class (Dkt. 214), Class Counsel, counsel for plaintiff-intervenor the United States of America, and counsel for the City defendants all agree that the pre-trial conference scheduled for July 31, 2015 should be cancelled.

      We appreciate the Court's attention.

Respectfully yours,

*William Sussman /CB*

William I. Sussman

Copy (by ECF) to Counsel