UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :

MARK NUNEZ, et al.,                                :

               Plaintiffs,                            :

   - against -                                       :   11 Civ. 5845 (LTS)(JCF)

CITY OF NEW YORK, et al.,                  :   **NOTICE OF JOINT MOTION FOR**
               Defendants.                       :   **FINAL APPROVAL OF CONSENT**
                                                   :   **JUDGMENT**
------------------------------------------------------------ X

UNITED STATES OF AMERICA,

               Plaintiff-Intervenor,

   - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

               Defendants.
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that, upon the Declaration of Steve J. Martin, dated October 2, 2015 ("Martin Declaration"), the Declaration of Brenda Cooke, dated October 2, 2015, the Declaration of Christina G. Bucci, dated October 2, 2015, and the Joint Memorandum of Law of All Parties in Support of Motion for Final Approval of Consent Judgment, dated October 2, 2015, Rodney Brye, Shameik Smallwood, Travis Woods and Oscar Sanders, as the class representatives of the certified class in this action, through class counsel, Ropes & Gray LLP, Emery Celli Brinckerhoff & Abady LLP, and The Legal Aid Society Prisoners' Rights Project; the United States of America, through its counsel, the United States Attorney's Office for the Southern District of New York; and defendants The City of New York and New York City

Department of Correction, through their counsel, Corporation Counsel for The City of New York, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, on October 21, 2015 at 2:00 P.M., or at such other date and time as the Court may determine, for an order granting final approval of, and entry of, the proposed Consent Judgment (a copy of which is annexed as Exhibit B to the Martin Declaration).

Dated:  New York, New York
       October 2, 2015

                FOR THE PLAINTIFF CLASS:

                ROPES & GRAY LLP

                By:  /s/ William I. Sussman
                     WILLIAM I. SUSSMAN
                     CHRISTOPHER P. CONNIFF
                     CHRISTINA G. BUCCI
                     1211 Avenue of the Americas
                     New York, New York 10036
                     Telephone: (212) 569-9000
                     Email: William.Sussman@ropesgray.com
                           Christopher.Conniff@ropesgray.com
                           Christina.Bucci@ropesgray.com

                     All other signatories listed, and on whose behalf the filing is submitted, consent to its filing.

                THE LEGAL AID SOCIETY

                By:  /s/ Mary Lynne Werlwas
                     JONATHAN S. CHASAN
                     MARY LYNNE WERLWAS
                     199 Water Street, 6th Floor
                     New York, New York 10038
                     Telephone: (212) 577-3530
                     Email: jchasan@legal-aid.org
                           mlwerlwas@legal-aid.org

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: /s/ Jonathan S. Abady
    JONATHAN S. ABADY
    DEBRA L. GREENBERGER
    600 Fifth Avenue, 10th Floor
    New York, New York 10020
    Telephone: (212) 763-5000
    Email: jabady@ecbalaw.com
           dgreenberger@ecbalaw.com

FOR THE UNITED STATES:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Jeffrey K. Powell
    JEFFREY K. POWELL
    LARA K. ESHKENAZI
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2706/2758
    Email: Jeffrey.Powell@usdoj.gov
           Lara.Eshkenazi@usdoj.gov

FOR DEFENDANTS:

ZACHARY W. CARTER
Corporation Counsel for the City of New York

By: /s/ Celeste Koeleveld
    CELESTE KOELEVELD
    ARTHUR G. LARKIN
    KIMBERLY JOYCE
    100 Church Street
    New York, New York 10007
    Telephone: (212) 356-2300
    Email: ckoeleve@law.nyc.gov
           alarkin@law.nyc.gov
           kjoyce@law.nyc.gov