```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARK NUNEZ, et al.,                                          :
                                                             :
                          Plaintiffs,                        :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                          Defendants.                        :
                                                             :   11 Civ. 5845 (LTS)(JCF)
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                          Plaintiff-Intervenor,              :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
                                                             :
                          Defendants.                        :
------------------------------------------------------------ X
```

## MOTION TO WITHDRAW
### APPEARANCE OF ANNA E. FRIEDBERG

Upon the accompanying declaration of Anna E. Friedberg, dated October 21, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Anna E. Friedberg on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Wood in their capacity as class representatives.

Dated: New York, New York
October 21, 2015

Respectfully submitted,

By: /s/ Anna E. Friedberg

William I. Sussman
Christopher P. Conniff
Christina G. Bucci
Anna E. Friedberg
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Counsel for Plaintiffs Rodney Brye,*
*Shameik Smallwood, Travis Woods and Oscar Sanders*
*in their capacities as Class representatives*

2