```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARK NUNEZ, et al.,                                          :
                                                             :
                    Plaintiffs,                              :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                    Defendants.                              :
                                                             :  11 Civ. 5845 (LTS)(JCF)
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                    Plaintiff-Intervenor,                    :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
                                                             :
                    Defendants.                              :
------------------------------------------------------------ X
```

## DECLARATION OF ANNA E. FRIEDBERG
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Anna E. Friedberg declares as follows:

1.  I am an associate with the law firm Ropes & Gray LLP, attorneys for Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacities as class representatives. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

2.  I am one of the attorneys of record for Plaintiffs in this action in their capacities as class representatives. (Dkt. #119).

      3.      I am leaving my employment with Ropes & Gray LLP effective October 22, 2015.

      4.      William I. Sussman, Christopher P. Conniff and Christina G. Bucci of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representatives, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action, together with Emery Celli Brinckerhoff & Abady LLP and The Legal Aid Society Prisoners' Rights Project.

      5.      I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on October 21, 2015.

                                                /s/ Anna E. Friedberg_____
                                               Anna E. Friedberg