UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :

MARK NUNEZ, et al.,                    :

                          Plaintiffs,    :

   - against -                      :

CITY OF NEW YORK, et al.,      :

                          Defendants.   :

                                              : **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
                                                 :

UNITED STATES OF AMERICA,    :

                   Plaintiff-Intervenor,   :

   - against -                      :

CITY OF NEW YORK and NEW YORK CITY   :
DEPARTMENT OF CORRECTION,        :

                          Defendants.   :
------------------------------------------------------------ X

## MOTION TO WITHDRAW
## <u>APPEARANCE OF AMANDA N. RAAD</u>

Upon the accompanying declaration of Amanda N. Raad, dated October 21, 2015, the

undersigned respectfully moves this Court for an order granting the withdrawal of the

appearance of Amanda N. Raad on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar

Sanders and Travis Wood in their capacity as class representatives.

Dated:  New York, New York
        October 21, 2015

                               Respectfully submitted,


                               By:    /s/ Amanda N. Raad

                               William I. Sussman
                               Christopher P. Conniff
                               Christina G. Bucci
                               Amanda N. Raad
                               ROPES & GRAY LLP
                               1211 Avenue of the Americas
                               New York, NY 10036
                               (212) 596-9000
                               *Counsel for Plaintiffs Rodney Brye,*
                               *Shameik Smallwood, Travis Woods and Oscar Sanders*
                               *in their capacities as Class representatives*