```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARK NUNEZ, et al.,                                          :
                                                             :
                        Plaintiffs,                          :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                        Defendants.                          :
                                                             :  11 Civ. 5845 (LTS)(JCF)
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                        Plaintiff-Intervenor,                :
                                                             :
   - against -                                               :
                                                             :
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X
```

## DECLARATION OF AMANDA N. RAAD
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Amanda N. Raad declares as follows:

1. I am a partner with the law firm Ropes & Gray LLP, attorneys for Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacities as class representatives. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

2. I am one of the attorneys of record for Plaintiffs in this action in their capacities as class representatives. (Dkt. #30).

3. I intend, subject to the Court's approval, to cease work on this action.

4. William I. Sussman, Christopher P. Conniff and Christina G. Bucci of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representatives, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action, together with Emery Celli Brinckerhoff & Abady LLP and The Legal Aid Society Prisoners' Rights Project.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge, information and belief.

Executed on October 21, 2015.

                                              /s/ Amanda N. Raad_____
                                              Amanda N. Raad