UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                          :

MARK NUNEZ, et al.,                            :

                          Plaintiffs,                  :

  - against -                                      :

CITY OF NEW YORK, et al.,               :

                          Defendants.               :  **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
                                                                                         :

UNITED STATES OF AMERICA,            :

                        Plaintiff-Intervenor,      :

  - against -                                        :

CITY OF NEW YORK and NEW YORK CITY  :
DEPARTMENT OF CORRECTION,            :

                          Defendants.               :
------------------------------------------------------------ X

## MOTION TO WITHDRAW
### APPEARANCE OF JOSEPH G. CLEEMANN

      Upon the accompanying declaration of Joseph G. Cleemann, dated October 21, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Joseph G. Cleemann on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Wood in their capacity as class representatives.

Dated:   New York, New York
         October 21, 2015

Respectfully submitted,

By:   /s/ Joseph G. Cleemann

William I. Sussman
Christopher P. Conniff
Christina G. Bucci
Joseph G. Cleemann
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Counsel for Plaintiffs Rodney Brye,*
*Shameik Smallwood, Travis Woods and Oscar Sanders*
*in their capacities as Class representatives*