UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MARK NUNEZ, et al.,                                            :
                                                               :
                                 Plaintiffs,                   :
                                                               :
  - against -                                                  :
                                                               :
CITY OF NEW YORK, et al.,                                      :
                                                               :
                                 Defendants.                   :
                                                               : **11 Civ. 5845 (LTS)(JCF)**
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                 Plaintiff-Intervenor,         :
                                                               :
  - against -                                                  :
                                                               :
CITY OF NEW YORK and NEW YORK CITY                             :
DEPARTMENT OF CORRECTION,                                      :
                                                               :
                                 Defendants.                   :
-------------------------------------------------------------- X

## DECLARATION OF JOSEPH G. CLEEMANN
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Joseph G. Cleemann declares as follows:

1.      I am an associate with the law firm Ropes & Gray LLP, attorneys for Plaintiffs

Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacities as class

representatives.  I make this declaration in support of the accompanying motion to withdraw my

appearance in this action.

2.      I am one of the attorneys of record for Plaintiffs in this action in their capacities as

class representatives. (Dkt. #24).

3.      I intend, subject to the Court's approval, to cease work on this action.

4.      William I. Sussman, Christopher P. Conniff and Christina G. Bucci of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representatives, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action, together with Emery Celli Brinckerhoff & Abady LLP and The Legal Aid Society Prisoners' Rights Project.

5.      I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on October 21, 2015.

/s/ Joseph G. Cleemann_____
Joseph G. Cleemann