UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARK NUNEZ et al.,

       Plaintiffs,

-v-                                      No. 11CV5845-LTS-JCF

CITY OF NEW YORK et al.,

       Defendants.

-----------------------------------------------------------x



## ORDER

For the reasons stated on the record of the hearing held today, the Consent Judgment (Ex. B, docket entry no. 234), is approved as fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e)(2). Its attorneys' fee provisions are also approved as fair and reasonable. The Court further finds that the prospective relief provided for by the settlement is consistent with the requirements of 18 U.S.C. § 3626(a). The Court will enter the proposed Consent Judgment.

SO ORDERED.

Dated: New York, New York
       October 21, 2015

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge