UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-2015

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

November 5, 2015

Steve J. Martin, Esq.
8513 Adirondack Trail
Austin, Texas 78759

Nunez et al. v. City of New York et al.
No. 11 CV. 5845-LTS-JCF

Dear Mr. Martin:

The Court has received the enclosed letter, filed as docket entry number 250, from the president of the Corrections Officers' Benevolent Association concerning implementation of training under the Consent Judgment. The Court commends to your attention the Association's concerns regarding training in connection with the implementation of changes to use of force policies.

Sincerely yours,

Laura Taylor Swain

w/ Enclosure