UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARK NUNEZ, et al.,

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff-Intervenor,

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11-5-2015

SO ENDORSED

**11 Civ. 5845 (LTS)(JCF)**

## MOTION TO WITHDRAW
## APPEARANCE OF JOSEPH G. CLEEMANN

Upon the accompanying declaration of Joseph G. Cleemann, dated October 21, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Joseph G. Cleemann on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Wood in their capacity as class representatives.

Case 1:11-cv-05845-LTS-JCF   Document 252   Filed 11/05/15   Page 2 of 2

Case 1:11-cv-05845-LTS-JCF   Document 245   Filed 10/21/15   Page 2 of 2

Dated: New York, New York
October 21, 2015

                           Respectfully submitted,

                           By:   /s/ Joseph G. Cleemann

                           William I. Sussman
                           Christopher P. Conniff
                           Christina G. Bucci
                           Joseph G. Cleemann
                           ROPES & GRAY LLP
                           1211 Avenue of the Americas
                           New York, NY 10036
                           (212) 596-9000
                           *Counsel for Plaintiffs Rodney Brye,*
                           *Shameik Smallwood, Travis Woods and Oscar Sanders*
                           *in their capacities as Class representatives*

*[Handwritten:] The foregoing motion is granted. DE #245 resolved.*

**SO ORDERED:**

*[Signature] 11/5/15*
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2