UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MARK NUNEZ, et al.,                                          :
:
       Plaintiffs,                                :
:
- against -                                                  :
:
CITY OF NEW YORK, et al.,                                    :
:
       Defendants.                                :
:                **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                                    :
:
       Plaintiff-Intervenor,                      :
:
- against -                                                  :
:
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
:
       Defendants.                                :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-2015

MEMO ENDORSED

## MOTION TO WITHDRAW
## APPEARANCE OF AMANDA N. RAAD

    Upon the accompanying declaration of Amanda N. Raad, dated October 21, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Amanda N. Raad on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Wood in their capacity as class representatives.

Dated: New York, New York
       October 21, 2015

Respectfully submitted,

By: /s/ Amanda N. Raad

William I. Sussman
Christopher P. Conniff
Christina G. Bucci
Amanda N. Raad
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Counsel for Plaintiffs Rodney Brye,*
*Shameik Smallwood, Travis Woods and Oscar Sanders*
*in their capacities as Class representatives*

The foregoing motion is granted. DE # 243 resolved.

**SO ORDERED:**

11/5/15

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2