UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MARK NUNEZ, et al.,

           Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

           Defendants.

           **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X

UNITED STATES OF AMERICA,

           Plaintiff-Intervenor,

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

           Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-2015

MEMO ENDORSED

## DECLARATION OF LISA M. COYLE
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Lisa M. Coyle declares as follows:

1.     I am an associate with the law firm Ropes & Gray LLP, attorneys for Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacities as class representatives. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

2.     I am one of the attorneys of record for Plaintiffs in this action in their capacities as class representatives. (Dkt. #120).

3.     I intend, subject to the Court's approval, to cease work on this action.

4. William I. Sussman, Christopher P. Conniff and Christina G. Bucci of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representatives, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action, together with Emery Celli Brinckerhoff & Abady LLP and The Legal Aid Society Prisoners' Rights Project.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on October 21, 2015.

/s/ Lisa M. Coyle
Lisa M. Coyle

*The foregoing motion is granted. DE #242 resolved.*

SO ORDERED:

_____ 11/5/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2