UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

MARK NUNEZ, et al.,

             Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

             Defendants.

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

             Plaintiff-Intervenor,

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

             Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-2015

**11 Civ. 5845 (LTS)(JCF)**

MEMO ENDORSED

## MOTION TO WITHDRAW
### APPEARANCE OF ANNA E. FRIEDBERG

Upon the accompanying declaration of Anna E. Friedberg, dated October 21, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Anna E. Friedberg on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Wood in their capacity as class representatives.

Dated: New York, New York
       October 21, 2015

Respectfully submitted,

By: /s/ Anna E. Friedberg

William I. Sussman
Christopher P. Conniff
Christina G. Bucci
Anna E. Friedberg
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Counsel for Plaintiffs Rodney Brye,
Shameik Smallwood, Travis Woods and Oscar Sanders
in their capacities as Class representatives*

*[handwritten:] The foregoing motion is granted. DE #239 resolved.*

**SO ORDERED:**

*[signature]* 11/5/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2