UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK NUNEZ, et al.,

                                                                          11-CV-5845 (LTS) (JCF)

                                  Plaintiffs,

            -against-

CITY OF NEW YORK, et al.,

                                  Defendants.

-----------------------------------------------------------------X

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Rodney Brye, Oscar Sanders, Shameik Smallwood, and Travis Woods, in their capacities as class representatives.

Dated:  New York, New York
         November 13, 2015

                                                   /s/ Paul S. Kellogg_____
                                                       Paul S. Kellogg
                                               **ROPES & GRAY LLP**
                                               1211 Avenue of the Americas
                                               New York, New York  10036-8704
                                               E: paul.kellogg@ropesgray.com
                                               T: 212-596-9000
                                               F: 212-596-9090