## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor
Exiger LLC
600 Third Avenue, 10th Floor
New York, NY 10016
+1 212 833 3338 | afriedberg@exiger.com

November 18, 2015

**Via ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain:

    The Monitor's Office is in receipt of your November 5, 2015 correspondence forwarding a letter from the President of the Correction Officers' Benevolent Association ("COBA") concerning implementation of training under the Consent Judgment (Docket Entry 250). The coordination of policy implementation and training is a top priority for the Monitor's office. Such coordination will necessarily include discussion and input from all relevant stakeholders, which, of course, includes COBA. I, along with the Deputy Monitor, met last week with New York City Department of Correction officials as well as union representatives to discuss these very issues.

                                                                       Sincerely,

                                                                      s/ Steve J. Martin
                                                                      Steve J. Martin