

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 356-2641
Fax: (212) 356-3509
alarkin@law.nyc.gov

November 20, 2015

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

      We respectfully submit this letter on behalf of all of the parties in order to request that the "Effective Date" of the Consent Judgment approved by the Court and entered on October 22, 2015, be deemed November 1, 2015, instead of October 22, 2015.  Under the Consent Judgment, the "Effective Date" is defined as "the date this Agreement is approved and entered by the Court," Consent Judgment, Section III.13 (definition of Effective Date), that is, October 22, 2015.  However, for practical reasons, including the calculation of various deadlines and reporting requirements under the Consent Judgment which are keyed to the Effective Date, the parties believe that it is preferable for the Effective Date to be November 1, 2015, the beginning of the month.  At the same time, the ten-day adjustment in the Effective Date does not materially affect the terms of the Consent Judgment.  We have discussed this adjustment to the Effective Date with Steve J. Martin, the Monitor, and he agrees that the adjustment is advisable.  Accordingly, with the recommendation and approval of the Monitor, the parties respectfully request that the Court "So Order" this letter application and deem the Effective Date of the Consent Judgment to be November 1, 2015.

      Respectfully submitted,

      /s/
      Arthur G. Larkin, Esq.
      Celeste L. Koeleveld, Esq.

cc:    All Counsel (by ECF)