UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                                   :

MARK NUNEZ, et al.,                                         :

                  Plaintiffs,                                     :

  - against -                                                         :

CITY OF NEW YORK, et al.,                             :

                  Defendants.                              :

                                                                   :  **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
                                                                             :

UNITED STATES OF AMERICA,                        :

                 Plaintiff-Intervenor,                      :

  - against -                                                         :

CITY OF NEW YORK and NEW YORK CITY    :
DEPARTMENT OF CORRECTION,
                                                                  :

                  Defendants.                              :
------------------------------------------------------------ X

## DECLARATION OF CHRISTINA G. BUCCI
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

       Christina G. Bucci declares as follows:

       1.       I am an associate with the law firm Ropes & Gray LLP, attorneys for Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacities as class representatives. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

       2.       I am one of the attorneys of record for Plaintiffs in this action in their capacities as class representatives. (Dkt. #204).

       3.       I intend, subject to the Court's approval, to cease work on this action.

4. William I. Sussman, Christopher P. Conniff and Paul S. Kellogg of Ropes & Gray LLP shall continue as attorneys of record for the above named Plaintiffs in their capacities as class representatives, and Ropes & Gray LLP shall continue to represent the above named Plaintiffs in their capacities as class representatives in this action, together with Emery Celli Brinckerhoff & Abady LLP and The Legal Aid Society Prisoners' Rights Project.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in their capacities as class representatives in this action.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on December 7, 2015.

/s/ Christina G. Bucci  
Christina G. Bucci