UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MARK NUNEZ, et al.,

              Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

              Plaintiff-Intervenor,

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

              Defendants.

------------------------------------------------------------ X

**11 Civ. 5845 (LTS)(JCF)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-2016

MEMO ENDORSED

## MOTION TO WITHDRAW
## APPEARANCE OF CHRISTINA G. BUCCI

Upon the accompanying declaration of Christina G. Bucci, dated December 7, 2015, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of Christina G. Bucci on behalf of Plaintiffs Rodney Brye, Shameik Smallwood, Oscar Sanders and Travis Woods in their capacity as class representatives.

Dated: New York, New York
December 7, 2015

Respectfully submitted,

By: /s/ Christina G. Bucci

William I. Sussman
Christopher P. Conniff
Paul S. Kellogg
Christina G. Bucci
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
*Counsel for Plaintiffs Rodney Brye,*
*Shameik Smallwood, Travis Woods and Oscar Sanders*
*in their capacities as Class representatives*

The motion is granted. The Clerk of Court is requested to update the docket accordingly. DE#262 resolved.

SO ORDERED:

1/5/2016
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2