OFFICE OF THE MONITOR

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

600 Third Avenue, 18th Floor
New York, NY 10016
+1 212 833 3338    ahiedberg@exiger.com



**Via ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-2016

March 3, 2016

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain:

We write to respectfully request that the Court grant a modification to the Consent Judgment (Dkt. No. 249) to lengthen each of the second and third reporting periods by one additional month, changing the reporting periods from four months to five months. Attached is a document that identifies, in track changes, the proposed modification to the relevant section of the Consent Judgment, Section XIX (Reporting Requirements and Parties' Right of Access), ¶1. The requested modification to the Consent Judgment will not alter the first reporting period or the delivery of the Monitor's first report on May 31, 2016. We respectfully make this request because we believe an additional month in the second and third reporting periods is necessary to allow the Monitoring Team to adequately and appropriately conduct the duties and responsibilities required under the Consent Judgment. We have discussed the proposed modification to the Consent Judgment with the parties and they have no objections.

Please do not hesitate to contact us if you have any questions or require further information on the proposed modification.

*The requested modification of the Consent Judgment is approved. DE #267 resolved.*

Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor
Anna E. Friedberg, Deputy Monitor

**SO ORDERED:**

_/s/ Laura Taylor Swain_  3/4/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE