UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK NUNEZ et al.,

       Plaintiffs,

-v-                                     No. 11CV5845-LTS-JCF

CITY OF NEW YORK et al.,

       Defendants.

------------------------------------------------------------x



## ORDER

       Steve J. Martin, the Monitor in the above-captioned case, and Anna E. Friedberg, the Deputy Monitor, have offered to meet informally with the undersigned to discuss the monitoring function generally and any questions that the Court may have concerning the Monitor's recently-filed Report.

       Any objections or requests regarding such a meeting must be made in writing and filed on the ECF system within 7 days of the date hereof.

SO ORDERED.

Dated: New York, New York
       June 1, 2016

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge