# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25th Floor
NEW YORK, NY 10006
Tel: (917) 551-1300  Fax: (917) 551-0300
www.koehler-isaacs.com

RICHARD J. KOEHLER*
STEVEN ISAACS*

MICHAEL R. BERTSCHI*
LIAM L. CASTRO*
RENA C. DAWSON*
CYNTHIA DEVASIA*⁺◊
GABRIEL GREENBERG*
JOEY JACKSON*
DAWN K. KELLY*⁺
DAVID J. KIRSCH*
MERCEDES M. MALDONADO*
JULIE A. ORTIZ*
FELICIA M. PINTO*
ANDREW A. ROWE*
JULIE PEARLMAN SCHATZ*⁺
ANN M. SCHNEIDER*⁺
ELYSE S. SILVERMAN*⁺
STEPHANIE A. SWINTON*
PETER C. TROXLER*
GREGORY J. WATFORD*
HOWARD G. WIEN*

NEW JERSEY OFFICE
26 Ferry Street, Suite 1
Newark, NJ 07105
Tel: (862) 240-1900
Fax: (973) 878-2488

OF COUNSEL
RAYMOND J. AAB *
MARK FONTE*⁺
HON. DAVID FRIED *
DALLIN M. FUCHS*⁺
JESSICA SALLES *
BRIAN SCHWARTZ*⁺
BARRY WASHOR *

*Admitted in New York
+Admitted in New Jersey

◊Manages NJ Practice

**By ECF and fax (212) 805-0424**

June 2, 2016

Hon. Laura Taylor Swain
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1302

Re:  **Nunez v. City of New York**, 11-cv-05845 (LTS)(JCF)

Dear Judge Swain,

  I am writing on behalf of my client, the Correction Officers Benevolent Association ("COBA"). COBA is the certified bargaining representative for Correction Officers employed by the New York City Department of Corrections. As such, COBA and its members have a vital interest in the ongoing implementation of the consent decree in the above referenced civil action. Your honor has previously acknowledged the legitimacy of our concerns when you commended to the monitor's attention concerns expressed by COBA's President in his letter to you of November 4, 2015. *See* Docket Entry No. 250

  I write in response to your June 1, 2016 order advising that the monitor and deputy monitor have offered to meet informally with you to discuss the monitoring function generally and any questions that the Court may have concerning the Monitor's recently-filed First Report. You instructed that any objections or requests regarding such a meeting be made in writing and filed on the ECF system within 7 days.

**KOEHLER & ISAACS LLP**



Page Two - Swain - 6/2/16

    Please be advised that COBA wishes to participate in any discussion between the court and the monitor and wishes to present its views to the court and monitor as to the First Report, the monitor's functions generally and the conduct of the Department of Corrections as it responds to and implements changes in areas covered by the Consent Decree.

    Your attention to this matter is appreciated

Sincerely,

KOEHLER & ISAACS LLP

By: _____
      Steven Isaacs

cc:    All Parties (by ECF)

L:\Labor Data\Howard\coba\L-swain.nunez.wpd