

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ARTHUR G. LARKIN<br>Senior Counsel<br>Phone (212) 356-2641<br>Fax (212) 356-3509<br>alarkin@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-2016

June 8, 2016

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    Mark Nunez v. City of New York, et al., 11-CV-5845 (LTS) (JCF)

Your Honor:

    We write jointly on behalf of all parties in order to seek an extension of two (2) weeks of the deadline by which the City must move for a protective order to keep confidential certain information that the Department has produced. The current deadline is today, June 8, 2016, and the parties seek an extension of the deadline to June 22, 2016.

    Section XX (entitled "Monitoring"), paragraph 11(d) of the Consent Judgment, provides that the protective order entered in the underlying litigation on May 23, 2013, "remains in full force and effect" (*see* Dkt. 249, at page 53). The protective order, in turn, provides that if the plaintiffs object to any confidentiality designation by the City, then the parties thereafter "shall endeavor in good faith to resolve such objection … within thirty (30) days." If they are unable to resolve the objection, the City must move "within thirty (30) days thereafter for an order" approving the confidentiality designation. (Dkt. 89, ¶ 5, at pages 3-4) These provisions recently have been triggered by plaintiffs' objections to certain confidentiality designations, and the parties agree that any motion for an order "approving" the City's confidentiality designations would otherwise be due today.

    The parties have been negotiating in good faith, have been consulting with the monitor to address the monitor's views, and have narrowed the disputes considerably during our recent discussions. The parties request two additional weeks to continue their discussions and, hopefully, to resolve the issues without the need for Your Honor's intervention.

      We appreciate Your Honor's consideration of this joint request.

                                        Respectfully submitted,

                                            /s/
                                  Arthur G. Larkin, Esq.
cc:    All Counsel (by ECF)        Senior Counsel

*[Handwritten: The requested extension of time is granted. DE #272 resolved.]*

SO ORDERED:

*[Signature]* 6/9/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE