```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MARK NUNEZ et al.,

    Plaintiffs,

-v-                                            No. 11CV5845-LTS-JCF

CITY OF NEW YORK et al.,

    Defendants.

----------------------------------------------------------x

## ORDER

The Court's June 1, 2016, Order required that any objections or requests concerning an informal meeting between the Court and the monitor be filed by June 8, 2016. The Court has since only received one letter, dated June 2, 2016, from the Correction Officers Benevolent Association ("COBA"), which is a non-party to the underlying litigation, requesting to be present at the meeting. COBA's request is denied.

    SO ORDERED.

Dated: New York, New York
       June 9, 2016

                                                      /s/ LAURA TAYLOR SWAIN
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge