

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ARTHUR G. LARKIN<br>Senior Counsel<br>Phone: (212) 356-2641<br>Fax: (212) 356-3509<br>alarkin@law.nyc.gov |

June 22, 2016

**BY ECF**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>Mark Nunez v. City of New York, et al.</u>, 11-CV-5845 (LTS) (JCF)

Your Honor:

    We write jointly on behalf of all parties, and in furtherance of our prior letter request that Your Honor granted (Dkt. 273), in order to seek an additional extension of two (2) weeks of the deadline by which the City must move for a protective order to keep confidential certain information that the Department of Correction ("DOC") has produced. The current deadline is today, June 22, 2016, and the parties seek an extension of the deadline to July 6, 2016. As we advised Your Honor previously, DOC, plaintiffs' counsel and the monitor are attempting to resolve all of the issues through negotiation, and over the past two weeks we have made additional progress. We request this extension in order to continue those discussions and, hopefully, resolve the outstanding issues without the need for judicial intervention.

                      Respectfully submitted,

                      /s/
                      Arthur G. Larkin, Esq.
                      Senior Counsel

cc:    All Counsel (by ECF)