

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 25, 2016

**BY ECF AND HAND DELIVERY**

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Nunez v. City of New York*, 11 Civ. 5845 (LTS)(JCF)

Dear Judge Swain:

      On August 17, 2016, counsel for the City submitted a letter seeking the Court's assistance in resolving a dispute regarding the extent to which information in the monthly Preliminary Review reports provided to the Monitor and Plaintiffs pursuant to the Consent Judgment should be treated as confidential. (Dkt. No. 283) We write respectfully to clarify that this dispute is primarily between class counsel and the City, and that our Office will be taking no position with respect to the issues set forth in the City's letter.

      We thank the Court for its consideration of this matter.

                            Respectfully,

                            PREET BHARARA
                            United States Attorney

        By:    /s/ Jeffrey K. Powell
                    JEFFREY K. POWELL
                    LARA K. ESHKENAZI
                    Assistant United States Attorneys
                    Tel:    (212) 637-2706/2758
                    Email:  Jeffrey.Powell@usdoj.gov
                                  Lara.Eshkenazi@usdoj.gov

cc:        All Counsel (by ECF)