

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

March 29, 2017

Seymour W. James, Jr.
*Attorney-in-Chief*

Justine M. Luongo
*Attorney–in–Charge*
Criminal Defense Practice

VIA ECF

Mary Lynne Werlwas
*Project Director*
Prisoners' Rights Project

The Hon, Laura Taylor Swain
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10038

          Re:    *Nunez v. City of New York,*
                 11-Civ-5845 (LTS) (JCF)

Your Honor:

      On behalf of all parties, enclosed please find a stipulation executed by all parties reflecting modification of the existing confidentiality order, consistent with Your Honor's ruling of September 13, 2016 (Dkt. 289). Thank you.

                 Very truly yours,

                 /s/ Mary Lynne Werlwas

                 Mary Lynne Werlwas
                 Counsel for *Nunez* plaintiff class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARK NUNEZ, et al.,

                 Plaintiffs,

  - against -

                                          11 Civ. 5845 (LTS)(JCF)

CITY OF NEW YORK, et al.,

                 Defendants.
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                 Plaintiff-Intervenor,

  - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                 Defendants.
-------------------------------------------------------------- X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, who are all of the parties to this action, that the Amended Protective Order (Dkt. 89) is further amended by adding the following subparagraphs (j), (k), and (l) to paragraph 2:

       (j)     Recommendations contained in the report authored by Jeffrey Beard pursuant to Section XVI, paragraph 11, of the Consent Judgment (*see* Dkt. 249, at page 48 of 65), unless such information is included in a Monitor's Report filed with the Court;

       (k)     Information set forth in the columns captioned "Remarks" and "Case Description" in DOC's production of reports of preliminary reviews conducted by DOC pursuant to the Consent Judgment, Section VII, paragraph 7 (*see* Dkt. 249, at pages 18-20 of 65), except that

Plaintiffs' Counsel will be permitted to disclose: (i) aggregate trend information gleaned from the reports of the preliminary reviews, excluding reference to any specific incidents or individuals, and with the express caveat that any information disclosed is based on preliminary assessments, as set forth in the Court's Order dated September 13, 2016 (Dkt. 289), and (ii) information that is included in a Monitor's Report filed with the Court; and

(l) All other documents that all Parties agree shall be treated as Confidential Materials, provided notice is given to the Court;

IT IS FURTHER STIPULATED AND AGREED, that nothing in this stipulation and order shall be deemed as a waiver by the City or DOC of any applicable privilege whatsoever.

FOR THE UNITED STATES:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
JEFFREY K. POWELL
LARA K. ESHKENAZI
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2706/2758
Email: Jeffrey.Powell@usdoj.gov
       Lara.Eshkenazi@usdoj.gov

FOR PLAINTIFF CLASS:

THE LEGAL AID SOCIETY

By: _____
MARY LYNNE WERLWAS
199 Water Street, 6th Floor
New York, NY 10038
Telephone: (212) 577-3530
Email:   mlwerlwas@legal-aid.org

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: _____
    JONATHAN S. ABADY
    DEBRA L. GREENBERGER
    600 Fifth Avenue, 10th Floor
    New York, NY 10020
    Telephone: (212) 763-5000
    Email:  jabady@ecbalaw.com
             dgreenberger@ecbalaw.com

FOR DEFENDANTS CITY OF NEW YORK AND DEPARTMENT OF CORRECTION:

ZACHARY W. CARTER
Corporation Counsel for the City of New York

By: _____
    ARTHUR G. LARKIN
    KIMBERLY JOYCE
    100 Church Street
    New York, New York 10007
    Telephone: (212) 356-2641
    Email: alarkin@law.nyc.gov
           kjoyce@law.nyc.gov

                        SO ORDERED this _____ day of _____, 2017

                        _____
                        LAURA TAYLOR SWAIN
                        UNITED STATES DISTRICT JUDGE