UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

MARK NUNEZ, et al.,

                              Plaintiffs

- against -

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------- X

**MOTION FOR ADMISSION PRO HAC VICE**

11-CV-5845 (LTS) (JCF)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit swearing to these statements.

Dated:      June 6, 2017

_____
Zachary Katznelson
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530
zkatznelson@legal-aid.org

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

MARK NUNEZ, et al.,

                                                Plaintiffs

- against -

THE CITY OF NEW YORK, et al.,

                                                Defendants.

------------------------------------------------------------------- X

**AFFIDAVIT OF ZACHARY KATZNELSON IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION**

11-CV-5845 (LTS) (JCF)

STATE OF NEW YORK  )
                               ) ss.
COUNTY OF NEW YORK  )

Zachary Katznelson, being duly sworn, deposes and says:

1. I am a staff attorney at The Legal Aid Society, which represents Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action. I have personal knowledge of the facts in this affidavit.

2. Since 2000, I have been, and presently am, a member in good standing of the State Bar of California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

2

5. There are no disciplinary proceedings presently against me.

Zachary Katznelson

Sworn to before me this
6th day of June, 2017

**STEFEN RUSSELL SHORT**
Notary Public, State of New York
Reg. No. 02SH6324673
Qualified in Kings County
Commission Expires May 11, 2019

Notary Public

THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 31, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ZACHARY PHILIP KATZNELSON, #209489 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

MARK NUNEZ, et al.,

                                 Plaintiffs   **[PROPOSED] ORDER FOR**
                                                            **ADMISSION PRO HAC VICE**

        - against -

                                                                           11-CV-5845 (LTS) (JCF)

THE CITY OF NEW YORK, et al.,

                                   Defendants.

       The motion of Zachary Katznelson, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Zachary Katznelson |
| Firm Name: | The Legal Aid Society |
| Address: | 199 Water Street 6th Floor |
| City / State / Zip: | New York, NY 10038 |
| Telephone / Fax: | (212) 577-3530 / (646) 616-4515 |

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action;

       IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

4

above captioned case in the United States District Court for the Southern District of New York.

DATED: June ___, 2017

HON. LAURA TAYLOR SWAIN
United States District Judge