OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
*Deputy Monitor*
Exiger LLC
1095 Avenue of the Americas, 5th Floor
New York, NY 10023
+1 212 455 9446 | afriedberg@exiger.com

August 11, 2017

**Via ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain:

We write to respectfully request an extension of time to file the Monitor's Fourth Report and recommend two modifications to the Consent Judgment (Dkt. No. 249) as described below.

First, we respectfully request an extension of 8 days to file the Monitor's Fourth Report on October 10, 2017 instead of October 2, 2017. This is the first request for an extension of time to file the Monitor's Fourth Report. We have discussed this extension with all Parties and they consent to this request.

Second, we respectfully recommend two modifications to the Consent Judgment (Dkt. No. 249). The first recommendation is a change in the calculation of time to develop the Monitor's Report beginning with the Monitor's Fifth Report. Appendix A attached to this letter identifies, in track changes, the proposed modifications to the two relevant sections of the Consent Judgment, Section XIX (Reporting Requirements and Parties' Right of Access), ¶¶ 1 and 17. We respectfully make this request because we believe the calculation of time by business days instead of calendar days results in a more reasonable and equitable timeline to develop all of the necessary components for the Monitor's Report and will help ensure the Monitor's Report is as reliable, accurate and comprehensive as possible.

We also write to recommend an extension of the deadline to institute a pilot project of the use of body-worn cameras to October 10, 2017 as described in the chart below.

| Consent Judgment Provision | Description of Provision | Current Deadline[1] | Recommended Extension of Time |
|---|---|---|---|
| Section IX (Video Surveillance), ¶ 2(a) | **Body Worn Camera Pilot** – Pilot of 100 body-worn cameras. | Within one (1) year of the Effective Date | October 10, 2017 |

This is the fifth request to modify certain provisions of the Consent Judgment.[2] We have discussed our proposed recommendations to modify these provisions of the Consent Judgment with the Parties and they have consented.

Please do not hesitate to contact us if you have any questions or require further information on the proposed extensions and modifications.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor
Anna E. Friedberg, Deputy Monitor

---

[1] The Effective Date of the Consent Judgment is November 1, 2015.  (Docket Entry 260)

[2] *See* Appendix B.

2

**Appendix A**

**Proposed Modifications to
§XIX. (Reporting Requirements and Parties' Right of Access)**

1.     The Department shall submit periodic compliance reports to the Monitor and Plaintiffs' Counsel ("Compliance Reports").  The Compliance Reports shall be provided to the Monitor and Plaintiffs' Counsel within ~~30~~ 25 business days after the end of each Reporting Period during the Agreement.  The first Reporting Period shall begin on the Effective Date and end four months after the Effective Date.  The second and third Reporting Periods after the Effective Date shall be a five-month period of time beginning on the day following the end of the previous Reporting Period.  Thereafter, the length of the Reporting Period shall be a six-month period of time beginning on the day following the end of the previous Reporting Period.

. . .

17.     The Monitor shall issue a Monitor Report within ~~90~~ 75 business days following each Reporting Period.  The Monitor Reports shall be provided to the Parties in draft form for comment at least ~~30~~ 25 business days prior to their issuance, and the Parties shall provide the Monitor with their comments, if any, within ~~21~~ 15 business days after receipt.  The Monitor shall consider the Parties' comments, and make any changes he or she deems appropriate, before issuing the final report.  The Monitor Reports shall be written with due regard for the privacy interests of individual Inmates and Staff Members; federal, state and local laws regarding the privacy of such information; and the interest of the Department in protecting against the disclosure of non-public or privileged information.  Consistent with such interests and laws, the Monitor shall redact individual-identifying information from Monitor Reports and any documents submitted with those reports, and shall give due consideration to the Department's requests to redact any other information.  To the extent the Monitor declines to make redactions requested by the Department, the Monitor Report and any documents submitted with those reports shall be submitted to the Court under seal for the Court to consider the Department's proposed redactions before making the Monitor Report public.

**Appendix B**

**Chart of Orders Modifying Certain Provisions of Consent Judgment**

| Docket Entry | Date | Description of Order |
|---|---|---|
| 261 | 11/23/15 | Effective Date set as November 1, 2015. |
| 266 | 01/05/16 | Modification of certain deadlines. |

| Consent Judgment Provision | Description of Provision | Original Deadline[3] | Granted Extension of Time |
|---|---|---|---|
| Section V ¶ 21 | **Use of Force Reporting and Tracking**-- Department to develop definitions for categories of institutional violence data | 60 Days from Effective Date | Additional 30 Days |
| Section XIII ¶ 1 | **Training**--Department to develop new staff training programs (Use of Force policy, Crisis Intervention, Probe Team) | 60 Days from Effective Date | Additional 60 days |
| Section XIII ¶ 2 | **Training**--Department to improve staff training (Defensive Tactics, Cell Extraction Team, and Investigator) | 60 Days from Effective Date | Additional 60 days |
| Section XIII ¶ 4 | **Training**--Department to develop new Direct Supervision staff training | 60 Days from Effective Date | Additional 60 days |
| Section XVI ¶ 3 | **Inmate Discipline**--Department to develop and implement an incentive system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |
| Section XVI ¶ 4 | **Inmate Discipline**--Department to develop and implement a disciplinary system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |

| Docket Entry | Date | Description of Order |
|---|---|---|
| 268 | 03/04/16 | Additional month for the Second and Third Monitoring Period. |
| 297 | 04/04/17 | Modification of certain deadlines. |

| Consent Judgment Provision | Description of Provision | Original Deadline[4] | Granted Extension of Time |
|---|---|---|---|
| Section XIII (Training), ¶ 1(c) | **Probe Team Training** – Deployment of Probe Team Training to all Staff Members assigned to work regularly at any Intake Post. | Within 12 months of the Effective Date | December 31, 2017 |
| Section XIII (Training), ¶ 2(b) | **Cell Extraction Team Training** – Deployment of the Cell Extraction Team Training to all Staff Members | Within 12 months of the Effective | December 31, 2017 |

---

[3] The Effective Date of the Consent Judgment is November 1, 2015. (Docket Entry 260)

[4] The Effective Date of the Consent Judgment is November 1, 2015. (Docket Entry 260)

| | | | | Date | | 5 |
|---|---|---|---|---|---|---|
| | | | regularly assigned to Special Units with cell housing. | | | |
| | | Section XIII (Training), ¶ 4(b) | **Direct Supervision Training** – Deployment of the Direct Supervision Training to all Staff Members assigned to work regularly in Young Inmate Housing Areas. | Within 9 months of the Effective Date | April 30, 2018 | |
| | | Section V (Use of Force Reporting & Tracking), ¶ 18 Section X (Risk Management), ¶ 16 | **Case Management System** – to be developed and implemented. | December 1, 2016 | *Develop*: August 31, 2017 *Implement*: December 31, 2017 | |