UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MARK NUNEZ, et al.,

                    Plaintiffs,

    – against –

THE CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------ X

**MOTION FOR ADMISSION PRO HAC VICE**

11-CV-5845 (LTS) (JCF)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit swearing to these statements.

Dated:      January 19, 2018

Zachary Katznelson
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, NY 10038
(212) 577-3530
zkatznelson@legal-aid.org

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

MARK NUNEZ, et al.,

                              Plaintiffs,

     – against –

THE CITY OF NEW YORK, et al.,

                           Defendants.

-------------------------------------------------------- X

**AFFIDAVIT OF ZACHARY KATZNELSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

11-CV-5845 (LTS) (JCF)

STATE OF NEW YORK    )
                            ) ss.
COUNTY OF NEW YORK  )

Zachary Katznelson, being duly sworn, deposes and says:

1. I am a staff attorney at The Legal Aid Society, which represents Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action. I have personal knowledge of the facts in this affidavit.

2. Since 2000, I have been, and presently am, a member in good standing of the State Bar of California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

Zachary Katznelson

Sworn to before me this

19th day of January, 2018

Notary Public

SARAH KERR
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KE6293949
My Commission Expires _12/16/21_

3



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*ZACHARY PHILIP KATZNELSON*</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ZACHARY PHILIP KATZNELSON, #209489, was on the 4th day of December, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 26th day of December, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*I. Calanoc, Senior Deputy Clerk*