UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MARK NUNEZ, et al.,

                                Plaintiffs,

   – against –

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------ X

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

11-CV-5845 (LTS) (JCF)

      The motion of Zachary Katznelson for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Zachary Katznelson |
| Firm Name: | The Legal Aid Society |
| Address: | 199 Water Street, 6th Floor |
| City / State / Zip: | New York, NY 10038 |
| Telephone / Fax: | (212) 577-3530 / (646) 616-4515 |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Mark Nunez, Rodney Brye, Shameik Smallwood, Oscar Sanders, Travis Woods, Ralph Nunez, Keith Bacote, Jose DeGros, Christopher Graham, Sonny Ortiz, Clifford Sewell, and Leslie Pickering in the above-captioned action;

1

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____  _____
HON. LAURA TAYLOR SWAIN
United States District Judge