Case 1:11-cv-05845-LTS-JCF   Document 313   Filed 05/11/18   Page 1 of 4

**Steve J. Martin**
Monitor

## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Anna E. Friedberg**
Deputy Monitor

135 West 41ˢᵗ Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 5-14-2018                │
└─────────────────────────────────────┘
```

May 11, 2018

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to respectfully recommend a modification to the *Nunez* Consent Judgment (dkt. 249) regarding the requirement for Non-DOC Staff Members who witness a Use of Force Incident that results in an apparent injury to report the incident in writing pursuant to § V. (Use of Force Reporting & Tracking), ¶ 10. The Monitoring Team recommends that this provision is modified to require Non-DOC Staff Members who witness a Use of Force Incident to report the incident in writing regardless of whether the Use of Force Incident "results in an apparent injury." The modifier of "results in an apparent injury" adds a subjective element to the reporting requirement that is confusing and difficult to implement. Therefore, in order to facilitate and encourage reporting by Non-DOC Staff, the Monitoring Team recommends the removal of "results in apparent injury" from the reporting requirement. The recommended modification to § V. (Use of Force Reporting & Tracking), ¶ 10, that we respectfully request your Honor approve and order, is demonstrated in the track changes below.

> The City shall require that Non-DOC Staff Members who witness a Use of Force Incident ~~that results in an apparent injury~~ to report the incident in writing directly to the area Tour Commander or to a supervisor who is responsible for providing the report to the individual responsible for investigating the incident. The City shall clearly communicate in writing this reporting requirement to all Non-DOC Staff, and shall advise all Non-DOC Staff that the failure to report Use of Force Incidents ~~that result in apparent injuries~~, or the failure to provide complete and

accurate information regarding such Use of Force Incidents, may result in discipline.

This is the seventh request to modify certain provisions of the Consent Judgment.[1] We have discussed the proposed modification with the Parties and they consent to the Monitor's recommendation.

Please do not hesitate to reach out if you have any questions or require any further information.

Sincerely,

s/ Steve J. Martin

Steve J. Martin, Monitor
Anna E. Friedberg, Deputy Monitor

*The foregoing modification is approved.*

SO ORDERED:

_____ 5/14/18

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[1] *See* Appendix A, which provides a summary of the Court ordered modifications to the Consent Judgment.

## Chart of Modifications to
## *Nunez* Consent Judgment (Dkt. No. 249)

| Docket Entry | Date | Description of Modification Order | | | |
|---|---|---|---|---|---|
| 261 | 11/23/15 | Effective Date set as November 1, 2015. | | | |
| 266 | 01/05/16 | Modification of certain deadlines. | | | |
| | | **Consent Judgment Provision** | **Description of Provision** | **Original Deadline** | **Revised Deadline** |
| | | Section V ¶ 21 | **Use of Force Reporting and Tracking**-- Department to develop definitions for categories of institutional violence data | 60 Days from Effective Date | Additional 30 Days |
| | | Section XIII ¶ 1 | **Training**--Department to develop new staff training programs (Use of Force policy, Crisis Intervention, Probe Team) | 60 Days from Effective Date | Additional 60 days |
| | | Section XIII ¶ 2 | **Training**--Department to improve staff training (Defensive Tactics, Cell Extraction Team, and Investigator) | 60 Days from Effective Date | Additional 60 days |
| | | Section XIII ¶ 4 | **Training**--Department to develop new Direct Supervision staff training | 60 Days from Effective Date | Additional 60 days |
| | | Section XVI ¶ 3 | **Inmate Discipline**--Department to develop and implement an incentive system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |
| | | Section XVI ¶ 4 | **Inmate Discipline**--Department to develop and implement a disciplinary system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |
| 268 | 03/04/16 | Additional month for the Second and Third Monitoring Period. | | | |
| 297 | 4/4/17 | Modification of certain deadlines. | | | |
| | | **Consent Judgment Provision** | **Description of Provision** | **Original Deadline** | **Revised Deadline** |
| | | Section XIII (Training), ¶ 1(c) | **Probe Team Training** – Deployment of Probe Team Training to all Staff Members assigned to work regularly at any Intake Post. | Within 12 months of the Effective Date | December 31, 2017 |
| | | Section XIII (Training), ¶ 2(b) | **Cell Extraction Team Training** – Deployment of the Cell Extraction Team Training to all Staff Members regularly assigned to Special Units with cell housing. | Within 12 months of the Effective Date | December 31, 2017 |

| Docket Entry | Date | Description of Modification Order | | | | |
|---|---|---|---|---|---|---|
| | | Section XIII (Training), ¶ 4(b) | **Direct Supervision Training** – Deployment of the Direct Supervision Training to all Staff Members assigned to work regularly in Young Inmate Housing Areas. | Within 9 months of the Effective Date | April 30, 2018 | |
| | | Section V (Use of Force Reporting & Tracking), ¶ 18 Section X (Risk Management), ¶ 16 | **Case Management System** – to be developed and implemented. | December 1, 2016 | *Develop*: August 31, 2017 *Implement*: December 31, 2017 | |

| Docket Entry | Date | Description of Modification Order | | | | |
|---|---|---|---|---|---|---|
| 303 | 8/11/17 | Modification to the calculation of timing of Compliance and Monitor's Report - §XIX. (Reporting Requirements and Parties' Right of Access), ¶¶ 1, 17 **AND** | | | | |

| Consent Judgment Provision | Description of Provision | Current Deadline | Revised Deadline |
|---|---|---|---|
| Section IX (Video Surveillance), ¶ 2(a) | **Body Worn Camera Pilot** – Pilot of 100 body-worn cameras. | Within one (1) year of the Effective Date | October 10, 2017 |

| Consent Judgment Provision | Description of Provision | Original Deadline | Revised Deadline |
|---|---|---|---|
| 312   04/24/18 — Section XIII (Training), ¶ 1(b)(ii) | Crisis Intervention and Conflict Resolution Training | Within 26 months of the Effective Date. | May 31, 2019 |