UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                              :

MARK NUNEZ, et al.,               :

          Plaintiffs,        :

 - against -              :

CITY OF NEW YORK, et al.,     :

          Defendants.      :

                              :  **11 Civ. 5845 (LTS)(JCF)**
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,   :

          Plaintiff-Intervenor,  :

 - against -             :

CITY OF NEW YORK and NEW YORK CITY :
DEPARTMENT OF CORRECTION,   :

          Defendants.      :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-31-2018

## [Proposed] Order Regarding Monitor's Access to Documents Related to 16 & 17-Year-Old Youth

Steve J. Martin is the Court appointed Monitor in the matter *Nunez et al. v. City of New York et al.*, 11-cv-5845 (LTS)(JCF) (S.D.N.Y.). The description of the Monitor's responsibilities is outlined in the Consent Judgment entered in the above captioned case (dkt. 249). On or before October 1, 2018, the City of New York moved the 16 and 17-year-old youth off Rikers Island to Horizon Juvenile Detention Center, which is jointly operated by the Department of Correction and the Administration of Children's Services.

In order for the Monitor to perform his responsibilities under the Consent Judgment, in particular to assess the City's efforts to achieve compliance with the provisions regarding 16 and 17-year-old youth, the Monitor shall have access to any records related to 16- and 17- year-old youth detained at Horizon, including but not limited to records protected from disclosure by New

1

York Social Services Law §372, 9 NYCRR § 7310.11 and 180-3.7.  As required by § XX.
(Monitoring), ¶ 7 of the Consent Judgment, the Monitor shall enter in to an appropriate
confidentiality agreement. The Monitor's staff shall be subject to the same access rights and
confidentiality limitations as the Monitor.

So Ordered:

December 21, 2018

LAURA TAYLOR SWAIN, U.S.D.J