OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

January 14, 2019

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

The Monitoring Team writes to advise the Court that the Monitoring Team intends to provide the Court with our next status update on the operation of Horizon Juvenile Detention Center by February 19, 2019 instead of February 12, 2019 as originally recommended in the Monitoring Team's December 4, 2018 status letter.

Sincerely,

s/ Steve J. Martin                                    s/ Anna E. Friedberg
Steve J. Martin, Monitor                          Anna E. Friedberg, Deputy Monitor