UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK NUNEZ, et al.,

                  Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

                  Defendants.

---

UNITED STATES OF AMERICA,

                  Plaintiff-Intervenor,

   -against-

CITY OF NEW YORK, and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                  Defendants.

11-CV-5845-LTS-JCF

**NOTICE OF
APPEARANCE**

---

TO:    The Clerk of Court and all parties of record

       I am admitted to practice law in the United States District Court for the Southern District

of New York. I hereby appear as co-counsel for the plaintiffs in this action.

Dated: New York, New York
       June 10, 2019

Respectfully submitted,

_____/s/_____

By:    Kayla Simpson
       The Legal Aid Society
       Prisoners' Rights Project
       199 Water Street, 6th Floor
       New York, New York 10038
       t: (212) 577-7977
       f: (646) 616-4397
       e: ksimpson@legal-aid.org

cc:    all counsel of record (*via ECF*)