**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

September 27, 2019

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

    We write to respectfully request an extension of time to file the Eighth Monitor's Report. The Eighth Monitor's Report was originally due to be filed on October 16, 2019 pursuant to Consent Judgment § XX (Monitoring), ¶ 17 (dkt. 249). We request an extension of 12 days to file the Eighth Monitor's Report on October 28, 2019. The Monitoring Team seeks this extension as additional time is needed to complete the Eighth Monitor's Report. This is the first request for an extension of time. The Monitoring Team has discussed the proposed extensions with the Parties and they have consented to this request.

                                  Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor

s/ Anna E. Friedberg
Anna E. Friedberg, Deputy Monitor