Steve J. Martin
Monitor

**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Anna E. Friedberg
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

December 4, 2019

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

    We write to respectfully recommend the approval of the attached proposed order which provides additional guidance on the reporting requirements enumerated in the *Nunez* Consent Judgment (dkt. 249) § V. Use of Force Reporting and Tracking, ¶ 10. This is the ninth request to modify certain provisions of the Consent Judgment.[1] We have discussed the proposed order with the Parties and they consent to the proposed order.

    Please do not hesitate to reach out if you have any questions or require any further information.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor
Anna E. Friedberg, Deputy Monitor

---

[1] *See* Appendix A, which provides a summary of the Court ordered modifications to the Consent Judgment.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARK NUNEZ, et al.,                                          :
                                                             :
                        Plaintiffs,                          :
                                                             :
        - against -                                          :
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                        Defendants.                          :
                                                             :  11 Civ. 5845 (LTS)(JCF)
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                        Plaintiff-Intervenor,                :
                                                             :
        - against -                                          :
                                                             :
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X
```

## [Proposed] ORDER CONCERNING NON-DOC STAFF REPORTING

WHEREAS, Plaintiff Class, Plaintiff the United States of America, and Defendants the City of New York and the New York City Department of Correction ("DOC") entered into the Nunez Consent Judgment which was endorsed by the Court on October 22, 2015 (see Dkt. Entry 249);

WHEREAS, the Nunez Consent Judgment states that "(t)he City shall require that Non-DOC Staff Members who witness a Use of Force Incident that results in an apparent injury report the incident in writing directly to the area Tour Commander or to a supervisor who is responsible for investigating the incident. The City shall clearly communicate in writing this

2

reporting requirement to all Non-DOC Staff, and shall advise all Non-DOC Staff that the failure to report Use of Force Incidents that result in apparent injuries, or the failure to provide complete and accurate information regarding such Use of Force Incidents, may result in discipline." (Section V, Paragraph 10);

WHEREAS, the Nunez Consent Judgment was revised to remove the language requiring Non-DOC Staff to report witnessing force that "results in an apparent injury" which was ordered by the Court on May 14, 2018 (see Dkt. Entry 314);

WHEREAS, the Nunez Consent Judgment defines "Non-DOC Staff" or "Non-DOC Staff Member" to be "any person not employed by DOC who is employed by the City or contracted by the City to provide medical and/or mental health care, social services, counseling, or educational services to Inmates" (Section III, Paragraph 22); and

WHEREAS, the Board of Education for the City School District of the City of New York (the "Board") is the statutory employer of educational professionals providing education in the City School District and is a provider of educational services to certain Inmates within the custody of the DOC;

NOW, it is HEREBY ORDERED that:

(a)  Any Board employee who witnesses a Use of Force Incident must report the incident in writing directly to the area Tour Commander or to a supervisor who is responsible for investigating the incident. This shall include, but not be limited to, filling out the narrative section of any witness report.

Dated: New York, New York
      December ____, 2019                    SO ORDERED:

                                                                                         _____
                                                                                         HONORABLE LAURA T. SWAIN
                                                                                        UNITED STATES DISTRICT JUDGE

*Appendix A*
**Chart of Modifications to**
***Nunez* Consent Judgment (Dkt. No. 249)**

| Docket Entry | Date | Description of Modification Order | | | |
|---|---|---|---|---|---|
| 261 | 11/23/15 | Effective Date set as November 1, 2015. | | | |
| 266 | 01/05/16 | Modification of certain deadlines. | | | |
| | | **Consent Judgment Provision** | **Description of Provision** | **Original Deadline** | **Revised Deadline** |
| | | Section V ¶ 21 | **Use of Force Reporting and Tracking**-- Department to develop definitions for categories of institutional violence data | 60 Days from Effective Date | Additional 30 Days |
| | | Section XIII ¶ 1 | **Training**--Department to develop new staff training programs (Use of Force policy, Crisis Intervention, Probe Team) | 60 Days from Effective Date | Additional 60 days |
| | | Section XIII ¶ 2 | **Training**--Department to improve staff training (Defensive Tactics, Cell Extraction Team, and Investigator) | 60 Days from Effective Date | Additional 60 days |
| | | Section XIII ¶ 4 | **Training**--Department to develop new Direct Supervision staff training | 60 Days from Effective Date | Additional 60 days |
| | | Section XVI ¶ 3 | **Inmate Discipline**--Department to develop and implement an incentive system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |
| | | Section XVI ¶ 4 | **Inmate Discipline**--Department to develop and implement a disciplinary system for inmates under 18 | 60 Days from Effective Date | Additional 30 Days |
| 268 | 03/04/16 | Additional month for the Second and Third Monitoring Period. | | | |
| 297 | 4/4/17 | Modification of certain deadlines. | | | |
| | | **Consent Judgment Provision** | **Description of Provision** | **Original Deadline** | **Revised Deadline** |
| | | Section XIII (Training), ¶ 1(c) | **Probe Team Training** – Deployment of Probe Team Training to all Staff Members assigned to work regularly at any Intake Post. | Within 12 months of the Effective Date | December 31, 2017 |
| | | Section XIII (Training), ¶ 2(b) | **Cell Extraction Team Training** – Deployment of the Cell Extraction Team Training to all Staff Members regularly assigned to Special Units with cell housing. | Within 12 months of the Effective Date | December 31, 2017 |
| | | Section XIII (Training), ¶ 4(b) | **Direct Supervision Training** – Deployment of the Direct Supervision Training to all Staff Members assigned to work regularly in Young Inmate Housing Areas. | Within 9 months of the Effective Date | April 30, 2018 |

4

| Docket Entry | Date | Description of Modification Order | | | |
|---|---|---|---|---|---|
| | | Section V (Use of Force Reporting & Tracking), ¶ 18 Section X (Risk Management), ¶ 16 | **Case Management System** – to be developed and implemented. | December 1, 2016 | *Develop*: August 31, 2017 *Implement*: December 31, 2017 |
| 303 | 8/11/17 | Modification to the calculation of timing of Compliance and Monitor's Report - §XIX. (Reporting Requirements and Parties' Right of Access), ¶¶ 1, 17 **AND** | | | |
| | | **Consent Judgment Provision** | **Description of Provision** | **Current Deadline** | **Revised Deadline** |
| | | Section IX (Video Surveillance), ¶ 2(a) | **Body Worn Camera Pilot** – Pilot of 100 body-worn cameras. | Within one (1) year of the Effective Date | October 10, 2017 |
| 312 | 04/24/18 | **Consent Judgment Provision** | **Description of Provision** | **Original Deadline** | **Revised Deadline** |
| | | Section XIII (Training), ¶ 1(b)(ii) | Crisis Intervention and Conflict Resolution Training | Within 26 months of the Effective Date. | May 31, 2019 |
| 314 | 5/14/18 | Modifications to Section V (Use of Force Reporting & Tracking), ¶ 10 regarding the requirements for Non-DOC Staff Member reporting of Use of Force incidents. | | | |
| 316 | 8/10/18 | Modifications to: (1) § V. Use of Force Reporting and Tracking, ¶ 23; (2) § IX. Video Surveillance, ¶ 3 (c); and (3) § XV. Safety and Supervision of Inmates Under the Age of 19, ¶ 3. | | | |