# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

April 13, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to respectfully request an extension of time to file the Ninth Monitor's Report on May 15, 2020 instead of on April 17, 2020 (as required by Consent Judgment § XX (Monitoring), ¶ 17 (dkt. 249)).  Additional time is needed to complete the Monitor's Report given the current circumstances related to COVID-19.  This is the first request for an extension of time to file the Ninth Monitor's Report. The Monitoring Team has discussed the proposed extensions with the Parties and they have consented to this request.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor

s/ Anna E. Friedberg
Anna E. Friedberg, Deputy Monitor