**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

May 4, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

      We write to respectfully request an extension of time to file the Ninth Monitor's Report on May 29, 2020, instead of on May 15, 2020 (*see* docket 336). Given the current circumstances related to the COVID-19 public health emergency, additional time is needed to complete the Report. This is the second request for an extension of time to file the Ninth Monitor's Report. The Monitoring Team has discussed the proposed extensions with the Parties and they have consented to this request.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, Monitor

s/ Anna E. Friedberg
Anna E. Friedberg, Deputy Monitor