UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ,

       Plaintiff,

  -v-                                            No.  11 CV 5845-LTS-JCF

N.Y.C. DEPARTMENT OF CORRECTIONS et al.,

       Defendant.

-------------------------------------------------------x

ORDER

       The Court has reviewed the Ninth Report of the Nunez Independent Monitor. (Docket Entry No. 341.)  The Ninth Report details issues that have developed which are of great concern to the Court, specifically those described in the sections titled "Efforts to Advance Reforms and Address areas of Concern" (id. at 5-9) and "Looking Ahead" as regards the treatment of 16 and 17-year-olds.  (Id. at 258-259.)  To ensure that the issues are addressed efficiently and expeditiously, the Court hereby directs the Monitoring Team to file a status report no later than July 2, 2020.

       SO ORDERED.

Dated: New York, New York

       June 17, 2020

                                                   /s/ Laura Taylor Swain

                                               LAURA TAYLOR SWAIN

                                               United States District Judge