# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

August 12, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

    We write to follow-up on our August 5, 2020 communication (dkt 347) in which the Monitoring Team provided the Court with the Parties proposed Remedial Order and modifications to the Consent Judgment. The Monitoring Team has attached two documents to this letter. First, pursuant to the Court's July 6th Order (dkt. 344), attached is the Declaration of Steve J. Martin that details the rationale and necessity of the proposed Remedial Order and explains the approach taken in tailoring the proposal to properly address the implicated rights and interests.

    A Stipulation and proposed Order to terminate, amend monitoring, or hold in abeyance certain enumerated provisions of the Consent Judgment ("Stipulation and Order") is also attached to this letter. This agreement reflects the Parties review of the Monitoring Team's

recommendations,[1] the requirements of the Consent Judgment, the Monitor's assessments of Defendants' compliance with these requirements, as well as the outcome of discussions with the Monitor concerning the best use of the Monitor's and Defendants' resources going forward. The Monitoring Team believes that the approach for the provisions outlined in the Stipulation and Order will advance the reform efforts under the Consent Judgment.

The Monitoring Team and the Parties jointly request the Court approve the proposed Remedial Order (dkt. 347) and the proposed Stipulation and Order attached to this letter. The Monitoring Team and the Parties appreciate the Court's thoughtful and considerate attention to these matters.

Sincerely,

| s/ Steve J. Martin | s/ Anna E. Friedberg | s/Christina B. Vanderveer |
|---|---|---|
| Steve J. Martin | Anna E. Friedberg | Christina B. Vanderveer |
| *Monitor* | *Deputy Monitor* | *Associate Deputy Monitor* |

---

[1] The Monitoring Team's recommendations were outlined in the July 2, 2020 Status Letter submitted to the Court (dkt. 343).