# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

August 19, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

     The Monitoring Team appreciates the Court's consideration and approval of our recent submissions. We write to provide the Court with the attached comprehensive chart of the modifications that the Court has ordered to the Consent Judgment to date. This chart identifies any modifications the Court has so ordered to provisions in the Consent Judgment since it was approved on October 21, 2015 as well as the recent modifications in Exhibit A of the Remedial Order (dkt. 350) and the Stipulation and Order to Terminate, Amend Monitoring, or Hold in Abeyance Certain provisions (dkt. 349).

     Please do not hesitate to reach out if you have any questions or require any further information.

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*