# Chart of Modifications to
# *Nunez* Consent Judgment (Dkt. No. 249)

***Organized by Consent Judgment Section***
*As of August 14, 2020*

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| Various (Throughout Consent Judgment) | | Term "Preliminary Review" or "Preliminary Reviewer" | Replaced by the term "Intake Investigation" or "Intake Investigator" | 350 | 8/14/20 |
| **§ III (Definitions)** | | | | | |
| § III (Definitions) | 13 | Definition of Effective Date | Effective Date changed to November 1, 2015 | 261 | 11/23/15 |
| **§ V (Use of Force Reporting and Tracking)** | | | | | |
| § V (Use of Force Reporting and Tracking) | 10 | Non-DOC Staff Reporting | Removal of the phrase "apparent injury" throughout provision | 314 | 5/14/18 |
| § V (Use of Force Reporting and Tracking) | 10 | Non-DOC Staff Reporting | Additional Order regarding the reporting by Board of Education employees | 334 | 12/04/19 |
| § V (Use of Force Reporting and Tracking) | 14 | Tracking of Use of Force Data | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § V (Use of Force Reporting and Tracking) | 15 | Interim Tracking for Facility Investigation Data | Eliminated | 350 | 8/14/20 |
| § V (Use of Force Reporting and Tracking) | 16 | Tracking for Full ID Investigations | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § V (Use of Force Reporting and Tracking) | 17 | Tracking of Trials Data | Inactive Monitoring of Provision | 349 | 8/14/20 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| § V (Use of Force Reporting and Tracking) | 18 | Case Management System – to be developed and implemented | Deadline to develop and implement were revised to: *Develop*: August 31, 2017 and *Implement*: December 31, 2017 | 297 | 4/4/17 |
| § V (Use of Force Reporting and Tracking) | 19 | Tracking of Inmate-on-Inmate Fight Data | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § V (Use of Force Reporting and Tracking) | 21 | Definitions of Institutional Violence | Deadline changed to 90 days from 60 days | 266 | 1/5/16 |
| § V (Use of Force Reporting and Tracking) | 21 | Definitions of Institutional Violence | Terminated | 349 | 8/14/20 |
| § V (Use of Force Reporting and Tracking) | 23 | Tracking Inmates arrival at Clinic | Revised tracking process | 316 | 8/10/18 |
| **§ VI. (Anonymous Reporting System)** | | | | | |
| § VI (Anonymous Reporting System) | 1 | Anonymous Reporting Hotline | Terminated | 349 | 8/14/20 |
| **§ VII. (Use of Force Investigations)** | | | | | |
| § VII (Use of Force Investigations) | 6 | Video Interview Pilot | Terminated | 349 | 8/14/20 |
| § VII (Use of Force Investigations) | 7 | Preliminary Reviews | Revised to reflect Intake Investigations | 350 | 8/14/20 |
| § VII (Use of Force Investigations) | 8 | Full ID Referrals | Revised to reflect updated referral criteria for Full ID | 350 | 8/14/20 |
| § VII (Use of Force Investigations) | 10 | Clear out of Full-ID Backlog | Terminated | 349 | 8/14/20 |
| § VII (Use of Force Investigations) | 13 | Facility Investigations | Revised to reflect elimination of Facility Investigations | 350 | 8/14/20 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| § VII (Use of Force Investigations) | 16 | Organized ID Files | Inactive Monitoring of Provision | 349 | 8/14/20 |
| **§ IX (Video Surveillance)** | | | | | |
| § IX (Video Surveillance) | 1(a) | Installation of 7,800 cameras by 2/28/18 | Terminated | 349 | 8/14/20 |
| § IX (Video Surveillance) | 1(b) | Installation of cameras in 16, 17 and 18-year-old inmate areas | Terminated | 349 | 8/14/20 |
| § IX (Video Surveillance) | 1(c) | Complete Camera Coverage by 2/28/18 | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § IX (Video Surveillance) | 1(e) | Participate in Camera Working Group Meetings | Terminated | 349 | 8/14/20 |
| § IX (Video Surveillance) | 2(a) | Body Worn Camera Pilot | Deadline extended to October 10, 2017 | 303 | 8/11/17 |
| § IX (Video Surveillance) | 3(c) | Maintenance of Stationary Cameras | Oversight mechanism revised | 316 | 8/10/18 |
| § IX (Video Surveillance) | 4 | Video Preservation | Inactive Monitoring of Provision | 349 | 8/14/20 |
| **§ X (Risk Management)** | | | | | |
| § X (Risk Management) | 2 | 5003 Counseling | Revised to reflect updated counseling criteria | 350 | 8/14/20 |
| § X (Risk Management) | 3 | UOF Auditor | Revised approach to provision | 350 | 8/14/20 |
| § X (Risk Management) | 5 | Consideration for investigation of allegations in lawsuits | Terminated | 349 | 8/14/20 |
| § X (Risk Management) | 6 | CMS | Deadline to develop and implement were revised to: *Develop*: August 31, 2017 and *Implement*: December 31, 2017 | 297 | 4/4/17 |
| **§ XI. (Staff Recruitment and Selection)** | | | | | |
| § XI (Staff Recruitment and Selection) | 1 | Recruitment Program | Terminated | 349 | 8/14/20 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| § XI (Staff Recruitment and Selection) | 2 | Selection Criteria | Terminated | 349 | 8/14/20 |
| § XI (Staff Recruitment and Selection) | 3 | Background Investigations | Terminated | 349 | 8/14/20 |
| § XII. (Screening & Assignment of Staff) | | | | | |
| § XII (Screening & Assignment of Staff) | 4 | Screening for Special Units | Provision held in abeyance | 349 | 8/14/20 |
| § XII (Screening & Assignment of Staff) | 5 | Screening for Special Units | Provision held in abeyance | 349 | 8/14/20 |
| § XII (Screening & Assignment of Staff) | 6 | Review of Special Unit assignment if Disciplinary Charges imposed after assignment | Revised screening approach and combined with Paragraph 7 | 350 | 8/14/20 |
| § XII (Screening & Assignment of Staff) | 7 | Review of Assignments of Staff Disciplined Multiple Times | Revised screening approach and combined with Paragraph 6 | 350 | 8/14/20 |
| § XIII (Training) | | | | | |
| § XIII (Training) | 1 | Training Program – Use of Force policy, Crisis Intervention, Probe Team | Deadline changed to 120 days from 60 days | 266 | 1/5/16 |
| § XIII (Training) | 1(a) | Content of Initial UOF Policy Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 1(a)(i) | Pre-Service UOF Policy Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 1(a)(i) (1-2) | In-Service UOF Policy Training for current staff | Terminated | 349 | 8/14/20 |
| § XIII (Training) | 1(b)(i) | Pre-Service Crisis Intervention and Conflict Resolution Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 1(b)(ii) | Crisis Intervention and Conflict Resolution Training | Deadline extended to May 31, 2019 | 312 | 04/24/18 |
| § XIII (Training) | 1(c) | Probe Team Training – Deployment of | Deadline extended to December 31, | 297 | 4/4/17 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| | | Probe Team Training to all Staff Members assigned to work regularly at any Intake Post. | 2017 | | |
| § XIII (Training) | 2 | Training – Department to improve staff training (Defensive Tactics, Cell Extraction Team, and Investigator) | Deadline changed to 120 days from 60 days. | 266 | 1/5/16 |
| § XIII (Training) | 2(a)(i) | Pre-Service Defensive Tactics Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 2(b) | Cell Extraction Team Training – Deployment of the Cell Extraction Team Training to all Staff Members regularly assigned to Special Units with cell housing. | Deadline extended to December 31, 2017 | 297 | 4/4/17 |
| § XIII (Training) | 2(c) | Investigator Training | Combined Investigator Training Requirements | 350 | 8/14/20 |
| § XIII (Training) | 2(c)(i) | Investigator Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 3(a) | Initial Young Inmate Management Training | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XIII (Training) | 4 | Direct Supervision Training – Department to develop new Direct Supervision staff training | Deadline changed to 120 days from 60 days. | 266 | 1/5/16 |
| § XIII (Training) | 4(b) | Direct Supervision Training – Deployment of the Direct Supervision Training to all Staff Members assigned to work regularly in Young Inmate Housing Areas. | Deadline extended to April 30, 2018 | 297 | 4/4/17 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| § XV (Safety and Supervision of Inmates Under the Age of 19) |||||| 
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 3 | Daily Rounds of Housing Units by Facility Leadership | Revised requirements for Daily Rounds for 16- and 17-year-olds and 18-year-olds | 316 | 8/10/18 |
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 10 | Complete Camera Coverage for Inmates under 18 | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 11 | Complete Camera Coverage for 18-year-olds | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 13 | Young Inmate Housing Areas shall be staffed by Qualified and Experienced Staff | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 14 | No Young Inmate Housing Area shall be staffed Exclusively by Probationary Staff | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XV (Safety and Supervision of Inmates Under the Age of 19) | 16 | Staffing Levels | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XVI (Inmate Discipline) ||||||
| § XVI (Inmate Discipline) | 1 | No P-Seg Accumulated from Prior Incarceration | Inactive Monitoring of Provision | 349 | 8/14/20 |
| § XVI (Inmate Discipline) | 3 | Department to develop and implement an incentive system for inmates under 18 | Deadline changed to 90 days from 60 days | 266 | 1/5/16 |
| § XVI (Inmate Discipline) | 4 | Department to develop and implement a disciplinary system for inmates under 18 | Deadline changed to 90 days from 60 days | 266 | 1/5/16 |

| Consent Judgment § | ¶ | Description of Provision | Description of Revision | Docket Entry | Date of Order |
|---|---|---|---|---|---|
| § XVI (Inmate Discipline) | 11 | Disciplinary Review Process | Terminated | 349 | 8/14/20 |
| **§ XVII. (Housing Plan for Inmates Under the Age of 18)** | | | | | |
| § XVII (Housing Plan for Inmates Under the Age of 18) | 1 | Search and Identify to Find Housing Off Island for 16- and 17-Year-Old Inmates | Terminated | 349 | 8/14/20 |
| § XVII (Housing Plan for Inmates Under the Age of 18) | 2 | Description of Efforts to Find Off-Island Housing in Compliance Report | Terminated | 349 | 8/14/20 |
| § XVII (Housing Plan for Inmates Under the Age of 18) | 3 | Best Efforts to Find Off-Island Housing | Terminated | 349 | 8/14/20 |
| **§ XIX (Reporting Requirements and Parties' Right of Access)** | | | | | |
| § XIX (Reporting Requirements and Parties' Right of Access) | 1 | Second & Third Reporting Period timing | Second and Third Monitoring Periods extended to five months from four months | 268 | 03/04/16 |
| § XIX (Reporting Requirements and Parties' Right of Access) | 1 | Timing to produce Compliance Reports | 30 days revised to 25 business days | 303 | 8/11/17 |
| § XIX (Reporting Requirements and Parties' Right of Access) | 5 | Reporting of Preliminary Reviews | Revised reporting requirement to include Intake Investigations | 350 | 8/14/20 |
| **§ XX (Monitoring)** | | | | | |
| § XX (Monitoring) | 17 | Timing of Monitor's Report | 90 days revised to 75 business days, 30 days revised to 25 business days, 21 days revised to 15 business days | 303 | 8/11/17 |