OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

September 4, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to provide an update on the Parties' efforts to determine the next steps regarding the applicability of the *Nunez* requirements to 16- and 17-year-olds pursuant to our August 28, 2020 letter to the Court (dkt. 352).  The Monitoring Team has continued to discuss a proposed agreement with the Parties and believes a few more weeks are needed for the Parties to determine whether an agreement can be reached. As part of these discussions, the Monitoring Team believes it would be beneficial for the Parties to review the draft version of the Monitoring Team's compliance assessment for this age group for the Tenth Monitoring Period (January to June, 2020), which is scheduled to be shared with the Parties by September 10, 2020 pursuant to §XX (Monitoring), ¶ 17 of the Consent Judgment.

The Monitoring Team will provide the Court with a status update on or before September

25, 2020 and will advise the Court at that time whether an agreement can be reached or if the

Parties may need to make a joint request for a conference before the Court in order to support

resolution of this matter.

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*

2