UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MARK NUNEZ, et al.,                                          :
:
            Plaintiffs,                         :
:
  - against -                                              :
:
CITY OF NEW YORK, et al.,                                    :
:
            Defendants.                         :
: **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
: **NOTICE OF APPEARANCE**


UNITED STATES OF AMERICA,                                    :
:
            Plaintiff-Intervenor,               :
:
  - against -                                              :
:
CITY OF NEW YORK and NEW YORK CITY                           :
DEPARTMENT OF CORRECTION,                                    :
:
            Defendants.                         :
------------------------------------------------------------ X

TO:    The Clerk of Court and all parties of record.


      I am admitted to practice law in the United States District Court for the Southern District of New York. I hereby appear as co-counsel for Plaintiffs Mark Nunez, et al., in this action.

Dated: New York, NY
September 16, 2020

                                                      Respectfully submitted,

By:_____/s/_____
DAVID BILLINGSLEY
*Staff Attorney*
Prisoners' Rights Project
The Legal Aid Society
199 Water Street, 6th Floor
New York, New York 10038
Telephone: (212) 577-3300
dbillingsley@legal-aid.org

2