# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

September 25, 2020

**VIA ECF**

The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Judge Swain,

We write to provide an update on the Parties' efforts to determine the next steps regarding the applicability of the *Nunez* requirements to 16- and 17-year-olds pursuant to our September 4, 2020 letter to the Court (dkt. 353). The Monitoring Team has continued to discuss a proposed agreement with the Parties and believes another week is needed for the Parties to determine whether an agreement can be reached. The Monitoring Team will provide the Court with a status update on or before October 2, 2020.

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*