# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

October 29, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

## MEMO ENDORSED

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write with a joint request regarding the November 2, 2020 telephonic conference (dkt. 358). The Parties and the Monitoring Team jointly request that the settlement conference is off the record in order to facilitate the efforts to reach an agreement. Further, the Parties and the Monitoring Team request that the submissions provided to the Court in advance of the settlement conference may be submitted confidentially as they relate to ongoing and active settlement negotiations.

The requests are granted. The Court will provide call-in information to the parties by separate communication. DE#361 resolved.
SO ORDERED.
10/29/2020
/s/ Laura Taylor Swain, USDJ

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*