OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

135 West 41st Street, 5th Floor
New York, NY 10036
+1 646 895 6567 | afriedberg@tillidgroup.com

November 6, 2020

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

　　We are pleased to report that the *Nunez* Parties and the Monitoring Team have reached a joint agreement on next steps regarding the 16- and 17-year-old Adolescent Offenders ("Adolescent Offenders") housed in Horizon Juvenile Center, given that the Department of Corrections ("DOC") is no longer involved in the day-to-day management of this age group and their legal status has changed.  Please find attached a proposed Stipulation and Order Regarding 16- and 17-Year-Old Adolescent Offenders at Horizon Juvenile Center for the Court's approval. A copy of the agreement between the City and the Monitor to monitor 16- and 17-year-old Adolescent Offenders at Horizon Juvenile Center is attached to the proposed Stipulation and Order.

The Monitoring Team and the Parties greatly appreciate the Court's assistance throughout this process.

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*