# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

April 16, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

## MEMO ENDORSED

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to respectfully request an extension of time to file the Eleventh Monitor's Report. The Eleventh Monitor's Report was originally due to be filed on April 20, 2021 pursuant to Consent Judgment § XX (Monitoring), ¶ 17 (dkt. 249). We request a three-week extension to file the Eleventh Monitor's Report on May 11, 2021. The Monitoring Team seeks this extension because additional time is needed to complete the Eleventh Monitor's Report. This is the first request for an extension of time. The Monitoring Team has discussed the proposed extension with the Parties and they have consented to this request.

The requested extension is granted.  DE# 366 resolved.
SO ORDERED.
4/16/2021
/s/ Laura Taylor Swain
   Chief USDJ

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*