**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

May 18, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

## MEMO ENDORSED

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

     We write to respectfully request a revised filing date for the Twelfth Monitor's Report. The Twelfth Monitor's Report is currently due to be filed on October 8, 2021 pursuant to Consent Judgment § XX (Monitoring), ¶ 17 (dkt. 249). We request a one-month extension to file the Twelfth Monitor's Report on November 16, 2021. The Monitoring Team seeks this revised filing date because the Deputy Monitor is expected to be on maternity leave during a portion of the development of the report and so additional time will be needed to complete the Twelfth Monitor's Report. The Monitoring Team has discussed the proposed revised filing date with the Parties and they have consented to this request.

The requested extension is granted and the Court extends its warmest good wishes for a safe and healthy arrival of the new junior member of the monitoring team.  DE# 369 resolved.
SO ORDERED.
5/18/2021
/s/ Laura Taylor Swain, Chief USDJ

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*