# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

June 11, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

    We write to respectfully recommend the Court endorse the attached proposed Stipulation and Order to Terminate one provision of the Consent Judgment and to Eliminate on provision of the Consent Judgment. This Stipulation and Order reflects the Parties review of the Monitoring Team's recommendations,[1] the requirements of the Consent Judgment, the Monitor's assessments of Defendants' compliance with these requirements, as well as the outcome of discussions with the Monitor concerning the best use of the Monitor's and Defendants' resources going forward. The Monitoring Team believes that the approach for the provisions outlined in the Stipulation and Order will advance the reform efforts under the Consent Judgment.

    The Monitoring Team and the Parties jointly request the Court approve the proposed

---

[1] The Monitoring Team's recommendations were outlined in the Eleventh Monitor's Report (dkt. 368).

2

Stipulation and Order attached to this letter.  Please do not hesitate to reach out if you have any questions or require any further information.

    Sincerely,

    <u>s/ Steve J. Martin</u>

    Steve J. Martin, *Monitor*

    Anna E. Friedberg, *Deputy Monitor*

    Christina B. Vanderveer, *Associate Deputy Monitor*