UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                :
MARK NUNEZ, et al.,                            :

                   Plaintiffs,                    :

  - against -                                      :

CITY OF NEW YORK, et al.,              :

                   Defendants.                  :  **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
                                                :
UNITED STATES OF AMERICA,        :

              Plaintiff-Intervenor,      :

  - against -                                      :

CITY OF NEW YORK and NEW YORK CITY  :
DEPARTMENT OF CORRECTION,          :

                   Defendants.                  :
------------------------------------------------------------ X

## STIPULATION AND ORDER TO
## TERMINATE ONE PROVISION OF THE CONSENT JUDGMENT AND
## TO ELIMINATE ONE PROVISION OF THE CONSENT JUDGMENT

      This Stipulation is entered by and among the Plaintiff Class, Plaintiff the United States of America (the "United States"), and Defendants the City of New York (the "City") and the New York City Department of Correction (the "Department" or "DOC") (the City and the Department are collectively referred to herein as the "Defendants").

      WHEREAS, pursuant to Section XX, ¶ 1 of the Consent Judgment, Steve J. Martin (the "Monitor") was appointed as the Monitor and is responsible for providing the parties and Court with assessments of the Department's compliance with the Consent Judgment, entered on October 21, 2015;

      WHEREAS, the Monitor has issued reports finding Defendants to be in Substantial Compliance with Section X, ¶ 4 of the Consent Judgment during several consecutive Reporting Periods;

WHEREAS, Section VII, ¶ 14 of the Consent Judgment is no longer applicable as the DOC no longer engages in the day-to-day management of 16- and 17-year-old incarcerated youth (*see* dkt. entry 364) and all DOC investigations related to use of force with this age group have been completed;

WHEREAS, the Monitor recommends that entry of the Stipulation and Order will advance the reform efforts under the Consent Judgment; and

NOW, IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, and this Court THEREFORE ORDERS, as follows:

1. **Terminated Provision.** The following provision of the Consent Judgment is terminated:

   - **§ X. (Risk Management)**:
     - ¶ 4 (Consideration for investigation of allegations in lawsuits)

2. **Elimination.** The following provision of the Consent Judgment shall be eliminated:

   - **§ VII. (Use of Force Investigations)**:
     - ¶ 14 (Litigation Tracking)

FOR THE UNITED STATES:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   s/ Jeffrey K. Powell
      JEFFREY K. POWELL
      LARA K. ESHKENAZI
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, NY  10007
      Telephone: (212) 637-2706/2758
      Email: Jeffrey.Powell@usdoj.gov
             Lara.Eshkenazi@usdoj.gov

FOR PLAINTIFF CLASS:

THE LEGAL AID SOCIETY

By: s/ Mary Lynne Werlwas
    MARY LYNNE WERLWAS
    KAYLA SIMPSON
    DAVID BILLINGSLEY
    199 Water Street, 6th Floor
    New York, New York  10038
    Telephone: (212) 577-3530
    Email:   mlwerlwas@legal-aid.org
             ksimpson@legal-aid.org
             dbillingsley@legal-aid.org

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

By: s/ Debbie Greenberger
    JONATHAN S. ABADY
    DEBBIE GREENBERGER
    600 Fifth Avenue, 10th Floor
    New York, NY  10020
    Telephone:  (212) 763-5000
    Email:   jabady@ecbawm.com
             dgreenberger@ecbawm.com

3

FOR DEFENDANTS CITY OF NEW YORK AND DEPARTMENT OF CORRECTION:

GEORGIA PESTANA
Acting Corporation Counsel for the City of New York

By:    s/ Kimberly Joyce
       KIMBERLY JOYCE
       100 Church Street
       New York, New York  10007
       Telephone: (212) 356-2300
       Email:  kjoyce@law.nyc.gov

SO ORDERED this  14th  day of _____June___, 2021


 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE