## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

June 14, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

      The Monitoring Team appreciates the Court's consideration and approval of our recent submission. We write to provide the Court a comprehensive chart of the modifications made to the Consent Judgment that the Court has approved between October 21, 2015 (when the Consent Judgment was originally approved) and June 14, 2021. These modifications include, but are not limited to, the modifications outlined in Exhibit A of the Remedial Order (dkt. 350), the Stipulation and Order to Terminate, Amend Monitoring, or Hold in Abeyance Certain provisions (dkt. 349) and the Stipulation and Order to Terminate one provision of the Consent Judgment and to Eliminate on provision of the Consent Judgment (dkt. 375)).

      Please do not hesitate to reach out if you have any questions or require any further information.

Sincerely,

s/ Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*