UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ,

       Plaintiff,

  -v-                                        No. 11 CV 5845-LTS-JCF

N.Y.C. DEPARTMENT OF CORRECTIONS et al.,

       Defendant.

-------------------------------------------------------x

ORDER

       The Court has reviewed the Second Remedial Order Report of the Nunez Independent Monitor. (Docket entry no. 373.) The Second Remedial Order Report details issues that have developed which are of great concern to the Court, specifically those described in the section titled "Addressing the Lack of Timely Accountability" (id. at 16.) To ensure that the issues are addressed efficiently and expeditiously, the Court hereby directs the Monitoring Team to file a status report, including an update on any further recommendations or plans the Monitoring Team has developed to address the concerns identified in the Second Remedial Order Report, no later than October 1, 2021.

       SO ORDERED.

Dated: July 2, 2021                                    /s/ Laura Taylor Swain
      New York New York                    Laura Taylor Swain
                                                      Chief United States District Judge