UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

UNITED STATES OF AMERICA,

                Plaintiff-Intervenor,

    -against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,

                Defendants.

Case No. 11 Civ. 5845 (LTS)(JCF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Nairuby L. Beckles of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by e-mail at nbeckles@ecbawm.com.

Dated: September 16, 2021
      New York, New York

                                    EMERY CELLI BRINCKERHOFF
                                    ABADY WARD & MAAZEL LLP

                                    By:       /s/
                                        Nairuby L. Beckles
                                        600 Fifth Avenue, 10th Floor
                                        New York, New York 10020
                                        (212) 763-5000

                                    *Attorneys for Plaintiffs*