## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

September 21, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

## MEMO ENDORSED

Re: *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Judge Swain,

We write to respectfully request that both Steve Martin, Monitor, and Anna Friedberg, Deputy Monitor, may both appear by video at the emergency conference in the above captioned matter on September 24, 2021 at 10 a.m.

Sincerely,

s/ Steve J. Martin

Steve J. Martin, *Monitor*

Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted.  Dkt. No. 385 resolved.
SO ORDERED.
9/22/2021
/s/ Laura Taylor Swain, Chief USDJ