UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ, et al.

        Plaintiffs,

   -v-                                       No.  11 CV 5845-LTS

N.Y.C. DEPARTMENT OF CORRECTIONS et al.,

        Defendants.

-------------------------------------------------------x

ORDER

The Court hereby orders the City of New York to request a transcript of the conference held earlier today, September 24, 2021, in this matter and have a copy of such transcript emailed to the Court by the Court Reporter no later than 12:00 p.m. on Tuesday, September 28, 2021.

SO ORDERED.

Dated: New York, New York
       September 24, 2021

                                                     /s/ Laura Taylor Swain_____
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge