UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ, et al.

        Plaintiffs,

  -v-                                              No. 11 CV 5845-LTS

N.Y.C. DEPARTMENT OF CORRECTIONS et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        The Court has received the letter motion on behalf of the Plaintiff class and the United States in this matter, seeking entry of a proposed remedial order. (Docket entry no. 391.) The parties are encouraged to continue to work in good faith with each other, and the Monitoring Team, to finalize a joint proposal. Any such proposal should be accompanied by a declaration from the Monitoring Team detailing the rationale and necessity of the changes, and explaining the approach taken in tailoring the proposal to address properly the implicated rights and interests.

SO ORDERED.

Dated: New York, New York
       September 25, 2021

                                                                 /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge