

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | *(212) 356-2650*<br>*kjoyce@law.nyc.gov* |

September 28, 2021

*Via ECF and Electronic Mail*

Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          **RE: <u>Mark Nunez, et al. v. City of New York, et al.</u>, 11 Civ. 5845 (LTS)(JCF)**

Your Honor:

I write on behalf of the City Defendants, in accordance with the Court's September 24, 2021 order, to provide the City's "*stipulation/response on the disputed issues*" by Noon today. I am pleased to report that the Parties have reached an agreement on a proposed order and there are no disputed issues to present to the Court. The Monitoring Team will be submitting their declaration in support of the proposed order, along with the proposed order, directly to the Court.

City Defendants also wanted to provide an update to the Court on the Department's suicide prevention efforts discussed at the September 24th conference. The Department worked collaboratively with the Monitoring Team over the weekend to draft a new Suicide Prevention

and Intervention Teletype, which was issued to staff yesterday, September 27, 2021. The Monitoring Team was also involved in the discussion of the roll-out plan to staff.

We thank the Court for its time and consideration of these important matters.

                        Sincerely,

                        /s/ Kimberly M. Joyce

                        Kim

                        Kimberly Joyce
                        Senior Counsel
                        Legal Counsel Division
                        New York City Law
                        Department

cc: All Counsel (by email and ECF)