# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

October 28, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

      The Monitoring Team writes to provide a status update on the Monitoring Team's September 30th recommendations to address the lack of timely accountability for use of force violations pursuant to the Court's October 15, 2021 (dkt. entry 406) and October 20, 2021 (dkt. entry 411) orders.  The Monitoring Team has continued to discuss its September 30th recommendations with the City, the Department, counsel for the Plaintiff Class and the United States. To that end, the Parties and the Monitoring Team have been discussing a proposed Remedial Order focused on addressing accountability for UOF violations. The Monitoring Team believes one final extension of time is needed in order to either present a joint proposed order to the Court or for the Monitoring Team to provide a status update to the Court on the issues that remain in dispute and the Parties' respective positions.

2

We respectfully request an extension of time to November 15, 2021. The Monitoring Team has conferred with the Parties and they consent to this request.

>Sincerely,
>
>s/ Steve J. Martin
>
>Steve J. Martin, *Monitor*
>
>Anna E. Friedberg, *Deputy Monitor*
>
>Christina Bucci Vanderveer, *Associate Deputy Monitor*