# OFFICE OF THE MONITOR

*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

November 11, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

      We write to respectfully request a revised filing date for the third Remedial Consent Order Interim report. The third Remedial Consent Order Interim report is currently due to be filed on December 7, 2021 pursuant to the First Remedial Consent Order (dkt. entry 350) § F (Other Terms) ¶ 7(i). We request an extension to file the report no later than December 22, 2021. The Monitoring Team seeks this revised filing date in order to appropriately sequence the various reports that will be provided to the Court over the next month. The Monitoring Team has discussed the proposed revised filing date with the Parties and they have consented to this request.

      Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*