**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

November 15, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to respectfully request a two-day extension to Wednesday, November 17, 2021 to file a submission which includes: (1) the November 15 Status Report[1] and (2) a status report on the discussions about the Monitoring Team's September 30th recommendations to address the lack of timely accountability for use of force violations[2]. We request this two-day extension because more time is needed to complete the November 15 Status Report, and this additional time is also needed in order to either present the Court a joint proposed Remedial Order focused on addressing accountability for UOF violations or a status update on the issues that remain in dispute and the Parties' respective positions.

---

[1] Pursuant to the Second Remedial Order (dkt. entry 398), ¶ 2(iii).

[2] Pursuant to the Court's October 15, 2021 (dkt. entry 406), October 20, 2021 (dkt. entry 411), and October 28, 2021 (dkt. entry 413) orders.

The Parties have consented to the Monitoring Team's request for additional time.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*