OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

November 15, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**MEMO ENDORSED**

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

We write to respectfully request a two-day extension to Wednesday, November 17, 2021 to file a submission which includes: (1) the November 15 Status Report[1] and (2) a status report on the discussions about the Monitoring Team's September 30th recommendations to address the lack of timely accountability for use of force violations[2]. We request this two-day extension because more time is needed to complete the November 15 Status Report, and this additional time is also needed in order to either present the Court a joint proposed Remedial Order focused on addressing accountability for UOF violations or a status update on the issues that remain in dispute and the Parties' respective positions.

---

[1] Pursuant to the Second Remedial Order (dkt. entry 398), ¶ 2(iii).

[2] Pursuant to the Court's October 15, 2021 (dkt. entry 406), October 20, 2021 (dkt. entry 411), and October 28, 2021 (dkt. entry 413) orders.

2

The Parties have consented to the Monitoring Team's request for additional time.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*

The foregoing request is granted.  DKT no. 417 resolved.
SO ORDERED.
11/15/2021
/s/ Laura Taylor Swain, Chief USDJ

2