**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

<u>MEMO ENDORSED</u>

December 1, 2021

**VIA ECF**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

     We write to respectfully request a revised filing date for the Twelfth Monitor's Report. The Twelfth Monitor's Report is currently due to be filed on December 3, 2021 pursuant to the Court's October 5, 2021 Order (dkt. entry 402). We request a one-day extension to file the Twelfth Monitor's Report to December 6, 2021. The Monitoring Team seeks this revised filing date because additional time is needed to complete the Twelfth Monitor's Report, in light of the additional reporting that the Monitoring Team will be making to the Court this week. The Monitoring Team has discussed the proposed revised filing date with the Parties and they have consented to this request.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*

The foregoing request is granted.  Dkt. no. 428 resolved.
SO ORDERED.
12/1/2021
/s/ Laura Taylor Swain, Chief USDJ