UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ, et al.

        Plaintiffs,

   -v-                                       No.  11 CV 5845-LTS

N.Y.C. DEPARTMENT OF CORRECTIONS et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        The Court hereby orders the City of New York to order a transcript of the conference held December 2, 2021, in this matter and have a copy of such transcript provided to the Court by Monday, December 13, 2021.

SO ORDERED.

Dated: New York, New York
       December 7, 2021

                                                     /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge