UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

NUNEZ, et al.

    Plaintiffs,

  -v-                                          No.  11 CV 5845-LTS

N.Y.C. DEPARTMENT OF CORRECTION et al.,

    Defendants.

---------------------------------------------------------x

## Order

The Court has received and reviewed the March 16, 2022, Special Report of the Nunez Independent Monitor.  (Docket entry no. 438.)  The Special Report details issues that are of grave concern to the Court.  In response, the Court hereby grants the request to hold a status conference to discuss the contents of the Special Report and the status of the Monitoring Team's recommendations contained therein, which is hereby scheduled for **April 26, 2022**, at **2:00 p.m.** to take place as an in-person conference.  To ensure that the issues are addressed efficiently and expeditiously, the Court hereby directs the Monitoring Team to file a joint status report as to the parties' progress toward agreement to implement the Monitoring Team's recommendations, included on pages 67-74 of the Special Report, no later than **April 20, 2022**, at **5:00 p.m**.  The Monitoring Team is further directed to file a proposed agenda for the conference by **April 25, 2022, at 12:00 p.m. noon**.

    SO ORDERED.

Dated: March 17, 2022                                                        /s/ Laura Taylor Swain
       New York New York                                      Laura Taylor Swain
                                                                      Chief United States District Judge