**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

<u>MEMO ENDORSED</u>

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

April 14, 2021

<u>**VIA ECF**</u>
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Judge Swain,

      We write to respectfully request that the April 26, 2022 status conference (dkt. 439) is conducted virtually. The Monitoring Team has conferred with the Parties and they do not object to this request. We appreciate the Court's consideration of this request.

      Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*

The foregoing request is granted. The upcoming conference, scheduled for April 26, 2022, at 2:00 p.m., will be held virtually, as a videoconference, with a public listen-only telephone line. Information about accessing the conference will be provided closer in time to the date. Dkt. No. 442 resolved.
SO ORDERED.
4/14/2022
/s/ Laura Taylor Swain, Chief USDJ