UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ,

        Plaintiff,

  -v-                                                      No. 11 CV 5845-LTS

CITY OF NEW YORK, et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        The Court has received and carefully reviewed the April 19, 2022, letter from the Office of the United States Attorney for the Southern District of New York (docket entry no. 444) and the April 20, 2022, status report from the Monitoring Team.  (Docket entry no. 445.)  In light of the gravity and urgency of the security situation as outlined in the submissions, and the consequent need for clarity as to planned changes and the implementation thereof, the Court hereby directs the Commissioner of the New York City Department of Correction to attend the April 26, 2022, status conference in this action, which will be held as a videoconference.  The Court also directs the Monitoring Team to include in the proposed agenda for the status conference, due to be filed by April 25, 2022, at 12:00 p.m. (noon), the content and status of the implementation plan referred to in the April 20, 2022, status report (including specific steps the

City and the Department of Correction plan to take and the relevant timelines).  (See docket entry no. 445 at 7.)

    SO ORDERED.

Dated: April 21, 2022                                                /s/ Laura Taylor Swain  
       New York New York                                   Laura Taylor Swain  
                                                             Chief United States District Judge