UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MARK NUNEZ, et al.,

                                          Plaintiffs,

          -against-                                **<u>NOTICE OF APPEARANCE</u>**

CITY OF NEW YORK, et al.,

                                          Defendants.
------------------------------------------------------------------------ X  11 Civ 5845 (LTS) (JCF)

UNITED STATES OF AMERICA,

                                          Plaintiff-Intervenor,

          -against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                                          Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Sheryl R. Neufeld, Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, hereby appears as an additional counsel on behalf of defendants in the above-captioned action. The undersigned counsel respectfully requests that notice of electronic filing of all papers in the above-captioned action be transmitted to her at the address below.

Dated:  New York, New York
           April 25, 2022

                                                        HON. SYLVIA O. HINDS-RADIX
                                                        Corporation Counsel of the City of New York
                                                         Attorney for Defendants
                                                         100 Church Street
                                                          New York, New York 10007
                                                         (212) 356-2207
                                                         sneufeld@law.nyc.gov

                                                 By:         _____/s/_____
                                                           Sheryl R. Neufeld
                                                           Assistant Corporation Counsel