UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ,

        Plaintiff,

   -v-                                      No.  11 CV 5845-LTS

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        The Court hereby directs the Monitor to file a copy of the proposed implementation plan, discussed at the April 26, 2022, status conference, by **3:00 p.m.** on **May 17, 2022**.  The parties are hereby directed to meet and confer in good faith to discuss their respective positions as to the content of the proposed implementation plan and whether its terms should be adopted by court order.  A status conference, to be held as a video conference, is hereby scheduled for **May 24, 2022**, at **2:30 p.m**. to discuss the proposed plan or any modification thereof.

        The Court hereby orders the City of New York to order a transcript of the conference held April 26, 2022, in this matter and have a copy of such transcript provided to the

Court by May 17, 2022.

SO ORDERED.

Dated: New York, New York
      April 27, 2022

                                                                 /s/ Laura Taylor Swain\_\_\_\_
                                                                 LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge