UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ,

        Plaintiff,

  -v-                                    No.  11 CV 5845-LTS

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        The Court hereby directs the City of New York to order a transcript of the conference held May 24, 2022, in this matter and have a copy of such transcript provided to the Court, the Monitoring Team, and all parties to this case as soon as possible, and no later than June 7, 2022.

SO ORDERED.

Dated: New York, New York
       May 31, 2022

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                      Chief United States District Judge