UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION, <br><br> Defendants. | No. 11-cv-5845 (LTS) (JCF) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Letitia James, Attorney General of the State of New York, by Louisa Irving, Assistant Attorney General, hereby appears as an attorney for Amicus New York State Office of the Attorney General.  The undersigned certifies that she is admitted to practice in this Court.

DATED:  August 10, 2022

                                          **LETITIA JAMES**
                                          Attorney General of the State of New York

                                      By:  */s Louisa Irving*
                                              Louisa Irving, Assistant Attorney General
                                              Civil Rights Bureau
                                              New York State Office of the Attorney General
                                              28 Liberty Street, 20th Floor
                                              New York, NY 10005
                                              Louisa.Irving1@ag.ny.gov
                                              Tel. (212) 416-8534
                                              Fax (212) 416-6030