UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　Defendants. | No. 11-cv-5845 (LTS) (JCF) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>　　　　　　Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL**

　　　　　Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for Amicus New York State Office of the Attorney General in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in its amicus capacity by Louisa Irving who has previously noticed her appearance.

1

DATED:   August 10, 2022
         New York, New York

                                  Respectfully submitted,

                                  **LETITIA JAMES**
                                  **Attorney General of the State of New York**

                                  By: */s/ Conor Duffy*
                                  Conor Duffy
                                  Assistant Attorney General
                                  Civil Rights Bureau
                                  New York State Office of the Attorney General
                                  28 Liberty Street
                                  New York, NY 10005
                                  Phone: (212) 416-8637
                                  conor.duffy@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I served a true and correct copy of the foregoing via the Court's ECF system to all counsel of record.

Dated:      New York, New York
            August 10, 2022

                                    Respectfully submitted,

                                    By: */s/ Conor Duffy*
                                    Conor Duffy
                                    Assistant Attorney General
                                    Civil Rights Bureau
                                    New York State Office of the Attorney General
                                    28 Liberty Street
                                    New York, NY 10005
                                    Phone: (212) 416-8637
                                    conor.duffy@ag.ny.gov