UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>                Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>    v.<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>                Defendants. | No. 11-cv-5845 (LTS) (JCF) |

**[PROPOSED] ORDER**

Upon consideration and for good cause shown, the New York State Office of the Attorney General's Motion to Withdraw Conor Duffy as Counsel (ECF No.__) is GRANTED.

SO ORDERED.

Dated: New York, New York
August __, 2022

                                                                                                                        _____
                                                                                                                        LAURA TAYLOR SWAIN
                                                                                                                        United States District Judge