UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>CITY OF NEW YORK, et al., <br><br>　　　　　　　Defendants. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　　　　Plaintiff-Intervenor, <br><br>　　v. <br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION, <br><br>　　　　　　　Defendants. | <u>MEMO ENDORSED</u><br><br>No. 11-cv-5845 (LTS) (JCF) |

**MOTION TO WITHDRAW AS COUNSEL**

　　　　Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for Amicus New York State Office of the Attorney General in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in its amicus capacity by Louisa Irving who has previously noticed her appearance.

1

DATED:   August 10, 2022
         New York, New York

The foregoing motion is granted, and the Clerk of Court is directed to update the docket accordingly.  DE# 469 resolved.
SO ORDERED.
8/11/2022
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Conor Duffy*
Conor Duffy
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8637
conor.duffy@ag.ny.gov