UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
NUNEZ,

                      Plaintiff,                      11-CV-5845 (LTS)

      -v-

CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------------X

## ORDER

The Court has received and reviewed the Monitoring Team's October 28, 2022, status report (docket entry no. 472) and expresses its sincere appreciation to the Monitoring Team for providing a comprehensive and detailed overview on the current state of conditions at Rikers and Defendants' implementation of the Action Plan (docket entry no. 465). Pursuant to the Court's June 14, 2022, order (docket entry no. 466), a conference in this matter is scheduled to occur on **November 17, 2022, at 2:30 p.m.**, as an **in-person conference** in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY. In order to guarantee sufficient public access to the conference, Courtroom 15A will be made available as an overflow courtroom with live video streaming.

As directed in the Court's June 14, 2022, order (docket entry no. 466), the parties are hereby directed to meet and confer prior to the November 17, 2022, conference. The Monitoring Team is directed to file a status update, including the parties' proposed next steps and a proposed agenda for the conference, by **November 14, 2022, at 12:00 p.m. (noon)**.

Plaintiffs, Defendants, and the Monitoring Team must each identify **two representatives** who will be present at counsel table and exercise speaking roles at the conference, and by **November 14, 2022, at 12:00 p.m. (noon)**, email the names and contact information of those representatives to SwainNYSDcorresp@nysd.uscourts.gov.  The Commissioner of the New York City Department of Correction is hereby directed to attend the conference along with such members of his leadership team as may be necessary to facilitate efficient and meaningful discussion and resolution of issues raised.  Additional representatives of the parties and the Monitoring Team may also attend the conference and be called upon as necessary.

The Court concurs in the recommendation of the Monitoring Team that the City of New York shall provide copies of the October 28, 2022, status report to relevant stakeholders whose work affects the court processing times of cases involving Rikers detainees.  Accordingly, the City is directed to provide copies of the report to the leadership of the District Attorneys' Offices, the Office of Court Administration, relevant public defender organizations, and other relevant stakeholders, indicating the Court has directed the City to provide the copy and that the Court is concerned about prolonged pretrial stays of incarcerated individuals at Rikers.

SO ORDERED.

Dated: November 3, 2022                         __/s/ Laura Taylor Swain_____
     New York New York                           LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge