AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Nunez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-CV-5845 (LTS) |
| City of New York, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs

Date: 11/10/2022

/s Katherine Haas
*Attorney's signature*

Katherine Haas, 5576764
*Printed name and bar number*
The Legal Aid Society
199 Water Street, 6th Floor
New York, NY 10038

*Address*

khaas@legal-aid.org
*E-mail address*

(212) 577-3300
*Telephone number*

*FAX number*