**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

178 Columbus Avenue, #230842
New York, NY 10023-9998
+1 646 895 6567 | afriedberg@tillidgroup.com

November 16, 2022

**VIA ECF**

The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

     The Monitoring Team writes to provide the Court with a status update on the Parties' efforts to develop a joint stipulation regarding a proposed order on Facility Supervisors. The Parties are working together and it is expected that a joint stipulation will be filed with the Court no later than November 17, 2022 at noon. In support of this stipulation, the Monitor as well as appropriate representatives from the City and/or Department will file declarations to provide the relevant evidence that the requirements of 18 U.S.C. § 3626(a)(1)(A) and (B) have been met. All efforts are being made to finalize these declarations as soon as possible. The Monitoring Team recommends that such declaration(s) should be filed with the Court by November 23, 2022 so that the Court is in a position to adequately evaluate the proposed order.

     Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*