UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
NUNEZ,                                                             :
                                                                   :
                              Plaintiff,                           :   11-CV-5845 (LTS)
                                                                   :
           -v-                                                     :
                                                                   :
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                              Defendants.                          X

-------------------------------------------------------------------

## ORDER

For the conference being held in the above-captioned matter today at 2:30p.m. in Courtroom 17C, overflow courtrooms will be made available in Courtrooms 26A and 26B.

   SO ORDERED.

Dated:  November 17, 2022                              __/s/ Laura Taylor Swain____
         New York New York                             LAURA TAYLOR SWAIN
                                                       Chief United States District Judge