UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NUNEZ, et al.

        Plaintiffs,

   -v-                                      No.  11 CV 5845-LTS

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

## Order

The Court hereby directs the City of New York to order a transcript of the conference held November 17, 2022, in this action and have a copy of such transcript provided to the Court by Monday, December 5, 2022.

SO ORDERED.

Dated: New York, New York
       November 21, 2022

                                      /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge