UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

              Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

UNITED STATES OF AMERICA,

              Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK
CITY DEPARTMENT OF CORRECTION,

              Defendants.

Case No. 11 Civ. 5845 (LTS)(JCF)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sana Mayat of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by email at smayat@ecbawm.com.

Dated: New York, New York
       November 23, 2022

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____
Sana Mayat
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
*Attorneys for Plaintiffs*