UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
NUNEZ, et al.

                        Plaintiffs,                                11-CV-5845 (LTS)

      -v-

CITY OF NEW YORK, et al.,

                        Defendants.

-------------------------------------------------------------------X

## ORDER

The Court has received the parties' "proposed order on facility supervisors" and accompanying declarations in support. (See docket entry nos. 485, 486.) Paragraph two of the joint stipulation (docket entry no. 485-1) references "Public Officer Law § 3[.]" The City is hereby directed to file a supplemental declaration explaining why exemption from that statute is sought in connection with the relief set forth in the proposed order, by **December 5, 2022**.

  SO ORDERED.

Dated: December 1, 2022                                   /s/ Laura Taylor Swain
       New York New York                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge