```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :
NUNEZ, et al.,                                            :
                                                          :
                          Plaintiffs,                     :        11-CV-5845 (LTS)
                                                          :
          -v-                                             :
                                                          :
CITY OF NEW YORK, et al.,                                 :
                                                          :
                          Defendants.                     X
-------------------------------------------------------------------
```

## ORDER

The Court has received and reviewed carefully the parties' joint status update on the parties' meetings with respect to the intake-related provisions of the Court's Second Remedial Order and Action Plan.  (Docket entry no. 493.)  Plaintiffs' request for the Court to set a briefing schedule for Plaintiffs' motion for contempt, relating to paragraph 1(i)(c) of the Second Remedial Order (docket entry no. 398) and section E(3)(a) of the Action Plan (docket entry no. 465) is granted on the following schedule and subject to the following conditions, and is denied insofar as it seeks authorization to initiate motion practice on December 15, 2022:

- Defendants shall file a status update on the docket by **January 10, 2023**, outlining the steps being taken in order to comply with the intake-related provisions of the Court's Second Remedial Order and Action Plan.

- The parties shall meet and confer promptly following the January 10, 2023 submission from Defendants.  The meet and confer shall take place no later than **January 13, 2023**.

- Plaintiffs may file their motion for contempt and accompanying memorandum of law in support on **January 17, 2023**.

- Defendants shall file their opposition memorandum to Plaintiffs' motion for contempt by **January 31, 2023**.

- The Monitoring Team shall file a brief report on the status of Defendants' compliance with the intake provisions of the Court's orders by **February 3, 2023**.

- Plaintiffs shall file their reply memorandum by **February 7, 2023**.

SO ORDERED.

Dated: December 13, 2022                 __/s/ Laura Taylor Swain____
      New York New York                      LAURA TAYLOR SWAIN
                                                     Chief United States District Judge