# Exhibit B



Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
www.legal-aid.org

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Mary Lynne Werlwas
*Director*
*Prisoners' Rights Project*

December 10, 2021

<u>Via email</u>

Kimberly Joyce
Corporation Counsel for the City of New York
New York City Law Dept.
100 Church Street
New York, NY 10007

Re: *Nunez, et al. v. City of New York, et al.*, No. 11-CV-5845 (S.D.N.Y.)

Dear Kim,

We write to follow-up on our letter of November 23, 2021, informing you of violations of the court order requiring all individuals to be processed through intake units within 24 hours. *See* Dkt. 398 (hereafter "Intake Order"), ¶ 1(i)(c). To reiterate, that letter provided the reports of the following individuals who had multiple-day overstays in intake after September 30, 2021, and we have not received from you any substantive response or information:

| Name | B&C | NYSID | Facility | Intake Entry (Approx.) | Days (Approx.) |
|---|---|---|---|---|---|
| ■ | ■ | ■ | AMKC | 10/19/2021 | 6 |
| ■ | ■ | ■ | EMTC | 10/20/2021 | 5+ |
| ■ | ■ | ■ | AMKC and GRVC | 10/29/2021 | 9+ |
| ■ | ■ | ■ | RNDC | 11/1/2021 | 2 |
| ■ | ■ | ■ | EMTC | 11/4/2021 | 6 |
| ■ | ■ | ■ | EMTC | 10/8/2021 | 3 |
| ■ | ■ | ■ | AMKC | 10/13/2021 | 6+ |

We also write to provide you with additional reports of overstays we have received since that letter:

| Name | B&C | NYSID | Facility | Intake Entry (Approx.) | Days (Approx.) |
|---|---|---|---|---|---|
| ■ | ■ | ■ | EMTC | 11/15/2021 | 2-3 |
| ■ | ■ | ■ | AMKC | 11/5/2021 | 2+ |
| ■ | ■ | ■ | AMKC | 11/20/2021 | 3 |
| ■ | ■ | ■ | RNDC | 11/27/2021 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| ███ | ███ | ███ | GRVC and VCBC | 11/23/2021 | 7 |
| ███ | ███ | ███ | GRVC | 11/30/2021 | 2 |
| ███ | ███ | ███ | EMTC | 9/28/2021 | 4 |
| ███ | ███ | ███ | AMKC | 10/5/2021 | 6 |
| ███ | ███ | ███ | RNDC | 12/6/2021 | 3 |

Does the Department have any information that confirms or refutes any of these reports? If so, please provide it, and we will be happy to review these reports in light of your information.

We also note that the reports from EMTC in October contradict the representations made by the Department to the Monitor as to the absence of overstays of new admissions in October (*see* Monitor's Nov. 17, 2021 Status Report, Dkt. 420 at 3, Appendix B iii-iv). The accuracy of the Department's self-reporting is even more critical now that the court order requiring reliable tracking mechanisms has gone into effect. See Intake Order, ¶ 1(i)(c). Could you please provide us with the tracking data for the month of November?

    Thank you for your attention to these matters.

    Sincerely,

    /s/

    Mary Lynne Werlwas
    David Billingsley
    Kayla Simpson
    THE LEGAL AID SOCIETY

    Attorneys for Plaintiffs

cc:    Jeffrey Powell
    Lara Eshkenazi
    Assistant United States Attorneys

    Steven J. Martin
    Monitor

---

[1] ███ entered EMTC intake prior to the Sep. 30, but reported staying in EMTC intake for multiple days after Sep. 30.