# Exhibit E

| INMATE NAME | BKCS | FACILITY | Securing Order - Date | Securing Order - Time | Arraignment and Risk Class. Screening Form - Date | Arraignment and Risk Class. Screening Form - Time | New Admission Dashboard - 6/14/22 13:24 | | New Admission Dashboard - 6/14/22 13:51 | | New Admission Dashboard - 6/14/22 14:16 | | New Admission Dashboard - 6/15/22 8:00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Date | Start Time | Date | Start Time | Date | Start Time | Date | Start Time |
| | | EMTC | 6/14/2022 | 1:26 | 6/14/2022 | 1:26 | 6/14/2022 | 1:26 | 6/14/2022 | 1:26 | 6/14/2022 | 1:26 | 6/14/2022 | 5:30 |
| | | EMTC | | | 6/13/2022 | 13:23 | 6/13/2022 | 13:23 | 6/13/2022 | 14:30 | 6/13/2022 | 15:00 | 6/13/2022 | 19:05 |
| | | EMTC | | | 6/13/2022 | 12:55 | 6/13/2022 | 13:00 | 6/13/2022 | 14:00 | 6/13/2022 | 15:00 | N/A - Housed | |
| | | EMTC | | | 6/13/2022 | 17:03 | 6/13/2022 | 17:03 | 6/13/2022 | 17:03 | 6/13/2022 | 17:03 | 6/13/2022 | 21:03 |
| | | EMTC | 6/14/2022 | 0:06 | 6/14/2022 | 0 06 | 6/14/2022 | 0:06 | 6/14/2022 | 0:06 | 6/14/2022 | 0:06 | 6/14/2022 | 6:40 |
| | | EMTC | 5/4/2022 | 12:00 | 6/13/2022 | 12:00 | 6/13/2022 | 13:00 | 6/13/2022 | 15:00 | 6/13/2022 | 15:00 | N/A - Housed | |
| | | EMTC | 6/13/2022 | 12:39 | 6/13/2022 | 12:40 | 6/13/2022 | 13:30 | 6/13/2022 | 14:30 | 6/13/2022 | 15:30 | N/A - Housed | |
| | | EMTC | | | 6/13/2022 | 11:19 | 6/13/2022 | 13:00 | 6/13/2022 | 14:00 | 6/13/2022 | 15:00 | N/A - Housed | |
| | | EMTC | 6/13/2023 | 16:45 | | | 6/13/2023 | 16:45 | 6/13/2023 | 16:45 | 6/13/2023 | 16:45 | 6/13/2022 | 20:45 |
| | | EMTC | 6/13/2022 | 12:34 | 5/13/2022 | No Time | 6/13/2022 | 13:00 | 6/13/2022 | 14:00 | 6/13/2022 | 15:00 | 6/13/2022 | 15:00 |
| | | EMTC | | | 6/13/2022 | 17:10 | 6/13/2022 | 17:10 | 6/13/2022 | 17:10 | 6/13/2022 | 17:10 | 6/13/2022 | 21:10 |
| | | EMTC | | | 6/13/2022 | 13:22 | 6/13/2022 | 13:00 | 6/13/2022 | 14:00 | 6/13/2022 | 15:00 | N/A - Housed | |
| | | EMTC | Illegible | | 6/13/2022 | 16:13 | 6/13/2022 | 16:13 | 6/13/2022 | 16:13 | 6/13/2022 | 16:13 | 6/13/2022 | 20:13 |
| | | EMTC | | | 6/13/2022 | 16:30 | 6/13/2022 | 16:30 | 6/13/2022 | 16:30 | 6/13/2022 | 16:30 | 6/13/2022 | 20:30 |
| | | EMTC | | | 6/13/2022 | 11:10 | 6/13/2022 | 13:15 | 6/13/2022 | 14:15 | 6/13/2022 | 15:10 | **6/13/2022** | **19:10** |
| | | EMTC | | | 6/13/2022 | 12:23 | 6/13/2022 | 13:00 | 6/13/2022 | 15:00 | 6/13/2022 | 15:00 | N/A - Housed | |