# Exhibit H



HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KIMBERLY M. JOYCE


September 23, 2022

**VIA EMAIL**

Re: Intake, EMTC, and Non-Compliance and
In-Custody Deaths and Non-Compliance with the Second Remedial Order
in Nunez v. City of New York, 11-cv-5845-LTS

Counsel:

I write on behalf of Defendants in response to your letters regarding "Intake, EMTC, and Non-Compliance" and "In-Custody Deaths and Non-Compliance with the Second Remedial Order." In both letters Plaintiffs request that Defendants meet and confer with Plaintiffs' Counsel. Defendants are available to meet and confer about Plaintiffs' letters on October 12th or 13th. Defendants' willingness to meet and confer with Plaintiffs on the issues you've outlined in your letters is a recognition of the importance in engaging in a dialogue on these very important issues, but is not an admission that we agree that the allegations contained in either letter is necessarily accurate.

We look forward to hearing from you as to your availability to meet and confer.

Sincerely,

*Kimberly Joyce /s/*

Kimberly Joyce

1