UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARK NUNEZ, et al.,

                                    Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                                    Defendants.

**NOTICE OF APPEARANCE**

**11 CIV. 5845 (LTS)(JCF)**

------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

                                Plaintiff-Intervenor,

    -against-

CITY OF NEW YORK and NEW YORK
CITY DEPARTMENT OF CORRECTION,

                                  Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that **ALAN H. SCHEINER**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon, Sylvia O. Hinds-Radix, attorney for defendants in this action, and requests that all papers and future notifications in this action be served upon the undersigned.

Dated: New York, New York
February 9, 2023

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street, Rm. 3-177
        New York, New York 10007
        (212) 356-2344
        ascheine@law.nyc.gov

By:   *Alan H. Scheiner*  /s/
        Alan H. Scheiner
        Senior Counsel
        Special Federal Litigation Division