UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                            :

MARK NUNEZ, et al.,                                         :

                  Plaintiffs,                                    :

  - against -                                                          :

CITY OF NEW YORK, et al.,                        :

                  Defendants.                           :
                                                             :  **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------- X
                                                              :

UNITED STATES OF AMERICA,              :

                  Plaintiff-Intervenor,            :

  - against -                                                          :

CITY OF NEW YORK and NEW YORK CITY  :
DEPARTMENT OF CORRECTION,

                  Defendants.                           :
------------------------------------------------------------- X

**MOTION TO WITHDRAW AS COUNSEL**

Upon the accompanying declaration of David Billingsley, dated February 16, 2023, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of David Billingsley on behalf of Plaintiffs Mark Nunez, et al.

Dated: New York, NY
February 22, 2023

                                                             Respectfully submitted,

                                        By: _____
                                               DAVID BILLINGSLEY
                                                      *Staff Attorney*
                                             The Legal Aid Society
                                      199 Water Street, 6th Floor
                                        New York, New York 10038
                                          Telephone: (212) 577-3300
                                            dbillingsley@legal-aid.org