UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
MARK NUNEZ, et al., :
:
             Plaintiffs, :
:
  - against - :
:
CITY OF NEW YORK, et al., :
:
             Defendants. :
: **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA, :
:
             Plaintiff-Intervenor, :
:
  - against - :
:
CITY OF NEW YORK and NEW YORK CITY :
DEPARTMENT OF CORRECTION, :
:
             Defendants. :
------------------------------------------------------------ :
X

## DECLARATION OF DAVID BILLINGSLEY IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

David Billingsley declares as follows:

1. I am a staff attorney at the Legal Aid Society, attorneys for the Plaintiffs Mark Nunez, et al. I make this declaration in support of the accompanying motion to withdraw my appearance in this action.

2. I am one of the attorneys of record for the Plaintiffs Mark Nunez, et al. (Dkt. #354).

3. I intend, subject to the Court's approval, to cease work on this action, as I am no longer associated with the Prisoners' Rights Project.

4. Mary Lynne Werlwas, Kayla Simpson, and Katherine Haas, of the Prisoners' Rights Project, together with Emery Celli Brinckerhoff Abady Ward & Maazel LLP, shall continue as attorneys of record for Plaintiffs Mark Nunez, et al.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs Mark Nunez, et. al., in this action.

Dated: New York, NY
February 22, 2023

Respectfully submitted,

By:_____
DAVID BILLINGSLEY
*Staff Attorney*
The Legal Aid Society
199 Water Street
New York, New York 10038
Telephone: (212) 577-3300
dbillingsley@legal-aid.org

2