**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARK NUNEZ, et al.,                                            :
:
                Plaintiffs,               :
:
  - against -                                                 :
:
CITY OF NEW YORK, et al.,                                      :
:
                Defendants.               :
:   **11 Civ. 5845 (LTS)(JCF)**
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                      :
:
                Plaintiff-Intervenor,     :
:
  - against -                                                 :
:
CITY OF NEW YORK and NEW YORK CITY                             :
DEPARTMENT OF CORRECTION,                                      :
:
                Defendants.               :
-------------------------------------------------------------- X

**MOTION TO WITHDRAW AS COUNSEL**

      Upon the accompanying declaration of David Billingsley, dated February 16, 2023, the undersigned respectfully moves this Court for an order granting the withdrawal of the appearance of David Billingsley on behalf of Plaintiffs Mark Nunez, et al.

Dated: New York, NY
February 22, 2023

Respectfully submitted,

By: _____
DAVID BILLINGSLEY
*Staff Attorney*
The Legal Aid Society
199 Water Street, 6th Floor
New York, New York 10038
Telephone: (212) 577-3300
dbillingsley@legal-aid.org

The foregoing request to withdraw is granted. The Clerk of Court is respectfully directed to update the docket sheet accordingly. Dkt. No. 509 resolved.
SO ORDERED.
2/27/2023
/s/ Laura Taylor Swain, Chief USDJ