UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                     :

MARK NUNEZ, et al.,                          :

                                                 Plaintiffs,            :
                                                                           : **DECLARATION OF KIMBERLY M.**
  - against -                                    : **JOYCE IN SUPPORT OF MOTION**
                                                                         : **TO WITHDRAW**

CITY OF NEW YORK, et al.,                :

                                                 Defendants.      :

------------------------------------------------------------ X
                                                                         : **11 Civ. 5845 (LTS)(JCF)**

UNITED STATES OF AMERICA,         :

                                       Plaintiff-Intervenor,     :

  - against -                                    :

CITY OF NEW YORK and NEW YORK CITY   :
DEPARTMENT OF CORRECTION,

                                                 Defendants.      :
------------------------------------------------------------ X

        I, Kimberly M. Joyce, declare, pursuant to 28 U.S.C. §1746, under penalty of perjury that the following is true and correct.

        1. I am Senior Counsel at the New York City Law Department and, on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, I am presently listed as counsel of record in the above-captioned matter.

        2. I have been reassigned to another division and off of this matter by the New York City Law Department.

        3. As a result, I will have no involvement whatsoever in this matter in the future.

4. Defendants will continue to be represented by this Office by Senior Counsels Sheryl Neufeld and Alan Scheiner, who have already appeared in this case.

5. I am not asserting a charging or retaining lien.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 14, 2023

Respectfully submitted,

*Kimberly Joyce /s/*

Kimberly Joyce

cc: All counsel (by ecf)