

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Kimberly Joyce<br>*Senior Counsel*<br>phone: (212) 356-2650<br>fax: (212) 356-3509<br>kjoyce@law.nyc.gov |

March 14, 2023

<u>Via ECF</u>
Honorable Laura T. Swain
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

<u>MEMO ENDORSED</u>

<u>Mark Nunez, et. al. v. City of New York, et al.,</u>
11 Civ. 05845 (LTS)(JCF)

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and am one of the attorneys listed as counsel of record in the above-referenced action. I write pursuant to Local Civil Rule 1.4 of the Southern and Eastern Districts of New York to withdraw as an attorney of record in this matter, and respectfully request that the Court terminate me on the docket. I am not asserting a charging or retaining lien.

      The reason for this request is that I have been reassigned to another division and off of this matter by the New York City Law Department. As a result, I will have no involvement in this matter moving forward. Defendants will continue to be represented by this Office by Senior Counsels Sheryl Neufeld, Esq. and Alan Scheiner, Esq. Additionally, in accordance with Local Civil Rule 1.4, I have annexed a Declaration setting forth these facts.

1

Thank you for your consideration herein.

Respectfully submitted,

*Kimberly Joyce /s/*

Kimberly Joyce

cc:   All counsel (by ecf)

The foregoing request is granted.  The Clerk of Court is respectfully directed to update the docket sheet accordingly.  Dkt. no. 512 resolved.
SO ORDERED.
3/15/2023
/s/ Laura Taylor Swain, Chief USDJ