**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

March 30, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al.,* 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain,

    We write to respectfully request a one business day extension for the Monitor's Status Report on the Action Plan, which is currently due to be filed on March 31, 2023 pursuant to Action Plan § G, ¶ 2 (iii).  A member of the team had an unexpected emergency that necessitates one additional business day for the Monitoring Team to complete the report so that it may be filed on April 3, 2023. The Monitoring Team has discussed the proposed extension with the Parties and they have consented to this request.

    Sincerely,

    s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*
Christina B. Vanderveer, *Associate Deputy Monitor*