UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
:
MARK NUNEZ, et al.,                                                      :
                                                                         :
                              Plaintiffs,                                :      11-CV-5845 (LTS)
                                                                         :
             -v-                                                         :
                                                                         :
CITY OF NEW YORK, et al.,                                                :
                                                                         :
                              Defendants.                                X
-------------------------------------------------------------------------

## ORDER

       The Court has received the Monitoring Team's April 3, 2023, status report (docket entry no. 517) and expresses its appreciation to the Monitoring Team for its comprehensive and detailed overview on the current state of conditions at Rikers and the Defendants' implementation of the Action Plan (docket entry no. 465). Pursuant to the Court's November 21, 2022 order (docket entry no. 482), a conference in this matter is scheduled to occur on **April 27, 2023, at 2:00 p.m.**, in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY.

       The parties and the Monitoring Team are hereby directed to meet and confer prior to the April 27, 2023 conference. The Monitoring Team is directed to file a status update, including the parties' proposed next steps and a proposed agenda for the conference, by **April 24, 2023 at 12:00 p.m. (noon)**.

       Plaintiffs, Defendants, and the Monitoring Team must each identify **two representatives** who will be present at counsel table and exercise speaking roles at the conference, and by **April 24, 2023, at 12:00 p.m. (noon)**, email the names and contact

information of those representatives to SwainNYSDcorresp@nysd.uscourts.gov.  The Commissioner of the New York City Department of Correction is hereby directed to attend the conference along with such members of his leadership team as may be necessary to facilitate efficient and meaningful discussion and resolution of issues raised.  Additional representatives of the parties and the Monitoring Team may also attend the conference and be called upon as necessary.

SO ORDERED.

Dated: April 5, 2023                                                            __/s/ Laura Taylor Swain_____
          New York New York                                             LAURA TAYLOR SWAIN
                                                                                              Chief United States District Judge