UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
MARK NUNEZ, et al.,

                    Plaintiffs,                    11-CV-5845 (LTS)

     -v-

CITY OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------------------------X

## ORDER

The Court has received and reviewed the Monitoring Team's April 24, 2023 supplemental status report and expresses its appreciation to the Monitoring Team for providing an update on the current state of conditions at Rikers, the Defendants' efforts to implement reform, and the parties' current positions on the Monitoring Team's recommendations. (Docket entry no. 520). Any party submissions in advance of the April 27, 2023, conference in this case must be filed by **April 26, 2023, at 9:00 a.m.**

In the interests of efficiency and clarity, the parties shall have met and conferred about any issue that they expect to raise at the conference before the Court, consistent with the consultative principles of this Court's Individual Practices. In this spirit, following their meet and confer, counsel for Plaintiffs and Defendants shall file a joint submission containing an

expanded agenda of the matters they wish to discuss at the conference. The parties are reminded that the Court has allocated 90 minutes for the conference. The joint agenda submission shall be filed by **April 26, 2023, at 2:00 p.m**.

SO ORDERED.

Dated: April 24, 2023                                                           __/s/ Laura Taylor Swain____
       New York New York                                                LAURA TAYLOR SWAIN
                                                                            Chief United States District Judge