

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Mariam Khan**
**Assistant Corporation Counsel**
Desk: 212-356-2662
markhan@law.nyc.gov

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nunez, et al. v. City of New York et al,* 11-cv-5845 (LTS)

Dear Chief Judge Swain:

Defendants City of New York and Department of Corrections write to request permission to bring personal electronic devices to the Court Conference scheduled for Thursday, April 28, 2023. Defendants request permission for the following individuals to bring electronic devices as provided below:

- Alan H. Scheiner (Law): 1 cellphone, 1 tablet

- Sheryl Neufeld (Law): 2 cellphones

- Commissioner Louis Molina (DOC): 1 cellphone, 1 tablet/laptop

- Paul Shechtman, General Counsel (DOC): 1 laptop

- Lynelle Maginley-Liddie, First Deputy Commissioner (DOC): 1 cellphone

- Davelle Williams, Executive Officer and Security Detail (DOC): 1 cellphone

- David Lopez, Correction Investigator/ Security Detail (DOC): 1 cellphone

- Myshel Wimberly, Correction Investigator/ Security Detail (DOC): 1 cellphone

- Christopher Miller, Deputy Commissioner (DOC): 1 cellphone

- Ronald Brereton, Deputy Commissioner (DOC): 1 cellphone

- Jacqueline Lachman, Assistant Commissioner (DOC): 1 cellphone

A copy of a proposed form order, prepared pursuant to Standing Order M10-468, as Revised, is attached to this letter.

Sincerely,

Mariam Khan
Assistant Corporation Counsel

cc: BY ECF
*All counsel of record*