UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

*In the Matter of an Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouse of the Southern District of New York for Use in Proceeding or Trial*

Extra Sheets

For the matter – *Nunez, et. al, v. City of New York, et. al.* - 11-5845 (LTS) for the conference on April 27, 2023.

| Attorney/Staff | Devices |
|---|---|
| Commissioner Louis Molina (DOC) | 1 cellphone, 1 tablet/laptop |
| Paul Shechtman, General Counsel (DOC) | 1 laptop |
| Lynelle Maginley-Liddie, First Deputy Commissioner (DOC) | 1 cellphone |
| Davelle Williams, Executive Officer and Sezcurity Detail (DOC) | 1 cellphone |
| David Lopez, Correction Investigator/ Security Detail (DOC) | 1 cellphone |
| Myshel Wimberly, Correction Investigator/ Security Detail (DOC) | 1 cellphone |
| Christopher Miller, Deputy Commissioner (DOC) | 1 cellphone |
| Ronald Brereton, Deputy Commissioner (DOC) | 1 cellphone |
| Jacqueline Lachman, Assistant Commissioner (DOC) | 1 cellphone |