# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

April 26, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

    We write to provide the Court with an expanded agenda pursuant to the Court's April 25, 2023 Order (dkt. 521). The Parties and the Monitoring Team met and conferred yesterday to discuss, among other things, the items that will be discussed at the conference on April 27, 2023. The expanded agenda for the April 27, 2023 conference was developed in collaboration with the Parties and is attached to this letter.

                         Sincerely,

                         s/ Steve J. Martin
                         Steve J. Martin, *Monitor*
                         Anna E. Friedberg, *Deputy Monitor*
                         Christina B. Vanderveer, *Associate Deputy Monitor*

**Proposed Agenda for Court Conference**
*April 27, 2023 – 2:00 p.m.*

- Opening Remarks
    - Monitor & Deputy Monitor
    - Commissioner of Department of Correction & Counsel for the City of New York
    - Counsel for the Southern District of New York
    - Plaintiffs' Class Counsel
- Monitor Recommendations & Potential Court Order
- Subsequent Next Steps Following Next Monitor's Report
- Timing of the Next Monitor's Report