**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

May 4, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

     We write to seek clarification regarding the Court's April 27, 2023 order related to the timing of the next Monitor's Report. The Monitoring Team respectfully requested that the Court revise the reporting schedule to July 10, 2023 and amend § G ¶ 2 (iv), § G ¶ 3, and § G ¶ 6 of the Action Plan (dkt. 465) as described on pages 28 to 29 in the April 24, 2023 Monitor's Report (dkt. 520). On April 27, 2023, the Court granted the Monitoring Team's request and noted on the record that "the request to modify the monitoring team's reporting schedule as set forth in section G, paragraph 2(iv) of the action plan is granted." *See* April 27, 2023 Court Transcript, page 69 lines 7 to 9. We seek clarification from the Court to determine whether the Court also intended to modify the reporting schedule from June 9, 2023 to July 10, 2023 for the provisions § G ¶ 3, and § G ¶ 6 of the Action Plan.

     We appreciate the Court's attention to this matter.

                         Sincerely,

                         s/ Steve J. Martin
                         Steve J. Martin, *Monitor*
                         Anna E. Friedberg, *Deputy Monitor*