UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

              Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

UNITED STATES OF AMERICA,

              Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,

              Defendants.

Case No. 11 Civ. 5845 (LTS)(JCF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Vasudha Talla of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by e-mail at vtalla@ecbawm.com.

Dated: June 2, 2023
      New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By:         /s/
Vasudha Talla
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiffs*