UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                  Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>                  Plaintiff-Intervenor,<br><br>  -against-<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>                  Defendants. | Case No. 11 Civ. 5845 (LTS)(JCF) |

## MOTION TO WITHDRAW APPEARANCE BY NAIRUBY L. BECKLES

Upon the accompanying affirmation of Nairuby L. Beckles, the undersigned respectfully moves this Court to withdraw the appearance of Nairuby L. Beckles on behalf of Plaintiffs.

Dated: June 8, 2023
      New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____
Nairuby L. Beckles
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK NUNEZ, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,

        Defendants.

Case No. 11 Civ. 5845 (LTS)(JCF)

**AFFIRMATION OF NAIRUBY L. BECKLES
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

      NAIRUBY L. BECKLES, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

      1.      I am an associate with the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Plaintiffs.

      2.      I am one of the attorneys of record for Plaintiffs in this action.

      3.      As of June 8, 2023, I am leaving my employment with ECBAWM.

      4.      Plaintiffs will continue to be represented by The Legal Aid Society attorneys Mary Lynne Werlwas, Kayla Simpson, and Katherine Haas, as well as ECBAWM attorneys Jonathan S. Abady, Debra L. Greenberger, Vasudha Talla, and Sana Mayat.

      5.      I am not asserting a retaining or charging lien.

6.      I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

Dated: June 8, 2023
       New York, New York

/s/
Nairuby L. Beckles