

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Alan H. Scheiner**<br>**Senior Counsel**<br>**Desk: 212-356-2344**<br>**ascheine@law.nyc.gov** |

June 21, 2023

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Nunez, et al. v. City of New York et al,* 11-cv-5845 (LTS)

Dear Chief Judge Swain:

      In accordance with this Court's Order of March 13, 2023 (ECF No. 511) (the "Order"), defendants the City of New York ("City") and the New York City Department of Correction ("DOC" or "the Department") (collectively "defendants") write to provide an update regarding the "status of their continued efforts to implement reliable Intake tracking systems for new admissions and inter/intra facility transfers," as called for the Order. On June 16, 2023, defendants moved for an extension of time to submit their update (ECF No. 552), on which the Court has not ruled.

      Enclosed is a declaration of Deputy Commissioner Christopher Miller, June 21, 2016, providing the update.

      The Monitoring Team recently reported that certain persons appearing in the Intake areas of various facilities were not being tracked in the Department's ITS system. Prior to the Monitoring Team's observations on this issue, the Law Department attorneys assigned to this matter had no reason to believe that all persons going through the Intake areas in various Department facilities (but not in new admissions Intake) were not being tracked in the ITS system. The issue raised by the Monitor is addressed by the Department in the enclosed declaration.

We appreciate the additional time afforded to provide this update and we thank the Court for its consideration of this matter.

Sincerely,

*Alan H. Scheiner /s/*
Alan H. Scheiner
Senior Counsel
Special Federal Litigation Division

cc:   BY ECF (w/encl.)
      *All counsel of record*