UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARK NUNEZ, et al.,

                                  Plaintiffs,

-against-

CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

11 CIV. 5845 (LTS)(JCF)

UNITED STATES OF AMERICA,

                                Plaintiff-Intervenor,

-against-

CITY OF NEW YORK AND NEW YORK CITY DEPARTMENT OF CORRECTION,

                                Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that **JOHN SCHEMITSCH**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendants in the above-entitled action. I am admitted to practice in this district.

- 2 -

Dated: New York, New York
       July 7, 2023

                    HON. SYLVIA O. HINDS-RADIX
                    Corporation Counsel of the City of
                      New York
                    *Attorney for Defendants*
                    100 Church Street, Room 3-222
                    New York, New York 10007
                    (212) 356-3539

                    By:
                        /s/
                    _____
                    John Schemitsch
                    *Senior Counsel*

cc:   **VIA ECF**
      *All Counsel of Record*