UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK NUNEZ, et al.,

                Plaintiff,                11-CV-5845-LTS

     -v-

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------X

## ORDER

A conference in this matter is scheduled to occur on **August 10, 2023,** at **2:00 p.m.**, as an **in-person conference** in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY. To ensure sufficient public access to the conference, Courtroom 23B will be made available as an overflow courtroom with live video streaming. Additionally, the public may access the audio feed of the hearing by calling **888-363-4734** and using access code **1527005#** and security code **4999#**. All of those accessing the hearing are reminded that recording, photography, and broadcasting of the proceeding are prohibited. See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021). Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      Plaintiffs' counsel, defense counsel, counsel for the Government, and the Monitoring Team must each identify **two representatives** who will be present at counsel table and exercise speaking roles at the conference, and by **August 8, 2023,** at **12:00 p.m.**, email the

names of those representatives to SwainNYSDcorresp@nysd.uscourts.gov. The Commissioner of the New York City Department of Correction is hereby directed to attend the conference along with such members of his leadership team as may be necessary to facilitate efficient and meaningful discussion and resolution of issues raised. Additional representatives of the parties and the Monitoring Team may also attend the conference and be called upon as necessary.

SO ORDERED.

Dated: August 3, 2023
New York New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge