UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ et al.,

      Plaintiffs,

  -v-                                  No.  11-CV-5845-LTS

N.Y.C. DEPARTMENT OF CORRECTION et al.,

      Defendants.

-------------------------------------------------------x

## NOTICE

The Court has received a number of communications, from individuals and groups who are not parties to the above-captioned case, in which the writers express their views on various issues pertaining to the management of the jails on Rikers Island.  The Court does not respond to these communications.  Nor does the Court post these communications on the public docket.

In overseeing this case and making its decisions, the Court relies on information and arguments presented in (1) court filings from the Parties and the Monitoring Team, (2) other communications from the Monitoring Team, and (3) discussions and evidence presented in open court.

Dated: New York, New York
       August 9, 2023

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge