

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**John Schemitsch**
**Senior Counsel**
**Desk: 212-356-3539**
jschemit@law.nyc.gov

September 15, 2023

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nunez, et al. v. City of New York et al,* 11-cv-5845 (LTS)

Dear Chief Judge Swain:

In accordance with this Court's Order of March 13, 2023 (ECF No. 511) (the "Order"), defendants the City of New York ("City") and the New York City Department of Correction ("DOC" or "the Department") (collectively "defendants") write to provide a status update regarding the defendants' "continued efforts to implement reliable Intake tracking systems for new admissions and inter/intra facility transfers," as called for in the Order. Enclosed is a declaration of Deputy Commissioner Christopher Miller, providing the update.

We thank the Court for its consideration of this matter.

Sincerely,

/s/
John Schemitsch
Senior Counsel
Special Federal Litigation Division

cc:     BY ECF (w/encl.)
        *All counsel of record*