**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

September 29, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain,

    We write to respectfully request modification of the schedule for the two upcoming Monitor's Reports pursuant to the August 10, 2023 Court Order, § II, ¶ 2 (dkt. 563) and the next Court Conference. We seek these modifications due to a variety of scheduling issues for the Monitoring Team and to accommodate the Deputy Monitor's maternity leave. In particular, we request the following dates are altered:

| Item | Original Date | New Proposed Date |
|---|---|---|
| Monitor's Report | October 10, 2023 | October 5, 2023 |
| Monitor's Report | November 16, 2023 | November 8, 2023 |
| Court Conference | November 28, 2023 | December 13 or 14, 2023 |

    The Monitoring Team has discussed the proposed modifications to the schedule with the Parties in this matter and they have consented to this request.

    We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*