

199 WATER STREET
NEW YORK, NY 10038
TEL: 212-577-3300
http://www.legalaidnyc.org

**Alan Levine**
*President*

**Zachary W. Carter**
*Chair of the Board*

**Justine M. Luongo**
*Attorney-in-Charge*
Criminal Practice

**Mary Lynne Werlwas**
*Director*
Prisoners' Rights Project

*By ECF*

October 4, 2023

Hon. Laura Taylor Swain
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Nunez v. City of New York, et al.,* 11-cv-5845 (LTS)

Your Honor:

Counsel for the Plaintiff class and Defendants have conferred regarding a schedule for responses to Defendants' Letter to the Court Regarding Law Enforcement Privilege dated September 29, 2023 (Docket 529).  We jointly propose that Plaintiffs' opposition be filed on October 10, 2023 and Defendants' reply, if any, be filed October 12, 2023.  This schedule is intended to allow us to assess whether any information contained in the Monitor's report to be filed on October 5, 2023 narrows the disputes before the Court.

Respectfully submitted,

/s/

Mary Lynne Werlwas
Counsel for Plaintiffs