# EXHIBIT 1



199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M, Luongo
*Attorney-in-Charge*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

July 28, 2023

<u>**Via Email**</u>

Dear Monitoring Team:

Pursuant to the Consent Judgment, § XIX, ¶ 8, the Plaintiff Class writes to request records and information relevant to Defendants' non-compliance with the Consent Judgment and other court orders issued in this matter.

Specifically, the Plaintiff Class requests the following:

1. Number of Class A UOF incidents that have resulted in serious injuries since Jan. 1, 2023.

2.  Number of incidents coded as a "serious injury to inmate" since January 1, 2023.

3. Number of UOF incidents where staff used head strikes since Jan. 1, 2022.

4. All "Post-Incident Management" protocols developed and implemented by the Department. If no "Post-Incident Management" protocols have been developed for facilities other than RNDC, please confirm that fact.

5. Data on the number of instances in which people in custody have attempted suicide or engaged in self-harm since January 1, 2022.

6. Data on the frequency of the use of Narcan by staff since January 1, 2022

7. The total number of housing unit lock downs since January 1, 2022, broken down by facility, housing unit, and month.

8. Records relating to the Illustrative Examples 1-9 in the Monitor's July 10, 2023 report.

9. The findings of any city agency investigation of deaths of people in custody since January 1, 2022, and any corrective/disciplinary actions taken in response to these findings.

10. The results of audits of the electronic records of tours conducted by staff (*e.g.*, data from use of tour wand), which were required to be completed under Action Plan, Section A(1)(d).

11. A description of the extent to which the Department is currently using tour wands to ensure that staff are engaging in regular touring, including which facilities require staff to use tour

**Justice in Every Borough.**

wands and the extent to which supervisors are required to use tour wands to record their tours.

12. All data (other than manual logbook entries) reflecting the extent to which uniformed staff comply with the requirement to tour housing areas every 30 minutes. (See data referenced in Action Plan, Section G, Para. 4(b)(ii)(7)).

13. The number of instances when staff were subject to discipline for not conducting required housing tours since January 1, 2022, broken down by facility, housing unit, and month. Please note the level of discipline imposed for each instance.

14. All documents reflecting operational changes or correction action plans that were developed by a Facility to "reduce the use of excessive or unnecessary force, the frequency of Use of Force Incidents, or the severity of injuries or other harm to Incarcerated Individuals or Staff resulting from Use of Force Incidents." (See First Remedial Order, Section § A, ¶ 2.)

15. All documents relating to the required meetings between the Facility Wardens (or designated Deputy Wardens) and Department leadership "to discuss any planned operational changes or corrective action plans, as well as the impact of any operational changes or corrective action plans previously implemented," including any documents reflecting the results of such meetings. (See First Remedial Order, Section § A, ¶ 2.)

16. The total number of awarded posted as of the June 14, 2022 (the date of the Action Plan), including instances where the post was not officially designated as "awarded" but was functionally treated one (*see* July 10, 2023 Report at 104); the number of awarded posts eliminated since June 14, 2022; and the current total number of awarded posts and a description of such posts.

17. Data reflecting the extent to which the Department has reduced the use of 4 by 2 schedules since June 14, 2022, including the number of staff whose schedule was changed from a 4 by 2 schedule to a true 5 by 2 schedule, broken down by facility.

18. A description of all efforts to create and implement an assignment process in which sufficiently experienced uniform staff are deployed to housing units, as required by Action Plan § C, ¶ 3(iv).

**Justice in Every Borough.**

19. A description of all efforts to re-evaluate UOF investigations closed between July 1, 2022 and March 31, 2023 without any further action; the number of investigations re-evaluated; and the results of such re-evaluations.

20. The total number of Full ID Investigations closed since January 1, 2022; how many of these investigations were closed within 120 days of the Referral Date; how many of these investigations were closed 121-180 days after the Referral Date; how many of these investigations were closed 181-365 days after the Referral Date; and how many of these investigations were closed more than 365 days after the Referral Date.

21. The total number of Full ID Investigations currently pending; how many of these investigations were referred to ID more than 120 days ago; how many of these investigations were referred to ID before February 1, 2023; how many of these investigations were referred to ID before November 1, 2022; and how many of these investigations were referred to ID before August 1, 2022.

22. For each ID investigator assigned to handle Full ID investigations, provide the current number of open UOF investigations assigned to the investigator and the number/type of other investigations assigned to that individual.

23. The number of new ID investigators and ID supervisors added to the ID unit since January 2022, broken down by month and whether the added individual was a civilian or uniformed staff.

24. Any new protocols developed relating to the composition and deployment of the ESU (including any functionally equivalent unit such as the "Strategic Response Team" and the "Special Search Team") or facility emergency response teams (*i.e.*, probe teams) in order to minimize unnecessary or avoidable Uses of Force, as required by First Remedial Order, A.6; documents reflecting reviews assessing compliance with these protocols and a description of any instance when staff were found to have violated these protocols and any corrective or disciplinary action taken.

25. Did the wristband pilot at RNDC continue after its initial implementation? What is the current status, if any?

26. Any NCU audits of consistent assignment of staffing in RNDC in 2022 and 2023. If NCU ceased conducting such audits, please confirm when they were last conducted and provide the most recent audit.

**Justice in Every Borough.**

Page 4

Sincerely,

/s/

Mary Lynne Werlwas
Kayla Simpson
Katherine Haas

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

Counsel for Plaintiff Class

/s/

Debra L. Greenberger
Jonathan Abady
Vasudha Talla
Sana Mayat

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

Counsel for Plaintiff Class

**Justice in Every Borough.**