# Exhibit G

## Chart of Substantive Filings by the Nunez Monitor

| Filing Date | Dkt. | Monitor's Report | Monitoring Period |
|---|---|---|---|
| 5/31/2016 | 269 | First Report of the *Nunez* Independent Monitor | 1st – 10/22/15-2/29/16 |
| 10/31/2016 | 291 | Second Report of the *Nunez* Independent Monitor | 2nd – 3/1/16-7/31/16 |
| 4/3/2017 | 295 | Third Report of the *Nunez* Independent Monitor | 3rd – 8/1/16-12/31/16 |
| 10/10/2017 | 305 | Fourth Report of the *Nunez* Independent Monitor | 4th – 1/1/17-6/30/17 |
| 3/5/2018 | 309 | Special Report of the *Nunez* Independent Monitor re: Locking Mechanisms at RNDC | N/A |
| 4/18/2018 | 311 | Fifth Report of the *Nunez* Independent Monitor | 5th – 7/1/17-12/31/17 |
| 10/17/2018 | 317 | Sixth Report of the *Nunez* Independent Monitor | 6th – 1/1/18-6/31/18 |
| 10/31/2018 | 318 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | N/A |
| 12/4/2018 | 320 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | N/A |
| 2/19/2019 | 325 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | N/A |
| 4/18/2019 | 327 | Seventh Report of the *Nunez* Independent Monitor | 7th – 7/1/18-12/31/18 |
| 10/28/2019 | 332 | Eighth Report of the *Nunez* Independent Monitor | 8th – 1/1/19-6/30/19 |
| 5/6/2020 | 338 | Letter from the Office of the Monitor to the Court (re: COVID-19 Update) | N/A |
| 5/29/2020 | 341 | Ninth Report of the *Nunez* Independent Monitor | 9th – 7/1/19-12/31/19 |
| 10/23/2020 | 360 | Tenth Report of the *Nunez* Independent Monitor | 10th – 1/1/20-6/30/20 |
| 12/8/2020 | 365 | First Remedial Order Report of the *Nunez* Independent Monitor | First Remedial Order – 8/14/20-9/30/20 |
| 5/11/2021 | 368 | Eleventh Report of the *Nunez* Independent Monitor | 11th – 7/1/20-12/31/20 |
| 6/3/2021 | 373 | Second Remedial Order Report of the *Nunez* Independent Monitor | Second Remedial Order – 1/1/21-3/31/21 |
| 8/24/2021 | 378 | Status Report Letter from the Office of the Monitor to the Court | N/A |

| Filing Date | Dkt. | Monitor's Report | Monitoring Period |
|---|---|---|---|
| 9/2/2021 | 380 | Status Report Letter from the Office of the Monitor to the Court | N/A |
| 9/23/2021 | 387 | Status Report Letter from the Office of the Monitor to the Court | N/A |
| 9/30/2021 | 399 | Letter from the Office of the Monitor to the Court re: Use of Force Discipline | N/A |
| 10/14/2021 | 403 | Status Report Letter from the Office of the Monitor to the Court | N/A |
| 10/18/2021 | 409 | Monitor's First Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center (HOJC) | HOJC 1st – 11/12/20-6/30/21 |
| 11/17/2021 | 420 | Status Report Letter from the Office of the Monitor to the Court | N/A |
| 12/1/2021 | 429 | Status Report Letter from the Office of the Monitor to the Court | N/A |
| 12/6/2021 | 431 | Twelfth Report of the *Nunez* Independent Monitor | 12th – 1/1/21-6/30/21 |
| 12/22/2021 | 435 | Third Remedial Order Report of the *Nunez* Independent Monitor | N/A |
| 3/16/2022 | 438 | Special Report of the *Nunez* Independent Monitor | N/A |
| 4/20/2022 | 445 | Status Report of the *Nunez* Independent Monitor | N/A |
| 4/25/2022 | 448 | Letter from the Office of the Monitor to the Court re: Monitoring Team's Recommendations | N/A |
| 4/27/2022 | 452 | Monitor's Second Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center (HOJC) | HOJC 2nd – 7/1/21-12/31/21 |
| 5/17/2022 | 454 | Letter from the Office of the Monitor to the Court re: City & DOC's Action Plan | N/A |
| 6/10/2022 | 462 | Letter from the Office of the Monitor to the Court re: Updated Action Plan | N/A |
| 6/30/2022 | 467 | Status Report of the *Nunez* Independent Monitor | N/A |

| Filing Date | Dkt. | Monitor's Report | Monitoring Period |
|---|---|---|---|
| 10/25/2022 | 471 | Monitor's Third Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center | HOJC 3rd – 1/1/22-6/30/22 |
| 10/28/2022 | 472 | Second Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | 14th – 1/1/22-6/30/22 |
| 11/14/2022 | 475 | Letter from the Office of the Monitor to the Court re: Proposed Next Steps | N/A |
| 2/3/2023 | 504 | Special Report on Intake by the *Nunez* Independent Monitor | N/A |
| 4/3/2023 | 517 | Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | 15th – 7/1/22-12/31/22 |
| 4/24/2023 | 520 | Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | N/A |
| 4/26/2023 | 525 | Monitor's Fourth Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center | HOJC 4th – 7/1/22-12/31/22 |
| 5/26/2023 | 533 | Special Report of the *Nunez* Independent Monitor | N/A |
| 5/31/2023 | 537 | Letter from the Office of the Monitor to the Court re: Update on Monitor's May 26th Report | N/A |
| 6/8/2023 | 541 | Special Report by the *Nunez* Independent Monitor | N/A |
| 6/12/2023 | 544 | Letter from the Office of the Monitor to the Court re: Update for June 13th Emergency Conference | N/A |
| 6/12/2023 | 546 | Letter from the Office of the Monitor to the Court re: Monitor's June 12th Proposed Order | N/A |
| 7/10/2023 | 557 | Special Report by the *Nunez* Independent Monitor | N/A |
| 8/07/2023 | 561 | Status Report by the *Nunez* Independent Monitor | N/A |
| 10/5/2023 | 581 | Status Report by the *Nunez* Independent Monitor | N/A |
| 11/8/2023 | 595 | Status Report by the *Nunez* Independent Monitor | N/A |