UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

     Plaintiff,

-v-                                             No. 11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

     Defendants.

-------------------------------------------------------x

## Order

     The Court has received and reviewed the Status Report on the Department of Correction's Action Plan by the Nunez Independent Monitor filed on November 8, 2023. (Docket Entry no. 595 (the "Status Report").) The Court hereby directs the Monitor to file a report on **December 7, 2023,** setting forth (i) a proposed agenda for the conference scheduled for December 14, 2023, and (ii) the Parties' positions on the Proposed Court Order at Appendix G of the Status Report, including the proposed schedule therein.

     SO ORDERED.

Dated: November 13, 2023                          /s/ Laura Taylor Swain
       New York, New York                 Laura Taylor Swain
                                            Chief United States District Judge