# EXHIBIT 15

**Chart of NCU Security Audits Produced by Monitoring Team**

The index below reflects copies of the NCU security audits that were completed between December 2021 and August 2023 and sent to the Parties on September 29, 2023.

| Facility | Date | Location |
|---|---|---|
| AMKC | 12/22/2021 | Quad Lower 12 |
| AMKC | 2/1/2022 | Quad Lower 3 |
| AMKC | 2/1/2022 | Quad Lower 4 |
| AMKC | 2/1/2022 | Quad Upper 3 |
| AMKC | 2/7/2022 | Mod 1 Lower A |
| AMKC | 2/8/2022 | Mod 1 Lower B |
| AMKC | 2/21/2022 | Mod 1 Upper A |
| AMKC | 2/23/2022 | Mod 1 Upper B |
| AMKC | 3/25/2022 | Quad Upper 4 |
| AMKC | 4/1/2022 | Quad Lower 8 |
| AMKC | 4/1/2022 | Quad Upper 8 |
| AMKC | 5/12/2022 | Quad Lower 5 |
| AMKC | 5/12/2022 | Quad Lower 6 |
| AMKC | 5/13/2022 | Quad Upper 6 |
| AMKC | 6/8/2022 | Quad Upper 7 |
| AMKC | 6/9/2022 | Quad Lower 7 |
| AMKC | 7/14/2022 | Quad Lower 20 |
| AMKC | 7/18/2022 | Quad Upper 20 |
| AMKC | 7/27/2022 | Quad Lower 19 |
| AMKC | 8/1/2022 | Quad Upper 19 |
| AMKC | 8/4/2022 | Quad Lower 18 |
| AMKC | 8/8/2022 | Quad Upper 18 |
| AMKC | 9/8/2022 | Quad Lower 17 |
| AMKC | 9/12/2022 | Quad Upper 17 |

| Facility | Date | Location |
|---|---|---|
| AMKC | 10/3/2022 | Quad Lower 16 |
| AMKC | 10/5/2022 | Quad Upper 16 |
| AMKC | 11/10/2022 | Quad Lower 15 |
| AMKC | 11/14/2022 | Quad Upper 15 |
| AMKC | 2/8/2023 | Quad Lower 14 |
| AMKC | 3/30/2023 | Quad Lower 13 |
| AMKC | 4/6/2023 | Quad Upper 13 |
| AMKC | 6/4/2023 | Quad Upper 13 |
| EMTC | 8/8/2022 | 4 Main |
| EMTC | 8/24/2022 | 1 Upper |
| EMTC | 9/10/2022 | 1 Upper |
| EMTC | 10/27/2022 | 6 Upper |
| EMTC | 11/18/2022 | 6 Main |
| EMTC | 1/2/2023 | 1 Main |
| EMTC | 4/26/2023 | 4 Upper |
| EMTC | 6/25/2023 | 9 Lower |
| GRVC | 12/20/2021 | 7A and 7B |
| GRVC | 1/20/2022 | 7A and 7B |
| GRVC | 3/3/2022 | 10A |
| GRVC | 3/3/2022 | 10B |
| GRVC | 3/3/2022 | 5A |
| GRVC | 3/3/2022 | 5B |
| GRVC | 3/8/2022 | 5A |
| GRVC | 3/8/2022 | 5B |
| GRVC | 4/4/2022 | 7A |
| GRVC | 4/4/2022 | 7B |
| GRVC | 4/5/2022 | 10A |

| Facility | Date | Location |
|---|---|---|
| GRVC | 4/5/2022 | 10B |
| GRVC | 4/21/2022 | 5A |
| GRVC | 4/21/2022 | 5B |
| GRVC | 9/2/2022 | 3A |
| GRVC | 9/2/2022 | 3B |
| GRVC | 10/22/2022 | 7A |
| GRVC | 10/22/2022 | 7B |
| GRVC | 12/5/2022 | 4A |
| GRVC | 12/22/2022 | 4B |
| GRVC | 2/20/2023 | 7A |
| GRVC | 3/26/2023 | 3B |
| GRVC | 5/7/2023 | 9A |
| GRVC | 7/2/2023 | 9B |
| NIC | 1/28/2022 | 3C |
| NIC | 1/31/2022 | 3D |
| NIC | 2/1/2022 | 1 |
| NIC | 2/1/2022 | 2B |
| NIC | 2/14/2022 | 2A |
| NIC | 2/14/2022 | 2B |
| NIC | 3/25/2022 | 3B |
| NIC | 3/26/2022 | 3A |
| NIC | 4/4/2022 | 5 North |
| NIC | 4/4/2022 | 5 South |
| OBCC | 2/20/2022 | 3S and 3SW |
| OBCC | 5/2/2022 | 1 North |
| OBCC | 5/4/2022 | 1 West |
| OBCC | 5/5/2022 | 1 Upper |

| Facility | Date | Location |
|---|---|---|
| OBCC | 5/5/2022 | 2 Upper |
| RNDC | 12/20/2021 | 2 Upper |
| RNDC | 2/28/2022 | 5 Central North |
| RNDC | 2/28/2022 | 5 Central South |
| RNDC | 3/2/2022 | 6 Central North |
| RNDC | 3/2/2022 | 6 Central South |
| RNDC | 4/24/2022 | 3 Upper North |
| RNDC | 4/24/2022 | 3 Upper South |
| RNDC | 4/25/2022 | 6 Central North |
| RNDC | 4/25/2022 | 6 Central South |
| RNDC | 6/4/2022 | 5 Lower North |
| RNDC | 6/4/2022 | 5 Lower South |
| RNDC | 7/4/2022 | 4 Central North |
| RNDC | 7/7/2022 | 4 Central South |
| RNDC | 7/14/2022 | 3 Main North |
| RNDC | 7/18/2022 | 3 Upper North |
| RNDC | 8/8/2022 | 1 Central North |
| RNDC | 8/15/2022 | 1 Central South |
| RNDC | 9/1/2022 | 2 Central North |
| RNDC | 9/6/2022 | 2 Central South |
| RNDC | 9/19/2022 | 1 Lower South |
| RNDC | 9/20/2022 | 1 Lower North |
| RNDC | 10/24/2022 | 1 Upper North |
| RNDC | 11/7/2022 | 1 Upper South |
| RNDC | 11/17/2022 | Mod 1 North |
| RNDC | 11/21/2022 | Mod 1 South |
| RNDC | 1/25/2023 | 6 Central North |

| Facility | Date | Location |
|---|---|---|
| RNDC | 2/21/2023 | 2 Upper South |
| RNDC | 3/2/2023 | 6 Central South |
| RNDC | 4/3/2023 | 6 Central North |
| RNDC | 4/18/2023 | 5 Central North |
| RNDC | 4/24/2023 | 5 Central South |
| RNDC | 5/8/2023 | 1 Lower South |
| RNDC | 5/15/2023 | 5 Lower North |
| RNDC | 6/23/2023 | 5 Lower South |
| RNDC | 7/10/2023 | 4 Central North |
| RNDC | 7/14/2023 | 4 Central South |
| RNDC | 8/7/2023 | 3 Lower North |
| RNDC | 8/15/2023 | 3 Lower South |
| VCBC | 12/28/2021 | Dorm 1D-AB |
| VCBC | 12/28/2021 | Dorm 1D-BA |
| VCBC | 2/25/2022 | Dorm 3D-AB |
| VCBC | 2/25/2022 | Dorm 3D-BB |
| VCBC | 3/14/2022 | Dorm 2D-AA |
| VCBC | 3/14/2022 | Dorm 2D-AB |
| VCBC | 4/5/2022 | Dorm 3D-AA |
| VCBC | 4/5/2022 | Dorm 3D-AB |