# EXHIBIT 16

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

# QUAD 12 LOWER REVIEW – 12/22/21

Exhibit 16 at 1

2

# COMPLIANCE STRATEGY

Privileged & Confidential

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 2

**Privileged & Confidential**

NCU reviewed operations in Quad Lower 12 on 12/22/22 from 12:00 AM to 11:59 PM. Many of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors remained unsecured and incarcerated individuals freely entered cells together without any intervention from staff.

- Individuals are observed smoking blatantly and rolling up substances.

- No staff on post consistently

- Staff allow individuals onto the vestibule without supervision from the A station. Individual passed items under the door to others in the main corridor. Some of this could likely be contraband exchanges.

- Lock-in was not enforced.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 3

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD LOWER 4 - 2/01/22

Exhibit 16 at 4

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

Exhibit 16 at 5

Privileged & Confidential

# OVERALL FINDINGS

3

NCU reviewed operations in Quad Lower 4 between 6:00 AM on 2/01/22 to 6:00 AM on 2/02/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.

- No staff on post from 06:00 hours until 19:07 hours.–During this time cell doors remained unsecured. there were still significant periods of time where no staff member was on the floor.

- 1500-hour lock-in and 2100-hour lock-in not enforced.

- Supervisor toured four (4) times within a 24 hours period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 6



SUPERVISOR TOURS AND SECURITY
ISSUES – AMKC

QUAD LOWER 3 – 2/01/22

Privileged & Confidential

Exhibit 16 at 7

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 8

# COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 3 between 6:00 AM on 2/01/22 to 6:00 AM on 2/02/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors remained unsecured and incarcerated individuals where able to freely enter and exit their cells throughout the day from 0600 hours through 0400 hours the following morning. An assault/fight took place inside of a cell that was unsecured.
- Lock-in was not enforced.
- An individual remained on vestibule for nearly 2 hours unaddressed.
- Unsecured sanitation equipment was observed.
- While there was a supervisory presence, some of the issues above were not addressed consistently.

A few positives takeaways were:

- Staff appeared to conduct consistent tours, but did not always address obvious issues.
- Staff remained on post consistently throughout the 24-hour period.
- Captains did make tours throughout the area (a supervisor was present on five (5) different occasions with 24 hour period).

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 9

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD UPPER 3–02/01/22

Exhibit 16 at 10

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

## COMPLIANCE STRATEGY

2

Exhibit 16 at 11

**Privileged & Confidential**

NCU reviewed operations in Quad Upper 3 between 6:00 AM on 2/01/22 to 6:00 AM on 2/02/22. Many of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.
- 1500 lock-in and 2100 hours lock-in were not enforced.
- No staff on post consistently, there were still significant periods of time where no staff member was on the floor.
- Supervisors toured, but did not seem to address some of the issues, including lock-in.
- Individuals observed on the vestibule outside of the housing area for extended periods of time throughout the day and night.

Supervisors were present six (6) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 3

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## MOD 1 LOWER A – 2/07/22

Exhibit 16 at 13

**Privileged & Confidential**

# COMPLIANCE STRATEGY

2

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 14

# OVERALL FINDINGS

NCU reviewed operations in MOD 1 Lower A from 6:00 A.m. on 2/07/22 to 6:00 AM on 2/08/22. While this location appeared to be better managed than some others reviewed by NCU, there were still some issues observed:

- Cell doors at times remained unsecured and incarcerated individuals freely entered their cells. There were some better efforts relating to door security, but still multiple cells observed unsecured.
- During this audit of the housing area, there were times where an officer(s) appeared to leave the floor and enter the A Station. However, it should be noted that there always appeared to be staff on the floor at all times (more than 1 CO appeared to be assigned to area).
- Captain tours were conducted, though they appeared to be brief. A supervisor was present on 8 different occasions within a 24-hour period.

Overall, the positives to point out are:

- There was always staff on post
- No individuals congregated in vestibule area
- Lock-in was enforced
- Captains did make tours throughout the area (a supervisor was present on 8 different occasions within 24 hours)
- Although some issues with doors were noted, generally, there were better efforts securing doors in this location than other areas observed.

The snapshots in this document are meant to show examples of some issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 15

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## MOD 1 LOWER B – 2/08/22

Exhibit 16 at 16

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 17

**COMPLIANCE STRATEGY**

2

3

NCU reviewed operations in Mod 1 Lower B between 11:00 PM on 2/08/22 to 7:00 AM on 2/09/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells. There were some better efforts relating to door security, but still multiple issues were observed.

- No staff on post at times – while staff remained on post more consistently than other areas, there were still periods of time where no staff member was on the floor. Staff were observed entering and exiting the area repeatedly, but given the larger number of staff assigned to the area, there was often someone still on the floor.

- Individual appeared to enter the vestibule at one point unauthorized. However, a supervisor appeared to do a good job in gaining compliance for him to reenter the housing area.

The positives were:

- Supervisors were observed in the area on 5 separate occasions over a 24 hour period.
- Cell door security was better than other areas observed, but there is still room for improvement.
- Generally, there was at least one person on post outside of a few occasions.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

**OVERALL FINDINGS**

Exhibit 16 at 18

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## MOD 1 UPPER A - 2/21/22

Exhibit 16 at 19

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 20

## COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in Mod 1 Upper A Central between 6:00 AM on 2/21/22 to 6:00 AM on 2/22/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.

- Staff were not on post consistently during the morning tour until 17:24 hours. There were still significant periods of time where no staff member was on the floor/or on post. Staff remained on post more consistently after 17:28 hours until 06:00 hours, although there were brief periods of times that the Officer was observed off post.

A supervisor was observed in the housing area six (6) times within a 24 hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 21

# OVERALL FINDINGS

3

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## MOD 1 UPPER B– 2/23/22

Exhibit 16 at 22

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 23

## COMPLIANCE STRATEGY

2

3

Privileged & Confidential

NCU reviewed operations in Mod 1 Upper B between 6:00 AM on 02/23/22 to 6:00 AM on 2/24/22. Some of the ongoing issues that have been referenced by the NCU monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered their cells. There were some better efforts relating to door security, but still multiple cells observed unsecured.

- During this audit of the housing area there were times where an officer (s) appeared to leave the floor and enter the A station. However, it should be noted that there always appeared to be staff on the floor at all times.(more than 1 officer appeared to be assigned to the area).

Overall, the positives to point out are:
- There was always staff on post
- No individuals congregated in the vestibule area
- Captains did make tours throughout the area (a supervisor was present on six (6) different occasions within 24 hours.
- Although some issues with doors were noted, generally, there were better efforts securing doors in this location than other areas observed.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 24

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD UPPER 4– 3/25/22

Exhibit 16 at 25

**Privileged & Confidential**

# COMPLIANCE STRATEGY

2

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 26

Privileged & Confidential

NCU reviewed operations in Quad Upper 4 between 6:00 AM on 3/25/22 to 6:00 AM on 3/26/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells the entire day and night.

- No staff on post consistently – there were significant periods of time where no staff member was on the floor.

- 1500-hour and 2100-hour lock-in not enforced.

- The supervisor was present five (5) times within a 24-hour period.

**Positive Takeaway**

- The supervisor that toured at 00:12 hours ensured the housing area was secured. She observed individuals out of their cells, and ensured that they were secured in their cells prior to departing the area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 27

**OVERALL FINDINGS**



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD LOWER 8 – 4/01/22

Exhibit 16 at 28

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 29

# COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 8 between 5:55 AM on 4/01/22 to 6:00 AM on 4/02/22.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the day until lock -in.

The supervisor toured six (6) times within a 24 hour period.

Some positive takeaways:

- Staff generally remained on post –staff remained on post more consistently than other areas reviewed. There was a 27 minute period where no officer was on the floor.

- Lock-in was enforced.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 30



Privileged & Confidential

SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

QUAD UPPER 8– 4/01/22

Exhibit 16 at 31

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 32

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 8 between 6:00 AM on 4/01/22 to 6:00 AM on 4/02/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells, but still multiple issues were observed.
- No staff on post consistently –there were still significant periods of time where no staff member was on the floor.
- 1500-hour and 2100 hour lock-in not enforced.
- Throughout the day the officer is observed allowing individuals onto the vestibule and they engaged with individuals on the other side of the door from another area.

Individuals observed smoking.

Supervisors toured three (3) times within a 24-hours period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 33

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD LOWER 5 – 5/12/22

Exhibit 16 at 34

2

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 35

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 5 between 6:00 AM on 5/12/22 to 6:00 AM on 5/13/22. Some security issues were apparent from this review:

- Cell doors remained unsecured and incarcerated individuals freely entered their cells.

- Windows were covered and obstructed.

- 2100-hour lock in not enforced. The individuals locked-in at 22:00 hours. Individuals were observed out later in the evening.

There were four (4) officers on post. Although, they conducted frequent tours of the housing area during the day tour, obvious issues such as door security and obstructed windows went unaddressed, even with supervisors present.

Supervisors were observed in the area seven (7) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 36

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

# QUAD LOWER 6 – 5/12/22

Exhibit 16 at 37

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 38

Privileged & Confidential

NCU reviewed operations in Quad Lower 6 between 6:00 AM on 5/12/22 to 6:00 AM on 5/13/22. This location appeared to generally be better managed than other areas audited. This was a Mental Observation area with increased staffing compared to General Population locations. One issue that was observed:

- Staff were observed off post for some periods of time, though less frequently than observed in other areas.

**Takeaways**
- Officers made frequent tours of the housing area.

- Doors were generally secured.

- Officers remained on post consistently, although there was a couple of occasions the were off post.

- Supervisors present six (6) times within a 24-hour period

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 39

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD UPPER 6– 5/13/22

Exhibit 16 at 40

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 41

## COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 6 between 6:00 AM on 5/13/22 to 6:00 AM on 5/14/22. There were numerous issues throughout the 24-hour period:

- Cell doors remained unsecured and incarcerated individuals freely entered their cells.

- Multiple individuals were observed congregating in one cell, including transgender individuals

- A fight occurred while staff were off post after lock-in.

- Cell windows were obstructed throughout the day, despite different supervisors and a probe team coming to the area.

- Staff were off post for periods of time without proper relief.

- 1500-hour lock-in and 2100-hour lock-in were not enforced.

Supervisors were observed seven (7) times over the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 42



SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

QUAD UPPER – 6/08/22

Privileged & Confidential

Exhibit 16 at 43

# COMPLIANCE STRATEGY

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 44

# OVERALL FINDINGS

**Privileged & Confidential**

NCU reviewed operations in Quad Upper 7 between 6:00 AM on 6/08/22 to 6:00 AM on 6/09/22. Some issues observed were.

- No staff on post consistently – there were times when no staff were on the floor.
- An individual was observed on the vestibule for over 4 hours.

Some positive takeaways were:

- Doors appeared to generally be secured and windows were not obstructed.
- Staff were observed utilizing the tour pipe consistently over the 24-hour period and conducting meaningful tours.
- Lock-ins were enforced at both 1500 and 2100 hours
- Supervisors were present ten (10) times during the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 45

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

# QUAD LOWER 7 - 6/09/22

Exhibit 16 at 46

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 47

Privileged & Confidential

NCU reviewed operations in Quad Lower 7 between 6:00 AM  on 6/09/22 to 6:00 AM on 6/10/22.  Some issues observed were:

- Unsecured food slots
- Obstructed cell windows
- Individual who remained on vestibule for nearly 3 hours
- Staff off post during the midnight tour

The housing area did appear to lock-in for the evening.  Supervisors were observed in the location ten (10) times over the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 48

# OVERALL FINDINGS

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD LOWER 20 – 7/14/22

Exhibit 16 at 49

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 50

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 20 between 6:00 AM on 7/14/22 to 6:00 AM on 07/15/22. Issues were observed throughout the review period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.

- 1500 hour lock-in and the 2100 hour lock-in not enforced. No officer on post.

- There was no officer on post throughout the audit. Unclear if this was an unstaffed post. Periodically officers went into the housing area. No staff on post consistently.

- Supervisor were observed only two (2) times within a 24 hour period. Issues went unaddressed.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 51

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES -AMKC

## QUAD UPPER 20–7/18/22

Exhibit 16 at 52

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 53

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 20 between 6:00 AM on 7/18/22 to 6:00 AM on 07/19/22. There were numerous issues observed throughout the entire period:

- Staff did not remain on post consistently – there were still significant periods of time where no staff member was on the floor. They remained in the A station.

- The officer would depart the A station to conduct the watch tour and then go back off post.

- The officers never secured cell doors.

- Vestibule gate was unsecured at times allowing individuals to congregate in the vestibule

- A Station door was observed unsecured at times.

- The 2100 hour lock-in was not enforced.

- Supervisors present four (4) times within the 24-hour period and did not address issues. Supervisors appeared to catch staff in the A Station.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 54

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## Quad Lower 19 – 7/27/22

Exhibit 16 at 55

2

# COMPLIANCE STRATEGY

Privileged & Confidential

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 56

3

# OVERALL FINDINGS

**Privileged & Confidential**

NCU reviewed operations in Quad Lower 19 between 6:00 AM on 7/27/22 to 6:00 AM on 07/28/22. There were several issues observed throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.

- No staff on post consistently there were still significant periods of time where no staff member was on the floor. The 600x1800 floor officer was observed on the housing area floor only during the watch tours.

- 1500- and 2100-hour lock-in not enforced.

Supervisor present only two (2) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 57



SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

QUAD UPPER 19 – 8/01/22

Privileged & Confidential

Exhibit 16 at 58

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 59

# COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 19 between 6:00 AM on 8/01/22 to 6:00 AM on 08/02/22. Tour wands were used consistently, but there were issued observed throughout the audit period.

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- No staff on post consistently. There were significant periods of time where no staff member was on the floor.

- 1500- and 2100-hour lock-in not enforced. Individuals were observed out later in the evening.

- Individuals in the housing area were allowed to go to the vestibule to communicate with other individuals through the door.

- Supervisor present only four (4) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 60

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

# QUAD LOWER 18– 8/04/22

Exhibit 16 at 61

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 62

3

Privileged & Confidential

NCU reviewed operations in Quad Lower 18 between 6:00 AM on 8/04/22 to 6:00 AM on 08/05/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells.

- No staff on post consistently there were still significant periods of time where no staff member was on the floor.

- 1500- and 2100-hour lock-in not enforced.

- There was no officer on post on August 4, 2022 06:00 hours until 13:27 hours, and then from 17:57 hours until August 5, 2022 06:00 hours (the end of the audit).

- Individuals were allowed on the vestibule area. They were observed interacting with individuals through the door.

- Supervisor present only three (3) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 63

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD UPPER 18–8/08/22

Exhibit 16 at 64

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 65

Privileged & Confidential

NCU reviewed operations in Quad Upper 18  between 6:00 AM  on 8/08/22 to 6:00 AM on 08/09/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 1500-hour lock-in and the 2100 hour lock-in not enforced. Individuals in the housing area did not lock in at designated times.

- No staff on post consistently. No officer on the floor since 18:32 hours on August 8, 2022 until the completion of audit 08/09/2022 06:00 hours.

- Sanitation equipment observed unsecured in the housing area.

- Individuals were able to congregate on the vestibule area.

- Supervisor present only three (3) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 66

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

# QUAD LOWER 17 – 9/08/22

Exhibit 16 at 67

2

**COMPLIANCE STRATEGY**

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 68

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 17 between 6:00 AM on 9/08/22 to 6:00 AM on 9/09/22. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 1500-hour lock-in and 2100-lock in not enforced.

- Supervisor present only three (3) times during the audit.

Positive take away:
   The officer consistently conducted tours utilizing the watch tour wand.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 69

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD UPPER 17 - 9/12/22

Exhibit 16 at 70

# COMPLIANCE STRATEGY

**2**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 71

# OVERALL FINDINGS

Privileged & Confidential

NCU reviewed operations in Quad Upper 17 between 6:00 AM on 9/12/22 to 6:00 AM on 9/13/22
The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- No officer on post for the entire audit.

- 1500-hour and 2100-lock ins not enforced.

- Supervisor present only three (3) times during the audit.

Exhibit 16 at 72

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD LOWER 16 – 10/03/22

Exhibit 16 at 73

2

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 74

**OVERALL FINDINGS**

3

Privileged & Confidential

NCU reviewed operations in Quad Lower 16 between 6:00 AM on 10/03/22 to 6:00 AM on 10/04/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 2100-hour lock-in not enforced.

- No staff on post consistently on the 1800-hour tour. The officer only went on the floor to conduct watch tours.

Supervisor present only five (5) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 75

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD UPPER 16 – 10/05/22

Exhibit 16 at 76

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 77

# COMPLIANCE STRATEGY

2

3

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 16 between 6:00 AM on 10/05/22 to 6:00 AM on 10/06/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 1500 and 2100-hour lock-ins not enforced.

- No staff on post from 06:56 hours until the end of the audit.

- Supervisor present only three (3) times within a 24-hour period.

- Individuals in the housing area obstructed the cameras several times throughout the audit.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 78

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD LOWER 15 - 11/10/22

Exhibit 16 at 79

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 80

2

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 15  between 6:00 AM  on 11/10/22 to 6:00 AM on 11/11/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.
- 2100-hour lock-in not enforced.
- The lights in the housing area were not turned on.
- The supervisor was present only four (4) times within a 24-hour period.

Positive Takeaways:
- Staff remained on post
- Watch tours were conducted consistently
- Supervisors addressed door security and obstruction issues while they toured.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 31

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

# QUAD UPPER 15 – 11/14/22

Exhibit 16 at 82

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 83

2

Privileged & Confidential

NCU reviewed operations in Quad Upper 15  between 6:00 AM  on 11/14/22 to 6:00 AM on 11/15/22. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- During the morning tour, the officer did not stay on post consistently. She entered the housing area to conduct the watch tour. She then went inside of the A station.

- 2100-hour lock-in not enforced.

- The lights in the housing area were not turned on.

- There was no officer on the floor from 13:03  to the end of the audit.

- Individuals were allowed to go to the vestibule area.

- The supervisor was present only four (4) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 84

## OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

## QUAD LOWER 14 – 02/08/23

Exhibit 16 at 85

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 86

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 14 between 6:00 AM on 02/08/23 to 6:00 AM on 02/09/23. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 1500-hour lock-in 2100-hour lock-in not enforced.

- The lights in the housing area were not turned on.

- PICs were observed manipulating the front entrance gate.

- PICs observed congregating on the vestibule area.

- The supervisor was present only Five (5) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 37

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - AMKC

# QUAD LOWER 13– 03/30/2023

Exhibit 16 at 88

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 89

3

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Lower 13 between 6:00 AM on 03/30/23 to 6:44 AM on 03/31/2023. There were numerous issues throughout the 24-hour period:

• Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

• 1500 and 2100-hour lock-ins were not enforced.

• The watch tours were not conducted consistently.

• PICs observed congregating on the vestibule area.

• The officer did not remain on post consistently throughout the evening tour.

• The supervisors were present eight (8) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 90

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## QUAD UPPER 13– 04/06/23

Exhibit 16 at 91

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 92

# COMPLIANCE STRATEGY

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Quad Upper 13 between 5:58 AM on 04/06/23 to 6:44 AM on 04/07/23. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- 1500 and 2100-hour lock-ins not enforced.

- The watch tours were not conducted.

- Staff did not remain on post consistently throughout the audit.

Positive Takeaways

- The supervisors were present nine (9) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – AMKC

## Quad Upper 13  06/04/2023

Exhibit 16 at 94

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ -02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 95

# COMPLIANCE STRATEGY

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in AMKC QU13 between 6:00 AM on 06/04/23 to 6:00 AM on 06/05/23. The following are NCU's findings throughout the audit period:

• Cell doors were observed unsecured and incarcerated individuals freely entered cells throughout the audit.

• Staff were observed off post.

• While the watch tour pipe was utilized throughout the 24 hours, it was not consistent (not done every 30 min). 70% of the time the officers were looking inside of the cells while conducting the watch pipe tours.

• Supervisors toured and utilized the watch tour pipe a total of nine (9) times during the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 96

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – EMTC

## EMTC – 4 MAIN
## AUGUST 8, 2022 –, AUGUST 9, 2022

Exhibit 16 at 97

**2**

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 98

# OVERALL FINDINGS

NCU reviewed operations in EMTC Building 4 MAIN housing area (~~Privileged & Confidential~~) between 06:00 AM on August 8, 2022, to 06:30 AM on August 9, 2022. **This area appeared not to have a 'B' officer for most of the day until approximately 18:20 hours.** Several issues were observed throughout the audit:

- Once a 'B' officer was assigned to location, he was on/off post. However, staff appeared to be cross relieving for meal.
- Genetec cameras were obstructed.
- 21:00 hour lock-in did not appear to be enforced.

**Positive Takeaways:**

- Services were afforded.
- According to protocol, temperature inspection was conducted, maintenance staff appeared to be addressing the issue and ice was provided.
- Warden Harvey was present in the area.
- Supervisors were observed nine (9) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 99

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – EMTC

## EMTC–1 UPPER

## AUGUST 24, 2022 – AUGUST 25, 2022

Exhibit 16 at 100

2

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 101

# OVERALL FINDINGS

3

NCU reviewed operations in 1 UPPER housing area between 06:00 AM on 8/24/22, to 06:30 AM on 8/25/22. There were several issues observed throughout the 24-hour period:

Privileged & Confidential

- No staff initially assigned to 'B' post until 16:45 hours on 8/24/22.
- Institutional feeding conducted, not according to protocol.
- Staff did not consistently conduct a physical count or thorough security inspections.
- Staff lacked security awareness-failed to ensure the main housing area doors were secured.
- Unsecured DOC sanitation equipment.
- Incarcerated individuals not secured according to 2100-hour lock-in protocol.
- Staff not giving instructions to be secured in the sleeping quarters even during count procedures.
- During the institutional search, incarcerated individuals did not remain on their assigned beds.
- A total of three (3) staff observed in 1 Upper yet, there were consistently on the "B" post.
- Supervisors present six (6) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 102

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – EMTC

## EMTC – 1 UPPER

## SEPT 10, 2022 – SEPT 11, 2022

Exhibit 16 at 103

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 104

# OVERALL FINDINGS

3

NCU reviewed operations in EMTC Building 1 (UPPER housing area) between 06:00 AM on September 10, 2022, to 06:30 AM on September 11, 2022. **This area appeared not to have a 'B' officer.** Numerous issues were observed throughout the audit:

- 21:00 hour lock-in did not appear to be enforced.
- Incarcerated individuals stayed in the dayroom.
- Incarcerated individual observed in Non-DOC attire.
- Unsecured cleaning equipment
- Supervisors were observed <u>only two (2) times throughout the 24-hour period.</u>

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 105

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – EMTC

# BUILDING 6 UPPER –

# OCTOBER 27, 2022 and OCTOBER 28, 2022

Exhibit 16 at 106

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 107

2

NCU reviewed operations in 6 Upper between 06:00 hours on October 27, 2022, to 06:30 hours on October 28, 2022. There were several issues observed throughout the 24-hour period.

*Privileged & Confidential*

- No staff on 'B' post.

- Staff assigned to 'B' post observed off post.

- Feeding protocol not adhered to.

- 2100-hour lock-in not enforced.

- Supervisor present five (5) times within a 24-hour period.

Exhibit 16 at 108

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - EMTC

# BUILDING – 6 MAIN

# NOVEMBER 18, 2022 and NOVEMBER 19, 2022

Exhibit 16 at 109

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 110

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 6 Main between 06:00 hours on November 18, 2022, to 06:30 hours on November 19, 2022. There were a few issues observed throughout the 24-hour period.

- No staff on 'B' post.
- Supervisor observed only one (1) time during the 24 hour period.

Positives takeaways:
- Staff was observed conducting a physical count and security inspection.
- Services were afforded.
- Staff remained professional throughout the movement of the incarcerated individuals.
- Staff was thorough in ensuring the new incarcerated individuals were afforded the necessary supplies needed for the transfer into 6 Main housing area.
- Staff ensured sanitation was conducted.

Exhibit 16 at 111

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - EMTC

# 1 MAIN

# JANUARY 02, 2023 and JANUARY 03, 2023

Exhibit 16 at 112

Privileged & Confidential

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 113

# COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

3

NCU reviewed operations in 1 Main between 06:00 hours on January 02, 2023, to 06:30 hours on January 03, 2023. **There were no major issues observed**. The following are NCU's findings throughout the 24-hour period.

- Officers remained on post for the duration of the tour(s).

- Supervisor present nine (9) times within a 24-hour period.

- Tour commanders toured three (3) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 114

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - EMTC

# 4 UPPER - APRIL 26, 2023

Exhibit 16 at 115

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 116

Privileged & Confidential

NCU reviewed operations in 4 Upper between 06:00 hours on April 26, 2023, until 0600 hours on April 27, 2023. The following are NCU's findings throughout the 24-hour period.

- At the beginning of the audit the area was unmanned and remained so until the 1500X2300 hours tour.

- Although the post was unmanned, there were numerous services being afforded.

- After the institutional lock-in at 2300 hours, the officer was observed constantly leaving the floor; she often did not return until a supervisor came to the area.

- Supervisors were in the area a total of ten (10) times which includes nine (9) tours and one for escorting purpose only.

Exhibit 16 at 117

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

# OVERALL FINDINGS

3

Privileged & Confidential

**SUPERVISOR TOURS AND SECURITY ISSUES - EMTC**

**9 LOWER – JUNE 25, 2023**

Exhibit 16 at 118

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 119

# COMPLIANCE STRATEGY

3

**OVERALL FINDINGS**

Privileged & Confidential

NCU reviewed operations in EMTC 9 Lower between 06:00 hours on June 25, 2023, until 0600 hours on June 26, 2023. The following are NCU's findings throughout the 24-hour period.

- The post was unmanned during the 0700X1500 and 2300X0731 tours.

- The floor officer was observed off post for approx. 50 min (from 20:58 to 21:50hrs).

- While on post, the 1500x2300 officer did not conduct enough tours of the area. He was observed mostly sitting at his desk.

- Supervisors were in the area only six (6) times during the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 120

**Privileged & Confidential**
NEW YORK CITY DEPARTMENT OF CORRECTION
Vincent Schiraldi, Commissioner

**Marshall Volk**
Assistant Commissioner
Nunez Compliance Unit
90 Construction Way
East Elmhurst, New York 11370
718-546-5651

Exhibit 16 at 121

... 

PROTECTED & Confidential

**Date:** December 28, 2021

**To:** ean Rene, Warden of the George R. Vierno Center

**From:** Marshall Volk, Assistant Commissioner of the Nunez Compliance Unit

**Subject:** Building Review on December 20, 2021

<u>**Background**</u>

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ -02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

<u>**Management of Housing Areas**</u>

For both A and B, many of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors remained unsecured throughout most of the day, windows were blocked and/or obstructed, and incarcerated individuals freely entered cells together without any intervention from staff.
- Staff failed to remain on post consistently.
- The doors leading to the vestibule were unsecured and incarcerated individuals routinely congregated in the vestibules without any intervention from staff.
- Lock-in was only enforced due to a large response team to the area.

Exhibit 16 at 122

2

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# BUILDING 7 – January 20 and January 21, 2022

Exhibit 16 at 123

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 124

NCU reviewed operations in Building 7 between the hours of 00:00 hours on January 20, 2022 to 23:00 hours on January 21, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells together.

- Incarcerated individuals were not secured in their respective cells during the change of tours.

- Individuals congregated in vestibules frequently.

- Supervisors were observed in 7A and 7B only twice throughout the 24-hour period.

A few positives takeaways were:

- For the staff on post in 7A - consistent tours conducted.

- When supervisors did conduct tours, they appeared to address door security in respective housing areas.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 3

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# GRVC-BUILDING 5A
# March 3, 2022 through March 4, 2022

Exhibit 16 at 126

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 127

# COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in GRVC Building 5- housing area 5A 06:00 AM on March 3, 2022, to 06:30 AM on March 4, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Incarcerated individuals were observed walking around in the early mornings, when they should be locked in their respective cells.

- Staff member on the floor while incarcerated individuals are observed not secured in their respective cells.

- Incarcerated individuals manipulated the locking mechanism of cell doors.

- Staff were not on post consistently.

Some positives takeaways were:
- Supervisors did address issues in housing area when present.

Supervisors were present on seven (7) separate occasions in the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 128

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC-BUILDING 5B
## March 3, 2022 – March 4, 2022

Exhibit 16 at 129

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 130

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in GRVC Building 5- housing area - 5B between 06:00 AM on March 3, 2022, to 06:30 AM on March 4, 2022.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Incarcerated individuals were observed walking around in the early mornings, when they should be locked in their respective cells.
- Staff member on the floor while incarcerated individuals are observed not secured in their respective cells.
- Door security issues were observed
- Supervisors were only present twice over a 24-hour period
- Staff were not on post consistently

Some positives takeaways were:

- Supervisors did address issues in housing area when present in area .

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 001

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# BUILDING 10

# MARCH 3RD THROUGH MARCH 4, 2022

Exhibit 16 at 132

Privileged & Confidential

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 133

# COMPLIANCE STRATEGY

# OVERALL FINDINGS

Privileged & Confidential

NCU reviewed operations in GRVC Building 10 A - 06:00 AM on March 3, 2022, to 06:30 AM on March 4, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Supervisor on post did not conduct a tour.
- Door Security Issues/Food Slot Issues/"Fishing"
- Individuals did not appear to be in departmental incarcerated uniform.
- Staff allowed multiple individuals to be secured in a single cell.
- Supervisor conducting a tour and observed a security issue. However, did not address.
- Staff not on post consistently

Supervisors were observed in area on five (5) separate occasions over a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 134

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## BUILDING 10 B

## MARCH 3RD THROUGH MARCH 4, 2022

Exhibit 16 at 135

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 136

Privileged & Confidential

NCU reviewed operations in GRVC Building 10 B - 06:00 AM on March 3, 2022, to 06:30 AM on March 4, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Door security issues throughout the day.
- Institutional feeding conducted outside of the pantry.
- Individuals in the housing area pantry preparing meals not in accordance with the protocol.
- Individuals in the pantry throughout the tour, door security and pantry meals with the supervisor and staff fully aware of all activities.
- Despite tension between Building 10 A and Building 10B, and securing the pantry, staff still allowed for the individuals from 10B to enter the pantry.

Tampering with the electrical structure in housing area to kindle a flame for contraband use.

Supervisors were present eight (8) times throughout the 24-hour period. However, they were inconsistent with addressing issues in the housing area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 137

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# GRVC – BUILDING 5A
# March 8, 2022 – March 9, 2022

Exhibit 16 at 138

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 139

3

NCU reviewed operations in GRVC Building 5 (Village A Corridor) between 06:00 AM on March 8, 2022, to 06:30 AM on March 9, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Door security was inconsistent – Cell doors were open throughout the day and after lock-in.

- Staff were not consistent with conducting institutional counts.

- Pantry protocol was not adhered to

- Institutional lock-in protocols were not adhered to despite presence of supervisors and other staff.

- No supervisor was observed entering housing area until after lock-in.

- Incarcerated individuals remained on the vestibule area for more than 30 minutes.

Supervisors were present five (5) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Privileged & Confidential

Exhibit 16 at 140

## OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC – BUILDING 5B
## March 8, 2022 – March 9, 2022

Exhibit 16 at 141

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

## COMPLIANCE STRATEGY

2

Exhibit 16 at 142

# OVERALL FINDINGS

NCU reviewed operations in GRVC Building 5B during the between 06:00 AM on March 8, 2022, to 06:30 AM on March 9, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- No staff on post consistently after midnight

- Door security issues were prevalent

- Staff not consistent with conducting institutional counts.

- Pantry issues were evident

- Institutional lock-in protocols not adhere to.

- Pat frisks appeared to be superficial

Supervisors were present five (5) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Privileged & Confidential

Exhibit 16 at 143

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC – BUILDING 7A
## April 4, 2022 – April 5, 2022

Exhibit 16 at 144

**COMPLIANCE STRATEGY**

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 145

# OVERALL FINDINGS

NCU reviewed operations in GRVC Building 8A (Privileged & Confidential) between 06:00 AM on April 4, 2022, to 06:30 AM on April 4, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff on the floor did conduct consistent tours/counts when assuming post.

- Door security issues were evident throughout the day

- Pantry issues were apparent

- Institutional lock-in protocols were not adhered to.

- Staff were not properly relieved.

- There were significant periods of time where no staff were on the floor.

- Incarcerated persons observed with contraband, including smoking of unknown substance.

Supervisors were present four (4) times throughout the period reviewed.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 146

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC – BUILDING 7B
## April 4, 2022 – April 5, 2022

Exhibit 16 at 147

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 148

Privileged & Confidential

NCU reviewed operations in GRVC Building 7B housing area between 06:00 AM on April 4, 2022, to 06:30 AM on April 5, 2022.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff off post for significant periods of time.

- Door security issues were apparent throughout the day.

- Non-DOC institutional uniforms were observed

- Staff were inconsistent with conducting institutional counts and touring.

- Pantry issues were apparent.

- Institutional lock-in protocols not adhered to.

- Little supervisory presence throughout the day.

- "Lighter" observed likely for smoking.

Supervisors were present two (2) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 149

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC – Building 10A
## April 5, 2022 – April 6, 2022

Exhibit 16 at 150

Privileged & Confidential

# COMPLIANCE STRATEGY

2

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 151

**Privileged & Confidential**

NCU reviewed operations in GRVC Building 10 A housing area between 06:00 AM on April 5, 2022, to 06:30 AM on April 6, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. Some issues observed were:

- Door security issues observed throughout the day

- Multiple incarcerated individuals entered single cell

- Pantry protocols not adhered to.

- Institutional feeding not conducted according to protocol.

- Pantry doors were unsecured by assigned staff who alternated between 10 A and 10 B housing areas throughout the 24-hour period.

- Staff did not wait to be properly relieved.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 152

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## GRVC – Building 10B
## April 5, 2022 – April 6, 2022

Exhibit 16 at 153

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 154

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in GRVC Building 10 A housing area between 06:00 AM on April 5, 2022, to 06:30 AM on April 6, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. Some issues observed were:

- Door security and cell windows obstructed throughout the day despite different officers and supervisors in area.

- Incarcerated individuals enter observed entering unsecured cell together.

- Pantry protocols not adhered to.

- Institutional feeding not conducted according to protocol.

- Staff affording lock-out, however, is observed unlocking a cell door and allowing another incarcerated individual who is not assigned to the cell to enter.

Supervisors were present six (6) times throughout the 24-hour period.

Some positive takeaways:

- Staff appeared to remain on post throughout the day.

- Although there were door security issues observed after lock-in, it did not appear that individuals came out throughout the night.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 155

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – GRVC

## GRVC – BUILDING 5A
### April 21, 2022 – April 22, 2022

Exhibit 16 at 156

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 157

3

**Privileged & Confidential**

NCU reviewed operations in GRVC Building 5A housing area between 06:00 AM on April 21, 2022, to 06:30 AM on April 22, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Door issues observed throughout the day.
- Individual observed smoking unknown substance.
- Staff on the floor did conduct consistent tours upon assuming post.
- Pantry issues and feeding protocol not adhered to.
- Staff performing improper pat-frisks.
- Pantry doors remained unsecured.
- Unauthorized DOC uniforms observed.
- Incarcerated individuals not secured according to 21:00 hours lock-in.
- Staff off post during institutional lock-in.
- Incarcerated individuals in vestibule area after 21:00 hour lock-in .
- Little supervisory presence throughout the day outside of assisting within lock-in.

Supervisors were present three (3) time throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 158

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – GRVC

## GRVC – BUILDING 5B
## April 21, 2022 – April 22, 2022

Exhibit 16 at 159

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 160

2

Privileged & Confidential

NCU reviewed operations in GRVC Building 5B housing area between 06:00 AM on April 21, 2022, to 06:30 AM on April 22, 2022.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff appeared off post at times
- Cell door issues were apparent throughout the day, including tampering of locking mechanisms.
- Multiple individuals observed congregating in single cell
- Pantry issues throughout the 24-hour period.
- Unauthorized DOC uniforms observed.
- Incarcerated individuals not secured after 21:00 lock-in, despite supervisors and staff in area to assist with lock-in.
- Incarcerated individual observed exiting cell with DOC institutional feeding pan.

Supervisors were present five (5) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 161

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC –

# BUILDING 3A –

# September 2 and September 3, 2022

Exhibit 16 at 162

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 163

# OVERALL FINDINGS

3

NCU reviewed operations in Building 3 between 06:00 hours on September 2, 2022, to 06:30 hours on September 3, 2022.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

Privileged & Confidential

* Staff was not properly relieved.
* Staff were conducting improper pat-frisking.
* Cell doors and cleaning supplies were observed unsecured.
* Multiple incarcerated individuals were observed entering and exiting cells, freely.
* Staff assigned to 3A were constantly on/off post.
* Incarcerated individuals observed in the vestibule area.
* Incarcerated individuals observed in possession of contraband – smoking an unknown substance.
* Supervisors were observed in 3A thirteen times throughout the 24-hour period.

A few positives takeaways were:

* When supervisors toured the housing area, they addressed door security.
* At the end of the 3x11 tour, supervisors toured as a team.  While touring observed addressing every cell, ensure safety protocol was adhered to and supported staff.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 164

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC BUILDING 3B –

## September 2 and September 3, 2022

Exhibit 16 at 165

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 166

Privileged & Confidential

NCU reviewed operations in Building 3B between 18:00 hours on September 2, 2022, to 06:30 hours on September 3, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells together.
- Staff conducting improper pat-frisking.
- Unsanitary actions on the part of incarcerated individuals in the pantry area.
- Windows of cell doors were obstructed.
- Incarcerated individuals in possession of contraband – unknown smoking substance.

A few positives takeaways were:
- Staff consistent with conducting watch pipe tours.
- Supervisors observed addressing issues and ensuring protocol is adhered to.
- Services were afforded.
- Institutional 21:00 hours lock-in adhered to.
- Supervisors were observed in Building 3 approximately seventeen (17) times.

Exhibit 16 at 167

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# BUILDING 7A – OCTBER 22 and OCTOBER 23, 2022

Exhibit 16 at 168

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

# COMPLIANCE STRATEGY

Exhibit 16 at 169

# OVERALL FINDINGS

NCU reviewed operations in Building 7A between 06:00 hours on October 22, 2022, to 06:30 hours on October 23, 2022. There were several issues observed throughout the 24-hour period.

Privileged & Confidential

- Staff were conducting improper pat-frisking.

- Cell doors consistently unsecured.

- Multiple incarcerated individuals were observed entering and exiting cells freely, including after 2100 hour lock-in.

- Incarcerated individuals observed in the vestibule area.

- Supervisors were observed in 7A only <u>three (3) times within 24-hour period.</u>

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 170

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

# BUILDING 7B – OCTOBER 22 and OCTOBER 23, 2022

Exhibit 16 at 171

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

# COMPLIANCE STRATEGY

Exhibit 16 at 172

# OVERALL FINDINGS

NCU reviewed operations in Building 7B between 06:00 hours on October 22, 2022, to 06:30 hours on October 23, 2022. There were several issues observed throughout the 24-hour period.

Privileged & Confidential

- Cell doors consistently unsecured.

- Cell windows obstructed.

- Multiple individuals were observed entering and exiting cells, including after the 2100 hour lock in.

- Multiple individuals observed in the vestibule area.

- Staff observed off post.

A few positives takeaways were:
- Staff conducted watch pipe tours.
- Supervisors were observed in 7B eight (8) times within the 24 hour period.
- Supervisors addressed door security while touring.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 173

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## BUILDING 4A

## DECEMBER 05, 2022

Exhibit 16 at 174

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

# COMPLIANCE STRATEGY

Exhibit 16 at 175

**Privileged & Confidential**

NCU reviewed operations in Building 4A between 06:00 hours on 12/05/22, to 06:00 hours on 12/06/22. There were several issues observed throughout the 24-hour period:

- Cell doors consistently unsecured.

- Multiple incarcerated individuals were observed entering and exiting cells freely.

- 1500-hour lock-in not enforced.

- No watch tours were conducted.

- Staff observed off post.

- Incarcerated individuals observed in the vestibule area.

- Supervisors were observed only five times (5x) within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 176

# OVERALL FINDINGS



SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

BUILDING 4B

DECEMBER 22, 2022

Privileged & Confidential

Exhibit 16 at 177

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

# COMPLIANCE STRATEGY

Exhibit 16 at 178

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Building 4 B between 06:00 hours on 12/22/22, to 06:00 hours on 12/23/22. There were several issues observed throughout the 24-hour period:

- Cell doors and food slots observed unsecured.

- Multiple incarcerated individuals were observed entering and exiting cells freely.

- Officers were not on post consistently.

- There were no watch tours conducted.

Positive Takeaways
- Supervisors were observed present nine (9) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 179

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## 7A  02/20/23

Exhibit 16 at 180

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 181

2

**Privileged & Confidential**

NCU reviewed operations in GRVC 7A between 6:00 AM on 02/20/23 to 6:00 AM on 02/21/23. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- During the morning tour, the officer did not stay on post consistently.

- Housing Area feeding pantry door unsecured. Pantry workers, were not in proper garments i.e. hats, gloves and aprons

- The lights in the housing area were not turned on.

- Individuals were gathered in unauthorized assembly in pantry and stairwell areas.

- The supervisors were present six (6) times within a 24-hour period. It appears there were no supervisor tours during the 3x11 shift.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 182

## OVERALL FINDINGS

Privileged & Confidential



SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

3B  03/26/2023

Exhibit 16 at 183

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 184

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

NCU reviewed operations in GRVC 3B between 6:00 AM on 03/26/23 to 6:00 AM on 03/27/23. The following are NCU's findings throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- Officers observed off post.

- Housing Area feeding pantry door unsecured. Pantry workers, were not in proper garments i.e. hats, gloves and aprons. PIC's occupied the Pantry Area, where feeding should be distributed. Individuals were gathered in unauthorized assembly in pantry area.

- The supervisors were present eight (8) times within a 24-hour period.

- Officers did not utilize tour pipes while conducting tours.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 185

**OVERALL FINDINGS**

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - GRVC

## 9A  05/07/23  0600 – 05/08/23  0600

Exhibit 16 at 186

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 187

3

**Privileged & Confidential**

NCU reviewed operations in GRVC 9A between 6:00 AM on 05/07/23 to 6:00 AM on 05/08/23. There were numerous issues throughout the 24-hour period:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells throughout the audit.

- During the morning tour, there was no officer on post consistently until 1339 hours.

- Housing Area feeding pantry door unsecured. PICs made their own food trays during morning feeding. (Unsanitary; no hats, gloves, or aprons).

- The lights in the housing area were not turned on during the morning Institutional feeding.

- There was no officer on the floor for the majority of 0700x1531, 1500x2331, 2300x0731 tours (consistently).

- Supervisors toured only four (4) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 188

**OVERALL FINDINGS**



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - NIC

## 3 C – 1/28/22

Exhibit 16 at 189

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 190

# COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in 3 C between 6:00 AM on 1/28/22 to 6:00 AM on 1/29/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Several cameras was observed obstructed within the 24 hour period. It appears that there was no attempts made to have the obstructions removed.

- Food slots remained unsecured throughout the 24 hours period.

The positives were:

Significant supervisor presence throughout the 24-hour period (total of <u>21</u> separate times supervisors were observed in area (including captains, ADWs, DW Miller, and the Warden).
- Doors were generally secured.
- Cuffing procedures appeared to be better than other facilities observed.
- Staff appeared to conduct fairly frequent tours and review of the area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 191

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - NIC

## 3 D – 1/31/22

Exhibit 16 at 192

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 193

# COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in 3 D between 6:00 AM on 1/31/22 to 6:00 AM on 2/01/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Several cameras observed obstructed within a 24 hour period.

- Officer observed off post during the morning tour.

- Multiple obstructions are observed on several cameras in the housing area that does not appeared to be addressed throughout the 24 hour period.

The positives were:

- Significant supervisor presence throughout the 24 hour period- (total of 14 times, Including Deputy Wardens, ADW and Captains).
- Doors were generally secured.
- Cuffing procedures appeared to be better than other facilities observed.
- Staff appeared to conduct fairly frequent tours and review of the area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

## OVERALL FINDINGS

Exhibit 16 at 194

3



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - NIC

## DORM 1 – 2/01/22

Exhibit 16 at 195

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 196

# COMPLIANCE STRATEGY

2

# OVERALL FINDINGS

**Privileged & Confidential**

NCU reviewed operations in NIC Dorm 1 between 6:00 AM on 2/01/22 to 6:00 AM on 2/02/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. There were not too many issues observed:

- Individuals in the housing area appears to remain in the dayroom watching television after the 21:00 hour lock-in.

- The supervisor was observed present seven (7) times throughout a 24 hour period.

Staff appeared to remain on post consistently throughout the day and no other issues were observed.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 197

Privileged & Confidential



SUPERVISOR TOURS AND SECURITY ISSUES - NIC

DORM 2 B– 2/01/22

Exhibit 16 at 198

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 199

# COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Dorm 2 B between 6:00 AM on 2/01/22 to 6:00 AM on 2/02/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- No staff on post consistently. There was significant periods of time where no staff member was on the floor. During possible tour changes, some staff appeared to leave the area prematurely before being properly relieved.

- The supervisors toured seven (7) times within a 24 hour period.

- The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 200

3



SUPERVISOR TOURS AND SECURITY ISSUES - NIC

2 A – 2/14/22

Privileged & Confidential

Exhibit 16 at 201

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 202

# OVERALL FINDINGS

NCU reviewed operations in 2 A between 7:00 AM on 2/15/22 to 7:00 AM on 2/16/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- The entrance gate was observed unsecured throughout the 24-hour period.
- Staff on post consistently – During the audit, staff was observed briefly leaving the post but returned within several minutes.
- Several cameras were observed obstructed. No one appears to ask for the obstruction to be removed.
- Food slots remained unsecured at times (Though there did appear to be efforts to address them, but inconsistently.)

The positives were:

- Significant supervisor presence throughout the 24-hour period (total of 12 separate times supervisors were observed in area (including captains, ADWs, and DW Miller)
- There appeared to be better efforts to address issues than other areas
- Doors were generally secured
- Individuals were not observed freely entering and exiting cells
- Cuffing procedures appeared to be better than other facilities observed
- Staff appeared to conduct fairly frequent tours and reviews of the area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Privileged & Confidential

Exhibit 16 at 203



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - NIC

## 2 B – 2/14/22

Exhibit 16 at 204

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 205

# COMPLIANCE STRATEGY

2

NCU reviewed operations in 2B between 7:00 AM on 2/14/22 to 7:00 AM on 2/15/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- The entrance gate appears to remain open for extended period of time. The Officer rarely closed the gate throughout the tours.
- Multiple obstructions are observed on several cameras in the housing area. The Officer removed some obstructions, and appeared to request inmates for the obstructions to be removed later in the day. However, it appears the individuals in the area obstructed the cameras once again.
- Unsecured food slots

The positives were:
- Doors were generally secured
- Cuffing procedures appeared to be better than other facilities observed.
- Staff appeared to conduct fairly frequent tours and review of the area.
- Tour Commanders and Captain appear to follow protocol regarding tours in this housing area. However, on the midnight tour, a Captain is observed signing the logbook and exiting the area without making a tour. Supervisors where present eight (8) times within a 24 hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Privileged & Confidential

Exhibit 16 at 206

**OVERALL FINDINGS**



SUPERVISOR TOURS AND SECURITY ISSUES - NIC

NIC-3B– 3/25/22

Privileged & Confidential

Exhibit 16 at 207

2

## COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 208

**Privileged & Confidential**

NCU reviewed operations in NIC 3B between 6:00 AM on 3/25/22 to 6:00 AM on 3/26/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed:

- Several obstructions on cameras observed throughout the day in the cells.

- Staff left post on several occasions, but only early in the day. This was not observed on other tours.

There was a significant supervisory presence throughout the day, including the Warden. Supervisors were present 15 times within a 24-hour period.

Issues with door security and food slots were not observed, which is encouraging. Securing slots is essential to reducing both assaults on staff and use of force incidents at NIC.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 209

# OVERALL FINDINGS

3

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - NIC

## NIC-3A– 3/26/22

Exhibit 16 at 210

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 211

**Privileged & Confidential**

NCU reviewed operations in NIC 3A between 6:00 AM on 3/26/22 to 6:00 AM on 3/27/22. This location appeared to be better managed than some others reviewed by NCU. The only major issue observed was:

- Several cameras observed obstructed.

Supervisors were observed in the housing area eight (8) times within a 24-hour period.

No issues with door security and/or food slots were observed, which is encouraging. Slot security is critical to reducing assaults on staff and uses of force in the facility.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 212

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES- NIC

## NIC DORM 5 NORTH– 4/04/22

Exhibit 16 at 213

2

# COMPLIANCE STRATEGY

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 214

3

# OVERALL FINDINGS

Privileged & Confidential

NCU reviewed operations in Dorm 5 North between 6:00 AM on 4/4/22 to 6:00 AM on 4/05/22. The major issue that was observed by NCU was:

- Officers were not on post consistently. Staff were off post for significant periods of time.

Supervisors present seven (7) times within a 24 hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 215

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES- NIC

## NIC DORM 5 SOUTH– 4/04/22

Exhibit 16 at 216

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 217

# COMPLIANCE STRATEGY

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Dorm 5 South between 6:00 AM on 4/4/22 to 6:00 AM on 4/05/22.  The major issue observed was:

- Officers were not on post consistently.  There were significant periods of time where no officer was on the floor.

The supervisor was present seven (7) times within a 24 hour period

The snapshots in this document are meant to show examples of the issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 250

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – OBCC 3S AND 3SW 2/20/22

Exhibit 16 at 219

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 220

**Privileged & Confidential**

NCU reviewed operations in OBCC 3 South and 3 Southwest between 6:00 AM on 2/20/22 to 6:00 AM on 2/21/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- There were no officers on the floor posts in either unit over 24 hours. It appears these were unstaffed posts. As result, many issues were observed in the housing area, including:

  - Contraband was easily passed through housing area entrance right by A station.

  - Cell doors were unsecured throughout the 24 hour period.

  - Janitor's closets were left unsecure in both areas. Individuals did not require assistance to access supplies.

  - DOC institutional feeding procedures were not adhered to (feeding on table in open area no use of pantry). Individuals conduct feeding without utilizing hair nets, gloves and aprons.

  - Lock-in was not adhered to.

- Supervisors were only present once over 24 hours in each housing area. When they were present, it did appear they made efforts to address some of the issues. It should be noted that given there was likely no officer assigned, the supervisor was not in a position to abate all issues.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 221

# OVERALL FINDINGS



SUPERVISOR TOURS AND SECURITY ISSUES - OBCC

OBCC 1 NORTH – 5/02/22

Privileged & Confidential

Exhibit 16 at 222

2

# COMPLIANCE STRATEGY

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 223

NCU reviewed operations in 1 North between the hours of 1:00 AM on 5/03/22 to 6:00 AM on 5/03/22.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent:

- Cell doors remained unsecured.

- 1500 lock-in not enforced

- 2100 lock-in not enforced although it appeared the officer attempted to have the individuals lock in.

- This appeared to be an unstaffed area until approximately 10:36 hours.

- There was no officer on post from 21:20 hours up until the completion of the audit.

- Even when there was an officer assigned to the area, he/she was off post for significant periods of time.

- A captain was present in the housing area only one (1) time within a 24 hour period

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 224

## OVERALL FINDINGS

3



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - OBCC

## OBCC-1 WEST – 5/04/22

Exhibit 16 at 225

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 226

# COMPLIANCE STRATEGY

2

**OVERALL FINDINGS**

3

Privileged & Confidential

NCU reviewed operations in 1 West between 6:00 AM on 5/04/22 to 6:00 AM on 5/05/22.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent:

- Cell doors remained unsecured and incarcerated individuals freely entered cells together.

- This location appeared to be an unstaffed area until around 0900 hours.

- Even when it was staffed, staff routinely entered the A station and did not remain on post – there were still significant periods of time where no staff member was on the floor.

- Individuals were able to congregate in the vestibule for a period of time.

- Lock-in was not enforced.

Supervisors were observed in the area seven (7) times within a 24 hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 227



SUPERVISOR TOURS AND SECURITY ISSUES - OBCC

OBCC 1 UPPER – 5/05/22

Privileged & Confidential

Exhibit 16 at 228

2

## COMPLIANCE STRATEGY

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 229

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Upper between 6:00 AM on 5/05/22 to 6:00 AM on 5/06/22. Some of the issues referenced by the Nunez Monitor were apparent from this audit:

- No staff on post consistently –there were significant periods of time where no staff member was on the floor. Staff routinely entered the A Station without proper relief.

- There was no officer on post from 00:02 to the end of the audit at 06:00 hours.

- 2100 hour lock-in did not appear to be enforced.

- Supervisors were present seven (7) times withing a 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 46 at 230



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - OBCC

## OBCC 2 UPPER – 5/05/22

Exhibit 16 at 231

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 232

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 2 Upper between 6:00 AM  on 5/05/22 to 6:00 AM on 5/06/22. Some issues observed were the following:

- No staff on post consistently – there were significant periods of time where no staff member was on the floor.  Staff also appeared to enter the A Station without proper relief.

- 2100 hour lock-in did not appear to be enforced.

- Individuals were able to manipulate the main entrance door to the housing area and exit the location without authorization.

- Supervisors were present seven (7) times withing a 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 5 at 233

**Privileged & Confidential**

NEW YORK CITY DEPARTMENT OF CORRECTION
Vincent Schiraldi, Commissioner

**Marshall Volk**
Assistant Commissioner
Nunez Compliance Unit
90 Construction Way
East Elmhurst, New York 11370
718-546-5651



Exhibit 16 at 234

# HOUSING SERVICES

**Date:**      December 30, 2021

**To:**        Sharlisa Walker, Warden of the Robert N. Davoren Center

**From:**      Marshall Volk, Assistant Commissioner of the Nunez Compliance Unit

**Subject:**   2 Upper Review on December 21, 2021

## Background

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ -02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

## Management of Housing Areas

For both 2UN and 2US, many of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Cell doors remained unsecured and incarcerated individuals freely entered cells together without any intervention from staff. 2 Upper is an area where new cells doors have been installed.
- No staff on post consistently/unmanned posts despite different officers going in and out of the area for security, services, and escorts
- The doors leading to the vestibule were unsecured and allowing incarcerated individuals routinely to go in and out of the housing area
- Lock-in was not enforced as no staff were on post.

Exhibit 16 at 235

2



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## 5 Central North – 2/28/22

Exhibit 16 at 236

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 237

**Privileged & Confidential**

NCU reviewed operations in 5 Central North between 6:00 AM on 2/28/22 to 6:00 AM on 3/01/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. While this location appeared to be better managed than some others reviewed by NCU, there were still issues observed. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff off post consistently, particularly on the 0600x1800 tour – officers viewed briefly walking down the tier and updating logbook but mostly in the A Station (off post).

- Proper tours and security inspections were not conducted.

- Pantry door was left unsecured.

- Cell doors were unsecured throughout the tour, but it should be noted this is an area where new doors have not been installed.

- Officer was off post while programming staff were present in area.

- Lock-in was not meaningfully enforced.

- Officer on 0600x1800 tour engaged in some suspicious behavior, which was been forwarded for further investigation.

Some positives were:

- Supervisors were present on five (5) separate occasions over the 24 hour period. When present, they did appear to address issues, including addressing the officer who appeared to be off post.

- The officer on the 1800x0600 tour was on post far more consistently and appeared to be more engaged in his duties.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 238

# OVERALL FINDINGS

3



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 5 Central SOUTH – 2/28/22

Privileged & Confidential

Exhibit 16 at 239

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 240

NCU reviewed operations in 5 Central SOUTH Philluer 6 oo from 2/28/22 to 6:45 AM on 3/01/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff off post consistently – officers viewed briefly walking down the tier and updating logbook but mostly in the A Station (off post). However, second relief remained on post more consistently.

- Proper tours and security inspections were not conducted.

- Cells were unsecured throughout the day. The pantry was not properly secured throughout the day.

- Staff were off post while programming staff were present in area.

- Lock-in was not enforced properly. However, it should be noted this is an area where new cell doors have not been installed.

Supervisors were present on four (4) occasions in a 24-hour period. When present, they did appear to address issues in the area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 241

**OVERALL FINDINGS**

3



**Privileged & Confidential**

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 6 Central North – 3/2/22

Exhibit 16 at 242

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 243

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 6 Central North between 6:00 AM on 3/02/22 to 6:00 AM on 3/03/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in teletypes did not appear to be adhered to consistently:

- Overall, this appeared to be a challenging housing area where individuals were resistant to following orders.
- Doors remained unsecured. It did appear that officer made efforts to address issues, but was given resistance from population.
- Officer on 0600x1800 tour generally remained on post, except for the beginning of his tour.
- Institutional Feeding not conducted according to protocol
- Emergency Lock-In of housing area did not appear to be called into COD
- Food slots were unsecured after emergency lock-in. A fire was started on the tier.
- Officer on the 1800x0600 tour was off post for extended periods of time.
- After returning from court production, escort officer did not walk individual to cell and secure him. Individuals were observed in vestibule when food arrived. Officer appeared to struggle managing individuals at this point.

Supervisors were observed in area on five (5) separate occasions over the 24-hour period. They did appear to make efforts to address issues in the housing area when present.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 244

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 6 Central SOUTH – 3/02/22

Exhibit 16 at 245

2

## COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 246

NCU reviewed operations in 6 Central South between 6:00 PM on 3/02/22 to 6:00 AM on 3/03/22. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. :

- Staff not on post consistently
- Proper tours and security inspections were not conducted.
- Institutional feeding was not conducted pursuant to policy.
- Individuals were able to kick vestibule door out to breach the housing area and enter the corridor.
- Supervisors were observed three (3) times over the 24 hour period

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 247

**OVERALL FINDINGS**

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## RNDC – 3 UPPER NORTH
## April 24, 2022 – April 25, 2022

Exhibit 16 at 248

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 249

3

# OVERALL FINDINGS

NCU reviewed operations in RNDC Building 2 Upper R Confinement Housing area between 06:00 AM on April 24, 2022, to 06:30 AM on April 25, 2022. While this area appeared to be better managed than others audited by NCU, some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- First staff member was off post without proper relief.
- Cell windows were observed obstructed/covered at times
- Food slots appeared unsecured at times
- Braiding of hair observed in pantry
- Some cell doors were not secured consistently
- Supervisors were observed only one (1) time throughout the 24-hour period.

A few positive takeaways from this audit were:

- Staff # 2 and Staff # 3 remained on post consistently throughout the day
- Door security appeared to be better managed than in the past, though some improvements can be made based on observations above
- Staff appeared to be more engaged with population than in previous audits

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 250

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## RNDC–3 UPPER SOUTH
## April 24, 2022 – April 25, 2022

Exhibit 16 at 251

## COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 252

Privileged & Confidential

NCU reviewed operations in RNDC Building 3 Upper South housing area between 06:00 AM on April 24, 2022, to 06:30 AM on April 25, 2022.  This area appeared to be better managed than past housing areas at RNDC.  A few issues were observed:

- While staff remained on post consistently, there was a period between tours where no staff were on post.
- During this change of tour, some doors were unsecured and multiple individuals congregated in a cell.
- Initially, Staff # 2 did not address this, but later appeared to be conducting diligent tours and securing doors.
- Supervisor was observed only one (1) time throughout the 24-hour period.

Some positive takeaways from this audit were:

- Sanitation appeared to be better managed
- Both staff members conducted tours and appeared to secure doors more consistently than other areas
- Both staff members appeared to remain on post throughout their tours

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 253

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## RNDC– 6 CENTRAL NORTH
### April 25, 2022 – April 26, 2022

Exhibit 16 at 254

2

**Privileged & Confidential**

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 255

Privileged & Confidential

NCU reviewed operations in RNDC Building 6 Central & North Housing area between 06:00 AM on April 25, 2022, to 06:30 AM on April 26, 2022.  Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent:

- Only one relieving staff member counted an institutional count upon assuming post.
- Cell doors were unsecured and obstructed throughout the day despite touring.
- Cell windows were obstructed throughout the day and evening despite presence of supervisors.
- Individuals were observed congregating in unsecured cells
- Pantry protocol and feeding were not adhered to
- Utilizing institutional hot pot to prepare non-DOC meal while staff is in clear eyesight of the action.
- Hotpot did not appear to be secured and locked
- Institutional lock-in protocol was not adhered to
- Incarcerated individuals observed tampering with locking mechanisms.
- During the overnight hours, staff appeared to only enter and exit housing area to conduct a watch pipe tour and then congregated in A Station.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 256

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## RNDC – 6 CENTRAL SOUTH
### April 25, 2022 – April 26, 2022

Exhibit 16 at 257

**2**

# COMPLIANCE STRATEGY

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 258

# OVERALL FINDINGS

NCU reviewed operations in RNDC Building 6 (Geet & North Housing) area between 06:00 AM on April 25, 2022, to 06:30 AM on April 26, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent, though this area did appear to be better managed than other areas reviewed and audited.

- While doors were secure for parts of the day, there were times where they remained unsecured.
- Cell windows appeared to be obstructed despite presence of staff, supervisors, and security team for 2100 lock-in.
- Institutional feeding was not conducted according to pantry protocol.
- Pantry issues were observed.

Some positive takeaways:
- Staff did appear to remain on post throughout the audit period
- Lock-in was enforced after supervisors and security team responded to area
- Watch tours were observed (though issues were apparent that should have been addressed when conducting tour)
- While door security issues were observed, generally, it appeared to be better managed than other areas audited

Supervisors were present six (6) times throughout the 24-hour period.
The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 259

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## RNDC – 5 Lower North
## June 4, 2022 – June 5, 2022

Exhibit 16 at 260

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 261

# COMPLIANCE STRATEGY

Privileged & Confidential

NCU reviewed operations in RNDC Building 5 Lower North housing area between 06:00 AM on June 4, 2022, to 06:30 AM on June 5, 2022. This housing area appeared to be on lockdown for the entire 24-hour period. While CO Gahtan appeared to tour consistently and confirm live, breathing individuals, issues were observed:

- Cell slots remained unsecured.
- During the tour, several incarcerated individuals are observed engaging in 'fishing', Officer Gahtan appeared to assist at one point.
- Institutional feeding was not conducted according to pantry protocol (though this could be because of the lockdown)
- Incarcerated individuals causing hazardous situation that was not addressed for two (2) tours (flooding)
- Incarcerated individuals manipulating cell slots.
- On the 1800 tour, while touring was conducted, staff did not appear to utilize all three watch tour ports consistently.
- Staff assigned did not wait to be properly relieved by assigned staff for next tour.

**Positive results:**

Officer Gahtan constantly toured and checked every occupied cell for live/breathing incarcerated individuals.

Staff were generally on post outside of a few instances which are cited.

Supervisors was present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 06 at 202

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES – RNDC

## RNDC – 5 Lower South
## June 4, 2022 – June 5, 2022

Exhibit 16 at 263

2

Privileged & Confidential

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

Exhibit 16 at 264

3

# OVERALL FINDINGS

Privileged & Confidential

NCU reviewed operations in RNDC Building 5 Lower South housing area between 06:00 AM on June 4, 2022, to 06:30 AM on June 5, 2022. While some touring did appear to be occurring, issues were identified:

- Staff on and off assigned post throughout the period.
- Staff conducted tours, without looking into cells.
- Staff did not address unsecured doors/cell slots.
- Staff were lax with watch tour pipe equipment.
- Cell doors remained unlocked allowing for the incarcerated individuals to enter and exit freely.
- Staff on assigned post, observed the incarcerated individuals entering and exiting unlocked cells and did not address.
- Institutional feeding was not conducted according to pantry protocol.
- Incarcerated individuals housed in 5 Lower South, appeared to 'claim' a particular phone (likely SRG driven)
- Institutional 1500 tour lock-in not adhered to.
- Institutional 2100 tour lock-in not adhered to.
- Staff assigned to the 1800 x 0600 tour, conducted inconsistent tours.
- Staff assigned to the 1800 x 0600 tour, viewed the incarcerated individuals' television for hours while on assigned tour.
- Staff assigned to the 1800 x 0600 tour, exchanged post after Officer Montanez left his assigned post and returned after thirty minutes.
- Officer Montanez may have been in possession of personal DVR recordings that were used on television.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of issues observed and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 265

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 4 CENTRAL NORTH– 7/04/22

Exhibit 16 at 266

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 267

**OVERALL FINDINGS**

Privileged & Confidential

NCU reviewed operations in 4 Central North between 6:00 AM on 7/04/22 to 6:00 AM on 07/05/22. While there was routine touring conducted and tour wands were utilized, there were issues observed:

• Staff were on and off post without proper relief
• Cell doors were unsecured and multiple individuals were observed entering single cell
• Cell windows were obstructed and unaddressed
• Food slots were unsecured
• Despite use of tour wands and walking by some of the issues described above, these issues often went unaddressed. Some problems were addressed when supervisors entered the area.

Supervisors were present five (5) times within a 24 hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 268

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 4 CENTRAL SOUTH– 7/07/22

Exhibit 16 at 269

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 270

# COMPLIANCE STRATEGY

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 4 Central South between 6:00 AM on 7/07/22 to 6:00 AM on 07/08/22. While tour wands were utilized and lock-in did appear to be adhered to, there were several issues observed.

- Staff were on and off post without proper relief throughout the 24-hour period.
- Cell doors were unsecured.
- Staff (particularly on the midnight tour), appeared to go off post and only reenter the housing area to conduct tours with tour wand.

- Supervisors were present five (5) times within the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 2



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 3 MAIN NORTH – 7/14/22

Exhibit 16 at 272

Privileged & Confidential

**COMPLIANCE STRATEGY**

2

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 273

Privileged & Confidential

NCU reviewed operations in 3 Main North between 6:00 AM on 7/14/22 to 6:00 AM on 07/15/2022. While tour wands were used routinely, and lock-in was enforced, there were issues observed:

- Cell doors at times remained unsecured and incarcerated individuals freely entered cells together at times . This is a location here new cell doors have been installed. Despite use of tour wands and obvious issues, officer did not address these issues consistently.

- No staff on post consistently –During the earlier tour there were still significant periods of time where no staff member was on the floor. However, the officer that assumed the post at 18:00 hours remained on post.

At one point, when the officer went off post, she left the entrance door to the housing area unsecured providing individuals opportunity to congregate in vestibule.

Supervisor were present seven (7) times within the 24-hour period. The officer on the midnight tour conducted more consistent tours and remained on post.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 46 at 274

# OVERALL FINDINGS



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 3 UPPER NORTH-7/18/22

Exhibit 16 at 275

**COMPLIANCE STRATEGY**

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 276

2

Privileged & Confidential

NCU reviewed operations in 3 Upper North between 6:00 AM on 7/18/22 to 6:00 AM on 07/19/22.  Tour wands were used consistently, but there were issued observed throughout the audit period.

- No staff on post consistently –there were still significant periods of time where no staff member was on the floor. Particularly overnight, staff would remain off post and only come onto the floor to do tours with the tour wands and then go back off post.

- A Station was observed unsecured at several points.

- While the officers secured the cell doors more consistently throughout the day, there were times were doors were observed unsecured. When affording options, the doors remained unsecured for a short period of time, however the officers closed the cell doors.

Supervisors present five (5) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 277

# OVERALL FINDINGS

3

Privileged & Confidential

SUPERVISOR TOURS AND SECURITY
ISSUES - RNDC
1CENTRAL NORTH
8/08/22-08/09/22

Exhibit 16 at 278

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 279

**Privileged & Confidential**

NCU reviewed operations in 1 Central North between 6:00 AM on 8/08/22 to 6:00 AM on 08/09/22. Tour wands were used consistently, but there were issued observed throughout the audit period.

- No staff on post consistently – there were still significant periods of time where no staff member was on the floor. Particularly overnight. 1800-hour tour.

- Cell doors observed unsecured throughout the entire 24-hour period.

- Cross gate remained unsecured throughout the entire 24-hour period.

- Supervisors present eight (8) times within a 24-hour period.

- The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 15 at 280

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 1 CENTRAL SOUTH

### 8/15/22-08/16/22

Exhibit 16 at 281

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 282

3

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Central South between 6:00 AM on 8/15/22 to 6:00 AM on 08/16/22. Tour wands were used consistently, but there were issued observed throughout the audit period.

- No staff on post consistently –there were still significant periods of time where no staff member was on the floor. Particularly during the 0600x1831 hour tour.

- There were times where doors were observed unsecured.

- Cross gate remained opened during the 24 hour period.

- Supervisors present six (6) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 288

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 2 CENTRAL NORTH

# 9/01/22-09/02/22

Exhibit 16 at 284

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 285

2

**Privileged & Confidential**

NCU reviewed operations in 2 Central North between 6:00 AM on 9/01/22 to 6:00 AM on 09/02/22. Tour wands were used consistently, but there were issued observed throughout the audit period.

- Officer Lazzare observed off post on three occasions. However, Officer Lazarre was consistently making tours of the housing area throughout the tour.
- Cell doors observed unsecured throughout the entire 24-hour period. Individuals observed exiting and entering cells freely.
- Multiple individuals observed in a cell.
- Individuals observed in dayroom after lock in.
- Supervisors present seven (7) times within a 24-hour period. This includes a Deputy Warden touring the housing area.

Positive take aways:
The officer assigned on the 0600x18:31-hour tour, toured consistently. He was constantly looking inside of the cells. The officers are observed utilizing the watch tour wand throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 286

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 2 CENTRAL SOUTH

### 09/06/22–09/07/22

Exhibit 16 at 287

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 288

**COMPLIANCE STRATEGY**

2

3

**OVERALL FINDINGS**

Privileged & Confidential

NCU reviewed operations in 2 Central South between 6:00 AM on 9/06/22 to 6:00 AM on 09/07/22. Tour wands were used consistently, but there were issues observed throughout the audit period.

• Cell doors remained unsecured within the 24-hour period.

• Individuals in the housing area observed entering and exiting their cells throughout the entire audit.

• Multiple individuals observed in the pantry after the institutional feeding.

• Supervisors present six (6) times within a 24-hour period.

Positive takeaway
• Officer conducted tour consistently throughout the 24-hour period with the watch tour wand.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 289

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 1 LOWER SOUTH– 9/19/22

Exhibit 16 at 290

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 291

3

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Lower South between 6:00 AM on 9/19/22 to 6:00 AM on 09/20/22. Save for approximately four (4) instances where an officer was observed off post, the security practices that were outlined in recent teletypes appeared to be adhered to consistently:

- Cell doors were secured after every option.

- Cell doors remained secured throughout the tour.

- There was a significant supervisory presence throughout the day, including the Warden and Deputy Warden of Security. Supervisor present Thirteen (13) times within a 24 hour period.

- The officers conducted tours consistently. They utilized the watch tour wand.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 46 at 292



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 1 LOWER NORTH– 9/20/22

Privileged & Confidential

Exhibit 16 at 293

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 294

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Lower North between 6:00 AM on 9/20/22 to 6:00 AM on 09/21/22. Save for the two (2) times the officer was observed off post, the security practices that were outlined in recent teletypes appeared to be adhered to consistently:

- Cell doors were secured after every option.

- Cell doors remained secured throughout the tour.

- There was a significant supervisory presence throughout the day, including the Warden and Deputy Warden of Security .Supervisors present Thirteen (13) times within a 24 hour period.

- The officers conducted tours consistently. They utilized the watch tour wand.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 46 at 295



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 1 UPPER NORTH – 10/24/22

Exhibit 16 at 296

2

**COMPLIANCE STRATEGY**

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 297

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Upper North between 6:00 AM on 10/24/22 to 6:00 AM on 10/25/22. **Staff leaving their post was the biggest issue observed during this audit.** Otherwise, the security practices that were outlined in recent teletypes appeared to be adhered to consistently:

- Cell doors were secured after every option.

- Cell doors remained secured throughout the tour.

- The officers conducted tours consistently. They utilized the watch tour wand.

- Supervisors were present and conducted tours nine (9) times within the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 298



Privileged & Confidential

**SUPERVISOR TOURS AND SECURITY ISSUES - RNDC**

**1 UPPER SOUTH– 11/07/22**

Exhibit 16 at 299

2

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 300

3

**OVERALL FINDINGS**

Privileged & Confidential

NCU reviewed operations in 1 Upper South between 6:00 AM on 11/07/22 to 6:00 AM on 11/08/22. There were several issues observed throughout the 24-hour period.

- Cell doors observed unsecured throughout the day.

- Crossgate observed unsecured throughout the day.

- 1500-hour lock-in not enforced.

- Supervisors present seven (7) times within a 24-hour period.

Positive Takeaways:
   The officers conducted tours consistently. They utilized the watch tour wand.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 301



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## MOD 1 NORTH– 11/17/22

Exhibit 16 at 302

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 303

# COMPLIANCE STRATEGY

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in Mod 1 North between 6:00 AM  on 11/17/22 to 6:00 AM on 11/18/22. The following were NCUs findings throughout the audit period.

- The officers did not remain on the floor consistently during the 0600x1831 hour tour. However, the officer for the 1830x0631 hour tour remained on the floor consistently.

- 2100-hour lock in not enforced. Individuals in the housing area were observed exercising, they were not on their beds.

- Supervisors present six (6) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 304

3



SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

MOD 1 SOUTH– 11/21/22

Privileged & Confidential

Exhibit 16 at 305

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 306

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in Mod 1 South between 6:00 AM on 11/21/22 to 6:00 AM on 11/22/22. The following were NCUs findings throughout the audit period.

- The officers did not remain on the floor consistently during the 0600x1831 hour tour. However, the officer for the 1830x0631 hour tour remained on the floor consistently.

- Supervisors present nine (9) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 307

3



SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

6 CENTRAL NORTH – 01/25/23

Privileged & Confidential

Exhibit 16 at 308

# COMPLIANCE STRATEGY

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 309

Privileged & Confidential

NCU reviewed operations in 6 Central North between 6:00 AM on 01/25/23 to 6:00 AM on 01/26/23. The following issues were observed throughout audit period.

- The officers did not remain on the floor consistently during the 5x1 and 1x9 tours. However, the officer assigned to the 9x5 tour remained on post.

- Supervisors present only four (4) times within a 24-hour period.

- Although the cells doors are operable, several cell doors were observed unsecured.

Positive takeaway

- The officers utilized the watch tour wand consistently throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 310

## OVERALL FINDINGS

3

Privileged & Confidential



SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

2 UPPER SOUTH – 02/21/23

Exhibit 16 at 311

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 312

## COMPLIANCE STRATEGY

2

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 2 Upper South between 6:00 AM on 02/21/23 to 6:00 AM on 02/22/23. The following issues were observed throughout audit period.

- The officers did not remain consistently on the floor during all three tours (5x1, 1x9 nor 9x5).

- Supervisors present only four (5) times within a 24-hour period. The 9x5 tour was the only tour to fulfilled requirement according to Teletype Order # HQ -00944-0, dated May 2, 2022.

- PICs was observed with contraband on occasions when officers were on and off their post.

- Unsecured cell doors were observed.

Positive takeaway

- The officer assigned on all three tours, toured consistently. They were constantly looking inside of the cells. The officers are observed utilizing the watch tour wand throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 313

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 6 CENTRAL SOUTH– 03/02/23

Exhibit 16 at 314

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 315

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 6 Central South between 6:00 AM  on 03/02/23 to 6:00 AM on 03/03/23. The following were NCU's findings throughout audit period.

- Several cell doors and food slots were observed unsecured throughout the day.

- While the officers utilized the watch tour wand consistently throughout the 24-hour period, they did not always check inside the cells during their wand tours.

- Multiple PICs were observed entering one cell on two separate occasions. During one of these instances the PICs remained in one cell for approximately 20 minutes before the floor officer noticed.

- Supervisors were present 15 times within a 24-hour period, including two(2)Tour Commanders.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 316

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 6 CENTRAL NORTH – 04/03/23

Exhibit 16 at 317

Privileged & Confidential

# COMPLIANCE STRATEGY

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 318

2

**Privileged & Confidential**

NCU reviewed operations in 6 Central North between 6:00 AM on 04/03/23 to 6:00 AM on 04/04/23. The following issues were observed throughout audit period.

- Supervisors present only six (6) times within a 24-hour period.

- Although the cells doors appeared to be operable, several cell doors remained unsecured throughout the audit.

- Multiple PICs were observed entering one cell.

Positive takeaway

The officers utilized the watch tour wand consistently throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 319

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 5 CENTRAL NORTH– 04/18/23

Exhibit 16 at 320

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 321

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

NCU reviewed operations in 5 Central North between 6:00 AM on 04/18/23 to 6:00 AM on 04/19/23. The following are NCU's findings throughout the audit period:

- The officers did not remain on the floor consistently.

- Several cell doors were observed unsecured.

- Multiple individuals were observed entering one cell which had a window obstruction. Although an officer was conducting a watch tour, he did not address neither the multiple individuals in the cell nor the cell window obstruction.

- While the watch tour pipe was utilized throughout the 24 hours, it was not consistent (not done every 30 min). Most of the time the officers were not looking inside of the cells while conducting the watch pipe tours.

- Supervisors were present twelve (12) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 322

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 5 CENTRAL SOUTH– 04/24/23

Exhibit 16 at 323

Privileged & Confidential

# COMPLIANCE STRATEGY

2

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 324

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 5 Central South between 5:52 AM on 04/24/23 to 6:00 AM on 04/25/23. The following were NCU's observations throughout the audit period:

- The officers did not remain on the floor consistently.

- Pantry door and several cell doors were observed unsecured.

- The officers conducted the watch tours throughout the 24 hours, however the tours were not consistent (not conducted every 30 min ). The officers were not always looking inside of the cells while conducting the watch pipe tours.

- Supervisors present twelve (12) times within a 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 325



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 1 LOWER SOUTH – 05/08/23

Privileged & Confidential

Exhibit 16 at 326

**COMPLIANCE STRATEGY**

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 327

Privileged & Confidential

# OVERALL FINDINGS

NCU reviewed operations in 1 Lower South between 6:00 AM on 05/08/23 to 6:00 AM on 05/09/23. The following issues were observed throughout audit period.

- The cross gate was observed unsecured throughout the audit.

- Several cell doors were observed unsecured.

- Although the officers toured utilizing the watch tour pipe consistently, most of the time the officers were not looking inside of the cells while touring. (Out of approximately 54 Watch Tours conducted by staff only 13 (about 25%) included staff looking inside of the cells.)

- Supervisors were present nine (9) times within a 24-hour period and were observed utilizing the watch tour pipe. However, only 5 of 9 (55%) supervisor tours included the supervisors looking inside of the cells while touring.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 328

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 5 LOWER NORTH – MAY 15, 2023

Exhibit 16 at 329

2

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence. This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 330

NCU reviewed operations in 5 Lower North between 0600 hours on May 15, 2023, until 0600 hours on May 16, 2023. The following are NCU's findings throughout the 24-hour period.

- Several cell doors were often observed unsecured.

- The introduction of contraband was observed. Individuals were observed inhaling and passing around an unknown substance.

- Multiple individuals were observed entering and exiting each others' cells. On the 5X1 tours, it appears as if the officer would sometimes attempt to address the situation but could not gain compliance.

- After the institutional lock-in at 2300 hours, the officer constantly left the floor and only returned to do a tour of the area.

- Supervisors were in the area a total of six (6) times throughout the 24-hour period.

Exhibit 16 at 331

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 5 LOWER SOUTH – JUNE 23, 2023

Exhibit 16 at 332

**Privileged & Confidential**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 333

# COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in 5 Lower South until 0600 hours on June 24, 2023. The following are NCU's findings throughout the 24-hour period.

- Pantry door observed unsecured. Multiple PIC were observed in the pantry throughout the day.

- The introduction of contraband was observed. An individual was observed inhaling an unknown substance.

- Multiple individuals were observed entering and exiting each others' cells.

- While the watch tour pipe was consistently utilized throughout the 24 hours, most of the time the officers were not looking inside of the cells while conducting the watch pipe tours

Supervisors toured the area a total of six (6) times throughout the 24-hour period; 5 of 6 times a watch tour pipe was utilized.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 334

# OVERALL FINDINGS

3

# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

# 4 CENTRAL NORTH – JULY 10, 2023

Exhibit 16 at 335

**COMPLIANCE STRATEGY**

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 336

2

# OVERALL FINDINGS

NCU reviewed operations in 4 Central North between 06:00 hours on July 10, 2023, until 0600 hours on July 11, 2023. The following are NCU's findings throughout the 24-hour period.

- While the watch tour pipe was consistently utilized throughout the 24 hours, most of the time the officers were not looking inside of the cells while conducting the watch pipe tours.

- Several food slots observed unsecured.

- Several cell doors observed with obstructions.

- PIC observed congregating on the tier, on a couple of occasions the officer appears to address it.

- Staff were observed off post.

- Supervisors toured the area a total of eight (8) times throughout the 24-hour period and watch tour wands were utilized during all tours. However, there is a 7-hour gap between supervisor tours in the afternoon (the supervisors did not tour between 14:45 and 22:00 hrs).

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 337

3



SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

4 CENTRAL SOUTH – JULY 14, 2023

Exhibit 16 at 338

# COMPLIANCE STRATEGY

Beginning December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 339

# OVERALL FINDINGS

NCU reviewed operations in 4 Central South between 06:00 hours on July 14, 2023, until 0600 hours on July 15, 2023. The following are NCU's findings throughout the 24-hour period.

- While the watch tour pipe was consistently utilized throughout the 24 hours, most of the time the officers were not looking inside of the cells while conducting the watch pipe tours.

- Several food slots observed unsecured. Some cell doors appeared to be unsecured.

- There were times when the officer was observed off post.

- Supervisors toured the area a total of eight (8) times throughout the 24-hour period and were observed utilizing the watch tour wand. However, there was a 6 ½ hour gap between supervisor tours in the morning (supervisors did not tour between 6:30 and 13:00 hrs).

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 340

3



# SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

## 3 LOWER NORTH– 08/07/23

Confidential Materials - Attorney's Eyes Only

Exhibit 16 at 341

Confidential Materials - Attorney's Eyes Only

# COMPLIANCE STRATEGY

2

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 342

Confidential Materials - Attorney's Eyes Only

# OVERALL FINDINGS

NCU reviewed operations in 3 Lower North between 6:00 AM on 08/07/23 to 6:00 AM on 08/08/23. The following issues were observed throughout audit period.

- While the tours of the housing area were conducted by the officers, they were not conducted consistently and the watch tour wands were not being utilized during those tours.

- The officers were observed off post on multiple occasions throughout the audit.

- The supervisor toured seven (7) times within a 24-hour period. (Five watch tours were conducted by Captains, and ADWs toured two times.) However, the first supervisor tour did not occur until 12:33pm that day.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 343



SUPERVISOR TOURS AND SECURITY ISSUES - RNDC

3 LOWER SOUTH – 08/15/23

Confidential Materials - Attorney's Eyes Only

Exhibit 16 at 344

Confidential Materials - Attorney's Eyes Only

# COMPLIANCE STRATEGY

**2**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas.  NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence.  This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ-00944-0, dated May 2, 2022.

Exhibit 16 at 345

Confidential Materials - Attorney's Eyes Only

# OVERALL FINDINGS

NCU reviewed operations in 3 Lower South between 6:00 AM on 08/15/23 to 6:00 AM on 08/16/23. The following issues were observed throughout audit period.

- The officers conducted only 15 tours during the 24 hour period (5 of those tours were when they toured together with the supervisors.) The watch tour wands were not utilized during those tours.

- The officers were observed off post on multiple occasions throughout the audit.

- The pantry door remained unsecured throughout the day.

- Multiple PIC observed coming out of one cell. (The officer addressed the situations and the PICs complied by exiting the cell.)

- The supervisors toured nine (9) times within a 24-hour period. However, there was a 4 hour and 40 min gap (between 8:33 and 13:13 hours) and a 5 hour and 35 minute gap (between 16:01 and 21:36 hrs) between supervisor tours. The supervisors did not utilize watch tour wands during their tours.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 346

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## DORM 1D-AB

### December 28, 2021 – December 29, 2021

Exhibit 16 at 341

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

2

Exhibit 16 at 348

# OVERALL FINDINGS

NCU reviewed operations in Dorm 1D-A during 06:00 AM on December 28, 2021, to 06:00 AM on December 29, 2021. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff on post leaving Departmental equipment unsecure.
- Staff on post with possibly with an electronic device.
- Incarcerated individuals not secured during institutional lock-in scheduled for 21:00 hours.
- Incarcerated individuals in possession of cleaning supply.
- No protocol followed regarding the pantry.
- Supervisors present only three (3) times over a 24-hour period.

Some positives takeaways were:
- For those on post in 1D - AB consistently conducted tours.
- Conducted an institutional count.
- Communicated with the relieving staff member.
- Exchange equipment on the floor.
- When present, Supervisors did address issues and conducted tours in housing area.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 349

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## DORM 1D-BA

## December 28, 2021 – December 29, 2021

Exhibit 16 at 350

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 351

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

NCU reviewed operations in Dorm 1D-AB between 06:00 AM on December 28, 2021, to 06:00 AM on December 29, 2021. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Pantry protocol not adhere to.
- Staff were off post for extensive time.
- Door security issues (this was a dorm location, but issues with pantry door, janitor's closet, and interview room)
- Individuals were observed smoking unknown substance.
- Count procedures not consistent.
- Security inspections not consistent.
- Supervisors only appeared to be present twice in a 24-hour period.

Exhibit 16 at 352

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 3D-AB
## February 25, 2022 – February 26, 2022

Exhibit 16 at 353

Privileged & Confidential

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

## COMPLIANCE STRATEGY

2

Exhibit 16 at 354

Privileged & Confidential

NCU reviewed operations in VCBC 3D-AB housing area between 06:00 AM on February 25, 2022, to 06:30 AM on February 26, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Pantry door remained unsecured throughout the day.
- The 21:00 tour lock-in not adhered to – individuals were observed watching TV and taking showers.
- Full security inspections were not conducted.
- Physical counts did not appear to be conducted.
- Impermissible clothing was observed.
- Some Genetec cameras were obstructed throughout the 24-hour period and not being monitored.

**Some positive takeaways:**

- Staff performed tours of the area.
- Staff remained on post consistently

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 355

Privileged & Confidential



# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 3D-BB

## February 25, 2022 – February 26, 2022

Exhibit 16 at 356

2

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

# COMPLIANCE STRATEGY

Exhibit 16 at 357

**Privileged & Confidential**

NCU reviewed operations in VCBC 3D-BB housing area between 06:00 AM on February 25, 2022, to 06:30 AM on February 26, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. The security practices that were outlined in recent teletypes did not appear to be adhered to consistently:

- Staff not consistently conducting institutional counts.

- Pantry door remained unsecured throughout the 24-hour

- Institutional lock-in protocols not adhere to.

- Staff off post for significant periods of time.

- Inmate is able to open the A Station door and interact with A Station Officer.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

**OVERALL FINDINGS**

Exhibit 16 at 358

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 2D-AA
## March 14, 2022 – March 15, 2022

Exhibit 16 at 359

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 360

# COMPLIANCE STRATEGY

2

Privileged & Confidential

NCU reviewed operations in VCBC 2D-AA housing area between 06:00 AM on March 14, 2022, to 06:30 AM on March 15, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. Some issues observed were:

- Staff on the floor did not consistently conduct tours upon assuming post.

- Staff not consistently conduct institutional counts.

- There was approximately a 90-minute period with no officer on the floor.

- Pantry door was unsecured throughout 24-hour period.

- Institutional lock-in protocols not adhered to.

- Possession of contraband/smoking in dorm after lock-in.

- Unauthorized uniforms observed.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 361

# OVERALL FINDINGS

3

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 2D-AB
## March 14, 2022 – March 15, 2022

Exhibit 16 at 362

**Privileged & Confidential**

Beginning December 28, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas to review if supervisors are conducting tours as required in Teletype Order # HQ - 02948-1, dated December 9, 2021.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to additional violence.  This includes, but is not limited to door security, congregation in vestibules, and staff failing to remain on post.

Exhibit 16 at 363

**COMPLIANCE STRATEGY**

2

**Privileged & Confidential**

NCU reviewed operations in VCBC 2D-AB housing area between 06:00 AM on March 14, 2022, to 06:30 AM on March 15, 2022. Some issues observed were:

- Staff on the floor not consistently conducting a tour upon assuming post.

- Staff not consistently conducting institutional counts.

- Pantry protocol issues.

- Possession of contraband/smoking

- Unauthorized uniform for inmate.

Supervisors were present four (4) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

# OVERALL FINDINGS

Exhibit 16 at 364

3



Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 3D-AA

## April 5, 2022 – April 6, 2022

Exhibit 16 at 365

**COMPLIANCE STRATEGY**

2

Privileged & Confidential

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 366

**Privileged & Confidential**

# OVERALL FINDINGS

NCU reviewed operations in VCBC 3D-AA housing area between 06:00 AM on April 5, 2022, to 06:30 AM on April 6, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. Some issues observed were:

- Pantry Door was left unsecured throughout the day

- Staff failed to remain on post consistently with proper relief

- Despite supervisor tours, pantry and issues with janitor's closet did not appear to be addressed

- Improper/superficial pat frisks observed

- Pantry protocol did not appear to be adhered to

- Staff member may have had a smart watch on

Supervisors were present five (5) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit. They are not exhaustive.

Exhibit 16 at 367

Privileged & Confidential

# SUPERVISOR TOURS AND SECURITY ISSUES - VCBC

## VCBC – 3D-AB

## April 5, 2022 – April 6, 2022

Exhibit 16 at 368

# COMPLIANCE STRATEGY

2

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 369

3

# OVERALL FINDINGS

NCU reviewed operations in 3D-AB housing area between 06:00 AM on April 5, 2022, to 06:30 AM on April 6, 2022. Some of the ongoing issues that have been referenced by the Nunez Monitor were apparent. Some issues observed were:

- Improper/Superficial pat frisking observed

- Staff on/off post without proper relief

- Pantry protocols not adhered to, including institutional feeding.

- Pantry door and janitor's door observed unsecured.

- Staff inconsistent with conducting thorough security inspections and physical counts.

Supervisors were present six (6) times throughout the 24-hour period.

The snapshots in this document are meant to show examples of many of the security breakdowns and most of the Captain/supervisor appearances in the unit.  They are not exhaustive.

Exhibit 16 at 370

4

**COMPLIANCE STRATEGY**

**Privileged & Confidential**

Beginning on December 20, 2021, the Nunez Compliance Unit (NCU) started to conduct Genetec audits of housing areas. NCU reviews 24 hours of Genetec video in a housing area.

While conducting these assessments, NCU will also note any apparent operational or security failures that could potentially lead to violence. This includes, but is not limited to: door security, congregation in vestibules, and staff failing to remain on post.

Furthermore, NCU will look to see if supervisors are conducting tours as required in Teletype Order # HQ -00944-0, dated May 2, 2022.

Exhibit 16 at 371