# EXHIBIT 34

# New York City Department of Correction
# Quarterly Emergency Lock-In Report
# FY23 Quarter 4 (April 1st – June 30th)

*This report provides information regarding the rate of emergency lock-ins that the New York City Department of Correction (DOC or Department) is required to report pursuant to New York City Administrative Code §9-155. This reporting time frame is from April 1st – June 30th, 2023.*

1. The number of department-wide emergency lock-ins, in total and disaggregated by the reason for such emergency lock-in, as determined by the department.

**During this timeframe, the Department did not have a department-wide emergency lock-in.**

2. The number of facility emergency lock-ins disaggregated by facility, in total and disaggregated by the reason for such emergency lock-in, as determined by the department.

| Facility | Lock-In Reasons[1] | # Lock-Ins |
|---|---|---|
| AMKC | TSO | 1 |
| VCBC | TSO | 1 |

3. The number of lock-in extensions disaggregated by facility and housing area, in total and disaggregated by housing area type and reason for lock-in extension.

**During this timeframe, the Department did not have any lock-in extensions.**

4. The number of partial facility emergency lock-ins disaggregated by facility, in total and disaggregated by the reason for such emergency lock-in, as determined by the department.

| Facility | Lock-In Reasons | # Lock-Ins |
|---|---|---|
| NIC | Other[2] | 1 |
| GRVC | SRG Activity | 1 |

---

[1] Emergency Lock-Ins are tracked using the following categories: Assault on Staff, Escape, Fight, Tension, Search, Red Alert, Slashing/Stabbing, SRG Activity, Tactical Search Operation, UOF Investigation, Investigation-Other, and Other.

[2] The "Other" category may include incidents such as a missing institutional razor, assault on staff, the discovery of dangerous contraband, or investigations into a fight, among other things.

5. The number of housing area emergency lock-ins disaggregated by facility and housing area, in total and disaggregated by the reason for such emergency lock-in, as determined by the department, and the housing area type.

| Facility | HA Type | Lock-In Reasons | # Lock-Ins |
|---|---|---|---|
| AMKC | GP | Slashing/Stabbing | 8 |
| AMKC | GP | TSO | 1 |
| EMTC | GP | Investigation-other | 1 |
| EMTC | GP | Other | 1 |
| EMTC | GP | Slashing/Stabbing | 6 |
| GRVC | GP | SRG Activity | 1 |
| GRVC | GP | Slashing/Stabbing | 12 |
| GRVC | GP | UOF Investigation | 4 |
| GRVC | Restrictive | Investigation-other | 1 |
| GRVC | Restrictive | Other | 2 |
| GRVC | Restrictive | SRG Activity | 4 |
| GRVC | Restrictive | Search | 1 |
| GRVC | Restrictive | Slashing/Stabbing | 12 |
| GRVC | Restrictive | UOF Investigation | 24 |
| NIC | GP | Other | 1 |
| RNDC | GP | Inmate Fight | 1 |
| RNDC | GP | Investigation-other | 19 |
| RNDC | GP | Other | 21 |
| RNDC | GP | Slashing/Stabbing | 37 |
| RNDC | GP | TSO | 3 |
| RNDC | GP | UOF Investigation | 91 |
| VCBC | GP | Investigation-other | 1 |
| VCBC | GP | Other | 4 |
| VCBC | GP | Slashing/Stabbing | 7 |
| VCBC | GP | TSO | 1 |
| VCBC | GP | UOF Investigation | 3 |

6. The mean and median number of incarcerated individuals housed in areas affected by housing area emergency lock-ins disaggregated by facility, in total and disaggregated by the housing area type.

| Facility | HA Type | Population Count (Mean) | Population Count (Median) |
|---|---|---|---|
| EMTC | GP | 27.8 | 28 |
| GRVC | GP | 43.2 | 43 |
| GRVC | Restrictive | 11.8 | 12 |
| RNDC | GP | 19.2 | 18 |
| VCBC | GP | 46.4 | 46 |

7. (a) The mean and median duration of emergency lock-ins disaggregated by department-wide emergency lock-ins, in total and disaggregated by the reason for such emergency lock-in, as determined by the department; (b) facility emergency lock-ins, in total and disaggregated by the reason for such emergency lock-in, as determined by the department; (c) partial facility emergency lock-ins, in total and disaggregated by the reason for such emergency lock-in, as determined by the department; (d) and housing area emergency lock-ins disaggregated by facility, in total and disaggregated by the reason for such emergency lock-in, as determined by the department, and housing area type.

(a) The mean and median duration of department-wide emergency

**During this timeframe, the Department did not have a department-wide emergency lock-in.**

(b) Mean and median duration of facility emergency lock-in

| Facility | Lock-In Reasons | Mean Duration (Hours) | Median Duration (Hours) |
|---|---|---|---|
| AMKC | TSO | 7 | 7 |
| VCBC | TSO | 3 | 3 |

(c) Mean and median duration of partial facility emergency lock-in

| Facility | Lock-In Reasons | Mean Duration (Hours) | Median Duration (Hours) |
|---|---|---|---|
| GRVC | SRG Activity | 2 | 2 |
| NIC | Other | 5 | 5 |

(d) Mean and median duration of housing area (HA) emergency lock-in

| Facility | HA Type | Lock-In Reasons | Mean Duration (Hours) | Median Duration (Hours) |
|---|---|---|---|---|
| AMKC | GP | Slashing/Stabbing | 4.8 | 5.6 |
| EMTC | GP | Investigation-other | 2.3 | 2.3 |
| | | Other | 2.8 | 2.8 |
| | | Slashing/Stabbing | 6.2 | 7 |
| GRVC | GP | SRG Activity | 2 | 2 |
| | | Slashing/Stabbing | 4 | 3.5 |
| | | UOF Investigation | 5.8 | 7 |
| | Restrictive | Investigation-other | 2 | 2 |
| | | Other | 4.5 | 4.5 |
| | | SRG Activity | 2 | 2 |
| | | Search | 2 | 2 |
| | | Slashing/Stabbing | 4.1 | 4.5 |
| | | UOF Investigation | 4.7 | 5 |
| RNDC | GP | Inmate Fight | 5 | 5 |
| | | Investigation-other | 4.6 | 5 |
| | | Other | 3.1 | 2 |
| | | Slashing/Stabbing | 4.1 | 5 |
| | | TSO | 7 | 7 |
| | | UOF Investigation | 4.3 | 5 |
| VCBC | GP | Investigation-other | 4 | 4 |
| | | Other | 3.2 | 2.8 |
| | | Slashing/Stabbing | 4.3 | 5 |
| | | UOF Investigation | 2.5 | 2 |

8. The number of times mandated services are affected by an emergency lock-in or lock in extension, disaggregated by service type.

| Mandated Service | Service Type | Mandated Count |
|---|---|---|
| Educational Services | Cancelled | 2 |
| Educational Services | Delayed | 11 |
| Law Library | Cancelled | 7 |
| Law Library | Delayed | 26 |
| Recreation | Cancelled | 25 |
| Recreation | Delayed | 53 |
| Religious Services | Cancelled | 5 |
| Religious Services | Delayed | 8 |
| Sick Call | Cancelled | 1 |
| Sick Call | Delayed | 27 |
| Visits | Cancelled | 19 |
| Visits | Delayed | 35 |

9. The mean and median duration of continuous lock-ins disaggregated by facility, in total and disaggregated by the reason for such emergency lock-in, as determined by the department, and the housing area type.

| Facility | HA Type | Lock-In Reasons | Population Count (Mean) | Population Count (Median) |
|---|---|---|---|---|
| AMKC | GP | Slashing/Stabbing | 3.7 | 2.5 |
| AMKC | GP | TSO | 6.9 | 7 |
| EMTC | GP | Investigation-other | 2.3 | 2.3 |
| EMTC | GP | Other | 2.8 | 2.8 |
| EMTC | GP | Slashing/Stabbing | 6 | 7 |
| EMTC | GP | UOF Investigation | 3 | 3 |
| GRVC | GP | Investigation-other | 2 | 2 |
| GRVC | GP | Other | 2 | 2 |
| GRVC | GP | SRG Activity | 3.4 | 2 |
| GRVC | GP | Slashing/Stabbing | 5.3 | 7 |
| GRVC | GP | UOF Investigation | 5.2 | 7 |
| GRVC | Restrictive | Other | 2 | 2 |
| GRVC | Restrictive | SRG Activity | 5 | 5 |
| GRVC | Restrictive | Slashing/Stabbing | 4.5 | 5 |
| GRVC | Restrictive | UOF Investigation | 4.9 | 5 |
| NIC | GP | Investigation-other | 0.2 | 0.2 |
| NIC | GP | Other | 5 | 5 |
| NIC | GP | SRG Activity | 5 | 5 |
| RNDC | GP | Inmate Fight | 5 | 5 |
| RNDC | GP | Inmate Tension | 3 | 3 |
| RNDC | GP | Investigation-other | 4.3 | 5 |
| RNDC | GP | Other | 3.1 | 2 |
| RNDC | GP | SRG Activity | 7 | 7 |
| RNDC | GP | Slashing/Stabbing | 4 | 2 |
| RNDC | GP | TSO | 5.7 | 5 |
| RNDC | GP | UOF Investigation | 4.3 | 5 |

| Facility | HA Type | Lock-In Reasons | | |
|---|---|---|---|---|
| VCBC | GP | Investigation-other | 4.1 | 4 |
| | | Other | 2.7 | 2.2 |
| | | Slashing/Stabbing | 4.1 | 4.2 |
| | | TSO | 3 | 3 |
| | | UOF Investigation | 3.1 | 3.5 |

10. The number of times that the duration of a continuous lock-in exceeds 24 hours, disaggregated by facility, in total and disaggregated by the reason for such emergency lock-in, as determined by the department, and the housing area type.[3]

| Facility | HA Type | Lock-In Reasons | # Exceeds 24 Hour |
|---|---|---|---|
| GRVC | GP | Slashing/Stabbing | 2 |
| | Restrictive | Slashing/Stabbing | 12 |
| | | UOF Investigation | 4 |
| RNDC | GP | Investigation-other | 1 |
| | | Other | 2 |
| | | Slashing/Stabbing | 7 |
| | | UOF Investigation | 23 |
| VCBC | GP | Slashing/Stabbing | 2 |

In comparison to the previous four reporting periods, department-wide lockdowns remained the same. The number of facility emergency lock-ins increased. The number of lock-in extensions remained the same. The number of partial emergency lock-ins decreased. The number of mandated services interrupted decreased and the number of continuous lock-ins exceeding 24 increased.

To review prior Emergency Lock-In Reports please visit:

https://www1.nyc.gov/site/doc/about/emergency_lock-in_Reports.page

---

[3] Pursuant to local law 164, a continuous lock-in as used in this report refers to any period of time during which incarcerated individuals are confined to their cells or beds due to the combination of an emergency lock-in and either a scheduled lock-in or a lock-in extension, or both. For the purposes of this data metric, these 24-hour lock-in periods are continuous lock-ins, including both scheduled lock-ins and emergency-lock-in periods.