# EXHIBIT 57



**NEW YORK CITY
BOARD OF CORRECTION**

**October 18, 2022 PUBLIC MEETING MINUTES**

**ATTENDEES**

**MEMBERS PRESENT[1]**
Julio Medina, Acting Chair
Robert L. Cohen, M.D. Member
Felipe Franco, Member
Jacqueline Pitts, Member
Joseph Ramos, Member
Freya Rigterink, Member
Dwayne C. Sampson, Member
Jacqueline Sherman, Esq., Member

Amanda Masters, Esq., Executive Director

**DEPARTMENT OF CORRECTION (DOC)**
None Present

**NYC HEALTH + HOSPITAL – CORRECTIONAL HEALTH SERVICES (CHS)**
Patsy Yang, DrPH, Senior Vice President
Jeanette Merrill, MPH, Director of Communications, and Intergovernmental Affairs
Carlos Castellanos, Chief Operations Officer
Bipin Subedi, MD, Chief Medical Officer
Nicole Levy, Deputy Director of Communications, and Intergovernmental Affairs

**CORRECTIONAL OFFICER BENEVOLENT ASSOCIATION (COBA)**
Antoinette Anderson, Corresponding Secretary
Ashaki Antoine, City-Wide Trustee
Reginald Fisher, Delegate for AMKC
Mauricio Peterson, Delegate for GRVC
Giovanna Velez, Delegate for GRVC
Kenneth Harrison, Delegate for MDC
Steven Bell, Delegate for RNDC
Lateesha Harris, Delegate for VCBC
Maurice Smith, Delegate for Correction Academy/Range
Edward McCauley, Delegate for NIC/West Facility

---

[1] Board Members Felipe Franco and Dwayne C. Sampson attended the meeting remotely due to difficulty attending the designated meeting location.

Terrence Boyle, Member
John Caruso, Member
Lionel I. Cumberbatch, Member
Ian Feinstein, Member
Matthew Hanson, Member
Jamar McMorris, Member
Patrice Nathan, Member
Linda Noel, Member
Scherrie Patterson, Member
Ronain Rasheed, Member
Roddy Richardson, Member
Matthew Roman, Member
Lesly Rosales, Member
Sean Sampson, Member
Yesenia Santiago, Member
Alan Schmalacker, Member
Keisha Williams, Coba
Charles J. Wingate, Member
Edward Yates, Member

**<u>OTHERS IN ATTENDANCE</u>**
Alucro Bates
Luis Bolanos, Vocal
Latoya Coley, NYC Corrections
D'Juan Collins, Vocal NY
Courtney Colwell, NYCLU
Joann Coutourier, DOC Retiree
Michelle Feldman, WCJA
Ricky Forde, Katal Center
Daniele Gerard, Children's Rights
Frances Geteles, #HALT Solitary/JAC
Donna Gold, Rise and Resist NY
Courtney Gross, NY1
Karen Hatdu, Katal Center
Michael Howard, Vocal NY
Cassandra Ippaso, Campaign Zero
Matt Katz, WNYC/Gothamist
Gordon Lee
Allison Mattessich, Urban Justice Center
Jennier Montano, WCJA/SHERO
Devone Nash
Scott Paltrowitz, #HALT Solitary
Jennifer Parish, Urban Justice Center
Johnny Perez
Chaplain Dr. Victoria A. Phillips, Visionary Ministries/JAC
James Porta
Kelly Grace Price, Close Rosie's
Edmond Michael Robin, Vocal NY
Edwin Santana, Freedom Agenda
Kayla Simpson, Legal Aid Society
Ezra Scalo, Lisjan

Edward Sudles
Rachel Sznajderman, New York County Defender Services
Cynthia Tucker, #HALT
Alex Vandenbelt, Osborne Association
Tadd Vassel, The Bronx Defenders
Keli Young, Vocal NY

## Approval of September 13, 2022 Minutes

Acting Chair Julio Medina (AC Medina) asked for a motion to approve the draft minutes of the Board's September 13, 2022 meeting minutes. The minutes were unanimously approved.

## Opening Remarks/Announcements

Executive Director Amanda Masters (ED Masters) noted there have been three deaths in custody since the last public Board meeting: Kevin Bryan, Gregory Acevedo, and Robert Pondexter. ED Masters also expressed her condolences for deceased Department of Correction members.

ED Masters shared census data. At the beginning of October, there were a total of 5,850 people in custody: GRVC, 799; AMKC, 2,066; Bellevue Hospital, 40; EMTC, 711 in EMTC; NIC, 260; RMSC, 329; RNDC, 861; VCBC, 710; and West Facility, 74. Watch this portion of the video here.

The Board addressed outstanding requests that have been made to the Department. Member Freya Rigterink (Member Rigterink) noted requests for information regarding conditions, staffing issues, and recruitment data at Rikers. "All of this together paints a picture that there is a real troubling lack of transparency." Watch this portion of the video here.

ED Masters restated that the agenda was amended twice to discuss variance requests made and withdrawn by the Department. However, the Department was unable to attend the meeting, so questions on said requests will not be answered, nor reports from the Department will be provided. Thus, the agenda has been amended again. Watch this portion of the video here.

## Emergency Executive Orders

ED Masters discussed two of the current Emergency Executive Orders (EEO) that suspend parts of the Board's Minimum Standards. EEO 241, created on September 15, 2021, declared a state of emergency in the jails due to excessive staff absenteeism and staff shortages, and suspended Minimum Standards related to co-mingling of inmate populations.

Member Robert Cohen (Member Cohen), shared his comments on EEO 241, asking: "what does it take to end the emergency executive order?" He does not think the standard under which it was filed, COVID, is valid anymore. Watch this portion of the video here.

ED Masters discussed EEO 279, which suspended the rule around involuntary lock-ins, access to the law library, and parts of RMAS rules.

Member Jacqueline Sherman (Member Sherman) called attention to the continued issues of lock-ins/lockdowns. Upon her last visit and tour of Rikers, people in custody complained about conditions in the jails. Correctional officers complained about taking on responsibilities outside of their usual tasks. Member Sherman wishes Department leadership were in attendance to answer questions. Other Board Members similarly shared their sentiments against the EEOs. Watch this portion of the video here.

**Correction Health Services Update**
Senior Vice President, Patsy Yang, delivered an update on behalf of CHS. There are therapeutic units inside housing units, where very sick people in custody (upon recommendation from CHS), would stay where individuals have continued access to CHS staff and are cared for thoroughly. CHS found, however, often these people in custody need acute care which can only be provided at hospitals. Many people in custody refuse this acute care since it can take nine to 11 hours out of their day to receive only about 15 minutes to an one hour of attention at a hospital.

CHS proposed a model to create therapeutic units inside hospitals, without being actual hospital operations, allowing people in custody needing constant care to be within only minutes from seeing specialists. Construction has begun at Bellevue, Woodhall, and North Central Bronx hospitals.

Regarding inpatient mental health care for women, the mental health unit in Elmhurst is about ready to open. The Department needs to staff it.

Dr. Yang expressed that there is no timeline related to solving security and design. Right now, they are focused on construction work. The beds at Bellevue would be for men. There has been no positive case of monkeypox at Rikers, and there is appropriate screening for the virus.  CHS staff in the therapeutic units at Rikers will be moving with patients to the therapeutic units at the hospitals.

Watch this update, along with the exchange with Board Members, here.

**Plan on Reducing Violence, Staff Absenteeism, and Discipline**
AC Medina noted that this is the second meeting in a row that Commissioner Louis Molina was not present. AC Medina discussed how the Commissioner proposed a request for a variance of lock-in standards so that people in general population housing could have their out-of-cell time reduced from 14 hours to seven hours. The variance was withdrawn, but the Department still has the authority to reduce out-of-cell time through an EEO. The Department informed the Board that they will be locking people in for 17 hours a day at GRVC.

The Board has received information about officers still being assigned double and triple shifts, and concerns about officer burnout. The Board wanted to hear more detail about active programming, educational programs, and the development of more programs. The Board has heard several concerns about visiting. This includes a lack of weekend in-person visits for children, difficulties scheduling visits online, and visitors waiting outside in the elements early in the mornings for a visiting spot.

Board Members expressed their concerns about not having the Department for responses to questions. Watch this portion of the video here.

**Data on Violence**
ED Masters spoke about the latest data on violence indicators. GRVC, in particular, is going through a violent period and is not safe. As of October 11, there were 19 slashing or stabbing incidents. GRVC had a census of 800, but 655 people in custody had maximum custody classification scores. 517 incarcerated individuals at GRVC were reported to have gang affiliation. 409 individuals at GRVC had a Brad H designation. Serious acts of violence also persist at AMKC.

The total number of weapons recovered in the first 8 months of 2022 were 4,048, which is 128 more than in 2021 in the same period. Watch ED Masters's full update here.

**<u>Public Comment Period</u>**
Persons in Custody Comments
Watch this portion of the video here.

Lucas Marquez of Brooklyn Defenders Services
Watch this portion o f the video here.

Reginald Fisher of COBA
Watch this portion of the video here.

Steven Bell of COBA
Watch this portion of the video here.

Lateesha Harris of COBA
Watch this portion of the video here.

Patrice Nathan of COBA
Watch this portion of the video here.

Alan Schmalacker of COBA
Watch this portion of the video here.

Ashaki Antoine of COBA
Watch this portion of the video here.

Antoinette Adnerson of COBA
Watch this portion of the video here.

Maurice Smith of COBA
Watch this portion of the video here.

Safrita Daftary of JAC, Freedom Agenda
Watch this portion of the video here.

Tadd Vassell of The Bronx Defenders
Watch this portion of the video here.

Jennifer Parish of Urban Justice Center
Watch this portion of the video here.

Chaplain Dr. Victoria A. Phillips of Jails Action Coalition
Watch this portion of the video here.

Michell Feldman of Woman's Community Justice Association
Watch this portion of the video here.

Rachel Sznajderman of New York County Defender Services
Watch this portion of the video here.

Scott Paltrowitz of #HALT Solitary Campaign
Watch this portion of the video here.

Jennifer Montano of  WCJA/Project SHERO
Watch this portion of the video here.

Ed McCauley of COBA
Watch this portion of the video here.

Giovanna Velez of COBA
Watch this portion of the video here.

Kenneth C. Harrison of COBA
Watch this portion of the video here.

Frances Geteles of HALT/JAC
Watch this portion of the video here.

Edward Sudler of Vocal
Watch this portion of the video here.

Gordon Lee of All Groups or Organizations
Watch this portion of the video here.

Kayla Simpson of Legal Aid Society
Watch this portion of the video here.

Cassandra Ippaso of Campaign Zero
Watch this portion of the video here.

Daniele Gerard of Children's Rights
Watch this portion of the video here.

Cynthia Tucker of HALT
Watch this portion of the video here.

Edwin Santana of Freedom Agenda
Watch this portion of the video here.

Kelly Grace Price of Close Rosie's
Watch this portion of the video here.