# EXHIBIT 59



# CHECKBOOK NYC

**NEW YORK CITY COMPTROLLER BRAD LANDER**

| Home | Special Analysis | ACFR Trends | Data Feeds | M/WBE Resources | Help | New Features |

Citywide Agencies | Other Government Entities

Search New York City information...    [Search]

*Advanced Search*  *Create Alert*

Home » Search Results

Filters: Search Term: **Mckinsey** ⊗   Clear All                                              EXPORT

**NARROW DOWN YOUR SEARCH:**

**BY TYPE OF DATA**
- SPENDING — 7
- CONTRACTS — 1

**BY CITYWIDE AGENCY**
- DEPARTMENT OF CORRECTION — 8
- DEPARTMENT OF FINANCE — 4
- MAYORALTY — 2
- DEPARTMENT OF SOCIAL SERVICES — 1

BY VENDOR
BY VENDOR TYPE
BY EXPENSE CATEGORY
BY FISCAL YEAR
BY M/WBE CATEGORY
BY INDUSTRY
BY CONTRACT ID

---

### TRANSACTION #1: SPENDING

| | | | |
|---|---|---|---|
| Spending Category: | Contracts | Agency: | Department of Correction |
| Department: | OPERATIONS - OTPS | Payee Name: | MCKINSEY & COMPANY INC. WASHINGTON, D.C. |
| Expense Category: | TRAINING PRGM CITY EMPLOYEES | Associated Prime Vendor: | N/A |
| Contract ID: | POD07220172024534 | Check Amount: | $0.00 |
| Issue Date: | October 15, 2019 | Sub Vendor: | No |
| M/WBE Category: | Non-M/WBE | Budget Code: | 1505 (CORRECTION ACADEMY RECRUITS) |
| Woman Owned Business: | No | Industry: | Not Classified |
| Emerging Business: | No | | |

### TRANSACTION #2: SPENDING

| | | | |
|---|---|---|---|
| Spending Category: | Contracts | Agency: | Department of Correction |
| Department: | OPERATIONS - OTPS | Payee Name: | MCKINSEY & COMPANY INC. WASHINGTON, D.C. |
| Expense Category: | CONTRACTUAL SERVICES GENERAL | Associated Prime Vendor: | N/A |
| Contract ID: | CT107220171400061 | Check Amount: | $2.10M |
| Issue Date: | July 3, 2017 | Sub Vendor: | No |
| M/WBE Category: | Non-M/WBE | Budget Code: | 6014 (14 POINT PLAN - CONSULTING FEES) |
| Woman Owned Business: | No | Industry: | Not Classified |
| Emerging Business: | No | | |

### TRANSACTION #3: SPENDING

| | | | |
|---|---|---|---|
| Spending Category: | Contracts | Agency: | Department of Correction |
| Department: | OPERATIONS - OTPS | Payee Name: | MCKINSEY & COMPANY INC. WASHINGTON, D.C. |
| Expense Category: | CONTRACTUAL SERVICES GENERAL | Associated Prime Vendor: | N/A |
| Contract ID: | CT107220171400061 | Check Amount: | $973.94K |
| Issue Date: | June 21, 2017 | Sub Vendor: | No |
| M/WBE Category: | Non-M/WBE | Budget Code: | 6014 (14 POINT PLAN - CONSULTING FEES) |
| Woman Owned Business: | No | Industry: | Not Classified |
| Emerging Business: | No | | |

### TRANSACTION #4: SPENDING

| | | | |
|---|---|---|---|
| Spending Category: | Contracts | Agency: | Department of Correction |
| Department: | OPERATIONS - OTPS | Payee Name: | MCKINSEY & COMPANY INC. WASHINGTON, D.C. |
| Expense Category: | CONTRACTUAL SERVICES GENERAL | Associated Prime Vendor: | N/A |
| Contract ID: | CT107220171400061 | Check Amount: | $1.62M |
| Issue Date: | May 3, 2017 | Sub Vendor: | No |
| M/WBE Category: | Non-M/WBE | Budget Code: | 6014 (14 POINT PLAN - CONSULTING FEES) |
| Woman Owned Business: | No | Industry: | Not Classified |
| Emerging Business: | No | | |

### TRANSACTION #5: SPENDING

| | | | |
|---|---|---|---|
| Spending Category: | Contracts | Agency: | Department of Correction |
| Department: | OPERATIONS - OTPS | Payee Name: | MCKINSEY & COMPANY INC. WASHINGTON, D.C. |
| Expense Category: | CONTRACTUAL SERVICES GENERAL | Associated Prime Vendor: | N/A |
| Contract ID: | CT107220171400061 | Check Amount: | $1.20M |

**Issue Date:** February 27, 2017
**M/WBE Category:** Non-M/WBE
**Woman Owned Business:** No
**Emerging Business:** No

**Sub Vendor:** No
**Budget Code:** 6014 (14 POINT PLAN - CONSULTING FEES)
**Industry:** Not Classified

## TRANSACTION #6: SPENDING

**Spending Category:** Contracts
**Department:** OPERATIONS - OTPS
**Expense Category:** CONTRACTUAL SERVICES GENERAL
**Contract ID:** CT107220171400061
**Issue Date:** February 15, 2017
**M/WBE Category:** Non-M/WBE
**Woman Owned Business:** No
**Emerging Business:** No

**Agency:** Department of Correction
**Payee Name:** MCKINSEY & COMPANY INC. WASHINGTON, D.C.
**Associated Prime Vendor:** N/A
**Check Amount:** $8.03M
**Sub Vendor:** No
**Budget Code:** 6014 (14 POINT PLAN - CONSULTING FEES)
**Industry:** Not Classified

## TRANSACTION #7: SPENDING

**Spending Category:** Contracts
**Department:** OPERATIONS - OTPS
**Expense Category:** CONTRACTUAL SERVICES GENERAL
**Contract ID:** CT107220171400061
**Issue Date:** August 10, 2016
**M/WBE Category:** Non-M/WBE
**Woman Owned Business:** No
**Emerging Business:** No

**Agency:** Department of Correction
**Payee Name:** MCKINSEY & COMPANY INC. WASHINGTON, D.C.
**Associated Prime Vendor:** N/A
**Check Amount:** $7.53M
**Sub Vendor:** No
**Budget Code:** 6014 (14 POINT PLAN - CONSULTING FEES)
**Industry:** Not Classified

## TRANSACTION #8: CONTRACTS

**Category:** Expense
**Agency:** Department of Correction
**Expense Category:** CONTRACTUAL SERVICES GENERAL
**Current Amount:** $21.45M
**Original Amount:** $7.53M
**Start date:** January 1, 2016
**End Date:** April 30, 2017
**Registration date:** August 4, 2016
**Received date:** -
**Award Method:** NEGOTIATED ACQUISITION AND DOE NEGOTIATED SERVICES
**APT PIN:** 072201539SPL

**PIN:** 07216N0001001A001

**Status:** Active
**Prime Vendor:** MCKINSEY & COMPANY INC. WASHINGTON, D.C.
**Associated Prime Vendor:** N/A
**M/WBE Category:** Non-M/WBE
**Woman Owned Business:** No
**Emerging Business:** No
**Contract ID:** CT107220171400061
**Parent Contract ID:**
**Version Number:** 2
**Contract type:** CONSULTANT
**Purpose:** Conslt. will provide Anti-Violence Reform Agenda to the Dept
**Industry:** Not Classified

**Showing: 1 to 8 of 8 entries**

Office of the Comptroller - City of New York - One Centre Street, New York , NY 10007
Phone: (212) 669-3916
Disclaimer | Privacy Policy | Language Disclaimer | Resources
Copyright 2014, The New York City Comptroller's Office
Checkbook NYC is open source software