# EXHIBIT 60

# CHECKBOOK NYC

**NEW YORK CITY COMPTROLLER BRAD LANDER**

| Home | Special Analysis | ACFR Trends | Data Feeds | M/WBE Resources | Help | New Features |

Citywide Agencies | Other Government Entities

Search New York City information...    [ Search ]

*Advanced Search*    *Create Alert*

Home » Search Results

Filters: Search Term: CT107220238804773 ⊗    Clear All                    EXPORT

First   Previous   1   **2**

### NARROW DOWN YOUR SEARCH:

**BY TYPE OF DATA**
- ☐ SPENDING — 18
- ☐ CONTRACTS — 2

**BY CITYWIDE AGENCY**

**BY VENDOR**

**BY VENDOR TYPE**

**BY EXPENSE CATEGORY**

**BY FISCAL YEAR**

**BY M/WBE CATEGORY**

**BY INDUSTRY**

**BY CONTRACT ID**

---

## TRANSACTION #11: SPENDING

| | | | |
|---|---|---|---|
| **Spending Category:** Contracts | | **Agency:** Department of Correction | |
| **Department:** ADMINISTRATION - OTPS | | **Payee Name:** KPMG LLP | |
| **Expense Category:** CONTRACTUAL SERVICES GENERAL | | **Associated Prime Vendor:** N/A | |
| **Contract ID:** CT107220238804773 | | **Check Amount:** $220.40K | |
| **Issue Date:** April 3, 2023 | | **Sub Vendor:** No | |
| **M/WBE Category:** Non-M/WBE | | **Budget Code:** 1610 (NUNEZ ACTION PLAN) | |
| **Woman Owned Business:** No | | **Industry:** Not Classified | |
| **Emerging Business:** No | | | |

## TRANSACTION #12: SPENDING

**Spending Category:** Contracts    **Agency:** Department of Correction
**Department:** ADMINISTRATION - OTPS    **Payee Name:** KPMG LLP
**Expense Category:** CONTRACTUAL SERVICES GENERAL    **Associated Prime Vendor:** N/A
**Contract ID:** CT107220238804773    **Check Amount:** $182.60K
**Issue Date:** February 21, 2023    **Sub Vendor:** No
**M/WBE Category:** Non-M/WBE    **Budget Code:** 1610 (NUNEZ ACTION PLAN)
**Woman Owned Business:** No    **Industry:** Not Classified
**Emerging Business:** No

## TRANSACTION #13: SPENDING

**Spending Category:** Contracts    **Agency:** Department of Correction
**Department:** ADMINISTRATION - OTPS    **Payee Name:** KPMG LLP
**Expense Category:** CONTRACTUAL SERVICES GENERAL    **Associated Prime Vendor:** N/A
**Contract ID:** CT107220238804773    **Check Amount:** $227.31K
**Issue Date:** February 21, 2023    **Sub Vendor:** No
**M/WBE Category:** Non-M/WBE    **Budget Code:** 1610 (NUNEZ ACTION PLAN)
**Woman Owned Business:** No    **Industry:** Not Classified
**Emerging Business:** No

## TRANSACTION #14: SPENDING

**Spending Category:** Contracts    **Agency:** Department of Correction
**Department:** ADMINISTRATION - OTPS    **Payee Name:** KPMG LLP
**Expense Category:** CONTRACTUAL SERVICES GENERAL    **Associated Prime Vendor:** N/A
**Contract ID:** CT107220238804773    **Check Amount:** $168.09K
**Issue Date:** January 12, 2023    **Sub Vendor:** No
**M/WBE Category:** Non-M/WBE    **Budget Code:** 1610 (NUNEZ ACTION PLAN)
**Woman Owned Business:** No    **Industry:** Not Classified
**Emerging Business:** No

## TRANSACTION #15: SPENDING

**Spending Category:** Contracts    **Agency:** Department of Correction
**Department:** ADMINISTRATION - OTPS    **Payee Name:** KPMG LLP
**Expense Category:** CONTRACTUAL SERVICES GENERAL    **Associated Prime Vendor:** N/A
**Contract ID:** CT107220238804773    **Check Amount:** $72.34K
**Issue Date:** January 12, 2023    **Sub Vendor:** No
**M/WBE Category:** Non-M/WBE    **Budget Code:** 1610 (NUNEZ ACTION PLAN)
**Woman Owned Business:** No    **Industry:** Not Classified

| | |
|---|---|
| **Emerging Business:** No | |

## TRANSACTION #16: SPENDING

| | | | |
|---|---|---|---|
| **Spending Category:** | Contracts | **Agency:** | Department of Correction |
| **Department:** | ADMINISTRATION - OTPS | **Payee Name:** | KPMG LLP |
| **Expense Category:** | CONTRACTUAL SERVICES GENERAL | **Associated Prime Vendor:** | N/A |
| **Contract ID:** | CT107220238804773 | **Check Amount:** | $212.98K |
| **Issue Date:** | January 12, 2023 | **Sub Vendor:** | No |
| **M/WBE Category:** | Non-M/WBE | **Budget Code:** | 1610 (NUNEZ ACTION PLAN) |
| **Woman Owned Business:** | No | **Industry:** | Not Classified |
| **Emerging Business:** | No | | |

## TRANSACTION #17: SPENDING

| | | | |
|---|---|---|---|
| **Spending Category:** | Contracts | **Agency:** | Department of Correction |
| **Department:** | ADMINISTRATION - OTPS | **Payee Name:** | KPMG LLP |
| **Expense Category:** | CONTRACTUAL SERVICES GENERAL | **Associated Prime Vendor:** | N/A |
| **Contract ID:** | CT107220238804773 | **Check Amount:** | $268.52K |
| **Issue Date:** | January 12, 2023 | **Sub Vendor:** | No |
| **M/WBE Category:** | Non-M/WBE | **Budget Code:** | 1610 (NUNEZ ACTION PLAN) |
| **Woman Owned Business:** | No | **Industry:** | Not Classified |
| **Emerging Business:** | No | | |

## TRANSACTION #18: SPENDING

| | | | |
|---|---|---|---|
| **Spending Category:** | Contracts | **Agency:** | Department of Correction |
| **Department:** | ADMINISTRATION - OTPS | **Payee Name:** | KPMG LLP |
| **Expense Category:** | CONTRACTUAL SERVICES GENERAL | **Associated Prime Vendor:** | N/A |
| **Contract ID:** | CT107220238804773 | **Check Amount:** | $157.59K |
| **Issue Date:** | January 12, 2023 | **Sub Vendor:** | No |
| **M/WBE Category:** | Non-M/WBE | **Budget Code:** | 1610 (NUNEZ ACTION PLAN) |
| **Woman Owned Business:** | No | **Industry:** | Not Classified |
| **Emerging Business:** | No | | |

## TRANSACTION #19: CONTRACTS

| | | | |
|---|---|---|---|
| **Category:** | Expense | **Status:** | Active |
| **Agency:** | Department of Correction | **Prime Vendor:** | KPMG LLP |
| **Expense Category:** | CONTRACTUAL SERVICES GENERAL | **Associated Prime Vendor:** | N/A |
| **Current Amount:** | $3.00M | **M/WBE Category:** | Non-M/WBE |
| **Original Amount:** | $3.00M | **Woman Owned Business:** | No |
| **Start date:** | July 1, 2022 | **Emerging Business:** | No |
| **End Date:** | December 31, 2023 | **Contract ID:** | CT107220238804773 |
| **Registration date:** | December 1, 2022 | **Parent Contract ID:** | |
| **Received date:** | - | **Version Number:** | 3 |
| **Award Method:** | EMERGENCY | **Contract type:** | CONSULTANT |
| **APT PIN:** | | **Purpose:** | Emergency contract for project management consulting service |
| **PIN:** | 07223E0001001A001 | **Industry:** | Not Classified |

## TRANSACTION #20: CONTRACTS

| | | | |
|---|---|---|---|
| **Category:** | Expense | **Status:** | Active |
| **Agency:** | Department of Correction | **Sub Vendor:** | Six Points Justice Solutions Inc |
| **Expense Category:** | CONTRACTUAL SERVICES GENERAL | **Associated Prime Vendor:** | KPMG LLP |
| **Current Amount:** | $50.00K | **M/WBE Category:** | Non-M/WBE |
| **Original Amount:** | $50.00K | **Woman Owned Business:** | No |
| **Start date:** | July 1, 2022 | **Emerging Business:** | No |
| **End Date:** | June 30, 2023 | **Contract ID:** | CT107220238804773 |
| **Registration date:** | December 1, 2022 | **Parent Contract ID:** | |
| **Received date:** | - | **Version Number:** | 1 |
| **Award Method:** | EMERGENCY | **Contract type:** | CONSULTANT |
| **APT PIN:** | | **Purpose:** | subcontractor for DOC project |
| **PIN:** | | **Industry:** | Professional Services |

**Showing: 11 to 20 of 20 entries**

First  Previous  1  2

Office of the Comptroller - City of New York - One Centre Street, New York , NY 10007
Phone: (212) 669-3916
Disclaimer | Privacy Policy | Language Disclaimer | Resources
Copyright 2014, The New York City Comptroller's Office
Checkbook NYC is open source software