# EXHIBIT 64

11/3/23, 2:04 PM  Case 1:11-cv-05845-LTS  Document 682-59  Filed 11/17/23  Page 2 of 15
Tracking the Deaths on the Rikers Island Jail Complex - The New York Times

**The New York Times** | https://www.nytimes.com/article/rikers-deaths-jail.html

# Tracking the Deaths in New York City's Jail System

Another man died after being held on Rikers Island, the ninth death in the city's jail system this year. Last year was the deadliest in nearly a decade.

 

By Jan Ransom and Jonah E. Bromwich

Oct. 19, 2023

An incarcerated man died at the Rikers Island jail complex on Oct. 5, marking the ninth death in the New York City jail system this year.

The man, Manish Kunwar, 27, who had been held since late September, was found unresponsive in his cell, according to the Department of Correction.

Long besieged by a multitude of problems, Rikers Island and the city's other jail facilities have been engulfed in violence and disorder since 2020, when an outbreak of Covid among correction officers hurt morale and led to chronic staff absenteeism. With so few guards showing up for work, some detainees have been forced to go without food or medical care.

Nineteen people died in city jails in 2022 even as officials rushed to implement reforms to stave off the threat of a federal court takeover.

Mayor Eric Adams and his jails commissioner, Louis A. Molina, have vowed to enact a reform plan that was ordered and approved last year by a federal judge.

But lawyers for incarcerated people have said that the city is incapable of keeping detainees safe, and they have called for an outside official to take control of the jails.

In July, they were joined by the U.S. attorney in Manhattan, who said that an outside authority was necessary to prevent harm to those in the city's custody as well as jail staff members.

In August, the judge presiding over the case smoothed the way for control of the jails to be stripped from New York City. Judge Laura T. Swain agreed to allow federal prosecutors and lawyers for detainees to argue that an outside authority, known as a receiver, should take over Rikers Island.

She said the city had not shown it was willing or able to keep people in custody safe. "The people incarcerated at Rikers are at a grave risk of immediate harm," she said. Still, any such decision could be months away and would follow a series of hearings.

A federal monitor who reports to the judge said in a report this year that there was reason to doubt the Department of Correction had been accurately reporting the number of deaths in city jails.

The following list of those who have died after being held in the jail system since 2022 was drawn from Correction Department records and interviews with city officials, and lawyers and friends and family members of the deceased. It shows that most of those who died were men and that overwhelmingly they were Black or Hispanic, reflecting the population at Rikers.

## Oct. 5, 2023 — Manish Kunwar

**Race:** Other

**Sex:** Male

**Cause of death:** Unknown

**Jail:** Eric M. Taylor Center

**Arrest date:** Sept. 27, 2023

Mr. Kunwar's cause of death will be determined by the city's medical examiner. A correction captain and a correction officer were suspended without pay in connection with his death, the correction department said.

In a statement, the Legal Aid Society called Mr. Kunwar's death "tragic" and condemned what it called the Correction Department's "continuous failure to ensure the well-being of those New Yorkers in its custody and inability to administer basic jail functions."

## Aug. 22, 2023 — Donny Ubiera

**Race:** Other

**Sex:** Male

**Cause of death:** Unknown

**Jail:** George R. Vierno Center

**Arrest date:** June 11, 2022

Mr. Ubiera was found unconscious in his cell in a mental observation unit in the George R. Vierno Center at 5:15 a.m. on Tuesday, according to internal jail records. Officers administered Narcan and used a defibrillator, records show, but could not revive him.

According to court records, Mr. Ubiera was charged last year with attempted murder and assault for stabbing and slashing two people on a Queens subway platform and striking a third person with a slab of wood.

He was found to be mentally unfit and sent to a state forensic psychiatric hospital, where he received treatment before being transferred back to Rikers Island in March, according to people with knowledge of the case. He pleaded guilty to the charges on Aug. 18 and was scheduled to be sentenced next month.

"Close scrutiny should be paid to whether correctional staff and supervisors were actively engaged in supervising the housing area and conducting required tours," the Legal Aid Society, which represented Mr. Ubiera, said in a statement. "The federal monitor has found that staff and supervisors' chronic failure to perform basic custodial duties has been a factor in many of the recent deaths.

## July 23, 2023 — Curtis Davis

**Race:** Black

**Sex:** Male

**Cause of death:** Unknown

**Jail:** George R. Vierno Center

**Arrest date:** June 1, 2023

An officer found Mr. Davis, 44, on the floor of his cell shortly after 5 a.m. on Sunday, according to internal jail records. Officers performed chest compressions, and six minutes later medical staff arrived to assist. Emergency medical responders showed up minutes later and used a chest compression device, but Mr. Davis was still unresponsive, the records show. An

urgent care doctor pronounced Mr. Davis dead shortly before 6 a.m.

Mr. Davis had been held at the jail since June 1 on felony assault charges in Brooklyn, according to court records. A judge had ordered him held on $20,000 cash bail and he was due back in court at the end of August.

## July 15, 2023 — William Johnstone

**Race:** Black

**Sex:** Male

**Cause of death:** Unknown

**Jail:** George R. Vierno Center

**Arrest date:** March 27, 2023

Mr. Johnstone was found unconscious in his cell at 1:50 p.m. on Saturday. A correction officer gave him Narcan, which can reverse opioid overdoses, but could not revive Mr. Johnstone, jail records show. He was taken to Mount Sinai Hospital in Queens and pronounced dead at 3:50 p.m.

Mr. Johnstone was arrested in March for charges involving robbery and weapons possession in separate incidents in Brooklyn and Manhattan, court records show. The Brooklyn and New York County defender services, each of which represented him, released a joint statement saying that they were devastated by his death.

"We are angered and saddened that the Department of Correction's failure to protect the health and safety of people in its custody has resulted in the death of yet another New Yorker, the third in the past three weeks," the statement said.

## July 6, 2023 — Ricky Howell

**Race:** Black

**Sex:** Male

**Cause of death:** Terminal illness

**Jail:** Bellevue Hospital Prison Ward

**Arrest date:** Sept. 2, 2022

Mr. Howell, who according to his Legal Aid Society attorneys, was sick with Stage 4 cancer, pleaded guilty to a charge of burglary in June 2022. He was sent to Rikers Island after the Richmond County district attorney's office, which prosecutes crime on Staten Island, said that he had committed additional burglaries in Queens.

He was admitted to the Bellevue Prison Ward in February and died about 5 p.m. on July 6, the Department of Correction said.

"Mr. Howell was known for his kindness and charisma, and we are both saddened by his loss and angered by the collective indifference from the individuals who condemned Mr. Howell to live out his final days incarcerated," the Legal Aid Society said in a statement, saying that judges and prosecutors had acted disgracefully.

The Richmond County district attorney, Michael E. McMahon, said in a statement that he sympathized with Mr. Howell's family.

"However," he said, "the facts and history of Mr. Howell's journey through the criminal justice system clearly show our office's repeated efforts, and Mr. Howell's repeated failures, to lead a law-abiding life and to receive medical treatment outside Department of Corrections custody."

Mr. McMahon said that the office had consented to Mr. Howell's release twice but that both times Mr. Howell had "failed to abide by every term of his release."

# July 4, 2023 — Felix Taveras

**Race:** Other

**Sex:** Male

**Cause of death:** Unknown

**Jail:** Anna M. Kross Center

**Arrest date:** March 28, 2023

Just before midnight, on July 3, Mr. Taveras reported that he was experiencing a medical emergency. After correction staff responded, Mr. Taveras was taken to Elmhurst Hospital where he was pronounced dead at 1:21 a.m.

A spokesman for the correction department, Frank Dwyer, said the department had discovered procedural violations and it would issue suspensions.

Mr. Taveras was originally arrested in 2022 and charged with third degree burglary, but was released on bond, according to court records. He was arrested again this year after he was accused of missing a court appearance and sent to Rikers. His lawyer, Matthew Zuntag, could not be reached for comment on Tuesday.

# May 27, 2023 — Joshua Valles

**Race:** Other

**Sex:** Male

**Cause of death:** Unknown

**Jail:** Anna M. Kross Center

**Arrest date:** April 7, 2023

On May 19, Mr. Valles, who had been held in one of the intensive-care psychiatric units at Rikers, complained to a nurse that he had a headache and had been vomiting, according to a person with knowledge of the incident.

Mr. Valles, 31, was taken to the hospital, and on the way he suffered a seizure and was given medication. While undergoing testing, he went into cardiac arrest for several minutes, his mother, Denise Ferrer, and the person said. He died on May 27 at North Shore Long Island Jewish Medical Center.

Mr. Valles was being held at the jail on $10,000 bail after being arrested on a burglary charge in Manhattan, court records show.

Ms. Ferrer said her son had autism and had also been diagnosed with psychosis and schizo-affective and bipolar disorders. She said his arrest record was mostly the result of a drug addiction and that she wished he had gotten help, not jail time.

"It is cruelty," Ms. Ferrer said. "Why not put him in a proper spot where they can do what they need to do? Find them help?"

# May 16, 2023 — Rubu Zhao

**Race:** Asian

**Sex:** Male

**Cause of death:** Unknown

**Jail:** George R. Vierno Center

**Arrest date:** Dec. 13, 2022

Mr. Zhao, 52, suffered a skull fracture, apparently from a fall, on May 14. He was taken to Elmhurst Hospital, where he died shortly before midnight on May 16, according to internal jail records and six people with knowledge of the incident.

Mr. Zhao was pacing the top tier of a psychiatric unit at the jail when he apparently went over the railing and fell to the floor below, according to five of the people with knowledge of the matter.

It was not clear what led to the fall. Jail staff members reported that Mr. Zhao had jumped. But when medical staff members arrived, the jail officers said that he had slipped and fallen.

Believing he might have had a seizure, the staff members treated him differently than they would have if they had known he had fallen from a height, three of the people with knowledge said. Noting that he had head trauma and a possible broken leg, they sent him to the hospital. He died on May 16.

A note written in Mandarin and expressing paranoid thoughts that people were out to kill him was found inside Mr. Zhao's pocket, the people with knowledge of the matter said.

Recently, Mr. Zhao had been held in the jail's most heavily staffed intensive-care psychiatric housing areas, according to two people with knowledge of his placement. Accused of fatally stabbing his girlfriend in Brooklyn, he had been held at the jail since December and was awaiting trial on murder charges.

## Feb. 4, 2023 — Marvin Pines

**Race:** Black

**Sex:** Male

**Cause of death:** Unknown

**Jail:** North Infirmary Command

**Arrest date:** Aug. 3, 2022

Marvin Pines, 65, died at the North Infirmary Command a facility that houses people with acute medical conditions who require infirmary care or who have a disability, according to records and three people with knowledge of the incident.

Mr. Pines, who had been held at the jail since Aug. 3 on drug charges, was found lying on the floor of a shower area in medical distress, according to internal jail records obtained by The Times and three people with knowledge of the incident. Medical staff arrived at about 5:20 a.m. Ten minutes later, medical staff administered Narcan and performed cardiopulmonary resuscitation, but Mr. Pines remained unresponsive, records show.

Emergency medical responders arrived to the jail about 6 a.m. and began to provide assistance, but Mr. Pines was pronounced dead about 20 minutes later.

Mr. Pines's defense lawyer, Javier Damien, said that the jail officials told him his client had suffered a seizure, a longstanding medical problem.

Mr. Pines pleaded guilty to several drug charges in November, Mr. Damien said, and his sentencing was slated for the end of the month. Mr. Damien said Mr. Pines struggled with a drug addiction and had been in a treatment program at the time of his arrest.

## Dec. 11, 2022 — Edgardo Mejias

**Race:** Other

**Sex:** Male

**Cause of death:** Unknown

**Jail:** Anna M. Kross Center

**Arrest date:** Sept. 30, 2022

Though the cause of Mr. Mejias's death is not yet known, corrections documents obtained by The New York Times showed that another detainee alerted officers that he was not well. Several doses of Narcan, which can reverse opioid overdoses, were administered to Mr. Mejias, 39, about 15 minutes later. He was pronounced dead by a physician at about 5 p.m.

Mr. Mejias entered the city's jail system on Oct. 2 on charges of robbery in the third degree and related offenses, accused of stealing from stores and brandishing a knife, court records show. He was held on a total of $15,000 bail in connection to two of four pending cases, including the robbery.

## Oct. 31, 2022 — Gilberto Garcia

**Race:** Other

**Sex:** Male

**Cause of death:** Suspected as fentanyl overdose

**Jail:** Anna M. Kross Center

**Arrest date:** Oct. 31, 2019

A detainee alerted two officers in a station room that Mr. Garcia appeared to be unwell about 12:18 p.m., according to a preliminary death report by the Board of Correction. Minutes later, one officer approached Mr. Garcia's cell and saw him unresponsive, lying in bed, but did not enter his cell. Five minutes later, video captured a second officer entering Mr. Garcia's cell. Medical staff arrived about 12:30 p.m., documents show, and a physician attempted CPR while a detainee performed mouth-to-mouth resuscitation.

Mr. Garcia was cold and his skin appeared blue, suggesting that he had been dead for at least two hours, according to a person familiar with the matter. Even so, medical staff tried for 30 minutes to revive him, the person said. Mr. Garcia was pronounced dead at 12:55 p.m. of a suspected fentanyl overdose, according to a second person familiar with the matter.

Mr. Garcia had been in custody since November 2019 on robbery charges out of Manhattan, court records show.

## Oct. 22, 2022 — Erick Tavira

**Race:** Other

**Sex:** Male

**Cause of Death:** Suspected as suicide

**Jail:** George R. Vierno Center

**Arrest date:** June 13, 2021

Mr. Tavira, 28, was found with a sheet around his neck in a mental health observation unit at a jail on Rikers Island, according to internal documents obtained by The New York Times. He was pronounced dead shortly thereafter.

Mr. Tavira, who had been diagnosed with schizophrenia and bipolar disorder, was arrested in June 2021 for allegedly assaulting an officer while seeking mental health care at the Metropolitan Hospital Center and for choking a stranger during another mental health episode, his family and lawyer said.

In the 16 months that Mr. Tavira was in jail, officials changed his housing assignment 20 times before placing him in a mental observation unit at the George R. Vierno Center, according to a preliminary death report from the Board of Correction, a jails oversight agency.

When Mr. Tavira hanged himself, no suicide prevention aide was assigned to the mental observation unit where he was housed, and the correction officer on duty did not look in on him every 15 minutes as the officer was supposed to, the report found. In fact, Mr. Tavira was left unattended for an hour.

## Sept. 22, 2022 — Robert Pondexter



Gina Pondexter

**Race:** Black

**Sex:** Male

**Cause of Death:** Suspected as pulmonary embolism

**Jail:** George R. Vierno Center

On Sept. 22, Elmore Robert Pondexter, collapsed in a psychiatric unit at the George R. Vierno Center and later died at Bellevue Hospital, according to his family, lawyer, jail records and three people with knowledge of the matter.

In the days leading up to his death, Mr. Pondexter, who had been held at the jail since April 2020 on charges of rape and related offenses, had complained to his sister and daughter that he had chest pain and problems breathing.

Mr. Pondexter, who was being held in the Program to Accelerate Clinical Effectiveness — Rikers Island's most heavily staffed intensive-care psychiatric housing area — collapsed after 5 a.m. on Sept. 18 and was taken to Bellevue Hospital, according to jail records and two people with knowledge of the incident. He went into cardiac arrest soon after, and doctors concluded he was unlikely to regain consciousness. He was taken off life support at 2:50 p.m. and pronounced dead at 7:50 p.m., his family said.

Mr. Pondexter was granted compassionate release before he died, and his death was not counted in the Correction Department's official tally.

## Sept. 20, 2022 — Gregory Acevedo

**Race:** Other

**Sex:** Male

**Cause of Death:** Suspected as suicide or death during an escape

**Jail:** Vernon C. Bain Center

**Arrest date:** Feb. 26, 2022

On Sept. 20, while in the recreation yard on the roof of the Vernon C. Bain Center, a massive barge known among detainees and jail employees as "the Boat," Gregory Acevedo climbed a towering security fence lined with barbed wire shortly before noon, three people familiar with the matter said. He remained at the top of the fence for a while, one of the people said, as officers fired pepper spray at him in an unsuccessful attempt to force him down. Mr. Acevedo then jumped into the East River, the people said.

Fire officials received 911 calls about the incident at least three minutes after Mr. Acevedo climbed the fence. According to jail records, officers threw him life rafts, but he refused to accept them. By the time the Police Department's harbor unit pulled Mr. Acevedo from the water, he was unresponsive and in critical condition, the people said.

He died at Mount Sinai Hospital in Queens at 10:59 p.m., according to the people with knowledge. Mr. Acevedo, who was on parole, had been at the jail since his arrest on robbery and assault charges in February.

It was unclear whether Mr. Acevedo was trying to escape or attempt suicide, though the Department of Correction called the incident an "attempted escape" in a statement. A fourth person with knowledge said that Mr. Acevedo, 48, had a history of mental health problems.

## Sept. 14, 2022 — Kevin Bryan

**Race:** Black

**Sex:** Male

**Cause of Death:** Suspected as suicide

**Jail:** Eric M. Taylor Center

**Arrest date:** Sept. 7, 2022

Mr. Bryan, 35, was found at about 7 a.m. hanging from a pipe inside a locked staff bathroom, according to two officials with knowledge of the matter. Mr. Bryan had been at the jail for a week, ordered held in lieu of $5,000 bail on burglary charges and other offenses stemming from six separate incidents, court records show.

Arrested multiple times since December, he had been released in each instance before being detained again in September, an official said. A court-ordered drug treatment program accepted him in June but kicked him out after he failed to show, the official said.

Mr. Bryan died after being forced out of a housing area by other detainees through a gate that had been opened by a correction officer, people familiar with the mater said. He locked himself inside a staff bathroom and hanged himself from a pipe, the people said.

Officers kicked the door open in an attempt to save him, one person said, but Mr. Bryan was pronounced dead at 7:44 a.m.

Mr. Molina said in a statement that the department will investigate the death.

## Aug. 30, 2022 — Michael Nieves

**Race:** Other

**Sex:** Male

**Cause of Death**: Suicide

**Jail:** Anna M. Kross Correctional Facility

**Arrest Date:** June 8, 2022

Mr. Nieves slit his throat with a razor in front of two correction officers and a captain, who failed to respond for at least 10 minutes, according to five people with knowledge of the matter.

"The health and safety of those in our custody is paramount and an immediate review of this incident required we take immediate action and suspend three uniform staff members involved," Mr. Molina, the commissioner of the Department of Correction, said in a statement on Tuesday evening after a Times report on Mr. Nieves's self-inflicted wound. "We are conducting a full investigation into this and will continue to work tirelessly to bring safety to our city's jails."

The episode was captured on video and it showed Mr. Nieves bleeding out onto the floor of his cell, said the people, who spoke on the condition of anonymity because they were not authorized to discuss the matter publicly.

Unlike most of the deaths this year, Mr. Nieves's grave injury was not the result of insufficient staffing. Mr. Nieves, who had been described by officials as seriously mentally ill, was most recently held in the Program to Accelerate Clinical Effectiveness — Rikers Island's most heavily staffed intensive-care psychiatric housing areas.

## Aug. 15, 2022 — Ricardo Cruciani



Matt Rourke/Associated Press

**Race:** White

**Sex:** Male

**Cause of Death:** Suspected as suicide

**Jail:** Eric M. Taylor Center

**Arrest Date:** Mr. Cruciani was admitted to Rikers on July 29, after being convicted at trial.

The Correction Department did not immediately respond to questions about Mr. Cruciani's death or whether he had been placed on suicide watch, as his lawyer, Frederick Sosinsky, and the judge presiding over his trial had requested. After his death, Mr. Sosinsky called for an investigation and said that, to his knowledge, his client had never been placed on suicide watch.

Mr. Molina, the Correction Department commissioner, said in a statement that he was "deeply saddened to learn of the passing of this person in custody." He said that the department would review the death.

Mr. Cruciani was being held in a general population dormitory that was understaffed, according to an official familiar with the matter, who, like some others interviewed about this year's deaths, spoke on condition of anonymity because the person was not authorized to discuss it publicly.

A second official said that Mr. Cruciani had entered the shower area at 4:23 a.m. and was found unresponsive at 5:35 a.m. by an officer overseeing the housing unit.

## July 15, 2022 — Michael Lopez, 34

**Race:** Multiracial

**Sex:** Male

**Cause of Death:** Suspected as overdose

**Jail:** Anna M. Kross Center

**Arrest Date:** May 18, 2022

Mr. Lopez, 34, had been held at the jail on $2,500 bail on burglary charges in Manhattan. Mr. Lopez had six open cases in Manhattan, including three burglaries from the same Target, three burglaries from the same Duane Reade and one assault case, records show.

Mr. Lopez had schizophrenia disorder and struggled with drug addiction, his mother Jennie Rosario-Megibow, 64, said in a recent interview. During his latest stint on Rikers, Ms. Rosario-Megibow said her son had never received any of the four medications he was on for his mental illness and she believes he overdosed in an attempt to self medicate.

"He was held in an observation unit charged with ensuring his safety, yet he was still deprived of the services that he needed and deserved," said a statement from The Legal Aid Society, which represented Mr. Lopez. "Had Mr. Lopez been spared detention, he would have been connected to programming, and he would be alive today."

A Correction Department spokesman said that the department extends its condolences to Mr. Lopez's loved ones and that the incident was under investigation.

## July 10, 2022 — Elijah Muhammad, 31

**Race:** Black

**Sex:** Male

**Cause of Death:** Suspected as overdose

**Jail:** George R. Vierno Center

**Arrest Date:** June 8, 2022

Mr. Muhammad, who had been held at the complex on an assault charge, appeared to have been lying dead in his cell for hours before his body was discovered by correction staff members, according to two people familiar with the matter. The delay prompted the immediate firing of one rookie correction officer and the suspensions of others, one of the people said.

Mr. Muhammad had been receiving treatment for schizophrenia, according to one of the people with knowledge of his case. In the days before he died, he had spent more than 32 hours in isolation before being returned to a regular cell, a violation of department rules against holding detainees in so-called de-escalation units for more than six hours at a time. While in the isolation cell, Mr. Muhammad did not have a bed or access to medical care, the person said.

## June 21, 2022 — Albert Drye, 52

**Race:** Black

**Sex:** Male

**Cause of Death:** Unknown

**Jail:** Eric M. Taylor Center

**Arrest Date:** May 17, 2022

Mr. Drye died at the Bellevue Prison Hospital Ward, according to the Legal Aid Society, which was representing him. He had been held on assault, harassment and weapons charges in Manhattan and the Bronx, and had been seriously ill with an unspecified ailment and hospitalized for several weeks before his death.

Before he was hospitalized, he had been held at the Eric M. Taylor Center, where new detainees are assessed before being placed in jails.

# June 20, 2022 — Anibal Carrasquillo, 39



Sheniqua Bryant Carrasquillo

**Race:** Multiracial

**Sex:** Male

**Cause of Death:** Suspected as overdose

**Jail:** George R. Vierno Center

**Arrest Date:** Sept. 27, 2019

Mr. Carrasquillo had been held on a $50,000 bail on charges including robbery, drug possession and assault. He was last seen alive shortly after 10 p.m. on a Sunday, a person with knowledge of the incident said. Shortly before 1 a.m. on Monday, a jail supervisor found him unresponsive in his cell.

Mr. Carrasquillo's wife, Sheniqua Bryant Carrasquillo, 31, criticized New York City officials for having neglected him. "He was in your custody," she said in an interview. "He should have been protected, and he wasn't."

A Correction Department spokesman said that the department extends its condolences to Mr. Carrasquillo's loved ones and that the incident was under investigation.

# June 18, 2022 — Antonio Bradley, 28

**Race:** Black

**Sex:** Male

**Cause of Death:** Suicide

**Jail:** N/A

**Arrest Date:** Oct. 13, 2021

Antonio Bradley died three days after he was granted compassionate release to Lincoln Hospital in the Bronx, Correction Department officials said. Because he was released from custody before his death, the city does not include him in its official count of the deaths in custody this year.

Mr. Bradley, who had been held in a mental observation unit on Rikers, used his sweater to hang himself in a courthouse cell following a hearing in Bronx criminal court. A person familiar with his death said he had been hanging for several minutes before jail officers noticed him and that, by then, he was brain-dead. He died days later.

# May 28, 2022 — Emanuel Sullivan, 20

**Race:** Black

**Sex:** Male

**Cause of Death:** Unknown

**Jail:** Robert N. Davoren Center

**Arrest Date:** Feb. 7, 2022

Mr. Sullivan was found in his bed by a correction officer, according to the Correction Department. He was being held on a second-degree murder charge and a first-degree robbery charge, records show. Correction Officials said that the housing area where Mr. Sullivan died was staffed and that tours of it had been conducted by correction officers throughout the day. Little additional information about his death has come to light.

# May 18, 2022 — Mary Yehudah, 31



**Race:** Black

**Sex:** Female

**Cause of Death:** Suspected as untreated diabetes

**Jail:** Rose M. Singer Center

**Arrest Date:** Feb. 11, 2022

Mary Yehudah, 31, was awaiting trial on a robbery charge when she was found unresponsive in her cell at about 9 a.m. on May 17. She was taken to Elmhurst Hospital in Queens but died the next morning. Lawyers for Ms. Yehudah said they had been trying to get her into a drug-treatment program.

Jail officials initially said they suspected that Ms. Yehudah had died of an overdose, but medical records obtained by her lawyer, Ilyssa Fuchs, point to untreated diabetes and tests that showed no indication of drugs in her system, Ms. Fuchs said.

The correction officers had also failed to look in on Ms. Yehuda's housing area every 30 minutes as they were supposed to, and they learned that something was wrong with Ms. Yehudah only after another detainee had peeked into her cell and alerted them, Ms. Fuchs said.

# May 7, 2022 — Dashawn Carter, 25

**Race:** Black

**Sex:** Male

**Cause of Death:** Suspected as suicide

**Jail:** Anna M. Kross Center

**Arrest Date:** May 7, 2022

Mr. Carter was found hanging from a window in his cell just two days after being transferred back to Rikers from a state psychiatric hospital, according to a person with knowledge of the circumstances surrounding his death.

When Mr. Carter was returned to Rikers on a Thursday, mental health officials at the jail cleared him to be held in a general population housing area known as Quad Upper 12, according to the person familiar with his case. Mr. Carter was later found slumped over near his bed around 5 p.m. that Saturday, said Joseph Russo, the president of the union representing deputy wardens and assistant deputy wardens.

Mr. Carter had been charged with first-degree robbery and third-degree burglary, according to officials.

## March 18, 2022 — Herman Diaz, 52



via Eduardo Diaz

**Race:** Hispanic

**Sex:** Male

**Cause of Death:** Choking

**Jail:** Eric M. Taylor Center

**Arrest Date:** Feb. 22, 2022

Mr. Diaz's death was detailed in a report from the city Board of Correction, a jails watchdog panel. According to the report, Mr. Diaz choked on an orange and was not assisted by a correction officer on duty, who was on modified duty and not permitted to interact directly with people in custody.

Mr. Diaz was carried to the medical clinic by other detainees and pronounced dead by medical staff at 10:58 a.m., about 40 minutes after he began to choke.

## March 17, 2022 — George Pagan, 48

**Race:** Hispanic

**Sex:** Male

**Cause of Death:** Sepsis, complicated by substance use and H.I.V. infection.

**Jail:** Eric M. Taylor Center

**Arrest Date:** March 9, 2022

Clearly ill, Mr. Pagan "regularly urinated, defecated and vomited on himself" during his nine days in custody, the Correction Board report stated.

Despite his condition, he was allowed to miss nine scheduled medical appointments in six days and placed in a general-population housing area where he was offered no food or drink other than what was provided to him by other detainees. It is unclear whether his condition was called in by a correction officer but eventually, other detainees carried him out of the unit to receive medical care. He is survived by a sister and brother.

## Feb. 27, 2022 — Tarz Youngblood, 38

**Race:** Black

**Sex:** Male

**Cause of Death:** Overdose

**Jail:** George R. Vierno Center

**Arrest Date:** Sept. 5, 2021

Mr. Youngblood was inside another man's cell — it was not clear why — when he became unresponsive. Other detainees carried him down a flight of stairs and attempted to provide him with medical assistance, the Correction Board report stated.

Video footage showed that correction officers did not conduct rounds at the intervals required in the hours before Mr. Youngblood's death. He is survived by his domestic partner, their three children, his mother, his stepmother and his stepsister.

William K. Rashbaum contributed reporting.

**Jan Ransom** is an investigative reporter on the Metro desk focusing on criminal justice issues, law enforcement and incarceration in New York. More about Jan Ransom

**Jonah E. Bromwich** covers criminal justice in New York, with a focus on the Manhattan district attorney's office, state criminal courts in Manhattan and New York City's jails. More about Jonah E. Bromwich