# EXHIBIT 68



Menu

Search



Translate This Page

# News

Select

- News Releases and Other Information
- News of Note
- Nunez Monitor Reports
- Raise the Age
- Board of Correction Meetings
- DOC Testimonies
- DOC Newsletter Bold Print

**FOR IMMEDIATE RELEASE**: May 9, 2022

**CONTACT:** pressoffice@doc.nyc.gov

@CorrectionNYC   NYC DOC TV



**Manuel J. Hernandez to Serve as Deputy Commissioner of the Investigation Division**

*NYPD veteran brings decades of supervisory and investigation experience to DOC*



**East Elmhurst, NY** – May 9, 2022- DOC has appointed a new Deputy Commissioner of the Investigation Division, Manuel J. Hernandez, a 25-year veteran of the New York Police Department (NYPD), where he supervised all aspects of detective investigations as Lieutenant Commander of the 6th Precinct Detective Squad. Among other posts, Mr. Hernandez also served in NYPD's Internal Affairs Bureau, where he investigated officer misconduct and enforced integrity and discipline for the nation's largest police department.

A native of Williamsburg, Brooklyn, Mr. Hernandez began a life that has been defined by public service in 1979, when he enlisted in the United States Air Force. He served in Operation Desert Storm, Operation Enduring Freedom, and the Global War on Terror, eventually retiring from the New Jersey Air National Guard in 2007. Mr. Hernandez also attended Manhattan College before joining the NYPD. While at Internal Affairs, Mr. Hernandez was instrumental in creating and supervising an integrity test designed to fairly assess officers and non-uniform personnel who were suspected of engaging in misconduct. He was also a 9/11 first responder who assisted in the rescue and recovery efforts at both Ground Zero and Fresh Kills Landfill.

In addition to serving at the 6th Precinct and Internal Affairs, Mr. Hernandez also worked in the Patrol Services Bureau and Organized Crime Control Bureau. He left NYPD in 2012 after receiving an Award of Commendation, 2 Awards for Excellent Police Duty, and 3 Unit Citations. After a distinguished career in law enforcement, Mr. Hernandez worked with the United States Marshals Service and was assigned at the Daniel Patrick Moynihan Courthouse and then had a stint as a security consultant. Mr. Hernandez is also an ardent supporter of giving back to the community and volunteers his time in youth sports.

"As we move forward with the challenge of repairing, restoring, and transforming this correctional system for the better of everyone working and in-custody here, I have full confidence that Manuel will enforce accountability in the agency with fairness, transparency, and thoughtfulness," **said Correction Commissioner Louis A. Molina.** "I witnessed Manuel's dedication and integrity first-hand years ago when I served under him at the 6th Precinct. He was my supervisor and a mentor who understood the challenges for people of color working in and being affected by the criminal justice system."

"I am extremely grateful to Commissioner Molina for the opportunity to further serve my city, because I have a lot more to give," **said Mr. Hernandez.** "I have followed the career of Louis Molina for years. He is one of those individuals who is always bettering themselves and those around him. I am extremely excited about bringing my background, my experience and compassion, to help him better the agency."

"I had the pleasure of working alongside Manuel when I was the Commanding Officer of the 6th Precinct.  It was a privilege to watch Manuel successfully accomplish any task set before him; always showing a great balance of enthusiasm, competency, fairness, and common sense," **said retired NYPD Chief of Training Theresa J. Shortell**. "As a commensurate professional who presents ideas with clarity and embraces opportunities, the DOC is fortunate to have Manuel as part of their team."

\*\*\*

The New York City Department of Correction (DOC) is dedicated to creating a safe and supportive environment while providing individuals in our care with a path to successfully re-enter their communities.