# EXHIBIT 69

Dwayne C. Sampson, Chair
Robert L. Cohen, M.D.
Felipe Franco
Jacqueline Miriam Pitts
Joseph Ramos
Jacqueline Sherman

Amanda Masters
*Executive Director*



**BOARD OF CORRECTION
CITY OF NEW YORK**
2 LAFAYETTE STREET, SUITE 1221
NEW YORK, NY 10007
212 669-7900 (Office)

**STATEMENT ON LOSS OF ACCESS TO JAIL VIDEO**
For immediate release: January 18, 2023

      The New York City Board of Correction (BOC) is a nine-person oversight board that regulates, monitors, and inspects the correctional facilities of the City. The Board of Correction has carried out critical independent oversight for the City of New York since 1957, despite being a relatively small agency with limited resources. Our staff are the Board's "eyes and ears" inside the jails, working to evaluate complaints, review incidents, and make recommendations for compliance with the Minimum Standards for confinement. The Board sets a baseline for what New York City must provide to people in custody in order to maintain humane jails.

      The Department of Correction recently revoked the Board staff's access to independently view *Genetec*, the *Body worn Camera System*, and *handheld video* at any time, and forbade the recording and use of such video in our work.

      The revocation of access to video at any time stands at odds with the New York City Charter. Under the NYC Charter the Board must have the right to:

*-The inspection and visitation at any time of all institutions and facilities under the jurisdiction of the department*

*-The inspection of all books, records, documents, and papers of the Department for the evaluation of departmental performance.*

*-The board may compel the attendance of witnesses, require the production of books, accounts, papers and other evidence, administer oaths, examine persons, and conduct public or private hearings, studies and investigations. The board may institute proceedings in a court of appropriate jurisdiction to enforce its subpoena power and other authority pursuant to this section.*

Therefore, the Board of Correction requests immediate and full restoration of access to and recording of *Genetec*, the *Body worn Camera System*, and *handheld video.*