# EXHIBIT 72

11/3/23, 3:35 PM  NYC Correction Commissioner Louis Molina suspends captain conducting an investigation for not signing jail logbook

Case 1:11-cv-05845-LTS   Document 602-67   Filed 11/17/23   Page 2 of 4

NEWS > NEW YORK NEWS

SUBSCRIBER ONLY

# NYC Correction Commissioner Louis Molina suspends captain working as investigator for not signing jail logbook (Exclusive)



By **GRAHAM RAYMAN** | grayman@nydailynews.com | New York Daily News
PUBLISHED: July 4, 2023 at 10:41 a.m. | UPDATED: July 4, 2023 at 9:52 p.m.

Correction Commissioner Louis Molina ordered the suspension of a correction captain working for a city anti-corruption agency for not signing in at a jail, the Daily News has learned.

Molina's Friday decision to suspend Captain Lawrence Bond — who has been working as an investigator on loan to the city Department of Investigation for years — was confirmed in a teletype sent out Monday and obtained by The News.

The move is controversial as investigators are not required to sign in at the jails because general knowledge of their mere presence can reveal confidential investigations.

DOI spokeswoman Diane Struzzi declined to comment.



Top Videos - Suspect in Brooklyn double homicide was once a Sing Sing correction officer

Top Videos - Suspect in Brooklyn double homicide was once a Sing Sing correction officer
A former Sing Sing Correction officer, and the suspect in a double homicide, is dead.

Suspect in Brooklyn double homicide was once a Sing Sing correction officer -- | 0:40

Suffolk Police Commissioner Harrison to resign, according to Suffolk County executive's office -- | 0:59

Julia Louis-Dreyfus on Her First Job and a Life Lesson From Improv -- | 5:00

Former NYPD commissioner joins Mets as senior VP of security -- | 0:24

Olivia Rodrigo is reportedly dating actor Louis Partridge -- | 1:37

11/3/23, 3:35 PM NYC Correction Commissioner Louis Molina suspends captain conducting an investigation for not signing jail logbook

Case 1:11-cv-05845-LTS   Document 602-67   Filed 11/17/23   Page 3 of 4



DOC Commissioner Louis Molina

Patrick Ferraiuolo, president of the Correction Captains Association, which represents Bond, said he had yet to speak to the captain about the suspension. "When he receives charges, we will be defending him," he said.

DOC Directive 7000R, which dates back to 1979, states investigators "shall have immediate and unrestricted access to all DOC facilities."

"This right to immediate access cannot be restricted for any reason and failure to provide immediate access is cause for disciplinary action," the directive states.

The Correction Department press office did not respond to an email requesting comment.

Sarena Townsend, the former deputy commissioner for trials and investigations said the move was another in a series of "systematic" efforts to block oversight.

"[Molina] wants to control whatever information is coming out of the department and into the public arena, and he will stop at nothing to do it," said Townsend, now a lawyer in private practice. "I've never seen a DOI investigator suspended for doing their job. He's sending a message."

On Tuesday, a correction source said Bond may have been in the facility to give an anti-corruption lecture and declined to sign the logbook because of his role with DOI.

Molina had meetings at DOI on Friday and also spoke with the FBI, the sources said. Neither DOI nor DOC would comment on the subject matter of those meetings. The federal prosecutor's office in Manhattan declined comment.

The meeting with the FBI may have had to do with federal monitor's reports which raised questions about whether there was an attempt to cover up five serious incidents, including two deaths in the jails.

DOI often hires uniformed correction staff, usually captains, to assist in investigations.

11/3/23, 3:35 PM  NYC Correction Commissioner Louis Molina suspends captain conducting an investigation for not signing jail logbook

Case 1:11-cv-05845-LTS Document 602-67 Filed 11/17/23 Page 4 of 4



Correction Commissioner Louis Molina ordered the suspension Friday of a correction captain conducting a confidential investigation for not signing in at a jail, the Daily News has learned.

Bond has been assigned to DOI for at least five years and is considered a solid, well-liked investigator, according to sources familiar with his work.

As a DOI investigator, Bond performed dozens of home visits of supposedly ailing officers in 2021 and 2022 as DOC tried to get a handle on the sick leave crisis.

On April 18, the Bronx District Attorney's office credited his work in a press release on the arrest of a male officer accused of groping a female officer at a Rikers Island headquarters trailer.

In 2019, he was praised by the Manhattan district attorney's office for his role in the arrests of a DOC captain and five officers for conducting illegal strip searches of women in a jail and falsifying paperwork to cover it up.

In 2018, Bond was credited by DOI for his role in the arrest of an officer for bringing in illegal contraband.

Bond could not be reached for comment.

Taboola Feed

### Seniors In New York Can Get These for $99

Comfortable hearing aids with precise sound, long battery life, under $100

Oricle | Sponsored

Learn More

### New Cruise Chews Are Now Legal And People Are Snapping Them Up