# EXHIBIT 73



Menu Translate This Page

Search

# News

Select

- News Releases and Other Information
- News of Note
- Nunez Monitor Reports
- Raise the Age
- Board of Correction Meetings
- DOC Testimonies
- DOC Newsletter Bold Print

**FOR IMMEDIATE RELEASE**: April 24, 2023

**CONTACT:** pressoffice@doc.nyc.gov

@CorrectionNYC   NYC DOC TV



DOC Appoints Five Assistant Commissioners of Operations

*These historic appointments will be a first in the agency's 128 years history*

**East Elmhurst, NY** – New York City Department of Correction (DOC) has appointed five new Assistant Commissioners of Operations, Antoinette Cort, Danielle Davis, Sonya Harvey, Ned McCormick, and Charles Williams. These individuals will oversee and manage facilities that were previously led by Wardens. The Assistant Commissioners will each ensure that the day-to-day facility operations are managed in accordance with Department policy and practices, be responsible for all activities within their respective command, including direct and indirect supervision of all employees and people in custody, monitor and evaluate all security measures to ensure that proper security is maintained, develop procedures to enhance facility security and will be responsible for the security aspects for the commands they are charged to lead.

"Under this administration this agency has been on the precipice of great change, and we are committed to bringing on accomplished correctional leaders to support our efforts," **said DOC Commissioner Louis A. Molina**.  "I am happy that we have chosen three professionals from other jurisdictions, as well as two phenomenal leaders who have both worked in our jails for more than 20 years. I know that their impressive credentials, their professionalism, and expertise will help us to continue to move this agency forward."

"I am grateful for the opportunity to continue to serve this agency and to help turn it around," **said Assistant Commissioner Cort.** "It's an honor that I will be able to work with Commissioner Molina to evoke change and make the facilities safer for staff and the individuals in our care. I look forward to playing a part in enhancing the Department and for ensuring that people in custody have the resources and support they need when they re-enter their communities."

"I am honored and humbled by this promotion," **said Assistant Commissioner Harvey.** "This agency has entrusted me to assist with Commissioner Molina's mission to facilitate change and manage initiatives for people in custody. I will take this opportunity to support and uplift staff and ensure they are trained in accordance with policy. We as an agency will then be prepared to assist with the rehabilitation of people in our custody so they can re-enter their communities successfully and avoid re-incarceration."

"I want to thank Commissioner Molina for this wonderful opportunity," **said Assistant Commissioner Davis**. "I am excited about this new challenge and honored to join this amazing organization. I look forward to serving alongside this phenomenal team as we continue to work towards revitalizing the city's jail in alignment with Commissioner Molina's vision for a safe, humane, and professional working environment."

*"I am extremely grateful for the opportunity to serve the New York City Department of Correction under the leadership of Commissioner Louis Molina,* **said Assistant Commissioner McCormick**. *"His focus and drive to make positive changes on Rikers Island has been proven by his unwavering commitment and perseverance. I look forward to this opportunity to continue the mission of creating a safe and supportive environment while serving the citizens of New York City.*

"I'm honored that I was selected by Commissioner Molina to help aide in bringing his extraordinary vision to fruition," **said Assistant Commissioner Williams.** "I am looking forward to joining the Department of Correction and helping to continue to reform the City's jail system."

**Antoinette Cort** has worked for DOC for more than 25 years in multiple facilities. Starting as a Correction Officer at the Department in 1996, Cort has risen through the ranks and become a Captain, Assistant Deputy Warden, Deputy Warden, and Deputy Warden in Command. She received an associate degree in Nursing from Nassau Community College and an associate degree in Criminal Justice from Ashworth College. She has received many awards such as Deputy Warden of the Year by the Correction Officer Benevolent Association (COBA), Deputy Warden of the Year by the Jade Society, and the Integrity Award from Correction Officers for Christ. She is a member of the Sigma Gamma Rho Sorority, the National Latino Peace Officers Association, the DOC Hispanic Society, and Women of Correction.

**Sonya Harvey** has worked for DOC for more than 30 years. After working as a Correction Officer for over 20 years, she later became a Captain. She then worked as an Assistant Deputy Warden for two years, as an Executive Officer for one year, as a Deputy Warden for two and half years, as a Deputy Warden in Command, and is currently leading the Eric M. Taylor Center (EMTC). She received a master's degree in

Inclusive Early Childhood Education and a bachelor's degree in Psychology from Hofstra University, an associate degree in Criminal Justice from Nassau Community College, an advanced graduate certificate in Correction Management from John Jay College, and a National Jail Leadership Correction Academy Certification. She has received numerous honors from DOC such as the Captain Recognition for Achievement Award, Assistant Deputy Warden Certification of Recognition, and the Assistant Deputy Warden Outstanding Performance Award.

**Danielle Davis** has over 20 years of law enforcement and supervisory experience. She began her career in 2002 with the City of Las Vegas Department of Public Safety. Ms. Davis started her career as a correction officer and worked in various ancillary positions until her promotion to correction sergeant in 2006. As correction sergeant, she supervised correction officers in maintaining the safety and security of all people in custody. In 2015, she was promoted to correction lieutenant, where she operated as an Administrative Lieutenant, acting as the department court liaison and PREA Coordinator. In this role, she managed the correctional health care services contract and was responsible for all intake administrative support services, inmate classification, and custody management, the disciplinary committee, re-entry programming, and discharge planning. In 2021, she was appointed as Deputy Chief. In her last role as Deputy Chief, Danielle was responsible for maintaining a safe environment, supervising, training, and recruiting staff, contract management, and ensuring staff was familiar with and abided by all departmental policies and federal, state, and local ordinances. She holds a bachelor's degree in Criminal Justice, and a master's in Social Work from the University of Nevada, Las Vegas. She is also an active member of the International Association of Chiefs of Police (IACP), the Nevada Black Police Officers Association, the National Latino Peace Officers Association of Southern Nevada (NLPOA), and the American Jail Association (AJA), and was an advisory board member of the Trauma Intervention Program of Southern Nevada.

**Ned McCormick** has worked for the State of Connecticut Department of Correction for more than 23 years. Throughout his career, he worked his way up from a correction officer to a Correctional Treatment Officer, Lieutenant, Captain, Deputy Warden, and then Warden. In his previous position as Warden at Connecticut's DOC, he was responsible for the implementation of all operational, budgetary, and programming aspects of managing a correctional facility. He also managed over 300 staff members and over 900 people in custody. He received an associate degree in Criminal Justice from Asnuntuck Community College and is in the process of completing a bachelor's degree in Criminology from Central Connecticut State University. Before starting his career in law enforcement, Mr. McCormick served in the United States Army.

**Charles Williams** has over 30 years in law enforcement and has worked in multiple correctional facilities in New York, South Carolina, Florida, Alabama, and Kansas. He started his career as a correction officer at the Federal Correctional Institution in Ray Brook, NY. He worked his way up the ranks to Senior Officer Specialist, Lieutenant, Captain, Correctional Services Administrator, Associate Warden, Warden, Superintendent and Assistant Deputy Commissioner. In his most recent role as Assistant Deputy Commissioner of the Alabama Department of Correction, Mr. Williams oversaw the daily operations of the state's 23 male correctional facilities that employ over 1,700 staff and houses 18,600 people in custody. For two years, he worked as the Director of Correctional Standards Review for New York City's DOC in which he partnered with uniform staff to monitor, train, and ensure the proper enforcement of all aspects of the agency within their assigned and designated facilities. He attended the Community College of the Air Force.

"Under this administration this agency has been on the precipice of great change, and we are committed to bringing on accomplished correctional leaders to support our efforts," **said DOC Commissioner Louis A. Molina**. "I am happy that we have chosen three professionals from other jurisdictions, as well as two phenomenal leaders who have both worked in our jails for more than 20 years. I know that their impressive credentials, their professionalism, and expertise will help us to continue to move this agency forward."

"I am grateful for the opportunity to continue to serve this agency and to help turn it around," **said Assistant Commissioner Cort.** "It's an honor that I will be able to work with Commissioner Molina to evoke change and make the facilities safer for staff and the individuals in our care. I look forward to playing a part in enhancing the Department and for ensuring that people in custody have the resources and support they need when they re-enter their communities."

"I am honored and humbled by this promotion," **said Assistant Commissioner Harvey.** "This agency has entrusted me to assist with Commissioner Molina's mission to facilitate change and manage initiatives for people in custody. I will take this opportunity to support and uplift staff and ensure they are trained in accordance with policy. We as an agency will then be prepared to assist with the rehabilitation of people in our custody so they can re-enter their communities successfully and avoid re-incarceration."

"I want to thank Commissioner Molina for this wonderful opportunity," **said Assistant Commissioner Davis**. "I am excited about this new challenge and honored to join this amazing organization. I look forward to serving alongside this phenomenal team as we continue to work towards revitalizing the city's jail in alignment with Commissioner Molina's vision for a safe, humane, and professional working environment."

*"I am extremely grateful for the opportunity to serve the New York City Department of Correction under the leadership of Commissioner Louis Molina,* **said Assistant Commissioner McCormick**. *"His focus and drive to make positive changes on Rikers Island has been proven by his unwavering commitment and perseverance. I look forward to this opportunity to continue the mission of creating a safe and supportive environment while serving the citizens of New York City.*

"I'm honored that I was selected by Commissioner Molina to help aide in bringing his extraordinary vision to fruition," **said Assistant Commissioner Williams.** "I am looking forward to joining the Department of Correction and helping to continue to reform the City's jail system."

\*\*\*

The New York City Department of Correction (DOC) is dedicated to creating a safe and supportive environment while providing individuals in our care with a path to successfully re-enter their communities.