# EXHIBIT 78

 

January 4, 2022

We would like to wish all of our members a healthy and happy New Year.

The dawn of 2022 brings a new beginning to the Department of Correction ("DOC" or "the Department"), due to our new Mayor, Eric Adams, appointing Louis A. Molina as Commissioner of our agency. **The Correction Officers Benevolent Association and the Correction Captains' Association** are encouraged by the appointment of Commissioner Molina and are looking forward to working with him, and his administration, to reconstruct DOC to make it a safer and more secure place for all of us to work as well as for inmates, visitors, and non-uniformed staff.

Both Union Presidents have already sat with Commissioner Molina to talk honestly and openly about what these past few years – even prior to the Covid-19 Pandemic – have done to the men and women who work behind the gate. We are encouraged, to say the very least, that we left the meeting with the feeling that positive results and meaningful progress are within reach. We always asked for a seat at the table to provide input to solve the Department's problems, and finally we have an administration that is willing to work collaboratively toward solutions.

During our initial meeting with Commissioner Molina, he discussed his thoughts and concerns for the Department. One of Commissioner Molina's first actions was to revise the sick leave policy to eliminate the Schiraldi regime's requirement that uniformed staff must immediately make an appointment with HMD even when returning to duty within one or two days. We can all agree that Schiraldi's sick leave policy was destined to fail, we told him it would fail, and he proceeded to move forward against our demands, only for it to fail miserably in mere months. Commissioner Molina immediately scrapping that policy for a reasonable and intelligent revised policy is a great sign for the beginning of our working relationship with the new administration. Commissioner Molina has also taken decisive action by overhauling the makeup of some managers of the Department, including the Deputy Commissioner of Trials & Litigation. We look forward to his new appointee, whoever that may be, addressing disciplinary action in a more fair and open manner. We thank Commissioner Molina for taking these actions, which immediately illustrate his concern for how our Department is being managed.

**On Wednesday, January 19th, at 5 pm both COBA and the CCA will hold a joint Town Hall style meeting at Antun's located at 96-43 Springfield Boulevard, Queens Village, NY 11429.** We are happy to inform you that Commissioner Molina will be in attendance. He has accepted our invitation to introduce himself to you and to discuss his plan to get DOC back on track. We encourage you to attend if you are not working. Additionally, if you are out on sick leave, Commissioner Molina has agreed to extend recreation hours so that staff on sick leave can attend the Town Hall meeting on January 19th as well. This unprecedented action shows Commissioner Molina's intent to take the concerns of all uniformed staff seriously.

We are also fully supportive of our new Mayor, Eric Adams. At Commissioner Molina's introductory press conference, Mayor Adams stated emphatically that he will support the reimplementation of Punitive Segregation to separate those individuals who commit violent attacks while in custody. These attacks and other violent actions make an already difficult environment more dangerous. We applaud Mayor Adams for this and thank him for his support.

It wasn't very long ago that our Department was looked upon as a model for operating a safe and secure jail system. The erosion of that reputation did not occur overnight. It took years of mismanagement and negligence by prior administrations to bring us to this point. We are encouraged by Mayor Adams' vision and his appointment of Commissioner Molina. Even with this, our Department cannot get back on track without you. With the full support of the management of the Department, we encourage everyone to be patient and work together to restore the DOC to the safe and secure environment it once was.

In order to ensure that we have sufficient space for the Town Hall meeting on January 19th, please call your respective union office if you are attending the meeting.

Fraternally,

Benny Boscio, Jr.
COBA President

Patrick Ferraiuolo
CCA President