# EXHIBIT 79

Settings

## Post

**COBA**
@NYCCOBA1

Serena Townsend had one single mission- to serve as the puppet of a remote fed monitor hellbent on destroying the morale of our essential workforce by writing them up on frivolous charges. Good riddance! thecity.nyc/2022/1/4/22867... via @THECITYNY

The following media includes potentially sensitive content. Change settings **View**

7:39 PM · Jan 4, 2022

**5** Reposts **10** Quotes **13** Likes **3** Bookmarks

3

**New to X?**

Sign up now to get you

Sign u

Sign u

Creat

By signing up, you agre
Privacy Policy, including

**Relevant peo**

**COBA**
@NYCCOBA
The Union r
Officers wh
The Tombs

Trends are unavai

Terms of Service Priv
Accessibility Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

