# EXHIBIT 80






