# EXHIBIT 81

## Media File Delivered to Court Separately