# EXHIBIT 82



NEW YORK CITY COMPTROLLER
**SCOTT M. STRINGER**

# NYC Department of Correction

## FYs 2011-21 OPERATING EXPENDITURES, JAIL POPULATION, COST PER INCARCERATED PERSON, STAFFING RATIOS, PERFORMANCE MEASURE OUTCOMES, AND OVERTIME

New York City Comptroller's Office
Budget Bureau
December 2021

# Average Daily Jail Population Fell 61% from FY 2011 to 2021



Department of Correction Budget and Jail Population

Note: In October 2018, New York City transferred 16- and 17-year-olds from DOC facilities to the Horizon Juvenile Detention Center, operated by the Administration for Children's Services, as required under the state Raise the Age law. However, DOC provided temporary staffing for the center in FY 2019, FY 2020 and FY 2021. For purposes of comparability with previous analyses, DOC costs related to staffing the youth center have been excluded.

Source: NYC Comptroller Annual Comprehensive Financial Reports for FY 2011 – 2021, NYC Financial Management System, Mayor's Management Reports for FY 2011 – 2021.



# Full Annual Cost per Incarcerated Person Nearly Quadrupled Since FY11

## Total Annual and Daily Cost per Incarcerated Person, Including Costs Funded Outside the Department of Correction Budget



*Fringe benefit and pension costs are estimated as of April 2021.

Full cost excludes debt service, judgments and claims, and legal services. DOC costs related to staffing the Horizon Juvenile Detention Center were also excluded. In FY 2020, debt service added daily costs of $73 per incarcerated person, and tort claim settlements and judgments added $16 per incarcerated person per day. Fringe benefits include the cost of retiree health insurance.

Source: NYC Comptroller Annual Comprehensive Financial Reports for FY 2011 – 2021, NYC Office of Management and Budget Message of the Mayor and Budget Function Analysis for FY 2012 – 2022, NYC Financial Management System, Mayor's Management Reports for FY 2011 – 2021.



# As of FY21, DOC has 1% Fewer Correction Officers Than in FY11



Note: DOC uniformed employees assigned to the Horizon Juvenile Detention Center in FY 2019, FY 2020 and FY 2021 were excluded.
Source: NYC Comptroller Annual Comprehensive Financial Reports for FY 2011 – 2021, Mayor's Management Report for FY 2011 – 2021.



# DOC Overtime Peaked in FY16 and was Close to FY13 Levels in FY21



**Agencywide Overtime Cost Relative to Average Daily Jail Population**

Legend: Agencywide Overtime (OT) Expense (bars); Annual OT Expense per Incarcerated Individual (line)

| Year | Overtime ($millions) | OT Expense per Incarcerated Individual |
|---|---|---|
| 2011 | $114 | $8,900 |
| 2012 | $145 | $11,773 |
| 2013 | $155 | $13,071 |
| 2014 | $139 | $12,189 |
| 2015 | $196 | $19,166 |
| 2016 | $275 | $28,074 |
| 2017 | $266 | $28,045 |
| 2018 | $222 | $24,925 |
| 2019 | $177 | $22,339 |
| 2020 | $148 | $25,381 |
| 2021 | $153 | $30,788 |

Note: DOC overtime costs related to staffing the Horizon Juvenile Detention Center in FY 2019, FY 2020 and FY 2021 were excluded. Overtime per incarcerated individual represents the total overtime expense divided by the average daily jail population. The average overtime payment earned by uniformed DOC employees was $16,155 in FY 2021.
Source: NYC Comptroller Annual Comprehensive Financial Reports for FY 2011 – 2021, NYC Financial Management System, Mayor's Management Reports for FY 2011 – 2021.

# Rate of Fight/Assault Infractions Nearly Quadrupled Since FY 2011



**Fight/Assault Infractions**
(per 1,000 Average Daily Population)

FIGHT/ASSAULT INFRACTION RATE INCREASED 18% IN FY21

| Year | Rate |
|---|---|
| 2011 | 581 |
| 2012 | 615 |
| 2013 | 644 |
| 2014 | 774 |
| 2015 | 920 |
| 2016 | 1,148 |
| 2017 | 1,332 |
| 2018 | 1,354 |
| 2019 | 1,513 |
| 2020 | 1,916 |
| 2021 | 2,260 |

Source: Mayor's Management Reports for FY 2011 – 2021.

NEW YORK CITY COMPTROLLER SCOTT M. STRINGER

Budget Bureau | 6

# Rate of Assaults on Staff More Than Quintupled Since FY 2011

**Assaults on Staff**
(per 1,000 Average Daily Population)

| Year | Rate |
|------|------|
| 2011 | 42.0 |
| 2012 | 48.0 |
| 2013 | 56.4 |
| 2014 | 70.8 |
| 2015 | 103.2 |
| 2016 | 94.8 |
| 2017 | 100.8 |
| 2018 | 110.4 |
| 2019 | 150.0 |
| 2020 | 189.6 |
| 2021 | 235.2 |

**RATE OF ASSAULTS ON STAFF UP 24% in FY21**

Source: Mayor's Management Reports for FY 2011 – 2021.

# Rate of Use of Force Incidents & Allegations Up 779% from FY 2011

## Use of Force by Correction Officers
(Incidents and Allegations per 1,000 Average Daily Population)



| Year | Rate |
|---|---|
| 2011 | 178 |
| 2012 | 231 |
| 2013 | 289 |
| 2014 | 370 |
| 2015 | 471 |
| 2016 | 538 |
| 2017 | 534 |
| 2018 | 628 |
| 2019 | 890 |
| 2020 | 1,206 |
| 2021 | 1,561 |

**USE OF FORCE RATE UP 29% IN FY21**

Source: Mayor's Management Reports for FY 2011 – 2021.



# Half of Jail Population Had Mental Health Diagnosis in FY 2021



Share of Incarcerated Population with a Mental Health Diagnosis

| Year | Share |
|---|---|
| 2011 | 32.0% |
| 2012 | 34.0% |
| 2013 | 37.0% |
| 2014 | 38.0% |
| 2015 | 41.0% |
| 2016 | 42.0% |
| 2017 | 42.0% |
| 2018 | 43.0% |
| 2019 | 45.0% |
| 2020 | 46.0% |
| 2021 | 53.0% |

Source: Mayor's Management Reports for FY 2011 – 2021.

# Legal Claims Have Fallen But Remain Nearly 3x as High as FY 2010



**Tort Claims Filed for Personal Injury at a City Correction Facility***

Tort claims have fallen for two consecutive years

Data points (year: claims): 2010: 1,188; 2011: 1,183; 2012: 1,595; 2013: 1,657; 2014: 2,242; 2015: 2,797; 2016: 3,665; 2017: 3,837; 2018: 3,891; 2019: 3,743; 2020: 3,350.

*Includes claims by incarcerated persons, visitors, or employees of City correction institutions or facilities who were allegedly injured by the actions of City employees or incarcerated persons.
Source: NYC Comptroller's Office, Claims Report: Fiscal Year 2020.

NEW YORK CITY COMPTROLLER SCOTT M. STRINGER    Budget Bureau | 10