UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

        Plaintiff,

  -v-                                          No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

## Order

        The Court has received and reviewed Plaintiffs' sealing application (docket entry no. 607 (the "Application")), Defendants' letter response (docket entry no. 611), and Plaintiffs' reply (docket entry no. 612 (the "Reply Letter")).  The Application pertains to a number of Exhibits attached to Plaintiffs' Motion for Contempt and for Appointment of Receiver.  (See docket entry no. 602.)  Plaintiffs seek permission (1) to file Exhibits 1, 3-14, and 17-33 under seal, (2) to file Exhibits 35-42 publicly with tailored redactions, and (3) to refile Plaintiffs' Memorandum of Law in support of its Motion for Contempt and Application for a Receiver and Plaintiffs' Proposed Findings of Fact without redactions of the content relating to Exhibits 35-42.

        For substantially the reasons set forth in the Reply Letter, the Court grants Plaintiffs' requests.  Plaintiffs are hereby directed (1) to file Exhibits 35-42 with the tailored redactions as described in their Application and (2) to refile Plaintiffs' Memorandum of Law in support of its Motion for Contempt and Application for a Receiver and Plaintiffs' Proposed Findings of Fact without redactions of the content relating to Exhibits 35-42.  The Clerk of Court

is respectfully directed to maintain the current restrictions on Exhibits 1, 3-14, and 17-33, as well as on the unredacted versions of Exhibits 35-42.

    SO ORDERED.

Dated: November 27, 2023            /s/ Laura Taylor Swain
       New York, New York            Laura Taylor Swain
                                          Chief United States District Judge