UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARK NUNEZ, et al.,

                                Plaintiffs,      **DECLARATION OF**
                                                        **NUNEZ MANAGER**
-against-                                               **KIMBERLY JOYCE**

CITY OF NEW YORK, et al.,

                                Defendants.     11 Civ. 5845 (LTS)(JCF)

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                                Defendants.

------------------------------------------------------------------- x

STATE OF NEW YORK    )
                               :SS:
COUNTY OF QUEENS   )

        **KIMBERLY M. JOYCE**, declares pursuant to 28 U.S.C. Code §1746 under penalty of perjury that the following is true and correct:

        1.     I am the Nunez Manager, a position which I have held since June 2023.

        2.     I submit this declaration to the Court on November 28, 2023 pursuant to inquiries from the Court in the Court's Order to Show Cause, filed on November 16, 2023.

3. In my role as Nunez Manager one of my duties and responsibilities is to help facilitate regular and ongoing communication between the Monitoring Team and various Department Stakeholders. Listed below is just a summary of the recent communication between certain Department stakeholders and the Monitoring Team, from September 1, 2023 to the present, as well as any currently scheduled future meetings between those stakeholders and the Monitoring Team:

   a. <u>Dr. Gonzalez</u> (Training):
      i. 9/26/23: Monthly Monitor Meeting was held virtually from 1pm – 2pm
      ii. 10/24/23: Monthly Monitor Meeting was held virtually from 1pm – 2pm
      iii. 12/5/23: Monthly Monitor Meeting scheduled to be held virtually from 1pm – 2pm
      iv. 1/23/24: Monthly Monitor Meeting scheduled to be held virtually from 1pm – 2pm
   b. <u>DC Pritchett</u> (ID):
      i. 10/25/2023: 4:00 p.m. for approximately 40 minutes
      ii. 11/27/2023: 12:08 p.m. for approximately 10 minutes
      iii. 12/07/2023: 3:00 p.m.
   c. <u>DC Grey</u> (Trials & Litigation):
      i. 9/12/23, 11:30-12 (30 minutes)
      ii. 9/26/23, 11:30-12 (30 minutes)
      iii. 10/6/23, 11:30-12 (Anna canceled- 0 minutes)
      iv. 10/24/23, 11:30-12 (30 minutes)
      v. 11/21/23, 1130-12 (30 minutes)
      vi. 12/7/23, 11-11:30
      vii. 12/19/23, 11:30-12 (and every two weeks thereafter)
   d. <u>DC Edwards</u> (Administration):
      i. 9/5/23, 12:30
      ii. 9/26/23, 1:30
      iii. 11/2/23, 10:00
      iv. 11/16/23, 4:00
   e. <u>DC Brereton</u> (Security):
      i. 9/6/23, 1-2 pm
      ii. 9/27/23, 12-1 pm
      iii. 10/16/23, 4:30-5:30 pm
      iv. 10/23/23, 3:15-4:15 pm
      v. 11/9/23, 1-2 pm
         1. <u>Note</u>: it is on this call when DC Brereton discussed the ARHU with the Monitoring Team.
      vi. 12/7/23
      vii. 12/21/23

    viii. 1/4/24
  f. <u>SDC Daniels</u>:
    i. 10/12 video meeting
    ii. 10/16 video meeting
    iii. 10/23 video meeting
    iv. 11/30 scheduled video meeting
     1. Note: the intent of this call is to be the beginning of regularly scheduled check-in calls between the SDC and the Monitoring Team
  g. <u>DC Miller</u> (DC for Classification, Custody Management and Facility Operations):
    i. Scheduled weekly Wednesday meetings, including members of the Monitoring Team, on a behavioral health unit.
  h. <u>Facility Leadership Calls, including representatives from the DC for Classification, Custody Management and Facility Operations Office and the Nunez Compliance Unit</u>:

| Calls | OBCC | RESH | GRVC | NIC/WF | RNDC | EMTC | Programs | RMSC |
|---|---|---|---|---|---|---|---|---|
| 9/1-11/28 | 9/13-11AM<br>10/18-11AM<br>11/28-12:30PM | 9/20-11AM<br>10/25-11AM | 9/27-11AM<br>11/1-11AM | 10/3-1:30PM<br>10/24-1:30PM<br>11/14-1:30PM | 10/4-11AM<br>10/20-12PM<br>11/8-11AM | 10/10-1:30PM<br>10/31-1:30PM | 10/11-11AM<br>11/15-11:30AM | 10/17-1:30PM<br>11/16-11AM<br>11/28-1:30PM |
| 11/29 and on | | 11/29-11AM | 12/6-11AM | 12/5-1:30PM<br>12/26-1:30PM<br>1/16-1:30PM<br>2/6-1:30PM<br>2/27-1:30PM<br>3/19-1:30PM<br>4/9-1:30PM<br>4/30-1:30PM | 12/13-11AM | 11/30-2PM<br>12/12-1:30PM<br>1/2-1:30PM<br>1/23-1:30PM<br>2/13-1:30PM<br>3/5-1:30PM<br>3/26-1:30PM<br>4/16-1:30PM | 12/20-11AM | 12/19-1:30PM<br>1/9-1:30PM<br>1/30-1:30PM<br>2/20-1:30PM<br>3/12-1:30PM<br>4/2-1:30PM<br>4/23-1:30PM |

 *Note: calls for NIC/WF, EMTC, and RMSC are on the calendar without an end date for every Tuesday at 1:30pm on a rotating basis.
    i. <u>AC Baranchuk and Nunez Manager</u>: The communications of AC Baranchuk, head of the Nunez Compliance Unit, and myself, the Nunez Manager, with the

3

Monitoring Team, cannot be quantified. Either of us is in daily (weekday) contact, with the Monitoring Team by email and/or telephone.

Dated:     November 28, 2023
           East Elmhurst, New York

_____
Kimberly Joyce