AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Nunez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:11-cv-05845-LTS |
| N.Y.C. Department of Correction et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus, New York State Office of the Attorney General.

Date: 11/30/2023

/s/ Lois T. Saldana
*Attorney's signature*

Lois Saldana (LS4528)
*Printed name and bar number*
New York State Office of the Attorney General
28 Liberty Street, 20th Fl.
New York, NY 10005

*Address*

lois.saldana@ag.ny.gov
*E-mail address*

(212) 416-8860
*Telephone number*

(212) 416-8139
*FAX number*