# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mark Nunez, et al., *Plaintiff* v. N.Y.C. Department of Correction, et al., *Defendant* | Case No. 1:11-cv-05845 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Elizabeth Glazer, Martha King and Sarena Townsend.

Date: 12/01/2023

/s/ Elizabeth Glazer
*Attorney's signature*

Elizabeth Glazer
*Printed name and bar number*
Vital City
605 West 113th Street
New York, NY 10025

*Address*

eglazer@vitalcitynyc.gov
*E-mail address*

(917) 913-2253
*Telephone number*

*FAX number*