UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | **11 Civ. 5845 (LTS)(JCF)** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>         v.<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>    Defendants. | |

**MOTION FOR LEAVE OF FORMER NEW YORK CITY OFFICIALS WITH OVERSIGHT FOR NEW YORK CITY'S JAILS TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF MOTION OF THE PLAINTIFF CLASS AND THE UNITED STATES FOR CONTEMPT AND APPLICATION FOR APPOINTMENT OF A RECEIVER**

Pursuant to this Court's Order, dated November 7, 2023 (Dkt. No. 594), former New York City officials with oversight for New York City's jails, Elizabeth Glazer, Martha W. King, and Serena Townsend, respectfully move the Court for leave to file a brief as *amici curiae* in support of the motion of the Plaintiff Class and the United States for Contempt and Application for Appointment of a Receiver. Dkt. No. 601. A copy of *amici*'s proposed brief is attached as Exhibit A, together with a proposed order granting this motion.[1] The Plaintiff Class and the United States consent to the filing of the brief. We understand that Defendants do not consent to the filing of any *amicus* briefs. *See* Dkt. No. 593.

## STATEMENT OF INTEREST

*Amici curiae* are former New York City public servants who have dedicated their careers to criminal justice and corrections reform. They include Elizabeth Glazer, the former Mayor's adviser on Rikers Island; Martha W. King, the former head of the Board of Correction carrying oversight authority for the Department of Correction (the "Department" or "DOC"); and Sarena Townsend, the former lead investigator for the City's jails and uses of force. *Amici* have been motivated through their careers by an abiding faith in the ability of the City's government to perform effectively and to serve the best interests of its inhabitants, including those incarcerated in its jails. But *amici* have reluctantly come to recognize that the City is unable and unwilling to fix the causes of the unconstitutional levels of violence in the City's jails. *Amici*'s extensive experience and insights into the politics, governance, management and staffing of the jails offer a unique perspective on why it has become imperative that a federal receiver be appointed to end the escalating and intractable violence.

---

[1] No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and no person other than the *amici curiae* contributed money that was intended to fund preparing or submitting this brief.

1

*Amicus Glazer* headed the New York City Mayor's Office of Criminal Justice from 2014 to 2020, where she served as the Mayor's criminal justice adviser. This included addressing the issues driving violence in the jails. Previously, as the New York State Governor's Deputy Secretary for Public Safety from 2011 to 2013, she oversaw nine criminal justice agencies, including Corrections, Parole and the State Commission of Corrections, the oversight body of the state's jails, including Rikers. She has served as the First Deputy Commissioner in the New York City Department of Investigation and earlier as an Assistant United States Attorney in the Southern District of New York, where she led successively the Organized Crime, Violent Gangs and Crime Control Units. Most recently, Ms. Glazer has founded Vital City, a policy venture that offers practical solutions to public safety problems.

*Amicus King* was the Executive Director of the New York City Board of Correction (the "BOC") from July 2015 through July 2019. The BOC monitors conditions in the City's jails; investigates issues related to safety, supervision and health care; evaluates the performance of the Department of Correction; reviews grievances and makes recommendations in areas of correctional planning. As BOC Executive Director, Ms. King oversaw production of dozens of reports and audits on violence, health care, services, visiting, grievances, restrictive housing and other conditions and supervised hundreds of investigations into complaints and appeals from people in custody. Prior to that role, Ms. King was an adviser on criminal justice and corrections policy to New York City's first deputy mayor from approximately January 2014 through June 2015. In this capacity, she met with DOC and jail health care staff on a regular basis to address policy priorities and implementation progress and challenges. Ms. King has also held policy positions at the Center for Alternative Sentencing and Employment Services, the Vera Institute of

Justice and the New Jersey Office of Management and Budget. She is a long-time scholar of criminal justice and corrections.

*Amicus Townsend*[2] led the DOC's internal affairs and staff discipline units on Rikers Island from 2016 to 2022 as the Deputy Commissioner of the Intelligence, Investigation and Trials Division. In that role, she oversaw thousands of investigations and dozens of trials at the Office of Administrative Trials and Hearings, many into the use of excessive force in the City's jails. Prior to her position at the DOC, Ms. Townsend was a Deputy Bureau Chief at the Kings County District Attorney's Office, where she prosecuted crime throughout Brooklyn for ten years.

## ARGUMENT

"District courts have broad discretion to permit or deny the appearance of *amici curiae* in a given case." *United States. v. Yaroshenko*, 86 F. Supp. 3d 289, 290 (S.D.N.Y. 2015) (quoting *United States v. Ahmed,* 788 F. Supp. 196, 198 (S.D.N.Y.1992); *United States v. Ahmed*, 788 F. Supp. 196, 198 n.1 (S.D.N.Y. 1992), *aff'd* 980 F.2d 161 (2d Cir. 1992). "The primary role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public," *Russell v. Bd. of Plumbing Exam'rs of Cnty. of Westchester*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999), *aff'd*, 1 Fed. Appx. 38 (2d Cir. 2001) (unpublished), and to "aid [] the court and offer insights not available from the parties." *United States v. El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y.1994) (citation omitted). Courts in this district have frequently permitted amicus briefs relevant to consideration of issues presented by the cases before them. *See, e.g.*, *In re Lehman Bros. Holdings Inc. v. Intel Corp.*, 2015 WL 7194609, at *4 (S.D.N.Y. Sept. 16, 2015); *C & A Carbone, Inc. v. Cty. of Rockland, N.Y.*, 2014 WL 1202699, at *4 (S.D.N.Y. Mar. 24, 2014); *United States v. Apple, Inc.*, No. 12 Civ. 2826, 2012 WL 3195653, at *2 (S.D.N.Y. Aug. 6, 2012).

---

[2] After leaving the City's employ, as part of her private legal practice, Ms. Townsend has served as a paid consulting expert for counsel to the Plaintiff Class.

*Amici* have expertise and experience in corrections reform and seek to present the Court with an important perspective on the underlying causes of the overwhelming violence within the City's jails and the City's failures to address it. Based on *amici*'s experience and leadership roles, the proposed brief examines how the causes of the violence and the failure to address them are rooted in a self-reinforcing and malign set of structures, bureaucracy, politics and culture that control the jails. Further, *amici*'s proposed brief demonstrates why the appointment of a federal receiver represents the only feasible method to reduce the escalating violence within City jails and presents this Court with relevant authorities and arguments not included in other briefing materials.

## CONCLUSION

For the foregoing reasons, *amici's* motion for leave to file the attached brief should be granted.

Dated: December 1, 2023                    By:    */s/ Elizabeth Glazer*
                                                  Elizabeth Glazer, Esq.
                                                  Vital City
                                                  605 West 113th Street
                                                  New York, NY 10025