UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF NEW YORK, et al.,<br><br>      Defendants. | **11 Civ. 5845 (LTS)(JCF)** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>      v.<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>      Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF FORMER NEW YORK CITY OFFICIALS WITH OVERSIGHT FOR NEW YORK CITY'S JAILS TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF MOTION OF THE PLAINTIFF CLASS AND THE UNITED STATES FOR CONTEMPT AND APPLICATION FOR APPOINTMENT OF A RECEIVER**

Former New York City officials with oversight for New York City's jails, Elizabeth Glazer, Martha W. King, and Serena Townsend, brought this motion for leave to file a brief as *amici curiae* in support of the motion of the Plaintiff Class and the United States for Contempt and Application for Appointment of a Receiver (Dkt. No. 601).

This Court, having considered the instant motion and all other relevant factors, hereby **GRANTS** *amici's* motion. The Clerk is directed to file the *amici's* brief on the docket in this matter.

**SO ORDERED.**

Dated: _____

_____
Honorable Laura Taylor Swain
United States District Judge