**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK NUNEZ, *et al.*,

      Plaintiffs,

v.

THE CITY OF NEW YORK, *et al.*,

      Defendants.

No. 11 Civ. 5845 (LTS)(JCF)

UNITED STATES OF AMERICA,

      Plaintiff-Intervenor,

v.

THE CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

      Defendants.

## <u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that Elizabeth Edmondson, of the law firm Jenner & Block LLP,

and a member in good standing of this Court, hereby enters an appearance as counsel for Amici

Curiae New York City Bar Association and Vera Institute of Justice in the above-captioned action.

Dated: December 1, 2023

*/s/ Elizabeth A. Edmondson*
Elizabeth A. Edmondson (EE0554)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: +1 212 891 1606
Fax: +1 212 891 1699
eedmondson@jenner.com

*Counsel for Amici Curiae*