UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>    Defendants. | No. 11 Civ. 5845 (LTS)(JCF) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>THE CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>    Defendants. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah L. Atkinson, of the law firm Jenner & Block LLP, and a member in good standing of this Court, hereby enters an appearance as counsel for Amici Curiae New York City Bar Association and Vera Institute of Justice in the above-captioned action.

Dated: December 1, 2023

*/s/ Sarah L. Atkinson*
Sarah L. Atkinson (SA6018477)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: +1 212 407 1746
Fax: +1 212 891 1699
satkinson@jenner.com

*Counsel for Amici Curiae*