AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MARK NUNEZ, et al.<br>*Plaintiff*<br>v.<br>CITY OF NEW YORK, et al.<br>*Defendant* | ) ) ) ) )   Case No.  11 Civ. 5845 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Civil Liberties Union, amicus curiae.

Date: 12/04/2023

/s/ Molly K. Biklen
*Attorney's signature*

Molly K. Biklen, NY Bar No. 4295390
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
*Address*

mbiklen@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3326
*FAX number*