AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARK NUNEZ, et al. )
Plaintiff )
v. ) Case No. 11 Civ. 5845
CITY OF NEW YORK, et al. )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Civil Liberties Union, amicus curiae.

Date: 12/04/2023

/s/ Christopher T. Dunn
*Attorney's signature*

Christopher T. Dunn, NY Bar No. 513828
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
*Address*

cdunn@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3326
*FAX number*