UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, ET AL., <br><br> *Plaintiffs,* <br> v. <br><br> THE CITY OF NEW YORK, ET AL., <br><br> *Defendants.* <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor,* <br> v. <br><br> THE CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION, <br><br> *Defendants.* | Civ. No. 11-cv-5845 (LTS) (JCF) <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel in this action on behalf of *amici curiae* The Bronx Defenders, Brooklyn Defender Services, Neighborhood Defender Service of Harlem, New York County Defender Services, and Queens Defenders.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated: December 4, 2023
    Brooklyn, New York

/s/ *S. Lucas Marquez*
S. Lucas Marquez, Esq.
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
Tel: (347) 831-7643
slmarquez@bds.org

*Counsel for Amici Curiae*