# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

December 6, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**MEMO ENDORSED**

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request a one-day extension to file the Monitor's December 7, 2023 Report to the Court pursuant to the Court's November 13, 2023 Order (dkt. 597). We respectfully request the Court extend the deadline to file the report from December 7, 2023 to December 8, 2023. The Monitor requires the one-day extension in order to obtain additional information necessary for the report.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted. DE no. 635 resolved.
SO ORDERED.
12/6/2023
/s/ Laura Taylor Swain, Chief USDJ