```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARK NUNEZ, et al.,                                                :
                                                                   :
                        Plaintiff,                                 :    11-CV-5845-LTS
                                                                   :
        -v-                                                        :
                                                                   :
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                        Defendants.                                X
-------------------------------------------------------------------
```

## ORDER

A conference in this matter is scheduled to occur on **December 14, 2023,** at **2:00 p.m.**, as an **in-person conference** in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY.  In order to guarantee sufficient public access to the conference, Courtroom 23B will be made available as an overflow courtroom with a live video feed.  Additionally, the public may access the audio feed of the hearing by calling **888-363-4734** and using access code **1527005#** and security code **4999#**.  All of those accessing the hearing, whether in person or by telephone or video feed, are reminded that recording or rebroadcasting of the proceeding is prohibited.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Plaintiffs' counsel, defense counsel, counsel for the Government, and the Monitoring Team must each identify **two representatives** who will be present at counsel table and exercise speaking roles at the conference, and by **December 12, 2023,** at **12:00 p.m.**, email

the names and contact information of those representatives to SwainNYSDcorresp@nysd.uscourts.gov.  The Commissioner of the New York City Department of Correction, Lynelle Maginley-Liddie, as well as Former Commissioner Louis Molina, Senior Deputy Commissioner Charles Daniels, and Nunez Manager Kimberly Joyce, are hereby directed to attend the conference.  Additional representatives of the parties and the Monitoring Team may also attend the conference and be called upon as necessary.

  SO ORDERED.

Dated: December 11, 2023                        /s/ Laura Taylor Swain
       New York New York                LAURA TAYLOR SWAIN
                                                    Chief United States District Judge