UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARK NUNEZ, et al.,

                                    Plaintiffs,

             -against-

CITY OF NEW YORK, ET AL.,

                                    Defendants.

**NOTICE OF APPEARANCE**

11 CIV. 5845 (LTS)(JCF)

------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                               Plaintiff-Intervenor,

             -against-

CITY OF NEW YORK AND NEW YORK CITY DEPARTMENT OF CORRECTION,

                                    Defendants.

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that **OMAR J. SIDDIQI**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendants in the above-entitled action. I am admitted to practice in this district.

- 2 -

Dated: New York, New York
December 12, 2023

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of
                                            New York
                                        *Attorney for Defendants*
                                        100 Church Street, 3rd Floor
                                        New York, New York 10007
                                        (212) 356-2345

                                        By:

                                          /s/ *Omar J. Siddiqi*
                                        Omar J. Siddiqi
                                        *Senior Counsel*

cc:     **VIA ECF**
         *All Counsel of Record*

- 2 -