UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, ET AL.

                Plaintiffs,

-against-

THE CITY OF NEW YORK, ET AL.

                Defendants.

Case No. 11-cv-5845 (LTS)

## DECLARATION OF MARY LYNNE WERLWAS
### IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTEMPT AND APPLICATION FOR APPOINTMENT OF A RECEIVER

I, Mary Lynne Werlwas, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court. I am Director of the Prisoners' Rights Project at The Legal Aid Society, counsel for the Plaintiff Class in this case.

2. Attached hereto as exhibits are true and correct copies of the following documents in support of Plaintiffs' Motion for Contempt and Application for Appointment of a Receiver:

| Ex. | DOC Material | Filed under seal |
|---|---|---|
| 1 | Directive 5006R-D, Use of Force | Yes |
| 2 | Directive 4521R-A, Suicide Prevention and Intervention | No |
| 3 | Directive 7504R-A, Suspension from Duty and/or Placement on Modified Assignment | Yes |
| 4 | Operations Order 01/23 re Tour Wands | Yes |
| 5 | Operations Order 11/17 re: Watch Tour System | Yes |
| 6 | Memorandum #14/23 re: Watch Tour Compliance/Discipline | Yes |
| 7 | Operations Order 24/16 re: Special Unit Assignments | Yes |

| | | |
|---|---|---|
| 8 | Operations Order 25/19 re: Facility Response Teams | Yes |
| 9 | Teletype Order No. HQ-00944-0 re: Supervisor Tours and Responsibilities | Yes |
| 10 | Teletype Order No. HQ-02948-1 re: Supervisor Tours and Responsibilities | Yes |
| 11 | Memorandum from Louis Molina, Commissioner, to DOC leadership re: Decreasing Violence at RNDC, Feb. 22, 2022 | Yes |
| 12 | Memorandum from Louis Molina, Commissioner, to Steve J. Martin, Monitor, re: NYC DOC RNDC Emergency Response Plan, Apr. 14, 2022 | Yes |
| 13 | Memorandum from Christopher Miller, Deputy Commissioner, to Louis Molina, Commissioner re: GRVC Proposed Schedule, Oct. 11, 2022 | Yes |
| 14 | Security Memo 067/21 re Slashing/Stabbings at RNDC | Yes |
| 15 | Index of NCU Security Audits as of September 25, 2023 | No |
| 16 | Summaries of NCU Security Audits | No |
| 17 | Full NCU Audit – AMKC, Quad 12 Lower Review, December 22, 2021 | Yes |
| 18 | Full NCU Audit - OBCC, 3 South and 3 Southwest Review, February 20, 2022 | Yes |
| 19 | Full NCU Audit – GRVC, Building 10B Review, March 3, 2022 | Yes |
| 20 | Full NCU Audit – NIC, Dorm 5 North, April 4, 2022 | Yes |
| 21 | Full NCU Audit – OBCC, 2 Upper Review, May 5, 2022 | Yes |
| 22 | Full NCU Audit – EMTC Building 4 Main Review, August 8, 2022 | Yes |
| 23 | Full NCU Audit – RNDC 2 Upper South Review, February 21, 2023 | Yes |
| 24 | Full NCU Audit – AMKC Quad Upper 13 Review, April 6, 2023 | Yes |
| 25 | Full NCU Audit – GRVC 9A, May 7, 2023 | Yes |
| 26 | Full NCU Audit – EMTC 9 Lower Review, June 25, 2023 | Yes |
| 27 | Full NCU Audit – RNDC 3 Lower South, Aug. 15, 2023 | Yes |
| 28 | Facility Responses to NCU Security Audits | Yes |
| 29 | Index of NCU's COD Assessments | Yes |
| 30 | NCU's COD Assessments from 2022 and 2023 | Yes |
| 31 | Facility Responses to NCU's COD Assessments | Yes |
| 32 | Summary of Case Involving Assistant Commissioner | Yes |
| 33 | DOC 16th Compliance Report + appendices | Yes |
| 34 | DOC Quarterly Emergency Lock-In Report, FY23 Quarter 4 (April 1st - June 30th), available at https://www.nyc.gov/assets/doc/downloads/pdf/FY23_Q4_Emergency_Lock-In%20Report.pdf (last accessed Nov. 11, 2023) | No |
| Ex. | **UOF & COD Incidents & Related Materials** | **Filed Under Seal** |
| 35 | Excerpts from CMS Preliminary Review Reports for March, April, May, July, and August 2023 | Yes |

| 36 | ID Packet for UOF 1069/23 | Yes |
|---|---|---|
| 37 | ID Packet for UOF 1156/23 | Yes |
| 38 | ID Packet for UOF 1703/23 | Yes |
| 39 | Report for COD 1779/23 | Yes |
| 40 | ID Report from ID Packet for UOF 2062/23 | Yes |
| 41 | ID Packet for UOF 2893/23 | Yes |
| 42 | ID Packet for UOF 2239/23 | Yes |
| 43-47 | Intentionally omitted | |
| **Ex.** | **Correspondence** | **Filed Under Seal** |
| 48 | Letter dated June 25, 2019 from Plaintiffs' Counsel to Defendants re Noncompliance | No |
| 49 | Letter dated July 24, 2023 from Plaintiffs' Counsel to Defendants re Noncompliance | No |
| 50 | Letter dated August 23, 2023 from Defendants to Plaintiffs' Counsel regarding Noncompliance | No |
| **Ex.** | **External reports** | **Filed Under Seal** |
| 51 | NYC Health + Hospitals, Corr. Health Services, *CHS Injury Reporting: April 2023* (Apr. 25, 2023), https://www.nyc.gov/assets/boc/downloads/pdf/Reports/chs-doc/CHS-and-DOC-Joint-Injury-Report-April-2023.pdf. | No |
| 52 | N.Y. Att'y General, Office of Special Investigation (OSI) Third Annual Report (Oct. 1, 2023) https://ag.ny.gov/sites/default/files/2023-10/20230929f-third-ann-rpt.pdf. | No |
| 53 | N.Y.C. Board of Corr., *First Report and Recommendations on 2023 Deaths in New York City Department of Correction Custody*, City of N.Y. (Nov. 9, 2023), https://www.nyc.gov/assets/boc/downloads/pdf/Reports/BOC-Reports/first_report_and_recommendations_on_2023_deaths_in_doc_custody_chs_comments.pdf. | No |
| 54 | N.Y.C. Board of Corr., *February & March 2022 Deaths in DOC Custody Report and Recommendations* (May 9, 2022), https://www.nyc.gov/assets/boc/downloads/pdf/Reports/BOC-Reports/deaths-report-and-chs-response-202202-202203.pdf. | No |
| 55 | N.Y.C. Board of Corr., *Second Report and Recommendations on 2022 Deaths in New York City Department of Correction Custody* (Nov. 16, 2022), https://www.nyc.gov/assets/boc/downloads/pdf/Reports/BOC-Reports/FINAL-Second-Report-and-Recommendations-on-2022-Deaths-in-DOC-Custody-and-CHS-response.pdf. | No |

| | | |
|---|---|---|
| 56 | N.Y.C. Board of Corr., *Third Report and Recommendations on 2022 Deaths in New York City Department of Correction Custody* (Apr. 12, 2023), https://www.nyc.gov/assets/boc/downloads/pdf/Reports/BOC-Reports/FINAL-Third-Report-and-Recommendations-on-2022-Deaths-in-DOC-Custody-and-CHS-response.pdf. | No |
| 57 | N.Y.C. Board of Corr., *Oct. 18, 2022 Public Meeting Minutes* (Oct. 18, 2022), https://www.nyc.gov/assets/boc/downloads/pdf/Meetings/2022/October/2022.10.18-Minutes-Final.pdf. | No |
| 58 | N.Y.C. Comptroller, *Department of Correction FY 2023* (2023), https://comptroller.nyc.gov/reports/agency-watch-list/fy-2023/department-of-correction-fy-2023/. | No |
| 82 | N.Y.C. Comptroller, NYC Dep't of Correction FYs 2011-21 Operating Expenditures, Jail Population, Cost Per Incarcerated Person, Staffing Ratios, Performance Measure Outcomes, and Overtime (Dec. 2021), https://comptroller.nyc.gov/reports/nyc-department-of-correction/. | No |
| 59 | N.Y.C. Comptroller, McKinsey Contract Information, checkbooknyc.com, https://www.checkbooknyc.com/smart_search/citywide?search_term=mckinsey*!*agency_name=department%2Bof%2Bcorrection. | No |
| 60 | N.Y.C. Comptroller, KMPG Contract Information, checkbooknyc.com, https://www.checkbooknyc.com/smart_search/citywide?search_term=CT1072 20238804773&page=1. | |
| 61 | *COBA v. City of New York*, 14 OCB2d 19 (BCB 2021) | No |
| 62 | *COBA v. City of New York*, 14 OCB2d 10 (BCB 2021) | No |
| 63 | *COBA v. City of New York*, 11 OCB2d 17 (BCB 2018) | No |
| 83 | *COBA v. City of New York*, 11 OCB2d 33 (BCB 2018) | No |
| **Ex.** | **News articles & Other Material** | **Filed Under Seal** |
| 64 | Jan Ransom & Jonah E. Bromwich, *Tracking the Deaths in New York City's Jail System*, N.Y. Times (Oct. 19, 2023), https://www.nytimes.com/article/rikers-deaths-jail.html. | No |
| 65 | Todd S. Purdum, *100 Jail Guards Reportedly Quit Emergency Unit*, N.Y. Times (Oct. 22, 1986), https://www.nytimes.com/1986/10/22/nyregion/100-jail-guards-reportedly-quit-emergency-unit.html. | No |
| 66 | Graham Rayman, *New head of NYC Correction Department unit criticized for Rikers Island violence was accused in caught-on-video assault of Kalief Browder*, N.Y. Daily News (Apr. 20, 2023), https://www.nydailynews.com/new-york/nyc-crime/ny-rikers-emergency-service-unit-julio-colon-vaughn-grinnage-kalief-browder-20230420-2hxaiir6wjh5zdmywft3iupwsy-story.html. | No |
| 67 | Jennifer Gonnerman, *Exclusive Video: Violence Inside Rikers*, The New Yorker (Apr. 23, 2015), https://www.newyorker.com/news/news-desk/exclusive-video-violence-inside-rikers. | No |

| | | |
|---|---|---|
| 68 | N.Y.C. Dep't of Corr., *Manuel J. Hernandez to Serve as Deputy Commissioner of the Investigation Division*, City of N.Y. Correction Dep't (May 9, 2022), nyc.gov/site/doc/media/manuel-hernandez.page. | No |
| 69 | N.Y.C. Board of Corr., *Statement on Loss of Access to Jail Video*, City of N.Y. (Jan. 18, 2023), https://www.nyc.gov/assets/boc/downloads/pdf/News/Statement-on-Video-Access-1.18.23.pdf. | No |
| 70 | Reuven Blau, *Correction Department Stops Sharing Timesheet Data with Oversight Board*, The City (Jul. 18, 2023), https://www.thecity.nyc/2023/7/18/23799621/correction-board-timesheet-data-molina. | No |
| 71 | Reuven Blau, *City Jails No Longer Announcing Deaths Behind Bars, Angering Watchdogs*, The City (May 31, 2023), https://www.thecity.nyc/2023/5/31/23744666/correction-jails-not-announcing-deaths-rikers. | No |
| 72 | Graham Rayman, *NYC Correction Commissioner Louis Molina suspends captain working as investigator for not signing jail logbook (Exclusive)*, N.Y. Daily News (Jul. 4, 2023), https://www.nydailynews.com/new-york/nyc-crime/ny-rikers-correction-captain-investigator-suspended-20230704-trh34u7eizbhfmgmfrfkcvd2je-story.html. | No |
| 73 | The N.Y.C. Dep't of Corr., *DOC Appoints Five Assistant Commissioners of Operations*, City of N.Y. Correction Dep't (Apr. 24, 2022), https://www.nyc.gov/site/doc/media/five-assistant-commissioners.page. | No |
| 74 | Graham Rayman, *Five new Rikers Island jail wardens meant to bring in outside ideas — but three have years of NYC Correction Dept. work history*, N.Y. Daily News (Apr. 26, 2023), https://www.nydailynews.com/2023/04/26/five-new-rikers-island-jail-wardens-meant-to-bring-in-outside-ideas-but-three-have-years-of-nyc-correction-dept-work-history/. | No |
| 75 | Jan Ransom, *Jail Unions Gain a Powerful Supporter: The New Mayor*, N.Y. Times (Jan. 14, 2022), https://www.nytimes.com/2022/01/14/nyregion/rikers-jail-unions-eric-adams.html | No |
| 76 | Nolan Hicks & Craig McCarthy, *Eric Adams Defends Firing of Top Internal Jails Cop After Union Pressure*, N.Y. Post (Jan. 5, 2022), https://nypost.com/2022/01/05/adams-defends-firing-of-top-internal-jails-cop-after-union-pressure/ | No |
| 77 | Eric Lach, *What is Eric Adams's Plan for the Rikers Island Crisis?*, New Yorker (Jan. 23, 2022), https://www.newyorker.com/news/our-local-correspondents/whats-eric-adamss-plan-for-the-rikers-island-crisis | No |
| 78 | Letter dated Jan. 4, 2022 on COBA and CCA Letterhead addressed to COBA and CCA Members | No |
| 79 | COBA (@NYCCOBA1), Twitter (Jan. 4, 2022, 7:39 P.M.), https://twitter.com/NYCCOBA1/status/1478526587238768641 | No |
| 80 | Who's Next? Image | No |

| Ex. | Declarations | Filed Under Seal |
|---|---|---|
| 81 | Video of COBA Leader | No |
| 84 | Declaration of Carlton James dated November 10, 2023 | No |
| 85 | Declaration of Joshua Gonzalez dated November 9, 2023 | No |
| 86 | Declaration of Andre Brown dated November 9, 2023 | No |
| 87 | Declaration of Joseph Myers dated November 9, 2023 | No |
| 88 | Declaration of James Bradley dated November 9, 2023 | No |
| 89 | Declaration of Michael Jacobson dated November 15, 2023 | No |
| 90 | Declaration of Gilson Garcia dated November 9, 2023 | No |

3. While Plaintiffs are filing Exhibits 35, 36, 37, 38, 39, 40, 41, and 42 under seal pursuant to the operative protective order in this matter, Plaintiffs are concurrently filing a letter motion seeking permission to file these exhibits publicly with minimal redactions.

4. The following documents have been assigned an exhibit number, are incorporated as exhibits to my declaration, and are available at the docket entries below in the docket for this matter.

| Ex. | Hearing Transcripts | Dkt. |
|---|---|---|
| 91 | Transcript of Aug. 10, 2023 Status Conference | 566 |
| 92 | Transcript of June 13, 2023 Status Conference | 554 |
| 93 | Transcript of Apr. 27, 2023 Status Conference | 530 |
| 94 | Transcript of Nov. 17, 2022 Status Conference | 490 |
| 95 | Transcript of May 24, 2022 Status Conference | 460 |
| 96 | Transcript of Apr. 26, 2022 Status Conference | 456 |
| 97 | Transcript of Dec. 2, 2021 Status Conference | 433 |
| 98 | Transcript of Sept. 24, 2021 Status Conference | 407 |
| Ex. | Monitor's Filings | Dkt. |
| 99 | Declaration of Steve J. Martin dated Nov. 9, 2023, and exhibits thereto | 596 |
| 100 | First Report of the *Nunez* Independent Monitor | 269 |
| 101 | Second Report of the *Nunez* Independent Monitor | 291 |
| 102 | Third Report of the *Nunez* Independent Monitor | 295 |
| 103 | Fourth Report of the *Nunez* Independent Monitor | 305 |

| | | |
|---|---|---|
| 104 | Special Report of the *Nunez* Independent Monitor re: Locking Mechanisms at RNDC | 309 |
| 105 | Fifth Report of the *Nunez* Independent Monitor | 311 |
| 106 | Sixth Report of the *Nunez* Independent Monitor | 317 |
| 107 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | 318 |
| 108 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | 320 |
| 109 | Letter from the Office of the Monitor to the Court re: Update on Operation of Horizon Juvenile Center | 325 |
| 110 | Seventh Report of the *Nunez* Independent Monitor | 327 |
| 111 | Eighth Report of the *Nunez* Independent Monitor | 332 |
| 112 | Letter from the Office of the Monitor to the Court (re: COVID-19 Update) | 338 |
| 113 | Ninth Report of the *Nunez* Independent Monitor | 341 |
| 114 | Tenth Report of the *Nunez* Independent Monitor | 360 |
| 115 | First Remedial Order Report of the *Nunez* Independent Monitor | 365 |
| 116 | Eleventh Report of the *Nunez* Independent Monitor | 368 |
| 117 | Second Remedial Order Report of the *Nunez* Independent Monitor | 373 |
| 118 | Status Report Letter from the Office of the Monitor to the Court | 378 |
| 119 | Status Report Letter from the Office of the Monitor to the Court | 380 |
| 120 | Status Report Letter from the Office of the Monitor to the Court | 387 |
| 121 | Letter from the Office of the Monitor to the Court re: Use of Force Discipline | 399 |
| 122 | Status Report Letter from the Office of the Monitor to the Court | 403 |
| 123 | Monitor's First Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center (HOJC) | 409 |
| 124 | Status Report Letter from the Office of the Monitor to the Court | 420 |
| 125 | Status Report Letter from the Office of the Monitor to the Court | 429 |
| 126 | Twelfth Report of the *Nunez* Independent Monitor | 431 |
| 127 | Third Remedial Order Report of the *Nunez* Independent Monitor | 435 |
| 128 | Special Report of the *Nunez* Independent Monitor | 438 |
| 129 | Status Report of the *Nunez* Independent Monitor | 445 |
| 130 | Letter from the Office of the Monitor to the Court re: Monitoring Team's Recommendations | 448 |
| 131 | Monitor's Second Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center (HOJC) | 452 |
| 132 | Letter from the Office of the Monitor to the Court re: City & DOC's Action Plan | 454 |
| 133 | Letter from the Office of the Monitor to the Court re: Updated Action Plan | 462 |

| 134 | Status Report of the *Nunez* Independent Monitor | 467 |
|---|---|---|
| 135 | Monitor's Third Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center | 471 |
| 136 | Second Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | 472 |
| 137 | Letter from the Office of the Monitor to the Court re: Proposed Next Steps | 475 |
| 138 | Special Report on Intake by the *Nunez* Independent Monitor | 504 |
| 139 | Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | 517 |
| 140 | Status Report on DOC's Action Plan by the *Nunez* Independent Monitor | 520 |
| 141 | Monitor's Fourth Report on the Conditions of Confinement for 16- and 17-Year-Old Adolescent Offenders at the Horizon Juvenile Center | 525 |
| 142 | Special Report of the *Nunez* Independent Monitor | 533 |
| 143 | Letter from the Office of the Monitor to the Court re: Update on Monitor's May 26th Report | 537 |
| 144 | Special Report by the *Nunez* Independent Monitor | 541 |
| 145 | Letter from the Office of the Monitor to the Court re: Update for June 13th Emergency Conference | 544 |
| 146 | Letter from the Office of the Monitor to the Court re: Monitor's June 12th Proposed Order | 546 |
| 147 | Special Report by the *Nunez* Independent Monitor | 557 |
| 148 | Status Report by the *Nunez* Independent Monitor | 561 |
| 149 | Status Report by the *Nunez* Independent Monitor | 581 |
| 150 | Status Report by the *Nunez* Independent Monitor | 595 |
| 151 | Letter from the Office of the Monitor to the Court re: Update regarding ARHU | 599 |

5.      I certify that counsel for the Plaintiff Class has used our best efforts to resolve informally the matters raised in this Motion. Counsel for the Plaintiff Class sent Defendants a notice of non-compliance on July 24, 2023. Defendants responded on August 23, 2023, disputing that they were in non-compliance with the identified provisions of the Consent Judgment and other Court orders. Counsel continued to engage in good faith negotiations as required by ¶ XXI.2 of the Consent Judgment, including by meeting on September 7, 2023 and September 8, 2023, but have not been able to resolve the dispute regarding non-compliance. *See* Dkt. 570.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2023
New York, New York

                                           /s/ Mary Lynne Werlwas
                                           Mary Lynne Werlwas