# EXHIBIT 36

## Filed Under Seal

NY DOC CMS 1.25.31

# Preliminary Review

Incident Details

| | |
|---|---|
| UOF # | 1069/23 |
| Occured Date | 02/26/2023 |
| Injury Class | C |
| Inmate 18 or Younger | No |
| Immediate ID Referral | |
| Class A UOF | No |
| Actual or Alleged Blows to Head | No |
| Actual or Alleged Kicking | No |
| Actual or Alleged Use of Instrument of Force | No |
| Inmate Was in Restraints | No |
| Prohibited Restraint Hold(s) | No |
| Video Surveillance Malfunction | No |
| Presence of Unexplained Facts | o |
| Direct Referral from Facility | No |
| Prior UOF Violation OATH Plea | No |
| Evidence of Staff Collusion | No |
| Other Full ID Circumstance | s |

Video

| | |
|---|---|
| Video Captured | Yes |

Remarks

| | |
|---|---|
| Investigator's Justification for Determination | UOF 1069/23 |

Brief Incident Summary
On February 26, 2023, at approximately 1357 hours in GRVC Building 17B, the Housing area was refusing to Lock-in when the SRT (Strategic Response Team) responded to a level "B" Assault on staff (AOS). At approximately 1346 hours CO ████████ was observed at the "B" Post making entries into a logbook when a PIC splashed the Officer in the facial area with an unknown substance. The PIC immediately walked away, after a few seconds the Officer stood up from behind the post and began to pursue the PIC. It appears that neither of the housing area Officers ████████ and ████████ were wearing BWC. CO ██████ appeared to be very aggressive as he attempted to continue the confrontation with the PIC. At approximately 1347 hours camera ██████████ CO ██████ pushes the legs of PIC ████ out of his way as he pursues another PIC on the upper tier. PIC ████ falls to the ground, and he remains laying on the floor of the upper tier for several minutes.

## Privileged and Confidential

Upon arrival Captain ███████ gave orders to all individuals to take it to their assigned cells. Multiple individuals refused to comply with the directives and began walking towards staff saying they were not going to lock in. For the safety and security of staff Captain ██████ ordered staff to close all cell doors. At that point PICs began tying up their faces with shirts and other clothing. More orders were given and warned that chemical agents would be utilized. Multiple individuals began rushing towards DOC staff, PIC ██████ attempted to kick but CO ██████ made contact with the Poly Carbon shield to his body. Simultaneously multiple individuals began advancing towards staff. At that point Captain ██████ feared the rest of the house would charge at staff, for the safety of staff Captain ████████ utilized a single Aerosol Grenade Phantom 40 (AGPTM - 40) to the middle tier dayroom causing all individuals run to the back of the housing unit. PIC ██████ and an unknown individual began advancing towards the stairs. Captain █████ utilized another AGPTM to the top tier, PIC ████ laid down on the ground. As staff approached him on the top tier PIC refused to lay down on the ground. Captain █████ utilized a single application of chemical agents MK-9 to the facial area, it did not its desired affect because his face was covered. Multiple orders were given to avail as they refused to comply. Captain ██████ the utilized another application of MK-9 to said individuals' facial area, the chemical agents took its desired affect and staff was able to secure the PIC in restraints and escorted to their cells. After all individuals were secured SRT staff departed the area. (A, C)

Video Surveillance
On February 28, 2023, ID investigator viewed the following angles from February 26, 2023, at approximately 1357 hours to 1419 hours, in GRVC Building 17B housing area.

Staff/PIC injuries, Accuracy of UOF classification:
On February 26, 2023, PIC's ████████████████ were afforded prompt medical attention, no visible injuries were noted. PIC's refused medical attention.

There were no reported staff injuries.

This incident was correctly classified as a 'C' UOF.

Brief summary of Staff and PIC statements.
PICs ████████████████ refused to provide a statement to the facility or medical staff. ID determined that PIC interviews were deemed unnecessary due to the incident being captured on video evidence.

**Privileged and Confidential**

Available staff reports were consistent with what was observed on video footage and with each other.

Facility Rapid Review:
The Rapid Review was conducted by Deputy Warden ███ and deemed this incident as unavoidable and did not identify any violations. ID does not agree with this assessment as CO ███ appeared to display conduct unbecoming of an officer.

Conclusion:
Based on the evidence as cited above, it is recommended that this case be referred for FULL ID. The UOF was unavoidable, necessary, and not excessive. However, after being splashed in the facial area with an unknown substance CO ███ appeared to display conduct unbecoming on an officer. CO ███ advanced towards the PIC in what appeared to be an aggressive manner and had to be restrained by fellow Officer ███, this behavior went on for several minutes until the officers were able to escort CO ███ out of the housing area.

On February 26, 2023, PIC ███ called 311 stating that he and PIC ███ were locked in their cells during the following incident. Stated a grenade (OC) was utilized in the housing area he stated that his neighbor was not responding and that he may have passed out a d i in n e  of me i al atten ion of whi h D C staff is not providing. Up n f ther  ve tig tio  ID Investi ator  ete mi ed t at PIC ███ was not calling 311 to other assistance for himself, he was calling 311 to get assistance for another PIC. PIC ███ mad  no request to see medical for him elf.

P C ███  alle  311  omplaining h t offic rs sp  y d s me type  f p pp r sp ay something else to lock down the PICs for whatever reason. PIC stated that he did not receive medical attention. Upon further investigation ID determined that PIC ███ received medical attention on 02/26/2023 FY23/#942 he refused medical attention.

PIC ███ stated, "that he got locked had another PIC act like he wanted to hurt him, chased him around used mace, but camera shows him trying to make sure another individual doesn't lose consciousness got mased, beat up, 3 bottles, look at the camera I'm on my knees and they hit me on the head for no reason. They are using their authority more than they are supposed too".

Upon further investigation ID Investigator determined the following based on the video footage the AGPTM canister was released on the lower-level dayroom, not in anyone's cell. PIC ███ refused to comply with direct orders to take it to his cell as he stood over another PIC who was laying on the floor. Direct orders were given to PIC ███ to go his cell, as he stood over a PIC who laying on the floor - he refused to comply with the commands. PIC ███ was observed standing - not on his knees as stated based on the video footage. Staff approached the PIC laying on the floor and without warning PIC ███ attacked staff as he lunged towards the officer's legs trying to take the officer down to the floor. Force was utilized by staff upper and lower body control holds as the officers secured the PIC in restraints while on the floor assisted

**Privileged and Confidential**

NY DOC CMS 1.25.31

him to his feet and escorted him to his cell. These allegations are unsubstantiated.

Recommendation
Based on the above-mentioned information, it is recommended that this case be opened as a Full-ID investigation for further investigation into this incident.

| | |
|---|---|
| Conclusion | |
| Staff Reassignment During Investigation | No |
| DOI Referral for Staff | No |
| DOI Referral for Inmate | No |
| Injury Properly Classified | Yes |
| Review End Date | 03/21/2023 |
| Workflow | |
| DDI Intervention | |
| Workflow Action | Approve Preliminary Review (initiate ID Investigation) |
| Created By | |
| Created Date | |
| Updated By | █████████████ |
| Updated Date | 03/22/2023 0  58 PM |

CONFIDENTIAL
ATTORNEYS' EYES ONLY

# New York City Department of Correction
## Central Operations Desk

**B Form (Revised May 10, 2007)**

| REPORTING FACILITY | REPORTING DATE | REPORTING TIME |
|---|---|---|
| GRVC | 02/26/23 | 16:26 |
| **PERSON REPORTING INCIDENT** | **INCIDENT DATE** | **INCIDENT TIME** |
| ADW | 02/26/23 | 13:57 |
| **PERSON REPORTED TO** | **INCIDENT TYPE** | **INCIDENT STATUS** |
| ADW | Use of Force | Actual |

**DESCRIPTION OF EVENT**

AT 1357 HOURS, IN HOUSING AREA 17B (ADULT/ESH), THE HOUSING AREA WAS REFUSING ORDERS TO LOCK-IN WHEN THE SRT TEAM RESPONDED TO THE AREA. CAPTAIN ██████████████████ GAVE ORDERS TO LOCK-IN AND INMATES ████████████████████████████████████ REFUSED TO COMPLY. INMATE ████████ THEN ADVANCED TOWARDS THE OFFICERS THROWING PUNCHES STRIKING OFFICER ██████ ██████ POLY CARBON SHIELD. OFFICERS ████████████) THEN UTILIZED UPPER BODY CONTROL HOLDS TAKING THE INMATE DOWN TO THE FLOOR AND OFFICER ████████████ DEPLOYED CHEMICAL AGENT (OC). INMATES ████████████████ BEGAN ADVANCING TOWARDS THE OFFICERS. CAPTAIN ████████ DEPLOYED THE AGPTM-40 GRENADE, AND THE INMATES RAN TO THE BACK OF THE HOUSING AREA. INMATE ████ ADVANCED TOWARDS CAPTAIN ████ WHEN THE CAPTAIN DEPLOYED ANOTHER AGPTM-40 GRENADE. INMATE ████ CONTINUED TO ADVANCE AND GRABBED OFFICER ████████ LEG WHEN CAPTAIN ████ OFFICERS ████ AND ████ UTILIZED UPPER BODY CONTROL HOLDS TAKING THE INMATE DOWN TO THE FLOOR. INMATE ████ STOOD UP AND OFFICER ████████ DEPLOYED CHEMICAL AGENT (OC). INMATE ████ THEN RAN TO THE BACK OF THE TIER WHEN THE OFFICERS GAVE ORDERS TO LAY ON THE FLOOR AND THE INMATE COMPLIED. THE OFFICERS APPLIED RESTRAINTS AND ESCORTED THE INMATES TO THEIR CELLS WHEN INMATE ████ REFUSED TO WALK. OFFICERS ████ (#████ DOA ████ AND ████ (#████ DOA ████ UTILIZED CONTROL HOLDS SECURING THE INMATE IN THE POWER TRAXX CHAIR ESCORTING THE INMATE TO HIS CELL. THE OFFICERS REMOVED THE INMATE FROM THE CHAIR AND SECURED THE CELL DOOR, TERMINATING THE INCIDENT. STAFF AND INMATE INJURIES ARE PENDING. THIS INCIDENT IS CLASSIFIED AS A "P" USE OF FORCE. VIDEO SURVEILLANCE: YES / CHEMICAL AGENT (OC) UTILIZED: YES. ON 02/27/23 THE FACILITY REPORTED THERE WERE NO STAFF AND INMATE INJURIES. THIS INCIDENT IS RECLASSIFIED AS A "C" USE OF FORCE.

ATTORNEYS' EYES ONLY

| INMATE NAME | CASE NUMBER | NYSID | INJURY TYPE | CURRENT FACILITY |
|---|---|---|---|---|
| ████████ | ████████ | ████████ | | George R. Vierno Center |
| ████████ | ████████ | ████████ | | George R. Vierno Center |
| ████████ | ████████ | ████████ | | George R. Vierno Center |
| ████████ | ████████ | ████████ | | George R. Vierno Center |

| STAFF NAME | TITLE | SHIELD/ID | INJURY TYPE |
|---|---|---|---|
| ████████ | CORRECTION OFFICER | ████ | |
| | CORRECTION OFFICER | ████ | |
| | CORRECTION OFFICER | | |
| ████████ | CORRECTION OFFICER | | |
| ████████ | CORRECTION OFFICER | | |
| ████████ | CORRECTION OFFICER | | |
| ████████ | CORRECTION OFFICER | | |
| ████████ | CAPTAIN CORRECTION | ████ | **al** |

| | OFFICER | |
| ██████████████ | CORRECTION OFFICER | ██████ |
| ███████████ | CORRECTION OFFICER | ██████ |

**COD NUMBER ASSIGNED**

**USE OF FORCE NUMBER ASSIGNED**
**1069/23**

**CATEGORY OF INCIDENT CLASS**
**C**

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UOF #1069/23

HHC TV
Date February 26, 2023
TO ███████████ Acting warden ████████
From ████████
subject Use of Force-12B
OC yes

████████████████████████████████
████████████████████████████████
██████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

On Sunday February 26, 2023 at
approximately 1357 hours, in housing
area 12B, the housing area was refusing
orders to lock-In, when the ████████
responded to the area. captain ███████
█████████ to lock-In and inmate

████████████████████████████████
████████████████████████████████

towards the ███████████
striking officer ███████ then utilized

al

UOF # 1069/23
Continuation from pg. 392

Upper body control holds taking the inmate down to the ground and Officer ████ deployed Chemical Agent. Inmates ████ ████████████████████ began advancing towards the officers. ████████████ deployed the AC₂PTM-40 Grenade and the inmates ran to the back of the housing area and the inmates ran to the back of the housing area. Inmate ████ advanced toward Captain ████ when the Captain deployed another AC₂PTM-40 Grenade. Inmate ████ continued to advance and grabbed Officer ████████ leg when Captain ████████ ████████████████████ utilized upper body control holds taking the inmate down to the floor. Inmate ████ then ran to the back of the tier when the officers gave orders to lay on the floor and the inmate complied. The officers applied restraints and escorted the inmates to their cells when inmate ████████ refused to walk. Officers ████████ ████ utilized control holds securing the inmate in the power traxx chair escorting the inmate to his cell. The officers removed the inmate from the chair and secured the cell door, Terminating the incident.

Respectfully submitted
████████████████████ ████████

 **CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo



| Type of Incident: | UOF ☒   COD ☐   Other ☐ | Date & Time of Incident: 02/26/2023 13:57 |
|---|---|---|
| UOF #: 1069/23 - P | Incident Status: Actual | NYSID #: █ |
| First Name: █ | | Book & Case #: █ |
| Last Name: █ | | Inmate ☒   Staff ☐   Other ☐ |

█████████

Photo Date: 02/26/2023
Photo Taken By: CAPTAIN █
Investigating Supervisor: CAPTAIN █
Photo Description: Front

PRIVILEGED AND CONFIDENTIAL



**CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo

| Type of Incident: | UOF ☒ | COD ☐ | Other ☐ | Date & Time of Incident: 02/26/2023 13:57 |
|---|---|---|---|---|
| UOF #: 1069/23 - P | | Incident Status: Actual | NYSID #: ██████ | |
| First Name: ██████ | | | Book & Case #: ██████ | |
| Last Name: ██████ | | | Inmate ☒  Staff ☐  Other ☐ | |





| Photo Date: | 02/26/2023 |
|---|---|
| Photo Taken By: | CAPTAIN ████ |
| Investigating Supervisor: | CAPTAIN |
| Photo Description: | Other-REFUSED |

PRIVILEGED AND CONFIDENTIAL

al



# CITY OF NEW YORK CORRECTION DEPARTMENT

## George R. Vierno Center

# Incident Photo



| Type of Incident: | UOF ☒ | COD ☐ | Other ☐ | Date & Time of Incident: | 02/26/2023 13:57 |
|---|---|---|---|---|---|
| UOF #: 1069/23 - P | | Incident Status: Actual | | NYSID #: | |
| First Name: | | | | Book & Case #: | |
| Last Name: | | | | Inmate ☒   Staff ☐   Other ☐ | |





Photo Date:               02/26/2023
Photo Taken By:           CAPTAIN
Investigating Supervisor: CAPTAIN
Photo Description:        Other-REFUSED

al

 **CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo



| Type of Incident: | UOF ☒   COD ☐   Other ☐ | Date & Time of Incident: 02/26/2023 13:57 |
| --- | --- | --- |
| UOF #: 1069/23 - P | Incident Status: Actual | NYSID #: ▇▇▇▇ |
| First Name: ▇▇▇ | | Book & Case #: ▇▇▇ |
| Last Name: ▇▇▇ | | Inmate ☒   Staff ☐   Other ☐ |



| | |
| --- | --- |
| Photo Date: | 02/26/2023 |
| Photo Taken By: | CAPTAIN ▇▇▇ |
| Investigating Supervisor: | CAPTAIN ▇▇▇ |
| Photo Description: | Other-REFUSED |

PRIVILEGED AND CONFIDENTIAL

al

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: | Date: 2/26/23 |
|---|---|

| Book and Case Number: | Date of Birth: — | Age: — | Housing Area: 17B |
|---|---|---|---|

I hereby acknowledge that the following written statement issued was made **VOLUNTARILY** of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Inmate Refused

| Inmate's Signature: Inmate Refused | Date: 2/26/23 |
|---|---|

| Witness by (print name): | Witness Signature: | Rank: Capt. | Shield Number: |
|---|---|---|---|

al

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

Inmate's Name: ███████████████████

Date: 2/26/23

Book and Case Number: ███████████

Date of Birth: —

Age: —

Housing Area: 17B

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Inmate's Signature: *Inmate Refused*

Date: 2/26/23

Witness by (print name): ███████████

Rank: Capt

Shield Number:

al

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE VOLUNTARY STATEMENT FORM**

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: | | Date: 2/26/23 |
|---|---|---|

| Book and Case Number: | Date of Birth: | Age: | Housing Area: 12B |
|---|---|---|---|

I hereby acknowledge that the following written statement issued was made **VOLUNTARILY** of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Inmate Refused

| Inmate's Signature Inmate Refused | | Date: 2/26/23 |
|---|---|---|

| Witness by (print name): | Witness Signature: | Rank: Capt. | Shield Number: |
|---|---|---|---|

al

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE VOLUNTARY STATEMENT FORM**

| Form: IVS-1 |
|---|
| Eff.: 1/24/19 |

Inmate's Name: ███████████

Date: 2/26/23

Book and Case Number: ███████████

Date of Birth: —

Age: —

Housing Area: 17B

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Inmate Refused

Inmate's Signature: Inmate Refused

Date: 2/26/23

Witness by (*print name*): ███████████

Witness Signature: ███████████

Rank: Capt

Shield Number:

al



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

### INJURY TO INMATE REPORT

| Page 1 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |
|---|---|

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: GRNC   Date: 2/26/23   COD/UOF #:   Injury #: FY23/941

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name): ███████ ███████

Location Where Injury Occurred: 17B   Inmate's Housing Area: 17B   ███████   Book & Case/Sentence #: ███████

Details: ON SUNDAY FEBRUARY 26, 2023 AT APPROXIMATELY 1400 HRS IN HOUSING AREA 17B SR.T ON POST CHEMICAL AGENT USE OF FORCE INMATE ███████

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): ███████   Date: 2/26/23   Time: 1451 Hrs.

Employee: I ☐ (Did) ☑ (Did Not) Witness This Injury.   Employee Full Name (print): ███████   Employee Signature: ███████   Rank/Title: CO   Shield/ID#: ███████





# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

| Page 2 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |

**INSTRUCTIONS:** Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

Inmate Name (Last Name, First Name):

Injury #: T-93/941      & Case/Sentence #:

**TO BE COMPLETED BY THE INVESTIGATING O**

Investigator's Report:

If inmate was transported to a hospital, fill in hospital name here:

Medical's Final Disposition on Injury Type: ☐ Serious Injury    ☐ Non-Serious Injury

Injuries Resulted From: ☐ Use of Force   ☐ Allegation of a Use of Force   ☐ Inmate on Inmate Altercation   ☐ Self Inflicted   ☐ Accident   ☐ Other (Explain):

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

al



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: GRVC | Date: 2/26/23 | COD/UOF #: | Injury #: FY23/939

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name): ▮

Location Where Injury Occurred: 17B | Inmate's Housing Area: 17B | ▮

Details: On Sunday February 26th 2023 at approximately 1400 hours in housing Area 17B. GRi Specialized Unit on post and had a chemical agent use of force with inmate ▮

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): ▮ | Date: 2/26/23 | Time: 1457 Hrs.

Employee: I ☐ (Did) ☐ (Did Not) Witness This Injury. | ▮ | Rank/Title: CO | Shield/ID#: ▮

TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

[redacted]



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INJURY TO INMATE REPORT



| | |
|---|---|
| Page 2 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |

**INSTRUCTIONS:** Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

Inmate Name (Last Name, First Name):

Injury #: FV 23 1929    NYSID #:    Book & Case/Sentence #:

TO BE COMPLETED BY THE INVESTIGATING OFFICER.  PLEASE PRINT CLEARLY.

Investigator's Report:

If inmate was transported to a hospital, fill in hospital name here:

Medical's Final Disposition on Injury Type:  ☐ Serious Injury   ☐ Non-Serious Injury

Injuries Resulted From:  ☐ Use of Force   ☐ Allegation of a Use of Force   ☐ Inmate on Inmate Altercation   ☐ Self Inflicted   ☐ Accident   ☐ Other (Explain):

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

al



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT



| | |
|---|---|
| Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: GRVC | Date: 2/26/23 | COD/UOF #: | Injury #: FY23/938 |
|---|---|---|---|

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name): ████████████████████

| Location Where Injury Occurred: 17B | Inmate's Housing Area: 17B | NYSID #: 1688510K | Book & Case/Sentence #: 1412203479 |
|---|---|---|---|

Details: On Sunday February 26th 2023
at approximately 1400 hours in Housing Area
17B SPF specialized unit on post
was involved in a control hold use of
force with inmate ██████████████████

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): ████████████ | Date: 2/26/23 | Time: 1458 Hrs. |
|---|---|---|

| Employee: I ☐ (Did) ☑ (Did Not Witness This Injury. | Employee Full Name (print): ███████ | Employee Signature: ███████ | Rank/Title: CO | Shield/ID#: ███████ |
|---|---|---|---|---|

TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

ae1




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

### INJURY TO INMATE REPORT

| Page 2 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |

**INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.**

Inmate Name (Last Name, First Name): ███████████

Injury #: FV881938     NYSID #: ███████     Book & Case/Senten ███████████

TO BE COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.

Investigator's Report:

_(blank lined section)_

If inmate was transported to a hospital, fill in hospital name here: _____

Medical's Final Disposition on Injury Type:   ☐ Serious Injury   ☐ Non-Serious Injury

Injuries Resulted From:   ☐ Use of Force   ☐ Allegation of a Use of Force   ☐ Inmate on Inmate Altercation   ☐ Self Inflicted   ☐ Accident   ☐ Other (Explain):

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |

Tour Commander's Review:

_(blank lined section)_

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |

Deputy Warden's Review:

_(blank lined section)_

| Signature: | Rank/Title: | Date: |

Commanding Officer's Remarks: ███████████

| Signature: | Rank/Title: | Date: |



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT



| | |
|---|---|
| Page 1 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: GRVC | Date: 2/26/23 | COD/UOF #: | Injury #: FY23/940 |
|---|---|---|---|

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): ███████████████

| Location Where Injury Occurred: 17B | Inmate's Housing Area: 17B | NYSID #: |
|---|---|---|

Details: ON SUNDAY FEBRUARY 26, 2023 AT APPROXIMATELY 1400 HRS, IN HOUSING AREA 17B S.R.T. ON POST CHEMICAL AGENT USE OF FORCE INMATE ██████████

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): ████████ | Date: 2/26/23 | Time: 1451 Hrs. |
|---|---|---|

| Employee: [ ] Did [ ] This injury. | ████████ Signature: ██ | Rank/Title: CO | Shield/ID#: |
|---|---|---|---|

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

| Page 2 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |
|---|---|



**INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.**

Inmate Name (Last Name, First Name):

Injury #: FY08/9HO     NYSID #:     Book & Case/Sentence #:

**TO BE COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.**

Investigator's Report:

_____

If inmate was transported to a hospital, fill in hospital name here: _____

Medical's Final Disposition on Injury Type: ☐ Serious Injury   ☐ Non-Serious Injury

Injuries Resulted From: ☐ Use of Force   ☐ Allegation of a Use of Force   ☐ Inmate on Inmate Altercation   ☐ Self Inflicted   ☐ Accident   ☐ Other (Explain):

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|
| | | | |

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |
|---|---|---|
| | | |

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | **PART A** | |

**INSTRUCTIONS:**   **PRINT ALL INFORMATION**
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 2/26/22 | Incident Date: 2/26/22 | Incident Time: 1357 HRS | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT SUPERVISOR | Tour: 0600x1431 |
|---|---|---|

**1**   Was Supervisor notified before force was used?   ☐ YES   ☑ NO    If YES, write in full NAME, RANK and SHIELD #:

**2**   Which Supervisor was notified after the incident?   Write in full NAME, RANK and SHIELD #:     Time Notified: **1445HRS**

**3**   State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ████ | ████ | ████ | ☑ YES ☐ NO |
| 2 | ████ | ████ | ████ | ☑ YES ☐ NO |

**4**   Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26, 2022 I, Captain ████████ was assigned to the Strategic Response Team (SRT) as the Supervisor on the 0600X1431 hours tour. The SRT was deployed to GRVC to provide the facility with Enhanced Security. The SRT responded to a level "B" Assault on staff (AOS). The housing area was being placed on lock down by the tour commander. Once we arrived in the area I gave Orders for all individuals to take it to their assigned cells. Multiple individuals began walking towards SRT staff saying they were not going to lock in. I then heard one individual say "let me go in my cell and put on my sneakers" to prvent individuals from retreiving any items or weapons from their cells I ordered staff to close all the cell doors. i then witnessed multiple individuals tying up their face with shirts and other clothing. More orders were given and I even Warned them chemical agents would be utilized.

**5**   Were alternatives, such as verbal commands, attempted before force was used?   ☑ YES   ☐ NO    If YES, describe:

I gave all individuals orders to lock in before force was utilized.

**6**   Describe the incident and the specific force used:

At approximately 1357 hrs. while attempting to secure Housing area 17B several individuals began advancing towards SRT staff refusing to lock in. I gave all individuals verbal orders to go inside their assigned cells. Individual ████████ began rushing towards the team from the stairs. he attempted to kick but C.O. ████████ made contact with the Poly carbon shield to his body. at this time I witnessed multiple individuals advancing towards the team. Fearing the rest of the house would charge at us I Utilized A single Aerosal Grenade Phantom 40 (AGPTM ~ 40) to the middle tier dayroom causing all individuals that were advancing towards the team to run to the back of the housing Unit. Individual ████████ began advancing towards the steps with another unknown individual so I utilized another AGPTM to the top tier and he layed down on the ground. Once the team reached the top tier individual ████████ refused to lay down on the ground. I gave him several orders to lay down and he refused. I then utilized a single application of chemical agents (OC) from an MK-9 to said individuals facial area. The chemical agents did not take its desired affects because his face was covered up and he rushed towards C.O. ████████ and grabbed his legs. I then utilized another single application of chemical agents (OC) from an MK-9 to said individuals facial area. the chemical agents took its desired affects and staff was able to handcuff him after a brief struggle.

Continued on Reverse Side

al

**6** (Continued)

All individuals were given orders to lay down and they complied. Once all individuals were secured in restraints they were escorted to their assigned cells. While attempting to escort individual ▆▆▆▆▆ ▆▆▆▆▆ to his cell he refused to walk. Staff secured him in the Power Traxx evacuation chair. Said individual began to kick at staff C.o. ▆▆▆▆ C.o. ▆▆▆▆ and C.O. ▆▆▆ utilized control holds to secure him in the chair. once he was brought upstairs he was secured inside of his cell. After all individuals were secured SRT staff departed the area.

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to control the situation for the safety of staff and individuals because individuals became physically abusive towards staff.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Individuals ▆▆▆▆▆▆ had Chemical agents on their facial area.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

I was the on scene supervisor who supervised the incident

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 1 ▆ | C.O. | ▆ | assisted with the escort |
| 2 ▆ | C.O. | ▆ | Was Present |
| 3 ▆ | C.O. | ▆ | Was present |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| UNKNOWN | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
CAPTAIN # ▆▆▆▆

**al**

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| **INSTRUCTIONS:** PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | **DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**<br>☑ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE<br>If WITNESS/PRESENT only, then complete PART A-1, NOT this report. |
|---|---|

| Facility:<br>GRVC | Report Date:<br>2/26/2023 | Incident Date:<br>2/26/2023 | Incident Time:<br>1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>4A | Post Assigned at Time of Incident:<br>SRT | Tour:<br>0600x1431 |
|---|---|---|

**1** Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:
Capt ▓▓▓ # ▓▓▓       Time Notified: 1357

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ☑ YES ☐ NO |
| 2 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ☑ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

While attempting to lock the house in we were getting passive resistance that escalated quickly. When inmate ▓▓▓▓▓▓ attacked us when he jumped off the upper tier onto my co workers.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

Inmates were given several direct orders to go to their assigned cells they all refused. They were also given direct orders to lay down they also refused to comply. Their was also orders for inmates that were going to comply and did not want to be involved to stand informant of their cell. But they all refused.

**6** Describe the incident and the specific force used:

On Sunday February 26, 2023 at approximately 1357 I CO ▓▓▓▓▓▓ assigned to srt on the 0600x1431 tour of duty. We responded to an alarm of an assault on staff in housing area 17B. When we arrived to the area, directions were given the inmates were told to go to their assigned cells. They all refused, and one inmate attempted to come down stairs from the top tier. He was then told to turn around and go to his assigned cell. Several direct orders were given, to go to your assigned cell all the inmates that were out refused to comply. ▓▓▓▓▓▓ again attempted to come down from the top but was once again told to go to his cell. He began stating that he's going out on us (aggressive resistance). We then began to put on our gas mask, more orders were given and it was stated that if you are not involved go stand in front of your cell door. They all refused then shortly after ▓▓▓▓▓▓ jumped off the top tier onto my co workers. He was taken down and handcuffed. The other inmates began advancing but chemical agents were deployed and they turned back. Orders were continuously given, now for the inmates to get on the floor he didn't comply. I went upstairs and saw one inmate on the ground and the other inmate ▓▓▓ standing. I first told him to go down to his knees but looking at the spacing with the two inmates side by side I then told him to lay down on his stomach. He refused multiple orders to lay down from my co workers and I then chemicals agents were utilized. After he was sprayed he rushed me and attempted to grab my legs from underneath me I was able to avoid being picked up or taken down and I grabbed his body and took him down to the ground he was still fighting to get up but we were able to place him in handcuffs and secure him. I got up then

Continued on Reverse Side

al

**6** (Continued)

started telling the other inmate who was no longer on the floor to lay down on the ground. He finally complied after multiple orders and we were able to secure him. After the rest of the inmates were escorted to their assigned cell. After all the inmates were secured we exited the area without further incident.

23 FEB 16  20    20

**7** Explain in detail why force was necessary to control the situation:

To prevent an assault on staff

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was used to inmates arms and upper body

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt ▮▮▮▮

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮▮▮ | Co | ▮▮▮ | Use of force |
| 2 | ▮▮▮ | Co | ▮▮▮ | Use force |
| 3 | ▮▮▮ | Co | ▮▮▮ | Used force |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
▮▮▮ CO ▮▮▮

a1

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| INSTRUCTIONS:    PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☑ USED FORCE       ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |

| Facility:<br>AMKC | Report Date:<br>2/26/23 | Incident Date:<br>2/26/23 | Incident Time:<br>1357hrs | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>17B | Post Assigned at Time of Incident:<br>Strategic Response Team | Tour:<br>0600X1431hrs |
|---|---|---|

| 1 | Was Supervisor notified before force was used?   ☑ YES   ☐ NO   If YES, write in full NAME, RANK and SHIELD #: |
|---|---|

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:<br>Capt. ▮▮▮▮  # ▮▮▮ | Time Notified:<br>Present |
|---|---|---|

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☑ YES   ☐ NO |
| 2 | | | | ☐ YES   ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26, 2023 I CO ▮▮▮▮▮ assigned to SRT on the 0600X2231hrs tour. Under the supervision of Capt ▮▮▮▮ ▮▮ responded to Level B activation in housing area 17B. This writer was at base on another task. When SRT staff entered the area. I CO ▮▮▮ and CO ▮▮▮ responded to the area at appx.1415hrs with the prowertraxx chair.

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☐ YES   ☑ NO   If YES, describe:

n/a

**6** Describe the incident and the specific force used:

Upon entering housing area 17B this writer walked to the back of the housing where multiple unknown inmates were secured. This Writer assisted Inmate ▮▮▮▮▮▮▮▮ into the powertraxx chair and secured said inmate into cell #29 without incident. After Inmate ▮▮▮▮▮ ▮▮▮▮▮ was placed into the powertraxx chair he begun to twist and try to kick out of the chair, once inside of his assigned cell said inmate was taking out of the chair and srt staff attempted to place him on to he bed. At this time said inmate stood on top of the bed frame srt staff grabbed his legs to prevent harm to staff and inmate. While I Co ▮▮▮ used soft hand techniques to grab his arm and assist with placing him on the bed, After being placed on the bed this writer uncuffed said inmate and gave him orders to remain of the bed until staff exit the cell which he complied. Once all inmates were secured and security inspection was completed SRT departed the area without further incidents to report.

a1

**6** (Continued)

n/a

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to prevent assault on staff

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

arm / lower body

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt. ███ ███

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ███ | CO | ███ | UOF |
| 2 | ███ | CO | ███ | UOF |
| 3 | ███ | Capt | ███ | Supervisor |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
CO ███                                                     ███

al

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5005-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| INSTRUCTIONS:    PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☑ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE<br>IF WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

| Facility:<br>GRVC | Report Date:<br>02/26/23 | Incident Date:<br>02/26/23 | Incident Time:<br>1357 hours | Facility Incident #:<br>27 FEB 26  9 | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>17B | Post Assigned at Time of Incident:<br>SRT | Tour:<br>0600x1431 |
|---|---|---|

| 1 | Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:<br>Captain     # |
|---|---|

| 2 | Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:<br>Captain | Time Notified:<br>1357 hours |
|---|---|---|

| 3 | State name(s) of inmate(s) against whom force was used: | | | |
|---|---|---|---|---|
| | **Last Name** | **First Name** | **B&C or Sent. Number** | **Infraction Written?** |
| 1 | | | | ☑ YES ☐ NO |
| | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday, February 26, 2023 At approximately 1357 hours I C.O.  #  assigned to SRT on the 0600x1431hr tour responded to a level "B" alarm assault on staff in 17B with SRT staff under the supervision of captain  # 

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☑ YES ☐ NO  If YES, describe:

multiple unknown inmates was given multiple verbal commands by SRT staff to step back and take it to their assigned cell.

**6** Describe the incident and the specific force used:

Upon entering the housing area there were multiples inmates out, this writer stood in formation to the bottom right tier with SRT staff. SRT gave multiples verbal commands to the inmates out to step back and take it to their cell. Said inmates continuously ignored the verbals commands and advanced toward SRT staff with agressive manner with clenched fists, face covered with clothes to avoid chemical agent effect and stating "we going out". At this time an unknown inmate, later identified as inmate     , who was standing on the top tier staircase jumped from the stairs to attack the SRT officer holding the polycarbon shield making contact with the shield and others SRT staff. At this moment, this writer deployed a one-two second burst of chemical agent toward said inmate facial area which did not take its desired effect as said inmate actively kept pushing, pulling, tensing while SRT staff attempting to securing him. At this time this writer assisted SRT staff by utilzing soft hand techniques on inmates left arm by grabbing his left arm and securing said inmate to the ground. I then proceeded to utilize control holds on said inmates wrist to place his hands to the rear. Once said inmates hands were to the rear, I placed mechanical restraints on said inmate, assited him to his feet and placed him to the wall by the entrance wall. At this time I went to assist SRT staff with securing the rest of the housing area. Once the housing area was secured, this writer and SRT staff exited the area terminating the incident.

**a1**

**6** (Continued)

I am writing this report based upon my immediate recollection of the incident at this point. I herby reserve the right to amend this report pursuant to my further clarity of the incident and possible review of video evidence.

NYC-DOC

23 FEB 2b 19    16

---

**7** Explain in detail why force was necessary to control the situation:

To enforce Departmental or Facility rules, policies, regulations where lesser means have proven ineffective there is an immediate need for compliance.

---

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical agent applied to the facial area and soft hands technique to the upper body.

---

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt ███

---

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO

If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ███ | CO | ████ | |
| 2 | ███ | CO | ███ | |
| 3 | ███ | CO | ███ | |

---

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

---

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

---

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

---

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

███ CO # ███   Signature ███

al

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | PART A |

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 02/26/23 | Incident Date: 02/26/23 | Incident Time: Approx. 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: STRATEGIC RESPONSE TEAM | Tour: 0600 X 1431 |
|---|---|---|

**1** Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:  ███████, Captain #████  | Time Notified: 1357

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ████ | ████ | ████ | ☑ YES ☐ NO |
| 2 | | | | ☑ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26th 2023 at approx. 1357 hours I C.O ████ #███ (████ ████) assigned to the Strategic Response Team on the 0600 x 1431 hours under the direct supervision of Captain #███ responded to housing area 17B for a Level B Activation (Assault On Staff). SRT Staff entered housing area and went into a Staggered formation. At this time, this writer observed multiple individuals refusing direct order for Captain ████ to "take it to your cell door for lock in." Multiple Unidentified Individuals refused orders to take it to their cell and stated "We not locking in," and "Lock In for what!" Captain ████ gave an order for SRT Staff to donn Gas Mask. This writer proceeded to donn Gas Mask and resumed back place in formation. A command was then given by SRT Staff to enter a modified formation covering all 4 upper and lower access points (tier) of housing area. This writer was positioned on the right side monitoring the multiple passive resistant Individuals refusing direct orders to lock in.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

Multiple Commands were given by Captain ████ and SRT Staff to take it to your respective cell door for lock in.

**6** Describe the incident and the specific force used:

This writer observed an unknown Individual later identified as ████████████████ ██████████████ increase his level of resistance from a passive state to an agressive state by jumping off the steps of the upper right tier to assault Officer ████████ who was standing at the bottom of Upper Tier Steps holding the Polycarbon shield. Individual ████████ is a 24 year old, black male, 5'10, weighing about 190 lbs He has been in DOC Custody since ████████████████████████████████████████ ██████████████████████ This writer utilized (one) two second application of Chemical Agent (MK9) towards the facial area of Individual ████ simultaneously as he attempted to jump off the right side upper tier steps towards Officer ████ P. This writer observed Officer ████ maintaining possession of the polycarbon shield and Individual ████ was taken down to the ground by SRT Staff. At this time, orders were given by Captain ████ for all Individuals to lay down on the ground. This writer disengaged with Individual ████ and continued to observe additional Individuals on the top tier right side who refused orders to lay down on the ground. This writer along with Officer ████████ and Officer ████████ advanced uptowards the top tier still maintaining a modified formation awaiting orders from Captain ████ to advance. This writer observed Individual ████

Continued on Reverse Side

**6** (Continued)

Classification Score: 22, Custody Level: MAX, ACTIVE GANG MEMBER (SRG- BLOODS {MAC BALLER}), RED ID, Enhanced Restraint, standing on the upper right tier refusing all verbal commands to lay down on the ground. Individual ▓ is a 37 year old black male, 5'8 weighing about 140 lbs. ▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ This writer also observed Individual ▓▓▓▓▓▓▓▓▓▓▓▓ Classification Score: 26, Custody Level: MAX, SUSPECTED GANG MEMBER (SRG: BLOODS {MOB PURU}), RED ID, Enhanced Restraint laying on the ground on the upper right top tier. Individual ▓ is a 25 year old asain male, 5'10 weighing approx. 220 lbs. ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓ Chemical agents were utilized from the bottom tier towards Individual ▓ facial area. At this time, chemical agents did not take its desired effect. After reassessment, orders were given by this writer to get down. Individual ▓ refused. This writer utilized (one) two second application of Chemical Agents (MK9) towards the facial area of Individual ▓ Individual ▓ increased his level of resistance from a passive state to an agressive state by charging towards Officer ▓ in an attempt to assault staff. This writer observed Individual ▓ stand up from the floor. This writer immediately utilized (one) two second application of Chemical Agents (MK9) towards the facial area

**7** Explain in detail why force was necessary to control the situation:

As a last resort and where there are no practical alternatives available to prevent physical harm to Staff, visitors, inmates, or other persons

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Facial Area, Leg Lock (No Visual or Apparent In

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▓ # ▓

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☒ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▓ | CAPTAIN | ▓ | SUPERVISED THE INCIDENT |
| 2 | ▓ | C.O | ▓ | UTILIZED CONTROL HOLDS |
| 3 | ▓ | C.O | ▓ | ASSISTED WITH RESTRAINTS |

**11** Did any other inmates witness the incident? ☒ YES ☐ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| ▓ | ▓ | ▓ |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☒ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☒ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
C.O # ▓▓▓▓▓▓▓▓

al

Form 600AR

DEPARTMENT OF CORRECTION – INTRADEPARTMENTAL MEMORANDUM

Date        :        Sunday, February 26, 2023

To          :        Executive Officer ████████

From        :        ████████  ████ C.O #████

Subject     :        EXTENSION OF UOF #1069/23

Submitted herein is an extension of UOF 1069/23.

of Individual ████ and gave orders for said Individual to get back down on the ground. This writer observed Officer ████ utilize force to bring Individual ████ down to the ground. This writer stepped over Officer ████ and performed a leg lock technique with feet to maintain positive control of Individual ████ legs due to his aggressive resistance. This writer stood by observing Individual ████ who ran to the rear of the tier and removed his shirt and took on a fighting stance with closed clenched fists after wiping off his face. This writer remained in a modified formation and stood by until Individual ████ was secured by SRT Staff. This writer then advanced down the upper right-side tier with Officer ████ and Officer ████ Upon Captain's orders to advance down the tier and secure Individual ████ Officer ████ gave an order to get down to the ground. Individual ████ placed both hands in the air and got down to the ground. It was at this time chemical agents took its desired effect and Individual ████ began to comply. This writer gave an order to place hands behind his back. Individual ████ complied. At this time, this writer placed mechanical restraints on Individual ████ and assisted said Individual to his feet. This writer conducted a Pat Frist of Individual ████ with negative findings. This writer escorted Individual ████ to this assigned Cell #46 and placed him on his bed to lay down prone. This writer gave orders for Individual ████ to lay down and place hand behind head upon removal of mechanical restraints. Upon removal of mechanical restraints Individual complied with orders given and this writer exited cell terminating incident with this individual. This writer then assisted SRT Staff with opening and closing cell doors by utilizing a point-to-point radio with facility staff inside the A Station. Upon all individuals secured in housing area, this writer along with all SRT Staff exited area terminating incident in its entirety. I am writing this report based on my immediate recollection of the incident. I hereby reserve the right to amend this report, pursuant to my further clarity of the incident, and possible review of the video evidence.

Respectfully Submitted,



**CITY OF NEW YORK - CORRECTION DEPARTMENT** | FORM #5006-A | Eff.: 9/27/2017

**USE OF FORCE REPORT** | PART A

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS only present, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 2-26-23 | Incident Date: 2-26-23 | Incident Time: 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |

Location Where Incident Occurred: 17B
Post Assigned at Time of Incident: SRT
Tour: 0600 X 1431

1. Was Supervisor notified before force was used? ☐ YES ☑ NO If YES, write in full NAME, RANK and SHIELD #:

2. Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #: Captain ▮▮▮  Time Notified: 1358

3. State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☐ YES ☑ NO |
| 2 | | | | ☐ YES ☐ NO |

4. Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Febuary 26, 2023 at approx 1357 Hours I co ▮ assigned to SRT responded to housing area 17B for a Level B activation/assault on staff. SRT staff was instructed to secure the housing area under the direct supervision of Captain ▮▮▮

5. Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO If YES, describe:

Multiple verbal commands of Lock-in was given to no avail. Also multiple commands of lay down was given to no avail.

6. Describe the incident and the specific force used:

Upon entering housing area 17B all individuals were instructed to Lock-In multiple times, at which point one Individual Steted that he was going to his cell for sneakers, I'm going ▮▮▮ jumped from the top of the staircase on to the shield. At that time this writer utilized one application of the polycarbonate shield striking ▮▮▮ in the upper torso pushing him in the direction of SRT staff members to secure the said individual in mechanical restraints. Once ▮▮▮ was secured multiple individuals became hostile at which point

Continued on Reverse Side

a1

**6** (Continued)

all Individuals Were instructed to lay down or chemical agents Will be deployed. Individuals [redacted] to comply at Which point chemical agents Were deployed, SRT Staff then began to place Individuals in mechanical restraints and secured the housing area. once the housing area Was Secured SRT Staff exited the area, nothing further to report terminating incidents.

**7** Explain in detail why force was necessary to control the situation:

Force Was necessary to ensure the Safety of Staff and Inmates alike.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper torso / Chemical agents utilized.

**9** To the extent applicable, identify [redacted] any Staff Member who authorized and/or supervised the incident:

Captain [redacted]

**10** [redacted] non-uniform staff involved [redacted] e time of the incident?   ☐ YES ☐ NO
[redacted] ification information and giv[redacted] ach person's actions immediately before and during the incident:

| | Rank/Title | [redacted] er | Account of Actions |
|---|---|---|---|
| 1 | CO agents | [redacted] | utilized |

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 2 | [redacted] | Co | | utilized |
| | Chemical agents | | | |

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 3 | [redacted] | Co | [redacted] | utilized |
| | Chemical agents. | | | |

**11** Did any other inmates witness the incident?   ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

[redacted]

**13** Did you claim any injuries as a result of the incident?   ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

[redacted]

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)   [redacted]   Sig[redacted]

**a1**

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| INSTRUCTIONS:   PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| | ☑ USED FORCE     ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |

| Facility: Grve | Report Date: 7/7z/23 | Incident Date: 7/7z/23 | Incident Time: 1350 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: GNZ |
|---|---|---|

| 1 | Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES ▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|---|

| 2 | Which Supervisor was notified after the incident?   Write in full NAME, RANK and SHIELD #: | Time Notified: |
|---|---|---|

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | ☐ YES ☑ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On February 26 2023 at approximately 1380 hrs due to the 6n4 tour under the directi ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ housing area 17B as a member of SRT response team due to inmate right. It was communicated that the inmates needed to be secured inside their cells several unknown inmates Refused orders to step towards their cells instead began to wrap their faces and put on splinters.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

I instructed several unknown inmates to stay in the top tire to lock in

**6** Describe the incident and the specific force used:

As I began to ▮▮▮▮ ▮▮▮▮ force ringk I noticed ▮▮▮▮▮▮▮▮▮▮▮ jump from the top tire staircase onto the SRT Shield and at which time I grabbed hold of said inmate using upper body control holds around his chest and drug falling to the ground I the unable to secure his Right arm behind his back before being trapped out due to OC exposure. Once trapped out this ended My involvement in incident standing by as the housing area was secured Once all inmates were secure SRT staff exited the area

al

**6** (Continued)

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to prevent further injury to staff or inmate.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chest and arms into not my visible injuries

**9** To the extent ap_____ ____ ____ name(s) of any Staff Member who authorized and/or supervised the incident:

Capt ████

**10** ___ ___ or non-uniform staff involved ____ ___ me of the incident?  ☐ YES ☐ NO ____ __fication information and gi____ ___ person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| ████ | CO | | See Staff Report |
| ████ | CO | ████ | See Staff Report |
| ████ | Capt | ████ | See Staff Report |

**11** Did any other inmates witness the incident? ☐ YES ☐ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| **INSTRUCTIONS:**    PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | **DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**<br>☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: 0600X1431 |
|---|---|---|

**1**   Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in ▮

**2**   Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:    Time Notified: 1357

**3**   State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ☑ YES ☐ NO |
| 2 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ☑ YES ☐ NO |

**4**   Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26,2023 on the 0600x1431 tour of duty, I ▮▮ was assigned to the recorder on the strategic response team needed by ▮▮▮▮ called in 17B due to an assault on staff. SRT then responded to the area. At approximately 1357 the team walked in to housing area 17B. At this point it didn't look like force was going to be needed to secure the housing area.

**5**   Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

Yes, several verbal commands were given to said inmates in housing area 17B before force was utilized.

**6**   Describe the incident and the specific force used:

Once the strategic response team was in 17b attempting to reason with the inmates in the housing area and told they needed to lock in the housing area continued to act aggressively towards the team. They were directed to go to their cell and step back or chemical agents will be utilized. That's when inmate ▮▮▮▮ jumped from the staircase on to the shield being held by ▮▮▮▮ 2second burst to said inmate. Then said inmate was still acting aggressively and taken to the floor to be secured. This writer used lower body controls to gain control of said inmates ▮▮▮▮ could cuf ▮▮ once said inmate was secure this writer and ▮▮▮▮ went to the right side of the top tier to secure the inmates up there ▮▮▮▮

Continued on Reverse Side

al

**6** (Continued)

to lay down and get cuffed. Chemical agents were utilized and said inmate charged at then took said inmate to the ground. This writer secured Said inmates wrist to assist in security said inmate in mechanical restraints. Inmate was then escorted downstairs near the door OF housing area 17B. All inmates were secured in their cells abolishing the Level B in 17B. No further incidents occured.

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to control the situation because the housing area was not stopping their aggression towards the strategic response team and they continued to refuse to lockin.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

This writer used lower body controls on said inmate. No injuries were visible on said inmate.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 1 | | | utilized chemical agents and upper body controls. |
| 2 | | | chemical agents |
| 3 | | | Shield |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| UNKNOWN | UNKNOWN | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD#)                    Signature:

al

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☒ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: Approx 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

Location Where Incident Occurred: 17B

Post Assigned at Time of Incident: STRATEGIC RESPONSE TEAM (SRT)

Tour: 0600 x 1431

**1** Was Supervisor notified before force was used? ☒ YES ☐ NO If YES, fill in full NAME, RANK and SHIELD #

Which ████████ █ SHIELD #: ████████

Time Notified: 1405

**3** State name(s) of inmate(s) against whom force was used:

| Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|
| ████████ | ████████ | ████████ | ☒ YES ☐ NO |
| ████████ | ████████ | ████████ | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

ON SUNDAY FEBRUARY 26th 2023, AT APPROXIMATELY 1357 HOURS, I CORRECTION ████████ ASSIGNED TO THE STRATEGIC RESPONSE TEAM (SRT), ON THE 0600 x 1431 TOUR, UNDER THE SUPERVISION OF ████████ A LEVEL B ACTIVATION IN HOUSING AREA 17B DUE TO AN ASSAULT ON STAFF.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☒ YES ☐ NO If YES, describe:

LAY ON YOUR STOMACH.
STOP KICKING.

**6** Describe the incident and the specific force used:

UPON ENTERING HOUSING AREA 17B, THIS WRITER OBSERVED SEVERAL IDENTIFIED INMATES ON THE TOP AND MAIN TIERS, WITH THEIR FACES COVERED WITH CLOTH AND CLOTHING. SRT INSTRUCTED ALL INMATES TO GO TO THEIR ASSIGNED CELLS. SEVERAL INMATES REFUSED BY YELLING "WE NOT GOING AL, THAT HAD NOTHING TO DO WITH US." THIS WRITER THEN DOWNED HIS AVON C50 GAS MASK WHEN AN UNIDENTIFIED INMATE AGGRESSIVELY JUMPED FROM THE TOP TIER STAIRS STRIKING SRT STAFF. CAPTAIN ████████ UTILIZED A APTM-40 CHEMICAL AGENT GRENADE. SRT STAFF GAVE ALL INMATES TO LAY ON YOUR STOMACH. THIS WRITER PROCEEDED DOWN THE LOWER TIER TO ENSURE ALL CELL DOORS WERE SECURED. THIS WRITER OBSERVED SEVERAL UNIDENTIFIED INMATES AT THE REAR LOWER TIER. THIS WRITER INSTRUCTED THE INMATES TO GET ON THE GROUND, LAY ON YOUR STOMACH. THESE INMATES COMPLIED WITH THESE INSTRUCTIONS ████████ THEN INSTRUCTED THIS WRITER TO SECURE AN INMATE LATER ████████ IN MECHANICAL RESTRAINTS. THE INMATE WAS ESCORTED TO HIS CELL #29 WHERE HE WAS SECURED WITH NO INCIDENT.

Continued on Reverse Side

al

**6** (Continued)

THIS WRITER THEN OBSERVED AN INMATE BEING ESCORTED BY CORRECTION ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ THE INMATE BECAME NON-COMPLIANT BY REFUSING TO WALK TO HIS CELL. CORRECTION OFFICER ▮▮▮▮▮▮▮▮ THE TRAXX CHAIR. THIS WRITER THEN SECURED THE INMATE INTO THE SAFETY STRAPS. WHILE ESCORTING THE INMATE TO HIS CELL, HE BEGAN RESISTING BY ATTEMPTING TO KICK HIS FEET. THIS WRITER GAVE THE INMATE DIRECT ORDERS TO STOP KICKING. THE INMATE IGNORED THESE ORDERS AND CONTINUED HIS ACTIONS WHEN THIS WRITER UTILIZED CONTROL HOLDS BY GRABBING THE INMATES RIGHT LEG ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ GRABBED THE INMATES LEFT LEG AND THE ESCORT RESUMED. THE INMATE WAS SECURED IN CELL #25. SRT STAFF THAN CONTINUED TO CONDUCT A SECURITY INSPECTION. ONCE COMPLETED, SRT STAFF EXITED THE AREA, TERMINATING THE INCIDENT.

**7** Explain in detail why force was necessary to control the situation:

PREVENT INJURY TO STAFF AND INMATE
ENFORCE DEPARTMENTAL RULES AND REGULATIONS.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

FORCE WAS APPLIED TO SEVERAL INMATES FACIAL AREAS (OC) CONTROL HOLDS TO THE INMATES LEGS. NO VISIBLE INJURIES WERE NOTED BY THIS WRITER.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

**10** ▮▮▮▮▮ or non-uniform staff ▮▮▮▮▮ present at the time of the incident?   ☑ YES  ☐ NO
▮▮▮▮▮▮▮ identification informati▮▮ ▮▮▮▮ account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| ▮▮▮▮ | CO | ▮▮▮▮ | UOF |
| ▮▮▮▮ | CO | ▮▮▮▮ | PRESENT |
| ▮▮▮▮ | CO | | PRESENT |

**11** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| UNKNOWN TO | THIS WRITER | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?   ☐ YES  ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

ATTORNEYS EYES ONLY

al

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

**INSTRUCTIONS:   PRINT ALL INFORMATION**
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: G.R.V.C. | Report Date: 02/26/23 | Incident Date: 02/26/23 | Incident Time: 1357 | Facility Incident #20 | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

Location Where Incident Occurred: 17 B
Post Assigned at Time of Incident: SRT
Tour: 0600 X 1431

**1** Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:          Time Notified:

**3** State name(s) of inmate(s) against whom force was used:

| Last Name | First Name | B&C or Seq'l Number | Infraction Written? |
|---|---|---|---|
| | | | ☑ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On February 26, 2023 approximately 1357 hrs _____ assigned to SRT on the 0600 _____ responded to a institutional alarm. Level B activation of assault on staff. While entering housing area 17 B I observed multiple inmates with face coverings acting in aggressive manner yelling that they are not locking in. several direct orders were for all inmates to go to their assigned cells to which they all refused to comply. I observed inmate _____ turn off the stairs in a kicking striking the shield.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

Yes several verbal commands were given for all inmates to lock in their assigned cell.

**6** Describe the incident and the specific force used:

_____ was then taken to the floor and secured then deployed phantom 40 granada in the housing area to stop the inmates from advancing toward the team. While securing the housing area C.O. _____ gave several verbal commands to stay on the floor to which _____ refused all orders. C.O. _____ while then deployed one burst of chemical agents to the _____ then continue his aggressive manner by rushing the team. _____ was then taken to the floor where he was secured. Multiple inmates were then escorted to their assigned cells without any other force utilized terminating the incident.

Continued on Reverse Side

**a1**

**6** (Continued)

23 ___ ___ 17 20

**7** Explain in detail why force was necessary to control the situation:

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▓▓▓▓ | C.O. | ▓▓▓▓ | See report |
| 2 | ▓▓▓▓ | C.O. | ▓▓▓▓ | See report |
| 3 | ▓▓▓▓ | C.O. | ▓▓▓▓ | See report |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) ▓▓▓▓▓▓▓▓▓▓   Signature: ▓▓▓▓▓▓

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| INSTRUCTIONS:  PRINT ALL INFORMATION <br> To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | **DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?** <br> ☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE <br> If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: 0600x1431 |
|---|---|---|

| 1 | Was Supervisor notified before force was used?   ☑ YES   ☐ NO    If YES, write in full NAME, RANK and SHIELD #: |
|---|---|
| | *Capt* |

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #: | Time Notified: |
|---|---|---|
| | Capt ▮▮▮▮ | 1350 |

| 3 | State name(s) of inmates(s) against whom force was used: | | | |
|---|---|---|---|---|
| | **Last Name** | **First Name** | **B&C or Sent. Number** | **Infraction Written?** |
| 1 | | | | ☑ YES  ☐ NO |
| 2 | | | | ☐ YES  ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26, 2023 at approx 1357 hrs I CO ▮▮▮ assigned to the Strategic Response Team (SRT) entered housing area 17B to respond to an level B alarm under the supervision of Capt ▮▮▮ This writer and the SRT entered the area in attempt to secure all inmates into their cells as an result of assault on staff. Upon arrival this writer witnessed several unknown inmates refusing to lock in as they stood on the top tier and dayroom. Some inmates covered their faces with clothing while entering and exiting their cells. Capt ▮▮▮ gave several direct orders to said inmates to lock in their cells, in which all of them refused to comply.

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☑ YES   ☑ NO    If YES, describe:

Verbal commands to step and enter his cell.

**6** Describe the incident and the specific force used:

As Capt ▮▮▮ attempted to utilize IPC skills towards said inmates, they continued to be non-compliant. Inmate ▮▮▮▮▮▮▮▮ stood on top of the stairs irate, refusing orders stating he was not going to lock in. At this time said inmate jumped from the stairs with a kick making contact the shield held by CO ▮▮▮▮▮▮ Staff utilized chemical agents towards inmate ▮▮▮ which didn't take its desired effect as he phyiscally resisted by swinging his arms and kicking his feet towards staff. I assisted by utilizing control holds to his legs grabbing both of his legs with my arms. Soon after, I utilized control holds to his arms by placing his right arm behind his back as I noticed staff struggled to apply restraints. This allowed staff to eventually apply mechanical restraints ceasing his movement. I assisted said inmate to his feet and escorted him to the entrance of the housing area leaving him with staff members. I repositoned myself back into formation with staff as we advanced towards the remaining inmates. As we advanced, I conducted an security inspection to ensure all doors were secured. While moving along staff utilized chemical agents towards inmates on the top tier, securing and escorting them to the entrance of the housing area. Staff reached all inmates in the back of the housing area securing them in restraints. Staff escorted an unknown inmate in the Traxx chair as he refused to walk on his own, to his cell and secured him. I escorted inmate ▮▮▮▮▮▮▮▮▮ to his cell #45 removed the restraints and secured the door. Staff secured the remaining inmates into their cell and conducted an security inspection of the doors. Once completed, staff exited the area terminating the incident.

Continued on Reverse Side

al

**6** (Continued)



23 FEB 17 53

---

**7** Explain in detail why force was necessary to control the situation:

As a last resort, where no other practical alternatives are available to prevent physical harm to staff and gain compliance.

---

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Arms / facial area

---

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt. ████ ████

---

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

ATTORNEY EYES ONLY

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ████ | CO | ████ | Applied restraints |
| 2 | ████ | CO | ████ | Assisted with escorting |
| 3 | ████ | CO | ████ | Utilized chemical agents |

---

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| Unknown | | |

---

**12** Were you responsible for escorting the inmate(s) to the clinic? ☑ YES ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

---

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

---

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)   ████████   Signature: ████████

al

| CITY OF NEW YORK - CORRECTION DEPARTMENT | | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|---|
| **USE OF FORCE REPORT** | | | **PART A** |

| **INSTRUCTIONS:** PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | **DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**<br>☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |

| Facility: RNDC | Report Date: 2-26-23 | Incident Date: 2-26-23 | Incident Time: APPX 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: 0600 x 1431 |
|---|---|---|

**1** — Was Supervisor notified before force was used? ☑ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** — Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:   Time Notified: APPX 1357

**3** — State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ███████ | ███████ | ███████ | ☑ YES ☐ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** — Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On February 26, 2023 at approximately 1357 I CO ███████ assigned to SRT on the 0600 x 1431 hour tour responded to a level B activation in housing area 17B due to an assault on staff.

███████████████████████████████████

**5** — Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:

Several direct orders were given to multiple unknown inmates to lock into their assigned cells at which time they refused to comply.

███████████████████████████████████

**6** — Describe the incident and the specific force used:

On February 26, 2023 at approximately 1357 hours I CO ███████ assigned to SRT on the 0600 x 1431 hour tour responded to a level B activation in housing area 17B due to an assault on staff. Upon entering the area this writer immediately noticed multiple unknown inmates in an aggressive stance by wrapping their faces with clothing. SRT staff gave all inmates direct orders to lock into their assigned cells, all inmates refused the orders balled up their hands into a closed fist and said "we not locking in, fuck that what we doing". SRT supervisor Capt ███████ instructed SRT to don our mask and secure the housing area. An unknown inmate then aggressively jumped off the stairs swinging towards SRT staff. Said inmate made contact with the shield and SRT staff utilized chemical agents towards said inmate this unknown inmate was secured in mechanical restraints, SRT staff then gave the remaining inmates direct orders to lay face down on the ground with their hands behind their backs. SRT supervisor Captain ███████ then deployed an AF TM40 chemical agents to the top tier and down the dayroom due to multiple inmates not complying

Continued on Reverse Side

**6** (Continued)

with all orders. This writer proceeded down the top tier and gave an unknown inmate a direct order to lay face down on the ground with his hands behind his back. Said inmate complied and I CO ▓▓▓▓ secured said inmate with mechanical restraints, assisted him to his ~~feet~~ and escorted him to cell 46 where he was secured without incident. This writer then proceeded to assist CO ▓▓▓▓ with securing inmate ▓▓▓▓ to the tracks chair due to said inmate refusing to walk to his cell. This writer said inmates legs with the restraints straps, then said inmate attempted to kick out of the straps, at which time this writer secured the left leg and CO ▓▓▓▓ secured the right leg. I CO ▓▓▓▓ along with CO assisted CO ▓▓▓▓ with said inmate up the stairs to be secured in cell 25. Once we entered the cell inmate ▓▓▓▓ started kicking, twisting and turning in the chair saying "wait till you take the cuffs off I'm gonna shoot you". This writer along with an SOT staff member unstrapped the restraints and said inmate started kicking and pushing off his bed frame. Said inmate then climbed on top of the bed frame and attempted to break SOT staffescort hold. This writer then grabbed said inmates ~~leg~~

**7** Explain in detail why force was necessary to control the situation:

To enforce DOC rules and regulations

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Legs

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▓▓▓▓▓▓▓▓

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 1 ▓▓▓▓▓▓▓▓ | | | Secured right leg |
| Name | Rank/Title | Shield/ID Number | Account of Actions |
| 2 ▓▓▓▓▓▓▓▓ | | | Controled tracks chair |
| Name | Rank/Title | Shield/ID Number | Account of Actions |
| 3 ▓▓▓▓▓▓▓▓ | | | Supervised incident |

**11** Did any other inmates witness the incident? ☑ YES ☐ NO    If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| UNKNOWN | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO    If YES, describe your injuries and how each was sustained:

Submitted by: [Print LAST NAME, FIRST NAME, RANK and SHIELD #]    ▓▓▓▓▓▓▓▓ CO ▓▓▓▓    Signature: ▓▓▓▓

Form 600AR

### DEPARTMENT OF CORRECTION – INTRADEPARTMENTAL MEMORANDUM

Date: February 26 2023

To: ▮▮▮▮▮▮ Executive Officer of ESU (through channels)

From: ▮▮▮▮▮▮▮▮▮▮▮▮

Subject: Continuation of use of force report

Submitted is the continuation of use of force report for housing area 17B on February 26, 2023.

This writer then grabbed said inmates legs to prevent him from kicking SRT staff or from jumping off the bed and placed him on top of his bed frame. This writer then removed the mechanical restraints and backed out of his cell thus terminating the incident.



A    RN    'EYES O    Y

23 FEB 26  15    27

NYC-DOC

**CITY OF NEW YORK - CORRECTION DEPARTMENT**  FORM #5006-A-1  Eff.: 9/27/2017

## USE OF FORCE WITNESS REPORT  PART A-1

| INSTRUCTIONS: PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | ☐ USED FORCE  ☑ WITNESS/PRESENT AT THE SCENE  If you used force, complete PART A, NOT this report. |

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| GRVC | 2/26/2023 | 2/26/2023 | | | | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 17B | Strategic Response Team | 0600X1431 |

**1** Did any other inmates witness the incident? ☐ YES ☑ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☑ YES ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▓▓▓▓ | ▓▓▓▓ | 1412203479 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▓▓▓▓ | A | CO | ▓▓▓ | ☑ Used Force ☑ Was a Witness / Present |
| 2 | ▓▓▓▓ | | CO | ▓▓▓ | ☑ Used Force ☑ Was a Witness / Present |
| 3 | ▓▓▓▓ | | CO | ▓▓▓ | ☑ Used Force ☑ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

On Sunday February 26 ,2023 at approximately 1348 hrs i co ▓▓▓▓ assigned to the strategic response team on the 0600X1431 tour under the direct supervision of captain ▓▓▓▓ A level 'B' alarm was activated in housing area 17B, this writer was a base and not present during the time the Strategic response team entered the housing area. This writer at approximately 1415 hrs reported to housing area 17B with SRT officer ▓▓▓▓

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO  If YES, describe:

Several commands to said inmate to stop kicking.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

Upon entering the housing area this writer with the power traxx chair walked to the back of the housing area where inmate ▓▓▓▓ was laying on the floor in mechanical restraints. This writer along with officer ▓▓▓▓ assisted said inmate to his feet onto the traxx chair and secured said inmate into cell # 29 without incident. Several minutes later another inmate by the name of ▓▓▓▓ ▓▓▓▓ refuse to walk to his cell #25, said inmate upper body was secured to the powertraxx chair and immediately began kicking his legs from side to side preventing staff from securing his legs. ▓▓▓▓ and CO ▓▓▓▓ forcibly held said inmate legs down preventing him from kicking staff, this writer while pushing the powertraxx chair escorted said inmate to his cell # 25 CO ▓▓▓▓ and CO ▓▓▓▓ assisted said inmate to his bed where a use of force took place but this writer did not see it because i was pushing the powertraxx chair outside cell.

**a1**

**6** (Continued)

NYC-DOC

23 FEB 25 PM 07

A   RN   S' EYES ONLY

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Captain ████ ████

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Said inmate legs was held down to prevent him from kicking staff

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by:  (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

████████████

Signature:

# CITY OF NEW YORK - CORRECTION DEPARTMENT
## USE OF FORCE INJURIES REPORT

FORM 6008-A-1      ☐ REVISED

PART A-4

INSTRUCTIONS:   **PRINT ALL INFORMATION**

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?

☐ USED FORCE    ☒ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility | Report Date | Incident Date | Facility Incident # | COD Use of Force # | COD Unusual # if any |
|---|---|---|---|---|---|
| GRVC | 2-26-23 | 2-26-23  1357 | | | |

Location Where Incident Occured: **17B**

Post Assigned at Time of Incident: **SRT**

Tour: **6x2**

**1** Did any other persons witness this incident?   ☐ YES  ☒ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force being used against an inmate?   ☒ YES  ☐ NO   If YES, write name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | |
|---|---|---|---|
| 1 | ▓▓▓▓▓ | ▓▓▓▓▓ | |
| 2 | ▓▓▓▓▓ | ▓▓▓▓▓ | |
| 3 | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ |

**4** If you were present, before the incident took place, did staff would likely need to use force to achieve goal to the incident, describe the use of force and share how time to prepare a plan of action prior to using force:

On 2-26-23 I C.O ▓▓▓▓▓▓ assigned to SRT on the 6x2 tour responded to Level-B assault on staff in 17B. SRT attempted to commence the lock in of the area and all individuals were refusing to go to there cells.

**5** Did you hear or see any direction, such as verbal commands, exercised before force was used?   ☒ YES  ☐ NO   If YES, describe:

several verbal commands were given by SRT ▓▓▓▓▓▓▓▓▓▓▓▓ For all individuals to lock in to there cells.

**6** Describe the method and the specific force used (including any weapons) and the actions of any staff involved in or present during the incident, including yourself:

Individuals continued to refuse all verbal commands, to go to there cells staing there not going to there cells first. at which time inmate ▓▓▓▓▓▓ At which time inmate ▓▓▓▓▓▓ ▓▓ who was talking about of the stairs doing so fl... ▓▓▓ ▓▓▓ ... jumped from top ▓▓▓▓▓▓ and said inmate was then secured to the ground by SRT staff. As other individuals began to advance toward SRT staff then deployed chemical agents phantom 40 and SRT staff began to advance to scrape house. This writer writer was on the bottom tier and secured inmate ▓▓▓▓▓ in mechanical restraints without incident escorting him to the front of the housing area to be secured in his cell. Said inmate began to refuse to walk and was assisted into train chain and taken to his cell to be secured. this writer did not see any further force utilized and inmate was secured. once all individuals were secured into there cells staff exited the area terminating the incident.

Continued on Reverse Side

6. (Continued)

A     RN     EYES O     Y

---

**7.** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Capt. ▮▮▮▮▮▮▮▮

**8.** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

unknown

**9.** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☒ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

| | CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|---|
| | **USE OF FORCE WITNESS REPORT** | | PART A-1 |

| INSTRUCTIONS: PRINT ALL INFORMATION<br>To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?<br>☐ USED FORCE  ☒ WITNESS/PRESENT AT THE SCENE<br>If you used force, complete PART A, NOT this report. |
|---|---|

| Facility:<br>GRVC | Report Date:<br>2-26-23 | Incident Date:<br>2-26-23 | Incident Time:<br>1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>17B | Post Assigned at Time of Incident:<br>Misc | Tour:<br>1431X2231 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☒ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☐ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▮▮▮ | ▮▮▮ | CO | ▮▮▮ | ☒ Used Force ☒ Was a Witness / Present |
| 2 | ▮▮▮ | ▮▮▮ | CO | ▮▮▮ | ☒ Used Force ☒ Was a Witness / Present |
| 3 | | | | | ☒ Used Force ☒ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

On Sunday Febraury 26,2023 I ▮▮▮ #▮▮ assigned to SRT Response Team GRVC on the 1431x2231 tour, At Approx 1357 hours SRT Staff responded to an assault on staff in housing area 17B.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☒ YES  ☐ NO   If YES, describe:

Several verbal commands was given

ATTORNEY'S EYES ONLY

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Sunday Febraury 26,2023 I ▮▮▮ #▮▮ assigned to SRT Response Team GRVC on the 1431x2231 tour, At Approx 1357 hours SRT Staff responded to an assault on staff in housing area 17B. Upon arriving into 17B several verbal commands was giving to several unknown inmates to go to their cells, which they didn't complay and was giving resistant and begin covering up their faces. Several commands was given by Captain ▮▮▮ to go to their cells unknown inmates still didn't complay, at this time an unknown inmate with his face cover jumped off the stairs in aggressive manner on top of SRT Staff with a closed fist while SRT Staff handle the incident this write was providing security by the stairs so the other inmates that was on the top tier did not come down. This writer with SRT Staff ▮▮▮ then beging checking the bottom tier cell doors to make sure it was secured. upon arriving to the back of the housing area this writer placed mechanical restraints on inmate ▮▮▮ who was laying on the ground, this writer gave inmate ▮▮▮ several diret order to get up while assisting him but said subject refuse to get up, the Traxx chair was called to the housing area said subject was placed in the Traxx chair by me and SRT Staff ▮▮▮ and was escorted to cell #29 belonging to him and was secured without an incident.

Continued on Reverse Side

**al**

**6** (Continued)

A                    R                                          ONLY

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Captain ▇▇▇▇ #▇▇▇

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

n/a

**9** Were you responsible for escorting the inmate(s) to the clinic?    ☐ YES  ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

n/a

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

▇▇▇▇ ▇▇▇▇ CO #▇▇▇

**al**

## CITY OF NEW YORK - CORRECTION DEPARTMENT
### USE OF FORCE WITNESS REPORT

FORM #5006-A-1   Eff.: 9/27/2017

PART A-1

| INSTRUCTIONS: | PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|---|

To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page.

☐ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A and this report.

| Facility: grvc | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: 0600x1431 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 2 | | | |
| 3 | hempsmith | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▮▮▮▮ | ▮▮▮▮ | CO | | ☑ Used Force / ☑ Was a Witness / Present |
| 2 | ▮▮▮▮ | ▮▮▮▮ | CO | | ☑ Used Force / ☑ Was a Witness / Present |
| 3 | | | | | ☑ Used Force / ☑ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

I CO ▮▮▮▮ # ▮▮▮ assigned to strategic response team during the 0600x1431 hr tour on febuary 26 2023 responded to 17B for a level b alarm under the supervision of captain ▮▮▮▮

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES  ☐ NO   If YES, describe:

this writer heard multiple orders to stop resisting and get on the ground to which they refused.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

Upon arrival to the area this writer witness multiple inmates being hostile towards staff stating " we not fucking locking in we going out on them. multiple orders were given and to those inmate to take it to theirs cells and lock in to which they refused. At this time inmate ▮▮▮▮ jump from the top tier to the bottom and began to kick and punch SRT staff. Chemical agents was deployed on said inmate and was taken to the ground. Said inmate was secured with mechanical restraints. At this time this writer with SRT began to move forward in the housing area securing doors and conducting security inspection. Inmate ▮▮▮▮ and ▮▮▮▮ were on the top teir refusing all direct orders to get on the grounded . chemical agents were used on said inmate. At this time inmate ▮▮▮ began to assualt SRT staff br grabbing and punching the officer leg. chemical agents were used again on said inmate taking its desire effects. said inmaye was secured and taken out the area. This writer along with srt continued to secured the housing area. all inmates were escorted to thier cells without any more incident terminating the incident.

Continued on Reverse Side

A▮▮▮▮  RN  S' EYES ONLY

**a1**

**6** (Continued)



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Capt ████ ██

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

facial area

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

████  ████  CO # ████

A_____ ONLY

al

# CITY OF NEW YORK - CORRECTION DEPARTMENT

**USE OF FORCE WITNESS REPORT**

FORM #5006-A-1    Eff. : 9/27/2017

PART A-1

| INSTRUCTIONS:    PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|

To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

☐ USED FORCE    ☒ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 02/26/23 | Incident Date: 02/26/23 | Incident Time: 1357 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where the Incident Occurred: 17B | Post Assigned at Time of Incident: SRT | Tour: 0600x1400 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☒ NO    If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Unknown | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☐ YES  ☒ NO    If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▮ | ▮ | Captain | ▮ | ☒ Used Force  ☒ Was a Witness / Present |
| 2 | ▮ | ▮ | C/O | ▮ | ☒ Used Force  ☒ Was a Witness / Present |
| 3 | ▮ | ▮ | C/O | ▮ | ☒ Used Force  ☒ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Sunday, 26th February 2023, at approx 1357 hours, I CO ▮▮▮▮ assigned to the Strategic Response Team on the 0600x1400 hour tour was responding to a level B, assault on staff in housing area 17B.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☒ YES  ☐ NO    If YES, describe:

Multiple orders were given by srt supervisor to lock in or chemical agents would be utlized

AUTHORN S' EYES ONLY

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Sunday February 26th, 2023 at approx 1357 hours, I CO ▮▮▮▮ assigned to the Strategic Response Team on the 0600x1431 hour tour as the video recorder, was responding to a level B, assault on staff in housing area 17B. Upon entering the housing area, multiple inmates were refusing to lock in their assigned cell. Captain ▮ # ▮ then gave a direct order to lock in, or else chemical agent will be utilized, said inmates were still noncompliant. Captain ▮ # ▮ gives orders for SRT staff to dawn their gas mask, At this time, this writer heard a loud commotion, opened the handheld camera, and began recording the incident. SRT supervisor Captain ▮ # ▮ ordered this writer to put the handheld camera on the officer table to assist SRT staff in securing the housing area. During the Use Of Force incident, this writer was assisting CO ▮▮▮▮ with locking in an unknown inmate on the upper left tier. Co ▮▮▮▮ give a direct order for the unknown inmate which was later identified as ▮▮▮▮▮▮ to lay on the floor with his hands behind his back said inmate comply, CO ▮▮▮▮ then apply mechanical hand cuff, assisting him to his feet and then conducted a pat frisk. SRT staff escorted said inmate to his assigned cell and conducted a security inspection, making sure his cell door was secure. At this time, this writer did not witness or use any force. I am writing this report based on my immediate recollection of the incident at this point. I hereby reserve the right to amend this report, pursuant to my further clarity of the incident and possible review of video evidence.

Continued on Reverse Side

**a1**

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Capt.     #

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Unknown

**9** Were you responsible for escorting the inmate(s) to the clinic?    ☑ YES   ☒ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

al

# CITY OF NEW YORK · CORRECTION DEPARTMENT
## USE OF FORCE WITNESS REPORT

FORM 6006-A-1    RE : REYNOTT    PART A-1

**INSTRUCTIONS** — PRINT ALL APPLICABLE

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE INCIDENT?

☐ USED FORCE    ☑ WITNESS/PRESENT, AT THE SCENE

Facility: GRVC    Report Date: 2/26/23    Incident Date: 2/26/23    Report Time: 1348 hrs

Location Where Incident Occurred: 17B Gsf    Post Assigned at Time of Incident: SRT response team    Tour: 0600X1431

**1.** Did any other inmates witness the incident?  ☐ YES  ☑ NO

**2.** Did you use force used against an inmate?  ☑ YES  ☐ NO

**3.** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| Last Name | First Name | Rank/Title | |
|---|---|---|---|
| ███ | ███ | CO | |
| ███ | ███ | CO | |
| ███ | ███ | Cpt. | |

This writer entered housing area 17B to secure the nursery area following a level "B" activation for assault on staff while multiple staff and SRT supervisor cpt ███ gave inmates multiple verbal commands to take it to their cells or to lay down on the ground. Multiple inmates began to put sneakers on and cover their faces with shirts and towels. It was apparent force would likely be necessary in order to gain control of the situation.

**5.** Did you hear or use alternatives such as verbal commands, chemical force, etc.?  ☑ Yes  ☐ No

Multiple SRT staff and supervisor on scene cpt ███ gave inmates multi verbal commands for inmates to either take it to their cells or lay on the ground as inmates proceeded to cover their faces and put sneakers on in an attempt to resist staff. staff exhausted IPC prior to any force being utilized.

On Sunday February 26th 2023 at approx 1348 hrs I IO assigned to the SRT response team on the 0600x1431 hrs tour entered housing area 17B&Hto secure the housing area following a level "B" activation for assault on staff. Upon entering housing area multiple SRT staff began to give inmates verbal instructions to take it to their cells or to lay on the ground. Inmates in nurse began to escalate the situation by yelling at each other to "GO OUT with them" meaning dont comply and resist SRT staff. Inmates began to put their sneakers on and covered their faces with shirts and towels. Cpt ███ then instructed inmates that if they did not comply chemical agents could be utilized. SRT staff continued to give verbal commands at which point inmate ███ jumped from the stairs onto SRT staff. He was immediately secured in mechanical restraints and escorted to the front of the housing area. Multiple inmates began to advance towards staff at which point chemical agents were deployed. Cpt ███ then deployed ② AROSTM4O

**6 (Continued)**

in order to get inmates to cease their advancement towards staff. Chemical agents appeared to have taken their desired affect and staff gave inmates instructions to lay down on the ground. Inmates were then secured in mechanical restraints and escorted to their cells to be secured. Once housing area was secured SRT staff exited the area with nothing further to report.

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:
This incident was under the supervision of Cpt.

**8** Identify the parts of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained. Include:
Chemical agents were deployed to inmate upper facial area, it did not appear any apparent or visible injuries were sustained.

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (First LAST NAME, FIRST NAME, RANK and SHIELD #)              Signature:
                                          CO-

A          RN          EYES O          Y

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

FORM #5006-A-1   Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

| INSTRUCTIONS: PRINT ALL INFORMATION To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? ☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE If you used force, complete PART A, NOT this report. |
|---|---|

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: 1405 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: 17 CONTROL | Tour: 1X9 |
|---|---|---|

**1** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☑ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (I.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

▇▇▇▇▇▇ ON SUNDAY FEBRUARY 26, 2023 I WAS ▇▇▇▇▇ TO THE 1300X2131 HRS TOUR AT 17 CONTROL. AT APPROXIMATELY 1345 HRS THIS WRITER ACTIVATED LEVEL "B" FOR DISRUPTIVE INMATES.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO   If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

ON SUNDAY FEBRUARY 26, 2023 I ▇▇▇▇▇▇ ASSIGNED TO THE 1300X2131 HRS TOUR AT 17 CONTROL. AT APPROXIMATELY 1345 HRS THIS WRITER ACTIVATED LEVEL "B" FOR DISRUPTIVE INMATES. AT APPROXIMATELY 1400 HRS SRT ENTERED THE HOUSE 17B TO SECURE ALL INMATES. THIS WRITER WAS ON THE PHONE WITH CENTRAL CONTROL WHEN THIS WRITER OPENED OC THAT WAS UTILIZED BY SRT TEAM. THIS WRITER DID NOT WITNESS OR USE ANY FORCE AT THIS TIME

**6** (Continued)



A    RN    'EYES O    Y

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

*Unknown*

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

*Unknown*

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES   ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | PART A-1 | |

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident
or present at the scene of a use of force.  Use attachments if
additional space is needed and indicate Part and Information
Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE      ☑ WITNESS/PRESENT AT THE SCENE
*If you used force, complete PART A, NOT this report.*

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B housing area | Post Assigned at Time of Incident: 17B | Tour: 1 x 9 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | N/A | N/A | N/A |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☐ YES  ☑ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | N/A | N/A | N/A |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | N/A | N/A | N/A | N/A | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

At no time did this writer utilized or witness any force being used.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☐ NO   If YES, describe:

At No time did this writer utilized or witness any force being used.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Sunday February 26, 2023 I Co ▮▮▮ was entering 17 building vestibule when this writer observed SRT in 17B housing area. This writer did not enter the housing area. While in the bubble post this writer did not utilized or witness any force being used.

Continued on Reverse Side

**6** (Continued)



ATTORN' RN  'EYES O  'Y

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

N/A

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

N/A

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)          Signature:

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | **PART A-1** |

**INSTRUCTIONS:    PRINT ALL INFORMATION**
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 2/26/23 | Incident Date: 2/26/23 | Incident Time: 1420 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 17B | Post Assigned at Time of Incident: 17B | Tour: 1300X2131 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES ☑ NO  If YES, list #:

|  | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☐ YES ☑ NO  If YES, state name(s) of inmate(s) against whom force was used:

|  | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

|  | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ■■■ | | CO | | ☐ Used Force ☐ Was a Witness / Present |
| 2 | ■■■ | | CO | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | ■■■ | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

THIS WRITER WAS NOT PRESENT BEFORE INCIDENT BEGAN

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES ☑ NO  If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

ON SUNDAY FEBRUARY 26, 2023 AT APPROXIMATELY 1420 HOURS, I OFFICER ■■■ ASSIGNED TO 17B ON 1300X2131 TOUR, S.R.T. RESPONDED TO LEVEL B ACTIVATED IN HOUSING AREA. UPON S.R.T. ARRIVING TO 17B, I OFFICER ■■■ EXITED HOUSING AREA 17B AND REPORTED TO 17 CONTROL POST. AT NO GIVEN TIME DID THIS WRITER USE FORCE OR WITNESSED FORCE BEING USED.

Continued on Reverse Side

| 6 | (Continued) |
|---|---|

| 7 | To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.: |
|---|---|
| | UNKNOWN |

| 8 | Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate: |
|---|---|
| | UNKNOWN |

| 9 | Were you responsible for escorting the inmate(s) to the clinic? | ☐ YES ☑ NO | If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you: |
|---|---|---|---|

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)