# EXHIBIT 38

## Filed Under Seal

# Preliminary Review

Incident Details

| | |
|---|---|
| UOF # | 1703/23 |
| Occured Date | 04/04/2023 |
| Injury Class | C |
| Inmate 18 or Younger | No |
| Immediate ID Referral | |
| Class A UOF | No |
| Actual or Alleged Blows to Head | Yes |
| Actual or Alleged Kicking | No |
| Actual or Alleged Use of Instrument of Force | No |
| Inmate Was in Restraints | No |
| Prohibited Restraint Hold(s) | No |
| Video Surveillance Malfunction | No |
| Presence of Unexplained Facts | Yes |
| Direct Referral from Facility | No |
| Prior UOF Violation OATH Plea | No |
| Evidence of Staff Collusion | No |
| Other Full ID Circumstances | No |

Video

| | |
|---|---|
| Video Captured | Yes |

Remarks

| | |
|---|---|
| Investigator's Justification for Determination | U1703-2023 |

BRIEF Incident Summary

On April 4, 2023, at approximately 0925 hours, within the confines of RNDC 5 Upper North, during an ESU search Officer ████ could be seen at PIC ████ cell. Officer ████ unholstered his OC and deployed chemical agents into the cell (as he was ordering ████ to "put it down, put it down, put it down"). PIC ████ could be seen throwing an item out of the cell towards Officer ████ and PIC ████ was seen simultaneously aggressively charging towards staff. Officer ████ along with Officers ████, and ████ and Captain ████ all utilized control holds (grabbing and grasping the PIC's arms and upper torso) to take the PIC's to the ground. Once staff were able to gain control of both PIC's, restraints were applied terminating the incident.

NOTE: BWC ████) along with Genetec angle ████ beginning at 0927 hours show the following: Officer ████ could be seen assisting another MOS with retrieving paperwork that had fallen to the ground. While retrieving the paperwork, Officer ████ was observed with a sharpened piece of plexiglass in his right hand.

**Privileged and Confidential**

NY DOC CMS 1.25.31

Officer ███ was observed with a sharpened piece of plexiglass in his right hand. Officer ███ then entered cell #24 (assigned to PIC ███) and could be seen concealing the piece of plexiglass underneath paper that was on the shelf above the sink area. Officer ███ then conducts a search of cell #24, and the officer retrieves the same piece of plexiglass that he concealed moments earlier. Officer ███ then exits the cell and announces that he recovered the sharpened piece of plexiglass from inside of the cell.

Video Surveillance
On April 4, 2023, this investigator viewed the following angles from April 4, 2023, at approximately 0900 hours to 1030 hours, in RNDC 5UN and Intake.

(A)███
(B)███
(C)███

BWC:
███
███
███
███

Video footage depicted the incident as narrated above.

Staff/PIC Injuries, Accuracy of UOF classification:
On April 4, 2023, PIC ███ was seen on the RNDC clinic and refused medical attention, had no visible injuries, and was returned to his housing area.

On April 4, 2023, PIC ███ was seen in the RNDC clinic and refused medical attention, had no visible injuries, and was returned to his housing area.

Brief summary of Staff and PIC statements
PIC ███ stated the following to the Investigation Division on April 23, 2023. During the search the body I put my clothes on Officer ███ turned the body camera off. PIC ███ stated that he didn't want any problems, and stripping for the search would break his fast. (Muslim, Ramadan). I had the Quran in my hand, and he kept telling me to back up. PIC ███ told him he didn't want to be cuffed for the search, but he could search his cell. Officer ███ again told him to back up and to put the Quran down, then they sprayed him. ███ stated that he pushed his way out of the door into the hallway where he was sprayed again. ███ stated that Officer ███ punched him to the face and head while in the cell, and he did not have a weapon like they said. He just wanted to be body scanned, instead of strip searched.

PIC ███ stated the following to the Investigation Division on April 23, 2023. PIC ███ stated that it was Ramadan, and they didn't want to provide services of them getting body scanned, they always violate.

**Privileged and Confidential**

Staff reports were mostly consistent with what was observed on video footage. Officer ▮▮▮▮▮▮▮▮ delivered a hard take down on PIC ▮▮▮▮, due to PIC ▮▮▮▮ aggressively charging out of the cell and throwing punches towards the officer's head. Officer ▮▮▮▮▮▮, stated in his UOF Report that he delivered multiple closed fists strikes to PIC ▮▮▮▮ area, as a last resort to stop the commission of an assault.

However, Officer ▮▮▮▮ report contained false information regarding the discovery of the sharpened piece of plexiglass inside of ▮▮▮ cell. Officer ▮▮▮ falsely claimed that he discovered the 4 1/2 sharpened piece of plexiglass by the sink area, where the UOF occurred.

Facility Rapid Review:
The facility deemed this incident unavoidable and did identify procedural errors.

Conclusion:
Based on the evidence as cited above, it is recommended that this case be upgraded to a Full ID investigation. This is based on PIC ▮▮▮▮ allegation that Officer ▮▮▮▮ punched him to the head and face during the incident while inside of the cell. In addition, to CO ▮▮▮▮ own admission that he delivered several closed fists strikes to PIC ▮▮▮▮ facial area, as stated in the officer's UOF report. MEO-16 interviews are recommended to address the PIC's allegation. Additionally, Officer ▮▮▮▮ was made the subject of a suspension from duty based on his conduct captured on his BWC. Officer ▮▮▮▮ was observed concealing a sharpened piece of plexiglass inside of PIC ▮▮▮▮ cell. Officer ▮▮▮▮ goes on to perform a search of the cell and discovers the same sharpened piece of plexiglass he initially concealed. Upon exited the cell, Officer ▮▮▮▮ falsely announces that he recovered the sharpened piece of plexiglass from inside of ▮▮▮▮ assigned cell.

| | |
|---|---|
| Conclusion | |
| Staff Reassignment During Investigation | No |
| DOI Referral for Staff | No |
| DOI Referral for Inmate | No |
| Injury Properly Classified | Yes |
| Review End Date | 04/24/2023 |
| Workflow | |
| DDI Intervention | |
| Workflow Action | Approve Preliminary Review (initiate ID Investigation) |
| Created By | |
| Created Date | |
| Updated By | ▮▮▮▮▮▮▮▮ |
| Updated Date | 05/23/2023 04:08 PM |

**Privileged and Confidential**



74

UCF # 1703/23

Date: Tuesday
TO: ████
From: ████
Subject: UCF —
Location: 5 upper South
Inv. Capt. ████
Genetec: 23.70   23.72
(CO): ADW ████

Staff: Capt. ████████     DOP 12-23-15   do
████████ DOA 12-19-2016   do          DOA ██
████ DOA 1-18-2018   do
██-19-17. do ████   DOA 6-27-2016

Inmate: ████████████████████

On Tuesday April 11, 2023, at approximately █
hours. During a random ESU search in 5 upper █
inmate ████████ in cell #24 w█
given instruction to keep the items in his hands █
Inmate ████████ refused. Without provocation inmate █
████████ advanced towards officer ████████ officer █
then utilized an application of chemical
agents towards inmate ████████ simultaneously inmate
████████████ advanced towards staff
throwing closed fist punches toward the staff. A█
ESU officers used upper and lower body control
██████ pulling the inmate down to the ground. Inma█
████ and ████ were placed in restraints and
escorted to the intake area. No further force
utilized. Recovered 4.5-inch sharped piece of plexiglass

Respectfully Submitted

████████  ████

 

# CITY OF NEW YORK CORRECTION DEPARTMENT

## Robert N. Davoren Center

# Incident Photo

| Type of Incident: | UOF ☐   COD ☐   Other ☐ | Date & Time of Incident: | 04/04/2023 09:25 |
|---|---|---|---|
| UOF #: 1703/23 - C   Incident Status: Actual | | NYSID #: | |
| First Name: ▮ | | Book & Case #: | |
| Last Name: ▮ | | Inmate ☐      Staff ☐      Other ☐ | |

Phot   Date            04 05 202
Phot   Taken By
Investigating Supervisor:  Captain ▮
Photo Description:        Other-refused

ATTORNEYS' EYES ONLY CONFIDENTIAL



**CITY OF NEW YORK CORRECTION DEPARTMENT**

**Robert N. Davoren Center**

# Incident Photo



| Type of Incident: | UOF ☐   COD   ☐   Other   ☐ | Date & Time of Incident:  04/04/2023 09:25 |
|---|---|---|
| UOF #: 1703/23 - C | Incident Status: Actual | NYSID #: |
| First Name: | | Book & Case #: |
| Last Name: | | Inmate  ☐      Staff      ☐      Other    ☐ |



Phot  Date            04 04 202
Phot  Taken By
Investigating Supervisor:  Captain
Photo Description:      Other-REFUSED

# NEW YORK CITY DEPARTEMENT OF CORRECTION

## INVESTIGATION DIVISION

### INMATE VOLUNTARY STATEMENT FORM

Date: 4/23/23                    Time Interview Started: 2045

Location of Interview (Facility/Area): BNDC   S 4N

Inmate Name: ███████████████████

Inmate Book and Case Number: █████████████

Inmate DOB: ████████        Inmate Cell/Bed Assignment: _____

I hereby acknowledge that I made the following statement to the New York City Department of Correction Investigation Division voluntarily and of my own free will without promise or hope of reward and that no one has threatened me in any way to provide this statement.

In accordance with Departmental Directive 5006R-D (Use of Force), you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

I made this statement to Investigator ████████     Shield # █████ and Investigator _____ Shield #

_Verbally stated that it was Ramadan and they_
_didn't want to provide the services of getting_
_the inmate body scanned, they always isstart_

ATTORNEYS' EYES ONLY

Inmate Signature: ███████████████

Investigator Witness:              Date: 4/23/23  Time: 2045
Investigator Witness:              Date: 4/23/23  Time: 2045
                                   Date: 4/23/23  Time: 2045

Page ___ of ___

and Confiden

# NEW YORK CITY DEPARTEMENT OF CORRECTION

## INVESTIGATION DIVISION

### INMATE VOLUNTARY STATEMENT FORM

Date: 4/23/23                          Time Interview Started: ᴓ 19 55

Location of Interview (Facility/Area): GRVC   15B

Inmate Name: ▮▮▮▮▮▮

Inmate Book and Case Number: ▮▮▮▮▮▮

Inmate DOB: ▮▮▮▮        Inmate Cell/Bed Assignment: Cell # 19

I hereby acknowledge that I made the following statement to the New York City Department of Correction Investigation Division voluntarily and of my own free will without promise or hope of reward and that no one has threatened me in any way to provide this statement.

In accordance with Departmental Directive 5006R-D (Use of Force), you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

I made this statement to Investigator ▮▮▮▮▮▮ Shield # ▮▮▮ Shield # ▮▮▮ and Investigator
▮▮▮▮▮▮ Shield #

During the search the body camera was on. I at my cell door. One I was dressed, he turned the body camera on. He said he didn't want any problems. SD he asked if he could be randomed during strip search for the search would break my Fast (Muslim Ramadan). He had the koran in my hand he kept telling me to leave it. I told him that he wasn't to be criminal for the search, but he could search the cell. He kept telling back up, put that down (the koran). Then they shoved the pipe, his way out the door, and they sprayed down. Ass000sinated him to frisk my body. I did not have a weapon like they said. No just writing on my body Himself.

Inmate Signature: ▮▮▮▮▮▮        Date: 4/23/23 Time: 2000
Investigator Witness: ▮▮▮▮▮▮        Date: 4/23/23 Time: 2000
Investigator Witness: ▮▮▮▮▮▮        Date: 4/23/23 Time: 2000

Page: ▮ of ▮

and Confiden

**CORRECTION DEPARTMENT
CITY OF NEW YORK**

**INMATE VOLUNTARY STATEMENT FORM**

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: | | Date: 4/4/23 |
|---|---|---|

| Book and Case Number: | Date of Birth: | Age: 31 | Housing Area: 5US |
|---|---|---|---|

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Refused

ATTORNEYS' EYES ONLY
NTIAL

| Inmate's Signature: Refused | Date: 4/4/23 |
|---|---|

| Witness by (print name): | Witness Signature: | Rank: Capt | Shield Number: |
|---|---|---|---|

**and Confiden**

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE VOLUNTARY STATEMENT FORM**

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: ▓ | Date: 4/4/23 |

| Book and Case Number: ▓ | Date of Birth: ▓ | Age: 35 | Housing Area: 5US |

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

*Refused*

INMATE ATTORNEYS' EYES ONLY

Inmate's Signature: *Refused*   Date: 4/4/23

Witness by (print name): ▓   Witness Signature: ▓   Rank: CAPT   Shield Number: ▓

**and Confiden**

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

Page 1 of 2 Pages

Form: 167R-A
Rev.: 10/3/19
Ref.: Dir. 4516R-D

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Commend: RNDC.

Date: 4/4/23

COD/UOF #: 1710/23

Injury #: 3527-FV83

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name):

Location Where Injury Occurred: 5 UPPER NORTH

Inmate's Housing Area: 5 UPPER NORTH

Book & Case Sentence #:

Details: ON Tuesday April 4, 2023 at approx 0945 Hours Inmate ___ was involved in a use of force with DOC staff. Chemical agents utilized

Supervisor Notified (Print Last Name):

Date: 4/4/23   Time: 0900 Hrs.

Employee: I ☐ (Did) ☐ (Did Not) Witness the Injury.

Full Name (print):

Rank/Title: Co

Shield/ID#:

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

and Confiden

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

| | | |
|---|---|---|
| **INJURY TO INMATE REPORT** | Page 2 of 2 Pages | Form: 107R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

Inmate Name (Last Name, First Name):

| Injury #: 352 TH23 | NYSID #: | Book & Case/Sentence #: |
|---|---|---|

TO BE COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.

Investigator's Report:

If Inmate was transported to a hospital, fill in hospital name here:

Medical's Final Disposition on Injury Type: ☐ Serious Injury   ☐ Non-Serious Injury

Injuries Resulted From: ☐ Use of Force   ☐ Allegation of a Use of Force   ☐ Inmate on Inmate Altercation   ☐ Self Inflicted   ☐ Accident   ☐ Other (Explain)

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |
|---|---|---|

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |
|---|---|---|

NTIAL ATTORNEYS' EYES ONLY

**and Confiden**

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

INJURY TO INMATE REPORT

| Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: RNDC   Date: 4/4/23   COD/UOF #: 1 03/23

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name):

Location Where Injury Occurred: 3 UPPER NORTH   Inmate's Housing Area: 3 UPPER NORTH   NYSID #:   Book # Case/Sentence #:

Details:
On Tuesday April 4 2023 at approx 0945
Hours Inmate
was involved in a use of force
with doc staff. Chemical agents utilized.

Supervisor Notified: CPT   Date: 4/4/23   Time: 09:50 Hrs.

Employee: I (Did) (Did Not) Witness this injury.   Full Name (print):   Employee Signature:   Rank/Title: CO   Shield/ID#:

TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

## CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INJURY TO INMATE REPORT

| | Page 2 of 2 Pages | Form: 187R-A Rev.: 10/3/10 Ref.: Dir. 4516R-D |

INSTRUCTIONS: Original Report to Security. One copy to Clinic Lock box. One copy to Inmate Medical File.

Inmate Name (Last Name, First Name):

Injury #: 3529 FY23     NYSID #:     Book & Case/Sentence #:

TO BE COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.

Investigator's Report:

If inmate was transported to a hospital, fill in hospital name here:

Medical's Final Disposition on Injury Type:  ☐ Serious Injury   ☐ Non-Serious Injury

Injuries Resulted From:  ☐ Use of Force  ☐ Allegation of a Use of Force  ☐ Inmate on Inmate Altercation  ☐ Self Inflicted  ☐ Accident  ☐ Other (Explain)

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |

**and Confiden**



# CITY OF NEW YORK

# DEPARTMENT OF CORRECTION

# CHAIN OF CUSTODY

THE EVIDENCE / WEAPON (S) / NARCOTICS, TOBACCO, DESCRIBED BELOW:

4.5 inch sharpened piece of plexiglss

Inmate: ███████████████     B&C # ███████████

Was secured as follows:

Brown evidence

Was discovered by: C.O. ███████     Shield # ███████

At approximately ____0930____ Hours, on April 4th, 20 23

## THE ABOVE DESCRIBED ITEM (S) WAS SURRENDERED TO:

| NAME/RANK | SHIELD | DATE | TIME |
|---|---|---|---|
| C.O. ███████ | ███████ | 4/4/21 | 0930 |
| ███████ | ███████ | | |

On _____ 20 __23__ the above described Item (s) was

Surrendered by: ___███████_____ Shield # _____

To: _____███████_____ Shield # _____ of the

## INTELLIGENCE BUREAU AND WILL BE VOUCHERED AS ARREST EVIDENCE

████████████████████████████

(SIGNATURE / RANK / SHIELD OF M.O.S. SURRENDERING EVIDENCE, DATE)

████████████████████

(SIGNATURE / RANK / SHIELD OF M.O.S. RECEIVING EVIDENCE, DATE)

**and Confiden**

PRINT OR TYPE ALL INFORMATION
# INCIDENT REPORT FORM

FACILITY: **RNDC**

DATE OF REPORT: **4/4/23**

DATE OF INCIDENT: **4/4/23**

TIME OF INCIDENT: Approx. **0930**

LOCATION: **5 upper north**

TYPE OF INCIDENT: **Ship Search**

SUBMITTED BY: ███ , ███ (FIRST NAME) **C.O.** (RANK) ███

POST ASSIGNED AT TIME OF INCIDENT: **ESU Rapid Response Team**

TOUR WORKING AT TIME OF INCIDENT: 11x7 ( ) 7x3 ( ✓ ) 3x11 ( ) OTHER ( )

IF FORCE WAS USED:

DESCRIBE INCIDENT IN DETAIL ("WHO", "WHAT", " WHERE", "WHEN", "WHY")

On April 4 2023 at approximatly 0930 HRS I CO ███ assigned to ESU in the ███ tier under the direct Supervision of a captain ███ who was conducting a search on cell #24 occupied by inmate ███ this writer and this witness said ███ had a book in his hand and this writer also witness that he had a sharpen piece of plexeglus. This writer intructed him to drop the item at which time he refused and then took a step toward toward this writer. This writer yelled "put it down" multiple times and said inmate did not comply and thats when this writer utilized Chemical agents to his facial area. Said inmate then threw the book at this writer, then came at this writer and threw a close fist at this writers facial area torso. The actuely aggresive inmate was utilized upper body control holds to the all ESU staff CO ███ was throwin close fist swings at bring inmate to the floor. ESU staff then utilized force and assisted to thats when this writer placed mechanical restraints. Said inmate was then escorted out the area. This writer searched the cell and did extend a sharp piece of glass.

[FOR ADDITIONAL SPACE USE FORM 6000R]

ADDITIONAL INFORMATION > OTHER

**and Confiden**

SUPERVISOR NOTIFIED:

Capt. (Rank)   (Shield#)

4/4/13   0932   (Last Name)   (First Name)
DATE   TIME

WAS CONTRABAND RECOVERED? ( ✓ ) YES   ( ) NO   IF YES, DESCRIBE CONTRABAND INCLUDE HOW   4 1/2 inch sharpen piece

CONTRABAND IS MARKED FOR FUTURE IDENTIFICATION PURPOSES:

of plestie glw . secured in a glove

CONTRABAND SURRENDERED TO:

CO (Rank)   (Shield#)

(Last Name)   (First Name)

## INMATE INVOLVEMENT

| LAST NAME | FIRST NAME | BOOK & CASE | LOCATION | INFRACTION | INJURY REPORT |
|-----------|-----------|-------------|----------|-----------|---------------|
|  |  |  | 5UN | ( ) YES ( ✓ ) NO | ( ) YES ( ✓ ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |

## EMPLOYEE INVOLVEMENT

| LAST NAME | FIRST NAME | RANK/TITLE | SHIELD/ID# | WITNESS TO INCIDENT |
|-----------|-----------|-----------|-----------|---------------------|
|  |  | CO |  | ( ) YES ( ) NO |
|  |  | CO |  | ( ✓ ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO |

DO YOU CLAIM ANY INJURIES REGARDING THIS INCIDENT?   ( ) YES   ( ✓ ) NO

DESCRIBE CLAIMED INJURIES:   N/A Left Shulder

COMPENSATION PAPERS SUBMITTED: ( ) YES   ( ✓ ) NO

SIGNATURE OF PERSON PREPARING REPORT:

and Confiden

# EMERGENCY SERVICE UNIT

## SYNOPSIS OF RECOVERED CONTRABAND

DATE: April 4th 2023          TIME: 0930

INMATES NAME: ▓▓▓▓▓▓▓▓

BOOK & CASE # ▓▓▓▓▓▓          Nysid #:

| Facility: RNDC | Housing Area: 50N | Cell/Bed #: 24 |
|---|---|---|

On person: ☑   In cell: ☐   In property: ☐   Vacant cell: ☐

Common area: ☐ Yes   ☑ No

Exact Location Weapon Found: In inmate's hand

Type of weapon found:   Flat ☐   Shank ☐   Rod ☐   Other ☑

Origin of Contraband:

Material made of:   Metal ☐   Plastic ☐   Glass ☐   Other ☐

Description: (Size/Length): 4.5 inch sharpened piece of plexiglass

Recovered by (Rank, Name & shield #) C.O. ▓▓▓▓▓▓

Tour of Search: 0700 X1531

Supervisor reviewing information:

Supervisor's Signature: ▓▓▓▓▓▓



**and Confiden**

## CITY OF NEW YORK - CORRECTION DEPARTMENT

FORM #5006-A-1 | Eff. : 8/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE AND/OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| RNDC | 4/4/23 | 4/4/23 | 0930 | 44RN74 | 1715/23 16  51 | |

Location Where Incident Occurred: 54 NORTH
Post Assigned at Time of Incident: ESU RRT
Tour: 0700 X 1531

**1** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☑ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ███ | ███ | CO | | ☐ Used Force ☑ Was a Witness / Present |
| 2 | ███ | ███ | CO | | ☐ Used Force ☑ Was a Witness / Present |
| 3 | ███ | ███ | CO | | ☐ Used Force ☑ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

ON April 4, 2023 on The 0700 X 1531 Tour I CO ███ was designed. To The ESU/RRT EMERGENCY SERVICE UNIT RAPID RESPONSE Team under The DIRECT SUPERVISION of CAPT Depradine. This writer, and other ESU officers was redeploy TO RNDC 54 North To Conducted a search of UNKNOWN INMATES.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO   If YES, describe:

UNKNOWN

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

AT Approximately 0930 HRS while Conducting a Search IN housing AREA 54 NORTH of SEVERAL INMATES. UPON ENTERING The housing area A I CO ███ was Conducting SECURITY IN The front ENTRANCE of housing AREA with Chemical agents (MK-9) while Attempting To Conduct a Search of UNKNOWN INMATES. This writer NEVER WITNESS ANY force utilized or Did I use ANY force when The INCIDENT OCCUR.

Continued on Reverse Side

**and Confiden**



6 (Continued)

7. To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:
CAPTAIN ████████

8. Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:
UNKNOWN

9. Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) ████ CO ████

ATTORNEYS' EYES ONLY
...NTIAL
and Confiden...

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?
☐ USED FORCE ☒ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| RNDC | 4/4/23 | 4/4/23 | 0930 | 144 RNDC | 1103/23 | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 5 Upper North | ESU - RRT | 0700 x 1531 |

**1** Did any other inmates witness the incident? ☐ YES ☒ NO If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | [redacted] | Unknown | [redacted] |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☒ NO If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | [redacted] | [redacted] | [redacted] |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | [redacted] | | C.O. | [redacted] | ☒ Used Force ☐ Was a Witness / Present |
| 2 | | | C.O. | | ☐ Used Force ☒ Was a Witness / Present |
| 3 | | | C.O. | | ☐ Used Force ☒ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force): On Tuesday April 04, 2023 on the 0700 x 1531 tour, I C.O [redacted] was assigned to Emergency Service Unit under the direct supervision of Captain [redacted] ESU - RRT was deployed to RNDC Housing area 5 upper north to conduct search.

ATTORNEYS' EYES ONLY

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☒ NO If YES, describe:

[redacted] [redacted]

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): At approximately 0930 hours ESU staff were involved in couple use of forces. During the time of the, of the use of forces, this writer was conducting a search inside cell belong to unknown inmate. This writer secured the inmate inside his cell and went to assist. At the time this writer arrived at the scene, inmate [redacted] was been securing on the floor by staff. This writer wore the gas mask and help said inmate [redacted] to stand on his feet. This writer and C.O [redacted] were ordered to escort inmate out the housing area. Said inmate was escorted out and was relinquished to facility staff. At no time this writer use force or witness it. At no time this writer was ~~involve~~ involved in the use of force or witness force use against inmate [redacted]

Continued on Reverse Side

and Confiden

**6** (Continued)



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

CAptain

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

unknown

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

C.O.  #

Signature:

and Confiden

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #6006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

| INSTRUCTIONS:   PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT |
|---|---|

To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

AT THE SCENE?
☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: RNDC | Report Date: 4/4/23 | Incident Date: 4/4/23 | Incident Time: 0930 | Facility Incident #: 14 RN 14 | COD Use of Force #: 1082 | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 5 UN | Post Assigned at Time of Incident: ESU/RRT | Tour: 7x3 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ███████ | ███████ | ███████ |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | C/O | | ☑ Used Force / ☐ Was a Witness / Present |
| 2 | | | C/O | | ☐ Used Force / ☐ Was a Witness / Present |
| 3 | | | C/O | | ☐ Used Force / ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

on friday April 4, 2023 During The 7x3 tour, I C/o arrived to ESU Support Staff was Deployed to The Above Area to Conduct a Search.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☑ NO   If YES, describe:

This writer Doesn't Recall what This writer heard.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): While this writer was Conducting A Search of An empty cell, This writer heard Commotion and immediately came out to Assist. Which on The tier This writer observed The Above mentioned Inmate secured to the floor with his wrists secured behind his back At This time, This Writer Rendered Assistance by Applying Mechanical restraints in said Inmates wrists.

**and Confiden**

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Unsure nt This time

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

force was Applied on said inmates wrist
to keep wrist behind back for the application
of Mechanical restraints. Without any visible injuries.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

N/A

C/o H[___]

ATTORNEYS' EYES ONLY
and Confiden[___]

**CITY OF NEW YORK - CORRECTION DEPARTMENT**   FORM #5008-A-1   Eff.: 9/27/2017

# USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information. Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?
☐ USED FORCE   ☒ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

Facility: RNDC   Report Date: 4/4/23   Incident Date: 4/4/23   Incident Time: 0430   Facility Incident #: 14-4-RN-74   COD Use of Force#: 1103/25   COD Unusual # if any:

Location Where Incident Occurred: 5 Upper North   Post Assigned at Time of Incident: Emergency Power Unit Rapid Response   Tour: 0700 x 1500

**1** Did any other inmates witness the incident? ☐ YES ☒ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☒ YES ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | | | Rank/Title | Shield/# | |
|---|---|---|---|---|---|
| 1 | ▓▓▓ | | ▓ | ▓ | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | ▓ | ▓ | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | ▓ | ▓ | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and therefore time to prepare a plan of action prior to using force):

On Tuesday, April 4th 0125, Emergency [illegible] was dispatched to the Emergency Service Unit Rapid Response team on the 0100 x 1500 hour. All staff advised to report to clinic. A search in housing area 5 upper north under the supervision of Captain at approximately 0245 AM while the team was conducting a search, I overheard a compilation coming from the front of the area.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☒ NO  If YES, describe:

ATTORNEYS EYES ONLY

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): I was assigned to the Northern video [illegible] I began to monitor through the compilation while in Intake I witnessed an officer being thrown over the rail. As soon as I overheard the incident I witnessed several officers rushing to restrain inmate ▓▓▓ who was assigned to cell #24 at this time Capt [illegible] was out on the floor. At same time and overheard Katranakas both inmates a second incident was transpiring with inmate ▓▓▓ several staff were placing him in cuffs in the view. At this time chemical agents had already been deployed. Upon continuing to observe both individuals no restraints they were both secured, but the housing area of the vestibule. In order to be [illegible] escort while awaiting for staff, both individuals made threats to hurt staff and other [illegible] comments into the escort area. As individuals were threatened they ▓▓▓ witnessed inmate ▓▓▓ inside of combative out the area terminated the incident. Facility continued to work team

Continued on Reverse Side

**and Confiden**

**6** (Continued)

**7** To the extent applicable identify the name(s) of any Staff Member who authorized and/or supervised the incident:

CAPTAIN

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate: UnKNOWN

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☒ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

and Confiden

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

FORM #5006-A-1    Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:**    PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments, if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: RNDC | Report Date: 4/4/22 | Incident Date: 4/4/22 | Incident Time: 0950 | Facility Incident #: FICRN 74 | COD Use of Force #: 4170393 | COD Unusual # if any: |

Location Where Incident Occurred: Upper North

Post Assigned at Time of Incident: ESU

Tour: 7x3

**1** Did any other inmates witness the incident? ☑ YES   ☐ NO  If YES, list #:

|   | Last Name | First Name | Book and Case or Sentence Number |
|---|-----------|------------|----------------------------------|
| 1 | N/A |  |  |
| 2 |  |  |  |
| 3 |  |  |  |

**2** Did you see force used against an inmate(s)? ☑ YES   ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

|   | Last Name | First Name | Book and Case or Sentence Number |
|---|-----------|------------|----------------------------------|
| 1 | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ |
| 2 |  |  |  |
| 3 |  |  |  |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

|   | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|-----------|------------|------------|------------------|--|
| 1 | ▓▓ | ▓▓ | CO |  | ☐ Used Force  ☑ Was a Witness / Present |
| 2 | ▓▓ | ▓▓ | CO |  | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | ▓▓ | ▓▓ | CO |  | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On April 4, 2023 I officer ▓▓▓▓▓ assigned to ESU RPT on the 0700×1534 the ▓▓▓▓▓ responded to RNDC upper North to conduct a search under the direct supervision of captain ▓▓▓▓▓

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES   ☑ NO   If YES, describe:

N/A

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): While this writer was giving instruction to an unidentified inmate at the front of the tier, a use of force began to take place at the rear of the tier. I witness inmate ▓▓▓▓▓ appear to push out of his cell (24) against ESU staff at which point several ESU officers took said inmate down to the ground. I then put on my gas mask after ~~after~~ securing the inmate & I was giving instruction to. Once secured I proceeded to the rear of the tier and attempted to relieve officers involved in the use of force that may have been overcome by the chemical agent. ESU staff then assisted said inmate to his feet to escort him out the area while that use of force was occurring a second use of force occurred involving inmate

Continued on Reverse Side

**and Confiden**

**6** (Continued) ████████████████ I did not witness the use of force from the start. I witness ESV staff servicing inmate ████████ on the floor. Inmate ████ then was assisted to his feet and escorted out the area. This writer did not leave the immediate area and is not aware if anything may have occurred when said inmate's were escorted out the area.

████████████████████████████████████

**7** To the extent applicable, Identi[████████]ed and/or supervised the incident:
Captain ████████████ was the ESV Supervisor

**8** Identify the part(s) of the Inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the Inmate:
Force was applied to said inmate torso legs and arm. Chemical agents were utilized as well

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:
N/A

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) ████████████    Signat[████]
████████████   C[█]

**and Confiden**

| CITY OF NEW YORK – CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force.  Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE**

☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility LNDC | Report Date: 4/4/23 | Incident Date: 4/4/22 | Incident Time: 0530 | Facility Incident #: 44RNT4 | COD Use of Force #: 170-23 | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Supper North | Post Assigned at Time of Incident: Ex. Rec | Tour: 0700 × 1531 ho fri |
|---|---|---|

**1**  Did any other inmates witness the incident?   ☐ YES  ☐ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | UNKNAWN | | |
| 2 | | | |
| 3 | | | |

**2**  Did you see force used against an inmate(s)?   ☐ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3**  State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ███████ | ███████ | CO | | ☑ Used Force  ☐ Was a Witness / Present |
| 2 | ███████ | ███████ | CO | | ☑ Used Force  ☐ Was a Witness / Present |
| 3 | ███████ | ███████ | CPT | | ☐ Used Force  ☑ Was a Witness / Present |

**4**  If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On April 4 2023, on the 0700 × 1531 hour
tive 7 C.O. was assigned to the
911 Ret as UCOMM under the direct supervision of
Captain ███████. The team was redeployed to
Inmate Supper North to conduct a search.

**5**  Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☐ NO   If YES, describe:

The writer did not witness falling
any hear

**6**  Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

At approximately 0530 hours a use of force occurred
on the tier and in cell # 24 simultaneously. At this
time this writer was in the beginning of the house area.
This writer then proceeded to close the ██████ security
and secure all the cells on the tier. This writer only witnessed
several inmate being escorted and it they hang were ██ to
an cell. This writer did not witness falling any force
███████████████

Continued on Reverse Side

**and Confiden**

**6** (Continued)

**7** To the extent applicable, identify the name(  )  by Staff Member who authorized and/or supervised the incident.:

(?)hin

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

UNKNOWN

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print)                     I.D. #                     Signat

CO

and Confiden

**CITY OF NEW YORK - CORRECTION DEPARTMENT** | FORM #5006-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

| | PART A-1 |

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE

☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: RNDC | Report Date: 4/4/23 | Incident Dates: 4/4/23 | Incident Time: 0930 hrs | Facility Incident #: ᵁᵀᴿᴺᴰᴄ̷ | COD Use of Force #: 1/05/23 | COD Unusual # if any: |

| Location Where Incident Occurred: 5 Upper North | Post Assigned at Time of Incident: ESU RRT UT Driver | Tour: 0700X1531 |

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   IF YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES  ☐ NO   IF YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shielding Number | |
|---|---|---|---|---|---|
| 1 | | | CO | | ☐ Used Force / ☐ Was a Witness / Present |
| 2 | | | CO | | ☐ Used Force / ☐ Was a Witness / Present |
| 3 | | | CO | | ☐ Used Force / ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 5, 2023 I CO [redacted] was assigned to the Emergency Service Unit RRT as the UT truck Driver on the 0700X1531 hours. At approximately 0930 hours, ESU staff and I was conducting a search in RNDC 5 UN under the supervision of ESU Captain [redacted]

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☐ NO   ☑ YES, describe:

I did not here or seen Alternative, such as verbal Commands Attended before Force was Used. I was Perceiving the Inmate in cell #15

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

At approximately 0930 hours, I was standing in front of cell # 15. I was conducting a strip search on inmate [redacted]. I then heard a commotion and ESU staff advising other members to secure all inmates. At this time, I closed the cell door and observed multiple ESU staff member securing two disruptive inmates on the floor. I then walked towards the area where chemical agent oc appeared to be utilized and observed ESU staff was securing inmate [redacted] arms with handcuffs . At this time, I donned my gas mask and immediately ran to the front of the housing area to retrieve the leg irons from the utility bag. I then went back to where the incident was taking placed and observed ESU staff still securing inmate [redacted] on the floor. At which time I went down to the floor and applied the leg irons to the inmates feet with out any resistance. Once the inmate was properly secured, I grasped the inmate left arm and with the help of CO [redacted] and CO [redacted] assisted the inmate to his feet. Moments later, inmate [redacted] and other disruptive inmate identified as [redacted] were escorted out of the housing area by ESU staff. I then went back to the tier to continue with the operation. At no time did i used any force against any inmate.

Continued on Reverse Side

**and Confiden**

6 | (Continued)

ATTORNEYS' EYES ONLY

7 | To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

ESU Captain ▓▓▓▓▓▓▓

8 | Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Inmate ▓▓▓▓ appeared to be exposed to chemical agent to his facial area and force appeared to be applied to the inmate arms. I did not have a clear visual of inmate ▓▓▓▓▓. no visible injuries were observed

9 | Were you responsible for escorting the inmate(s) to the clinic?     ☐ YES   ☑ NO     If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
▓▓▓▓▓▓▓ CO# ▓▓▓▓   Signature:

and Confiden

| CITY OF NEW YORK - CORRECTION DEPARTMENT | | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|---|
| **USE OF FORCE REPORT** | | | **PART A** |

| INSTRUCTIONS:     PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☑ USED FORCE     ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

| Facility:<br>RNDC | Report Date:<br>4/4/23 | Incident Date:<br>4/4/23 | Incident Time:<br>APPROX 0930 | Facility Incident #:<br>44RN14 | COD Use of Force #:<br>L 10323 | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>5 Upper North | Post Assigned at Time of Incident:<br>ESU | Tour:<br>0700x1531 |
|---|---|---|

| 1 | Was Supervisor notified before force was used?  ☐ YES  ☑ NO    If YES, write in full NAME, RANK and SHIELD #: |
|---|---|

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:<br>Capt █████████ | Time Notified:<br>0935 |
|---|---|---|

| 3 | State name(s) of inmate(s) against whom force was used: |
|---|---|

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☐ YES  ☑ NO |
| 2 | | | | ☐ YES  ☑ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 4 2023 at approximately 0930 hrs I Co █████████ assigned to to ESu on the 0700x1531 tour was conducting a search in housing area 5 upper North under the direct supervision of Captain █████. Upon searching inmate █████████ in cell 24 said inmate was instructed to comply with the search procedures and thats when this writer turned off his body worn camera. This writer then instructed said inmate to take off one article of clothing at a time and pass it to this writer. Said inmate just stood looking at this writer, at which time I instructed him egain to take off one article of clothing at a time.  That is when this writer saw that said inmate had a book in his hand and a sharpen object in his other hand.  This writer instructed him to put it down multiple times but he did not comply.

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☑ YES  ☐ NO   If YES, describe:

This writer instructed said inmate to put it down multiple times, but said inmate did not comply before force was utilized.

**6** Describe the incident and the specific force used:

Said inmate then became aggressive by advancing towards this writer, thats when this writer yelled, "put it down, put it down" but to no avail.  This writer then utilized one burst of chemical agent to said inmates facial area, and instructed him to turn around so this writer could place him in mechanical restraints.  Said inmate then threw the book at this writer and continued to advanced towards this writer, that's when this writer pushed him on his upper torso to avoid him from assaulting this writer.  Said inmate continued his assaultive behavior by throwing close fist punches towards this writer, at which time one of his punches landed to this writers facial area.  Thats when CO █████████ came to assist this writer by holding his legs to attempt to bring inmate █████████ to the floor so he could be secured.  Other unknown ESU staff came to assist, that's when said inmate was take to the ground then Co █████████ held said inmates left hand and then this writer put mechanical restraints on the left arm. At this time it was safe to put my body camera on at which time I did.  Then CO █████████ held the right arm at which time this writer secured that arm as well with mechanical restraints.  Said inmate was then assisted to his feet and taken out the area.  This writer entered cell #24 and discovered a 4 1/2 inch sharpen piece of plexle glass by the sink area, where the use of force occurred.  All inmates involved in the use of force were escorted out the area therefore terminating the incident.

Continued on Reverse Side

**en**

**6** (Continued)



**7** Explain in detail why force was necessary to control the situation:

Force was necessary to enforce departmental rules, policies, and needed immediate need for compliance.
Force was also necessary to stop the commission of a crime, including riot, assault, escape, or hostage taking.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was applied to the facial area, upper torso, Arms, and legs.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt Depradine #1781

**10** Were any other uniform or non-uniform staff involved or present at the time of the incident?  ☑ YES  ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | | CO | | Utilized lower body control holds to the legs. |
| 2 | Name | Rank/Title CO | Shield/ID Number | Account of Actions Utilized upper body control to the left arm so this writer could place him in mechanical restraints. |
| 3 | Name | Rank/Title Capt | Shield/ID Number | Account of Actions Supervised the incident. |

**11** Did any other inmates witness the incident?  ☐ YES  ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES  ☑ NO    If YES, describe your injuries and how each was sustained:

Injuries to the left shoulder, and it was sustained while attempting to secure inmate Drayton.

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

, CO

Sig

CONFIDENTIAL ATTORNEY'S EYES ONLY

CITY OF NEW YORK - CORRECTION DEPARTMENT
**USE OF FORCE REPORT**

| FORM #6006-A | Eff.: 9/27/2017 |
| --- | --- |

**PART A**

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?
☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE

If WITNESS or only PRESENT, then complete PART A-1, NOT this report

| Facility: RNDC | Report Date: 4/4/2023 | Incident Date: 4/4/2023 | Incident Time: Approx.0930 | Facility Incident #: _LIRN H_ | COD Use of Force #: _15125_ | COD Unusual # if any: |
| --- | --- | --- | --- | --- | --- | --- |

| Location Where Incident Occurred: 5 Upper North | Post Assigned at Time of Incident: ESU Rapid Response Team | Tour: 7x3 |
| --- | --- | --- |

| 1 | Was Supervisor notified before force was used?  ☑ YES  ☐ NO   If YES, write in full NAME, RANK and SHIELD #: Cpt. |
| --- | --- |

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #: | Time Notified: Approx. 0933 |
| --- | --- | --- |

| 3 | State name(s) of inmate(s) against whom force was used: |
| --- | --- |

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
| --- | --- | --- | --- | --- |
| 1 | | | | ☐ YES  ☑ NO |
| 2 | | | | ☐ YES  ☑ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 4th 2023 on the 0700x1531 tour of duty I CO ▓▓▓▓▓▓ assigned to the Emergency Service Unit alongside ESU staff responded to 5 Upper North to conduct a search of the housing area, under direct supervision of Cpt. ▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☑ YES  ☐ NO   If YES, describe:

Drop It.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**6** Describe the incident and the specific force used:

Upon entering the affected area this writer was conducting a strip search of an unknown inmate on the left hand side of the tier. This writer all of sudden heard verbal commands given by ESU staff towards the rear of the housing area to "Drop It." I then heard ESU staff deploy chemical agents in the area. This writer then immediately secured the cell door of the unidentified individual I was strip searching for security purposes. This writer then observed a combative heavy set individual who was later identified as ▓▓▓▓▓▓▓▓▓▓ exited his cell without permission advancing towards ESU staff in a aggressive manner, swinging his arms, and punching ESU staff. I continued to approach Mr. ▓▓▓▓ and immediately attempted to grab his left arm as this writer alongside ESU staff took the inmate to the floor. while on the floor I continued to grab his left arm and attempted to place it behind his back. Said inmate ▓▓▓▓ continued his aggression by continuing to swing his arms towards this writer's facial area. He struck my left eyelid at which time I obtained lacerations and swelling from his assault. This writer then gave him verbal commands to place your hands behind your back at which time he refused. I then grabbed his left arm and placed it behind his back for a second time. Said inmate ▓▓▓▓ continued his aggression and would not follow any orders given to him by this writer or ESU staff. He continued to yell and become irate. As I placed his left arm behind his back ESU staff placed his right arm behind his back as well. Once both hands were on his back ESU staff placed mechanical restraints on his hands and legs. Once secured he was assisted to his feet and escorted out of the area. While out the area Mr. ▓▓▓▓ continued his aggression

Continued on Reverse Side

**en**

**6** (Continued)

by spitting at ESU staff. Mr. ▮ was then relinquished to facility staff for escort purposes, terminating the incident.



**7** Explain in detail why force was necessary to control the situation:

To Enforce Departmental or facility rules policies regulations and or court orders where lesser means have proven ineffective and there is an immediate need for compliance.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper and Lower Body, Facial area, Left arm.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Cpt. ▮

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮ | CO | ▮ | Witness |
| 2 | ▮ | CO | ▮ | USE OF FORCE |
| 3 | ▮ | CO | ▮ | USE OF FORCE |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you.
N/A

**13** Did you claim any injuries as a result of the incident? ☑ YES ☐ NO   If YES, describe your injuries and how each was sustained:

Pain in my right and left knees, lacerations and swelling towards my left eyelid.

Submitted by: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #)
CO ▮     Signature ▮

en

CONFIDENTIAL — ATTORNEYS' EYES ONLY

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

INSTRUCTIONS:    PRINT ALL ANSWERS
To be completed by any member involved in a use of force incident.
Use attachments of additional space is needed and indicate Part and
Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT
AT THE SCENE?
☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRNDC | Report Date: 4/4/23 | Incident Date: 4/4/23 | Incident Time: 0900 | Facility Incident #: 144RN 214 | COD Use of Force #: 1715/23 | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 5 Upper North | Post Assigned at Time of Incident: ESU RRT | Tour: 0700 X 1531 |
|---|---|---|

| 1 | Was Supervisor notified before force was used?   ☐ YES  ☑ NO   If YES, write in full NAME, RANK and SHIELD #: |
|---|---|

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK ▊▊▊▊ | Time Notified: A.s.a.P |
|---|---|

3  State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▊▊▊▊ | ▊▊▊▊ | ▊▊▊▊ | ☑ YES  ☐ NO |
| 2 | | | | ☐ YES  ☐ NO |

4  Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 4, 2023 I C.O. ▊▊▊▊ assigned
to ESU RR I on the 0700x 1531 hr tour was re-deployed
to GRNDC 5 upper North due to multiple acts of violence,
under the supervision of Capt. ▊▊▊▊. While conducing
multiple strip search the Esu team encountered disruptive
inmates. While conducting a search at cell #25 belonging to
inmate ▊▊▊▊ a loud commotion
occured in the distance at which time I instructed inmate
▊▊▊▊ to turn around, to which he refused.

| 5 | Were alternatives, such as verbal commands, attempted before force was used?   ☑ YES  ☐ NO   If YES, describe: |
|---|---|

I gave multiple instructions to inmate ▊▊▊▊ to turn
around towards the window in his cell, to which he refused

6  Describe the incident and the specific force used:

At which time I unholstered my chemical agents (MK-4), without
provocation inmate ▊▊▊▊ rapidly closed the distance towards
me swinging multiple close fists. With the immediate need
for compliance I attempted to deploy chemical agents to
the aggressively assaultive inmate which did not have its
desired effect. While on the tier said inmate was swinging
multiple close fists to my head and neck area bringing me
off balance. Without any other practical alternatives available
and chemical agents did not take its desired effect. I then
Preformed an upper body control hold by grabbing said
inmates torso area taking him down to the floor in
attempts to neutralize the aggressive inmates combative
behavior. Once on the floor I then was able to holster my
chemical agents and secure said inmates left arm. Esu
staff assisted with securing the legs, right arm and

Continued on reverse side

ATTORNEYS EYES ONLY

en

**6** (Continued)

applied mechanical restraints. once fully secured E.S.U
staff relinquished me of custody and escorted inmate
▇▇▇▇ out of the area. I then went to decontaminate
due to being effected by chemical agents. While said
incident was occuring I was not able to turn on my
body worn camera ▇▇▇▇▇ due to the circumstances
being unsafe and/or impractical to do so.

**7** Explain in detail why force was necessary to control the situation:

As a last resort and where there are no practical
alternatives to prevent physical harm to staff, visitors
and inmates.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical agents, left arm. No visible or apparent injuries

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt ▇▇▇▇▇

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 1 ▇▇▇ | Capt. | ▇▇▇▇ | Supervised incident |
| 2 ▇▇▇ | C.O. | ▇▇▇▇ | Present |
| 3 ▇▇▇ | C.O. | ▇▇▇▇ | Present |

**11** Did any other inmates witness the incident?  ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (print LAST NAME, FIRST NAME, RANK and SHIELD #)  ▇▇▇▇ C.O. ▇▇▇▇

en

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

**INSTRUCTIONS:   PRINT ALL INFORMATION**
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident # | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| BNDC | 4.4.23 | 4.4.23 | 0930 | [redacted] 74 | 105KB | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 5 Upper North | ESU Rapid Response Team | 0700 X 1531 |

**1** Was Supervisor notified before force was used?   ☐ YES ☑ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:   Time Notified:
Capt. [redacted]   present

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Book Number | Infraction Written? |
|---|---|---|---|---|
| 1 | [redacted] | [redacted] | | ☐ YES ☐ NO |
| 2 | [redacted] | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 4 2023 I Co [redacted] assigned to the ESU Rapid Response Team when we were redeployed to BNDC housing area 5 Upper North to search when myself and ESU staff [redacted] involved in use of force with inmate [redacted] and [redacted]

*(watermark: CONFIDENTIAL ATTORNEYS EYES ONLY)*

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☐ YES ☑ NO   If YES, describe:

I was not in the area to her alternatives such as verbal commands attempted before force was used. I was searching an inmate in a different

**6** Describe the incident and the specific force used:

While in the progress of searching an inmate I heard ESU staff behind me in a physical struggle with inmate [redacted] I closed the cell of the inmate I was searching and placed my mask. I took control of his left wrist and allowed mechanical restraints to be applied to both of his wrists. Restraints were also applied to his legs as he was still actively resisting. ESU staff then instructed inmate to sit up and pull his knees close to his chest then we assisted him to his feet and allowed to put on his slippers. While utilizing a proper escort hold we escorted the inmate out the housing area and secured him against the wall and awaited a facility escort team. Inmate began spitting at ESU staff as we relinquished escort to

*Continues on Reverse Side*

en

**6** (Continued)

facility escort team terminating incident.

[REDACTED]

**7** Explain in detail why force was necessary to control the situation:

As per Directive 5006R-D.V.A.1. As a last resort and where there are no practical alternatives available to prevent physical harm to staff, visitors, inmates or other persons.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Arms, legs and facial area

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt [REDACTED]    supervised the ESU Rapid
Response Team.

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?   ☑ YES  ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | [REDACTED] | CO | | See Reports |
| 2 | [REDACTED] | CO | | See Reports. |
| 3 | [REDACTED] | CO | [REDACTED] | See Reports. |

**11** Did any other inmates witness the incident?   ☐ YES  ☐ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?   ☐ YES  ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #)   [REDACTED]  CO  [REDACTED]   Signature: [REDACTED]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | PART A |

| INSTRUCTIONS:   PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed add indicate Part and<br>Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?<br>☑ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

| Facility:<br>RNDC | Report Date:<br>4/4/23 | Incident Date:<br>4/4/23 | Incident Time:<br>0930 | Facility Incident #:<br>144RN/24 | COD Use of Force #:<br>9103B | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>5 Upper North | Post Assigned at Time of Incident:<br>ESU Rapid Response Team | Tour:<br>0700 x 1531 |
|---|---|---|

**1** Was Supervisor notified before force was used?  ☐ YES ☑ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:
Captain ▮▮▮▮▮▮▮▮▮▮   Time Notified: 0930

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Seq. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ☑ YES ☐ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 4th 2023 at approximately 0930 hours on the 0700 x 1531 tour of duty. I CO. ▮▮▮▮▮▮▮ assigned to the ESU Rapid Response Team as the Main Recorder redeployed to RNDC 5 Upper North to conduct a housing unit search. While I was standing by cell #25 with my BWC ▮▮▮▮ off for the privacy of the inmates' in order to gather the names and B&C numbers for the search roster. I overheard a commotion going on in cell #24. I immediately dropped my clipboard and entered Cell #24. As I entered the cell I observed an unknown inmate later identified as ▮▮▮▮▮ throwing multiple closed fist punches toward CO. ▮▮▮▮ facial and upper torso area.

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☑ YES ☐ NO   If YES, describe:

I gave ▮▮▮▮▮▮▮▮▮▮▮ verbal commands to " STOP Resisting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**6** Describe the incident and the specific force used:

Due to the severity of the assault and my immediate need for compliance and inmate ▮▮▮ refusal to comply with the verbal commands given. Without having adequate time to unholster my chemical agents I immediately gave multiple closed fist strikes to inmate ▮▮▮▮ facial area. As a last resort to stop the commission of assault. As ▮▮▮▮ was still assaultive and rapidly closing the distance I then grabbed ▮▮▮▮ legs pulling him out of the cell securing him to the floor. Once secured to the floor ESU staff applied mechanical restraints to the combative inmate and then escorted him out of the area where he was relinquished to Facility staff and escorted to the main intake.

Continued on Reverse Side

en

**6** (Continued)

**7** Explain in detail why force was necessary to control the situation:

To stop the commission of crimes including assault, where lesser means have proven ineffective and there is an immediate need for compliance

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

The facial area and legs no visible or apparent injuries.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ___ supervised the RRT.

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?   ☑ YES   ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | | C.O. | | Present |
| 2 | | C.O. | | Present |
| 3 | | C.O. | | Present |

**11** Did any other inmates witness the incident?   ☐ YES   ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES   ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?   ☐ YES   ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #)                 Signa ___

en

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

| INSTRUCTIONS: PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☑ USED FORCE      ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A-1, NOT this report. |
|---|---|

Facility: RNDC | Report Date: 4/4/23 | Incident Date: 4/4/23 | Incident Time: Approx. 0930 hrs | Facility Incident #: 144RNT4 | COD Use of Force #: C103/23 | COD Unusual # if any:

Location Where Incident Occurred: 5 UPPER NORTH
Post Assigned at Time of Incident: ESU Rapid Response Team
Tour: 0700X1531 hour

**1** Was Supervisor notified before force was used?  ☐ YES ☑ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:
Captain
Time Notified: 940 hrs

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▇▇▇ | | | ☐ YES ☑ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Tuesday April 04, 2023 at approximately 0930 hours, I Officer ▇▇▇ #▇
assigned to Emergency Service Unit Rapid Response Team on the 0700X1531 hour tour
under direct supervision of Captain ▇▇▇ along with ESU members were
redeployed to RNDC Housing Area 5 Upper North to conduct a random search

▇▇▇▇▇▇▇▇▇▇▇▇

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☐ YES ☑ NO   If YES, describe:

▇▇▇▇▇▇▇▇▇▇▇▇

**6** Describe the incident and the specific force used:

While strip searching procedures was in progress on right side of housing area
5 Upper North a use of force occurred with (2) disruptive actively resisting
inmates which spilled onto the tier. Unknown inmates were twisting &
turning their bodies refusing to be secured with mechanical restraints
resisting ESU Staff. It appeared that chemical agents were introduced
to their facial area. This writer heard ESU Staff state "Secure your inmate!"
at which time I secured my assigned cell & assisted Staff. I donned my
oas mask & assisted Officer ▇▇▇ with Inmate ▇▇▇
▇ assisting him up to his feet and double escorting out of the
immediate area to begin the decontamination process by providing him fresh
air. While escorting Inmate ▇▇▇ he attempted to drop to the floor
but I reaffirmed my escort hold to prevent him. Once on the wall, it was
several occurrences where I had to reaffirm my escort hold due to his
twisting & turning. Captain ▇▇▇ requested a facility escort team
upon their arrival. Said inmate was relinquished terminating incident.

Continued on Reverse Side

en

**6** (Continued)

This writer had escort hold of right wrist & elbow.



**7** Explain in detail why force was necessary to control the situation:

8. As a last resort, when an inmate in restraints is still dangerous to oneself and/or others

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

right wrist & elbow

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▮

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮ | CO | ▮ | right arm escort hold |
| 2 | ▮ | CO | ▮ | see report |
| 3 | ▮ | capt | ▮ | supervised incident |

**11** Did any other inmate witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (PRINT LAST NAME, FIRST NAME AND SHIELD #)   ▮ CO ▮   Signature ▮

**en**

CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #4003-A | Eff. : 5/27/2017

## USE OF FORCE REPORT

PART A

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☑ USED FORCE      ☐ WITNESS/PRESENT AT THE SCENE

*IF WITNESS or only PRESENT, then complete PART A-1, NOT this report.*

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| RNDC | 4/4/23 | 4/4/23 | 1130 | 44RN174 | 170.3/23 | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 5 upper North | ESU RRT | 0700 x 1531 |

**1** Was Supervisor notified before force was used? ☐ YES ☐ NO   If YES, write in full NAME, RANK and SHIELD #:
Capt ▮▮▮▮▮▮  (RH)

**2** Which Supervisor ▮▮▮▮▮▮▮ incident? Write in full NAME, RANK and SHIELD #:
Capt ▮▮▮▮▮▮   Time Notified: On scene

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☑ YES  ☐ NO |
| 2 | | | | ☑ YES  ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On tuesday April 4, 2023  I  CO ▮▮▮▮▮▮ assigned to ESU RRT under the
supervision of Capt ▮▮▮▮▮▮ deployed to RNDC 5 upper North
to conduct a search

**5** Were alternatives, such as verbal commands, attempted before force was used? ☐ YES ☐ NO   If YES, describe:

"Stop resisting". "Put your hands behind your back."
"Get on the ground"

**6** Describe the incident and the specific force used:

While conducting a search on a unknown inmate this writer overheard
commands "get down on the ground". Shortly after this writer secured
the door to the unknown inmate cell that I was searching and
attempted to don my gas mask which wasnt successful and at which
time this writer assisted to unknown ESU staff member with securing
inmate ▮▮▮▮▮▮ by securing his right arm behind
his back so that he could be placed in mechanical restraints. After he was
secured this writer then assisted Co ▮▮▮▮ by relinquishing his
control hold and taking over control of inmate ▮▮▮▮▮▮▮▮▮▮
This writer put inmate ▮▮▮▮ in the recovery position and then assisted
him to his feet and escorted him out of the housing area It was
evident that the inmate ▮▮▮ was under the effect of chemical agents
which is why this writer removed him from the area. While awaiting RNDC
escort staff inmate ▮▮▮▮▮ began to twist and turn his body in attempt
to break free from this writers control holds pulling away.

Continued on Reverse Side

en

**6** (Continued)

Alongside ████ ████ as this writer kept telling (said inmate ████ to try to relax as this writer readjusted my control holds to his left wrist and left elbow. shortly after Probe Members arrived to the area and I escorted him to the intake.

**7** Explain in detail why force was necessary to control the situation:

To enforce departmental rules and regulations.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

left and right wrist by control holds "escort"

**9** To the extent applicable, Identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt ████ supervised the Use RPT.

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☐ YES  ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|------|-----------|------------------|--------------------|
| ████ | CO | | See Report |
| ████ | CO | ████ | See Report |
| ████ | Capt | ████ | Supervised |

**11** Did any other inmates witness the incident?  ☐ YES  ☐ NO  If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|-----------|-----------|----------------------------------|
| Unknown | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES  ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #)
████ CO ████

ATTORNEYS' EYES ONLY

en

CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017
**USE OF FORCE REPORT** | | PART A

INSTRUCTIONS: PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: RNDC | Report Date: 4/4/2023 | Incident Time: 4/4/2023 0930hrs | Incident Date: | Facility Incident #: 14RN1H | COD-Use of Force #: 1-1523 | COD Unusual # if any: |

| Location Where Incident Occurred: Upper North | Post Assigned at Time of Incident: ESU PRT | Tour: 7X3 |

1 | Was Supervisor notified before force was used? ☐ YES ☑ NO  If YES, write in full NAME, RANK and SHIELD #:

2 | Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #: CAPTAIN ▉▉▉ | Time Notified: 0935hrs

3 | State name(s) of inmate(s) against whom force was used:

| Last Name | | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|
| 1. ▉▉▉ | ▉▉▉ | | ☐ YES ☐ NO |
| 2. | | | ☐ YES ☐ NO |

4 | Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force);

ON TUESDAY APRIL 4, 2023 ON THE 7X3 TOUR ESU PRT DEPLOYED TO RNDC TO CONDUCT A SEARCH OPERATION IN HOUSING AREA IS UPPER NE TO INTEL OF ACTS OF VIOLENCE AND POSSIBLE MORE ACTS OF VIOLENCE WITH INTENT TO CAUSE HARM. ESU STAFF WAS TASKED WITH THE SEARCHING OF MULTIPLE INMATES, REMOVAL OF ANY DISRUPTIVES / OR NON-COMPLIANTS.

5 | Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO  If YES, describe:

put it down
drop it
step back

6 | Describe the incident and the specific force used:

AT APPROXIMATELY 0925 HOURS I CD ▉▉▉ WAS CONDUCTING A SEARCH OPERATION WHEN I HEARD A COMMOTION AT THE BACK OF THE HOUSING AREA. I STEPPED BACK AND DID NOT SEE ANYTHING OCCURING. I PROCEEDED TO CONTINUE TO SEARCH AN UNKNOWN INMATE. I AGAIN HEARD A COMMOTION AND CHEMICAL AGENTS DEPLOYED, WHEN I STEPPED BACK I WITNESSED MULTIPLE ESU STAFF MEMBERS ENGAGED WITH AN ACTIVELY RESISTANT INMATE ON THE TIER. HE WAS TWISTING AND TURNING PULLING AWAY FROM STAFF AND REFUSING TO COMPLY WITH BEING SECURED. I THEN TOLD THE INMATE I WAS SEARCHING TO HAVE A SEAT ON HIS BED. I THEN SECURED THE CELL AND PROCEEDED TO HASTILY MAKE MY PRESENCE IN THE SITUATION. SIMULTANEOUSLY AS I APPROACHED THE INCIDENT I SAW ANOTHER UNKNOWN INMATE RUSH OUT OF HIS CELL PUSHING AND GRABBING AN ESU STAFF

Continued on Reverse Side

en

**6** (Continued)

STAFF MEMBER. THIS WRITER THEN BEGAN TO RENDER ASSISTANCE TO THAT INCIDENT, MOMENTARILY STUMBLING OVER INDIVIDUALS ON THE GROUND I REGAINED MY BALANCE AND GRABBED THE RIGHT ARM OF SAID INMATE. HE WAS ACTIVELY RESISTING AND I WAS UNDER THE EFFECTS OF THE CHEMICAL AGENTS THAT SATURATED THE AREA I FORCEFULLY PLACED HIS HANDS BEHIND HIS BACK. HE CONTINUED TO ATTEMPT TO TWIST AND TURN HIS UPPER BODY TO CEASE THE MOVEMENT. I REPOSITIONED MYSELF TO PLACE MY KNEE ON HIS SHOULDER TO PREVENT THE MOVEMENT AND ONCE MECHANICAL RESTRAINTS WERE APPLIED AND I REMOVED MYSELF FROM THE AREA TO DECONTAMINATE FROM THE CHEMICAL AGENTS. ONCE I WAS SLIGHTLY ABLE TO SEE AND REVILE SYMPTOMS I RETURNED TO THE AREA AND CONTINUED WITH THE SEARCH OPERATION. I REALIZED MY CAMERA ▇▇▇ WAS OFF DURING THE USE OF FORCE WHICH OCCURRED AS A RESULT OF ME POWERING IT OFF FOR THE PRIVACY OF THE INMATE DURING THE STRIP SEARCH.

**7** Explain in detail why force was necessary to control the situation:

PREVENT HARM TO STAFF. CEASE AGGRESSION ENFORCE DEPARTMENTAL RULES AND REGULATIONS

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

ARMS / WRIST / LEGS.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized ▇▇▇▇▇▇▇

CAPTAIN ▇▇▇▇▇▇▇▇

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☐ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▇▇▇▇▇ | (A) | ▇▇▇▇▇ | present |
| 2 | ▇▇▇▇▇ | (A) | ▇▇▇▇▇ | present |
| 3 | ▇▇▇▇▇ | (A) | ▇▇▇▇▇ | present |

**11** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Sub▇▇▇▇                                    Signature: ▇▇▇▇▇▇▇

en

| CITY OF NEW YORK – CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 09/27/2017 |
|---|---|---|
| USE OF FORCE REPORT | | PART A |

| INSTRUCTIONS : PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS /<br>PRESENT AT THE SCENE?<br>☒ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, THEN COMPLETE part A-1, NOT this report. |

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| RNDC | 4/4/23 | 4/4/23 | Approx. 0930 | 144 RN 74 | 1703/23 | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 5 Upper North Cell #24 | ESU SUPERVISOR | 0700 X 1531 |

**1** Was Supervisor notified before force was used?  ☐ YES  ☒ NO   If YES, write in full NAME, RANK and SHIELD#:
Captain

**2** Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:
ADW                                           Time Notified:
1030

**3** State name(s) of inmate (s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☐ YES  ☐ NO |
| 2 | | | | ☐ YES  ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident, based on your own observations, including whether the force was anticipated (i.e., it was apparent that staff would likely need to use force to address the situation there was time to prepare a plan of action prior to using force):

On Tuesday April 4, 2023, during the 0700 x 1531 Tour, I Captain ▓▓▓▓ assigned as the ESU Rapid Response Team Supervisor, reported to RNDC 5 Upper North to conduct a search. Prior to the Commencement of the search, all inmates were secured in their assigned cells. During this assignment, Officer ▓▓▓▓ was standing in front of Cell #24 to start the strip search of Person in custody ▓▓▓▓. I witness Officer ▓▓▓▓ give the subject a direct order to drop an item That he was holding that he refused and at the same time chemical agents was dispersed towards the facial Area of inmate ▓▓▓▓.

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☒ YES  ☐ NO   If YES, describe:

Before force was used, this writer heard ESU staff say put it down to inmate ▓▓▓▓ while standing in Front of cell #24. Verbal commands were also giving during the incident to stop resisting.

**6** Describe the incident and the specific force used:

At approx. 0930 Hours on the above date, PIC ▓▓▓▓ once under the affects of chemical agents, threw a book towards the facial area of officer ▓▓▓▓ and attempted to rush out of the cell. Officer ▓▓▓▓ Assisted with trying to secure the inmate inside of cell #24. The subject who was a large individual continued To Physically resist by pushing and throwing punches. I then grabbed the upper shoulders and Shirt of inmate ▓▓▓▓ and assisted with taking him down to the ground on the tier of 5 upper north. ESU Staff then assisted with securing inmate ▓▓▓▓, when simultaneously inmate ▓▓▓▓ rushed out of Cell #25 in attempts to assault staff. I then witnessed Officer ▓▓▓▓ Utilize upper body control holds by grabbing inmate ▓▓▓▓ and taking him down to the ground. ESU Staff also rendered assistance by utilizing control holds to secure the subject while on the ground; Officer ▓▓▓▓ was witnessed securing the legs of inmate ▓▓▓▓. Once all individuals were secured, they Were assisted to their feet and escorted out the housing area. Shortly after I called RNDC control for a Facility escort team so they could be taken to the main intake to decontaminate. While my team waited for The escort team, both inmates continued with verbal threats toward staff members. Shortly after, the facility

Continued on Reversed Side

**6** (Continued)

Escort team arrived, and both inmates were relinquished. As inmate ▮▮▮ was being escorted down the Stairs of 5 upper north, said inmate spat through the gates striking me on the left shoulder. The Facility Escort team then removed both inmates out of the area terminating this incident.

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to prevent injury to staff

**8** Identify the part(s) of the inmate's body (ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper and Lower Body. Force was used on inmate's legs and both arms. No visible apparent injuries.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/ or supervised the incident:

Captain ▮▮▮

**10** Were any other staff involved in or present at the time of the incident?   ☒ YES   ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank | Shield Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮▮▮ Utilized Chemical agents | C.O | ▮▮▮ | Strip search of subject |

| | Name | Rank | Shield Number | Account of Actions |
|---|---|---|---|---|
| 2 | ▮▮▮ Utilized upper body control holds to take inmate down to the ground. | C.O | ▮▮▮ | |

| | Name | Rank | Shield Number | Account of Actions |
|---|---|---|---|---|
| 3 | ▮▮▮ Utilized Lower body control holds to secure PIC Legs. | C.O | ▮▮▮ | |

**11** Did any other inmates witness the incident?   ☐ YES   ☒ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Where you responsible for escorting the inmate(s) to the clinic?   ☐ YES   ☒ NO   If Yes, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident   ☐ YES   ☒ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)   ▮▮▮ Capt. ▮▮▮   Signature: ▮▮▮

en

| CITY OF NEW YORK – CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|
| USE OF FORCE REPORT | | PART A |

**INSTRUCTIONS :     PRINT .  ALL    INFORMATION**
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS / PRESENT AT THE SCENE?**

☒ USED FORCE          ☐ WITNESS/PRESENT AT THE SCENE

IF WITNESS or only PRESENT, THEN COMPLETE part a-1, NOT this report

| Facility: **RNDC** | Report Date: **04 APR 2023** | Incident Date: **04 APR 2023** | Incident Time: **Appx 0930hr** | Facility Incident #: 14URN74 | COD Use of Force #: 178 23 | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: **5 UPPER NORTH** | Post Assigned at Time of Incident: **ESU RRT** | Tour: **0700x1531hrs** |
|---|---|---|

**1** | Was Supervisor notified before force was used?   ☒ YES   ☐ NO   If YES, write in full NAME, RANK and SHIELD#: | Captain

**2** | Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #: | Captain | Time Notified: **Present on scene**

**3** | State name(s) of Inmate (s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☐ YES   ☐ NO |
| 2 | | | | ☐ YES   ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident, based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force);

On Tuesday April 4, 2023 I CO ⬛ assigned to the ESU Rapid Response Team on the 0700x1531hr tour
Under the supervision of ESU Captain ⬛ had been tasked with conducting a search of
Persons in custody (PIC) located In facility RNDC assigned to housing area 5 Upper North. Upon reaching
The designated housing area 5 Upper North the order was given by ESU Captain ⬛ for the ESU
RRT to enter the housing area and commence with the Search operation. I CO ⬛ had been conducting
A search of an unknown PIC assigned to 5 Upper North 26 cell when I heard the order to secure the cell door
Closed.

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☐ YES   ☒ NO   If YES, describe:

I CO ⬛ did not hear any verbal commands attempted before force was used.

**6** Describe the incident and the specific force used:

Upon hearing the instructions to secure the cell doors by ESU Staff I CO ⬛ closed and secured the door
Of the cell that was occupied by the unknown Person in Custody that I had been conducting a search of.
Immediately to my right I observed fellow ESU Officer ⬛ attempting to secure Person in
Custody later identified as ⬛ who had been actively resisting by fighting
Officer ⬛ and attempting to pull away from Officer ⬛ control holds. This writer then utilized
Control holds to ⬛ 's legs and assisted in taking him down to the housing area floor. Subject
Continued his aggression by attempting to pull away and twist his body and arms away from this writer's
Control holds. After a struggle I was able to secure subject ⬛ 's legs on the housing area floor.
Mechanical hand restraints were applied to subject ⬛ 's right and left wrists by ESU staff securing the
previously combative PIC. Upon subject being secured this writer released my control holds of subject's
legs and then donned my gas mask due to the effects of the chemical agent that had been utilized.
The order was given by ESU Captain ⬛ to assist Subject ⬛ to his feet and he was escorted
To the front of the housing area by fellow ESU Staff. Subject ⬛ was then relinquished to the Facility

Continued on Reversed Side

**6** (Continued)

en

Escort team and escorted out of the area.

**7** Explain in detail why force was necessary to control the situation:
Force was utilized to enforce institutional policy and procedures and to prevent injury to staff.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:
Subject's Left arm, right arm, left and right Legs.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:
ESU Captain ████████ # ████ was present on scene.

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?   ☐ YES   ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 1 ████ | CO | | Utilized Force |

| Name | Rank | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 2 ████ | CO | | Utilized Force |

| Name | Rank | Shield/ID Number | Account of Actions |
|---|---|---|---|
| 3 ████ | CO | | Utilized Force |

**11** Did any other inmates witness the incident?   ☐ YES   ☒ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | Unknown | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES   ☒ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Do you claim any injuries as a result of the incident?   ☒ YES   ☐ NO   If YES, describe your injuries and how each was sustained:
Pain in my RT shoulder, RT wrist, RT Knee, LT Hip. Sustained trying to secure PIC ████ o the floor.

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
████████ CO ████

Signature: ████████

CONFIDENTIAL ATTORNEYS' EYES ONLY