# EXHIBIT 39

## Filed Under Seal



**Separation Order: Yes  No**

<u>Background:</u>

**GRVC Facility Notification:**
On May 31, 2023, at 1909 hours ADW ▮▮▮▮ notified SIU PREA of the following: Good Afternoon,

Please be advised inmate ▮▮▮▮▮▮▮▮▮▮▮ reported a confidential allegation.

Time: 00 ▮
Genetec

HHC Not ▮
On May ▮▮▮ at approximately 2344 notified SIU PREA of the following allegation from PIC ▮▮▮
▮▮▮▮ , Patient reports being sexually assaulted by unknown patients.

<u>Securus Review:</u>
COI ▮▮▮▮ conducted a preliminary review of calls made with PIC ▮▮▮ on May 31, 2023, and found no pertinent calls.

A preliminary assessment of calls made by PIC ▮▮ PIN on May 31, 2023 was reviewed and the following calls were deemed pertinent:

05/31/23 ▮▮▮▮▮▮▮▮▮

Upon being connected to a female caller PIC ▮▮ stated "I'm having the worst morning right now. I got jumped last night, this morning. Do not tell my brother please do not tell my brother. I'm fucked up, half my face is fucked up. I aint cut though. I was in my cell that's where it happen at. They got the officer to open my cell door. I am trying to see if I could do that today. I'm trying to see if I could bust a maneuver so I could pay what I have to pay so I don't owe nobody. I owe like 8 people. I know I'm going to get up out of here, I am not staying in here. Seeing how I could do this without it following me. My mind all over the place right now. Can you text my dad for me and just say good morning are u up? Someone just came in here and say I'm still handsome. I don't remember the officer name. I know what you mean but I do not remember his name. Text my dad for me please. My whole left eye is swollen as a mother fucker. I am over here speechless. PIC ▮▮ stated to another PIC "You don't got nothing to smoke right now bro?". I still gotta wait I can't just leave like that, that shit would follow me. I go somewhere else and niggas gone ask why that happen and then its gone be oh it's because he owe money. I owe 138$.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

They basically trying to find any reason. I'm not the only one who they did it to. It aint cause of the money bro. There's other people who owe money and they aint do it to them. The incident happen like around 0230am. If he answer back he can send that money to that person and ill leave right now. Please don't tell my brother. CALL ENDED.

5/31/23 ████████████████████████████

Upon being connected to a female caller she stated "I spoke to your brother, call him right now he is not going to tell your mom. He said he going to pay your debt, call him right now.

5/31/23 ████████████████████████████

Both PIC and Caller were speaking a different language.

**PIC Interview:**
On May 31, 2023, Captain ██████ dispatched Investigators ████████████████████ to Bellevue Hospital Prison Ward for a preliminary investigation regarding a confidential allegation. Upon reaching BHPW at approximately 2216 hours, PIC ██ agreed to provide a recorded statement on bodycam ██████ The interview was conducted in the Emergency Room at BHPW at Bed Four (4). PIC ██ stated this morning (05/3_2023) at appro_____0400 hours he was jumped and sexual assaulted by nine (9) o___ PICs. Investig_____escribe the PICs that were involved in the incident to wh___IC___state_____t working at the time and his cell was completely dark. P C___further state_____red near the window of his cell which was located at the bac____he room. PIC_____he was restrained by four unknown PICs while only _____other PIC pe_____ated that he was penetrated twice by the same PIC, who he could not name but also mentioned that the PIC never ejaculated into _s rectum.  He further mentioned that he has been in this housing are for two weeks and did not affiliate w th any gangs. When questioned by Investigators if PIC ██ was bleeding in his rectum he stated yes he was unsure if his underwear contained blood. PIC ██ stated to Investigators that some of his clothes that were located in his assigned cell had blood on them. PIC ██ was also able to provide three names of the alleged involved to Investigators which included ████████████ PIC ██ noted these were nicknames some of the PICs went by. After the interview was concluded, Investigators were able to PIC ██ underwear while still at Bellevue Hospital.

PIC ██ agreed to sign the HIPAA. Investigators took photos of PIC ██ injuries.

**Alleged Involved PIC Statements:**
On May 31, 2023, Captain ████████ dispatched ████████████████████ ████████████████ to GRVC 4B to conduct a preliminary investigation regarding a confidential allegation of PIC ██

PIC ████████████████
On May 31, 2023, at approximately 2324 hours from GRVC 4B cell #08, ████████████ mirandized PIC ██. PIC ██ refused to sign the Miranda Warning, refused a Bodycam interview (██████) and refused to provide a statement to Investigators.

PIC ████████████████████

CONFIDENTIAL ATTORNEYS' EYES ONLY

On May 31, 2023, at approximately 2325 hours from GRVC 4B cell #13, COI ▮▮▮▮▮ mirandized PIC ▮▮▮▮▮ PIC ▮▮▮▮ refused to sign the Miranda Warning, refused a Bodycam interview ▮▮▮▮) and refused to provide a statement to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On May 31, 2023, at approximately 2326 hours from GRVC 4B cell #14, COI ▮▮▮▮▮ mirandized PIC ▮▮▮ PIC ▮ refused to sign the Miranda Warning, refused a Bodycam interview (▮▮▮▮) and refused to provide a statement to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On May 31, 2023, at approximately 2327 hours from GRVC 4B cell #15, COI ▮▮▮▮▮ mirandized PIC ▮▮▮▮. PIC ▮▮▮▮ refused to sign the Miranda Warning, refused a Bodycam interview ▮▮▮▮ and refused to provide a statement to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On May 31, 2023, at approximately 2330 hours from GRVC 4B cell #18, COI ▮▮▮▮▮ mirandized PIC ▮▮▮. PIC ▮▮▮ refused to sign the Miranda Warning, refused a Bodycam interview (▮▮▮▮) and refused to provide a statement to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮



On May 31, 202▮ ▮▮▮oximately 2310 hours from GRVC 4 Bldg Vestibule, COI ▮▮▮▮▮ mirandized PIC ▮▮▮. PIC ▮▮▮▮ ▮igned the Miranda Warning, refused a Bodycam interview (▮▮▮ and refused to provi▮ ▮▮▮ment to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On May 31, 2023, at approximately 2329 hours from GRVC 4B cell #43, COI ▮▮▮▮▮ mirandized PIC ▮▮▮▮ PIC ▮▮▮▮ refused to sign the Miranda Warning, refused a Bodycam interview (▮▮▮▮) and refused to provide a statement to Investigators.

PIC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On May 31, 2023, at approximately 2247 hours from GRVC 4B cell #46, COI ▮▮▮▮▮ mirandized PIC ▮▮▮. PIC ▮▮▮▮ signed the Miranda Warning, refused a Bodycam interview ▮▮▮) however, he agreed to provide a verbal statement to Investigators.

PIC ▮▮▮ stated to Investigators, "Hell no I didn't sexually abuse anyone. I didn't go in any cells."

**Canvass:**
A canvass was conducted of the GRVC 4B housing area on May 31, 2023 and the following statements were obtained:

PIC ▮▮▮▮▮▮▮▮▮▮ Stated to investigators "Everything in the house good, but what yall here for?"
PIC ▮▮▮▮▮▮▮▮▮▮▮ Stated to investigators " Ohh yall IG ,what yall investigating ?"
PIC ▮▮▮▮▮▮▮▮▮ Stated to investigators " I'm good "
PIC ▮▮▮▮▮▮▮▮▮▮▮ Stated to investigators " I'm good but who yall looking for"

CONFIDENTIAL - ATTORNEYS' EYES ONLY