# EXHIBIT 41

## Filed Under Seal

# DEPARTMENT OF CORRECTION
# CITY OF NEW YORK

## UOF PACKAGE

UOF D Numb r 289 / 3
Inc dent Facility  GRVC

CONFIDENTIAL

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 3 of 118

UOF ID Number: 2893/23

| Incident | |
|---|---|
| UOF ID Number: | 2893/23 |
| Primary Incident Type: | Use of Force |
| Primary Incident Status: | Actual |
| Primary UOF Type: | Control holds/takedown techniques |
| Secondary UOF Type: | Application of Restraints |
| Reason For UOF: | Prevention of Infliction of Harm |
| Occurred Time: | Jun 7 2023 8:24AM |
| Reported Time: | Jun 7 2023 9:45AM |
| Reported By: | ADW▮ |
| Reported To: | PS▮ |
| Incident Facility: | GRVC |
| Facility Area: | Barber Shop/Beauty Salon |
| Anticipated UOF (Call In): | No |
| Description of Incident: | AT 0945 HOURS, THE FACILITY REPORTED, AT 0824 HOURS, IN THE BARBER SHOP AREA, INMATE ▮▮▮ BECAME DISRUPTIVE, SPAT TOWARDS OFFICER ▮▮▮ (NOT MAKING CONTACT) AND REFUSED ORDERS TO STOP. OFFICER ▮▮ UTILIZED A CLOSED FIST TOWARDS THE INMATE FACIAL AREA AND HE BECAME IRATE. OFFICERS ▮▮▮ UTILIZED UPPER BODY CONTROL HOLDS TAKING THE INMATE DOWN TO THE FLOOR. OFFICER ▮▮ APPLIED THE SPIT MASK, GUIDED THE INMATE TO HIS FEET AND ESCORT HOLDS TO THE MINI CLINIC AND HE RESISTED BY PULLING AWAY. THE OFFICERS UTILIZED BODY CONTROL HOLDS TO RE-AFFIRMED AND THE INMATE WAS SECURED IN THE MINI CLINIC, TERMINATING THE INCIDENT. STAFF AND INMATE INJURIES ARE PENDING. THIS INCIDENT IS CLASSIFIED AS A "P" USE OF FORCE. VIDEO SURVEILLANCE: YES/CHEMICAL AGENT (OC) UTILIZED: NO. UPDATE: ON 06/21/23 THE FACILITY REPORTED THERE WERE NO STAFF AND INMATE INJURIES. THIS INCIDENT IS RECLASSIFIED AS A "C" USE OF FORCE. |
| Edited Description of Incident: | AT 0945 HOURS, THE FACILITY REPORTED, AT 0824 |



Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 4 of 118

**UOF ID Number:** 2893/23

HOURS, IN THE BARBER SHOP AREA, INMATE ▮▮▮▮ BECAME DISRUPTIVE, SPAT TOWARDS OFFICER ▮▮▮▮ (NOT MAKING CONTACT) AND REFUSED ORDERS TO STOP. AS RESULT, A USE OF FORCE OCCURRED WITH THE BELOW LISTED STAFF. THIS USE OF FORCE INCIDENT IS CLASSIFIED AS A "P" USE OF FORCE. VIDEO SURVEILLANCE: YES/CHEMICAL AGENT (OC) UTILIZED: NO. UPDATE: ON 06/2 /23 BASED ON MEDICAL THIS INCIDENT I RECLASSIFIED AS A "C" USE OF FORCE.

| | |
|---|---|
| **Restraints:** | No |
| **Video Captured:** | Yes |
| **Incident Source:** | IRS |
| **Status:** | Closed |
| **Assigned Tour Commander Name:** | ▮▮▮▮ |
| **Assigned Captain Name:** | ▮▮▮▮ |
| **Assigned DDI Name:** | ▮▮▮▮ |
| **Assigned ID Supervisor Name:** | ▮▮▮▮ |
| **Assigned ID Investigator Name:** | ▮▮▮▮ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ▮▮▮▮ |
| **Updated Date:** | Jul 13 2023 1:24PM |
| **Preventative Action:** | GAVE ORDERS |
| **Injury Class:** | C |
| **DOC Age Categorization:** | Young Adult |
| **Nunez Age Categorization:** | ▮▮▮▮ |
| **Location Description:** | BARBER SHOP AREA |
| **Assigned Document Clerk Name:** | ▮▮▮▮ |
| **Staff Participants:** | |



**UOF ID Number:** 2893/23

**Inmate Participants:**

- ████████████████

**Staff Witnesses:**

- ████████████████

**Inmate Witnesses:**

- ████████████
- ██████████
- ████████████

| Incident - Activity | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 07 2023 |
| **Notes:** | Video     Request sent |
| **Created By:** | ████████████████ |
| **Created Date:** | Jun 13 2023 1:29PM |
| **Updated Date:** | |
| **Creator ID:** | ██████ |

| Incident - Activity | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 08 2023 |
| **Notes:** | C a s e assigned |
| **Created By:** | ████████████████ |
| **Created Dat :** | Jun 13 2023 1:29PM |
| **Updat  d Date** | |
| **Cr  ator ID:** | ██████ |

| Incident - Act vity | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 20 2023 |

UOF ID Number: 2893/23

| | |
|---|---|
| Notes: | Investigaot ▓▓▓▓ assigned this case on 6/14/23 |
| Created By: | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Created Date: | Jun 20 2023 9:45AM |
| Updated Date: | |
| Creator ID: | ▓▓▓ |

**Incident - Activity**

| | |
|---|---|
| Access Level: | ID |
| Activity Type: | Documentation Work |
| Activity Date: | Jun 20 2023 |
| Notes: | Investigator interviewed PIC ▓▓▓ on 06/13/23 |
| Created By: | ▓▓▓▓▓▓▓▓▓▓▓▓) |
| Created Date: | Jun 20 2023 9:45AM |
| Updated Date: | |
| Creator ID: | ▓▓▓ |

**Incident - Activity**

| | |
|---|---|
| Access Level: | ID |
| Activity Type: | Documentation Work |
| Activity Date: | Jun 20 2023 |
| Notes: | Investigator obtained BWC logbook on 06/23/2023 |
| Created By: | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| Created Date: | Jun 20 2023 9:46AM |
| Updated Date: | |
| Creator ID: | ▓▓▓ |

**Incident - Activity**

| | |
|---|---|
| Access Level: | ID |
| Activity Type: | Documentation Work |
| Activity Date: | Jun 13 2023 |
| Notes: | Investigator reached out to ADW ▓▓▓ for the proper medical documentation for staff/ |
| Created By: | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| Created Date: | Jun 20 2023 9:47AM |
| Updated Date: | |
| Creator ID: | ▓▓▓ |

---

UOF ID Number: 2893/23

### Incident - Activity

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 20 2023 |
| **Notes:** | Investigator obtained 22Rs for DOC staff. |
| **Created By:** | ███████████ |
| **Created Date:** | Jun 20 2023 9:47AM |
| **Updated Date:** | |
| **Creator ID:** | ████ |

### Incident - Activity

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 21 2023 |
| **Notes:** | Investigator sent out Use Immunity |
| **Created By:** | ███████████ |
| **Created Date:** | Jun 21 2023 10:31AM |
| **Updated Date:** | |
| **Creator ID:** | ████ |

### Incident - Activity

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 21 2023 |
| **Notes:** | Investigator sent out NTA for Officer ████ Officer ████ and Officer ████ |
| **Created By:** | ███████████ |
| **Created Date:** | Jun 21 2023 10:32AM |
| **Updated Date:** | |
| **Creator ID:** | ████ |

### Incident - Activity

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 8 of 118

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Activity Date:** | Jun 22 2023 |
| **Notes:** | Recieved the NTA for Officer ████ |
| **Created By:** | ████████████ |
| **Created Date:** | Jun 22 2023 2:30PM |
| **Updated Date:** | |
| **Creator ID:** | ████ |

**Incident - Activity**

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 22 2023 |
| **Notes:** | Officer ████ has an approved time due for a Muslim holiday and he us unable to come in next Wednesday for an MEO-16 interview. |
| **Created By:** | ████████████ |
| **Created Date:** | Jun 22 2023 2:31PM |
| **Updated Date:** | |
| **Creator ID:** | ████ |

**Incident - Activity**

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type:** | Documentation Work |
| **Activity Date:** | Jun 22 2023 |
| **Notes:** | Officer ████ has mutual days off so he will be unable to come in for a MEO-16 interview. |
| **Created By:** | ████████████ |
| **Created Date:** | Jun 22 2023 2:32PM |
| **Updated Dat :** | |
| **Creator ID:** | ████ |

**Incident - Activity**

| | |
|---|---|
| **Access Level:** | ID |
| **Activity Type** | Documentation Work |
| **Activity Date:** | Jun 22 2023 |
| **Notes:** | Investigator listened to securus phone call and checked visitor express for PIC ████. |
| **Created By:** | |

UOF ID Number: 2893/23

**Created Date:** Jun 22 2023 2:32PM

**Updated Date:**

**Creator ID:**

## Incident - Activity

**Access Level:** ID

**Activity Type:** Documentation Work

**Activity Date:** Jun 26 2023

**Notes:** Went to interview PIC witness

**Created By:**

**Created Date:** Jun 26 2023 12:44PM

**Updated Date:**

**Creator ID:**

## Incident - Activity

**Access Level:** ID

**Activity Type:** Documentation Work

**Activity Date:** Jun 28 2023

**Notes:** Conducted MEO-16 interviews on Officer ▮▮ and Officer ▮▮

**Created By:**

**Created Date:** Jun 28 2023 7:41PM

**Updated Date:**

**Creator ID:**

## Incident - Video/Audio Captured

**Access Level:** ID

**Media Type:** Video

**Video/Audio Type:** Stationary

**Video Link:**

**Video/Audio Start Date and Time:** Jun 7 2023 8:00AM

**Video/Audio End Date and Time:** Jun 7 2023 9:00AM

**Created By:**

**Created Date:** Jun 13 2023 4:52PM

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 10 of 118

**UOF ID Number:** 2893/23

**Updated Date:**

## Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Complete Preliminary Review - Assign to ID |
| **To Status:** | Preliminary Review - Pending ID Supervisor Approval |
| **Reason Not Approved:** | |
| **Created By:** | |
| **Created Date:** | Jun 13 2023 4:52PM |

## Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve Preliminary Review - Assign to ID (send to DDI) |
| **To Status:** | Preliminary Review - Assign to ID DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | |
| **Created Date:** | Jun 13 2023 5:56PM |

## Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve Preliminary Review (initiate ID Investigation) |
| **To Status:** | ID Investigation - Pending Investigation |
| **Reason Not Approved:** | |
| **Created By:** | |
| **Created Date:** | Jun 14 2023 10:43PM |

## Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Complete ID Investigation - Send to Supervisor |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | |
| **Created By:** | |
| **Created Date:** | Jun 28 2023 8:03PM |

## Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Action:** | Return - ID Investigation (to ID Investigator) |
| **To Status:** | ID Investigation - Pending Investigation |
| **Reason Not Approved:** | Revisions needed as discussed. |
| **Created By:** | ▮▮▮▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jul 2 2023 1:23PM |

**Incident - Incident Event Log**

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Complete ID Investigation - Send to Supervisor |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | |
| **Created By:** | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jul 3 2023 5:01PM |

**Incident - Incident Event Log**

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve ID Investigation (send to DDI) |
| **To Status:** | ID Investigation - Pending DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | ▮▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jul 6 2023 6:38PM |

**Incident - Incident Event Log**

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Return - ID Investigation (to Supervisor) |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | See email |
| **Created By:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jul 8 2023 11:19AM |

**Incident - Incident Event Log**

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Return - ID Investigation (to ID Investigator) |
| **To Status:** | ID Investigation - Pending Investigation |
| **Reason Not Approved:** | Revisions |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 12 of 118

**UOF ID Number:** 2893/23

needed.

| | |
|---|---|
| **Created By:** | ███████████████ |
| **Created Date:** | Jul 9 2023 2:15PM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Complete ID Investigation - Send to Supervisor |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | |
| **Created By:** | ███████████████ |
| **Created Date:** | Jul 10 2023 11:45AM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve ID Investigation (send to DDI) |
| **To Status:** | ID Investigation - Pending DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | ███████████████ |
| **Created Date:** | Jul 10 2023 6:28PM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Return - ID Investigation (to Supervisor) |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | as requested |
| **Created By:** | ███████████████ |
| **Created Date:** | Jul 10 2023 6:32PM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve ID Investigation (send to DDI) |
| **To Status:** | ID Investigation - Pending DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | ███████████████ |
| **Created Date:** | Jul 10 2023 7:41PM |

**UOF ID Number:** 2893/23

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Return - ID Investigation (to Supervisor) |
| **To Status:** | ID Investigation - Pending Supervisor Review & Approval |
| **Reason Not Approved:** | edit |
| **Created By:** | ███████████ |
| **Created Date:** | Jul 11 2023 8:40AM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve ID Investigation (send to DDI) |
| **To Status:** | ID Investigation - Pending DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | ███████████ ) |
| **Created Date:** | Jul 13 2023 1:24PM |

### Incident - Incident Event Log

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve ID Investigation (send to Deputy Commissioner, Investigation and Trials) |
| **To Status:** | ID Investigation - Pending Deputy Commissioner, Investigation and Trials approval |
| **Reason Not Approved:** | |
| **Created By:** | ███████████ |
| **Created Date:** | Jul 13 2023 1:25PM |

### Incident - Incident Event Log

| | |
|---|---|
| **Action:** | Approve ID Investigation (Deputy Commissioner, Investigation and Trials) |
| **Reason Not Approved:** | |
| **Created By:** | |
| **Created Date:** | |

### Incident - Witness

| | |
|---|---|
| **Access Level:** | ID |
| **Person Type:** | Staff |
| **Shield #:** | ██ |

---

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Employee #:** | ▉ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **First Name:** | ▉ |
| **Last Name:** | ▉ |
| **Date of Birth:** | ▉ |
| **Date of Hire:** | ▉ |
| **Gender:** | ▉ |
| **Created By:** | ▉ |
| **Created Date:** | Jun 20 2023 9:53AM |
| **Updated Date:** | |
| **Title:** | Correction Officer |
| **Title Effective Date:** | ▉ |
| **Deleted in IRS:** | No |

**Incident - Witness**

| | |
|---|---|
| **Access Level:** | ID |
| **Person Type:** | Inmate |
| **Book & Case #:** | ▉ |
| **NYSID:** | ▉ |
| **First Name:** | ▉ |
| **Last Name:** | ▉ |
| **Date of Birth:** | ▉ |
| **Date of Hire:** | |
| **Gender:** | Male |
| **Inmate Facility:** | Robert N. Davoren Center |
| **Classification Score:** | 12 |
| **Close Custody:** | No |
| **ICR:** | No |
| **Parole Violator?:** | No |
| **PHD:** | No |
| **Red ID:** | No |
| **Under Mental Observation?:** | No |
| **SRG Type:** | SRG |
| **Created By:** | ▉ |

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Created Date:** | Jun 20 2023 9:53AM |
| **Updated Date:** | |
| **Race:** | Black or African American |
| **Title Effective Date:** | |
| **Deleted in IRS:** | No |
| **Adolescent:** | No |

## Incident - Witness

| | |
|---|---|
| **Access Level:** | ID |
| **Person Type:** | Inmate |
| **Book & Case #:** | ███████ |
| **NYSID:** | ██████ |
| **First Name:** | ████ |
| **Last Name:** | ████ |
| **Date of Birth:** | ███████ |
| **Date of Hire:** | |
| **Gender:** | Male |
| **Inmate Facility:** | (Discharged) |
| **Classification Score:** | 11 |
| **Close Custody:** | No |
| **ICR:** | Yes |
| **Parole Violator?:** | No |
| **PHD:** | No |
| **Red ID:** | Yes |
| **Under Mental Observation?:** | No |
| **SRG Type:** | SRG |
| **Created By:** | ████████████ |
| **Created Date** | Jun 20 2023 9:54AM |
| **Updated Date:** | |
| **Race:** | Black or African American |
| **Title Effective Date:** | |
| **Deleted in IRS:** | No |
| **Adolescent:** | No |

## Incident - Witness

---

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Access Level:** | ID |
| **Person Type:** | Inmate |
| **Book & Case #:** | ███████ |
| **NYSID:** | ██████ |
| **First Name:** | ████████ |
| **Last Name:** | ██████ |
| **Date of Birth:** | ██████ |
| **Date of Hire:** | |
| **Gender:** | Male |
| **Inmate Facility:** | George R. Vierno Center |
| **Classification Score:** | 18 |
| **Close Custody:** | No |
| **ICR:** | No |
| **Parole Violator?:** | No |
| **PHD:** | No |
| **Red ID:** | Yes |
| **Under Mental Observation?:** | No |
| **SRG Type:** | SRG |
| **Created By:** | ████████████ |
| **Created Date:** | Jun 26 2023 12:47PM |
| **Updated Date:** | |
| **Race:** | Other |
| **Title Effective Date:** | |
| **Deleted in IRS:** | No |
| **Adolescent:** | No |
| **Other Race:** | Hispanic |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ████ |
| **Employee #:** | ████ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | |

**UOF ID Number:** 2893/23

| | |
|---|---|
| **First Name:** | ▮▮▮ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ▮▮▮ |
| **Date of Hire:** | ▮▮▮ |
| **Date of Birth:** | ▮▮▮ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Hospital Name:** | |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ▮▮ |
| **Employee #:** | ▮▮▮ |
| **Book & Case #:** | |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 18 of 118

**UOF ID Number:** 2893/23

| | |
|---|---|
| **NYSID:** | |
| **Last Name:** | ▆ |
| **First Name:** | ▆ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ▆ |
| **Date of Hire:** | ▆ |
| **Date of Birth:** | ▆ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name** | |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 19 of 118

**UOF ID Number:** 2895/23

| | |
|---|---|
| **Shield #:** | ███ |
| **Employee #:** | ███ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | ████ |
| **First Name:** | ████ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ████ |
| **Date of Hire:** | ████ |
| **Date of Birth:** | ████ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

UOF ID Number: 2893/23

## Incident - Participant

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ██ |
| **Employee #:** | ███ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | ███ |
| **First Name:** | ██ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ███ |
| **Date of Hire:** | ███ |
| **Date of Birth:** | ███ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 21 of 118

**UOF ID Number:** 2893/23

**Other Race:**
**Other Mental Observation Facility:**
**Middle Name:**



| **Incident - Participant** | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ▆▆ |
| **Employee #:** | ▆▆▆ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | ▆▆▆▆ |
| **First Name:** | ▆▆▆ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ▆▆▆ |
| **Date of Hire:** | ▆▆▆ |
| **Date of Birth:** | ▆▆▆ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 22 of 118

**UOF ID Number:** 2893/23



**Court Date:**
**Arrest Disposition:**
**Notice Served:**
**Other Gender:**
**Other Race:**
**Other Mental Observation Facility:**
**Middle Name:**

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ▮▮▮ |
| **Employee #:** | ▮▮▮ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | ▮▮▮ |
| **First Name:** | ▮▮▮ |
| **Assigned Facility:** | GEORGE R. VIERNO CENTER |
| **Title Effective Date:** | ▮▮▮ |
| **Date of Hire:** | ▮▮▮ |
| **Date of Birth:** | ▮▮▮ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 23 of 118

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | ▮ |
| **Employee #:** | ▮ |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | ▮ |
| **First Name:** | ▮ |
| **Assigned Facility:** | ANNA M. KROSS CENTER (C-95) (A.M.K.C.) |
| **Title Effective Date:** | ▮ |
| **Date of Hire:** | ▮ |
| **Date of Birth:** | ▮ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |

**UOF ID Number:** 2895/23

| | |
|---|---|
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Inmate |
| **Shield #:** | |
| **Employee #:** | |
| **Book & Case #:** | ▆▆▆▆ |
| **NYSID:** | ▆▆▆ |
| **Last Name:** | ▆▆▆▆▆ |
| **First Name:** | ▆▆▆ |
| **Title Effective Date:** | |
| **Date of Hire:** | |
| **Date of Birth:** | ▆▆▆▆ |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Gender:** | Male |
| **Race:** | Black or African American |
| **Classification Score:** | 31 |
| **SRG:** | SRG |
| **Was Inmate in Restraints Prior to UOF?:** | No |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 25 of 118

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Visitor Number:** | |
| **ICR:** | No |
| **Parole Violator:** | No |
| **Red ID:** | No |
| **Inmate Facility:** | George R. Vierno Center |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Adolescent:** | No |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | INSTIGATOR |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Incident Inmate Photo Form |
| **Attachment:** | File: ███████████ |
| **Created By** | IRS Interface |
| **Created Date** | Jun 7 2023 12:50PM |
| **Updated By:** | ██████████████ |
| **Updated Date** | Jun 8 2023 7:05AM |
| **Access Level** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Injury to Inmate Report - pg. 1 |

---

**UOF ID Number:** 2895/23

| | |
|---|---|
| **Attachment:** | File: ████████████████ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ████████████████ |
| **Updated Date:** | Jun 8 2023 6:42AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Injury to Inmate Report - pg. 2 |
| **Attachment:** | File: ████████████████ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ████████████████ ) |
| **Updated Date:** | Jun 8 2023 7:08AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Inmate Voluntary Statement Form |
| **Attachment:** | File: ████████ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ████████████████ |
| **Updated Date:** | Jun 8 2023 6:42AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: ████████ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ████████████████ |
| **Updated Date:** | Jun 8 2023 7:37AM |
| **Access Level:** | Facility |

**UOF ID Number:** 2895/23

## Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Tour Commander's handwritten UOF logbook entry (copy of) |
| **Attachment:** | File: ████████████ |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 7 2023 12:50PM |
| **Updated By:** | ████████████ |
| **Updated Date:** | Jun 8 2023 7:37AM |
| **Access Level:** | Facility |

## Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: █████████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:00AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | FRONT |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

## Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: █████████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:00AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 28 of 118

**UOF ID Number:** 2893/23

**Other Photo Type:**

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Inmates |
| **Attachment:** | File: ████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:00AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |



**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |

---

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 29 of 118

**UOF ID Number:** 2895/23

| | |
|---|---|
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |



### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ■■■■■ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ■■■■■ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

**UOF ID Number:** 2893/23

| Incident - Incident Attachment | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ███████████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

| Incident - Incident Attachment | |
|---|---|
| **Attachment Type:** | Photos of Injured Staff |
| **Attachment:** | File: ███████████ |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Jun 8 2023 7:05AM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Jun 21 2023 8:10AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

| Incident - Incident Attachment | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: ███████ |
| **Created By:** | ████████████ |
| **Created Date:** | Jun 9 2023 11:33AM |
| **Updated Date:** | |
| **Access Level:** | Facility |

UOF ID Number: 2893/23

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Staff Medical Treatment Form |
| **Attachment:** | File: ▉▉▉▉▉▉▉ |
| **Created By:** | ▉▉▉▉▉▉▉ |
| **Created Date:** | Jun 9 2023 12:06PM |
| **Updated Date:** | |
| **Access Level:** | Facility |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: ▉▉▉▉▉ |
| **Created By:** | ▉▉▉▉▉▉▉ |
| **Created Date:** | Jun 9 2023 12:10PM |
| **Updated Date:** | |
| **Access Level:** | Facility |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: ▉▉▉▉ |
| **Created By:** | ▉▉▉▉▉▉▉ |
| **Created Date:** | Jun 9 2023 7:00PM |
| **Updated Date:** | |
| **Access Level:** | Facility |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: ▉▉▉▉▉ |
| **Created By:** | ▉▉▉▉▉▉▉ |
| **Created Date:** | Jun 10 2023 7:01AM |
| **Updated Date:** | |
| **Access Level:** | Facility |

**Incident - Incident Attachment**

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: UOFW. ▮ |
| **Comments:** | Officer ▮ and Officer ▮ |
| **Created By:** | ▮ |
| **Created Date:** | Jun 13 2023 3:58PM |
| **Updated Date:** | |
| **Access Level:** | Facility |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: ▮ |
| **Created By:** | ▮ |
| **Created Date:** | Jun 13 2023 4:49PM |
| **Updated Date:** | |
| **Access Level:** | ID |
| **Other Attachment Type:** | Video Request |
| **Document Description:** | Video Request |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: ▮ |
| **Created By:** | ▮ |
| **Created Date:** | Jun 13 2023 4:50PM |
| **Updated Date:** | |
| **Access Level:** | ID |
| **Other Attachment Type** | Rapid Review |
| **Document Description:** | Facility Rapid Review |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: ▮ |
| **Created By:** | ▮ |
| **Created Date:** | Jun 20 2023 9:56AM |

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Updated Date:** | |
| **Access Level:** | ID |
| **Other Attachment Type:** | Logbook |
| **Document Description:** | BWC Logbook |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Inmate Voluntary Statement Form |
| **Attachment:** | File: ▮▮▮▮▮▮▮▮ |
| **Created By:** | ▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jun 21 2023 10:32AM |
| **Updated Date:** | |
| **Access Level:** | ID |

**Incident - Incident Attachment**

| | |
|---|---|
| **Attachment Type:** | Inmate Voluntary Statement Form |
| **Attachment:** | File: ▮▮▮▮▮▮▮▮ |
| **Created By:** | ▮▮▮▮▮▮▮▮ |
| **Created Date:** | Jun 21 2023 10:33AM |
| **Updated Date:** | |
| **Access Level:** | ID |

**Incident - Preliminary Review**

| | |
|---|---|
| **UOF #:** | 2893/23 |
| **Occured Date:** | Jun 07 2023 |
| **Injury Class:** | C |
| **Inmate 18 or Younger:** | No |
| **Class A UOF:** | No |
| **Actual or Alleged Blows to Head:** | Yes |
| **Actual or Alleged Kicking:** | No |
| **Actual or Alleged Use of Instrument of Force:** | No |
| **Inmate Was in Restraints:** | No |
| **Prohibit Restraint Hold(s):** | No |
| **Video Surveillance Malfunction:** | No |
| **Presence of Unexplained Facts:** | Yes |
| **Direct Referral from Facility:** | |

UOF ID Number: 2893/23



| | |
|---|---|
| | No |
| **Prior UOF Violation OATH Plea:** | No |
| **Evidence of Staff Collusion:** | No |
| **Other Full ID Circumstances:** | No |
| **Video Captured:** | Yes |
| **Investigator's Justification for Determination:** | UOF #: 2893-23<br>Facility: GRVC |

**Synopsis**
On June 7, 2023, at approximately 0824 hours, in GRVC Barbershop, Person in Custody (PIC) ▉▉▉▉▉ ▉▉▉▉▉▉▉ was disruptive. PIC ▉▉▉▉▉ was secured in his enhanced restraints and was observed in a verbal exchange with Officer ▉▉▉▉▉▉▉▉▉. PIC ▉▉▉▉▉ was observed spitting on the floor (▉▉▉▉▉▉▉▉ ▉▉▉▉▉). Officer ▉▉▉▉ lunged forwards and punched PIC ▉▉▉▉ in the facial area (▉▉▉▉▉▉▉▉▉▉▉). Officers ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ grabbed PIC ▉▉▉▉▉ by his upper body and took him down to the ground (▉▉▉▉▉▉). ▉▉▉▉ PIC ▉▉▉▉ was resisting staff by twisting and turning his body. Officer ▉▉▉▉▉ applied a spit mask and PIC ▉▉▉▉▉▉ was assisted to his feet. PIC ▉▉▉▉▉ continued to resist, and staff secured PIC ▉▉▉▉▉ against the wall ▉▉▉▉▉▉▉. PIC ▉▉▉▉▉▉ was relinquished to Officers ▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉▉ and escorted to the mini clinic, terminating the incident.

**Photographic Evidence**
The facility provided one (1) photographs of PIC ▉▉▉▉▉, noted as a refusal. Of note, the facility uploaded incident photos of Officers ▉▉▉▉, ▉▉▉▉▉ and ▉▉▉. However, no medical documentation regarding staff injuries was provided to the Investigation Division.

**Video Evidence**
The following video evidence was reviewed from 0800 hours to 0900 hours on June 7, 2023, and depicted the incident as narrated above.

Investigator ▉▉▉▉▉ verified there was no handheld evidence associated with this incident.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



UOF ID Number: 2893/23

**Staff/PIC injuries**
Injury to Inmate Report, FY23/1214 noted on June 7, 2023, at 0830 hours, PIC ▇▇▇▇▇ was produced for prompt medical attention and refused the medical evaluation.

There were no reported staff injuries by COD or the facility.

**Accuracy of UOF classification:**
As of June 13, 2023, this incident remains ▇▇▇ "P" classification.

**A brief summary of PIC statements.**
PIC ▇▇▇▇▇ refused to provide a statement to the facility.
PIC ▇▇▇▇▇ r provided a body worn camera statement to Investigator ▇▇▇▇▇

Of note, a 311 call (Task ID ▇▇▇▇▇) came to the Investigation Division in connection with UOF 2893-23 which stated: ▇▇ My son was in the barbershop when ▇▇▇▇▇ entered the barbershop about an incident that did not have to do with my son. He asked my son to identify himself after he was escorted and identified by two other officers. My son identified himself. The officer then proceeded to antagonize my son. He got in my son's face and told my son to spit on him. My son eventually did as he asked. My son reports that he was then punch in the face while he was in restraints. The officer who punched him name is ▇▇▇▇▇ Additionally, a female officer threatened to have him set up. He does not know her name. He was not provided clean clothing. He is allowed at least 1 hour out of his cell. While I was on the phone with him, ▇▇▇▇▇ was taunting him about not letting him get his hour out of his cell. They are also constantly changing his phone pin, making it difficult for him to contact his family. He is diagnosed with PTSD and reports that it is being impacted due to these incidences. When he goes to court and returns back, they hold him in segregation for extended periods of time.

**Staff reports**
All staff reports were reviewed and were consistent with the video evidence and each other.

**Facility Rapid Review:**
The Rapid Review conducted by Deputy Warden ▇▇▇▇▇ noted that the incident was unavoidable, however procedural errors were noted. Officer ▇▇▇ was observed throwing closed fist punches to the PIC and will be made the subject of a suspension.

UOF ID Number: 2893/23

According to the Notice of Suspension, in accordance with directive 5006R-D, the use of force was deemed avoidable as Officer ████ had a means of egress after the assault. As a result, Officer ████ will be made the subject of a ten (10) day suspension. The suspension is effective June 7, 2023-June 17, 2023.

Conclusion:
Based on the evidence cited above, it is recommended that this case be referred for further investigation due to Officer ████ utilizing a closed fist strike to PIC ████████ facial area and due to the presence of unexplained facts.

| | |
|---|---|
| Staff Reassignment During Investigation: | No |
| DOI Referral for Staff: | No |
| DOI Referral for Inmate: | No |
| Injury Properly Classified: | No |
| Review End Date: | Jun 13 2023 |
| Workflow Action: | Approve Preliminary Review (initiate ID Investigation) |
| Created Date: | |
| Updated By: | ████████████████ |
| Updated Date: | Jun 14 2023 10:43PM |

### Incident - Investigation

| | |
|---|---|
| UOF ID Number: | 2893/23 |
| Incident Occurred Time: | Jun 7 2023 8:24AM |
| Incident Reported Time: | Jun 7 2023 9:45AM |
| Incident Facility: | GRVC |
| SOL: | Dec 07 2024 |
| Assigned Tour Commander Name: | ████████████ |
| ID Investigator Name: | ████████████ |
| ID Supervisor Name: | ████████ |
| Investigation Start Date: | Jun 14 2023 |
| Investigation End Date: | Jul 18 2023 |
| Investigation Status: | Closed |
| Investigation on Hold: | No |
| Hold Start Date: | |
| Investigation Duration in days: | 34 |

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 37 of 118

**UOF ID Number:** 2893/23

| | |
|---|---|
| **Days Remaining To Complete Investigation:** | 146 |
| **Investigation Restart Date:** | |
| **Probe Team:** | No |
| **Photographs of Location:** | No |
| **Photographs of Staff:** | Yes |
| **Photographs of Inmates:** | Yes |
| **Video Documentation:** | Yes |
| **Video Type:** | |

- Body Camera
- Stationary

| | |
|---|---|
| **Video Reviewed:** | Yes |
| **Video Consistent:** | Yes |
| **Video Malfunction:** | No |
| **Final UOF Injury Class:** | C |
| **Injury Reports Compiled:** | Yes |
| **Workflow Action:** | Approve ID Investigation (Deputy Commissioner, Investigation and Trials) |
| **Created By:** | ███████████████ |
| **Created Date:** | Jun 15 2023 10:31AM |
| **Updated By:** | ███████████████ |
| **Updated Date:** | Jul 18 2023 4:24PM |
| **Other Video Unavailable:** | No |

**Incident - Investigation Investigation Finding**

**Investigation Findings**

| | |
|---|---|
| **Precipitating Incident** | Verbal Altercation with an Officer |
| **Participant:** | ███████████ |
| **Video** | |
| **1. Was the UOF/alleged UOF incident captured on Genetec video?:** | Yes |
| **2. Was the video footage preserved?:** | Yes |
| **3. Was the UOF/alleged UOF incident captured on handheld video?:** | No |
| **If No:** | No handheld camera was utilized for this incident. |
| **4. Was the video footage preserved?:** | N/A |

UOF ID Number: 2893/23



| | |
|---|---|
| **5. Were there any issues regarding the handheld video/camera operator?:** | N/A |
| **6. Was there any other relevant video footage (escort, leading up to the UOF, etc.)?:** | Yes |
| **7. Was the video footage preserved?:** | Yes |
| **Summary of Video Evidence:** | Genetec Video Review: |

Genetec angles: ███████████████████ from 6/7/23 (0800-0900 hours), revealed the following:

On June 7, 2023, at approximately 0800 hours, Barber Shop services were being conducted in the GRVC Barber Shop area. At approximately 0818 hours, multiple staff responded to the Barber Shop due to a disruptive PIC, which was unrelated to this incident. The PIC was removed from the area without incident. At approximately 0823 hours PIC ████████ was sitting in the barber chair getting a haircut from ███████ Officers ████████ and ██████ were conversing in the barbershop entry way ████████. Then, Officer ████ approached where the remaining PICs were seated, getting their haircuts, and appeared to be speaking to them. PIC ████████ spoke back, moving his head as he spoke. Shortly after, Officer ████ and Officer ████ approached PIC ████. Officer ████ was positioned at left side and Officer ████ was positioned at right side of PIC ████. Officer ████ began to put a pair of gray gloves on his hands. PIC ████ stood up from the chair, as Officer ████ placed the enhanced restraints security mitts on PIC ████ left-hand. Officer ████ approached PIC ████ where he leaned in and then took a step back from the PIC. Officer ████ stood to the right of Officer ████ as Officer ████ conversed with PIC ████. PIC ████ sat on the adjacent, left side of PIC ████ while PIC ████ was cutting his hair ████. Officer ████ stepped forward and conversed with PIC ████ while PIC ████ was still standing. Officers ████ and ████ stood on both sides of him as the PIC was being secured. Officer ████ held PIC ████



UOF ID Number: 2893/23

arm in an escort hold, holding the left elbow and forearm.

Simultaneously, Officer ██████ walked on the left side of Officer ███. Officer ██████ approached PIC ██████ who was located behind Officer ███ and Officer ███ It was at this time that PIC ███ spat on the floor. Officer ██████ conversed with PIC ███ during PIC ███ actions and while Officer ███ continued to converse with PIC ███. Officer ██████ maintained the escort hold on PIC ███ left arm, as Officer ███ was inspecting and securing the handcuffs. At 0825:30 hours, PIC ███ with his mouth in an open position, made a movement with his head toward Officer ███. At which point, Officer ███ immediately shuffled forward then lunged at PIC ███ throwing a strike toward PIC ███ facial area. However, based on the placement of the staff which partially obstructed the camera view due to the distance of the nearest camera angle from the events, it was unclear whether contact was made, but PIC ███ fell backwards and down into the chair. Officer ███ was observed making another downward striking motion towards the PIC's body area ███. Officer ███ and Officer ███ intervened and pulled Officer ███ away from PIC ███. Officers ███ and ███ grabbed PIC ███ arms, who then tensed his body. Officer ███ moved Officer ███ closer to the door. PIC ███ resisted Officers ███ Officer ███ and Officer ███ by moving his body as they attempted to raise him up from the chair. Officer ███. Officer ███ and Officer ███ then took PIC ███ to the ground, which revealed that he was in leg irons already ███ PIC ███ was rolled onto his stomach by the officers. Officer ███ restrained the PIC's legs with his hands.

Officer ███ made a series of radio transmissions. Soon after, Officers ███ and ███ entered the Barber Shop. Officer ███ entered the barbershop and retrieved a spit mask from the file cabinet. Officer ███ brought the spit mask to the other staff, and Officer ███ applied the spit mask over PIC ███ head. Captain ███ then entered the Barber Shop as she made a radio transmission, then approached where the staff were and conversed with Officer ███. PIC ███ was assisted to his feet; however, the PIC continued to actively resist staff by moving/shrugging his upper body and moving his head from side to side, which was bent down/forward as



UOF ID Number: 2893/23

the staff applied escort holds to his arms. Officer ███
grabbed the bottom of the spit mask, and simultaneously,
Officer ███ Officer ███, Officer ███, and
Officer ███ guided PIC ███ toward the locker.
PIC ███ continued to resist the staff with his head
down, which resulted in his head making contact with the
locker ███ twice as the staff secured him
against the locker. During those events, Officer ███ was
observed momentarily placing his right forearm on PIC
███ upper back area, and then readjusted his
forearm away from the upper back area; the PIC continued
to resist staff (███████████).

The staff began escorting PIC ███ away from the
lockers when Officer ███, Captain
███, Officer
███ Captain ███ entered the Barber Shop,
and took custody of PIC ███ Officer ███
escorted the PIC out of the Barber Shop where he resisted
by moving his body. Officer ███ escorted the PIC into
the corridor where he was secured to the wall
███. PIC ███ was escorted through the
corridor by Officer ███ and Officer ███
with Captain ███ alongside them. PIC ███ was
taken to the Mini Clinic, terminating the incident
███.

Body Worn Camera (BWC)
BWC ███ assigned to Officer ███ 08:25:39-
08:28:26
The footage captured multiple verbal commands being
given to PIC ███ to "stop, stop, stop." Officer
███ was observed wearing unauthorized search gloves
(with grooves and uneven surfaces). PIC ███ was in
the Barber Shop chair as staff took him to the ground. PIC
███ went down to the floor on his back, facing
toward the staff when staff said, "turn him over" as the PIC
laughed. As staff turned PIC ███ over, Officer
███ had his right arm on the PIC's back and his left arm
was holding the PIC's left arm down. While they are on the
ground, PIC ███ told Officer ███ to get off his
arm and that he had mittens on. Officer ███ then told
PIC ███ to stop moving as staff assisted PIC
███ from the floor. At which point, the PIC
attempted to take off the spit mask by moving his head as
Officer ███, Officer ███, Officer ███, and
Officer ███ guided him to the locker. Officer ███
was observed pulling the spit mask back down into the
appropriate position (02:18 minutes). The staff began
escorting PIC ███ out of the Barber Shop when
Captain ███ and responding officers assumed custody of

UOF ID Number: 2893/23

the PIC.

BWC ███ assigned to Captain ███ 6/7/23 08:28:21-08:36:05

Captain ███ can be heard saying, "Let go, let go, you had a use with him" in which Officer ███ explained that he did not have a use. PIC ███ was guided to the wall as staff continued to tell him to "Cut it out", "stop" and that "it was over." PIC ███ continued to argue with staff as a female Captain (███) explained that he needed a shoe. PIC ███ told Officer ███ that h did not do anything and that he had mittens on. As Officer ███ and Officer ███ escorted PIC ███ to the Building 11 Mini Clinic, the PIC said that he was not going to the clinic. Captain ███ responded by saying "he's going to refuse." As they walked down the corridor, PIC ███ stated that the Officer punched him while he was in mittens on camera. PIC ███ continued to explain that he was punched while mittens were on and that he was going to get the bag. PIC ███ can be heard saying, "he thought I wasn't going to spit on him. I'm no halfway, I go all the way." In the Clinic, Captain ███ was filling out paperwork (an Injury to Inmate Report Form) and PIC ███ can be heard in the background saying, "that wasn't fair, don't try to hit me with cuffs, fuck, yes I'm spitting." That's why I started spitting, that's all I can do, I can get violent bro, yes, I'm spitting, I'm tired of that shit."

BWC ███ assigned to Captain ███ 6/7/23 08:43:21-08:47:23

Captain ███ and a group of officers escorted PIC ███ through the corridor, and into an elevator. PIC ███ began to recount the events leading up to the use of force incident. He was escorted off of the elevator and escorted into the Building 15A housing area. The staff continued to escort the PIC without incident to a cell on the right lower tier of the housing area ███). The leg irons were removed from his ankles, then he was brought into his cell. The staff exited the cell with the wrist restraints, and the cell door was then closed.

Other relevant video evidence:

███

video from 06/06/23 revealed:

Based on Genetec video and handheld video footages, on June 6, 2023, in housing area 15,B Officer ███ went to the housing area and went to PIC ███ cell (███ at approximately 0632 hours where he asked PIC ███ if he wanted to go to "REC" (recreation



**UOF ID Number:** 2893/23

services). PIC ████████ did not refuse REC as Officer ████████ then wrote in his notebook and proceeded to ask the rest of the PICs in the housing area if they also wanted to go to REC. Upon reviewing further Genetec and handheld video, other PICs were observed being escorted out of their cells to go to outside for REC services. Throughout the remaining duration of the Genetec video, PIC ████████ was not taken out of his cell for REC. Various DOC staff, including a captain, officers, Program civilian staff, and the medical doctor were observed conversing with PIC ████████ from outside of cell and continued to visit him throughout the early afternoon.

**Inmate Statements**

| | |
|---|---|
| **1. Did the participant inmate(s) provide a statement(s) to the facility?:** | No |
| **2. Did the witness inmate(s) provide a statement(s) to the facility?:** | No |
| **3. Did the ID interview all participant inmate(s)?:** | Yes |
| **4. Did the ID interview all witness inmate(s)?:** | Yes |
| **5. Was there any evidence of collusion among inmate statements?:** | No |
| **6. Did the participant inmate(s) make any relevant statement(s) to medical staff?:** | No |
| **7. Did the participant inmate(s) make any relevant statement(s) during telephone calls? :** | No |
| **8. Did the witness inmate(s) make any relevant statement(s) during telephone calls?:** | No |
| **9. Did the participant inmate(s) make any relevant statement(s) during the adj. hearing? :** | N/A |
| **10. Did the witness inmate(s) make any relevant statement(s) during the adj hearing?:** | N/A |
| **11 Were any participant/witness inmate statement(s) obtained from any other source? :** | No |
| **Summary of Inmate Statements:** | PIC Statements: |

Statement to the Facility:
On June 7, 2023, PIC ████████ refused to provide a statement to the facility.

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 43 of 118

UOF ID Number: 2893/23

**Statement to Medical:**
On June 7, 2023, PIC <span>█████</span> did not make any statements pertinent to medical.

**311 Complaint:**
On June 10, 2023, a 311 complaint was received that stated the following:
"<span>████</span> My son was in the barbershop when <span>██████</span> entered the barbershop about an incident that did not have to do with my son. He asked my son to identify himself after he was escorted and identified by two other officers. My son identified himself. The officer then proceeded to antagonize my son. He got in my son's face and told my son to spit on him. My son eventually did as he asked. My son reports that he was then punch in the face while he was in restraints. The officer who punched him name is <span>██████████</span> Additionally, a female officer threatened to have him set up. He does not know her name. He was not provided clean clothing. He is allowed at least 1 hour out of his cell. While I was on the phone with him, officer <span>██████</span> was taunting him about not letting him get his hour out of his cell. They are also constantly changing his phone pin, making it difficult for him to contact his family. He was diagnosed with PTSD and reports that it is being impacted due to these incidences. When he goes to court and returns back, they hold him in segregation for extended periods of time."

**Statement to ID:**
On June 13, 2023, at approximately 1051 hours Investigator <span>██████</span> and Investigator <span>██████</span> responded to GRVC housing area 15A and conducted a BWC interview with PIC <span>████████</span> PIC <span>██████</span> explained that he was in the barbershop getting a haircut when the officer came to him and asked him his name. PIC <span>████</span> said that he told the Officer his name was "<span>████</span>." The officer then went to someone else and asked another PIC what his name was. The officer then came back to PIC <span>████████</span> and told the PIC that he is not getting any more haircuts. PIC <span>██████</span> explained that he got upset and "spit on the floor" but also explained that he was in mittens. PIC <span>██████</span> said that the Officer told him to "spit on him, which he did" and after he did, the Officer punched him in the facial area. PIC <span>██████</span> further explained that he had leg shackles on, along with the restraints and that he was not a threat. PIC <span>██████</span> stated that he felt it was "retaliation for an incident that happened a few days ago."

A review of SECURUS revealed that PIC <span>██████</span> made a total of 17 phone calls between June 6, 2023, 0000 hours



UOF ID Number: 2893/23

to June 10, 2023 2359:59 hours. Specifically, between 6/7-6/9/23, the day of and two days after the UOF incident, PIC ▮▮▮▮ made (6) calls. Of those calls, (1) was determined to have been made to a female individual, where the nature of their relationship appeared to be romantic, but her name was not said/mentioned. None of the total (17) calls provided details (an additional statement from PIC ▮▮▮▮) that were relevant to this UOF incident. However, it was noted that on 6/6/23, the day before the UOF incident, PIC ▮▮▮▮ spoke to his father, who stated that he (the father) was trying to contact 311 Constituent Services on behalf of PIC ▮▮▮▮ regarding recreation services.

PIC Witness statements:

On June 20, 2023, Investigator ▮▮▮▮ and Investigator ▮▮▮▮ responded to GRVC 10B to interview PIC ▮▮▮▮ where he verbally stated, "I did not witness anything."

On June 20, 2023, Investigator ▮▮▮▮ and Investigator ▮▮▮▮ responded to RNDC 6CS and conducted an interview with ▮▮▮▮ PIC ▮▮▮▮ verbally stated that PIC ▮▮▮▮ gave the right name to the officer and that the Officer "decked" the PIC like "two or three times." PIC ▮▮▮▮ also explained that the officer was "wilding" talking to the PIC crazy and the officer told the PIC to spit on him.

On June 26, 2023, Investigator ▮▮▮▮ and Investigator ▮▮▮▮ responded to GRVC Barbershop Corridor to interview PIC ▮▮▮▮ which PIC ▮▮▮▮ verbally refused and stated, "nah."

Securus Phone Calls/ Witness PICs:

On June 7, 2023, PIC ▮▮▮▮ made five (5) phone calls that were not relevant to the case.

On June 7, 2023, and June 8, 2023, PIC ▮▮▮▮ did not make any phone calls.

**DOC Employee Statements**

**1. Did all required DOC employee(s) submit UOF/UOF-W/UOF-Allegation Report(s)?:**

Yes

**2. Were the required reports submitted in a timely fashion? :**

Yes

**3. Did any DOC employee submit an**

No



UOF ID Number: 2893/23

| | |
|---|---|
| **Incident Report Form for the incident? :** | |
| **4. Did any DOC employee submit a Report and Notice of Infraction for the incident?:** | No |
| **If No:** | A review of IIS and Inmate Reports revealed that PIC █████ did not receive an infraction for this incident. |
| **5. Did a supervisor complete the Report and Notice of Infraction Investigation?:** | N/A |
| **6. Was a disciplinary hearing held for the infraction?:** | N/A |
| **7. Was a Hearing Report and Notice of Disciplinary Disposition form completed? :** | N/A |
| **8. Was there any evidence of collusion among DOC employee(s) reports? :** | No |
| **9. Were all involved DOC employee(s) made the subject of an MEO-16 interview(s)? :** | No |
| **If No or N/A:** | Officer █████ and Officer █████ were made the subjects of MEO-16 Interviews. Officer █████ and Officer █████ would have been made the subject of an MEO-16 Interview, but there were scheduling conflicts that impeded moving forward with the interview. Officer █████ was not made the subject of an MEO-16 Interview as he was suspended from duty effective on June 7, 2023, for ten (10) days. |
| **10. Were all witness DOC employee(s) made the subject of an MEO-16 interview(s)?:** | No |
| **If No or N/A:** | See above. |
| **11. Were MEO-16 interview statement(s) somewhat consistent with submitted report(s)?:** | Yes |
| **If No:** | Officer █████ MEO-16 Interview and her submitted Use of Force Witness Report were not consistent with each other. Officer █████ reported that she witnessed PIC █████ spit in Officer █████ face, but during the MEO-16 interview she explained that she did not actually see the spit occur but saw spit on Officer █████ facial area after she moved him away from PIC █████. Officer █████ also reported that PIC █████ continued to spit and make threats, but when shown the BWC, she testified that when staff asked for a spit mask, she believed the PIC was still spitting, but did not actually see or hear PIC █████ spitting. |

UOF ID Number: 2895/23

**12. Did any other individual(s) (visitors, teachers, etc.) submit a report?:**

No

**13. Were any other individual(s) (visitors, teachers, etc) interviewed?:**

No

**Summary of DOC Employee Statements:**

Staff Reports:

On June 7, 2023, Officer ████████ submitted a UOF report, in which he reported that he asked PIC ████ his name, when the PIC provided a false name. When Officer ████ explained that acting in that manner will result in it being his last haircut, PIC ████████ became aggressive and spat on the floor. Officer ████ also reported that PIC ████████ the spat the Officer's facial area with our provocation causing the officer to lunge forward attempting to strike PIC ████████ with his right arm in the upper body chest area but did not make contact. Officer ████ stated that his right arm went over the PIC's body which made contact with the barbershop chair. With the momentum from the lunge, it pushed the PIC down in the barbershop chair as Officers ████████, ████ and secured PIC ████████ to the ground. Officer ████ did not report that he continued to strike down at the PIC while he was in the chair.

On June 7, 2023, Officer ████████████ submitted a UOF report in which he reported that he and Officer ████████ began to remove PIC ████████ and secure him in mechanical restraints with Officer ████████ when Officer ████ asked the PIC his name and PIC ████ gave a false name. When asked a second time PIC ████████ gave his proper name. Officer ████████ then reported that Officer ████ said, "I am writing you a ticket" and as he was trying to restrain the PIC's right wrist he began yelling at Officer ████████ when the PIC spat. When PIC ████████ attempted to spit again, Officer ████ reacted with "force" causing Officer ████████, Officer ████████, and PIC ████████ to fall on the chair and then to the floor. Officer ████ also reported that Officer ████ assisted with bringing PIC ████████ to his feet and securing the spit mask on the PICs head. Officer ████████ report is vague and does not accurately detail the force used to include the level of force that was used and to which part of the body force was employed.

On June 7, 2023, Officer ████████████ submitted a UOF report in which he reported that he along with Officer ████████ and Officer ████████ pedigreed the remaining PICs when PIC ████████ gave a false name. Officer ████ reported that Officer ████████ asked a second



UOF ID Number: 2893/23

time and PIC ███████ gave the correct name. Officer ███████ then reported that PIC ███████ said, "I will spit in your face", when Officer ███ told the PIC not to do so, the PIC then spat on the floor. PIC ███████ then spats again striking Officer ███ in the facial area. Officer ███, immediately lunged his right hand towards PIC ███████, but PIC ███████ slid back and landed in the chair. Officer ███ Officer ███████ and Officer ███████ secured PIC ███ to ground where he continued to make threats and be aggressive. When PIC ███████ was assisted to his feet, he swung his head back and forth in an aggressive manner where he was secured to the wall as Officer ███ placed a spit mask over the PICs head. Officer ███████ report was vague and did not report the level of force, specifically to include whether contact was made and to which part of the body Officer ███ employed force on PIC ███████. Officer ███████ submitted an incomplete Use of Force Report.

On June 28, 2023, Investigator ███████ and Investigator ███ conducted a MEO-16 interview with Officer ███████, Officer ███████ testified that during the incident he was standing on the left side of Officer ███ and that he saw both times that the PIC spat. Officer ███ was unaware of where the second spit landed on Officer ███ but it was either his facial area or upper body. Officer ███████ also testified that PIC ███████ gave a false name and that there was no prior conversation between Officer ███ and PIC ███████ regarding retaliation for a prior Use of Force that the PIC was involved in. Lastly, Officer ███████ testified that he observed Officer ███ attempting to strike PIC ███████ when he lunged, but Officer ███ hit the chair and not the PIC.

On June 7, 2023, Officer ███████ submitted a UOF report in which he reported he was in the process of placing the mittens on PIC ███████ hand when Officer ███ asked the PIC his name and PIC ███ gave the wrong name. when PIC ███████ was asked a second time he responded with the correct name. PIC ███████ became aggressive and started arguing with Officer ███ and said, "I will spit on your face" and spat on the floor right away. PIC ███████ then gathered the cough and saliva and spat in the direction of Officer ███ facial area when Officer ███ simultaneously threw a right-hand strike towards PIC ███████ facial area. Officer ███ Officer ███████ and Officer ███████ secured PIC ███████ to the floor when PIC ███████ dropped on his back and faced upward. The PIC's position was changed, and he was secured facing downward. PIC ███████ was still twisting and turning his



Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 48 of 118

UOF ID Number: 2893/23



body as Officer ▆▆▆▆ secured his right arm and upper body. Spit mask was applied, and PIC ▆▆▆▆ was assisted to his feet, when the PIC tried to take off the spit mask, when the spit mask was pulled down and the PIC was secured against the cabinet inside the barbershop.

On June 7, 2023, Officer ▆▆▆▆▆▆ submitted a UOF report in which he reported that he entered the barbershop when he observed Office ▆▆▆▆, fficer ▆▆▆▆ and Officer ▆▆▆▆ on the ground attempting to secure PIC ▆▆▆▆. Officer ▆▆▆▆ assisted PI ▆▆▆▆ to his feet when Officer ▆▆▆▆ handed him a spit mask and he placed it over the PICs head while providing upper body control holds. Officer ▆▆▆▆ submitted a Use of Force Report that utilized generalized descriptions of the force used when he guided the PIC towards the locker.

On June 7, 2023, Officer ▆▆▆▆▆▆ submitted a UOFW report in which she reported that she was close by barbershop worker ▆▆▆▆ when she heard PIC ▆▆▆▆ give Officer ▆▆▆▆ a false name. PIC ▆▆▆▆ became irate, and she heard the PIC stating that he will spit in the Officers face. Officer ▆▆▆▆ observed PIC ▆▆▆▆ spit in Officer ▆▆▆▆ face striking him in the facial area as Officer ▆▆▆▆ immediately advanced towards PIC ▆▆▆▆ with his right arm raised in a striking gesture. Officer ▆▆▆▆ reported that when PIC ▆▆▆▆ was secured to the ground he continued to spit and make threats. Officer ▆▆▆▆ also reported that due to her line of sight she was unable to see if the strike that Officer ▆▆▆▆ threw, struck the PIC.

On June 28, 2023, Investigator ▆▆▆▆ and Investigator ▆▆▆▆ conducted a MEO-16 interview with Officer ▆▆▆▆. During the MEO-16 interview Officer ▆▆▆▆ testified that PIC ▆▆▆▆ provided a false name to Officer ▆▆▆▆. Officer ▆▆▆▆ also testified that PIC ▆▆▆▆ spat on the floor once, but she did not see the PIC spit again; she later saw spit on Officer ▆▆▆▆ facial area. Officer ▆▆▆▆ also testified that she did not see PIC ▆▆▆▆ continue to spit when staff secured him to the ground.

On June 7, 2023, Officer ▆▆▆▆▆▆ submitted a UOFW report where Officer ▆▆▆▆ reported that she was walking down the school corridor towards the gym.

On June 7, 2023, Officer ▆▆▆▆▆▆ submitted a UOFW report where she reported that when she entered the barbershop PIC ▆▆▆▆ was secured to

UOF ID Number: 2893/23

ground. Officer ▮▮▮ exited the barbershop and when she returned to the area PIC ▮▮▮ was escorted out of the barbershop.

On June 7, 2023, Captain ▮▮▮ submitted a UOFW report in which she reported that PIC ▮▮▮ was being secured to the floor when she instructed Officer ▮▮▮ to place the spit mask the PIC's head and to help PIC ▮▮▮ to his feet. Captain ▮▮▮ also reported that PIC ▮▮▮ attempted to take the spit mask off at which time Officer ▮▮▮ guided PIC ▮▮▮ to the cabinet.

On June 7, 2023, Officer ▮▮▮ submitted a UOFW report in which he stated that he was inquiring about Officer ▮▮▮ being involved in a Use of Force and checking to see if he was okay. Officer ▮▮▮ reported that the barbershop door opened and ESH Security secured PIC ▮▮▮ to the wall.

On June 7, 2023, Officer ▮▮▮ submitted a UOFW report in which she stated that she responded to the area to assist staff and upon the barbershop door opening staff members were escorting PIC ▮▮▮ into the corridor. When PIC ▮▮▮ began resisting staff that guided him to the wall by the barbershop magnetometer.

On June 7, 2023, Officer ▮▮▮, Officer ▮▮▮ Officer ▮▮▮ submitted UOF/UOFW reports in which they reported that upon entering the barbershop they observed PIC ▮▮▮ in restraints actively resisting DOC staff. Officer ▮▮▮ and Officer ▮▮▮ took over escorting PIC ▮▮▮ when he began actively resisting staff and they secured him to the corridor wall by reestablishing a proper escort hold. Officer ▮▮▮ then took over the escort with Officer ▮▮▮ where they escorted PIC ▮▮▮ to the Mini Clinic without further incident.

On June 7, 2023, Captain ▮▮▮ submitted a UOFW report in which he reported that he observed PIC ▮▮▮ being secured by DOC staff when he instructed his officer to take custody. Captain ▮▮▮ reported that he instructed staff to take PIC ▮▮▮ by the arms and secure him to the barbershop wall.

On June 7, 2023, Officer ▮▮▮ submitted a UOFW report in which he reported that he was standing outside of the barbershop when PIC ▮▮▮ was taken out of the barbershop in cuffs and secured to the wall.

On June 7, 2023, Officer ▮▮▮



UOF ID Number: 2893/23

submitted a UOFW report in which he did not use force nor witness any force being used on PIC ████

On June 7, 2023, Officer ██████████████ submitted a UOFW report in which he reported that he heard that a Level B was called in to the barbershop, so he walked towards the barbershop where he observed PIC ████ actively resisting escort holds and acting in an aggressive manner. He observed Officer ████ secure PIC ████ to the wall.

On June 7, 2023, Captain ████████ submitted a UOF report in which she reported that she witnessed PIC ████████ being escorted out of the barbershop with a spit mask on.

**Medical - Inmate(s)**

**1. Were all participant inmate(s) afforded medical attention?:** Yes

**2. If received, did the participant inmate(s) receive prompt medical attention?:** Yes

**3. Did the participant inmate(s) receive medical attention outside of the facility(Urgent Care, hospital, etc.)? :** No

**4. Was the injury to inmate report(s) obtained for the participant inmate (s)?:** Yes

**5. Were medical records obtained for the participant inmate(s) (HHC, hospital, etc.)?:** No

**If No:** ████████ refused to sign medical (HIPAA) forms.

**6. Did the participant inmate(s) sign medical release (HIPAA) forms?:** No

**If No:** See above.

**7. Were any other inmate(s) afforded medical attention (chemical agent exposure etc.)? :** No

**8. If received, did the other inmate(s) receive prompt medical attention?:** N/A

**9. Was the injury to inmate report(s) obtained for the other inmate(s)?:** N/A

**Medical - Staff**

**1. Were any DOC employee(s) afforded medical attention following the incident?:** No

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 51 of 118

UOF ID Number: 2895/23

| | |
|---|---|
| **2. If received, did the DOC employee(s) receive prompt medical attention?:** | No |
| **If No:** | According to COD there were no staff injuries reported, however, Officers ▮ and ▮ claimed injuries on their Use of Force Report. No medical documentation was submitted for these injuries. |
| **3. Did the DOC employee(s) receive medical attention outside of the facility? (Urgent Care, hospital, etc.) :** | No |
| **4. Was the staff medical treatment form(s) obtained for DOC employee(s)?:** | No |
| **If No:** | ID did not request staff to sign medical (HIPAA) forms. On June 22, 2023, Officer ▮ from Health Management Division reported that Officer ▮, Officer ▮ did not report in sick, were not seen by HMD, and did not file any Worker's Compensation claims as a result of this incident. |
| **5. Were medical records obtained for the DOC employee(s) (hospital, etc.)?:** | N/A |
| **6. Did the DOC employee(s) sign medical release (HIPAA) forms?:** | No |
| **If No:** | See above. |
| **Summary of Inmate and DOC employee injuries ( Include time of medical treatment):** | PIC Injuries: |
| | According to the Injury Report (FY36/1214) on June 7, 2023, PIC ▮ received medical attention at approximately 0830 hours. PIC ▮ refused medical attention and had no visible injuries. Medical staff noted that PIC ▮ was alert, ambulatory, not in distress, and able to return to the housing area. |
| | Staff injuries: |
| | According to COD there were no staff injuries reported, however, Officer ▮ claimed injuries on his UOF Report to his right hand. Officer ▮ claimed injuries on his UOF Report to a sprain on his right ankle and swelling on his right toe. No medical documentation was submitted for these injuries. |
| **Photographs** | |
| **1. Did the facility take photographs of the participant inmate(s)?:** | Yes |
| **2. Were there any issues regarding the participant inmate(s) photographs taken by the facility? :** | No |

---

**UOF ID Number:** 2893/23

| | |
|---|---|
| **3. Did the facility take photographs of DOC employee(s)?:** | Yes |
| **4. Did the facility take photographs of the area of incident/alleged incident?:** | No |
| **5. Did the ID take photographs of the participant inmate(s)? :** | No |
| **If No:** | PIC ████ refused to have his photographs take |
| **6. Did the ID take photographs of DOC employee(s)?:** | No |
| **7. Did the ID take photographs of the area of incident/alleged incident? :** | No |
| **If No:** | Genetec video surveillance was sufficient for this investigation. |

**Other Evidence**

| | |
|---|---|
| **1. Were any other relevant document (s) obtained that were not obtained during the Prelim?:** | Yes |
| **If Yes:** | Obtained the Barber Shop sign-in sheet to identify witness PICs that were present in the area at the time of the incident. |
| **2. Was an OCME consult obtained?:** | No |
| **3. Were the participant/witness inmate (s) telephone recordings obtained and reviewed?:** | Yes |
| **If Yes:** | See Inmate Statements. |
| **4. Were the participant inmate(s) adjudication hearing(s) listened to?:** | No |
| **5. Were any other investigative actions taken?:** | Yes |
| **If Yes:** | 1. Identified three (3) witness PICs that were in the barbershop during the incident and attempted to/ conducted an interview of them.<br>2. Reviewed the facility's Legal Schedule to identify the "Officer ████ " named in the complaint.<br>3. Conducted a review of Genetec Video on June 6, 2023, and June 9, 2023, to address non-UOF allegation that Officer ████ was taunting PIC ████ revealed negative findings.<br><br>4. Reviewed the GRVC Facility Radio Transmissions from 0700-1000 hours to identify the notification to the facility regarding this incident. The review of the radio transmissions revealed that there was a notification of a disruption coming from the Barber Shop (████). It was called/radioed in to be a Level B alarm activation (42:00 minutes into the audio file) for a Use of Force. A Level B |

UOF ID Number: 2895/23

was called to the Barber Shop again as ESH 2 called for Captain ███. Captain ███ responded back to the transmission, stating that he was on his way, when ESH 2 told him to take two officers with him and to take over (custody of) the PIC ███). A spit masked was also requested; ESH 2 told Officer ███ to go to her office to retrieve the spit mask. ESH 2 then asked if it was PIC ███, when ESH 7 (Captain ███) confirm d that it was PIC ███). ESH 2 advised ESH 7 (C ptain ███) that she had two officers along with Cap in ███ coming to do a takeover (43.25). ESH-2 advised Captain ███ to report to the Mini Clinic as the doctor was in Building 13.



**Issue(s)**

**1. Why was this incident made into a full ID investigation?:**

Actual or Alleged Blows to the Head.

**2. Were there any other FULL ID criteria revealed during the investigation that were not mentioned during the Preliminary Review Process?:**

No

**3. Are there any issue(s) that are Undisputed between the participant inmate(s) and DOC employee(s)?:**

Yes

**If Yes:**

PIC ███ spat at Officer ███

**4. Are there any issue(s) that are Disputed between the participant inmate(s) and DOC employee(s)?:**

Yes

**If Yes:**

PIC ███ alleged that Officer ███ stuck him in the facial area.

**5. Did the participant inmate(s) make any other allegati (not UOF) against any DOC employee?:**

No

**6. Did any w tnessinma e(s) make any other allegation (no UOF) against any DOC employ e?:**

Yes

**If Yes:**

PIC ███ alleged that Officer ███ taunted him about not letting him out of his cell.

**7. Was t e UOF allegation substantiated?**

No

**8. Wa the i cident avoidable?:**

Yes

**If Yes or No:**

The incident that occurred inside the GRVC barbershop between PIC ███ and Officer ███ was avoidable, unnecessary, excessive, and not proportional. At the time of the incident, PIC ███ was secured in the enhanced

UOF ID Number: 2893/23

restraint set up with security mitts and leg irons. While PIC ███ was sitting in the barbershop chair, he and Officer ███ conversed. When PIC ███ was assisted to his feet by Officer ███ and Officer ███ as Officer ███ Officer ███ and PIC ███ continued to converse. Based on Genetec video, PIC ███ spat on the floor in the direction of Officer ███ Officer ███ and PIC ███ continued to converse, when the PIC opened his mouth and spat toward Officer ███ again. Officer ███ lunged forward and threw a strike towards PIC ███ facial area. PIC ███ fell back into the barber chair, then Officer ███ threw another downward strike toward PIC ███ body area. Due to Officer ███ means of egress from being spat on, this incident was avoidable. Instead, Officer ███ used unnecessary, and high impact force toward PIC ███ who did not pose an imminent threat as he was completely secured in the enhanced restraint setup and was in the physical custody of Officer ███ The force used by Officer ███ Officer ███, and Officer ███ when they took PIC ███ down to the ground was necessary as PIC ███ begin to resist staff by moving /shrugging his upper body. PIC ███ was assisted to his feet with the applied spit mask placed over his head. Based on staff reports and Genetec video, PIC ███ moved his head around in an attempt to remove the spit mask as he continued to resist staff. As staff tried to gain compliance and secure PIC ███ to the locker, the PIC lowered his head when staff guided him forward, which causing the PICs head to hit the locker twice. PIC ███ was secured to the locker so that staff could reassert their control holds and re-secure the spit mask which was necessary. Simultaneously, Officer ███ was captured on Genetec video with his forearm pressed on the PIC's upper back area momentarily, before he readjusted his arm placement. PIC ███ was escorted out of the Barber Shop by Officer ███ PIC ███ began to resist staff again as he twisted and turned his body, at which point, Officer ███ used necessary force when he guided PIC ███ to the corridor wall and readjusted his escort hold to gain compliance.

**9. Was the UOF necessary?**

No

**If Yes or No:**

See above.

**10. Was the force used proportional to the threa posed?:**

No

**If Yes or No:**

See above.

**11. Was the UOF excessive?:**

Yes

**If Yes or No:**

See above.

Case 1:11-cv-05845-LTS  Document 608-37  Filed 11/17/23  Page 55 of 118

UOF ID Number: 2893/23

| | |
|---|---|
| **12. Was the UOF anticipated? :** | No |
| **If Yes or No:** | See above. |
| **13. Were there any findings not consistent with the preliminary investigation? :** | No |
| **14. Was the UOF/UOF Allegation reported to the COD within 1 hour?:** | Yes |
| **15. If not, is there a plausible explanation?:** | No |
| **16. Was any chemical agent dispensed during the incident?:** | No |
| **17. If so, were there any issues regarding the dispensing (too close, retaliatory, etc.)? :** | N/A |
| **18. Were there any other procedural violation(s)?:** | Yes |

**If Yes:**

The facility failed to document/record whether PIC ███████ later refused REC services after he was initially recorded on ESH REC handheld video, stating that he wished to participate in the services. A facility referral will be generated to address this deficiency. Officer ███████ was observed on BWC video donning unauthorized gloves. A facility referral will be generated to address this deficiency.

**Analysis of Evidence:**



Based on review of evidence which included staff reports, medical documentation, Genetec video, IIS, Securus phone audio, PIC Statements, Body Worn Camera video, and MEO-16 Interviews, on June 7, 2023, at approximately 0825 hours at the GRVC Barber shop. PIC ███████ sat in the barber chair when Officer ███████ and Officer ███████ approached him and began to secure PIC ███████ in the enhanced restraint/security mitts. The PIC was already restrained in leg irons. Officer ███████ and Officer ███████ entered the barbershop and began conversing with the PIC. As Officer ███████ conversed with PIC ███████ Officer ███████ and Officer ███████ assisted PIC ███████ to his feet. Based on staff reports, Officer ███████ asked PIC ███████ for his name, but the PIC gave a false name. Based on several staff reports, PIC ███████ then gave Officer ███████ his correct name, but the PIC behaved in an irate manner and spat on the floor, which was consistent with Genetec video surveillance. While PIC ███████ and Officer ███████ conversed back and forth, Officer ███████ was positioned on the left side of Officer ███████ with a clear and unobstructed view of the events in front of him. Officer ███████ was behind Officer ███████ with a partially obstructed view, while she conversed with PIC ███████ and was looking away from the

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 56 of 118

**UOF ID Number:** 2893/23



verbal exchange between Officer ████ and PIC ████ at the time. Officer ████ and Officer ████ were each positioned at PIC ████ sides with clear and unobstructed views as they looked in the direction of Officer ████ and PIC ████ Through staff interviews and an additional video review, it was determined that PIC ████ spat again, and in the direction of Officer ████. At which point, Officer ████ inefficiently preformed his duties when he used unnecessary, excessive, and high impact force on PIC ████ who was mechanically restrained, violating the Use of Force Directive 5006R-D: when he lunged forward and threw a strike to the PIC's facial area which caused the PIC to fall back into the barber chair. Genetec video then captured Officer ████ make another downward striking motion toward PIC ████ upper body area. As per Directive 5006R-D: in a situation where a staff member or other person is in imminent danger or death, where lesser means are impractical or ineffective, staff may use any necessary means readily available to stop or control the situation. Since PIC ████ was properly secured in the enhanced restraint setup, and was in the physical custody of Officer ████ the PIC did not pose an imminent threat of serious injury or death. In addition, Officer ████ had a means of egress to create space from the PIC. As such, Assistant Commissioner ████ made Officer ████ a subject of a suspension effective June 7, 2023, for ten (10) days under Memorandum of Complaint # 927/23. The facility generated MOC was accepted by the Trials Division on 7/6/23. The MOC only contained applicable Rules and Regulations. Therefore, ID will submit an amended MOC to include the violations of Directive 5006 R-D.

A review of Officer ████ summitted report revealed that his report was also inconsistent with Genetec video as he reported that to avoid being further assaulted by the PIC, he threw a strike that did not make contact with PIC ████ but that he hit the chair instead. Based on the statement obtained from PIC ████ Officer ████ struck PIC ████ in the face. This was also corroborated by Officer ████ report, who based on video evidence, had a clear and unobstructed view of the events, and reported that Officer ████ struck PIC ████ in the facial area. In his statement to ID, PIC ████ (PIC Witness) stated that the officer "decked" the PIC "two or three times," who also had a clear and unobstructed view of the incident, thus corroborating PIC ████ statement. Based on the preponderance of evidence, it has been determined that Officer ████ submitted a false/misleading Use of Force Report as he failed to accurately describe the incident in its entirety and will be charge accordingly for violating

UOF ID Number: 2893/23

Directive 5006R-D and the Rules and Regulations.

Officer ███ and ███ intervened and pulled Officer ███ away from PIC ███ Then, Officers ███, and ███ used force that was necessary, and in accordance with Directive 5006R-D when they took PIC ███ down to the floor to cease his level of active resistance as he braced/tensed his body so that staff could not gain control of him. While on the floor PIC ███ landed on his back, and was facing towards the staff, as such, Officers ███ continued to use the necessary amount of force to reassert their control of the PIC, turning him onto his stomach, which was consistent with their staff reports. While on the floor, Officer ███ applied a spit mask over PIC ███ head, and the PIC was assisted to his feet by Officers ███, ███, ███, and ███ which Captain ███ oversaw. PIC ███ continued to actively resist staff as he moved his head from side to side. Based on staff reports, PIC ███ attempted to remove his spit mask by moving his head from side to side. At which point, Officers ███ used force that was necessary when they guided PIC ███ towards the lockers to gain compliance and re-secure the spit mask. Genetec video revealed that PIC ███ was lowering his head simultaneously as staff placed him against the locker. According to Directive 4522 R-B (Restraints), VI.E.2.E. When using Handcuffs, Leg Restraints, and Waist Restraint Systems, officers shall: Remain alert for sudden or unexpected movement by the PIC. As a result, the staff should have exercised caution when securing the PIC against the locker. Simultaneously, Officer ███ was also observed with his right forearm pressed on the PIC's upper back area momentarily before he readjusted his escort hold on the PIC. It is recommended that Officers ███ and ███ receive Documented Counseling regarding these violations.

As PIC ███ was being escorted out of the Barber Shop by the staff, Officer ███ assumed custody of the PIC, and escorted the PIC into the corridor. PIC ███ actively resisted being escorted, at which point, Officer ███ used the necessary amount of force when he was guided the PIC to the wall. PIC ███ was then relinquished to Officers ███ and ███ who escorted him to the Mini Clinic with Captain ███ which terminated the incident.

According to Directive 5006 R-D, staff reports are required to include "a detailed description of the Use of Force Incident, the events preceding the Use of Force Incident



UOF ID Number: 2893/23



including any attempts to de-escalate the situation and avoid the Use of Force, and the reasons for engaging in the Use of Force. Specifically, Staff Members should describe the Inmate's demeanor and the manner of resistance presented by the Inmate throughout the event. All reports must include a detailed description of the physical resistance exhibited by the Inmate; the type and level of force used by the Staff Member writing the report and by all other Staff who used force; whether any Staff used instruments or weapons, and if so, a description of the circumstances that led to their use; and a description of the nature and extent of any visible or apparent injuries sustained by Inmates, Staff, or others." A review/analysis of the staff reports, and video surveillance revealed the following: Officer ████ submitted report was vague/incomplete as he failed to describe, in detail, the force used in its entirety, based on his individual line of sight, which at the time, was a clear and unobstructed view of Officer ████ actions. Therefore, Officer ████ will be made the subject of a Memorandum of Complaint violating the Use of Force Directive 5006R-D. A review of Officer ████ submitted report was inconsistent with Genetec video based on his individual line of sight. It has been determined that Officer ████ submitted a false /misleading report as he failed to accurately document the force that Officer ████ used by falsely reporting that the officer struck the chair. During his MEO-16 Interview, he provided false testimony by reiterating that Officer ████ struck the chair. As such, Officer ████ will be made the subject of a Memorandum of Complaint for violating the Use of Force Directive 5006R-D and the Rules and Regulations. Additionally, a review of Officer ████ submitted report was inconsistent with the video surveillance. Officer ████ reported that she observed PIC ████ spit toward Officer ████ and again observed the PIC continuously spitting while on the floor. During her MEO-16 Interview, Officer ████ testified that she did not actually observe PIC ████ spit on Officer ████ but she observed the spit on the officer when she removed Officer ████ from the incident. Officer ████ also testified that she did not observe the PIC continuously spit while he was on the floor, but believed the PIC was still spitting as staff asked for a spit mask. It is recommended that Officer ████ receive UOF Report writing retraining to re-instruct her on reporting requirements based on her own, independent knowledge and observation.

It should be noted that Genetec video surveillance captured Officer ████ in possession of a BWC; however, he did not activate the device once the interaction with PIC ████ became adversarial (prior to the UOF incident)

**UOF ID Number:** 2893/23

as per Operation Order #1/22. Therefore, a Request for Retraining in BWC has been generated for Officer ▮▮▮ because he did not immediately activate the camera when it was practical. He did activate the BWC during the UOF incident, which then captured the staff rolling the PIC onto his stomach, and the events thereafter. Based on review of Genetec video, Officer ▮▮▮ report was consistent in documenting that Officer ▮▮▮ stuck the PIC and based on his individual line of sight.

During an interview conducted on June 13, 2023, PIC ▮▮▮ stated to the Investigation Division that Officer ▮▮▮ struck him in the facial area. A few days prior, on June 10, 2023, a third-party 311-complaint pertaining to PIC ▮▮▮ was filed, where it was alleged that he was involved in an incident with "Officer ▮▮▮ who antagonized the PIC by instructing the PIC to spit which he did. The complaint also alleged that PIC ▮▮▮ was punched in the face while the PIC was secured. The complainant also stated that PIC ▮▮▮ has not been provided clean clothing, allowed out for one (1) hour and that while on the phone with her son, an "Officer ▮▮▮" taunted him by not letting him out of his cell. However, the Officer that struck PIC ▮▮▮ was Officer ▮▮▮, not Officer ▮▮▮ as the complainant alleged. Based on a review of PIC ▮▮▮ classification status, he is currently housed in a restrictive housing unit 15A at GRVC ("Level 1" Enhanced Supervision Housing (ESH)) where the PICs are allowed time out of their cells for four (4) hours, each day for programming. If the PICs decide not to participate in programming, they are allowed one (1) hour of recreation and one (1) shower each day, in accordance with the Enhanced Supervision Housing (ESH) Directive 4491.

Regarding the portion of the complaint involving "Officer ▮▮▮", ID reviewed the facility's Legal Schedule to identify the "Officer ▮▮▮" named in the complaint. The review of facility records revealed that Officer ▮▮▮ was assigned to the facility on the 1300 hours x 2100 hours tour. The officer's schedule further revealed that his pass days (days off) were June 7, 2023, and June 8, 2023, indicating that the officer did not have a physical interaction with the PIC on those days. As a result, video surveillance from June 6, and June 9, 2023 were reviewed. The facility failed to document/record whether PIC ▮▮▮ later refused REC services after he was initially recorded on ESH REC handheld video, stating that he wished to participate in the services. A facility referral will be generated to address this deficiency.

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 60 of 118

UOF ID Number: 2893/23

On June 8, 2023, video surveillance showed that after PIC ███████ returned from Court, he was secured in the Intake for approximately three (3) hours, which was not an excessive length of time, as alleged. In addition, the review of PIC ███████ phone calls revealed that PIC ███████ was not overheard discussing the details of this incident. It was noted upon a search of Visitor Express, that on June 9, 2023, PIC ███████ had an in-person visit with a female visitor by the name of ███████ Based on this information, it is plausible that the PIC provided details of this use of force incident to Ms. ███████ in-person, and she relayed the information to the PIC's relative, who then filed the 311 Complaint on 6/10/23. Through a review of video evidence, database searches and facility documentation, the non-UOF allegations made in the 311 Complaint are unsubstantiated.

**Conclusion and Recommendations:**

The investigation concluded that Officer ███████ used unnecessary and excessive force on a restrained PIC, in violation of UOF Directive 5006 R-D. Officers ███████, ███████, and ███████ submitted either false, inaccurate /incomplete and/or misleading UOF Reports regarding Officer ███████ actions during the incident. Officer ███████ also provided false/misleading MEO testimony. For these violations, they will be made the subjects of a Memorandum of Complaint. Lastly, ███████ will be the subjects of a Documented Counseling to address the deficiencies noted during escort/ re-securing of the PIC's spit mask while against the lockers. Officer ███████ will also receive retraining BWC policy/requirements., and Officer ███████ will receive retraining in reporting writing requirements. Lastly, the facility failed to document/record whether PIC ███████ later refused REC services after he was initially recorded on ESH REC handheld video, stating that he wished to participate in the services. A facility referral will be generated to address this deficiency.

**Investigation Findings:**  Closed with Charges - Facility Referral

**Status:**  Completed

**Created By:**  ███████

**Created Date:**  Jun 20 2023 7:32AM

**Updated By:**  ███████

**Updated Date:**  Jul 18 2023 4:13PM

**Deputy Warden Remarks:**
**Summary of Staff Reports:**
**Warden Remarks:**
**Summary of Staff Injuries:**
**Tour Commander Remarks:**

---

Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 61 of 118

**UOF ID Number:** 2893/23

**Inmate Medical Findings:**

## INTAKE SQUAD STATS AND CLOSE OUT FORM

**UOF Case Number: 2893-23**
**Investigator:** ▮▮▮▮▮
**Supervisor/Captain:** SI ▮▮▮▮▮
**Incident Date:** 6/7/23
**Facility:** GRVC

1. What was the Intake Determination
   - ☐ Closed with MOC
   - ☐ Closed PDR
   - ☐ Closed-charges per facility MOC
   - ☐ Closed Command Discipline
   - ☒ Referred to ID
   - ☐ Closed Facility Referral
   - ☐ Closed Academy
   - ☐ Closed No Action

2. Did the Intake Investigation find any report writing issues
   - ☐ Yes
   - ☒ No

3. Did the UOF result in an Injury
   - ☐ Yes
   - ☒ No
   - ☐ Unknown

4. What was the Injury Class
   - ☐ A
   - ☐ B
   - ☐ C

5. Was the Inmate Injury Report consistent with Staff Report
   - ☒ Yes
   - ☐ No

6. Was this an Alleged Use of Force (If no, skip question 7)
   - ☐ Yes
   - ☒ No

7. Was the Allegation Substantiated
   - ☐ Substantiated
   - ☐ Unsubstantiated
   - ☐ Unfounded
   - ☒ Full ID

8. UOF Cause (If Applicable)
   - ☐ Still Fire
   - ☐ Inmate on Inmate
   - ☒ Violating Direct Order
   - ☐ Denial of Minimum Standards
   - ☐ Escort Hold/Technique
   - ☐ Suicidal Ideation

9. Was Medical Attention provided within 4 Hours
   - ☒ Yes
   - ☐ No

10. Was there an Inappropriate Head Strike
    - ☐ Yes
    - ☐ No
    - ☒ Undetermined

11. Was there Retaliation
    - ☐ Yes
    - ☐ No
    - ☒ Full ID
    - ☐ N/A

12. UOF Avoidable
    - ☒ Yes
    - ☐ No

13. Was our Avoidable/Unavoidable assessment consistent with the facility rapid review
    - ☒ Yes
    - ☐ No

14. UOF Anticipated
    - ☐ Yes
    - ☒ No
    - ☒ Full ID
    - ☐ N/A

15. UOF Necessary
    - ☐ Yes
    - ☐ No
    - ☒ Full ID
    - ☐ N/A

16. UOF Excessive
    - ☐ Yes
    - ☐ No
    - ☒ Full ID
    - ☐ N/A

17. Was there a Handheld/Body Camera Violation
    - ☐ Yes
    - ☒ No

18. Was there a Chemical Agent Violation
    - ☐ Yes
    - ☒ No
    - ☐ Full ID

19. Were Staff injuries reported to COD (If no, skip question 20)
    - ☐ Yes
    - ☒ No

20. Was Staff Injury consistent with Staff Report
    - ☐ Yes
    - ☐ No

21. Did Rapid Review Recommend Action
    - ☒ Yes
    - ☐ No

22. Did the Facility initiate a Command Discipline
    - ☐ Yes
    - ☒ No
    - ☐ N/A

23. UOF Policy Violation
    - ☐ Yes - Substantive
    - ☒ Yes – Procedural Only
    - ☐ Both
    - ☐ No

24. Where did the UOF initiate
    - ☐ Intake
    - ☐ Corridor
    - ☐ Clinic
    - ☐ ESH
    - ☐ MO
    - ☐ GP
    - ☒ Other

25. Time UoF Incident Occurred
    - ☒ 0700-1500
    - ☐ 1500-2300
    - ☐ 2300-0700
    - ☐ Time Unknown

**Privileged and Confidential**

237

AOS/UOF 2893/23   45GV

Date June 7, 2023
To ████████ Assistant Commissioner GRVC
From ████████ ADW
Subject AOS/UOF
location Barbershop
Genetic
Staff 1. Officer ████████████
2. Officer
3. Officer
4. Officer
5. Officer
6. Officer
7. Officer ████████
Inmate 1 ████████

On June 7, 2023 at approximately 0824 hours inmate ████████ became disruptive inside the barbershop by spitting towards Officer ████. At which time Officer ████ punched inmate ████ ████████ in the facial area. Inmate became irate and began to twist and turn his body pulling away from escort holds. Officers ████████ ████████ ████████ utilized upper and lower body control holds to secure inmate on the floor. Officer ████ then applied a spit mask to inmate facial area and proceeded to assist inmate to his feet. Inmate did not cease his aggression, resulting in staff utilizing upper body control holds to secure subject inmate to the wall. Officer ████████ ████ assisted staff and took over the escort hold and inmate ████████ continued to twist his body. Inmate was secured against the wall in the corridor area, escorted to the miniclinic, terminating the incident.

Respectfully submitted,
████ ADW

INV Captain ████████



## CITY OF NEW YORK CORRECTION DEPARTMENT

### George R. Vierno Center

# Incident Photo



| Type of Incident: | UOF ☒ COD ☐ Other ☐ | Date & Time of Incident: | 06/07/2023 08:24 |
|---|---|---|---|
| UOF #: 2893/23 - P | Incident Status: Actual | NYSID #: | |
| First Name: | | Book & Case #: | |
| Last Name: | | Inmate ☒ Staff ☐ Other ☐ | |



| | |
|---|---|
| Photo Date: | 06/07/2023 |
| Photo Taken By: | Captain |
| Investigating Supervisor: | Captain |
| Photo Description: | Other-Refusal |



**CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo



| Type of Incident: | UOF ☒ COD ☐ Other ☐ | Date & Time of Incident: 06/07/2023 08:24 |
|---|---|---|
| UOF #: 2893/23 - P | Incident Status: Actual | Shield #: |
| First Name: | | Book & Case #: N/A |
| Last Name: | | Inmate ☐   Staff ☒   Other ☐ |

| | | | | |
|---|---|---|---|---|
| Photo Date: | 06/07/2023 | | Photo Date: | 06/07/2023 |
| Photo Taken By: | Captain | | Photo Taken By: | Captain |
| Investigating Supervisor: | Captain | | Investigating Supervisor: | Captain |
| Photo Description: | Front | | Photo Description: | Other-Injury |



**CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo



| Type of Incident: | UOF ☒   COD ☐   Other ☐ | Date & Time of Incident: | 06/07/2023 08:24 |
|---|---|---|---|
| UOF #: 2893/23 - P   Incident Status: Actual | | Shield #: | |
| First Name: | | Book & Case #: | N/A |
| Last Name: | | Inmate ☐   Staff ☒   Other ☐ | |



| Photo Date: | 06/07/2023 | Photo Date: | 06/07/2023 |
|---|---|---|---|
| Photo Taken By: | Captain | Photo Taken By: | Captain |
| Investigating Supervisor: | Captain | Investigating Supervisor: | Captain |
| Photo Description: | Other | Photo Description: | Other |

| Photo Date: | 06/07/2023 |
|---|---|
| Photo Taken By: | Captain |
| Investigating Supervisor: | Captain |
| Photo Description: | Other-Injury Hand |

PRIVILEGED AND CONFIDENTIAL



**CITY OF NEW YORK CORRECTION DEPARTMENT**

**George R. Vierno Center**

# Incident Photo

| | | | |
|---|---|---|---|
| Type of Incident: | UOF ☒   COD ☐   Other ☐ | Date & Time of Incident: | 06/07/2023 08:24 |
| UOF #: 2893/23 - P | Incident Status: Actual | Shield #: | |
| First Name: ▮ | | Book & Case #: | N/A |
| Last Name: ▮ | | Inmate ☐   Staff ☒   Other ☐ | |



| | | | |
|---|---|---|---|
| Photo Date: | 06/07/2023 | Photo Date: | 06/07/2023 |
| Photo Taken By: | Captain ▮ | Photo Taken By: | Captain ▮ |
| Investigating Supervisor: | Captain ▮ | Investigating Supervisor: | Captain ▮ |
| Photo Description: | Other | Photo Description: | Other-Inury |

| | |
|---|---|
| Photo Date: | 06/07/2023 |
| Photo Taken By: | Captain ▮ |
| Investigating Supervisor: | Captain ▮ |
| Photo Description: | Other-Injury #1 |

PRIVILEGED AND CONFIDENTIAL

 

# NEW YORK CITY DEPARTEMENT OF CORRECTION

## INVESTIGATION DIVISION

## INMATE VOLUNTARY STATEMENT FORM

Date: 6 20 23 _____ Time Interview Started: _____

Location of Interview (Facility/Area): GRVC   100 _____

Inmate Name: ███ ██ ██ _____

Inmate Book and Case Number: _____

Inmate DOB: _____ Inmate Cell/Bed Assignment: _____

I hereby acknowledge that I made the following statement to the New York City Department of Correction Investigation Division voluntarily and of my own free will without promise or hope of reward and that no one has threatened me in any way to provide this statement.

In accordance with Departmental Directive 5006R-D (Use of Force), you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

I made this statement to Investigator ███ , Shield # ███ and Investigator _____ , Shield # ███ .

PIC stated " I didn't witness anything ".

_____

Inmate Signature: ___████___          Date: 6/20/23  Time: _____
Investigator Witness: ███            Date: 6/20/23  Time: _____
Investigator Witness: ███            Date: 6/20/23  Time: _____

Page  1  of  1

 **NEW YORK CITY DEPARTEMENT OF CORRECTION** 

### INVESTIGATION DIVISION

### INMATE VOLUNTARY STATEMENT FORM

Date: 6|20|23 _____ Time Interview Started: 12:06 PM

Location of Interview (Facility/Area): RNDC ~~tent~~ 6CS

Inmate Name: ▮▮▮ ▮▮▮▮▮▮

Inmate Book and Case Number: _____

Inmate DOB: _____ Inmate Cell/Bed Assignment: _____

I hereby acknowledge that I made the following statement to the New York City Department of Correction Investigation Division voluntarily and of my own free will without promise or hope of reward and that no one has threatened me in any way to provide this statement.

In accordance with Departmental Directive 5006R-D (Use of Force), you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

I made this statement to Investigator ▮▮▮▮▮▮, Shield # ▮▮ and Investigator
▮▮▮▮▮▮ Shield # ▮▮▮▮.

▮▮▮▮▮▮ gave proper last name.

Officer "decked" him like two - three times

Officer told ▮▮▮▮▮▮ to spit on him.

Officer was "nicin" talking to the PIC ▮▮▮▮

▮▮▮▮▮▮ almost spit on him (other PIC)

Inmate Signature: ▮▮▮▮▮▮   Date: 6|20|23   Time: 1222
Investigator Witn▮▮▮▮▮▮   Date: 6|20|23   Time: 1222
Investigator Witn▮▮▮▮▮▮   Date: 6|20|23   Time: 1222

Page 1 of _▮▮

New York City Department of Correction
**Investigation Division**

**Detailed Investigative Action**

**Investigators:** ███████████
**Report date: 06/20/2023**
**UOF:2893/23**

On June 13, 2023, at approximately 1051 hours Investigator ████████ and Investigator ████████ went to GRVC housing area 15A and conducted a BWC interview with PIC ████ . PIC ████████ explained that he was in the barbershop getting a haircut when the officer came to him and asked him his name. PIC ████████ said that he told the Officer his name was ████████ the officer then went to someone else and asked another PIC what his name was. The officer then came back to PIC ████████ and told the PIC that he is not getting anymore haircuts. PIC ████████ explained that he got upset in spit on the floor but also explained that he was in mittens. PIC ████████ said that the Officer told the PIC to spit on him, which he did and after the PIC did that the Officer punched him in the facial area. PIC ████████ further explained that he had leg shackles on, along with the restraints and that he was not a threat. PIC ████████ stated that he felt it was retaliation for a incident that happened a few days ago.

1

CORRECTION DEPARTMENT
CITY OF NEW YORK

**INMATE VOLUNTARY STATEMENT FORM**

Form: IVS-1
Eff.: 1/24/19

Inmate's Name: ▮▮▮▮▮▮▮▮▮▮

Date: 6-7-23

Book and Case Number: ▮▮▮▮ Date of Birth: ▮▮ Age: ▮ Housing Area: 15A

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Inmate Refused to give a written or
Verbal statement.

Inmate's Signature: Refused to sign

Date: 6/7/23

Witness by (print name): ▮▮▮▮▮ Witness Signature: ▮▮▮▮▮ Rank: Capt Shield Number: ▮▮▮▮▮

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**

| | |
|---|---|
| Page 1 of 2 Pages | Form: 167R-A  Rev.: 10/3/19  Ref.: Dir. 4516R-D |

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command | Date | COD/UOF # | Injury # |
|---|---|---|---|
| GRVC | 6/7/23 | | F-Y23/1214 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name):

| Location Where Injury Occurred: | Inmate's Housing Area: | NYSID #: | Book & Case/Sentence |
|---|---|---|---|
| Barber shop | 15A | | |

Details:

ON WEDNESDAY June 7 23 in the observation
inmate _____ was involved in 74 DOC STAFF at
APPROXIMATELY 6:25 Hours.

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): | | Date | Time |
|---|---|---|---|
| | | | Hrs |

| Employee, I ☐ (Did) ☐ (Did Not Where This Injury) | Employee Full Name (print): | Employee Signature | Rank/Title | Shield/ID# |
|---|---|---|---|---|

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Initial | | Date | Time |
|---|---|---|---|
| | | 6/7/23 | 7:50 Hrs |

I certify that the cause of injury be stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature | | BKC / Sentence# | Date 6/7/23 |
|---|---|---|---|
| Witnessed By (Sig) | | Rank/Title   CO | Date 6/7/23 |

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**

| | |
|---|---|
| Page 2 of 2 Pages | Form: #167R-A Rev.: 10/3/19 Ref.: Dir.#4516R-D |

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

Inmate Name (Last Name, First Name):

| Injury # FY23-1214 | NYSID: | Book & Case/Sent #: |
|---|---|---|

TO BE COMPLETED BY THE INVESTIGATOR OFFICER. PLEASE PRINT CLEARLY.

**Investigator's Report:**  On, Wednesday, June 7, 2023, at approximately 0825 hours, Inmate ████ was involved in an Use of Force with DOC staff in the Barbershop.

**Nature/Reported Mechanism of Injury:** Said inmate was presented to clinic where he was medically evaluated by Correction Health Services who noted the following on the generated Injury Report #1214-FY23: patient refused medical evaluation. He's alert ambulatory, no distress & no injury.

**Treatment:** Refused

**Disposition:** Return to housing area

**Investigation:** This writers investigation concludes that based on staff's accounts of this incident, the inmate refusal to be evaluated by medical and the inmate's refusal to provide a voluntary inmate statement. On Wednesday June 7, 2023 at approximately 0825 hours, Inmate ████ was involved in an Use of Force with DOC staff in the Barbershop. Said inmate was cleared to return to his assigned housing area.

If inmate was transported to a hospital fill in name here:

Medical's Final Disposition on Injury Type:   ☐ Serious Injury   ☒ Non Serious Injury

| Injuries Resulted From: | ☒ Use of Force | ☐ Allegations of Use of Force | ☐ Inmate vs Inmate Altercation | ☐ Self Inflicted | ☐ Accident | ☐ Other (Explain) |
|---|---|---|---|---|---|---|

| Investigating Officer (Signature): | Rank/Title: Captain | Shield/ID#: | Date: 6/7/2023 |
|---|---|---|---|

**Tour Commander's Review:**
Based on the Investigative Captain's findings, medical evaluation and said inmate's refusal to provide a written statement. I concur with the above.

| Tour Commander's (Signature): | Rank/Title: ADW | Shield/ID#: | Date: 06.08.2023 |
|---|---|---|---|

**Deputy Warden's Review:**

| Signature: | Rank/Title: | Date: |
|---|---|---|

**Commanding Officer's Remarks:**

| Signature: | Rank/Title: | Date: |
|---|---|---|

New York City Department of Correction
**Investigation Division**

**Detailed Investigative Action**
**NYCDOC Phone Calls –** ██████████

**Investigator: Inv.** ████████████
**Case:  U2893/23**                          **Report date: June 20, 2023**

████████

PIC ████  got on the phone with an unidentified female, and they spoke about his job in the barbershop and the smoke from the fire that came from Canada. The conversation is not relevant to the case.

████████

PIC ████  got on the phone with the same unidentified female, they continued to have a conversation that was not relevant to the case.

████████

PIC ████  got on the phone with an unidentified female, and they spoke about sending money back, the female going to the doctor and the smoke that was outside. The conversation was not relevant to the case.

████████

PIC ████  got on the phone with another unidentified female, and they spoke about her coming to visit him and how the weekend visits are back. They also spoke about her new position the conversation was not relevant to the case.

████████

PIC ████ got on the phone with an unidentified female, and they spoke about her weight. The conversation was not relevant to the case.

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|

## USE OF FORCE WITNESS REPORT

PART A-1

| INSTRUCTIONS:  PRINT ALL INFORMATION<br>To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?<br>☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE<br>If you used force, complete PART A, NOT this report. |
|---|---|

| Facility:<br>GRVC | Report Date:<br>6/7/23 | Incident Date:<br>6/7/23 | Incident Time:<br>0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>School Corridor | Post Assigned at Time of Incident:<br>Barbershop | Tour:<br>0500x1331 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☑ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Used Force  ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

This writer was not present before incident

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES  ☑ NO   If YES, describe:

This writer was not present during incident

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Wednesday June 7, 2023 at approximately 0825hrs I, Officer ███████ assigned to the Barbershop on the 0500X1331 tour was walking down the school corridor towards gym control. This writer did not witness any Use of Force against inmate ████████

Continued on Reverse Side

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

N/A

**9** Were you responsible for escorting the inmate(s) to the clinic?    ☐ YES  ☒ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)                    Signature:

Unt # 2893/23

| | CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|---|
| | **USE OF FORCE REPORT** | | |
| | | **PART A** | |

**INSTRUCTIONS:    PRINT ALL INFORMATION**
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☒ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: ESH Security | Tour: 0500 X 1331 |
|---|---|---|

**1** Was Supervisor notified before force was used?  ☐ YES  ☐ NO    If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:          Time Notified:

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▮▮▮ | ▮▮▮ | ▮▮▮ | ☐ YES  ☐ NO |
| 2 | | | | ☐ YES  ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Wednesday June 7, 2023 I Co. ▮▮▮ was
assigned to ESH Security on the 0500 x 1331 hour tour. At
approximately 0825 hours this writer responded to the main barbershop
for a requested level B due to inmate
spitting and being irrate/assaultive towards ▮▮▮

**5** Were alternatives, such as verbal commands, attempted before force was used?  ☒ YES  ☐ NO   If YES, describe:

Yes this writer gave verbal commands
such as calm down and stop.

**6** Describe the incident and the specific force used:

Upon entering the barbershop this writer witnessed inmate
▮▮▮ restrained in mechanical restraints, leg irons
and a spit mask. Said inmate appeared to be irrate pulling away
from staff and resisting escort holds. This writer took over the escort
holds from Doc Staff. At this time inmate ▮▮▮
became aggressive resisted this writers escort hold beginning to pull
away from this writer. At this time this writer re-established a proper
escort hold and secured said inmate to the corridor wall to prevent
further incident and possible assault on staff. This writer along with
other Doc Staff escorted said inmate to the mini clinic to be seen
by medical then escorted and secured back in his assigned cell.

Continued on Reverse Side

**6** (Continued)



**7** Explain in detail why force was necessary to control the situation:

Due to inmate being aggresive and assaultive UOF was necessary to prevent physical injury to Doc Staff.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Right arm / upper torso area.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▮▮▮▮▮▮▮▮▮

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☐ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮▮▮▮ | Co. | ▮▮▮▮▮▮ | See MOS report |
| 2 | Name | Rank/Title | Shield/ID Number | Account of Actions |
| 3 | Name | Rank/Title | Shield/ID Number | Account of Actions |

**11** Did any other inmates witness the incident?  ☐ YES ☐ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☒ YES ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

yes this writer escorted said inmate to the clinic.

**13** Did you claim any injuries as a result of the incident?  ☐ YES ☒ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)   ▮▮   Signa▮
Co. ▮▮▮▮▮▮▮▮▮▮▮▮▮

'23 JUN 7 21:25

## CITY OF NEW YORK - CORRECTION DEPARTMENT

FORM #5006-A    Eff. : 9/27/2017

## USE OF FORCE REPORT

PART A

**INSTRUCTIONS:    PRINT ALL INFORMATION**
To be completed by any member involved in a use of force incident.
Use attachments of additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE

If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 06-07-2023 | Incident Date: 06-07-2023 | Incident Time: Aprox 0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |

| Location Where Incident Occurred: GRVC BARBER SHOP | Post Assigned at Time of Incident: 15A | Tour: 0504x1351 |

**1** Was Supervisor notified before force was used? ☐ YES ☑ NO    If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:    Captain    Time Notified: 0845

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▇▇▇ | ▇▇▇ | ▇▇▇▇▇ | ☑ YES ☐ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Wednesday June 07, 2023 I, co- ▇▇▇ was assigned to the housing area 15A on the 0504x1351 hours tour escorted inmate ▇▇▇ ▇▇▇ to the Barbershop. After getting the hair cut at approximately 0825 hours in the process of putting the written on to his right hand C.O. ▇▇▇ who was in the Barbershop as a level "A" responding team was asking the inmates their names, inmate ▇▇▇ gave wrong name, when he was asked again he responded with his correct name. Inmate ▇▇▇ became aggressive and started arguing with co- ▇▇▇ and said I will spit anyour face and rightaway spat on the floor gathered the cough and saliva in his mouth and spat in the direction of co- ▇▇▇ facial area. To stop further spit and assault co- ▇▇▇ simultaneously threw right hand strike towards inmate ▇▇▇ facial area.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO    If YES, describe:

I co- ▇▇▇ ▇▇ gave several direct orders " Calm down. Calm down. stop moving ".

**6** Describe the incident and the specific force used:

▇▇▇ became aggressive and violent and started spitting towards Doc staff to prevent further assault and serious injury to Doc staff this writer along with CO ▇▇▇ secured the inmate ▇▇▇ on the floor. Inmate ▇▇▇ drop him self on his back and face upwards, to prevent further spit we change his position and secured him face down on his stomach Inmate ▇▇ was still turning and twisting his body while this writer was securing his right arm and upper body. This writer gave several direct orders " Calm down. Calm down, stop moving." To stop spitting inmate ▇▇▇ was provided "spit mask". After putting the mask on assisted to get up on his foot; as soon as he stood up he attempted to pull down the spit mask to stop further assault this writer pulled down the spit mask and secured against the cabinet inside barber shop.

Continued on Reverse Side

**6** (Continued)

Then relinquished inmate ▇▇▇ to C.O. ▇▇▇ ▇ ▇▇
who escorted out him out of Barbershop.

**7** Explain in detail why force was necessary to control the situation:

To stop spitting and assault on DOC staff.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

This writer used force on inmate's right hand and upper body area.

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▇▇▇ ▇ ▇ responded after the incident.

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?   ☐ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|------|-----------|-----------------|-------------------|
| 1 ▇▇▇ | CO | ▇▇ ▇ | Used Force |
| 2 ▇▇▇ | CO | ▇▇ | Used Force |
| 3 ▇▇▇ | CO | ▇ ▇▇ | Used Force |

**11** Did any other inmates witness the incident?   ☐ YES ☑ NO   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|-----------|-----------|----------------------------------|
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?   ☑ YES ☐ NO   If YES, describe your injuries and how each was sustained:

Sprain my right Ankle and swelling on right toe.

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) ▇▇▇ . CO ▇▇▇   Sign ▇▇▇

# CITY OF NEW YORK - CORRECTION DEPARTMENT

| | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force-incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, not this report.

| Facility: GRVC | Report Date: Oo07.23 | Incident Date: 06/07/23 | Incident Time: approx 0520hr | Facility Incident #: | COD Use of Force #: | COD Unusual #, if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: | Post Assigned at Time of Incident: 13B | Tour: 0500 X 1331 |
|---|---|---|

**1. Did any other inmates witness the incident?** ☐ YES ☐ NO   If YES, list #: Unknown

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2. Did you see force used against an inmate(s)?** ☐ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3. State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:**

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4. If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):**

I was not present before incident began.

**5. Did you hear or see alternatives, such as verbal commands, attempted before force was used?** ☐ YES ☒ NO   If YES, describe:

**6. Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident including yourself):**

On Wednesday June 07, 2023, I C.O. ▮▮▮▮ assigned to the 0500x1331 tour in 13B was on a personal when passing gym control an alarm was called for the Barbershop area. I C.O. ▮▮▮▮ responded to the area to assist staff. Upon the barbershop door opening several staff members were escorting Detainee ▮▮▮▮ into the corridor area. At approximately 0520hrs ▮▮▮▮ began to actively resist staff at which time staff guided ▮▮▮▮ towards the wall near the Barbershop. Maginnette.



**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was utilized to the upper body area, no visible or apparent injuries were noticed by this writer.

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

| | FORM #5006-A-1 | Eff. : 9/27/2017 |

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE.
If you used force, complete PART A, NOT this report.

Facility: GRVC
Report Date: 6-7-23
Incident Date: 6-7-23
Incident Time: 0820
Facility Incident #:
COD Use of Force #:
COD Unusual # if any:

Location Where Incident Occurred: Barbershop / By Magnometer
Post Assigned at Time of Incident: 13A
Tour: 0500x1331

**1** Did any other inmates witness the incident? ☐ YES ☑ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☑ YES ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|
| | | | | ☐ Used Force ☐ Was a Witness / Present |
| | | | | ☐ Used Force ☐ Was a Witness / Present |
| | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This writer was not present before the incident began and did not see the sequence of events leading up to the incident.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO  If YES, describe:

I C.O ████ ██ did not hear or see alternatives such as verbal commands attempted before force was used.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Wednesday June 7th 2023 at approximately 0820 hours I C.O ████ assigned to housing area 13A during the 0500x1331 hour tour had escorted a inmate to the barbershop and watched another MOS escort him out of the area. while walking down the corridor I heard them call a level B on the radio and walked back towards the barbershop and saw inmate ████ actively resisting escort holds and acting in an aggressive matter. while being escorted out of the barbershop I C.O ████ then saw C.O ████ secure said individual into the wall by the magnometer which terminated the incident.

Continued on Reverse Side

**6** (Continued).



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

No staff member authorized the incident.

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was applied to inmate ███████ back and arms area.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☒ NO  If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

This writer was not responsible for escorting the inmate to the clinic

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

**USE OF FORCE REPORT**

FORM #5006-A    Eff. : 9/27/2017

| INSTRUCTIONS:    PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|

**INSTRUCTIONS:** To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section 9 on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?

☑ USED FORCE    ☐ WITNESS/PRESENT AT THE SCENE

IF WITNESS or only PRESENT, then complete PART A-1, NOT this report.

**PART A**

| Facility: GRVC | Report Date: 06/07/2023 | Incident Date: 06/07/2023 | Incident Time: 0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: Beacon Center | Tour: 0700x1531 |
|---|---|---|

| 1 | Was Supervisor notified before force was used?  ☐ YES  ☑ NO   If YES, write in full NAME, RANK and SHIELD #. |
|---|---|

| 2 | Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #: NONE |
|---|---|

| 3 | State name(s) of inmate(s) against whom force was used: | Time Notified: |
|---|---|---|

|   | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ☑ YES  ☐ NO |
| 2 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ☐ YES  ☐ NO |

| 4 | Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force): |
|---|---|

This writer responded to the barbershop for a institutional level B alarm.

| 5 | Were alternatives, such as verbal commands, attempted before force was used?  ☐ YES  ☑ NO   If YES, describe: |
|---|---|

This writer attempted to pedigree the remaining inmates in the barbershop, inmate ▮▮▮▮ gave me a false name and became irate when i asked then who is ▮▮▮▮ Said inmate spat on the floor at which time i asked him not to do that.

| 6 | Describe the incident and the specific force used: |
|---|---|

On Wednesday June 7, 2023, I C.O. ▮▮▮▮ assigned to the Beacon Center on the 0700x1531 tour at approximately 0820 hours responded to a institutional level B alarm which was abated as the destructive inmate was escorted out of the area ceasing the incident. This writer then proceeded in assisting with clearing out the barbershop to continue the service. This writer began to pedigree the inmates that was currently inside the barbershop. This writer asked the remaining inmates their names at which time inmate later identified as ▮▮▮▮ responded saying my name was ▮▮▮▮ at which time I asked then who is ▮▮▮▮ Said inmate then immediately got up saying "I'm ▮▮▮▮ , Whats up?" in a very aggressive tone. This writer responded explaining that acting in that manner will result in being your last haircut for a while. Said inmate responded "I dont give a fuck about none of that, I already got my cut" . As inmate ▮▮▮▮ was being put in full restraints "He said I already fucked up a CO already" then spat on the floor to the left of where I was standing. This writer then ordered inmate ▮▮▮▮ to not do that and without provocation then spit in this writers facial area. To avoid being assaulted further, this writer immediately responded by lunging forward while attempting to strike inmate ▮▮▮▮ with my right arm in the upper body chest area but was not able to make contact. My right arm went over said inmates body and made contact with the barbershop chair as C.O. ▮▮▮▮ began to restrain said inmate pulling him away. The momentum from my forward motion resulted in ▮▮▮▮

Continued on Reverse Side

**6** (Continued)

my body pushing said inmate down to the barbershop chair. This writer then stood up and moved back as C.O. ████ C.O. ████ and C.O. ████ secured inmate ████ to the ground. This writer went to the clinic ceasing the incident. I am writing this report based upon my immediate recollection of the incident at this point. I hereby reserve the right to amend this report, pursuant to my further clarity of the incident and possible review of the video evidence.

**7** Explain in detail why force was necessary to control the situation:

to avoid being further assaulted by inmate ████

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

UPPER BODY CHEST

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

NONE

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☑ YES  ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ████ | CO | ████ | assisted in restraining inmate ████ |
| 2 | ████ | CO | ████ | assisted in restraining inmate ████ |
| 3 | ████ | CO | ████ | assisted in restraining inmate ████ |

**11** Did any other inmates witness the incident?  ☐ YES  ☑ NO  If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☑ YES  ☐ NO   If YES, describe your injuries and how each was sustained:

My right hand

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
CO ████

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

FORM #5093-A   EK.: 8/27/2017

## USE OF FORCE REPORT

PART A

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE**

☒ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE

IF WITNESS or only PRESENT, then complete PART A-1, NOT this report.

Facility: GRVC

Report Date: 6/7/23   Incident Date: 6/7/2023   Incident Time: 08:23 am   Facility Incident #:   COD Use of Force #:   COD Unusual # if any:

Location Where Incident Occurred: GRVC Barber Shop

Post Assigned at Time of Incident: 1.5 A

Tour: 0500 to (33)

| 1 | Was Supervisor notified before force was used? ☐ YES ☒ NO   If YES, write in full NAME, RANK and SHIELD #: |

| 2 | Which Supervisor was notified after the incident?   Write in full NAME, RANK and SHIELD #:   Time Notified: |

| 3 | State name(s) of inmate(s) against whom force was used: |

Last Name ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Infraction Written?
☒ YES   ☐ NO.
☐ YES   ☐ NO.

| 4 | Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force): |

On Wednesday, June 7th 2023 I CO ▉▉▉▉ having 15A as the Dol had a ▉▉▉▉▉▉▉▉▉▉ assigned to ▉▉▉▉▉, no use of force Force was not ▉▉▉▉▉▉▉ ▉▉▉▉▉▉

| 5 | Were alternatives, such as verbal commands, attempted before force was used? ☐ YES ☒ NO   If YES, describe: |

no alternatives such as verbal commands were attempted since force was not anticipated

| 6 | Describe the incident and the specific force used: |

On Wednesday June 7th ▉▉▉▉▉▉▉▉ along with co ▉▉▉▉▉▉ escorted inmate to the barbershop to be afforded a haircut. Just upon the completion of inmate haircut CO Staff had afforded a level 1 fine or compliant inmate in the barbershop once that non compliant inmate had been removed Co ▉▉▉▉▉▉ and myself began to remove inmate from the barbershop chairs and secure by mechanical hand restraints CO ▉▉▉▉▉▉ asked inmate then names, Inmate stated inmate ▉▉▉ and stated ▉▉▉▉▉ and a secondary inmate then names. Inmate had and state ▉▉▉▉▉ ▉▉▉▉▉ and a secondary ▉▉▉▉▉▉ time the names of both inmates to which Inmate ▉▉▉▉▉▉ answered truthfully his name. CO ▉▉▉▉▉ stated "this will be your last haircut for impersonating I am writing you a ticket" At this point while Inmate trying to secure the mechanical restraint on inmate ▉▉▉▉▉▉ right wrist he began yelling at CO ▉▉▉▉ "I don't give a fuck I already got a haircut fuck you I don't give a fuck" As inmate I heard inmate ▉▉▉▉▉ inmate a hacking/snorting noise and then spit. I did not see it because from my angle vision Before I could give inmate verbal orders to stop said inmate began making again hacking/snorting noise

Continued on Reverse Side

**6 [Continued]**

In an attempt to spit a second time CO ▉ immediately reacted with force from DeBritt me causing us to all fall back on the chairs and eventually to the floor. Once on the floor CO ▉ reimized himself while CO ▉ and myself secured inmate ▉ on the ground. Inmate B. Inris activated Inmate ▉ began attempting to spit with the ground. A spit mark was brought by additional OCC staff and applied on said inmate. While he was being brought to his feet. CO ▉ BHU security and additional staff then took custody of inmate ▉ terminating my involvement. OCC staff then whistled inmate ▉ from to DeBritto & I. I'm writing this report based upon my immediate recollection of the incident at this point I reserve the right to amend this report pursuant to any further clarity of this incident and possible review of the noted evidence.

---

**7 Explain in detail why force was necessary to control the situation:**

Force was necessary to control an aggressive inmate from spitting on me/staff.

---

**8 Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:**

Force was applied to upper body torso area, and lower body area.

---

**9 To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:**

---

**10 Were any other uniform or non-uniform staff involved in or present at the time of the incident?** ☑ YES ☐ NO
**If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:**

| | Name | Rank/Title | Shield/ID Number | Account of Actions | |
|---|---|---|---|---|---|
| 1 | ▉ report | CO | ▉ | See Co ▉ | Submitted |
| 2 | ▉ report | CO | ▉ | See Co ▉ | Submitted |
| 3 | ▉ report | CO | ▉ | See Co ▉ | Submitted |

---

**11 Did any other inmates witness the incident?** ☐ YES ☐ NO If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |

---

**12 Were you responsible for escorting the inmate(s) to the clinic?** ☐ YES ☒ NO If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

---

**13 Did you claim any injuries as a result of the incident?** ☐ YES ☒ NO If YES, describe your injuries and how each was sustained:

---

**Submitted by:** (TYPE LAST NAME, FIRST NAME, RANK and SHIELD #) ▉       **Signature:** ▉

CITY OF NEW YORK - CORRECTION DEPARTMENT    FORM #5006-A-1   Eff: 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:**   PRINT ALL INFORMATION
(To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: Beacon Center | Tour: 0700X1531 |
|---|---|---|

**1**   Did any other inmates witness the incident?   ☑ YES ☐ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2**   Did you see force used against an inmate(s)?   ☑ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3**   State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | | | CO | | ☑ Used Force ☐ Was a Witness / Present |
| 2 | | | CO | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | CO | | ☐ Used Force ☐ Was a Witness / Present |

**4**   If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This writer responded to a Level B in the Barbershop with inmate ▉▉▉▉▉▉▉▉▉

**5**   Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES ☐ NO   If YES, describe:

Inmate ▉▉▉▉ first gave a false name of ▉▉▉▉ and was informed to properly identify himself. In which he did. Identify himself as inmate ▉▉▉▉ becoming aggressive and threatening to spit on staff. Inmate was instructed not to do that and sit back down so they can properly secure his restraints. Inmate refused and spat on Officer ▉▉▉.

**6**   Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Wednesday June 7, 2023 at approximately 0818hrs I, Officer ▉▉▉▉ assigned to the Beacon Center on the 0700X1531 tour was walking towards Messhall control when Officer ▉▉▉▉ called for a Level B in the Barbershop. This writer entered the Barbershop and observed inmate ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ being irate threatening to assault Officer ▉▉▉▉▉. This writer ▉▉▉▉▉▉▉▉▉ out of the area for her safety and ESH Officers removed Inmate ▉▉▉▉ out of the area without incident. Upon awaiting for Officer ▉▉▉▉ to return to the Barbershop Officer ▉▉▉ began to pedigree the remaining individuals so they can properly be escorted out of the Barbershop while this writer remained closed to inmate ▉▉▉▉▉ (barbershops worker) who was not secured. Inmate ▉▉▉▉▉▉▉▉▉▉ who was in the barber's chair at the time gave a false name. Officer ▉▉▉▉ proceeded to ask who is inmate ▉▉▉▉ the inmate then shouted I am ▉▉▉▉ now what he then aggressively stood up from the chair and said "Whats up". Officer ▉▉▉ then informed him that falsifying his identity could prevent him from future barbershop service. Inmate ▉▉▉▉ stated " I already got a cut I dont give a fuck about nothing" "So what we doing? I spank Officers (jail terminology for assault on staff refer to Use of Force 2842/23 on 6/4/2023 )". At this time I heard inmate ▉▉▉▉▉ said I will spit in your face and Officer ▉▉▉ said " Dont do that ".

*Continued on Reverse Side*

**6** (Continued)

This writer then turned around and observed said inmate spit in Officer ▇ striking him in the facial area. Officer ▇ immediately advanced towards inmate ▇ with his right arm raised in striking gesture towards inmate ▇. This writer did not have a clear view due to standing directly behind of Officer ▇ therefore I am not aware if the inmate was struck. Immediately this writer escorted Officer ▇ away from inmate to de-escalate incident and Officer ▇. Officer ▇ and Officer ▇ secured inmate to the ground.Inmate ▇ continue to spit and Officers and making threats. Officer ▇ entered the area and applied a spit mask on the inmate while attempting to head butt and acting irate and threatening to assault staff. I am writing this report based upon my immediate recollection of the incident at this point. I hereby reserve the right to amend this report, pursuant to my further clarity of the incident and possible review of the video evidence.



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper Body

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)   ▇   Signature ▇

**CITY OF NEW YORK - CORRECTION DEPARTMENT**
## USE OF FORCE REPORT

FORM #5006-A  Eff.: 9/27/2017

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT
[✓] USED FORCE  [ ] WITNESS/PRESENT AT THE SCENE?
AT THE SCENE?
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

**PART A**

Facility: CRVC  Report Date: 6/7/23  Incident Date: 6/7/23  Incident Time: ____  Facility Incident #: ____  COD Use of Force #: ____  COD Unusual # if any: ____

Location Where Incident Occurred: Barber Shop   Post Assigned at Time of Incident: ESH Intake   Tour: 0500 X 1300

| 1 | Was Supervisor notified before force was used? [ ] YES [ ] NO   If YES, write in full NAME, RANK and SHIELD #: |
| 2 | Which Supervisor was notified ____ |
| 3 | State name(s) of inmate(s) ag____ ▮▮▮▮▮   Time Notified: |

| | Last Name | First Name | BSC or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | ▮▮▮ | ▮▮▮ | | [ ] YES [ ] NO |
| 2 | ▮▮▮ | ▮▮▮ | | [ ] YES [ ] NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On June 7 2023 at approximately 0825 I CO ▮▮▮▮
assigned to CRVC ESH intake Post on the
0500 X 1331 hrs tour was instructed by Captain
▮▮▮▮ to respond to a level B in the Barber
Shop. Upon arrival to the Barber Shop this writer
witnessed inmate ▮▮▮▮ being escorted by DOC staff
extremely aggressive while being escorted by DOC staff

**5** Were alternatives, such as verbal commands, attempted before force was used? [ ] YES [ ] NO   If YES, describe:

**6** Describe the incident and the specific force used:

On June 7, 2023 at approximately 0825 I CO ▮▮▮▮
assigned to CRVC ESH intake post on the
0500 X 1331 hrs tour was instructed by Captain ▮▮▮▮
to respond to a level B in the "Barber Shop"
Upon arrival to the Barber Shop this writer witnessed
inmate ▮▮▮▮ being extremely
aggressive while being escorted by DOC staff. This
writer was instructed to ▮▮▮▮
take over escort hold of inmate ▮▮▮▮ to ▮▮▮▮
▮▮▮ with a ▮▮▮▮ ▮▮▮▮. While escorting
said inmate along with CO ▮▮▮ ▮ quickly secured
said inmate against the wall. Moments later this
writer along with other DOC staff escorted said
inmate to the mini Clinic and escorted him

Continued on Reverse Side.

**6** (Continued)

to his housing area thus terminating the incident

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to enforce Doc rules and regulations

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper body area

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain ▓▓▓▓▓▓▓▓▓▓

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☐ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|
| ▓▓▓ | CO | ▓▓▓ | |
| ▓▓▓ | CO | ▓ | |
| | | | |

**11** Did any other inmates witness the incident? ☐ YES ☐ NO If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |

**12** Were you responsible for reporting the inmate(s) to the clinic? ☐ YES ☒ NO If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☒ NO If YES, describe your injuries and how each was sustained:

Submitted By: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #) ▓▓▓▓▓ Signature ▓▓▓▓▓▓▓

| CITY OF NEW YORK – CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☒ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE

If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0825hrs | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: Beacon Center | Tour: 7x3 |
|---|---|---|

**1** Was Supervisor notified before force was used?   ☐ YES   ☒ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?   Write in full NAME, RANK and SHIELD #:
Captain                                                                             Time Notified: 0930hrs

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1. | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ☒ YES   ☐ NO |
| 2. | | | | ☐ YES   ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This writer was not present before incident began.

**5** Were alternatives, such as verbal commands, attempted before force was used?   ☐ YES   ☒ NO   If YES, describe:

n/a

**6** Describe the incident and the specific force used:

On Wednesday June 7, 2023 at approximately 0825hrs I, Officer ▓▓▓▓▓▓ assigned to the Beacon Center on the 0700X1531 tour was near the Barbershop area when Officer ▓▓▓▓▓▓ (Beacon Center staff) called a Level B in the barbershop. This writer entered the barbershop to assist when I observed Officer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on the ground attempting to secure inmate ▓▓▓▓▓▓▓▓▓▓. This writer assisted said officers in bringing inmate ▓▓▓▓▓ to his feet. Inmate was very aggressive attempting to spit at officers in which at this time Officer ▓▓▓▓▓ handed this writer a spit mask and I used upper body control to secure inmate ▓▓▓▓ to the wall and placed spit masked over his head. At this time ESH officers entered the area and took possession of inmate ▓▓▓▓▓. I hereby reserve the right to amend this report, pursuant to my further clarity of the incident and possible review of the video evidence.

Continued on Reverse Side

**6** (Continued)

n/a

**7** Explain in detail why force was necessary to control the situation:

Force was necessary to gain compliance

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper Body

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

N/A

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮ | CO | ▮ | Used Force |
| 2 | ▮ | CO | ▮ | Used Force |
| 3 | ▮ | CO | ▮ | Used Force |

**11** Did any other inmates witness the incident?  ☑ YES ☐ NO  If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| ▮ | ▮ | ▮ |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO  If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES ☑ NO  If YES, describe your injuries and how each was sustained:

Submitted by: (Print LASTNAME, FIRSTNAME, RANK and SHIELD #)  ▮                    Signature: ▮

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

FORM #5006-A   Eff.: 9/27/2017

## USE OF FORCE REPORT

PART A

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident. Use attachments if additional space is needed and indicate Part and information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☑ USED FORCE ☐ WITNESS/PRESENT AT THE SCENE

If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0825hrs | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: Beacon Center | Tour: 7x3 |
|---|---|---|

**1** Was Supervisor notified before force was used? ☐ YES ☑ NO   If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident? Write in full NAME, RANK and SHIELD #:
Captain

Time Notified: 0930hrs

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Gen't. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | | | | ☑ YES ☐ NO |
| 2 | | | | ☑ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This writer responded to the Barbershop for a Level B with inmate ███████ at approximately 0816hrs.

**5** Were alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO   If YES, describe:

Officer ███████ instructed inmate ███████ that failure to identify himself can result to not being afforded barbershop. Inmate threaten to spit and he was instructed not to do that.

**6** Describe the incident and the specific force used:

███████ assigned to the Beacon Center on the 0700X1531 tour responded to a level B in the Barbershop at approximately 0816hrs. Upon entering the Barbershop this writer observed Seg intake Officer ███████ from the area.This writer remained in the area ███████ while barbershhop Officer returned to the area. Officer ███████ began to pedigree the remaining inmates when ███████ gave a false name. Office ███████ informed said inmate that failure to properly identify himself can result in him not getting future barbershop service. Inmate gets up from the chair and shouts "Im ███████ "I dont give a fuck about no hair cut, I alredy got one" Officer ███████ informed okay well this might be your last haircut Inmate stated "I will spit in your face". Officer ███████ told inmate ███████ dont do that please inmate ███████ then spat on the floor and stated "I spank officers I spanked one the other day" at this time he spat on Officer ███████ striking him in the face immediately officer ███████ lunged right hand towards inmate ███████ but inmate slid back landing on the chair causing . This writer along with Officer ███████ and ███████ secured inmate to the ground where he continue to make threats and be aggreaive. Officer ███████ then entered the area and immediately assisted with bringing inmate ███████ to his feet. Once on his feet he was swinging his head back and forth in aggressive manner where we secured him to the wall and Officer ███████ placed spit mask over his head. ESH Security staff then entered the area and took possesion over inmate ███████

Continued on Reverse Side

6  (Continued)

I hereby reserve the right to amend this report, pursuant to my further clarity of the incident and possible review of the video evidence.

7  Explain in detail why force was necessary to control the situation:

Force was necessary to gain compliance and seize the threat

8  Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Upper Body

9  To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:
N/A

10  Were any other uniform or non-uniform staff involved in or present at the time of the incident?   ☑ YES ☐ NO.
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | ▮ | CO | ▮ | Used Force |
| 2 | ▮ | CO | ▮ | Used Force |
| 3 | ▮ | CO | ▮ | Used Force |

11  Did any other inmates witness the incident?   ☑ YES ☐ NO.   If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| ▮ | ▮ | ▮ |

12  Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

13  Did you claim any injuries as a result of the incident?   ☐ YES ☑ NO   If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

CITY OF NEW YORK - CORRECTION DEPARTMENT

**USE OF FORCE WITNESS REPORT**

FORM #5006-A-1   Eff. : 9/27/2017

'23 JUN 7 13:12

PART.A-1

INSTRUCTIONS:     PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident
or present at the scene of a use of force. Use attachments if
additional space is needed and indicate Part and information
Section if on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT
AT THE SCENE?

☐ USED FORCE   ☒ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0825 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barber Shop | Post Assigned at Time of Incident: Esit Security | Tour: 0500X 1331 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES  ☒ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☒ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident.

| | Last Name | First Name | Rank/Title | Shield Number |
|---|---|---|---|---|
| 1 | ▓▓▓▓ | | C.O | |
| 2 | | | C.O | |
| 3 | | | Captain | ▓▓▓▓ |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action) prior to using force):

This writer was not present for the events leading up to the incident.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☒ NO   If YES, describe:

This writer was not present for the events leading up to the incident so I was unable to hear any verbal commands.

**8** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Wednesday June 7th 2023 I C.O ▓▓▓▓ assigned to Esit security on the 0500x1331, responded to a level "B" activation in the barber shop. Upon arriving to the area I C.O ▓▓▓▓ observed inmate ▓▓▓▓ in restraints and activily resisting GRVC staff. Inmate ▓▓▓▓ then attempted to take over escorting duties from GRVC staff. Inmate ▓▓▓▓ then attempted to pull away from C.O ▓▓▓▓ at this point I C.O ▓▓▓▓ then utilized upper body control hold to secure said inmate to the wall. Once secured to the wall I C.O ▓▓▓▓ then took over escorting duties without any resistance from inmate ▓▓▓▓ and escorted him to the mini clinic to be seen. Once seen said inmate was secured in his cell terminating the incident.

Continued on Reverse Side



6  (Continued)

7  To the extent appli_____ Member who authorised and/or supervised the incident:
Captain

8  Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:
Inmates upper trunk   no apparent injuries sustained

9  Were you responsible for escorting the inmate(s) to the clinic?   ☒ YES  ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:
time unknown

Submit

CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 Eff.: 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

INSTRUCTIONS: PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☒ WITNESS/PRESENT AT THE SCENE
If you use force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 06/7/23 | Incident Date: 06/7/23 | Incident Time: 0524 (am) | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |

| Location Where Incident Occurred: Front of the barbershop | Post Assigned at Time of Incident: 8 Building Escort | Tour: SX1 Tour |

**1** Did any other inmates witness the incident? ☐ YES ☐ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1. | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| 2. | | | |
| 3. | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield ID Number | |
|---|---|---|---|---|---|
| 1. | | | CO | | ☐ Used Force ☐ Was a Witness / Present |
| 2. | ▇▇▇ | | | ▇▇▇ | ☐ Used Force ☐ Was a Witness / Present |
| 3. | | | | | |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation) and there was time to prepare a plan of action prior to using force):

I CO ▇▇▇ assigned to 8 Building Escort on the 0500 x 1331 hout tour was standing infront of the school area when an ongoing commotion esclated in the barbershop area.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☒ NO  If YES, describe:

This writer wasn't Present

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

This writer was inquiring about CO ▇▇▇ who allegedly got into a use of force in the barbershop if he was okay & if he needed assistance. Suddenly the barbershop door open, Esh security secured inmate ▇▇▇ to the wall. I CO ▇▇▇ walk towards the Gym control along with CO ▇▇ # ▇ away from the ongoing use of force.

Continued on Reverse Side

6 | (Continued)



7 | To the extent applicable, identify the name(s) of any Staff Member who authorized and/ot supervised the incident.:

Ceri Rivera Ov

8 | Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Unknown

9 | Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

| INSTRUCTIONS:     PRINT ALL INFORMATION<br>To be completed by any member witnessing a use of force incident<br>or present at the scene of a use of force.  Use attachments if<br>additional space is needed and indicate Part and Information<br>Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☐ USED FORCE    ☒ WITNESS/PRESENT AT THE SCENE<br>If you used force, complete PART A, NOT this report. |
|---|---|

| Facility: G-12 vc | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0945 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: Beacon Center | Tour: 0700 X 1531 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES   ☒ NO    IF YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☐ YES   ☐ NO    IF YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Used Force  ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely use force to address he situation and there was time to prepare a plan of action prior to using force):

This writer was Not present

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☒ YES   ☐ NO    IF YES, describe:

Individual was told to stop resisting when being escorted out in Cuffs

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

ON Wednesday June 7th 2023 I C.o ▓▓▓▓ was assigned to the Beacon center on the 0700 x 1531 tour. At approximately 0945 hours this writer was standing outside of the barbershop when Individual ▓▓▓▓ when taken out of the barbershop In cuffs and secured to the wall. Individual was then escorted out of the area. This writer did not see anymore Incidents.

Continued on Reverse Side

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

upper body  this writer did not see any Injuries

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☒ NO  If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)                Signature:

CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff.: 9/27/2017.

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 6/13/23 | Incident Date: 6/7/23 | Incident Time: 1100av | Facility Incident #: | COD Use of Force #: | COD Unusual # If any: |

| Location Where Incident Occurred: Barber Shop | Post Assigned at Time of Incident: Barber Shop Escort | Tour: 5x1 |

**1** Did any other inmates witness the incident? ☐ YES ☑ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☑ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▮▮▮▮ | ▮▮▮ | CO | | ☑ Used Force ☐ Was a Witness / Present ▮▮▮ |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

I CO ▮▮▮▮ assign to barber Shop escort did not witness nor use force on inmate ▮▮▮▮▮▮▮

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO  If YES, describe:

This Writer Was not present.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

This Writer was not present, did not use force nor witness any force being used On inmate ▮▮▮▮▮▮

Continued on Reverse Side

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

N/A

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☒ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Signature

**Confiden**

**CITY OF NEW YORK - CORRECTION DEPARTMENT**  | FORM #5006-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

| INSTRUCTIONS:      PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|

To be completed by any member witnessing a use of force incident or present at the scene of a use of force.  Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

☐ USED FORCE     ☑ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 6/7/2023 | Incident Date: 6/7/2023 | Incident Time: 0824 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: BARBERSHOP | Post Assigned at Time of Incident: ESH TRACKING | Tour: 0500X1331 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☐ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | ▇▇▇ | | | | ☐ Used Force  ☐ Was a Witness / Present |
| 2 | | | CO | ▇▇▇ | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | | | CO | ▇▇▇ | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

ON JUNE 7, 2023, AT APPROXIMATELY 0824 HOURS, THIS WRITER ASSIGNED TO ESH TRACKING ON THE 0500X1331, WAS IN THE CORRIDOR WHEN A LEVEL B WAS ACTIVATED IN THE BARBERSHOP. THIS WRITER SWIFTLY WALKED TO THE AREA TO RENDER ASSISTANCE.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☑ NO   If YES, describe:

THIS WRITER WAS NOT PRESENT BEFORE THE USE OF FORCE OCCURRED TO HEAR OR SEE ANY ALTERNATIVES SUCH AS VERBAL COMMANDS.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

UPON ENTERING THE AREA, INDIVIDUAL ▇▇▇▇▇▇ WAS ALREADY SECURED TO THE GROUND. DOC STAFF REQUESTED A SPIT MASK VIA RADIO TRANSMISSION. ASSISTANT DEPUTY WARDEN ▇▇▇▇▇ INSTRUCTED THIS WRITER TO EXIT THE AREA AND RETRIEVE A SPIT MASK. UPON RETURNING TO THE AREA, THE INDIVIDUAL WAS ESCORTED TO SEG INTAKE, TERMINATING THE INCIDENT.

*Continued on Reverse Side*

**Confiden**

**6** (Continued)

N/A

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

UNKNOWN

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

UNKNOWN

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Signat

**Confiden**

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

**USE OF FORCE WITNESS REPORT**

FORM #5006-A-1 | Eff. : 9/27/2017

PART A-1

| INSTRUCTIONS: PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | ☐ USED FORCE  ☑ WITNESS/PRESENT AT THE SCENE  If you used force, complete PART A, NOT this report. |

| Facility: GRVC | Report Date: 6/7/23 | Incident Date: 6/7/23 | Incident Time: 0824 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: 13A | Tour: 0500 x 1331 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☑ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☐ YES  ☑ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number |
|---|---|---|---|---|
| 1 | | | Capt | |
| 2 | | | C.O. | |
| 3 | | | | |

☑ Was a Witness / Present

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

I was not present prior to the incident occuring.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES  ☑ NO  If YES, describe:

I did not see or hear any verbal commands being used.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On June, 7, 2023 at approximately ___ this writer heard a level B called over the radio for the barbershop. Upon arriving to the area I witnessed inmate ___ who was already cuffed being escorted out the barbershop with a spit mask. Inmate ___ was then escorted to his respective housing area by Captain ___ and Security Staff without further incident. This writer returned back to my post 13A.

**6** (Continued)

[large redacted black box]

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

This use of force was an unprovoked act therefore no staff was able to authorize force be used

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

force and upper body control holds were used on inmate.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO  If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)                    Signature:

**Confiden**

Uot #2893/23

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

| INSTRUCTIONS: PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachment if additional space is needed and indicate Part and Information Section # on each attached page. | AT THE SCENE? ☐ USED FORCE ☑ WITNESS/PRESENT AT THE SCENE If you used force, complete PART A, NOT this report. |

| Facility: GRVC | Report Date: 06/07/23 | Incident Date: 06/07/23 | Incident Time: 0810 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: barbershop | Post Assigned at Time of Incident: ESH 7 ( REC ) | Tour: 0500X1331 |
|---|---|---|

**1** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☐ YES ☑ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | C.O | | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | C.O | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | C.O | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

On Wednesday June 8, 2023, I Captain [redacted] assigned to E.S.H 7 which is recreation on the 0500 x1331 tour, walking pass the barbershop when this writer heard via portable radio [redacted] that a level b was called in that area.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO   If YES, describe:

This writer wasn't present for the use of force.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

As this writer was entering into the barbershop, this writer witness officer [redacted] exiting. Once inside the barbershop this writer witness inmate [redacted] was being secured on the floor by officers [redacted] and [redacted]. This writer instructed officer [redacted] to place the spit mask on said P.I.C. Once that was completed. This writer instructed officer [redacted] to help said P.I.C to his feet/ Once on his feet said P.I.C attempted to take the spit mask off of his face. At which time officer [redacted] guided said inmate to the cabinet that was by said in P.I.C, and give him a direct order to stop trying to take the mask off. This writer also gave said P.I.C a direct order to stop. At which time Captain [redacted] and the ESH security team came and took over the escort.

Continued on Reverse Side

**Confiden**

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Captain

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

unknow due to this writer

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES   ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)                    Sig

**Confiden**

**CITY OF NEW YORK - CORRECTION DEPARTMENT**

| | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|

## USE OF FORCE WITNESS REPORT

| | PART A-1 |
|---|---|

| INSTRUCTIONS:    PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | AT THE SCENE? |

☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: GRVC | Report Date: 06/07/23 | Incident Date: 06/07/23 | Incident Time: 0800 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Barbershop | Post Assigned at Time of Incident: CPSU intake supervisor | Tour: 0500 X 1331 |
|---|---|---|

**1** Did any other inmates witness the incident?    ☐ YES  ☑ NO    If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?    ☑ YES  ☐ NO    If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | | | CO | | ☐ Used Force  ☐ Was a Witness / Present |
| 2 | | | CO | | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | | | CO | | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

On Wednesday June 7th 2023 I Captain _____ assigned to the ESH intake on the 0500 X 1331 hour tour was notified of a level A incident where a PIC was involved in a use of force with DOC staff in the Barbershop and was instructed to order to the area with two officers.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?    ☑ YES  ☐ NO    If YES, describe:

This writer was not in the area when the use of force happened.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On Wednesday June 7th 2023 at approximately 0800 hours I Captain _____ along with two _____ assigned to the ESH intake arrived in the area and observed a PIC later identified as _____ been secured by two DOC staff. This writer then instructed my officers to take custodyand they pulled his arm and secured him outside the baerbershop to the wall. Officer _____ initially took custody but then Officer _____ then escorted PIC _____ away from the area to the building 11 mini clinic. Upon completion of medical attention PIC was then escorted back to his housing area.

Continued on Re **Confiden**

**6** (Continued)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

upper body and arms torso

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☑ YES  ☐ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Approx. 0820 hours

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Signat

**Confiden**



**CORRECTION DEPARTMENT
CITY OF NEW YORK**

FORM NO 7504R
REV 12/01/11
REF. DIR. 7504R-A



## NOTICE OF SUMMARY SUSPENSION FROM DUTY

### SECTION "A" – EMPLOYEE INFORMATION

| Last Name: | First Name: | Rank: **Correction Officer** |
|---|---|---|

| Shield #: | Social Security #: | Command: **George R. Vierno Center** |
|---|---|---|

### SECTION "B" – REASON FOR SUSPENSION

Date of Alleged Violation(s):          **Wednesday, June 7, 2023**

On Wednesday, June 7, 2023, at approximately 0825hrs, Officer ███████ was involved in a UOF in the Barbershop with ESH inmate ████████ of housing area 15A. During the preliminary investigation, Officer ███ is observed engaged in a verbal conversation with said PIC who without warning spits onto said MOS's upper torso. Officer ███ is than observed lunging towards said PIC, who was secured by an escort in mechanical restraints, and making physical contact with his upper torso area. (Refer to UOF #2893/23-███████

In accordance with directive 5006R-D, this UOF is deemed avoidable as Officer ███ had a means of egress after the assault. As a result, Officer ███ will be made the subject of a ten (10) day suspension without pay.

### SECTION "C" – AUTHORIZATION

| Suspension Requested By: Assistant Commissioner ███ | Suspension Authorized By: ████ ███ Commissioner |
|---|---|

### SECTION "D" – PERIOD OF SUSPENSION

| Date Suspension Effective: **Wednesday, June 7, 2023** | Time Suspension Effective: Hours *1414* |
|---|---|
| Date Suspension Completed: **Saturday, June 17, 2023** | Time Suspension Completed: 0001   Hours |

### SECTION "E" – SERVICE OF NOTICE

| ██████████ | Date: **June 7, 2023** | Time: *1414*   Hours |
|---|---|---|

### SECTION "F" – RECEIPT / NOTICE OF APPEAL

This suspension will be automatically reviewed by the Summary Suspension Review Committee. You may submit a written appeal to the committee at any time during the suspension period, by writing to the Summary Suspension Review Committee, C/O Assistant Commissioner, E.E.O., at 75-20 Astoria Blvd; Suite 390, East Elmhurst, N.Y. 11370. See Directive 7504R. Any changes or modifications of this suspension will be transmitted to you by your Commanding Officer.

## THIS IS TO VERIFY THAT I HAVE BEEN SERVED WITH THIS NOTICE OF SUMMARY SUSPENSION FROM DUTY ☐ WITH PAY ☒ WITHOUT PAY.

| Employee's Signa███████████ | Date: ⟋ 6/7/2023 |
|---|---|

**Confiden**



# NEW YORK CITY DEPARTMENT OF CORRECTION PERSONNEL DIVISION

## DEPARTMENTAL PROPERTY RECEIPT FORM



| FORM # 887 | REV. 12/87 | REFERENCE: GEN. ORDER # 008/87 |
|---|---|---|

## SECTION # 1 - TO BE COMPLETED BY MEMBER'S COMMAND

**RECEIVED FROM (EMPLOYEE'S NAME)** ▮

| RANK/TITLE | **CORRECTION OFFICER** | COMMAND | *G.R.V.C.* |
|---|---|---|---|

| REASON (CHECK ONE) | ☐ RETIREMENT   ☐ TERMINATION | ☐ RESIGNATION   ☐ OTHER (Military) | ☒ SUSPENSION   ☐ FIREARM |
|---|---|---|---|

| FIREARMS INFORMATION ☐ CHECK IF APPLICABLE | SERIAL NUMBER | | PISTOL PERMIT (CHECK ONE) | |
| | MAKE | | | |
| | MODEL NUMBER | | ☐ YES | ☐ NO |

**RECEIVED BY  (PRINT NAME)**   DW

**SIGNATURE** ▮         **DATE** 6/7/23

## SECTION # 2 - TO BE COMPLETED BY THE APPLICANT INVESTIGATION UNIT

| ITEMS   (CHECK) | | | | |
|---|---|---|---|---|
| SHIELD | ☑ | SHIELD # | ▮ | |
| HAT PIECE | ☐ | HAT PIECE # | | |
| RULES & REGULAITONS | ☐ | RULES & REGULATIONS # | | |
| INDENTIFICATION CARD | ☑ | CONTROL # | ▮ | |
| PARKING PASS | ☑ | PARKING PASS # | ▮ | |
| STAB / SLASH VEST | ☐ | STAB / SLASH VEST # | | |
| BALLISTIC  INSERT | ☐ | BALLISTIC INSERT # | | |

| PROPERTY IN | PRINT NAME | | |
|---|---|---|---|
| SECTION # 2 | SIGNATURE | | |
| RECEIVED BY | RANK / TITLE | Captain | DATE |

| IDENTIFICATION CARD RETURNED TO MEMBER (CHECK ONE) | ☐ YES | ☒ NO |
|---|---|---|

**SIGNATURE OF MEMBER CONCERNED** ▮

## SECTION # 3 - DISTRIBUTION

| ORIGINAL TO BE FILED AT MEMBER'S COMMAND | COPY TO PERSONNEL DIVISION |
|---|---|
| COPY TO APPLICANT INVESTIGATION UNIT (A.I.U.) | COPY TO MEMBER |

**Confiden**

6/9/23, 8:57 AM   Case 1:11-cv-05845-LTS   Document 608-37   Filed 11/17/23   Page 115 of 118

# NYC HEALTH+ HOSPITALS | CORRECTIONAL HEALTH

## PATIENT HEALTH INFORMATION SUMMARY



**Confiden**

# CORRECTIONAL HEALTH

**NYC HEALTH+ HOSPITALS**

## PATIENT HEALTH INFORMATION SUMMARY



**Confiden**



**NEW YORK CITY DEPARTMENT OF CORRECTION**
Louis A. Molina, **Commissioner**

Manuel J. Hernandez, **Deputy Commissioner**
**Investigation Division**
75-20 Astoria Boulevard – Suite 350
East Elmhurst, NY 11370

Tel 718 • 546 • 0305
Fax 718 • 278 • 6541

Date:       June 21, 2023

To:         ▓▓▓▓▓▓▓ , Assistant Commissioner, George R. Vierno Center (GRVC)

From:       ▓▓▓▓▓▓▓  **Deputy Director, Investigation Division**

**SUBJECT:   FACILITY REFERRAL: UOF # U2893/23 Barbershop**

On June 7, 2023, at approximately 0825 hours, in GRVC barbershop, a Use of Force occurred involving PIC ▓▓▓▓▓▓ . The facility took staff incident photos of Officer ▓▓▓▓▓▓▓▓ , Officer ▓▓▓▓▓▓▓ and Officer ▓▓▓▓▓▓▓ , but failed to upload the proper medical documentation for their injuries.

| | |
|---|---|
| ☐ | Directive 5006R-D.VI & 4516R-D; Delayed medical: Injury to Inmate Report # |
| ☐ | Directive 5006R-D.VI; Missing Staff Report(s): ADW/Captain/Officer: |
| ☐ | Directive 5006R-D.VI; Staff report failed to provide detailed description of force: |
| ☐ | Teletype Order # HQ-01378-0; Generalized terms utilized in staff reports: |
| ☐ | Directive 5006R-D.VI & Operation Order 1/22; Body worn camera/Handheld video. |
| ☒ | Directive 5006R-D.VI; Documents pertinent, were not readily available with 24 hrs. |
| ☐ | Rules and Regulations 3.20.010; Profanity/Use of inappropriate language: |
| ☐ | Operation Order 1/22; Body worn camera/Handheld video.: |

The investigative captain duty during this incident was identified as ▓▓▓▓▓▓▓▓▓

☐ A corrective interview   ☒ Documented Counseling is recommended for the following:

Based on Officer ▓▓▓ , Officer ▓▓▓▓▓ and Officer ▓▓▓▓▓ submitted Use of Force Reports they sustained injuries. Both Officers received medical attention at the Facility. As per Use of Force Directive 5006R-D; **After a Use of Force incident or an allegation of a Use of Force, a Captain assigned by the Tour Commander shall ensure that at least four (4) color digital photographs shall be taken of each staff member who sustained injuries during a Use of Force incident.**

Within thirty (30) business days of receipt of this memorandum, please report the actions taken to address the issue raised. If you have any questions or concerns, please do not hesitate to contact me at ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Received: _____

Action Taken: _____

**Confiden**



**NYC DEPARTMENT OF CORRECTION**
## Retraining Request Form

| Request Date | Requestor Name |
|---|---|
| 06/26/2023 | Deputy Director ▮▮▮▮▮ |

| Requestor Division | | | |
|---|---|---|---|
| ☒ | Investigation Division | ☐ | Facility: |
| ☐ | EISS | ☐ | Other: |

| Staff Member Information | | | | |
|---|---|---|---|---|
| Rank | First Name | Last Name | Shield | Command |
| Officer | ▮▮ | ▮▮▮ | ▮▮ | GRVC |

| Incident Information | | |
|---|---|---|
| **Incident Date** | **Incident Number (COD # or UOF#)** | **Facility** |
| June 7, 2023 | U2893/23 | GRVC |

**Incident Description (including specific details and issues identified requiring retraining)**

On June 7, 2023, at approximately 0823 hours in GRVC Barbershop PIC ▮▮▮▮▮ ) was sitting in the barber chair getting a haircut from a PIC barber ▮▮▮▮▮ . Officer ▮▮▮▮ went to the left side of PIC ▮▮▮ and Officer ▮▮▮▮ went to the right side. PIC ▮▮▮▮ was assisted to his feet with Officers ▮▮▮ and ▮▮▮ standing on both sides of him. PIC ▮▮▮ spat on the floor as Officer ▮▮ continued to speak. when Officer ▮▮ lunged and struck PIC ▮▮▮ in the facial area causing the PIC to fall in the chair where Officer ▮▮ employed multiple strikes to the PICs body area. ▮▮ was observed wearing a body worn camera and failed to activate it when the interaction between PIC ▮▮▮ and Officer ▮▮ escalated.

According to the **Body Worn Camera Operation Order** staff shall activate their camera to record all interactions with individuals in custody. Specifically, the camera shall be activated to record incidents including **any interaction with an incarcerated individual, regardless of context, that escalates and becomes adversarial.**

**Genetec Surveillance Footage, Handheld Camera, and Body Camera Footage Information (Including specific date and time, camera angles and/or video file name)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Recommended Retraining Course (please only select one) | | | |
|---|---|---|---|
| Use of Force Directive 5006R-D | ☐ | Handheld Camera | ☐ |
| UOF Report Writing | ☐ | Body Worn Camera (BWC) | ☒ |
| Defensive Tactics | ☐ | Use of Restraints | ☐ |
| Chemical Agents | ☐ | Crisis Intervention / Conflict Resolution | ☐ |
| IPC Skills | ☐ | EEO | ☐ |
| Cell Extractions | ☐ | PREA | ☐ |
| Facility Emergency Response | ☐ | | |

©2020 New York City Department of Correction

**Confiden**