**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

December 15, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

    We write to respectfully request a one-day extension to file the Monitor's December 21, 2023 Report to the Court pursuant to the Court's June 13, 2023 Order (dkt. 550), § III. We respectfully request the Court extend the deadline to file the report from December 21, 2023 to December 22, 2023. The Monitor requires the one-day extension in order to finalize the report. The Parties consent to this request.

    We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*