UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARK NUNEZ, et al.,                                             :
:
 Plaintiffs,                                                 :
:
 - against -                                                 :
:
CITY OF NEW YORK, et al.,                                       :
:
 Defendants.                                                 :
                                                             :  **11 Civ. 5845 (LTS)(RWL)**
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                       :
:
       Plaintiff-Intervenor,             :
:
 - against -                                                 :
:
CITY OF NEW YORK and NEW YORK CITY                              :
DEPARTMENT OF CORRECTION,                                       :
:
 Defendants.                                                 :
-------------------------------------------------------------- X

**ORDER**

1. *Department's Incident Reporting Practices*: The Department shall develop and implement a comprehensive and streamlined policy and procedures for all incidents and events that must be reported (New COD Policy). The policy and procedures shall be subject to the approval of the Monitor. Accordingly, by the dates set forth below, the Department, in consultation with the Monitor, shall:

   a. <u>By December 15, 2023</u>: Provide the Monitoring Team will the full list of Department policies that must be reviewed for potential consolidation into the new COD policy.

   b. <u>By December 22, 2023</u>: Review, revise, and implement updated definitions of Stabbing and Slashing to ensure that the definitions are clear and concise and will result in the collection and reporting of reliable and accurate data. The definitions for Stabbing and Slashing shall be subject to the approval of the Monitor.

   c. <u>By February 2, 2024</u>: Review, revise, and implement updated definitions for the various incident categories maintained by the Department, including all security indicators related to violence, including but not limited to use of force, use of force (allegation), assault/attack on staff, inmate-on-inmate fight/assault, inmate-on-inmate sexual assault, and staff sexual misconduct, to ensure that the definitions are clear and concise and will result in the collection and reporting of reliable and accurate data. The definitions of the various incident categories shall be subject to the approval of the Monitor.

   d. <u>By May 31, 2024</u>: The Department shall implement the New COD Policy.

2. *Monitor's Compliance Assessment - Modification to § G, ¶5(b) of the Action Plan*: The Action Plan, § G, ¶ 5(b) shall be modified to include the language in bold below: Given the Monitor's findings in the Monitor's March 16, 2022 Special Report, (pages 63 to 65), and subsequent reports on **October 27, 2022, February 3, 2023, April 3, 2023, April 24, 2023, May 26, 2023, June 8, 2023, July 10, 2023, August 7, 2023, October 5, 2023 and**

**November 8, 2023**, the Monitor's assignment of compliance ratings for each provision of the Consent Judgment (required by § XX, ¶ 18 of the Consent Judgment) and the First Remedial Order are suspended for the time period covering January 1, 2022 to **December 31, 2023**, except for those provisions incorporated into this Order and the provisions listed below (collectively "select group of provisions").

    i. The Monitor shall assign compliance ratings, required by § XX, ¶ 18 of the Consent Judgment, for the following provisions from the Consent Judgment and the First Remedial Order:

1. Consent Judgment § IV. (Use of Force Policy), ¶ 1;
2. Consent Judgment § V. (Use of Force Reporting & Tracking), ¶¶ 2 & 22;
3. Consent Judgment § VII. (Use of Force Investigations), ¶¶ 1 & 9(a);
4. Consent Judgment § VIII. (Staff Discipline and Accountability), ¶¶ 1, 3(c) & 4;
5. Consent Judgment § X. (Risk Management) ¶ 1;
6. Consent Judgment § XII. (Screening and Assignment of Staff), ¶¶ 1 to 3;
7. Consent Judgment § XV. (Safety and Supervision of Inmates Under the Age of 19), ¶ 1, 12 and 17;
8. First Remedial Order § A. (Initiatives to Enhance Safe Custody Management, Improve Staff Supervision, and Reduce Unnecessary Use of Force), ¶¶ 1 to 4, & 6; and
9. First Remedial Order § C. (Timely, Appropriate, and Meaningful Staff Accountability), ¶¶ 1, 2, 4 & 5.

3. *Monitor's Report*: The Monitor shall file his compliance assessment of the *Nunez* Court Orders for the period July 1, 2023 to December 31, 2023, pursuant to the modified version of Action Plan, § G, ¶ 5(b), on March 21, 2024.

> SO ORDERED this 14th day of December, 2023
>
> ____/s/ Laura Taylor Swain____
>
> LAURA TAYLOR SWAIN
>
> Chief United States District Judge