UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

 -v-                                                 No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

       Defendants.

-------------------------------------------------------x

## SCHEDULING ORDER

Upcoming deadlines and conference dates in the above-captioned matter are as follows:

| Item | Date |
|---|---|
| Monitor to file Report on Current State of Affairs and Limited Compliance Ratings covering January to June 2023 | December 21, 2023 |
| Defendants and Monitor to file joint status report regarding compliance with requirements to purge contempt | February 16, 2024 |
| Defendants to file opposition to motion for contempt including a statement indicating whether they agree or disagree with each proposed finding of fact submitted by the Counsel for the Plaintiff Class and the Southern District of New York.  Consistent with the individual rules of Chief Judge Swain, A.2.f, to the extent that Defendants disagree with the accuracy of a proposed finding of fact, Defendants shall submit evidentiary support for their position that the proposed finding of fact is not accurate. This will allow the Plaintiffs to better understand the basis for any factual disagreements, potentially demonstrate that a disagreement is not material, and hopefully further narrow the factual questions that must be resolved by the Court. | March 15, 2024 |
| Monitor to file Report on current state of affairs and limited Compliance Ratings covering July to December 2023 | March 21, 2024 |
| Any proposed amicus to seek leave to file a brief in opposition to motion for contempt | March 29, 2024 |
| Counsel for the Plaintiff Class and the United States to file reply motion for contempt | April 15, 2024 |

| Item | Date |
|---|---|
| Parties to meet and confer regarding any pre-hearing procedures and deadlines, findings of fact in dispute, and any other matters related to the motion practice | April 15, 2024 through April 29, 2024 |
| Parties to file a joint status report setting forth any agreed-upon proposed pre-hearing procedures and deadlines should a hearing be necessary, and any disputes that need to be resolved by the Court in advance of the hearing | April 29, 2024 |
| Court Conference | May 15, 2024, at 2:00 P.M. |

SO ORDERED.

Dated: December 15, 2023  　　　　　　　　　　　　　 /s/ Laura Taylor Swain
　　　　New York, New York  　　　　　　　　　　　　　Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge