

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**OMAR J. SIDDIQI**
Senior Counsel
E-mail: osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 788-9776

December 19, 2023

**BY ECF**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Mark Nunez, et al. v. City of New York et al.</u>, 11 Civ. 5845 (LTS)

Dear Chief Judge Swain,

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and an attorney assigned to the above-referenced matter. Defendants write to respectfully request that the Court extend the time for City Defendants to file their response to the Court's Notice of Intent to Enter Order from 12:00 p.m. to 3:00 p.m. Due to the time sensitivity of the instant request, we have not been able to confer with the plaintiffs regarding this request. The Monitor consents to this request.

The reason for the instant application is that the City Defendants have, a few minutes ago, reached compromise language with the Monitor regarding their position on the Court's Proposed Order. Therefore, the additional time is required to reconcile our submission to the Court to reflect these changes.

City Defendants thank the Court for its review of this application.

The foregoing request is granted.  DE no. 662 resolved.
SO ORDERED.
12/19/2023
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

*/s/ Omar J. Siddiqi*

Omar J. Siddiqi
Senior Counsel
Special Federal Litigation Division

cc:    All counsel of record