## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>DAVID BERMAN<br>NICK BOURLAND<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

December 27, 2023

**By ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

  Re: *Nunez v. City of New York,* 11 Civ. 5845 (LTS)

Dear Judge Swain:

  We write on behalf of the Plaintiff Class and the Southern District of New York to request a modification of the briefing schedule, Dkt. 658, given Plaintiffs' counsel's pre-existing commitments. Defendants consent to this request.

**March 15, 2024**: Defendants to file opposition to motion for contempt and accompanying materials (as scheduled);

**April 23, 2024**: Counsel for the Plaintiff Class and the United States to file reply motion for contempt;

**April 24, 2024 through May 8, 2024**: Parties to meet and confer;

**May 8, 2024**: Parties to file a joint status report;

**May 15, 2024**: Court Conference (as scheduled)

                  Respectfully Submitted,

                  _____/s/_____

        Debra L. Greenberger
        Jonathan S. Abady
        Vasudha Talla
        Sana Mayat

c.    All counsel of record (by ECF)

The foregoing request is granted. DE no. 667 resolved. SO ORDERED.
12/29/2023
/s/ Laura Taylor Swain, Chief U.S.D.J.