UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

  -v-                                         No. 11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

       Defendants.

-------------------------------------------------------x

## ORDER

In light of the ongoing post-judgment activity in this matter, the Clerk of Court is respectfully directed to reopen the above-captioned case.

SO ORDERED.

Dated: January 12, 2024                                       /s/ Laura Taylor Swain
      New York, New York                            Laura Taylor Swain
                                                                          Chief United States District Judge