UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>    Defendants. | No. 11 Civ. 5845 (LTS)(JCF) |

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

THE CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Patrick N. Andriola, of the law firm Dechert LLP, and a member in good standing of this Court, hereby enters an appearance as counsel for Amicus Curiae Rikers Debate Project, Inc., in the above-captioned action.

Dated: January 19, 2024

*/s/ Patrick N. Andriola*
Patrick N. Andriola
pat.andriola@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (212) 698-3831
Fax: (212) 698 3599

*Counsel for Rikers Debate Project, Inc.*