**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

## **MEMO ENDORSED**

1+1 646 895 6567 | afriedberg@tillidgroup.com

March 1, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request a three week extension to file the next Monitor's Report to the Court pursuant to the Court's December 14, 2023 Order (dkt. 656), ¶ 3. We respectfully request the Court extend the deadline to file the report from March 21, 2024 to April 11, 2024. The Monitor requires this extension as additional time is necessary to complete the report. For ease of reference, the current schedule of filings is below:

- **March 15, 2024**: Defendants to file opposition to motion for contempt and accompanying materials (as scheduled);

- **April 11, 2024**: [**Requested Date**] Monitor Report to be filed

- **April 23, 2024**: Counsel for the Plaintiff Class and the United States to file reply motion for contempt;

- **April 24, 2024 through May 8, 2024**: Parties to meet and confer;

- **May 8, 2024**: Parties to file a joint status report;

- **May 15, 2024**: Court Status Conference

The Monitoring Team has consulted with all Parties and they have reported that they do

not object to this request. Counsel for the Plaintiff Class and the Southern District of New York requested we advise the Court that it reserves its right to seek additional time to submit their reply motion should the Monitoring Team's 3-week extension to file the report is granted.

We appreciate the Court's attention to this matter.

Sincerely,

<u>s/ Steve J. Martin</u>
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted. DE 683 resolved.
SO ORDERED.
3/4/2024
/s/ Laura Taylor Swain, Chief USDJ