

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SHERYL NEUFELD**<br>*Chief Assistant for Regulatory Law and Policy*<br>Phone: 212-356-2207<br>sneufeld@law.nyc.gov |

March 18, 2024

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Nunez, et al. v. City of New York et al.*
          11 Civ. 05845 (LTS)

Dear Chief Judge Swain:

    Defendant City of New York submits this letter with regard to Your Honor's approval [ECF No. 682], to place on the record a substantive response to comments made by the Deputy Monitor concerning the work of the New York City Office of Administrative Trials and Hearings ("OATH") during the December 14, 2023 status conference in the above-referenced matter. Pursuant to that approval, the City's responsive filing is due today.

    The City appreciates the Court's consideration and approval of the City's application and now writes to report that since the time of the approval, attorneys for the City have had a further meet and confer with the Monitoring Team regarding the City's proposed filing. At this time the City respectfully requests the opportunity to hold this application in abeyance. City attorneys will continue to meet with the Monitoring Team to discuss these issues and we will write to the Court should the need arise to renew this application.

                                                                     Respectfully submitted,

                                                                   s/ Sheryl Neufeld
                                                                   _____
                                                                   Sheryl Neufeld