

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MICHAEL VIVIANO**
*Senior Counsel*
Tel.: (212) 356-2368
Fax: (212) 356-3509
mviviano@law.nyc.gov

March 15, 2024

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pear St.
New York, NY 10007

## MEMO ENDORSED

Re: Mark Nunez, et al. v. The City of New York, et al.
    11-CV-5845 (LTS)

Your Honor:

I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of York, and one of the attorneys for Defendant City of New York in the above-referenced matter. Defendants write to respectfully request an enlargement of two business days, from March 15, 2024 to March 19, 2024, in order for Defendants to file their Motion in Opposition to Plaintiffs' Motion for Contempt and to appoint a Receiver; with a reciprocal two day enlargement of time for Plaintiffs to file their Reply. This is the second enlargement of time requested. This request comes at the request of New York City Mayor, Eric Adams. Counsel for the Department of Justice, and Legal Aid consent to this request. Defendants have been unable to obtain the position of Counsel from Emery Celli Brinckerhoff Abady Ward & Maazel LLP; to that end Defendants note that they attempted contact with the parties at the close of the business day.

Further, Defendants apologize for the late nature of this request. Defendants respect the Court's, and Plaintiffs' time to this matter. In light of the above, the undersigned requests a two day enlargement of time for Defendants to file their Motion in Opposition, to March 19, 2024, and a reciprocal two day enlargement of time for Plaintiffs' to file their Reply.

Thank you for consideration herein.

Respectfully Submitted,

*Michael Viviano*

Michael Viviano
*Attorney for Defendant City*

cc: **VIA ECF**
    *All attorneys of record*

The foregoing request is granted.  DE 685 is resolved.
SO ORDERED.

Date:  March 19, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.