UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARK NUNEZ, et. al,

                              Plaintiffs,

-against-

CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

                              Defendants.
------------------------------------------------------------------ x

**DECLARATION OF CAPTAIN GAMIEN BATCHELOR**

11 Civ. 5845 (LTS)(JCF)

STATE OF NEW YORK     )
                              :SS:
COUNTY OF QUEENS    )

**GAMIEN BATCHELOR**, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1. I am a Captain with the New York City Department of Correction ("DOC"), a position I have held since 2007. I started at the DOC in 2001 as a Correction Officer and have been with the DOC for over twenty-one years. During my time at the Department, I have worked in various facilities, including George R. Vierno Center ("GRVC"), North Infirmary Command ("NIC"), George Motchan Detention Center ("GMDC"), and the Anna M. Kross Center, where I served as Program's Captain for over Ten years. In 2023 I was assigned to the Commissioner's

1

Office. I am currently assigned to the Senior Deputy Commissioner's office overseeing Tour Wand Compliance.

2. As Captain in charge of Tour Wand Compliance I oversee a team of four officers. We oversee both Officer and Captain Tour Wand compliance. A Tour Wand is a tool utilized by staff to track and log housing unit tours. Staff utilize a Tour Pipe which they touch to a pinpoint at various locations in a housing area to demonstrate touring is occurring.

3. My unit operates the Tour Wand Report Dashboard ("Dashboard"). The Dashboard allows us to create daily reports that break down by facility and housing area and includes information about whether the Tour Wand was or was not "swiped" by the Officer and the longest time in between swipes. The Dashboard also permits us to create daily Captain Tour Wand Reports which indicate how many tours were conducted by Captains using a Tour Wand.

4. The DOC also conducts Tour Wand audits. Each week my team receives a report from each facility called the Weekly Watch Tour Tracking Report. The report identifies each post and officer assigned. The report further shows if the officer did or did not complete their tours based upon evidence including reviewing Genetec video footage. If a staff member was found to have not conducted their tours we go back and look to see if there were mitigating circumstances, such as a medical emergency or use of force that prevented a timely tour.

5. Following the audits of the Correction Officer and Captain Tour Wand usage, if a member of service is found to have not conducted their tours without mitigating factors, my office will recommend discipline in the forms of corrective interviews or command disciplines.

6. Since I took over supervision of Tour Wand Compliance in December 2023, I have seen a significant improvement in staff compliance with Tour Wand usage Department-wide. For example, comparing Tour Wand Compliance in GRVC on August 25, 2023 with

compliance on March 1, 2024 reveals an enormous increase in both Tour Wand swipes and housing areas monitored for compliance. See Exhibit A. Also noteworthy is the substantial decrease in time between swipes. The same levels of improvement can be seen in other facilities such as the Otis Bantum Correctional Center ("OBCC") (Exhibit B).

Dated: New York, New York
March 14, 2024

GAMIEN BATCHELOR

# EXHIBIT A



## Facility Tour Wand Summary

**Facility:** GRVC  
**Tour Start Date:** 8/25/2023  
**Tour Start Time:** 00:00:00



Data Update Time: 3/13/2024 5:26:03 PM

Swipe: ✗ Late Swipe  ● On-time

| Facility | Housing Area | Met Swipe Target | Late Swipes | Longest Time Between Swipes (mins) |
|---|---|---|---|---|
| GRVC | 1A | No | 2 | 160 |
| | 2A | No | 1 | 44 |
| | 3A | No | 0 | 23 |
| | 3B | No | 1 | 57 |
| | 5A | No | 3 | 628 |
| | 8A | No | 3 | 1,090 |
| | 8B | No | 3 | 1,091 |
| | 13A | No | 1 | 679 |
| | 13B | No | 2 | 883 |
| | 19A | No | 2 | 222 |
| | 19B | No | 3 | 288 |

**Tour Start Date and Time:** This filter refers to the start date and time of an 8 hour shift.  
**Swipe Target:** In order to reach the target each button needs to be swiped at least 16 times during a tour.

**Late Swipe:** is defined as a swipe greater than 30 minutes since the previous one.

# Facility Tour Wand Summary



**Facility:** GRVC  
**Tour Start Date:** 3/1/2024  
**Tour Start Time:** 00:00:00  

*Data Update Time: 3/13/2024 4:01:00 PM*

Swipe: ✗ Late Swipe  ● On-time

| Facility | Housing Area | Met Swipe Target | Late Swipes | Longest Time Between Swipes (mins) |
|---|---|---|---|---|
| GPVC | 2A | No | 2 | 546 |
| | 3A | No | 6 | 51 |
| | 3B | No | 1 | 33 |
| | 4A | No | 5 | 51 |
| | 4B | No | 4 | 58 |
| | 5A | No | 4 | 38 |
| | 5B | No | 5 | 77 |
| | 7A | No | 5 | 142 |
| | 7B | No | 2 | 31 |
| | 8A | No | 0 | 28 |
| | 8B | No | 7 | 62 |
| | 9A | No | 2 | 34 |
| | 9B | No | 6 | 40 |
| | 10A | Yes | 2 | 57 |
| | 10B | No | 5 | 58 |
| | 11A | No | 6 | 100 |
| | 11B | No | 6 | 77 |
| | 13A | No | 6 | 118 |
| | 13B | No | 3 | 180 |
| | 15B | No | 6 | 64 |
| | 17A | No | 4 | 60 |
| | 17B | No | 1 | 489 |
| | 19A | No | 2 | 235 |
| | 19B | No | 6 | 98 |

Time axis: 12:00 AM, 1:00 AM, 2:00 AM, 3:00 AM, 4:00 AM, 5:00 AM, 6:00 AM, 7:00 AM, 8:00 AM

# EXHIBIT B




Facility Tour Wand Summary

Facility: OBCC
Tour Start Date: 8/25/2023
Tour Start Time: 00:00:00

Data Update Time: 3/13/2024 5:29:45 PM

| Facility | Housing Area | Met Swipe Target | Late Swipes | Longest Time Between Swipes (mins) |
|---|---|---|---|---|
| OBCC | 1N | No | 2 | 144 |
| | 1W | No | 2 | 144 |
| | 3N | No | 2 | 326 |
| | 3S | Yes | 1 | 32 |
| | 3SW | Yes | 1 | 67 |
| | 3W | Yes | 5 | 170 |
| | 4S | No | 4 | 73 |
| | 4SW | No | 1 | 444 |
| | 5S | No | 4 | 184 |
| | 5SW | No | 2 | 57 |

**Tour Start Date and Time:** This filter refers to the start date and time of an 8 hour shift.
**Swipe Target:** In order to reach the target each button needs to be swiped at least 16 times during a tour.
**Late Swipe:** is defined as a swipe greater than 30 minutes since the previous one.

# Facility Tour Wand Summary

**Facility:** OBCC
**Tour Start Date:** 3/1/2024
**Tour Start Time:** 00:00:00

*Data Update Time: 3/13/2024 4:01:00 PM*



Swipe: ✗ Late Swipe    ● On-time

| Facility | Housing Area | Met Swipe Target | Late Swipes | Longest Time Between Swipes (mins) |
|---|---|---|---|---|
| OBCC | 1N | Yes | 3 | 36 |
| | 1S | No | 2 | 259 |
| | 1W | No | 4 | 96 |
| | 2S | No | 5 | 63 |
| | 2SW | No | 5 | 66 |
| | 3N | No | 7 | 87 |
| | 3S | No | 5 | 48 |
| | 3SW | No | 4 | 129 |
| | 3W | Yes | 1 | 61 |
| | 4S | No | 3 | 132 |
| | 4SW | No | 5 | 92 |
| | 5N | No | 5 | 57 |
| | 5S | No | 3 | 93 |
| | 5SW | No | 4 | 204 |
| | 5W | | | |

Facility: OBCC
Group: 4SW
Location: 4SW - Lower Left Front
Date: 3/1/2024 4:49:30
Minutes Since Last Swipe: 92
Device Name: OBCC 4 SOUTH/W