

**MEMO ENDORSED**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARIAM KHAN**
*Assistant Corporation Counsel*
Phone: 212-356-2662
markhan@law.nyc.gov

March 22, 2024

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Mark Nunez, et al. v. The City of New York, et al.</u>
               11 Civ. 5845 (LTS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above referenced matter. Defendants respectfully request a two-day extension to the deadline for amicus curiae to seek leave to file a brief opposing the pending Motion for Contempt and Appointment of a Receiver, from March 29, 2024, to April 2, 2024.

    On March 19, 2024, the Court granted Defendants' request to extend the deadline for Defendants to file their opposition to Plaintiffs' Motion for Contempt and Appointment of a Receiver by two days, from March 15, 2024, to March 19, 2024. (ECF No. 687). In their request, Defendants inadvertently omitted a request for a corresponding extension to the deadline for amicus curiae to seek leave to file briefs in opposition to Plaintiffs' motion. Defendants now respectfully request the Court to grant a corresponding two-day extension for amicus curiae to seek leave to file amicus briefs by two-days, from March 29, 2024, to April 2, 2024, consistent with previously set deadlines wherein amici's filing deadline was two weeks after Defendants filing deadline. The Plaintiff class and United States consent to this request.

    Defendants thank the court for its consideration of this matter.

                                                         Sincerely,

                                                         *Mariam Khan /s/*
                                                         Mariam Khan
                                                         Assistant Corporation Counsel

cc:    All Counsel **(via ECF)**

    The foregoing request is granted. DE 694 resolved.
    SO ORDERED.
    3/25/2024
    /s/ Laura Taylor Swain, Chief USDJ