**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

## MEMO ENDORSED

1+1 646 895 6567 | afriedberg@tillidgroup.com

April 1, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain,

    We write to respectfully request a one-week extension to file the next Monitor's Report to the Court pursuant to the Court's March 4, 2024 Order (dkt. 684). We respectfully request the Court extend the deadline to file the report from April 11, 2024 to April 18, 2024. This is the Monitoring Team's second request for an extension of time. The Monitoring Team has consulted with all Parties and they have reported that they do not object to this request.

    We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted. DE 696 resolved.
SO ORDERED.
4/1/2024
/s/ Laura Taylor Swain, Chief USDJ