# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MACDOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT

## MEMO ENDORSED

May 20, 2024

**Via ECF**

The Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10038

  Re: *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Your Honor:

  Plaintiffs write to request a one-day extension for submission of their Reply in further support of their motion for contempt and the appointment of a receiver. The current deadline for submission of Plaintiffs' Reply is Tuesday, May 28, 2024. In light of the Memorial Day holiday on Monday, May 27, and the absence of legal support staff to assist with the preparation and filing of this submission prior to the current filing date, we respectfully request a deadline of Thursday, May 30.

  Defendants consent to this request for an extension. The United States has no objection to this request.

  Respectfully submitted,

/s/               /s/

Mary Lynne Werlwas       Debra L. Greenberger
Kayla Simpson         Jonathan Abady
Katherine Haas         Vasudha Talla
THE LEGAL AID SOCIETY     Sana Mayat
PRISONERS' RIGHTS PROJECT   EMERY CELLI BRINCKERHOFF
                   ABADY WARD & MAAZEL LLP

Counsel for Plaintiff Class      Counsel for Plaintiff Class

The foregoing request is granted. DE 710 resolved.
SO ORDERED.
5/20/2024
/s/ Laura Taylor Swain, Chief USDJ