UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK NUNEZ, et al.,

          Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK
CITY DEPARTMENT OF CORRECTION,

          Defendants.

Case No. 11 Civ. 5845 (LTS)(JCF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Katherine Rosenfeld of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel on behalf of Plaintiffs in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by e-mail at krosenfeld@ecbawm.com.

Dated: May 29, 2024
      New York, New York

          EMERY CELLI BRINCKERHOFF
          ABADY WARD & MAAZEL LLP

          By:      /s/
              Katherine Rosenfeld
              600 Fifth Avenue, 10th Floor
              New York, New York 10020
              (212) 763-5000

          *Attorneys for Plaintiffs*