UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, ET AL.<br><br>       Plaintiffs,<br><br> -against-<br><br>THE CITY OF NEW YORK, ET AL.<br><br>       Defendants. | Case No. 11-cv-5845 (LTS) |

**DECLARATION OF MARY LYNNE WERLWAS
IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AND
APPLICATION FOR APPOINTMENT OF A RECEIVER**

  Mary Lynne Werlwas, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

  1. I am an attorney licensed to practice law in the State of New York and admitted to practice in this Court. I am Director of the Prisoners' Rights Project at The Legal Aid Society, counsel for the Plaintiff Class in this case.

  2. Attached hereto as exhibits are true and correct copies of the following documents in further support of Plaintiffs' Motion for Contempt and Application for Appointment of a Receiver:

| Ex. | UOF & COD Incidents & Related Materials | Filed Under Seal |
|---|---|---|
| 152 | Excerpts from CMS Preliminary Review Reports for February and March 2024 | No |

| Ex. | DOC Material | Filed under seal |
|---|---|---|
| 153 | Office of Labor Relations, Verified Answer, January 4, 2016 | No |
| 154 | DOC's First Compliance Report, March 30, 2016 | Yes |

| | | |
|---|---|---|
| 155 | Index of NCU's COD Assessments as of March 29, 2024 | No |
| 156 | NCU's COD Assessments from 2023 and 2024 | Yes |
| 157 | Index of NCU Security Audits as of March 29, 2024 | No |
| 158 | NCU Security Audit: 2023.10.19 RMSC Building 1 | Yes |
| 159 | NCU Security Audit: 2023.11.13 RNDC 2LS | Yes |
| 160 | NCU Security Audit: 2023.12.13 RNDC 2LN | Yes |
| 161 | NCU Security Audit: 2023.12.15 OBCC 5 South West | Yes |
| 162 | NCU Security Audit: 2023.12.17 GRVC 7A | Yes |
| 163 | NCU Security Audit: 2024.01.02 RNDC 5LN | Yes |
| 164 | NCU Security Audit: 2024.01.17 GRVC 4B | Yes |
| 165 | NCU Security Audit: 2024.02.05 GRVC 3A | Yes |
| 166 | NCU Security Audit: Combined 2023.10.03 GRVC 5B and 2023.11.24 GRVC 10B | Yes |
| 167 | NCU Security Audit: Combined 2024.01.16 RNDC 6CN and 2024.01.18 OBCC 8 Lower | Yes |
| 168 | NCU Security Audit: Combined 2024.02.01 OBCC 7 Upper and 2024.02.07 RNDC 2US | Yes |
| 169 | NCU Security Audit: Combined 2024.02.15 OBCC 7 Lower and 2024.02.15 RNDC 2CN | Yes |
| 170 | May 22, 2024 Email from City counsel regarding Proposed COBA Contract | No |

| Ex. | Declarations | Filed Under Seal |
|---|---|---|
| 171 | Declaration of Donald Specter dated May 14, 2024 | No |
| 172 | Declaration of Earl Dunlap dated May 23, 2024 | No |
| 173 | Declaration of Gary Raney dated May 26, 2024 | No |

3. Plaintiffs are filing Exhibits 154, 156, 158-169 under seal pursuant to the operative protective order in this matter and Defendants' position that they be filed under seal.

4. The following documents have been assigned an exhibit number, are incorporated as exhibits to my declaration, and are available at the docket entries below in the docket for this matter.

| Ex. | Hearing Transcripts | Dkt. |
|---|---|---|
| 174 | Transcript of Dec. 14, 2023 Status Conference | 660 |
| **Ex.** | **Monitor's Filings** | **Dkt.** |
| 175 | Special Report by the *Nunez* Independent Monitor, Nov. 30, 2023 | 616 |
| 176 | Letter from the Office of the Monitor to the Court, Dec. 8, 2023 | 639 |
| 177 | Status Report by the *Nunez* Independent Monitor, Dec. 22, 2023 | 666 |
| 178 | Letter from the Office of the Monitor to the Court regarding Court's Dec. 20, 2023 Order, Feb. 26, 2024 | 679 |
| 179 | Status Report by the *Nunez* Independent Monitor, Apr. 18, 2024 | 706 |
| 180 | Status Report by the *Nunez* Independent Monitor, May 24, 2024 | 712 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2024
New York, New York

/s/ Mary Lynne Werlwas
Mary Lynne Werlwas