# EXHIBIT 152

CMS Preliminary Reviews for February 2024 (UOF 6638/23)

Investigator's Justification for Determination: UOF #:6638-23

Facility: RESH

Synopsis:

On December 13, 2023, at approximately 1422 hours, in RESH Building 10 Housing Area, PIC ▮▮▮▮▮ Enhanced Restraint PIC, was involved in a Use of Force (UOF) with Officer ▮▮▮▮▮ and ▮▮▮▮▮. Prior to the UOF, PIC ▮▮▮▮▮ was observed being escorted out of his cell and down the stairs by Officers ▮▮▮▮▮ at 14:22:03). Upon arriving at bottom of the staircase, PIC ▮▮▮▮▮ attempted to pull away from Officer ▮▮▮▮▮ at 14:22:28). Officer ▮▮▮▮▮ then re-affirmed his hold on PIC ▮▮▮▮▮ arms and swung him into the wall (▮▮▮▮▮ at 14:22:29 - note: the PIC's face hit the wall as a result of the movement). Officer ▮▮▮▮▮ then placed his forearm on PIC ▮▮▮▮▮'s upper shoulder blade area/neck area and pushed him up against the staircase door/gate as his face made contact with the door (▮▮▮▮▮ at 14:22:30). After which time, Officer ▮▮▮▮▮ grabbed and held PIC ▮▮▮▮▮ right arm (▮▮▮▮▮ at 14:22:34). ADW ▮▮▮▮▮ along with Captains ▮▮▮▮▮ and ▮▮▮▮▮ responded to the area with additional officers. The responding officers then relinquished Officer ▮▮▮▮▮ of escorting duties. PIC ▮▮▮▮▮ was escorted to the RESH Intake where he was secured in cell #1, terminating the incident (▮▮▮▮▮ at 14:25:23).

Photographic Evidence

The facility provided one (1) profile photo of PIC ▮▮▮▮▮ inside a cell, denoting refusal.

Video evidence:

The following video evidence was reviewed for 12/13/2023 from 1330 - 1630 hours and depicted the incident as narrated above.

The investigator and supervisor verified that there was no Handheld Video evidence associated with this incident.

Staff/PIC injuries:

Injury to Inmate Report, FY24/756 noted on December 13, 2023, at 1450 hours, PIC ▮▮▮ was produced for prompt medical attention. The treating physician noted PIC ▮▮▮ complained of pain to both his wrists and right knee and provided pain medication. Additionally, PIC ▮▮▮ had no visible injuries and was afforded an X-ray.

As per CHS Injury Report, on December 13, 2023, PIC ▮▮▮ sustained no serious injury.

Accuracy of UOF classification:

The UOF classification will be further assessed in the Full-ID investigation.

A Brief Summary of PIC statements:

PIC ▮▮▮ refused to provide a written statement to the facility.

On December 13, 2023, PIC ▮▮▮ stated to the Officer of Constituent and Grievance Services "Upon escorting me to program lockout around 2:15 PM on Wednesday, December 13, 2023, I was assaulted by Officer ▮▮▮ because of mentioning to him that the handcuffs were too tight against my wrist, he further proceeded to folding my hands in an awkward position while pushing me down the stairs. He also whispered to me in the process that he hated Jewish people and smashed my head into the wall several times and continued to fold my wrist while pushing me up against the wall. I definitely need this incident to be investigated properly and further measures be taken to ensure the safety of inmates.

On December 13, 2023, PIC ▮▮▮ provided a second statement to the Office of Constituent and Grievances Services stating "No cameras were used in the process of escorting me downstairs for program. I was then taken to the clinic for medical assistance to further observe my injury. My knee is bruised and swollen, my back is in extreme pain in addition to my head and facial area affecting me presently because of the banging of my head in the wall several times and my shoulder now in continuous pain from my most recent recovery from November 25th. Upon returning to my cell after being seen by the doctor I also noticed that my big toe is in pain with a broken toenail on my right foot. I am looking forward to an investigation being done in regard to this incident. I also need to know why was I attacked in such a way while being told that I was hated, I honestly feel assaulted and disrespected, victimized and threatened. I no longer feel safe in this facility. I am certainly in fear for my safety."

On January 17, 2023, at approximately 1900-1930 hours, Investigators ▮▮▮ dispatched to RESH Building 14 to conduct an interview with PIC ▮▮▮. When asked if

he would like to provide a statement regarding a UOF that he was involved in on December 13, 2023, in RESH Building 10, PIC ▮▮▮ stated "I got copies of two statements that I gave the Officer of Constituent and Grievance Services about the incident. Y'all can use those statements for the investigation."

Staff reports:

Staff reports will be further assessed in the Full-ID investigation.

Facility Rapid Review:

The Rapid Review conducted by Deputy Warden ▮▮▮ noted that the incident was unavoidable with no procedural errors or painful escort holds observed. In addition, the facility noted that staff did not have BWC due to no backings.

Conclusion:

Based on the evidence cited above, it is recommended that this be referred for a Full-ID investigation due to Officer ▮▮▮ swinging PIC ▮▮▮ into the wall, resulting in his head/face hitting the wall.  As well as to address the allegations the PIC made to the Office of Constituent and Grievances Services.

CMS Preliminary Reviews for February 2024 (UOF 6946/23)

Investigator's Justification for Determination: UOF #: U6946-23

Facility: RESH

Synopsis:

On December 30, 2023, at approximately 1405 hours, inside RESH 16 Building, Persons in Custody (PIC) ▮▮▮▮ were involved in a Use of Force with Captain ▮▮▮ Captain ▮▮▮ Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮; Officer ▮▮▮. Prior to the UOF, staff were conducting an institutional lock out. PIC ▮▮ was observed exiting his cell (▮▮ and immediately walking around staff to prevent being pat frisked (▮▮ at 14:01:55- note: the PIC was also observed with a bin top in his right hand). PIC ▮▮ proceeded to run toward the shower area after which he paced between staff members while appearing to speak aggressively to staff ▮▮ at 14:02:04). Captains ▮▮▮ and multiple officers were observed communicating with PIC ▮▮. Additional staff began responding to the house as PICs ▮▮▮, and other PICs joined PIC ▮▮ in his noncompliance (▮▮ at 14:04:12- note: the PICs were observed covering their faces). Shortly after, Captain ▮▮ along with Officers ▮▮▮ deployed chemical agents towards PIC ▮▮ facial area and the other PICs in the vicinity (▮▮ at 14:05:25 - note: staff were observed utilizing MK-9 applications on multiple PIC in the area) As the PICs retreated into the rear of the housing area, PICs ▮▮▮ began advancing towards staff utilizing plastic bags for protections; in response, Officers ▮▮ and to deploy multiple bursts of chemical agents towards their facial areas (▮▮ at 14:05:43 -14:05:45. After which time, staff began securing all PICs in restraints in different parts of the housing area. PIC ▮▮▮ was observed being grabbed by Officer ▮▮ and brought down to the floor with the assistance of Officer ▮▮▮ 14:05:34). Once secured in restraints, PIC ▮▮▮ was assisted to his feet and began walking towards the exit of the house (▮▮ at 14:06:05).

Without warning, PIC ▇ made a spitting motion towards Officer ▇ facial area (▇ at 14:06:07). As a result, Officer ▇ struck PIC ▇ in his facial area three times with a closed fist punch and then secured him to the floor with Officer ▇ at 14:06:08). While on the floor, Captain ▇ walked up to PIC ▇ and deployed a quick burst of chemical agents towards his facial area ▇ at 14:06:13- note: the chemical agent application was immediately in front of the PIC's face). PIC ▇ was then assisted to his feet and escorted out of the area. Moments prior, PICs ▇ were observed walking into the corner in front of cells ▇ ▇ at 14:05:38). Officer ▇ then deployed multiple bursts of chemical agents towards PICs ▇ at 14:05:46 - 14:05:51). Officer ▇ proceeded to grab remove the bag from PIC ▇ ' head ▇ at 14:05:51). Officer ▇ then grabbed PIC ▇ by his arm and turned him over onto his stomach (▇ 14:05:55). As per Officer ▇ UOF Report, Officer ▇ gave PIC ▇ a direct order to get on the floor and place his hands behind his back, to which he refused. Simultaneously, Officer ▇ deployed chemical agents towards PIC ▇ and secured him to the floor by employing an improper takedown, as well as escorted him out of the area ▇ 14:05:50). Officers ▇ began attempting to secure the PIC ▇ ▇ in restraints however, PIC ▇ continued to twist and turn and kick his feet ▇ at 14:05:58 - 14:07:30). Moments later, after PIC ▇ ceased his aggression, staff assisted him to his feet and escorted him out of the area. In addition, Officer ▇ was observed pushing the back of PIC ▇ head after securing him in restraints and escorting him out of the area ▇ at 14:07:26). After which time, staff secured PICs ▇ in restraints and escorted them to the RESH Intake/Clinic. Staff escorted additional PICs who were exposed to the (OC) but not involved in the UOF to the RESH Intake initially, and then back to their housing area where they were secured, terminating the incident. The remaining PICs were afforded a decontamination shower and medical attention before being secured in the intake or secured in their housing areas, terminating the incident. Lastly, while awaiting medical attention/intake PIC ▇ was observed falling to the floor, requiring Officer ▇ and the escorting Officer to re-affirm their hold on his arms and assist him to his feet ▇ ▇ at 14:28:02) ▇ at 20:25).

Note: the following violations were observed

-     Officer ▇ utilized an improper take down while securing PIC ▇ to the floor ▇ at 14:05:51).

-    Officer ▇▇▇ struck PIC ▇▇▇ in his facial area three times with a closed fist punch (▇▇ at 14:06:08).
-    Captain ▇▇▇ walked up to PIC ▇▇▇ and deployed a quick burst of chemical agents towards his facial area ▇▇ 14:06:13- note: the chemical agent application was immediately in front of the PIC's face).

Photographic Evidence

The facility provided (1) one photograph of PICs ▇▇▇ denoting refusal.

The facility provided (2) two photographs of PICs ▇▇▇ covering the front and right profile angle.

The facility provided (1) one photograph of PIC ▇▇ covering the right profile angle.

Video Evidence:

The following video evidence was reviewed for December 30, 2023, from 1305 to 1505 and depicted the incident as narrated above:

Genetec angles:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇

Body Worn Camera (BWC):

▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

The investigator and supervisor reviewed the Genetec, handheld and body camera footage and verified that there was no further video evidence associated with this incident.

Staff/PIC Injuries:

Injury to Inmate Report, FY24/806 noted that on December 30, 2023, at 1415 hours, PIC ▮▮▮▮▮▮▮▮ was produced for prompt medical attention, and the PIC accepted medical evaluation. There were no visible injuries noted. The PIC was advised to shower and to change clothes.

Injury to Inmate Report, FY24/807 noted that on December 30, 2023, at 1420 hours, PIC ▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/808 noted that on December 30, 2023, at 1430 hours, PIC ▮▮▮▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/809 noted that on December 30, 2023, at 1434 hours, PIC ▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/810 noted that on December 30, 2023, at 1434 hours, PIC ▮▮▮▮▮▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/811 noted that on December 30, 2023, at 1439 hours, PIC ▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/812 noted that on December 30, 2023, at 1640 hours, PIC ▮▮▮▮ was produced for prompt medical attention, and the PIC accepted medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/813 noted that on December 30, 2023, at 1445 hours, PIC ▮▮▮▮ was produced for prompt medical attention, and the PIC refused medical evaluation. There were no visible injuries noted.

Injury to Inmate Report, FY24/814 noted that on December 30, 2023, at 1650 hours, PIC ▮▮▮▮▮▮▮▮▮▮ was produced for prompt medical attention, and the PIC accepted medical evaluation. There were no visible injuries noted, however, the PIC reported losing his hearing aid.

There were no reported staff injuries by COD or the facility.

Accuracy of UOF Classification:

The Full-ID Investigation will determine the accuracy of the injury classification

Brief Summary of PIC Statements:

On December 30, 2023, PICs ▇▇▇ refused to provide a statement to the facility.

On December 30, 2023, COI ▇▇▇ and Investigator ▇▇▇ to RESH to conduct an interview with PIC ▇▇▇. PIC ▇▇▇ stated "A level "B" was called in the housing area, security and other officers came rushing in. They asked every single inmate to return to their cell and little by little, we all went back to our cells. Officer ▇▇▇ gave me direct orders to get on the ground but then I got on the wall. Next, I was slammed in the floor by Officer ▇▇▇ and placed in handcuffs and sprayed directly in the face. He then picked me up and hit me with a closed fist in my face area multiple times hard enough. This happened by cell ▇▇▇ in Housing Area 16 lower. I was denied seeing medical and got placed back in my cell and afforded no shower at the moment. I got multiple bruises on different parts of my body, both hands and left knee are in a lot of pain (whole body hurts). I was placed back in level 1 housing supervision with no infraction. Only have 4 days left to GP and currently placed back in level 1. Everyone was refused medical due to officers telling us the doctor was not present at the time, so we had to go back to our cells. Everything is recorded and clearly can be watched."

The PIC signed the HIPPA form.

Staff Reports:

All staff reports will be furthered reviewed in the Full-ID investigation.

Captain ▇▇▇ utilized chemical agents towards PIC ▇▇▇ facial area however, failed to mention this in her UOF Report (▇▇▇ at 14:06:13).

Officer ▇▇▇ pushed the back of PIC ▇▇▇ head after securing him in restraints and escorting him out of the area however, failed to mention this force in his UOF Report (▇▇▇ at 14:07:26).

Captain ▇▇▇ Officer ▇▇▇ mentioned the deployment of chemical agents towards PIC ▇▇▇ facial area by Captain ▇▇▇

Facility Rapid Review:

The Rapid Review conducted by Acting Warden (AW) ▇▇▇ who noted that the incident was unavoidable with no painful escort techniques noted. The facility recommended the following corrective actions for violations observed committed by staff:

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining. In addition, the officer was observed utilizing impermissible strikes to the PIC's (▮) facial area as a result the officer will be made the subject of a MOC and no inmate contact. The facility generated the MOC and as of February 6, 2024, it is pending Deputy Warden approval.

- Officer ▮ was in violation of the Chemical Agents Directive; as a result, staff will be made the subject of chemical agents retraining.

- Captain ▮ failed to supervise staff during the incident in which the following procedural violation were observed: PICs were observed congregating in the shower area, and PICs were observed coming out of cells with unauthorized items.

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining.

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining.

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining. staff was also observed utilizing improper take down techniques as a result staff will be made the subject of UOF retraining.

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining.

- Officer ▮ was in violation of the Chemical Agents Directive as a result staff will be made the subject of chemical agents retraining.

Conclusion:

Based on the evidence cited above, it is recommended that this case be referred to Full-ID due to the head strikes used by Officer ▮ and additional staff violations observed during the Use of Force.

CMS Preliminary Reviews for March 2024 (UOF 0726/24)

Investigator's Justification for Determination: UOF #: 0726/24

Facility: NIC

Synopsis:

On February 6th, 2024, at approximately 0117 hours in NIC 5S, PIC ▮▮▮▮▮▮ was involved in a UOF with DOC staff. PIC ▮▮▮ was involved in a verbal altercation with Captain ▮▮▮▮ in housing area 5s. PIC ▮▮▮ was observed pointing his finger at Captain ▮▮▮▮ facial area (▮ at 01:17.43). PIC ▮▮▮ refused to back to his bed Captain ▮▮▮▮ then deployed one application of chemical agent to PIC ▮▮▮ s face under a distance of three feet ▮ at 01:17:45). Captain ▮▮▮ grabbed PIC ▮▮▮ by the torso and Officer ▮▮▮▮ then assisted. Both staff members took PIC ▮▮▮ to the ground and secured him in restraints (▮ at 01:17:47). The probe team then came in, lifted PIC ▮▮▮ from the floor and removed PIC ▮▮▮ from the housing area then escorted him to the intake where he was secured inside of the decontamination pen (▮▮▮▮▮▮▮▮▮▮▮ ▮:28:00). PIC ▮▮▮ was then escorted out of the intake and secured in 5 North, terminating the incident (▮▮▮▮▮▮▮▮

Note: Partial view of PIC ▮▮▮ being taken down to the floor was obstructed by the plastic bags on the floor.

*According to staff reports PIC ▮▮▮ was demanding that he be transferred to another jail. According to staff reports, PIC ▮▮▮ then began threatening Capt. ▮▮▮ and put his finger in Capt. ▮▮▮▮▮▮ 01:17:00).

Photographic Evidence:

The facility provided (1) one photo (refusal) of PIC ▮▮▮

Video Evidence:

The following video evidence was reviewed for February 6th, 2024, from 0100 hours to 0200 hours and depicted the incident as narrated above:

Genetec:

▮

▮▮▮▮▮▮

Corridors:

███████████████████████

Intake:

███

███

███████████████████████

███████████████████████

Handheld:

█████████████████

██████████████

██████████████

████████████

Staff/PIC Injuries:

Injury to Inmate Report, FY24/401 noted on February 6th, 2024, at 0310 hours PIC ████ was produced for prompt medical attention. The report also noted no visible injuries.

There were no reported staff injuries by COD or the facility.

Accuracy of UOF Classification:

This incident was accurately classified as a "C" use of force as there were no reported staff injuries due to the UOF.

Brief Summary of PIC Statements:

On February 6th, 2024, PIC ████ refused to provide a statement to the facility, nor were any statements made to medical staff while being examined.

The Investigation Division determined that PIC interviews were necessary as the incident was not captured in its entirety on video surveillance. Investigators ████████ ████████ reported to OBCC on 3/7/24 to conduct an interview with PIC ████ PIC ████ provided a statement about UOF #0726/24. PIC ████ stated he wanted to leave 5S because everybody there was old and sick. He then stated he got into an argument with the captain about moving to a different house when he was sprayed in his face and slammed on the ground. PIC ████ stated he hit his face on the ground when they took

him down. PIC ▇ stated he was then taken downstairs to intake. PIC ▇ denied having any injuries.

Staff Reports:

All staff reports were reviewed and were consistent with the video evidence and each other.

Facility Rapid Review:

The Rapid Review conducted by DW ▇ noted that the incident was unavoidable; however, it recommended a Command Discipline for Capt. ▇ for the following: "Captain ▇ will be made the subject of a command discipline as he failed to activate a BWC and he was observed utilizing chemical agents at a distance of less than three feet."

Per CMS, a Command Discipline was generated on February 7th, 2024, for Captain ▇. The status of the CD is currently closed. it should be noted that the MOS has been found guilty of four (4) schedule D or E violations (2 combined ▇ ▇ Per policy, the Command Discipline for the mentioned incident will be referred to MOC.

Department CD Log Number: ▇

Command CD Log Number: ▇

Hearing Officer: ▇

Conclusion:

Based on the evidence cited above, it is recommended that this case be sent to full ID for further investigation. PIC ▇ alleged that he was slammed when taken to the ground. The incident was not entirely captured on video.