UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

  -v-                                                          No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

       Defendants.

-------------------------------------------------------x

## Order

The Court has received and reviewed the motion, filed by Plaintiffs, for contempt and for appointment of a receiver (docket entry no. 601 (the "Motion")), as well as the submissions in support of the Motion (docket entry nos. 602, 603, 304, 605, 606, 608, 609, 716, 717, 719, 720, 722, 723).  The Court has also received and reviewed Defendants' response in opposition to the motion (docket entry no. 688) and accompanying submissions (docket entry nos. 689, 690, 691, 691, 692).

The parties have been directed to submit a joint status report on **July 2, 2024**, at the end of the meet and confer period running from **May 31, 2024, to July 2, 2024**.  (Docket entry no. 700.)  In that joint status report, the parties are hereby directed to provide specific answers to the following questions:

- What issues raised in the Motion have the parties resolved without Court intervention;

- What material facts—identified in Plaintiffs' Proposed Findings of Fact (docket entry nos. 605, 610), Defendants' Response to Plaintiffs' Proposed Findings of Fact (docket entry no. 690), Defendants' Proposed Findings of Fact (docket entry no. 692), Plaintiffs' Response to Defendants' Proposed Findings of Fact (docket entry no. 720), or Plaintiffs' Supplemental Findings of Fact (docket entry nos. 719, 723)—remain in dispute;

- What, if any, further proceedings are required to address any material disputed issues of fact, and the amount of time required for such proceedings; and

- What, if any, additional proceedings before the Court are necessary to resolve the Motion?

The next status conference in this matter is currently scheduled for **July 9, 2024, at 2:00 p.m.**

       SO ORDERED.

Dated: June 6, 2024  
       New York, New York

                                /s/ Laura Taylor Swain  
                              Laura Taylor Swain  
                              Chief United States District Judge