AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Nunez, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-cv-05845 (LTS) |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant New York City Department of Correction                                          .

Date:      06/07/2024

/s/ Andrew J. Levander
*Attorney's signature*

Andrew J. Levander
*Printed name and bar number*

Dechert LLP
3 Bryant Park 1095 Ave. of the Americas
New York, NY 10036
*Address*

andrew.levander@dechert.com
*E-mail address*

(212) 698-3500
*Telephone number*

(212) 698-3599
*FAX number*