# **MEMO ENDORSED**



| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | OMAR J. SIDDIQI<br>Senior Counsel<br>phone: (212) 356-2345<br>fax: (212) 356-3509<br>osdidiqi@law.nyc.gov |

July 1, 2024

**BY ECF**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The foregoing request is granted. The parties are hereby directed to file their joint status report, including the sealed documents, by 12:00 p.m. on July 3, 2024. The parties are also directed to file public documents by July 8, 2024, at 12:00 p.m. DE 736 resolved. SO ORDERED.
> 7/1/24
> /s/ Laura Taylor Swain, Chief USDJ

Re: *Nunez v. City, et al.*
11 Civ. 5845 (LTS)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. The parties write jointly to respectfully request that the Court extend their time to file a status report from July 2, 2024 to July 3, 2024; the Monitoring Team endorses the instant request.

By way of background, the parties have made strides in working together to accomplish the tasks outlined in its Court Order dated June 6, 2024. The short requested extension will allow the parties to continue the productive meet and confers they have been engaged in for the last few weeks in a way that will allow them to meaningfully comply with the Court's Order. Further, the parties anticipate that certain documents will need to be filed under seal because they include materials previously filed under seal in this case. Given the impact of the upcoming holiday on the availability of support staff, we request that the Court permit us to file the sealed documents on July 3, and then the public documents by July 8.

The parties thank the Court for its consideration of the instant application.

Respectfully submitted,

*Omar J. Siddiqi*
Senior Counsel

cc:  **BY ECF**
All Counsel of Record