| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | MONDAIRE JONES<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>NICK BOURLAND<br>HANNAH BRUDNEY<br>DANIEL M. EISENBERG<br>ARIADNE M. ELLSWORTH<br>SARA LUZ ESTELA<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>SARAH MAC DOUGALL<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER<br>RACHAEL WYANT |

July 3, 2024

**By ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: *Nunez v. City of New York,* 11 Civ. 5845 (LTS)

Dear Judge Swain:

We write on behalf of the Plaintiff Class. Pursuant to Your Honor's July 1, 2024 Order, Dkt. 741, Plaintiffs are filing the following materials under seal:

1. Exhibit A- Plaintiffs' Revised Proposed Findings of Fact
2. Exhibit B- Chart of Outstanding Disputes regarding Plaintiffs' Findings of Fact

These materials discuss content that this Court already determined should be filed under seal in earlier briefing. Dkts. 613, 734. On July 8, 2024, Plaintiffs will file redacted versions of these materials publicly.

  Respectfully submitted,

/s/                   /s/

Mary Lynne Werlwas          Debra L. Greenberger
Kayla Simpson            Jonathan Abady
Katherine Haas            Vasudha Talla
Sophia Gebreselassie          Sana Mayat
THE LEGAL AID SOCIETY       EMERY CELLI BRINCKERHOFF
PRISONERS' RIGHTS PROJECT     ABADY WARD & MAAZEL LLP

Counsel for Plaintiff Class         Counsel for Plaintiff Class