UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARK NUNEZ, et al.,

                Plaintiff,

        -v-

CITY OF NEW YORK, et al.,

                Defendants.

No. 11-CV-5845-LTS

-------------------------------------------------------------------------

## ORDER

A conference in this matter is scheduled to occur on **July 9, 2024,** at **2:00 p.m.**, as an **in-person conference** in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY.  In order to guarantee sufficient public access to the conference, Courtroom 20C will be made available as an overflow courtroom with a live video feed. Additionally, the public may access the audio feed of the hearing by calling **888-363-4734** and using access code **1527005#** and security code **4999#**.  All of those accessing the hearing, whether in person or by telephone or video feed, are reminded that recording or rebroadcasting of the proceeding is prohibited.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Plaintiffs' counsel, the office of the Corporation Counsel, counsel for the United States, and the Monitoring Team must each identify **two representatives** who will be present at counsel table and exercise speaking roles at the conference, and by **July 8, 2024,** at **12:00 p.m.**,

email the names and contact information of those representatives to SwainNYSDcorresp@nysd.uscourts.gov.  Additional representatives of the parties and the Monitoring Team may also attend the conference and be called upon as necessary.

SO ORDERED.

Dated: July 3, 2024  
      New York New York

    /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
Chief United States District Judge