UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARK NUNEZ, et al.,

  -v-                                             No. 11-CV-5845-LTS

CITY OF NEW YORK, et al.,                 AMENDED ORDER REGARDING
                                                     LOCATION OF OVERFLOW ROOM

          Defendants.

-------------------------------------------------------x

          A conference in this matter is scheduled to occur today, July 9, 2024, at 2:00 p.m. in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY. The public is advised that the overflow room to access the proceedings will be held in the Daniel Patrick Moynihan Courthouse, **Room 6A** rather than Courtroom 20C, as indicated in the Court's previous Oder (docket entry no. 746). Additionally, the public may access the audio feed of the hearing by calling **888-363-4734** and using access code **1527005#** and security code **4999#**. A ll of those accessing the hearing, whether in person or by telephone or video feed, are reminded that recording or rebroadcasting of the proceeding is prohibited. See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021). Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

          SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
        July 9, 2024                              LAURA TAYLOR SWAIN
                                                      Chief United States District Judge