UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK NUNEZ, et al.,

                Plaintiff,                                No. 11-CV-5845-LTS

      -v-

CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------------X

ORDER

        The Court will hear oral arguments on Plaintiffs' pending motion for contempt on **September 25, 2024, at 2:30 pm**, in courtroom 17C. Plaintiffs and Defendants shall each be allotted a total of 40 minutes to argue the contempt aspect of the motion only. The parties' positions as to remedies will be addressed after the resolution of the issue of contempt.

        Defendants are directed to disclose their supplemental proposed findings of fact to Plaintiffs and the Monitoring Team by **August 23, 2024.** After meeting and conferring, the parties are directed to file a joint status report, outlining their positions on the supplemental proposed findings of fact, by **September 13, 2024, at 12:00 p.m.** The parties are directed to file a proposed agenda of speakers, specifying the speaking order and allotted time, by **September 24, 2024, at 12:00 p.m.**

        SO ORDERED.

Dated: July 11, 2024                                          /s/ Laura Taylor Swain
       New York New York                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge