**MEMO ENDORSED**



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**OMAR SIDDIQI**
*Senior Counsel*
Phone: 212-356-2662
markhan@law.nyc.gov

July 12, 2024

**BY ECF**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nunez v. City of New York, et al.*, 11 Civ. 05845 (LTS)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel for the City of New York, and the attorney assigned to the above-referenced matter. The parties write jointly to respectfully request that the Court extend their time to file a Joint Revised Findings of Fact ("JRFF") from July 16, 2024, to July 19, 2024.

By way of background, on July 9, 2024, the parties appeared for a status conference. During the conference, the Court encouraged the parties to see if they could reach a stipulation with regard to defendants' fact objections that have been characterized as objections to Monitor Opinions.

Today, the parties reached a stipulation to address that objection. The parties believe that considering the agreement, the number of outstanding disputes relating to Plaintiffs proposed finding of facts will be significantly reduced. Because the stipulation implicates nearly two-hundred proposed findings of fact, defendants require additional time to review and revise their objections in light of the stipulation. The parties respectfully request a brief extension until July 19, 2024, to submit revised findings of fact to the Court; the requested extension will allow defendants to review their objections, confer with plaintiffs regarding any outstanding issues, and thereafter work with plaintiffs on the joint filing.

Defendants thank the Court for its attention to this matter.

Sincerely,

/s/ *Omar J. Siddiqi*

Omar Siddiqi
Senior Counsel

cc:     ALL COUNSEL (via ECF)

The foregoing request is granted. DE 753 resolved.
SO ORDERED.
7/16/24
/s/ Laura Taylor Swain, Chief USDJ