JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT

July 30, 2024

**By ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:     *Nunez v. City of New York,* 11 Civ. 5845 (LTS)

Dear Judge Swain:

We write on behalf of the Plaintiff Class. Pursuant to Your Honor's July 19, 2024 Order, Dkt. 757, Plaintiffs are filing the following materials under seal:

1. Exhibit A- Plaintiffs' Revised Proposed Findings of Fact, updated July 30, 2024
2. Exhibit D- Plaintiffs' Supplemental Proposed Findings of Fact, updated July 30, 2024

These materials discuss content that this Court already determined should be filed under seal in earlier briefing. Dkts. 613, 734.

      Respectfully submitted,

/s/                              /s/

Mary Lynne Werlwas                Debra L. Greenberger
Kayla Simpson                     Jonathan Abady
Katherine Haas                    Vasudha Talla
Sophia Gebreselassie              Sana Mayat
THE LEGAL AID SOCIETY             EMERY CELLI BRINCKERHOFF
PRISONERS' RIGHTS PROJECT         ABADY WARD & MAAZEL LLP

Counsel for Plaintiff Class       Counsel for Plaintiff Class