UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
MARK NUNEZ, et al., :
:
                Plaintiff, :      11-CV-5845-LTS
:
     -v- :      ORDER
:
CITY OF NEW YORK, et al., :
:
             Defendants. X

-------------------------------------------------------------------

      Oral argument in this matter is scheduled to occur on **September 25, 2024,** at **2:30 p.m.**, as an **in-person conference** in Courtroom 17C of the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, NY, NY. In order to guarantee sufficient public access to the conference, Courtroom 23B will be made available as an overflow courtroom with a live video feed. Additionally, the public may access the audio feed of the hearing by calling **888-363-4734** and using access code **1527005#** and security code **4999#**. All of those accessing the hearing, whether in person or by telephone or video feed, are reminded that recording or rebroadcasting of the proceeding is prohibited. See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021). Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

  SO ORDERED.

Dated: September 23, 2024                                            /s/ Laura Taylor Swain
       New York New York                                    LAURA TAYLOR SWAIN
                                                            Chief United States District Judge