**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

October 08, 2024

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain,

  We write to respectfully request a two-day extension for the Monitor to file a status report with the parties' positions on the questions outlined in the Court's September 26, 2024 Order (dkt. 779). The Monitoring Team is actively engaging with the Parties on these matters and has scheduled numerous meetings to further discuss these topics. The two-day extension is necessary to permit some additional time for the Parties to meet. Accordingly, the Monitoring Team respectfully requests the Court grant a two-day extension to file the status report from November 12, 2024 to November 14, 2024. All parties consent to this request.

  We appreciate the Court's attention to this matter.

  Sincerely,

    s/ Steve J. Martin
    Steve J. Martin, *Monitor*
    Anna E. Friedberg, *Deputy Monitor*