UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARK NUNEZ, *et al.*,

                Plaintiffs,

      -against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.
-------------------------------------------------------------------- x

Case No.: 11-cv-05845 (LTS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Glenn Greenberg of the law firm of Robinson & Cole LLP hereby appears in the above-captioned action as counsel of record for class member Ronald Colson, an interested party, solely as it pertains to *Colson v. Mingo, et al.*, 18-cv-02765 (JGLC).

      I certify that I am admitted to practice in this Court.

Dated: Astoria, New York
       October 15, 2024

Respectfully submitted,

By:   /s/ *Glenn Greenberg*
      Glenn Greenberg
      Robinson & Cole LLP
      666 Third Ave., 20th Floor
      New York, NY 10017
      Tel: (212) 451-2900
      Email: ggreenberg@rc.com

*Attorneys for Ronald Colson, Interested Party*

cc: All Counsel of Record (*via* ECF)