UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

      Plaintiff,

-v-                                                  No. 11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

      Defendants.

-------------------------------------------------------x

## Order

The Court is in receipt of the letter from Plaintiff's counsel in Colson v. Mingo, et al., No. 18-CV-2765-JGLC (S.D.N.Y.) ("Colson"), submitted in the above-captioned action "to inform the Court of [their] intention to call the Deputy Monitor, Anna Friedberg, as a witness" in Colson and to explain their position that the Consent Judgment (docket entry no. 249) in the above-captioned action does not bar her from testifying without specific approval from the judge presiding in this case. (Docket entry no. 785 (the "Colson Letter").) To avoid any doubt regarding the interpretation of the Consent Judgment, the Court hereby clarifies that all of the restrictions on the Monitor that are outlined in the Consent Judgment (including, but not limited to, section XX, paragraph 28 thereof) also bind the Deputy Monitor and the Monitoring Team staff. The Court does not authorize Ms. Friedberg to testify in Colson. The Office of the Corporation Counsel is directed to file a copy of this order on the Colson docket by **October 18, 2024**.

      SO ORDERED.

Dated: October 15, 2024                                       /s/ Laura Taylor Swain
       New York, New York                          Laura Taylor Swain
                                                        Chief United States District Judge