UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MARK NUNEZ, et al.,

                              Plaintiffs,          **DECLARATION OF
                                                    ALAN H. SCHEINER**

-against-

CITY OF NEW YORK, et al.,

                              Defendants.          11 Civ. 5845 (LTS)(JCF)

----------------------------------- x

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

-against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF CORRECTION,

                              Defendants.

------------------------------------------------------------------------- x

STATE OF NEW YORK       )
                                          :SS:
COUNTY OF QUEENS        )


    **ALAN H. SCHEINER,** declares pursuant to 28 U.S.C. Code §1746 under penalty of perjury that the following is true and correct:

    1.    I am a Senior Counsel in the Office of the Acting Corporation Counsel, Muriel Goode-Trufant, assigned to the defense of the above captioned matter. As such I am familiar with the matters presented herein.

1

2.      Submitted herewith as Exhibit A to this Declaration is a true and correct copy of

the Confidentiality Agreement dated April 13, 2016, entered into by the court-appointed Monitor

Steve J. Martin in this action.

Dated:          New York, New York
                October 30, 2024


                                        MURIEL GOODE-TRUFANT
                                        Acting Corporation Counsel of the
                                         City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 3-177
                                        New York, New York 10007
                                        (212) 356-2344


                            By:     _Alan H. Scheiner_ /s/
                                    _____
                                    ALAN H. SCHEINER
                                    Senior Counsel