**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

November 13, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to provide a status update on the work the Monitoring Team has engaged in with the Parties regarding potential remedial proposals pursuant to the Court's September 26, 2024 Order (dkt. 779).

The Monitoring Team and the Parties have been actively engaged since the Court issued its order. The Monitoring Team has communicated with representatives of the Parties multiple times each week since the order was issued. The Monitoring Team first met with representatives of the Parties separately and then subsequently convened four meetings with all of the Parties present. These communications included sharing information to better understand the Parties' positions on potential remedial proposals along with clarifying questions and feedback on areas that may require further development. The meetings have focused on addressing the functionality of the potential remedies, how they may be operationalized, and how they may advance the *Nunez* reform effort. The Monitoring Team has also recommended that the Parties consider how the potential remedies could address certain priority initiatives. To date, these meetings and discussions have been both constructive and productive, and all Parties have

operated in good faith.

Several questions remain outstanding, including how to best present proposals to the Court and the resolution of certain issues identified during the meet and confer process that merit additional consideration and research.[1] Further, the Court has not yet rendered a determination on the motion for contempt which will necessarily impact any proposal regarding remedial relief. Accordingly, it appears that a more detailed update regarding the Parties position on proposed remedial relief and responses to any specific information sought by the Court is best provided in a report by the Monitoring Team 15 business days after the issuance of the Court's determination on the motion for contempt.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

---

[1] To that end, the Monitoring Team is scheduling at least one more meeting with the Parties to take place in the coming weeks.