UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
MARK NUNEZ, *et al.*,

                Plaintiffs,

     -against-

THE CITY OF NEW YORK, *et al.,*

                Defendants.
------------------------------------------------------------------- x

Case No.: 11-cv-05845 (LTS)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE,** that Ronald Colson, an Interested Party in the above-captioned action, by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Second Circuit from Chief Judge Laura Taylor Swain's October 15, 2024 Order (Dkt. No. 786) "clarif[ying] that all of the restrictions on the Monitor that are outlined in the Consent Judgment (including, but not limited to, section XX, paragraph 28 thereof) also bind the Deputy Monitor and the Monitoring Team staff" and barring Mr. Colson from calling the Deputy Monitor, Anna Friedberg as a witness in an underlying action entitled *Colson v. Mingo, et al*., No. 18-cv-2765 (S.D.N.Y). Pursuant to Fed. R. App. P. 4(a)(1)(A), this Notice is timely filed within thirty days after entry of the Order appealed from.

Dated: New York, NY
November 14, 2024

/s/ Glenn Greenberg
Glenn Greenberg
ROBINSON & COLE LLP
666 Third Ave., 20th Floor
New York, NY 10017
(212) 451-2900
ggreenberg@rc.com

*Attorneys for Defendant Ronald Colson solely as it pertains to Colson v. Mingo, et al., 18-cv-2765 (S.D.N.Y.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MARK NUNEZ, et al.,

    Plaintiff,

  -v-                                                          No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

    Defendants.

-----------------------------------------------------------x

ORDER

The Court is in receipt of the letter from Plaintiff's counsel in Colson v. Mingo, et al., No. 18-CV-2765-JGLC (S.D.N.Y.) ("Colson"), submitted in the above-captioned action "to inform the Court of [their] intention to call the Deputy Monitor, Anna Friedberg, as a witness" in Colson and to explain their position that the Consent Judgment (docket entry no. 249) in the above-captioned action does not bar her from testifying without specific approval from the judge presiding in this case.  (Docket entry no. 785 (the "Colson Letter").)  To avoid any doubt regarding the interpretation of the Consent Judgment, the Court hereby clarifies that all of the restrictions on the Monitor that are outlined in the Consent Judgment (including, but not limited to, section XX, paragraph 28 thereof) also bind the Deputy Monitor and the Monitoring Team staff.  The Court does not authorize Ms. Friedberg to testify in Colson.  The Office of the Corporation Counsel is directed to file a copy of this order on the Colson docket by **October 18, 2024**.

    SO ORDERED.

Dated: October 15, 2024                                      /s/ Laura Taylor Swain
       New York, New York                         Laura Taylor Swain
                                                           Chief United States District Judge