**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

November 19, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain,

    We write to respectfully request a one-day extension to file the next Monitor's Report to the Court pursuant to the Court's April 29, 2024 Order (dkt. 709). We respectfully request the Court extend the deadline to file the report from November 21, 2024 to November 22, 2024. This is the Monitoring Team's first request for an extension of time to file this report. The Monitoring Team has consulted with all Parties and they have reported that they do not object to this request.

    We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*