UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
                                                         :
MARK NUNEZ, et al.,                                      :
                                                         :
 Plaintiffs,                                         :
                                                         :
 - against -                                         :
                                                         :
CITY OF NEW YORK, et al.,                                :
                                                         :
 Defendants.                                         :   **11 Civ. 5845 (LTS)(JCF)**
                                                         X
-------------------------------------------------------- :
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
       Plaintiff-Intervenor, :
                                                         :
 - against -                                         :
                                                         :
CITY OF NEW YORK and NEW YORK CITY                       :
DEPARTMENT OF CORRECTION,                                :
                                                         :
       Defendants.       :
-------------------------------------------------------- X

## [~~PROPOSED~~] ORDER

1. *Monitor's Compliance Assessment - Modification to § G, ¶5(b) of the Action Plan*: The Action Plan, § G, ¶ 5(b) shall be modified to include the language in bold below:

   Given the Monitor's findings in the Monitor's March 16, 2022 Special Report, (pages 63 to 65), and subsequent reports on **October 27, 2022, February 3, 2023, April 3, 2023, April 24, 2023, May 26, 2023, June 8, 2023, July 10, 2023, August 7, 2023, October 5, 2023, November 8, 2023, November 30, 2023, December 8, 2023, December 22, 2023, February 26, 2024, April 18, 2024, and November 22, 2024** the Monitor's assignment of compliance ratings for each provision of the Consent Judgment (required by § XX, ¶ 18 of the Consent Judgment) and the First Remedial Order are suspended for the time period covering January 1, 2022 to **December 31, 2024**, except for those provisions incorporated into this Order and the provisions listed below (collectively "select group of provisions").

   i. The Monitor shall assign compliance ratings, required by § XX, ¶ 18 of the Consent Judgment, for the following provisions from the Consent Judgment and the First Remedial Order:

      1. Consent Judgment § IV. (Use of Force Policy), ¶ 1;
      2. Consent Judgment § V. (Use of Force Reporting & Tracking), ¶¶ 2 & 22;
      3. Consent Judgment § VII. (Use of Force Investigations), ¶¶ 1 & 9(a);
      4. Consent Judgment § VIII. (Staff Discipline and Accountability), ¶¶ 1, 3(c) & 4;
      5. Consent Judgment § X. (Risk Management) ¶ 1;
      6. Consent Judgment § XII. (Screening and Assignment of Staff), ¶¶ 1 to 3;
      7. Consent Judgment § XV. (Safety and Supervision of Inmates Under the Age of 19), ¶ 1, 12 and 17;

8. First Remedial Order § A. (Initiatives to Enhance Safe Custody Management, Improve Staff Supervision, and Reduce Unnecessary Use of Force), ¶¶ 1 to 4, & 6; and

9. First Remedial Order § C. (Timely, Appropriate, and Meaningful Staff Accountability), ¶¶ 1, 2, 4 & 5.

2. *Monitor's Report*: The Monitor shall file the following report:

   a. *April 25, 2025*: This report will include compliance ratings for the select group of provisions of the *Nunez* Court Orders for the period July 1, 2024 to December 31, 2024, pursuant to Action Plan, § G, ¶ 5(b) as modified by this Order. This report will also include a discussion of the current state of affairs and the ongoing work related to the *Nunez* Court's Orders.

Docket entry no. 805 resolved.
SO ORDERED this 5 day of December, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge