# MEMO ENDORSED



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALAN SCHEINER**
*Senior Counsel*
Phone: 212-356-2344
ascheine@law.nyc.gov

January 26, 2025

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Nunez v. City of New York, et al.</u>
         11 Civ. 5845 (LTS)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and one of the attorneys assigned to the above-referenced matter. Defendants write to respectfully request a one-week extension of time, from January 31, 2025, to February 7, 2025, for all parties to submit their responses to the Monitor's report and the Memoranda of the respective parties filed on January 24, 2025. This is the first request by defendants for an extension of the time to respond.[1] The plaintiffs consent to this request, and the Monitoring Team takes no position.

      As the Court is aware, on January 24, 2025, the plaintiffs submitted 41 pages of argument in support of their proposal, and the Monitoring Team submitted a 50-page report with 33 exhibits relating to receiverships in nine other cases. The matter before the Court requires careful consideration in light of the complexity and significance of the issues involved, including the federal Court's direct involvement in the administration of local government. Accordingly, defendants require a brief one-week extension of the current deadline in order to allow defendants to fully review and digest the submissions and to prepare a comprehensive response.

---

[1] The Court previously extended the submission schedule regarding the proposed remedies at the request of the Monitor, with the consent of the parties.

Defendants thank the Court for its consideration of this matter.

Sincerely,

/s/ *Alan Scheiner*

Alan Scheiner

cc:    All Counsel of Record (Via ECF)

The foregoing request is granted. DE 812 resolved.
SO ORDERED.
1/27/2025
/s/ Laura Taylor Swain, Chief USDJ

2