UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

      Plaintiff,

-v-　　　　　　　　　　　　　　　　　　　　No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

      Defendants.

-------------------------------------------------------x

## Order

      The Court is in receipt of the Status Report by the Nunez Independent Monitor, dated January 31, 2025, which provides "an update on the Monitoring Team's assessment of Local Law 42."  (Docket entry no. 814 at 1.)  In light of the pending litigation, related to the Article 78 motion in state court and the proposals for remedial relief in the above-captioned case, the Monitoring Team shall not file any further analytical report regarding the implementation of Local Law 42 until further order of the Court.

      SO ORDERED.

Dated: February 5, 2025　　　　　　　　　　　　   /s/ Laura Taylor Swain
      New York, New York　　　　　　　　　　　　Laura Taylor Swain
                                                  Chief United States District Judge