UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

  -v-                                        No.  11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

       Defendants.

-------------------------------------------------------x

## Order

The Court has received and reviewed a letter (docket entry no. 827) submitted by the Correction Officers' Benevolent Association, Inc. ("COBA") to "supplement" their previous amicus brief, filed on April 15, 2024 (docket entry no. 703).  The parties are hereby directed to file their responses, if any, to the letter by **March 7, 2025.**

       SO ORDERED.

Dated: February 28, 2025                                                /s/ Laura Taylor Swain
       New York, New York                                  Laura Taylor Swain
                                                              Chief United States District Judge