UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARK NUNEZ, et al.,

    Plaintiff,

  -v-                                           No. 11-CV-5845-LTS-RWL

CITY OF NEW YORK et al.,

    Defendants.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed a letter motion from Defendants, requesting: (1) permission to file a declaration in support of their Compliance Director Proposal from Gary Raney by April 25, 2025; and (2) that the Court withhold any ruling on the remedial proposals until after the Monitor's upcoming status report is issued on May 15, 2025. (Docket entry no. 839.) The Court has also received and reviewed Plaintiffs' letter opposing Defendants' requests. (Docket entry no. 840.)

Defendants are hereby granted leave to file the proposed declaration from Gary Raney by **April 25, 2025**. The Court will also consider any request from Plaintiffs to file a submission in response. The Court has taken Defendants' second request, to withhold its ruling on the remedial proposals until after May 15, 2025, under advisement. This order resolves docket entry no. 839.

      SO ORDERED.

Dated: April 23, 2025                                    /s/ Laura Taylor Swain
       New York, New York                       Laura Taylor Swain
                                                                Chief United States District Judge