EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

May 1, 2025

*Via ECF*

The Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10038

   Re: *Nunez v. City of New York,* 11 Civ. 5845 (LTS)

Your Honor:

   Pursuant to the Court's Order, Dkt. 841, counsel for the Plaintiff Class and the United States request leave to file a letter in response to Defendants' submission from Gary Raney in support of their Compliance Director Proposal. Dkt. 842. We intend to file the response on or before May 6, 2025. Mr. Raney's declaration concerns the Department's continuing failures to abide by this Court's Orders and purports to support Defendants' Compliance Director Proposal based entirely on a short, two-week visit to Rikers, review of unspecified documents, and interviews with unspecified DOC staff and leadership. Plaintiffs request leave to respond to Mr. Raney's assertions and to address the extent to which they should be considered by the Court in deciding the pending application for the appointment of a receiver.

   We thank the Court for its consideration of this matter.

     Respectfully submitted,

THE LEGAL AID SOCIETY

By: _____/s/_____
Mary Lynne Werlwas
Kayla Simpson
Katherine Haas

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____/s/_____
JEFFREY K. POWELL

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2


Sophia Gebreselassie
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP


By: _____/s/_____
Jonathan Abady
Debra L. Greenberger
Katherine Rosenfeld
Vasudha Talla
Sana Mayat
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

*Counsel for the Plaintiff Class*

RACHAEL L. DOUD
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2800

*Counsel for the United States*