UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

-v-                                                                                      No.  11-CV-5845-LTS

CITY OF NEW YORK, et al.,

       Defendants.

-------------------------------------------------------x

## NOTICE OF QUALIFICATIONS AND APPLICATION SUBMISSION PROCEDURE FOR NUNEZ REMEDIATION MANAGER POSITION

In accordance with the Opinion and Order Regarding Appointment of a Nunez Remediation Manager (docket entry no. 846), the Court hereby provides public notice of the core qualifications for the position of Nunez Remediation Manager and the procedure for submission of applications for consideration for the post, as detailed in the attached **Appendix 1**.[1]  In addition to the criteria listed below, the parties to this case, who are tasked with developing recommendations for the Court's consideration, may require further information from applicants.

All persons interested in consideration for the position, including those who may be contacted by the parties, must promptly submit the application materials described in Appendix 1 confidentially by email, formatted as a single, bookmarked PDF document, to NunezRemediationManagerApps@nysd.uscourts.gov.  The Court will confidentially convey

---

[1] This list of qualifications is also attached to the Court's Order and Opinion Regarding Appointment of a Nunez Remediation Manager (docket entry no. 846, at 76-77) as Appendix C.

to the parties and the Monitoring Team information regarding the inquiries it has received from applicants.

As further explained in Appendix 1, the parties are required to submit their recommendations confidentially to the Court by August 29, 2025. Once the Court has received the parties' recommendations, the Court may interview the parties' proposed candidates and any others it deems appropriate. The Court shall then select the Nunez Remediation Manager.

SO ORDERED.

Dated: New York, New York
      May 15, 2025

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

# APPENDIX 1: NUNEZ REMEDIATION MANAGER –
# POSITION DESCRIPTION FOR INTERESTED CANDIDATES

On May 13, 2025, the Court entered an Opinion and Order to Appoint a Nunez Remediation Manager in Nunez et al v. City of New York et al., No. 11-CV-5845.  In that Opinion and Order, the Court announced that it will appoint a "Nunez Remediation Manager," answerable only to the Court, to work with the current Commissioner and Department of Correction leadership to bring the Department into compliance with the Nunez Court Orders.  The Nunez Remediation Manager shall be granted broad powers in order to achieve precise goals that are specifically designed to remedy the provisions of the Court orders identified in the Court's Opinion and Order on the Motion for Contempt, dated November 27, 2024, holding Defendants in civil contempt of eighteen provisions (the "Contempt Provisions") of four Court orders entered in this case.

### QUALIFICATIONS FOR A NUNEZ REMEDIATION MANAGER CANDIDATE

Applicants who wish to be considered for the Nunez Remediation Manager position should have the following areas of expertise and/or experience:

- Substantial management and correctional expertise developed outside of the DOC
- Demonstrated collaborative skills
- The ability to build trust and commitment to common and effective goals with management and line staff
- Excellent oral and written communication skills

Applicants should be prepared to do a substantial amount of work in-person in the New York City jails during their tenure.  Applicants are subject to background checks by the Court.

Interested candidates are directed to submit a cover letter addressing their relevant experience, knowledge, skills and abilities, resume, and contact information for three professional references by email through NunezRemediationManagerApps@nysd.uscourts.gov.  The submission should be formatted as a single, bookmarked PDF document.

### PROCESS TO SELECT A NUNEZ REMEDIATION MANAGER CANDIDATE

To select the Nunez Remediation Manager, the parties and the Monitoring Team shall promptly meet and confer before presenting the Court with recommendations of no more than four individuals to be appointed as the Nunez Remediation Manager by **August 29, 2025**.  The parties' recommendations shall be confidentially submitted via email to SwainNYSDCorresp@nysd.uscourts.gov and shall not be filed on the public docket.  The recommendations shall discuss the parties' views of the candidates and discuss anticipated compensation and staffing for the Nunez Remediation Manager as well. The Court shall review the parties' recommendations, may interview candidates, and may review and interview additional candidates as the Court deems fit.  The Court shall select the Nunez Remediation Manager as promptly as possible.

Additionally, candidates must be prepared to answer the following questions during the selection process and may also address them in their cover letter submitted in with their application materials:

1. How will the applicant's knowledge, skills and abilities align with the particular challenges presented by this position?
2. What is the applicant's relevant experience, and how do they believe they can advance the necessary reforms within the Department of Correction?
3. What steps would the applicant take to learn about the Department and <u>Nunez</u>-related issues?
4. How would the applicant structure their work with the Department?
5. Does the applicant anticipate needing additional staff and/or resources to do the work? If so, what factors would the applicant consider in determining whether and to what extent such resources or staff are needed? How might the applicant work to minimize associated costs and expenses?
6. How would the applicant approach working with the Department's various constituencies (<u>e.g.</u>, uniformed staff, civilian staff, and Department leadership)?
7. How would the applicant approach working with external constituencies that are connected to the Department, including the unions and the New York City Council?
8. How would the applicant approach working with the Monitoring Team?