**OFFICE OF THE MONITOR**
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

May 22, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

    We write to advise the Court that the Monitoring Team will be filing an updated version of the Monitor's 19th Report with two corrections to the chart attached to the report as Appendix A: Comprehensive List of Provision.[1]  No other changes were made to the report and the two corrections made do not alter any of the Monitor's findings.

    We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

---

[1] In the column "Status of Rating or Update" of the chart, two provisions (Consent Judgment § V., ¶ 22 and First Remedial Order, § C., ¶ 4/Third Remedial Order¶ 2) were inadvertently listed as being in Partial Compliance, but, were, in fact, assigned the rating of Substantial Compliance.  The column "Status of Rating or Update" was updated to list both provisions in Substantial Compliance.  The Monitoring Team regrets the errors.