# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

June 2, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**MEMO ENDORSED**

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

    We write to respectfully request the Court clarify the selection processes for the Remediation Manager (as originally described in the Court's May 15, 2025 Notice (dkt. 847)) as outlined in this letter.

    Since the issuance of the Court's May 13, 2025 Order, the Monitoring Team has been working with the Parties on the process for the selection of the Remediation Manager. As part of this work, the Monitoring Team and the Parties determined that the selection process would benefit from receipt of any applications for the position of Remediation Manager in advance of submission of recommendations for the Remediation Manager that are due to the Court. Currently, the Parties' recommendations for the Remediation Manager are due on August 29, 2025. The Parties and the Monitoring Team necessarily need time to review all applications, meet candidates, and conduct appropriate vetting so the applications must be received in advance of any recommendations that may be made to the Court. Accordingly, the Parties and the Monitoring Team respectfully request that a revised notice be issued to clarify the following with respect to the selection process:

- All candidates that wish to be considered for the position of Remediation Manager must submit a single bookmarked PDF document application to NunezRemediationManagerApps@nysd.uscourts.gov.

- Applicants are encouraged to submit applications as soon as possible. All applications must be submitted by **July 21, 2025 at noon**.

- Applications will be reviewed on a rolling basis so that that the Parties and the Monitoring Team have sufficient to time to consider them prior to the August 29 deadline for Parties to make their recommendations to the Court.

- Applications are confidential.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing modifications are approved.  The Court will post an updated version of the Notice of Qualifications and Application Submission Procedure for the Nunez Remediation Manager (docket entry no. 847) on the docket.  DE 857 is resolved.

SO ORDERED
6/5/2025
/s/ Laura Taylor Swain, Chief USDJ

2