UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARK NUNEZ, et al.,

       Plaintiff,

  -v-                                                               No. 11-CV-5845-LTS

CITY OF NEW YORK, et al.,

       Defendants.

-------------------------------------------------------x

NOTICE OF QUALIFICATIONS AND APPLICATION SUBMISSION PROCEDURE FOR

NUNEZ REMEDIATION MANAGER POSITION (**Updated** June 5, 2025)

        In accordance with the Opinion and Order Regarding Appointment of a Nunez Remediation Manager (docket entry no. 846), the Court hereby provides an **updated** notice of the core qualifications for the position of Nunez Remediation Manager and the procedure for submission of applications for consideration for the post. The parties and the Monitoring Team have conveyed to the Court via letter (docket entry no. 857) that they wish to clarify certain aspects of the application procedure to better facilitate thorough review of applicants by the Parties and the Monitoring Team and their timely submission of recommendations to the Court. Accordingly, the Notice of Updated Qualifications and Application Submission Procedure for the Nunez Remediation Manager Position is hereby updated to reflect that all persons interested in the position of Nunez Remediation Manager must submit an application as a single bookmarked PDF to NunezRemediationManagerApps@nysd.uscourts.gov by **July 21, 2025 at 12:00 p.m.** Potential applicants are also advised that applications will be reviewed on a rolling

basis and are confidential. The updated notice of qualifications and application submission procedures is attached hereto as **Appendix 1**.

SO ORDERED.

Dated: New York, New York
June 5, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

## APPENDIX 1: N<u>UNEZ</u> REMEDIATION MANAGER –

## POSITION DESCRIPTION FOR INTERESTED CANDIDATES (UPDATED June 5, 2025)

On May 13, 2025, the Court entered an Opinion and Order to Appoint a <u>Nunez</u> Remediation Manager in <u>Nunez et al v. City of New York et al.</u>, No. 11-CV-5845.  In that Opinion and Order, the Court announced that it will appoint a "<u>Nunez</u> Remediation Manager," answerable only to the Court, to work with the current Commissioner and Department of Correction leadership to bring the Department into compliance with the <u>Nunez</u> Court Orders.  The <u>Nunez</u> Remediation Manager shall be granted broad powers in order to achieve precise goals that are specifically designed to remedy the provisions of the Court orders identified in the Court's Opinion and Order on the Motion for Contempt, dated November 27, 2024, holding Defendants in civil contempt of eighteen provisions (the "Contempt Provisions") of four Court orders entered in this case.

### Q<u>UALIFICATIONS FOR A</u> N<u>UNEZ</u> R<u>EMEDIATION</u> M<u>ANAGER</u> C<u>ANDIDATE</u>

Applicants who wish to be considered for the <u>Nunez</u> Remediation Manager position should have the following areas of expertise and/or experience:

- Substantial management and correctional expertise developed outside of the DOC
- Demonstrated collaborative skills
- The ability to build trust and commitment to common and effective goals with management and line staff
- Excellent oral and written communication skills

Applicants should be prepared to do a substantial amount of work in-person in the New York City jails during their tenure.  Applicants are subject to background checks by the Court.

Candidates who wish to be considered for this position must submit a cover letter addressing their relevant experience, knowledge, skills and abilities, resume, and providing contact information for three professional references, by email to NunezRemediationManagerApps@nysd.uscourts.gov.  The submission should be formatted as a single, bookmarked PDF document and must be received by **July 21, 2025 at 12:00 p.m.**  Applicants are encouraged to submit their applications promptly, as applications will be reviewed on a rolling basis.  Applications are confidential.

### P<u>ROCESS TO</u> S<u>ELECT A</u> N<u>UNEZ</u> R<u>EMEDIATION</u> M<u>ANAGER</u> C<u>ANDIDATE</u>

To select the <u>Nunez</u> Remediation Manager, the parties and the Monitoring Team shall promptly meet and confer before presenting the Court with recommendations of no more than four individuals to be appointed as the <u>Nunez</u> Remediation Manager by **August 29, 2025**.  The parties' recommendations shall be confidentially submitted via email to SwainNYSDCorresp@nysd.uscourts.gov and shall not be filed on the public docket.  The recommendations shall discuss the parties' views of the candidates and discuss anticipated compensation and staffing for the <u>Nunez</u> Remediation Manager as well. The Court shall review the parties' recommendations, may interview candidates, and may review and interview

additional candidates as the Court deems fit.  The Court shall select the Nunez Remediation Manager as promptly as possible.

Additionally, candidates must be prepared to answer the following questions during the selection process and may also address them in their cover letter submitted in with their application materials:

1. How will the applicant's knowledge, skills and abilities align with the particular challenges presented by this position?
2. What is the applicant's relevant experience, and how do they believe they can advance the necessary reforms within the Department of Correction?
3. What steps would the applicant take to learn about the Department and Nunez-related issues?
4. How would the applicant structure their work with the Department?
5. Does the applicant anticipate needing additional staff and/or resources to do the work?  If so, what factors would the applicant consider in determining whether and to what extent such resources or staff are needed?  How might the applicant work to minimize associated costs and expenses?
6. How would the applicant approach working with the Department's various constituencies (e.g., uniformed staff, civilian staff, and Department leadership)?
7. How would the applicant approach working with external constituencies that are connected to the Department, including the unions and the New York City Council?
8. How would the applicant approach working with the Monitoring Team?