UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :

MARK NUNEZ, et al.,                           :

                      Plaintiff,          :           11-CV-5845-LTS

                                   :

          -v-                         :          ORDER

                                   :

CITY OF NEW YORK, et al.,                   :

                                   :

                      Defendants.     X

-----------------------------------------------------------------------

On June 30, 2025, Defendants filed a letter (docket entry no. 867) stating that they intend to move the Court on Wednesday, July 2, 2025, for a temporary restraining order pending a hearing on a preliminary injunction to stay certain aspects of New York City Local Law 42 of 2024, N.Y.C. Admin. Code § 9-167 ("Local Law 42").  The application will be heard on **Wednesday, July 2, 2025, at 2:30 p.m.** in Courtroom 17C, 500 Pearl Street, New York, New York 10007, and all parties and the Nunez Monitoring Team shall appear.  At the hearing, the parties and the Monitoring Team may address the motion and potential next steps, including but not limited to: (1) a schedule for the Monitoring Team's preparation of a report regarding the implementation of Local Law 42, (2) a briefing schedule, and (3) a meet and confer schedule. Defendants' application must be filed on the docket, with their proposed order, no later than **11:00 a.m. on July 2, 2025**, unless all parties agree to stipulate to measures obviating the need for temporary relief.

The Court notes that Rickner PLLC has entered an appearance in this case to represent the New York City Council (the "City Council") regarding the City of New York's proposed challenge to Local Law 42.  (Docket entry no. 740.)  Counsel for all parties, including

the City Council, are directed to meet and confer regarding the anticipated application and the

foregoing topics before Defendants' papers, which must reflect the positions of the various

parties to the extent known, are filed.  The Monitoring Team shall join such meet and confers if

available.


       SO ORDERED.


Dated: July 1, 2025                               __/s/ Laura Taylor Swain____
        New York New York                         LAURA TAYLOR SWAIN
                                   United States District Judge