UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK NUNEZ, et al.,

                Plaintiffs,                           11-CV-5845-LTS

        -v-                                          ORDER

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------X

        As the Court explained in its July 1, 2025 Order (docket entry no. 868), Defendants' application for a temporary restraining order pending a hearing on a preliminary injunction will be heard on Wednesday, July 2, 2025, at 2:30 p.m.  Should members of the press or public wish to listen to the proceeding by telephone, they may do so by dialing 1-855-244-8681 and entering the following Access Code: 2317 435 6789.  The telephone line will be in listen-only mode at all times.

        SO ORDERED.

Dated: July 1, 2025                                      /s/ Laura Taylor Swain
       New York New York                        LAURA TAYLOR SWAIN
                                                      United States District Judge