OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

July 8, 2025

**VIA ECF**
The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

    We write to respectfully submit a proposed order regarding the provisions that are subject an assessment of compliance, pursuant to § XX, ¶ 18 of the Consent Judgment, by the Monitor for the 20th and 21st Monitoring Periods (January to December 2025).  The Monitoring Team has consulted with all Parties and they have reported that they consent to the entry of this Order.  The timing for the filing of the Monitor's Reports will be addressed in separate submissions to the Court.

    We appreciate the Court's attention to this matter.

    Sincerely,

    s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
MARK NUNEZ, et al.,                                         :
                                                            :
  Plaintiffs,                                               :
                                                            :
 - against -                                                :
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
  Defendants.                                               :
                                                            :  **11 Civ. 5845 (LTS)(JCF)**
------------------------------------------------------------ X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
           Plaintiff-Intervenor,                            :
                                                            :
 - against -                                                :
                                                            :
CITY OF NEW YORK and NEW YORK CITY                          :
DEPARTMENT OF CORRECTION,                                   :
                                                            :
  Defendants.                                               :
------------------------------------------------------------ X

**[PROPOSED] ORDER**

1. *Monitor's Compliance Assessment*: Through **December 31, 2025**, the Monitor shall assess compliance, pursuant to § XX, ¶ 18 of the Consent Judgment, only with the select group of remedial provisions defined by § G, ¶5(b) of the Action Plan, and those provisions subject to the Court's November 26, 2024 Contempt Order (dkt. 803). The provisions subject to the Monitor's assessment of compliance are listed below:

| Nunez Court Order Provision | Short Hand Description | Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b) | Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803) |
|---|---|---|---|
| Action Plan, § A, ¶1 (d) | Improved Routine Tours | ~ | Yes |
| Action Plan, § C, ¶ 3 (ii) | Increased Assignment of Captains in the Facility | ~ | Yes |
| Action Plan, § C, ¶ 3 (iii) | Improved Supervision of Captains | ~ | Yes |
| Action Plan, § C, ¶ 3 (v) | Maximizing Deployment of Staff - Awarded Posts | ~ | Yes |
| Action Plan, § C, ¶ 3 (vi) | Maximizing Deployment of Staff - Maximize Work Schedules | ~ | Yes |
| Action Plan, § C, ¶ 3 (vii) | Maximizing Deployment of Staff - Reduction of Uniformed Staff in Civilian Posts | ~ | Yes |
| Action Plan, § D, ¶ 2 (d) | Searches | ~ | Yes |
| Action Plan, § D, ¶ 2 (e) | Identify/ Recover Contraband | ~ | Yes |
| Action Plan, § D, ¶ 2 (f): | Escort Holds | ~ | Yes |
| Action Plan, § D, ¶ 2 (a) | Interim Security Plan | ~ | Yes |
| Consent Judgment, § IV., ¶ 1 | New Use of Force Directive | Yes | Yes |
| Consent Judgment, § V., ¶ 2 | Independent Staff Reports | Yes | ~ |
| Consent Judgment, § V., ¶ 22 | Providing Medical Attention Following Use of Force Incident | Yes | ~ |
| Consent Judgment, § VII., ¶ 1 | Thorough, Timely, Objective Investigations | Yes | Yes |
| Consent Judgment, § VII., ¶ 11 | ID Staffing | ~ | Yes |
| Consent Judgment, § VII., ¶ 9(a) | Timing of Full ID Investigations | Yes | Yes |
| Consent Judgment, § VIII., ¶ 1 | Timely, Appropriate and Meaningful Discipline | Yes | Yes |
| Consent Judgment, § VIII., ¶ 3(c) | Use of Force Violations | Yes | ~ |
| Consent Judgment, § VIII., ¶ 4 | Trials Division Staffing | Yes | ~ |
| Consent Judgment, § X., ¶ 1 | Early Warning System | Yes | ~ |
| Consent Judgment, § XII., ¶ 1 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 2 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 3 | Promotions | Yes | ~ |
| Consent Judgment, § XV., ¶ 1 | Prevent Fight/Assault – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 12 | Direct Supervision – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 17 | Consistent Assignment of Staff – 18-year-olds | Yes | Yes |

| Nunez Court Order Provision | Short Hand Description | Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b) | Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803) |
|---|---|---|---|
| First Remedial Order, § A., ¶ 1 | Conduct Rapid Reviews | Yes | ~ |
| First Remedial Order, § A., ¶ 2 | Facility Leadership Responsibilities | Yes | Yes |
| First Remedial Order, § A., ¶ 3 | Revised De-escalation Protocol | Yes | ~ |
| First Remedial Order, § A., ¶ 4 | Supervision of Captains | Yes | Yes |
| First Remedial Order, § A., ¶ 6 | Facility Emergency Response Teams | Yes | Yes |
| First Remedial Order, § C., ¶ 1 | Immediate Corrective Action | Yes | ~ |
| First Remedial Order, § C., ¶ 2 | Staff Accountability – Monitor Recommendations | Yes | ~ |
| First Remedial Order, § C., ¶ 4/Third Remedial Order ¶ 2 | Expeditious OATH Proceedings | Yes | ~ |
| First Remedial Order, § C., ¶ 5 | Applicability of Disciplinary Guidelines to OATH Proceedings | Yes | ~ |
| First Remedial Order, § D, ¶ 1 | Consistent Staff Assignment and Leadership | ~ | Yes |
| First Remedial Order, § D, ¶ 3; 3(i) | Reinforcement of Direct Supervision | ~ | Yes |
| Second Remedial Order, ¶1(i)(a) | Interim Security Plan | ~ | Yes |
| Third Remedial Order, ¶ 3 | New OATH Procedures and Protocols | Yes | ~ |

2. The Monitor's assignment of compliance ratings for all other provisions of the *Nunez* Court Orders not identified above are suspended for the period through **December 31, 2025**.

SO ORDERED this _____ day of _____, 2025

_____
LAURA TAYLOR SWAIN
Chief United States District Judge