OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

July 3, 2025

**VIA ECF**                                              **MEMO ENDORSED**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Honorable Judge Swain,

The Monitoring Team writes to respectfully request extensions regarding the motion for reconsideration and the Monitor's joint status report on the proposed Remediation Manager Order. The Monitoring Team also wishes to provide a brief summary of the filings that the Monitoring Team will make regarding Local Law 42 ("LL42") discussed at the conference yesterday.

First, the Parties respectfully seek to amend the filing deadlines for the motion for reconsideration pursuant to the Court's June 2, 2025 Order (dkt. 855) so that Plaintiffs/SDNY's opposition brief will now be filed on **July 25, 2025** (instead of July 11, 2025) and Defendants reply brief will now be filed on **August 8, 2025** (instead of July 18, 2025). All Parties consent to this request.

Second, the Monitoring Team respectfully requests to modify the Court's June 27, 2025 Order (dkt. 864) regarding the deadline for the Monitoring Team's joint status report regarding the proposed Remediation Manager Order so that the report will now be filed on **August 22,**

**2025** (instead of August 13, 2025).  This 9-day extension is necessary to permit the Monitoring Team additional time to complete its work.  We also believe that this additional time will facilitate a more streamlined submission to the Court and will help to further facilitate potential areas of agreement.  All Parties consent to this request.

Finally, the Monitoring Team wishes to share a brief summary of additional filings that the Monitoring Team intends to file pursuant to the Court's orders at the July 2, 2025 status conference.

- **July 16, 2025**: The Monitoring Team will file a joint status report with the Court with the following information and the respective position of the Parties':

  o   Timing for City Council/Public Advocate's Motion to Intervene

  o   Timing for potential briefing regarding LL42 and the Parties' position on whether a single or dual track of briefing is necessary.

  o   Modifications, if any, to the scope of the LL42 provisions subject to the Court's July 2, 2025 Order.

The Monitoring Team has already engaged all Parties (including counsel for the City Council and Public Advocate) to work to identify potential areas of agreement and to narrow any potential areas of dispute.  Further, Parties will meet and confer regarding the above matters by July 11, 2025.

- **October 15, 2025**: The Monitor will file a report regarding its analysis of LL42 as outlined in the Monitoring Team's July 2, 2025 letter to the Court (dkt. 870).

The Monitoring Team appreciates the Court's consideration of the foregoing requests.

Sincerely,


s/ Steve J. Martin

Steve J. Martin, *Monitor*

Anna E. Friedberg, *Deputy Monitor*



The foregoing requests for extensions to the briefing deadlines for the motion for reconsideration are granted.  The deadline for the Monitoring Team's joint status report is hereby modified to August 20, 2025.  The parties and the City Council/Public Advocate are directed to submit their briefings and other submissions regarding Local Law 42 in accordance with the procedure set forth in the Monitoring Team's July 16, 2025 joint status report.  DE 876 resolved.


SO ORDERED
7/9/2025
/s/ Laura Taylor Swain, Chief USDJ