UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK NUNEZ, et al.,**<br><br>                                    Plaintiffs,<br><br>- against -<br><br>**CITY OF NEW YORK, et al.,**<br><br>                                    Defendants.<br><br>**UNITED STATES OF AMERICA,**<br><br>                                    Plaintiff-Intervenor,<br><br>- against -<br><br>**CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,**<br><br>                                    Defendants. | **11 Civ. 5845 (LTS)** |

**UNOPPOSED MOTION OF THE NEW YORK CITY COUNCIL AND NEW YORK CITY PUBLIC ADVOCATE TO INTERVENE FOR A LIMITED PURPOSE**

Pursuant to Rule 24(a), (b) of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 530D(b)(2), 2403, and for the reasons set forth in the accompanying Memorandum of Law, the New York City Council and the New York City Public Advocate (hereinafter the "City Intervenors") respectfully move for leave to intervene as party defendants in this matter for the limited purpose of defending Local Law 42 of 2024 from attack on the ground that it violates the Consent Decree and other Orders issued in this action. The City Defendants have moved for injunctive relief from implementing certain provisions of Local Law 42.

Counsel for the City Intervenors conferred with counsel for Defendants and Plaintiffs, and Plaintiffs consent to this motion to intervene and the Defendants take no position on this motion.

Dated: New York, New York
July 25, 2025

                                                        RICKNER PLLC

                                                        By:      /s/

                                                        Rob Rickner
                                                        Joel Wertheimer

                                                        14 Wall Street, Suite 4C
                                                        New York, New York 10005
                                                        Phone: (212) 300-6506
                                                        Fax: (888) 390-5401
                                                        *Attorney for City Intervenors*