UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK NUNEZ, et al.,

                Plaintiff,                        11-CV-5845-LTS

    -v-                                         ORDER

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------X

        The New York City Council and the New York City Public Advocate's unopposed motion to intervene for the limited purpose of defending Local Law 42 is hereby granted. Docket entry no. 890 is resolved.

        SO ORDERED.

Dated: July 28, 2025
       New York New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge