

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Alan H. Scheiner**
**Senior Counsel**
**Desk: 212-356-2344**
**ascheine@law.nyc.gov**

August 5. 2025

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Nunez, et al. v. City of New York et al,* 11-cv-5845 (LTS)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York (the "City"), assigned to represent the City and the Department of Correction in this matter. I write to respectfully request an extension of the date for the Monitor to submit his Status Report concerning the parties' and Monitor's objections and proposed changes to the language of the Court's Proposed Order Regarding Appointment of a Remediation Manager (ECF No. 846), from August 20, 2025, to August 25, 2025. Plaintiffs' counsel and the Monitor consent to this request. This deadline was previously modified once by the Court upon the Monitor's request with the consent of the parties. ECF No. 878.

Defendants request this extension because the undersigned will be unavailable from August 12-17, 2025, due to necessary family travel. Accordingly, during that time Defendants' counsel will be unable to attend to exchanging communications with the Monitor and the opposing parties regarding their respective objections and proposed changes to the Proposed Order. The extension would make it possible for all parties and the Monitor to submit more fully considered views on the Proposed Order for inclusion in the Monitor's Status Report.

Defendants thank the Court for its consideration of this matter.

Sincerely,

*Alan Scheiner* /s/

Alan Scheiner

The foregoing request is granted. DE 893 resolved.

SO ORDERED
8/12/2025
/s/ Laura Taylor Swain, Chief USDJ