

**THE
LEGAL AID
SOCIETY
CRIMINAL
DEFENSE**

49 Thomas Street, 10th Fl
New York, NY 10013
(212) 577-3300
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief
Chief Executive Officer*

Justine M. Luongo
*Chief Attorney*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

August 29, 2025

<u>**Via ECF**</u>

Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Dear Chief Judge Swain:

Counsel for the Plaintiff Class and the United States ("the Government") write to respectfully request a two-day extension of time, from September 3, 2025 to September 5, 2005, for the Monitor to file the Monitor's Status Report concerning the Parties' and the Monitor's proposed changes and/or objections to the language of the Court's Proposed Order Regarding Appointment of a Remediation Manager (Dkt. 846). This is Plaintiffs and the Government's first request to the Court for an extension.[1] The Parties and Monitor continue to work diligently on these matters and Plaintiffs have determined that additional time is needed to resolve some disputed issues and ensure accuracy. The Monitor and Defendants consent to this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

THE LEGAL AID SOCIETY

By: /s/_____
Mary Lynne Werlwas
Kayla Simpson
Katherine Haas
Sophia Gebreselassie
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/_____
JEFFREY K. POWELL
RACHAEL L. DOUD
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2800

*Counsel for the United States*

---

[1] On August 25, 2025, the Court granted an extension request filed by the Nunez Monitor on August 22, 2025 requesting an extension of time from August 25, 2025 to September 5, 2025 (Dkt. 899).

**Justice in Every Borough.**

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
By: /s/_____
Jonathan Abady
Debra L. Greenberger
Vasudha Talla
Sana Mayat
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

*Counsel for the Plaintiff Class*

**Justice in Every Borough.**