UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
MARK NUNEZ, et al.,       :
       :
          Plaintiff,       :       11-CV-5845-LTS
       :
    -v-       :       ORDER
       :
CITY OF NEW YORK, et al.,       :
       :
          Defendants.       X

-------------------------------------------------------------------

        In its September 11, 2025 Status Report regarding joint objections to the Nunez Remediation Manager Order, the Monitoring Team indicated that one provision related to information sharing is still being negotiated among the Parties. (Docket entry no. 906 at 14.) The Monitoring Team therefore requested that the Court permit the Monitoring Team to provide a submission on September 24, 2025 regarding the outcome of those negotiations. That request is hereby granted.

        SO ORDERED.

Dated: September 17, 2025
       New York New York

                                                /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge