## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

October 1, 2025

**VIA ECF**
The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS)*

Dear Chief Judge Swain,

    We write to provide the Court with an updated proposal regarding § VI (Role of the Monitor), ¶ B(i)[1] of the Court's May 13, 2025 proposed order regarding the Remediation Manager ("RM Order"). The proposal regarding § VI, ¶ B(i) described in this letter is intended to supersede the proposal related to this provision described in the September 11, 2025 Report in Appendix A, pages 34 to 35 of docket 906-1.

    Specifically, upon further reflection and discussion between the Monitoring Team and the Parties, the Monitoring Team now recommends that § VI, ¶ B(i) is no longer included in the RM Order. The Monitoring Team makes this recommendation because the work described in the provision is work beyond the focus of the RM Order and because the Monitoring Team intends to initiate work on consolidation of the *Nunez* Court Orders *now* in order to facilitate the creation of a streamlined document that can serve as a resource to the *Nunez* Parties, the Court, the Monitoring Team, and other stakeholders. Given the importance of this work, the Monitoring

---

[1] The provision states "Within 90 days after the Court's approval of the Remediation Action Plan, the Monitoring Team shall develop recommendations regarding streamlining and compliance assessment of the <u>Nunez</u> Orders that are not subject to the Remediation Action Plan. The Monitoring Team shall provide these recommendations to the parties for consideration and comment before submitting the recommendations to the Court."

2

Team intends to initiate this project now with the goal of completing it by January 30, 2026. Given this work is underway, the Monitoring Team does not believe additional orders from the Court are necessary at this juncture. The *Nunez* Parties have all reported that they consent to this revised proposal.

      We appreciate the Court's attention to these matters.

      Sincerely,

      s/ Steve J. Martin
      Steve J. Martin, *Monitor*
      Anna E. Friedberg, *Deputy Monitor*