U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Dear Judge Swain:

    The above-referenced matter is subject to the omnibus Amended Standing Order issued by Your Honor on October 2, 2025. No. 25 Misc. 0433 (LTS), Dkt. No. 3. We write respectfully to request that the Court lift the stay in this matter given the ongoing significant safety concerns related to the City's jail system and the need for court-ordered remedial relief to address the risk of harm to those incarcerated in the City's jails and those who work there.

        Respectfully,

        JAY CLAYTON
        United States Attorney

    By: /s/ Jeffrey K. Powell
        JEFFREY K. POWELL
        RACHAEL DOUD
        Assistant United States Attorneys
        Tel:    (212) 637-2706/2699
        Email: Jeffrey.Powell@usdoj.gov
               Rachael.Doud@usdoj.gov

cc:    all counsel of record (*via* ECF)