

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Dear Judge Swain:

The above-referenced matter is subject to the omnibus Amended Standing Order issued by Your Honor on October 2, 2025.  No. 25 Misc. 0433 (LTS), Dkt. No. 3.  We write respectfully to request that the Court lift the stay in this matter given the ongoing significant safety concerns related to the City's jail system and the need for court-ordered remedial relief to address the risk of harm to those incarcerated in the City's jails and those who work there.

Respectfully,

JAY CLAYTON
United States Attorney

By: /s/ Jeffrey K. Powell
JEFFREY K. POWELL
RACHAEL DOUD
Assistant United States Attorneys
Tel:   (212) 637-2706/2699
Email: Jeffrey.Powell@usdoj.gov
       Rachael.Doud@usdoj.gov

cc:   all counsel of record (*via* ECF)

---

The foregoing request is granted.  DE 915 resolved.

SO ORDERED
10/6/2025
/s/ Laura Taylor Swain, Chief USDJ