## OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

October 20, 2025

**VIA ECF**
The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al. , 11-cv-5845 (LTS)*

Dear Chief Judge Swain,

      We write to respectfully request that the Court modify the August 19, 2025 Amended Temporary Restraining Order regarding Local Law 42 ("LL42") (dkt. 897) to include Admin. Code § 9-167 (j)(3)[1] in the definition of Conflicted Provisions in ¶ 4 of the Order. In preparing the upcoming Monitor's Report regarding LL42, the Monitoring Team realized that Admin. Code § 9-167 (j)(3) was inadvertently omitted from the definition of Conflicted Provisions.[2] This appears inadvertent because Exhibit A of the Court's August 19, 2025 Order, which is a chart of the Conflicted Provisions subject to the Amended Temporary Restraining Order, *does include* Admin. Code § 9-167 (j)(3). Further, Admin. Code § 9-167 (j)(3) *was included* in the original

---

[1] Admin. Code § 9-167 (j)(3) states "The department shall immediately provide notice to the public on its website of an emergency lock-in, including information on any restrictions on visits, phone calls, counsel visits or court appearances."

[2] It appears this error may have originated from the Monitoring Team's July 16, 2025 recommendations to the Court to modify the definition of Conflicted Provisions. The Monitoring Team's list of proposed modifications to the definition of Conflicted Provisions inadvertently excluded Admin. Code § 9-167 (j)(3) on pages 14 and 15 of the Monitor's July 16, 2025 Report. However, Admin. Code § 9-167 (j)(3) *is included* in Appendix A of the Monitor's July 16, 2025 Report identifying the Conflicted Provisions. The failure to include Admin. Code § 9-167 (j)(3) on pages 14 and 15 of the Monitor's Report was an oversight. The Monitoring Team did not intend to suggest that Admin. Code § 9-167 (j)(3) should not be included in the definition of Conflicted Provisions.

definition of Conflicted Provisions in the Court's July 2, 2025 Temporary Restraining Order regarding LL42 (dkt. 875).

For the Court's consideration, the Monitoring Team has attached a proposed Second Amended Temporary Restraining Order with proposed modifications in track changes to include Admin. Code § 9-167 (j)(3) in the definition of Conflicted Provisions in ¶ 4 of the Order.

We appreciate the Court's attention to these matters.

Sincerely,

                      s/ Steve J. Martin
                      Steve J. Martin, *Monitor*
                      Anna E. Friedberg, *Deputy Monitor*