UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                                                   :

MARK NUNEZ, et al.,                                                     :

                        Plaintiff,                                 :             11-CV-5845-LTS

                                                                          :

               -v-                                            :             <u>ORDER</u>

                                                                          :

CITY OF NEW YORK, et al.,                       :

                                                                          :

                        Defendants.                 X

-----------------------------------------------------------------

        The Court has received and reviewed both the letter submission filed by the Correction Officers' Benevolent Association, Inc. (docket entry no. 920) and Defendants' response to that letter (docket entry no. 924). The Court has taken under consideration the arguments set forth in these letters and will address their substance in conjunction with the parties' joint objections to the Order Appointing a <u>Nunez</u> Remediation Manager (docket entry no. 906).

        SO ORDERED.

Dated: November 3, 2025                                                            <u>/s/ Laura Taylor Swain</u>
       New York New York                                            LAURA TAYLOR SWAIN
                                                                       United States District Judge