S.D.N.Y. – N.Y.C.
11-cv-5845
Swain, C.J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-five.

Present:
    John M. Walker, Jr.,
    Susan L. Carney,
    William J. Nardini,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 17, 2025

---

Mark Nunez, et al.,

> *Plaintiffs-Appellees*,

United States of America,

> *Intervenor-Plaintiff-Appellee*,

v.                                                                25-1723

City of New York, New York City Department of Correction,

> *Defendants-Appellants*,

Ashaki Jones, Shield #694,

> *Defendant-Cross-Claimant-Cross-Defendant*,

Correction Officer Thomas, et al.,

> *Defendants-Cross-Defendants*.

---

Defendants-Appellants move for remand pursuant to *United States v. Jacobson*, 15 F.3d 19 (2d Cir. 1994). The Court has jurisdiction over the appeal under 28 U.S.C. § 1292(a)(2). *See Sriram v. Preferred Income Fund III Ltd. Partn.*, 22 F.3d 498, 501 (2d Cir. 1994). Upon due

CERTIFIED COPY ISSUED ON 11/13/2025

consideration, it is hereby ORDERED that the motion is GRANTED and the matter is REMANDED.

In accordance with *Jacobson*, the mandate shall issue forthwith.   Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, upon letter notification to this Court by any party, within sixty (60) days of the naming of a remediation manager.   Once this Court is notified, this appeal will be reactivated pursuant to *Jacobson*.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit