OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

Steve J. Martin
Monitor

Anna E. Friedberg
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

December 18, 2025

**VIA ECF**
The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**<u>MEMO ENDORSED</u>**

*Re: Nunez, et al. v. City of New York, et al. , 11-cv-5845 (LTS)*

Dear Chief Judge Swain,

    We write to respectfully request two modifications to the timing regarding the Court's Order regarding Local Law 42 ("LL42") (dkts. 896 & 917). First, the Monitor requests to extend the filing of the Monitor's Report on LL42 to January 14, 2025 from December 19, 2025. The Monitoring Team requests the extension of time to file the report because additional time is needed to align the filing of this report with the Monitor's report on the 20th Monitoring Period that is scheduled to be filed on December 22, 2025 and due to unexpected extenuating circumstances.

    Assuming the Court grants the Monitor's request to extend the time to file the Monitor's LL42 Report, then we respectfully request a corresponding extension to the meet and confer process as demonstrated in red track changes to the Court's November 24, 2025 Order (dkt. 930).

> *Following the issuance of the Monitor's Report, the Monitor, the Nunez parties, and the City Council and Public Advocate limited Intervenor are therefore ordered to meet and confer between January ~~12 and 30,~~ 19 to February 9, 2026 to identify any issues raised by the Monitor's Report that require additional intervention by the Court. If such issues exist, within five business days following the meet and confer, the Monitoring Team must file a joint report identifying the specific issues to be raised with the Court and proposing*

*an appropriate briefing schedule.*

The *Nunez* Parties have advised that they consent to this request. Counsel for the LL42 Limited Intervenors advised the Monitoring Team that they maintain their position that they "agree it is prudent to meet and confer after new City officials have taken office in January. However, as with previous extensions, Intervenors object to this further extension to the extent that (1) it has the practical impact of delaying the Intervenors' ability to brief the legal infirmities with the TRO, under the timeline ordered by Chief Judge Swain, and (2) it extends the TRO even further beyond the statutory 90-day limit."

We appreciate the Court's attention to these matters.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing requests are granted.  The Monitoring Team's Report regarding Local Law 42 shall be due on January 14, 2026.  The conferral schedule in the November 24, 2025 Order (docket entry no. 930) is modified as indicated above.  DE 937 resolved.

SO ORDERED.
12/19/2025
/s/ Laura Taylor Swain, Chief USDJ