OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

d

January 7, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**MEMO ENDORSED**

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request an extension to file the Monitor's 20th Monitoring Period Report to the Court. We respectfully request the Court extend the deadline to file the report from January 8 to January 14, 2026. The Monitoring Team requires this extension in order for the Monitoring Team finalize the report. This is the Monitoring Team's third request for an extension of time to file this report. The Monitoring Team has consulted with all Parties and they have reported that they consent to this request.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted. The deadline for the Monitoring Team to file the 20th Monitoring Period Report is hereby extended from January 8, 2026 to **January 14, 2026**. DE 945 resolved.

SO ORDERED.
1/8/2026
/s/ Laura Taylor Swain, Chief USDJ