UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARK NUNEZ, et al.,                                               :
                                                                  :
                Plaintiff,                                   :           11-CV-5845-LTS
                                                                  :
       -v-                                                        :           ORDER
                                                                  :
CITY OF NEW YORK, et al.,                                         :
                                                                  :
                Defendants.                                  X

-------------------------------------------------------------------

ORDER

        On December 18, 2025, the Court issued an updated Order Appointing a Nunez Remediation Manager.  (Docket entry no. 938 ("RM Appointment Order").)  Exhibit A of the RM Appointment Order reflects the final language of the Order the Court intends to issue upon selection and appointment of a Nunez Remediation Manager.  The Court has evaluated applicants for the Nunez Remediation Manager position and will appoint **Nicholas Deml** to the position.[1]  Mr. Deml's biography and photograph are appended to this Order as Appendix 1.

        The Court hereby directs Mr. Deml and Defendants to meet and confer promptly to develop compensation parameters, discuss initial staffing of the Remediation Manager Team, discuss other arrangements and logistics required for the Nunez Remediation Manager to

---

[1]    While the Court previously intended to keep the identity of its intended Nunez Remediation Manager confidential pending preliminary budget and logistical discussions between the candidate and Defendants (RM Appointment Order at 8), the Court has instead elected to make this announcement publicly in light of the Monitoring Team's January 16, 2026 Status Report (docket entry no. 950), which indicated that no parties objected to a public announcement upon the Court's selection of a candidate.

efficiently commence performing his duties, and develop a preliminary budget. Mr. Deml and Defendants shall also discuss an appropriate Onboard Date as defined in the RM Appointment Order. Within **21 days** from the date of this Order, Defendants and Mr. Deml shall confidentially submit to the Court a report reflecting the agreements they have reached through their discussions and any material points of disagreement. Throughout the period preceding submission of that report, the Monitoring Team shall be available as a resource to Mr. Deml should he seek their advice.

Upon receipt and review of the parties' confidential report, the Court will formally appoint Mr. Deml as the Nunez Remediation Manager by entering an Order substantially in the form of Exhibit A to the RM Appointment Order.

SO ORDERED.

Dated: New York, New York
      January 27, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Appendix 1: Nicholas Deml Biography**

Nicholas J. Deml is a national thought leader on correctional leadership and brings more than fifteen years of senior leadership experience across federal and state government. He currently serves as the Managing Director of Everly Bly & Co., a boutique advisory and consulting firm focused on corrections, public safety, national security, and justice-sector modernization.



From 2021 to 2025, Mr. Deml served as Commissioner of the Vermont Department of Corrections, leading reforms to stabilize the workforce, improve health care for those in custody, and foster culture change across Vermont's prisons. His earlier career includes service as a Directorate of Operations officer at the Central Intelligence Agency and as an aide to U.S. Senator Richard J. Durbin on the Senate Judiciary Committee and in the Office of the Assistant Majority Leader.

Mr. Deml is an active member of the non-partisan think tank the Council on Criminal Justice, a member of the editorial board of <u>Correctional News</u>, and advisor to public agencies, private companies, and nonprofit organizations on strategy, oversight, and institutional reform. He holds a Juris Doctor from Marquette University Law School and a Bachelor of Arts degree from Southern Illinois University.

Deml's career is defined by public service and by leading complex public institutions that carry the promise of safety, opportunity, and transparency. He brings a people-centered approach to stabilizing organizations, restoring trust, and advancing transparent, accountable leadership to create meaningful and lasting change.