UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   :
MARK NUNEZ, et al.,   :
   :
                Plaintiff,   :          11-CV-5845-LTS
   :
   -v-   :          <u>ORDER</u>
   :
CITY OF NEW YORK, et al.,   :
   :
                Defendants.   X

-----------------------------------------------------------------

        The Court has received and reviewed the Monitoring Team's Status Report regarding Local Law 42 and the recommendations contained therein regarding appropriate next steps. (<u>See</u> docket entry no. 949.) In light of those recommendations, the Court orders that:

1. The Monitoring Team shall confidentially provide its preliminary and draft findings to the <u>Nunez</u> parties and the Limited City Intervenors (together, the "LL42 Parties") by **January 29, 2026**. That submission shall be provided under the same terms that the Monitoring Team provides drafts of Monitor Reports, including the terms regarding confidentiality obligations.

2. The Monitoring Team shall schedule appropriate meet and confer sessions that include the LL42 Parties and, where appropriate, the incoming <u>Nunez</u> Remediation Manager. The Monitoring Team shall have sufficient discretion and flexibility to structure the meet and confer process to facilitate the participation of key stakeholders, including the <u>Nunez</u> Remediation Manager, when appropriate. The meet and confer process and any written

communications shared pursuant to that process shall be subject to the same confidentiality obligations as those governing the provision of draft Monitor Reports.

3. The Monitoring Team shall provide the Court with an update regarding the status of discussions and proposed next steps on Local Law 42 on **March 26, 2026**.

4. The Court's December 19, 2025 Order (docket entry no. 940) is suspended to the extent that it conflicts with any of the processes set forth in this Order.

SO ORDERED.

Dated: January 27, 2026　　　　　　　　　　　　　　　　　　／s/ Laura Taylor Swain  
　　　　New York New York　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN  
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge