UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARK NUNEZ, et al.,

           Plaintiff,                      11-CV-5845-LTS

     -v-                                 ORDER

CITY OF NEW YORK, et al.,

           Defendants.

-------------------------------------------------------------------X

ORDER

The Court has received and reviewed the City of New York's motion (docket entry no. 952) seeking to maintain the redaction of portions of the Monitor's 20th Report (docket entry no. 947). Should Plaintiffs wish to file a response to the City's motion, they are hereby directed to do so by **February 3, 2026**. Defendants are directed to file a reply, if any, by **February 6, 2026**.

SO ORDERED.

Dated: New York, New York
      January 27, 2026

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge