

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | The City of New York<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **QIANA SMITH-WILLIAMS**<br>(212) 356-3500<br>Fax: (212) 356-3509<br>qwilliam@law.nyc.gov |

January 29, 2026

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: <u>Nunez, et al. v. City of New York, et al.</u>
       11 Civ. 5845 (LTS)

Your Honor:

  I am an attorney in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, representing defendants City of New York ("City") and New York City Department of Correction (the "Department") (collectively "Defendants"). Defendants write to respectfully request a one-month extension from February 6, 2026 to March 6, 2026 for the Department to submit its confidential compliance report to the parties. The Nunez Deputy Monitor, counsel for the SDNY, and counsel for plaintiffs consent to this request. This request will not affect any other scheduled dates in this matter.

  Defendants thank the Court for its consideration of this matter.

               Respectfully submitted,

               /s *Qiana Smith-Williams*

               Qiana Smith-Williams

cc:  All Counsel of Record (Via ECF)