

49 Thomas Street, 10th Fl
New York, NY 10013
(212) 577-3300
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Chief Attorney*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

February 2, 2026

**Via ECF**

Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Your Honor,

Pursuant to Your Honor's January 27, 2026 Order (Dkt. 955), Counsel for the Plaintiff Class write in response to the Defendants' motion (Dkt. 952) seeking to maintain the redaction of portions of the Monitor's 20th Report (Dkt. 947).

Plaintiffs take no position on Defendants' motion.

Respectfully submitted,

| | |
|---|---|
| THE LEGAL AID SOCIETY | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
| By: /s/ Mary Lynne Werlwas | By: /s/ Debra L. Greenberger |
| Mary Lynne Werlwas<br>Kayla Simpson<br>Katherine Haas<br>Sophia Gebreselassie<br>49 Thomas Street, 10th Floor<br>New York, New York 10013<br>(212) 577-3530 | Jonathan Abady<br>Debra L. Greenberger<br>Katherine Rosenfeld<br>Vasudha Talla<br>Sana Mayat<br>1 Rockefeller Plaza, 8th Floor<br>New York, New York 10020<br>(212) 763-5000 |
| *Counsel for the Plaintiff Class* | *Counsel for the Plaintiff Class* |

**Justice in Every Borough.**