

**STEVEN BANKS**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**QIANA SMITH-WILLIAMS**
(212) 356-3500
Fax: (212) 356-3509
qwilliam@law.nyc.gov

March 6, 2026

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

The below request is granted. DE 964 resolved.

SO ORDERED.
3/9/2026
/s/ Laura Taylor Swain, Chief USDJ

Re: Nunez, et al. v. City of New York, et al.
11 Civ. 5845 (LTS)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel for the City of New York, representing defendants City of New York ("City") and New York City Department of Correction (the "Department") (collectively "Defendants"). Defendants write to respectfully request an additional ten-day enlargement of time from today to March 16, 2026 for the Department to submit its confidential compliance report to the parties.[1] The Nunez Deputy Monitor, counsel for the SDNY, and counsel for plaintiffs consent to this request. This request will not affect any other scheduled dates in this matter.

Defendants thank the Court for its consideration of this matter.

Respectfully submitted,

/s *Qiana Smith-Williams*

Qiana Smith-Williams

cc: All Counsel of Record (Via ECF)

---

[1] By letter dated January 29, 2026, Defendants requested an extension of time from February 6, 2026 until March 6, 2026, to provide the parties with the confidential compliance report. Your Honor granted that request.