OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

March 16, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

Re: *Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to the Court with two recommendations regarding the assessment of compliance ratings for the 21st Monitoring Period and the 22nd Monitoring Period as described below:

- **21st Monitoring Period (July 1 to December, 2025)**: The Monitor's assessment of compliance for the 21st Monitoring Period, pursuant to § XX, ¶ 18 of the Consent Judgment, for the Select Nunez Provisions[1] will only include a detailed narrative description for a compliance rating if the assigned compliance rating is different from the compliance rating assigned in the 20th Monitoring Period in the Monitor's January 13, 2026 Report (dkt. 947). This change is proposed because following the completion of the 21st Monitoring Period there have been significant leadership changes with the appointment of a new DOC Commissioner and the Court's appointment of the

---

[1] The Select Nunez Provisions is the select group of provisions defined by § G, ¶5(b) of the Action Plan, and those provisions subject to the Court's November 26, 2024 Contempt Order (dkt. 803). *See*, Court's July 10, 2025 Order (dkt. 879).

Remediation Manager.  Given that, the Monitoring Team proposes this approach for compliance assessments in the 21st Monitoring Period in order to permit the Monitoring Team the necessary time to focus on working with the new Commissioner and Remediation Manager and to help support the development of the Remediation Action Plan.

- **22nd Monitoring Period (January 1 to June 30, 2026)**: The Monitoring Team proposes the assessment of compliance, pursuant to § XX, ¶ 18 of the Consent Judgment, is limited to the Select Nunez Provisions.  This is an extension of the Court's July 10, 2025 Order (dkt. 879) and consistent with the approach that has been in place since the Court's issuance of the Action Plan § G, ¶ 5 (b) in June of 2022.

The Monitoring Team respectfully recommends the Court issue the attached proposed order for the reasons stated above.  The Monitoring Team has consulted with the *Nunez* Parties and they have reported that they consent to the entry of this Order.

We appreciate the Court's consideration of this matter.

Sincerely,

s/ Steve J. Martin and Anna E. Friedberg
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                          :

MARK NUNEZ, et al.,                    :

 Plaintiffs,                :

 - against -               :

CITY OF NEW YORK, et al.,        :

 Defendants.             :

                          :  **11 Civ. 5845 (LTS)(JCF)**

-------------------------------------------------------------- X
                          :

UNITED STATES OF AMERICA,     :

            Plaintiff-Intervenor,   :

 - against -               :

CITY OF NEW YORK and NEW YORK CITY  :
DEPARTMENT OF CORRECTION,     :

         Defendants.       :

-------------------------------------------------------------- X

**[PROPOSED] ORDER**

1. *Monitor's Compliance Assessment for the 21st Monitoring Period*: Pursuant to the Court's July 10, 2025 Order (dkt. 879), the Monitor's assessment of compliance for the 21st Monitoring Period (July 1 to December 31, 2025), pursuant to § XX, ¶ 18 of the Consent Judgment, is limited to the select group of provisions defined by § G, ¶5(b) of the Action Plan, and those provisions subject to the Court's November 26, 2024 Contempt Order (dkt. 803) (collectively "Select Nunez Provisions").  The Select Nunez Provisions are enumerated in the Appendix to this Order.  For the 21st Monitoring Period, the Monitor is only required to provide a discussion of the basis for a compliance rating for the Select Nunez Provisions if the assigned compliance rating is different from the compliance rating assigned in the 20th Monitoring Period in the Monitor's January 13, 2026 Report (dkt. 947).

2. *Monitor's Compliance Assessment for the 22nd Monitoring Period*: For the 22nd Monitoring Period (January 1 to June 30, 2026), the Monitor shall assess compliance, pursuant to § XX, ¶ 18 of the Consent Judgment, for the Select Nunez Provisions.

3. The Monitor's assignment of compliance ratings for all other provisions of the *Nunez* Court Orders not identified in the chart of Select Nunez Provisions are suspended for the period through **June 30, 2026**.

SO ORDERED this _____ day of _____, 2026

_____
LAURA TAYLOR SWAIN
Chief United States District Judge

### Appendix A: Select Nunez Provisions

| Nunez Court Order Provision | Short Hand Description | Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b) | Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803) |
|---|---|---|---|
| Action Plan, § A, ¶1 (d) | Improved Routine Tours | ~ | Yes |
| Action Plan, § C, ¶ 3 (ii) | Increased Assignment of Captains in the Facility | ~ | Yes |
| Action Plan, § C, ¶ 3 (iii) | Improved Supervision of Captains | ~ | Yes |
| Action Plan, § C, ¶ 3 (v) | Maximizing Deployment of Staff - Awarded Posts | ~ | Yes |
| Action Plan, § C, ¶ 3 (vi) | Maximizing Deployment of Staff - Maximize Work Schedules | ~ | Yes |
| Action Plan, § C, ¶ 3 (vii) | Maximizing Deployment of Staff - Reduction of Uniformed Staff in Civilian Posts | ~ | Yes |
| Action Plan, § D, ¶ 2 (d) | Searches | ~ | Yes |
| Action Plan, § D, ¶ 2 (e) | Identify/ Recover Contraband | ~ | Yes |
| Action Plan, § D, ¶ 2 (f): | Escort Holds | ~ | Yes |
| Action Plan, § D, ¶ 2 (a) | Interim Security Plan | ~ | Yes |
| Consent Judgment, § IV., ¶ 1 | New Use of Force Directive | Yes | Yes |
| Consent Judgment, § V., ¶ 2 | Independent Staff Reports | Yes | ~ |
| Consent Judgment, § V., ¶ 22 | Providing Medical Attention Following Use of Force Incident | Yes | ~ |
| Consent Judgment, § VII., ¶ 1 | Thorough, Timely, Objective Investigations | Yes | Yes |
| Consent Judgment, § VII., ¶ 11 | ID Staffing | ~ | Yes |
| Consent Judgment, § VII., ¶ 9(a) | Timing of Full ID Investigations | Yes | Yes |
| Consent Judgment, § VIII., ¶ 1 | Timely, Appropriate and Meaningful Discipline | Yes | Yes |
| Consent Judgment, § VIII., ¶ 3(c) | Use of Force Violations | Yes | ~ |
| Consent Judgment, § VIII., ¶ 4 | Trials Division Staffing | Yes | ~ |
| Consent Judgment, § X., ¶ 1 | Early Warning System | Yes | ~ |
| Consent Judgment, § XII., ¶ 1 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 2 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 3 | Promotions | Yes | ~ |
| Consent Judgment, § XV., ¶ 1 | Prevent Fight/Assault – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 12 | Direct Supervision – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 17 | Consistent Assignment of Staff – 18-year-olds | Yes | Yes |
| First Remedial Order, § A., ¶ 1 | Conduct Rapid Reviews | Yes | ~ |
| First Remedial Order, § A., ¶ 2 | Facility Leadership Responsibilities | Yes | Yes |
| First Remedial Order, § A., ¶ 3 | Revised De-escalation Protocol | Yes | ~ |
| First Remedial Order, § A., ¶ 4 | Supervision of Captains | Yes | Yes |
| First Remedial Order, § A., ¶ 6 | Facility Emergency Response Teams | Yes | Yes |
| First Remedial Order, § C., ¶ 1 | Immediate Corrective Action | Yes | ~ |
| First Remedial Order, § C., ¶ 2 | Staff Accountability – Monitor | Yes | ~ |

| Nunez Court Order Provision | Short Hand Description | Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b) | Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803) |
|---|---|---|---|
| | Recommendations | | |
| First Remedial Order, § C., ¶ 4/Third Remedial Order ¶ 2 | Expeditious OATH Proceedings | Yes | ~ |
| First Remedial Order, § C., ¶ 5 | Applicability of Disciplinary Guidelines to OATH Proceedings | Yes | ~ |
| First Remedial Order, § D, ¶ 1 | Consistent Staff Assignment and Leadership | ~ | Yes |
| First Remedial Order, § D, ¶ 3; 3(i) | Reinforcement of Direct Supervision | ~ | Yes |
| Second Remedial Order, ¶1(i)(a) | Interim Security Plan | ~ | Yes |
| Third Remedial Order, ¶ 3 | New OATH Procedures and Protocols | Yes | ~ |