# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

March 26, 2026

**<u>VIA ECF</u>**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request a three-week extension to provide the Court an update regarding the status of discussions and proposed next steps on Local Law 42 so that the update will be provided on April 16, 2026 (*See*, Court's January 27, 2026 Order, dkt. 954).

Since the Monitoring Team's report on January 14, 2026, there has been productive engagement among the *Nunez* Parties and the limited City Intervenors (collectively the "LL42 Parties"). While undertaking this work, we have determined that additional time is needed in order to provide the Court a more fulsome update on the work underway and potential next steps. This additional time will permit the Monitoring Team to work with DOC and the Remediation Manager Team and also permit the LL42 Parties to have at least one additional Meet and Confer session.

The Monitoring Team therefore respectfully requests that the next update on LL42 is extended from March 26, 2026 to April 16, 2026. The RM Team and Defendants have reported that they join in the Monitoring Team's request. Counsel for the Plaintiff Class, the Southern District of New York, and the limited City Intervenors have reported that they consent to this

2

request.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*