OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

April 15, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

**MEMO ENDORSED**

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request a one-week extension to provide the Court an update regarding the status of discussions and proposed next steps on Local Law 42 so that the update will be provided on April 23, 2026 (*See*, Court's March 26, 2026 Order, dkt. 969).  This extension is necessary to accommodate some unavoidable scheduling matters. Counsel for Defendants, the Plaintiff Class, the Southern District of New York, and the limited City Intervenors have reported that they do not object to this request.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

The foregoing request is granted.  The Monitoring Team shall provide its update regarding the status of discussions and proposed next steps on Local Law 42 by **April 23, 2026**.  DE 972 resolved.

SO ORDERED.
4/15/2026
/s/ Laura Taylor Swain, Chief USDJ