AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York    ▼

|  |  |
|---|---|
| Mark Nunez, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   11-cv-5845 (LTS) |
| City of New York, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Remediation Manager Nicholas J. Deml                                                    .

Date:      05/01/2026

*Attorney's signature*

Martha Ferson (5565775)
*Printed name and bar number*
Everly Bly & Co.
375 Pearl Street
FL 30, Executive Suite
New York, New York 10038

*Address*

martha.ferson@everlybly.com
*E-mail address*

(256) 335-2894
*Telephone number*

*FAX number*