UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
MARK NUNEZ, et al.,                                       :
                                                          :
                                    Plaintiffs,           :            11-CV-5845-LTS
                                                          :
            -v-                                           :
                                                          :
CITY OF NEW YORK, et al.,                                 :
                                                          :
                                    Defendants.           X
------------------------------------------------------------------------

ORDER

        The Court has received and reviewed the Monitoring Team's April 23, 2026,

Status Report regarding Local Law 42.  (Docket entry no. 975.)  The Monitoring Team shall

provide a further update on Local Law 42 in the Monitor's 21st Monitoring Period Report, as

outlined in the "Next Steps" section of that Status Report.  (See id. at 16-17.)  The parties are

further reminded that the Local Law 42 meet and confer process and any written

communications shared pursuant to that process are subject to the same confidentiality

obligations as those governing the provision of draft Monitor Reports.  (See docket entry

no. 954, at 1-2.)


SO ORDERED.

Dated: New York, New York
       May 4, 2026


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge