United States District Courts
Southern District of New York

RECEIVED
MAY - 4 2026
PRO SE OFFICE

04/15/2026

DOE NUNEZ,
        Plaintiff

    VS.

The City of New York,
                Defendants,

                                    CASE NO #1:11-CV-5845-
                                        (LTS)(RWL)

                    Joinder of Claim
                    Fed R. Civ. P 18 A

Motion to Compel Discovery Under The
Sunshine Act, 3.20 Public Record or
Documents CPLR 4520, NY Evid Rule
3.21 - 3.33 - A

Wherefore Plaintiff-Petitioner states these
mitigating Facts For these Honorable Courts:

#1), I was Detained on Rikers Island From
September 14th, 2021 up until March 19th, 2026
on Case number CR-013906-21BX Indictment
number 70616-21 A total of 4½ years.

#1A), While their I was Housed at GRVC and
Gave legal and Business mail GNYE Rule 8.08
Directly to mail clerk C.O. McCall or placed
legal Business mail Directly into institutional
mailbox system. (Confrontation Clause)

                    PAGE # 1 OF 4

#1B). I was housed at OBCC CPLR 2307 and I gave legal mail, Business mail, and a $9,000.00 check to correctional officers Brethewait, CulBreathe, O.J. Doe, and Walker. Directly in their hands or placed them directly into the institutions out going mailbox system. People v. Brown, 221 A.D. 2d. 270 [1st Dept 1995].

#1C). I was housed at RNDC, and gave legal and Business mail [all covered under the indigentcy DOC policies] to mail clerk Myrie, directly into her hands for mailing out. 6NYIE Rule 8.08[C].

Rumor has it that C.O. Myrie of R.NDC would leave my mail on the steps for the psychiatrist on Ms. Harris to get instead of mailing it out of the facility. "unquote" Public Health Law §10 (2).

#2) Come to Find out not one piece of my mail in over 4¹/₂ years ever got mailed off of Rikers Island.

Such mail includes:

1) Securities and exchange commission
2) United States District Courts, Southern District of NY
3) The Investor Protection Bureau
4) A $9000.00 check mailed to Wells Fargo Bank N.A.
5) F.I.N.R.A.
6). United States Supreme Court
7) Bronx Civil Courts
8) Bronx Supreme Court, Criminal Term Part 28
9. United State Department of Justice

Page# 2 of 4

10) THE WHITE HOUSE

11). THE FEDERAL RESERVE

12) THE FEDERAL ELECTIONS Commission

#13) THE FEDERAL TRADE Commission

14) THE UNITED STATES Senate Bld.

15) THE HOUSE OF Representatives Bld.

16) Bronx Property Clerk's Office

17) INTERNAL REVENUE SERViCE

18) NEW YORK STATE DIVISION OF TAXATION And Finance

19). NEW YORK State Division OF Corporations

20) NY State Human RESOURCES Administration

21) THE OFFICE OF Disability and TEMPORARY Assistance

22). City FHEPS OFFiCE

23). THE United States District Court OF APPEALS For the Second Circuit OF New York

24). THE United States District Courts OF St Louis missouri

25) Bronx Housing Court

26) United States VETERANS Bldg.

ETC. CRAMER v. BENEdictine Hosp. 190 misc 2d 191 [Sup - Ct Ulster County 2002].

#3). I'VE Contacted Commissioner Stanley Richards I'VE Contacted THE Remediation manager one MR Nicholas Deml. I'VE Contacted Correctional OFFicers Union Representative MR Glenn Morgan. Id "221 A.D. 2d 270 [1st Dept 1995].

I'd Requested the Return OF All illegally siezed mail in Violation OF $ 18 USC $1991 THE PatRiot Act mail theft THEFT. United States v. Perchman 32 U.S. 51, 85 [1833].

WHEREAS I REQUEST THE PRODUCTION OF All my legal mail that was SIEZED By PUBLIC OFFICIALS From September 14th 2021 up until March 19th 2026 HEDRICK v. Hughes, 82 US.123, 127 [1872]. In A DECLARA-tory Judgment By Courts 28 USC 2636. Evanston v. Cau-n 99 US. 660,665-667 [1878]. And Return OF All mail!

Respectfully Submitted
RAFAEL Jones C228050
Rockland Psychiatric Center Bldg 58
Unit 404
140 Old Orangeburg Road
ORANGEBURG, NEW YORK 10962
Phone #(845)680-5789

28 USC 1746
CERTIFICATE OF SERVICE

I certify that All statements on foregoing Documents is true to the Best of my knowledge under the penalties of perjury this 25th DAY OF April 2026.

PAGE# 4 OF 4

Rafael Jones C2228050

AFTER 5 DAYS RETURN TO
ROCKLAND PSYCHIATRIC CENTER  Bldg 58/Unit 404
ORANGEBURG, NEW YORK 10962

WESTCHESTER NY 105

29 APR 2026 PM 3

US POSTAGE PITNEY BOWES

000.74°

RECEIVED
MAY 1 - 2026
CLERK'S OFFICE
S.D.N.Y.

USM
SDNY

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

10007-133099