

# KARASYK&MOSCHELLA,LLP
## COUNSELORS AT LAW

PHILIP KARASYK

JAMES M. MOSCHELLA

MARISSA B. GILLESPIE

JEANNETTE BALDASSARRE

RENA C. DAWSON

MERCEDES M. MALDONADO

ANN M. SCHNEIDER

OF COUNSEL

SHIVA BAHMANI

JOHN W. BURNS

MICHAEL A. PALLADINO

BARRY WASHOR

YESENIA RIVERA-SIPES

JESSICA SALLES

June 9, 2026

**Via ECF** and swainnysdcorresp@nysd.uscourts.gov
Chief District Judge
Honorable Laura Taylor Swain
United States District Judge United States District Court Southern
District of New York
500 Pearl Street
New York, New York 10007

Re:     **Nunez, et al. v. City of New York, et al.**
        **Docket: 11-civ-5845(LTS)**

Your Honor:

This Court has previously accepted the Correction Officers' Benevolent Association, Inc. ("COBA") *Amicus Curiae* submissions (*see*, ECF Dkt # 703; 827;829) COBA has sought to communicate to the Court the concerns and opinions of our 5,000 plus active members, the men and women who work at Rikers Island on a daily basis. We now come to this Court again to bring the court's attention to a major concern that we believe contradicts the spirit and essence of this Court's stated criteria for the selection and installation of the Remediation Manager in furtherance of positive reform– the re-hiring of Sarena Townsend in the newly created role of Senior Deputy Commissioner – Investigations, Intelligence, Accountability ("SDC").

On behalf of *Amicus Curiae*, COBA we respectfully submit the attached letter to the Court by, Benny Boscio, President of COBA (see attachment 1).

Respectfully submitted,

*Philip Karasyk*
PHILIP KARASYK

cc: To all counsel - via ECF

233 BROADWAY, SUITE 2340 • NEW YORK, NEW YORK 10279 • T: 212·233·3800 • F: 212·233·3801 • www.kmattorneys.com

# Attachment 1



# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

## "PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

**Benny Boscio Jr.**
President

**Glenn Morgan**
1st Vice President

**Angel Castro**
2nd Vice President

**Antoinette Anderson**
3rd Vice President

**Kamaal Moore**
Treasurer

**Lionel I. Cumberbatch**
Financial Secretary

**Daniel Monaco**
Legislative Chairman

**Vanessa Quinones**
Corresponding Secretary

**Neil Renois**
Recording Secretary

**Edward Yates**
Sergeant-At-Arms

**Rodney McQueen**
First City-Wide Trustee

**Lateesha Harris**
Manhattan Borough Trustee

**Christopher Cruz**
Brooklyn Borough Trustee

**TBD**
Bronx Borough Trustee

**TBD**
Queens Borough Trustee

**William Kwasnicki**
Retiree Consultant

**Karasyk & Moschella**
General Counsel

**Joey Jackson Law PLLC**
Criminal & Discipline



June 9, 2026

Re:    **Nunez, et al. v. City of New York, et al.**
       **Docket: 11-civ-5845(LTS)**

Your Honor:

I submit this letter as the elected President of Amicus Curiae, the Correction Officers' Benevolent Association ("COBA"), on behalf of both COBA as an organization and the collective interests of over 5,000 COBA Members who serve on the front lines of New York City Department of Corrections (DOC) facilities and are tasked with maintaining the custody and supervision of all persons in DOC's custody. Any goal that enhances safety and security in DOC facilities is a goal that COBA shares in common with this Court. However, I must bring to this Court's attention a matter of major concern to my members and to the Union I am elected to represent regarding the decision to re-hire former DOC employee Sarena Townsend to the newly created role of Senior Deputy Commissioner of Investigations, Intelligence, and Accountability ("SDC").

Re-hiring Ms. Townsend as SDC – a direct report to the Remediation Manager ("RM") - is a regressive decision. This will ultimately prevent the overall goal of bringing positive reform to the DOC. Ms. Townsend is not the person to bring this goal to fruition. Ms. Townsend has, in numerous social media posts and in print media, blamed COBA for her 2022 dismissal from DOC and continuously displayed a clear bias toward COBA and COBA members.

COBA's concerns about Ms. Townsend's ability to perform in any role, let alone the critical role of SDC, are evident upon a review of her publicly recorded comments, which any reasonable person would find demonstrates a deliberate and unapologetic bias towards COBA, its leadership, and its members. In addition, the conflicts Ms. Townsend brings with her from the private sector involving both litigants and litigants' attorneys directly contradict the spirit of the court's installation of the RM. This is especially troubling for a position that reports directly to the RM.

### Ms. Townsend's public documented bias against COBA and COBA Members

To illustrate COBA's position, COBA submits relevant samples of Ms. Townsend's extensive social media and print media records that on its face alone should have been disqualifying. The following are some of her on the record statements:

- On multiple occasions, Ms. Townsend refers to COBA as "corrupt" without any basis. *"The only way to change the culture on Rikers is to install someone who has the power to overrule a corrupt union and anyone who may not have the will to do the right thing".[1]*

---

[1] Hurubie Meko & Jan Ransom, *Judge Finds New York in Contempt, Clearing the Way for Rikers Takeover*, N.Y. Times (Nov. 27, 2024), *https://www.nytimes.com/2024/11/27/nyregion/rikers-contempt-receivership.html*

COBA HEADQUARTERS | 77-10 21ST AVENUE | EAST ELMHURST, N.Y. 11370 | T 718.545.2622 | F 718.545.2667 | COBANYC.ORG



# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

## "PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

**Benny Boscio Jr.**
President

**Glenn Morgan**
1st Vice President

**Angel Castro**
2nd Vice President

**Antoinette Anderson**
3rd Vice President

**Kamaal Moore**
Treasurer

**Lionel I. Cumberbatch**
Financial Secretary

**Daniel Monaco**
Legislative Chairman

**Vanessa Quinones**
Corresponding Secretary

**Neil Renois**
Recording Secretary

**Edward Yates**
Sergeant-At-Arms

**Rodney McQueen**
First City-Wide Trustee

**Lateesha Harris**
Manhattan Borough Trustee

**Christopher Cruz**
Brooklyn Borough Trustee

**TBD**
Bronx Borough Trustee

**TBD**
Queens Borough Trustee

**William Kwasnicki**
Retiree Consultant

**Karasyk & Moschella**
General Counsel

**Joey Jackson Law PLLC**
Criminal & Discipline

- On October 28, 2022, in a post on X, Ms. Townsend wrote in response to a reporter: *"I wish the outrage would be directed at the actual bad actors, like COBA and [DOC Commissioner], rather than those who expose their imbecilic, egomaniacal, corrupt behavior"*.

- On January 18, 2023, in another post to her X account, Ms. Townsend claimed COBA was *"bought-and-paid-for"* in reference to COBA not opposing an action taken by then DOC Commissioner.

- On September 28, 2022, in yet another post on X, Ms. Townsend baselessly attacks COBA: *"This is COBA 101. They despise women in power; especially those with the ability to see through their lies and the wherewithal to expose them"*. Ms. Townsend posted this in response to a COBA rally at City Hall to increase the criminal penalty for sexual assaults committed by persons in custody against Correction Officers. Ms. Townsend's opinion is unburdened by fact. COBA has had more female Executive Board members than any other NYC uniformed Union for decades. This reflects our membership, which is almost 50% female. COBA doesn't despise women in power. On the contrary, COBA has an extensive track record of empowering women to the highest levels of its Executive Board.

- In a City & State article, Ms. Townsend commented that she views COBA's current Collective Bargaining Agreement as the leading example that it is COBA who runs DOC. The mere accusation that the Union *"runs"* DOC because of the contents of a collectively bargained agreement is as regressive as it is objectively false and irresponsible coming from a practicing attorney.[2]

- Right before being re-hired by DOC, on April 15, 2026, Ms. Townsend appeared as a guest on former COBA President Norman Seabrook's podcast ("Harsh Truths"). Mr. Seabrook was convicted of various financial crimes against COBA. Despite knowing this, Ms. Townsend, on the podcast told Mr. Seabrook that he was a *"mythical creature over at Rikers"*. Ms. Townsend continued, *"I can tell you that everybody [is] just wistful for, admires, and you are, you are the comparison."* Mere weeks after this podcast was recorded, Mr. Seabrook returned to federal prison where he is currently serving the remainder of his sentence.[3]

---

[2] Kelly Grace Price, *Will new correction officers' union contract boost recruitment for DOC?*, City & State N.Y. (June 7, 2024), https://www.cityandstateny.com/politics/2024/06/will-new-correction-officers-union-contract-boost-recruitment-doc/397190/

[3] Seabrook was convicted of the following crimes: 18 U.S.C. §1343,1346: Honest Services Wire Fraud; 18 U.S.C. § 1349: Conspiracy to Commit Honest Services Wire Fraud; and 18 U.S.C. § 2 Aiding and Abetting.





# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

**Benny Boscio Jr.**
President

**Glenn Morgan**
1st Vice President

**Angel Castro**
2nd Vice President

**Antoinette Anderson**
3rd Vice President

**Kamaal Moore**
Treasurer

**Lionel I. Cumberbatch**
Financial Secretary

**Daniel Monaco**
Legislative Chairman

**Vanessa Quinones**
Corresponding Secretary

**Neil Renois**
Recording Secretary

**Edward Yates**
Sergeant At Arms

**Rodney McQueen**
First City-Wide Trustee

**Lateesha Harris**
Manhattan Borough Trustee

**Christopher Cruz**
Brooklyn Borough Trustee

**TBD**
Bronx Borough Trustee

**TBD**
Queens Borough Trustee

**William Kwasnicki**
Retiree Consultant

**Karasyk & Moschella**
General Counsel

**Joey Jackson Law PLLC**
Criminal & Discipline

- On the same podcast, Ms. Townsend also stated to Mr. Seabrook that when she was fired, she did not seek *"justice"* by filing a lawsuit, but by going to the media instead.

Ms. Townsend chose to seek justice in the media rather than the legal system because Courts require statements under oath that carry a penalty of perjury, a standard none of her above statements can withstand scrutiny under. Ms. Townsend is bold enough to admit that she chose to make statements in a forum where her veracity and integrity would not be tested. A calculated choice, by her own admission, Ms. Townsend's animus towards COBA is evident.

Ms. Townsend's well documented bias against COBA and COBA members should have disqualified her from consideration for the SDC position.

### Ms. Townsend carries conflicts with a Nunez litigant, which is now her employer, and a separate Nunez litigant's counsel

Ms. Townsend's conflicts, at least one of which is still an active matter, should also have been disqualifying. By this Court's own Order, applicants for the RM position were cautioned that past interactions and ties to the New York City criminal justice system, and in particular DOC, would not be an advantage. The Court wanted fresh eyes on the situation. The hiring of Ms. Townsend in the role of SDC – now a direct report to the RM – places an individual with the exact type of conflicts that would have been disqualifying to any RM candidate into a high-level managerial role with broad oversight over many important departments within DOC. Many of the departments covered under the SDC's broad umbrella are crucial in securing the quality of life and job security of Correction Officers, the very people whom Ms. Townsend has been incessantly critical, unprofessional, and derogatory towards – all publicly on display via social media posts.

Since Ms. Townsend was fired in 2022, she spent at least part of her time in the private sector acting on behalf of attorneys for Plaintiff in at least one other case against the Department of Corrections, her current employer.

The following example encapsulates both of COBA's concerns. In a 42 U.S.C. §1983 lawsuit filed against the Department of Corrections and several DOC staff members, Ms. Townsend submitted a declaration in support for Plaintiffs, who are represented by Emery Celli Brinckerhoff Abady Ward & Maazel LLP. Ms. Townsend's declaration places full blame on the death of a person in custody upon the uniformed Captain and Correction Officers involved despite the New York State Attorney General's Office of Special Investigations finding that a lack of coordinated training policies by DOC in medical emergencies was the main cause for the individual's death by suicide. Ms. Townsend had clearly ignored dispositive evidence to provide a desired, but wrong, opinion. Submitting the declaration alone is a conflict involving one Nunez litigant (now Ms. Townsend's employer) and another Nunez litigant's law firm. While the mere existence of the declaration highlights COBA's concern of conflict, the substance of the declaration exemplifies the very bias against COBA members at the crux of COBA's other concern.

Ms. Townsend's conflicts due to her prior time at DOC, and in her private sector representations since leaving DOC, would have disqualified her from consideration in the selection process established by the Court for the RM position. Those same conflicts make her a deeply flawed selection for SDC.



# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

## "PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

**Benny Boscio Jr.**
President

**Glenn Morgan**
1st Vice President

**Angel Castro**
2nd Vice President

**Antoinette Anderson**
3rd Vice President

**Kamaal Moore**
Treasurer

**Lionel I. Cumberbatch**
Financial Secretary

**Daniel Monaco**
Legislative Chairman

**Vanessa Quinones**
Corresponding Secretary

**Neil Renois**
Recording Secretary

**Edward Yates**
Sergeant At Arms

**Rodney McQueen**
First City-Wide Trustee

**Lateesha Harris**
Manhattan Borough Trustee

**Christopher Cruz**
Brooklyn Borough Trustee

**TBD**
Bronx Borough Trustee

**TBD**
Queens Borough Trustee

**William Kwasnicki**
Retiree Consultant

**Karasyk & Moschella**
General Counsel

**Joey Jackson Law PLLC**
Criminal & Discipline

This Court, at the end of the "Position Description for Interested Candidates," for the Remediation Manager, set out eight (8) questions a potential RM candidate should be prepared to answer. Of the eight (8) questions, we believe Ms. Townsend's documented record of conflict and bias would prevent her from satisfactorily answering the following three (3) questions:

2. What is the applicant's relevant experience, and how do they believe they can <u>advance</u> the necessary reforms within the Department of Correction?

6. How would the applicant approach working with the Department's various constituencies (e.g. uniformed staff, civilian staff, and Department leadership)?

7. How would the applicant approach working with external constituencies that are connected to the Department, including the Unions and the New York City Council?" (see, ECF Dkt # 860, June 5, 2025)

COBA respectfully requests this Court to reassess the re-hiring of Ms. Townsend. Ms. Townsend has shown herself to be incapable of dealing fairly with the uniformed members of DOC. The overwhelming evidence of her public conduct since last employed by DOC in 2022 indicates that she took this position not to meet the goals of the Nunez Consent Decree, but to exact revenge upon COBA and its membership, which she publicly blamed for her 2022 termination from DOC.

Respectfully submitted,



BENNY BOSCIO
COBA PRESIDENT

COBA HEADQUARTERS I 77-10 21ST AVENUE I EAST ELMHURST, N.Y. 11370 I T 718.545.2622 I F 718.545.2667 I COBANYC.ORG