

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 15, 2026

**By ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Nunez v. City of New York</u>, 11 Civ. 5845 (LTS)

Dear Judge Swain:

      I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the United States in the above-referenced matter. The reason for this request is that I am leaving the United States Attorney's Office for the Southern District of New York. The United States will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York who has appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

      I thank the Court for its consideration of this submission.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

      By:    /s/ *Jeffrey K. Powell*
             JEFFEY K. POWELL
             Assistant United States Attorney
             Telephone: (212) 637-2706
             Email: Jeffrey.Powell@usdoj.gov

cc:      Counsel of record (via ECF)