UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
MARK NUNEZ, et al.,                                     :
                                                        :
                            Plaintiffs,                 :        11-CV-5845-LTS
                                                        :
             -v-                                        :
                                                        :
CITY OF NEW YORK, et al.,                               :
                                                        :
                            Defendants.               X
                                                        :
---------------------------------------------------------------------

ORDER

The Court has received and reviewed the Monitoring Team's 21st Monitoring

Period Report, including the Monitoring Team's updates and proposed next steps regarding

Local Law 42.  (Docket entry no. 984, at 50-53.)  The Court hereby adopts the Monitoring

Team's recommendations regarding next steps for Local Law 42 as detailed in that Report.  (See

id. at 52-53.)  The Monitoring Team shall provide the Court with an update regarding Local

Law 42 on September 30, 2026, and shall include a further update on Local Law 42 in the 22nd

Monitoring Period Report in December 2026.


SO ORDERED.

Dated: New York, New York
       June 24, 2026


                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge