OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

July 21, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to respectfully request the Court adopt the attached proposed order regarding the Monitoring Team ("MT") and Remediation Manager Team's ("RMT") access to medical information.  This order is intended to ensure the MT and RMT have access to necessary medical information to fulfill their respective responsibilities under the orders in this case.[1]  The order also ensures that Defendants and the Law Department have access to relevant medical information as necessary as well.  The MT, RMT, and the Law Department worked together collaboratively to develop this order.  Defendants and the RMT join the MT's request that the Court adopt the proposed order.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

---

[1] *See*, for example, Consent Judgment (dkt. 249) § XX, ¶¶ 7 and 8 and the Court's February 18, 2026 Order (dkt. 961) § IV, ¶ H.