

49 Thomas Street, 10th Fl
New York, NY 10013
(212) 577-3300
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Chief Attorney*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

July 21, 2026

**Via ECF**

Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Nunez v. City of New York*, 11 Civ. 5845 (LTS)

Your Honor,

The Plaintiff Class writes in response to the letter filed today by the Monitor (Dkt. 990) seeking an order permitting disclosure of Class members' private medical information to the Defendants, Monitor, and Remediation Manager. Plaintiffs respectfully ask the Court to hold that request in abeyance until Plaintiffs have had an opportunity to meet and confer with the Monitoring Team, Remediation Manager, and the parties about the matter, and have apprised the Court of our position. We were not consulted about this proposed order and believe that as drafted it may raise serious legal and ethical problems. We would like to discuss the issue with the above entities to determine whether there is a position all parties can support. We will then apprise the Court of the outcome.

Thank you.

Respectfully submitted,

THE LEGAL AID SOCIETY

By: /s/ Mary Lynne Werlwas

Sophia Gebreselassie
Katherine Haas
Kayla Simpson
Mary Lynne Werlwas
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

*Counsel for the Plaintiff Class*

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
By: /s/ Debra L. Greenberger

Jonathan Abady
Debra L. Greenberger
Sana Mayat
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

*Counsel for the Plaintiff Class*

**Justice in Every Borough.**

**Justice in Every Borough.**