# OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

July 22, 2026

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

We write to provide the Court an update on the Monitoring Team's July 21, 2026 letter request (dkt. 990). The Monitoring Team has met with counsel for the Plaintiff Class to discuss the concerns outlined in their letter. In light of that discussion, the Monitoring Team respectfully requests the Court hold the Monitoring Team's request in abeyance to permit time for additional discussion and consideration of the issues raised.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*