## THE OFFICE OF THE REMEDIATION MANAGER

*Nunez, et al. v. City of New York, et al.*

July 23, 2026

**Martha Ferson**

+1 256 335 2894
martha.ferson@everlybly.com

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    *Nunez, et al. v. City of New York, et al.*, 11-cv-5845 (LTS) (JCF)

Dear Chief Judge Swain:

I write on behalf of the Remediation Manager to respectfully request a modification of the Order Appointing Nicholas Deml as *Nunez* Remediation Manager dated February 18, 2026 (the "Appointment Order," Dkt. No. 961).

The Appointment Order provides that the "Nunez Remediation Manager is an agent of the Court and is not a federal, State, or local agency or an agent thereof" and that "all members of the Remediation Manager Team shall have the status of officers and agents of the Court." Appointment Order, §§ VII.A, XI.E.

For the avoidance of doubt and to facilitate the Remediation Manager's work, the Remediation Manager respectfully requests that the Appointment Order be modified to provide (new in underline):

> E. The Nunez Remediation Manager is an agent of the Court and is not a federal, State, or local agency or an agent thereof. As the Remediation Manager is an agent of the Court and not a federal, State or local agency or an agent thereof, the records maintained by the Remediation Manager Team shall not be deemed public records subject to public inspection, except that nothing in this provision shall be construed as prohibiting public access to documents the Remediation Manager files with the Court on the public docket in accordance with the Appointment Order. Additionally, nothing in this provision is intended to limit public access to Department records that may otherwise be subject to public inspection on the basis that they have been provided to the Remediation Manager or adopted as Department policy at the direction of the Remediation Manager.

The Monitor and all parties consent to this request.

Hon. Laura Taylor Swain
July 23, 2026
Page 2

Respectfully submitted,

*s/ Martha Ferson*
Martha Ferson

The foregoing request is granted.  Section XI.E of the Order Appointing Nicholas Deml as Nunez Remediation Manager (docket entry no. 961) is hereby modified to reflect the language detailed above.  DE 993 resolved.

SO ORDERED.
7/23/2026
/s/ Laura Taylor Swain, Chief USDJ