**STEVEN BANKS**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**QIANA SMITH-WILLIAMS**
(212) 356-3500
Fax: (212) 356-3509
qwilliam@law.nyc.gov

September 10, 2026

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Nunez, et al. v. the City of New York, et al.
11 Civ. 5845 (LTS)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel for the City of New York, representing defendants City of New York and New York City Department of Correction (collectively "Defendants"). Pursuant to Defendants' obligations herein, Defendants write to advise the Court that by letter, dated August 14, 2026, the plaintiffs in *Cepeda, et al. v. City of New York, et al.*, 25 Civ. 5409 (PKC), moved to compel the production of confidential communications between Defendants and the *Nunez* Monitoring Team. For the Court's convenience, the fully briefed motion consisting of the documents listed below is attached hereto:

- Plaintiffs' Letter Motion to Compel Defendants to Produce Documents, dated August 14, 2026, and the attached exhibits;
- Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents, dated August 28, 2026, and the attached exhibits; and
- Plaintiffs' Reply in Further Support of their Moton to Compel the Production of Documents, dated September 4, 2026.[1]

[1] In addition to the request to compel the production of communications with the Monitoring Team, the various briefing also addresses the respective parties' motions to seal confidential communications and to deny a clawback demand. Defendants also note that the plaintiffs' motion to compel contains redacted information that is the subject of the motion to seal and a ruling on the propriety of the clawback demand. Defendants are prepared to provide the Court with an unredacted version of the motion to compel and/or the other related motion practice should the Court require it.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s *Qiana Smith-Williams*

Qiana Smith-Williams

cc: Via ECF
Steven J. Martin, Monitor
Nicholas Deml, Remediation Manager
All Counsel of Record

The Court has received the foregoing and has reviewed its included attachments. There appears to be no request that the Court take any action at this juncture. Absent such a request, the Court does not intend to take action related to the information provided above at this juncture.

SO ORDERED.
9/11/2026
/s/ Laura Taylor Swain, Chief USDJ