**STEVEN BANKS**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Sheryl Neufeld**
(212) 356-2207
Fax: (212) 356-3509
sneufeld@law.nyc.gov

September 14, 2026

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Nunez, et al. v. the City of New York, et al.
11 Civ. 5845 (LTS)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel for the City of New York, representing defendants City of New York ("City") and New York City Department of Correction (the "Department") (collectively "Defendants"). Defendants write to assure the Court that they are committed to addressing the concerns of the Monitoring and Remediation Manager Teams ("MT" and "RMT" respectively) raised in the letter filed by the MT, dated September 3, 2026. *See* Dkt. Entry No. 997.

The Department's Executive Leadership and this Office remain committed to collaborating with the MT and RMT to advance the reform efforts set out in the *Nunez* Orders to achieve the goals of the remedial orders. To that end, on September 8, 2026, Commissioner Richards sent the attached letter to the MT and RMT acknowledging certain unintended missteps, reiterating the Department's commitment to improving communication and transparency, and requesting the opportunity to meet with the MT to more fully understand their concerns and directions for enhancing our ongoing working relationship. *See* Letter from Commissioner Stanley Richards to Steven J. Martin, Monitor, dated September 7, 2026, attached hereto as Exhibit A. Department leadership is in receipt RM Order No. 000003 regarding compliance with *Nunez* obligations and is already working with the RMT to meet each specific directive.

It was not the Department's intention to impede the free flow of communication with either the MT or RMT, nor to stymie progress. Defendants hope that their expeditious response

to the MT's recent communications, including efforts to correct the noted deficiencies, evinces the City's commitment to prioritizing the fulfillment of the goals of *Nunez*. Defendants thank the Court for its consideration herein.

Respectfully submitted,

Sheryl Neufeld

cc: Via ECF
Steven J. Martin, Monitor
Nicholas Deml, Remediation Manager
All Counsel of Record

# EXHIBIT A

The City of New York

NEW YORK CITY DEPARTMENT OF CORRECTION
Stanley Richards, Commissioner
Office of the Commissioner
75-20 Astoria Boulevard, Suite 305
East Elmhurst, New York. 11370

718 • 546 • 0890
Fax 718 • 278 • 6022

September 7, 2026

Steven J. Martin, Monitor
Anna Friedberg, Deputy Monitor

Re: *Nunez, et al. v. City of New York et al.*, 11-cv-5845 (LTS)

Dear Steve and Anna:

I write in response to your September 1, 2026 letter.

At the outset, we appreciate your outreach in an effort to advance the work under the *Nunez* Court Orders. We agree the purpose of the *Nunez* Court Orders is to improve the safety and well-being of incarcerated individuals and staff, and our goal is to ensure the issues you raise below are addressed immediately so the City and Department are prioritizing and focusing on advancing the *Nunez* reform effort.

We further agree that the Court's requirements regarding access to information, cooperation and collaboration are key to advancing the reform effort and all staff must understand their obligations and responsibilities. We recognize that there have been missteps in recent weeks in this area. We very much appreciate that you believe the City and DOC are capable of correcting these issues, altering the current trajectory, and ensuring that the work remains focused and appropriately prioritized toward advancing the *Nunez* reform effort.

These are important obligations, and the City and Department take them seriously. We are committed to addressing your concern that some DOC leaders and staff do not understand certain core elements of the *Nunez* Court Orders, the role of the Remediation Manager ("RM"), the Monitor's Access to Information, and the Department's obligations to consult and work cooperatively with the Monitoring Team ("MT") and Remediation Manager Team ("RMT"). We agree that the basic tenets of the *Nunez* Court Orders requiring transparency, cooperation, and collaboration with the MT and the RMT should be faithfully adhered to in order to advance the reform effort.

We understand you have raised many of these concerns during various routine discussions with Department leadership and in communications on July 17, 2026 and August 19, 2026. We believed we were working to improve communication and regret you have not observed any material change in practice despite your feedback and recommendations. We would appreciate an opportunity to meet to further discuss your specific concerns and ways to enhance communication

We respond to your specific recommendations as follows:

• **<u>Improved Management of *Nunez* Court Orders</u>**:
Going forward, the *Nunez* Manager, Assistant Commissioner of the *Nunez* Compliance Unit, and General Counsel will be included in DOC's leadership and operational work to ensure alignment with the *Nunez* Court Orders. In addition, effective immediately, the *Nunez* Manager and the Assistant Commissioner of the *Nunez* Compliance Unit will report to the General Counsel to more closely align the Department's compliance management. The General Counsel, as a member of the leadership team, will provide additional support for the management of the

Department's obligations and is well positioned to advise and deploy staff as needed to address any potential issues before they become problems.

• **Communication to DOC Leaders, Staff and relevant City Employees on *Nunez* Roles and Responsibilities**: Guidance will be given to leadership and relevant City employees regarding their obligations and responsibilities under the *Nunez* Court Orders. To that end, we will develop a comprehensive communications plan for your review. The plan will follow the initial email communication that we provided for your approval on September 4, 2026. I look forward to sending that communication to all Staff as soon as we have approval by the MT and RMT. The goal of the comprehensive communications plan will be to provide ongoing guidance to DOC leaders, staff and relevant City employees, and will underscore to all staff their responsibilities and obligations under the *Nunez* Court Orders.

This plan will emphasize that, as required by Court Orders, if there is ever any doubt regarding whether or not an issue requires collaboration with the Monitoring Team, staff are required to (i) raise the issue with the Monitoring Team and (ii) ask what is required for compliance. The comprehensive plan will include both a Department-wide teletype and the distribution of a video, with an approved script, as well as a plan for routine reminders. The video will be played throughout all offices and facilities. In the main, the Commissioner will deliver a message that clearly outlines the obligations and requirements of the Court's Orders and directs all personnel to comply.

Finally, there will be targeted communications directed at all executives and supervisors in the Department. This will include a presentation, during an approved list of scheduled leadership meetings for a set period of time where the Commissioner, the General Counsel, the *Nunez* Manager, and a representative from the NYC Law Department will present on the obligations under the Court Orders. The *Nunez* Manager will be highlighted as the individual responsible for facilitating the flow of information and answering any questions about the scope of the Department's obligations under the Court Orders. It is our hope that this multi-pronged communication plan will educate all staff and foster best practices in communicating with both the Monitoring Team and the Remediation Manager Team.

We look forward to consulting with you on the development of these materials and will use the communication plan implemented in 2023/2024 as a useful model for development of these communications. Following the initial roll-out, regular communications about the *Nunez* Court Orders and relevant responsibilities will be routinely reiterated to all DOC leaders, staff and City employees engaged in the work of the *Nunez* Court Order. The work to provide a plan for your approval will commence immediately.

Finally, the Department shares the Monitoring Team's concerns regarding the recent deaths in custody. The Department has communicated with both the MT and the RMT the corrective actions taken directly after these incidents, as well as the follow-up actions taken by senior leadership at each facility. We look forward to our ongoing collaboration with both the MT and the RMT to continue to enhance practices within the facilities to reduce the risk of harm.

Thank you for your consideration.

Respectfully submitted,

Stanley Richards

Stanley Richards

cc: Steven Banks, Corporation Counsel
Nicholas Deml, Remediation Manager