OFFICE OF THE MONITOR
*NUNEZ, ET AL. V. CITY OF NEW YORK, ET AL.*

**Steve J. Martin**
Monitor

**Anna E. Friedberg**
Deputy Monitor

1+1 646 895 6567 | afriedberg@tillidgroup.com

September 26, 2026

**VIA ECF**
The Honorable Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10006

*Re: Nunez, et al. v. City of New York, et al., 11-cv-5845 (LTS) (JCF)*

Dear Chief Judge Swain,

The Monitoring Team ("MT") submits this letter jointly with the Remediation Manager Team ("RMT") to obtain the Court's approval of the respective schedules for both teams to file bi-annual public reports with the Court pursuant to Consent Judgment § XX (Monitoring), ¶ 17 and the Court's February 18, 2026 Order § V, ¶ B(i).

The MT and RMT respectfully propose that each respective team will file, at least, one report in each reporting period,[1] which will result in at least two reports from each respective office every calendar year[2]:

**MT Report Schedule**: The Monitoring Team will file two reports a calendar year, each report will be filed 100 business days after the end of the Reporting Period. This will require a modification to § XX (Monitoring), ¶ 17 to change the time to file the Monitor's Report from 115 business days to 100 business days as outlined in Appendix A.

[1] The Reporting Periods in this case cover January 1 to June 30 and July 1 to December 31 of each year.

[2] The MT and RMT may file additional reports to the Court as needed.

**RMT Report Schedule**: The RMT will file two reports a calendar year as outlined below:

- 15 days before the expiration of the RemediationAction Plan ("RAP") with the proposed new RAP as required by the Court's February 18, 2026 Order § II, ¶ D(ii).
- 15 days before the expiration of the year end Reporting Period.

In practice, if the schedule is approved, the reporting schedule in a calendar year will occur as listed below. Appendix B of this letter includes the specific reporting dates for the 22rd to 25th Reporting Periods (January 1, 2026 to December 31, 2027).

- [End of May] MT report to be filed 100 business days after the end of the Reporting Period so this report will be filed in late-May and will cover the July to December Monitoring Period of the prior year.

- [Mid-June] RMT report to be filed 15 days before the expiration of the RAP with the proposed new RAP as required by the Court's February 18, 2026 Order § V, ¶ D(ii). The RMT Report will include the requirements of the RMT Order, including updates on the RMT's work from December through June and appropriate context or other information regarding the new proposed RAP.

- [End of November] MT report to be filed 100 business days after the end of the Monitoring Period so the MT's report will be filed by the end of November and cover January to June Monitoring Period of the current year.

- [Middle of December] RMT report to be filed 15 days before the expiration of the year end Reporting Period so the RMT's report will be filed around mid-December. The RMT Report will include the requirements of the RMT Order and any information from

June through December of that year. Because the proposed dates do not coincide with the close of the Reporting Periods, each RMT Report will cover the period since the prior RMT Report.

The MT and RMT respectfully request the Court approve the proposed schedule pursuant to the Court's February 18, 2026, § V, ¶ B (i) and the modification to Consent Judgment § XX (Monitoring), ¶ 17 as outlined in Appendix A. The MT and RMT have discussed this proposal with the Parties and the Parties have all reported that they consent to this reporting request.

We appreciate the Court's attention to this matter.

Sincerely,

s/ Steve J. Martin
Steve J. Martin, *Monitor*
Anna E. Friedberg, *Deputy Monitor*

# Appendix A

**Consent Judgment § XX, ¶ 17 (dkts. 249, 303, 888)[3]**

17. The Monitor shall issue a Monitor Report within ~~115~~ 100 business days following each Reporting Period. The Monitor Reports shall be provided to the Parties in draft form for comment at least 25 business days prior to their issuance, and the Parties shall provide the Monitor with their comments, if any, within 15 business days after receipt. The Monitor shall consider the Parties' comments, and make any changes he or she deems appropriate, before issuing the final report. The Monitor Reports shall be written with due regard for the privacy interests of individual Inmates and Staff Members; federal, state and local laws regarding the privacy of such information; and the interest of the Department in protecting against the disclosure of non-public or privileged information. Consistent with such interests and laws, the Monitor shall redact individual-identifying information from Monitor Reports and any documents submitted with those reports, and shall give due consideration to the Department's requests to redact any other information. To the extent the Monitor declines to make redactions requested by the Department, the Monitor Report and any documents submitted with those reports shall be submitted to the Court under seal for the Court to consider the Department's proposed redactions before making the Monitor Report public.

[3] The Court has previously modified Consent Judgment § XX, ¶ 17 on August 11, 2017 (dkt. 303) and July 25, 2025 (dkt. 888).

# Appendix B

Schedule for MT and RMT Reports for the 22nd to 25th Reporting Periods

(January 1, 2026 to December 31, 2027).

| | | |
|---|---|---|
| **22nd Reporting Period** | | |
| **22nd Reporting Period** | January 1, 2026 to June 30, 2026 | Consent Judgment, § XIX, ¶ 1 (Six Month Period) |
| **22nd Monitoring Report due to the Court** | November 24, 2026 | 100 Business Days after Reporting Period (Consent Judgment, § XX, ¶ 17) |
| **23rd Reporting Period and 1st RAP** | | |
| **23rd Reporting Period** | July 1, 2026 to December 31, 2026 | Consent Judgment, § XIX ¶ 1 (Six Month Period) |
| **RM Report due to the Court** | December 15, 2026 | Before the Monitor's Report, on a schedule pre-approved by the Court (February 18, 2026 Order, § V, ¶ B (i)) |
| **23rd Monitoring Report due to the Court** | May 26, 2027 | 100 Business Days after Reporting Period (Consent Judgment, § XX, ¶ 17) |
| **24rd Reporting Period and 2nd RAP** | | |
| **24th Reporting Period** | January 1, 2027 to June 30, 2027 | Consent Judgment, § XIX ¶ 1 (Six Month Period) |
| **RM Report due to the Court** | June 15, 2027 | Before the Monitor's Report, on a schedule pre-approved by the Court (February 18, 2026 Order, § V, ¶ B (i)) |
| **Second RAP Due** | June 15, 2027 | February 18, 2026 Order, § II, ¶ D (ii) |
| **24th Monitoring Report due to the Court** | November 24, 2027 | 100 Business Days after Reporting Period (Section XX ¶ 17) |
| **25th Reporting Period and 2nd RAP** | | |
| **25th Reporting Period** | July 1, 2027 to December 31, 2027 | Consent Judgment, § XIX ¶ 1 (Six Month Period) |
| **RM Report due to the Court** | December 15, 2027 | Before the Monitor's Report, on a schedule pre-approved by the Court (February 18, 2026 Order, § V, ¶ B (i)) |
| **25th Monitoring Report due to the Court** | May 24, 2028 | 100 Business Days after Reporting Period (Consent Judgment, § XX, ¶ 17) |