UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK NUNEZ, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>CITY OF NEW YORK, et al.,<br><br>Defendants. | 11 Civ. 5845 (LTS)(JCF) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>- against -<br><br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF CORRECTION,<br><br>Defendants. | |

**ORDER**

Case 1:11-cv-05845-LTS Document 1089 Filed 11/06/26 Page 2 of 4

1. *Monitor's Compliance Assessment for the 23rd and 24th Monitoring Period*: For the 23rd and 24th Monitoring Period (July 1, 2026 to June 30, 2027), the Monitor shall assess compliance, pursuant to § XX, ¶ 18 of the Consent Judgment, for the select group of provisions defined by § G, ¶5(b) of the Action Plan, and those provisions subject to the Court's November 26, 2024 Contempt Order (dkt. 803) (collectively "Select Nunez Provisions"). The Select Nunez Provisions are enumerated in the Appendix to this Order.

2. The Monitor's assignment of compliance ratings for all other provisions of the *Nunez* Court Orders not identified in the chart of Select Nunez Provisions are suspended for the period through **June 30, 2027**.

SO ORDERED this 9th day of November, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# Appendix A: Select Nunez Provisions

| Nunez Court Order Provision | Short Hand Description | Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b) | Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803) |
|---|---|---|---|
| Action Plan, § A, ¶1 (d) | Improved Routine Tours | ~ | Yes |
| Action Plan, § C, ¶ 3 (ii) | Increased Assignment of Captains in the Facility | ~ | Yes |
| Action Plan, § C, ¶ 3 (iii) | Improved Supervision of Captains | ~ | Yes |
| Action Plan, § C, ¶ 3 (v) | Maximizing Deployment of Staff - Awarded Posts | ~ | Yes |
| Action Plan, § C, ¶ 3 (vi) | Maximizing Deployment of Staff - Maximize Work Schedules | ~ | Yes |
| Action Plan, § C, ¶ 3 (vii) | Maximizing Deployment of Staff - Reduction of Uniformed Staff in Civilian Posts | ~ | Yes |
| Action Plan, § D, ¶ 2 (d) | Searches | ~ | Yes |
| Action Plan, § D, ¶ 2 (e) | Identify/ Recover Contraband | ~ | Yes |
| Action Plan, § D, ¶ 2 (f): | Escort Holds | ~ | Yes |
| Action Plan, § D, ¶ 2 (a) | Interim Security Plan | ~ | Yes |
| Consent Judgment, § IV., ¶ 1 | New Use of Force Directive | Yes | Yes |
| Consent Judgment, § V., ¶ 2 | Independent Staff Reports | Yes | ~ |
| Consent Judgment, § V., ¶ 22 | Providing Medical Attention Following Use of Force Incident | Yes | ~ |
| Consent Judgment, § VII., ¶ 1 | Thorough, Timely, Objective Investigations | Yes | Yes |
| Consent Judgment, § VII., ¶ 11 | ID Staffing | ~ | Yes |
| Consent Judgment, § VII., ¶ 9(a) | Timing of Full ID Investigations | Yes | Yes |
| Consent Judgment, § VIII., ¶ 1 | Timely, Appropriate and Meaningful Discipline | Yes | Yes |
| Consent Judgment, § VIII., ¶ 3(c) | Use of Force Violations | Yes | ~ |
| Consent Judgment, § VIII., ¶ 4 | Trials Division Staffing | Yes | ~ |
| Consent Judgment, § X., ¶ 1 | Early Warning System | Yes | ~ |
| Consent Judgment, § XII., ¶ 1 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 2 | Promotions | Yes | ~ |
| Consent Judgment, § XII., ¶ 3 | Promotions | Yes | ~ |
| Consent Judgment, § XV., ¶ 1 | Prevent Fight/Assault – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 12 | Direct Supervision – 18-year-olds | Yes | Yes |
| Consent Judgment, § XV., ¶ 17 | Consistent Assignment of Staff – 18-year-olds | Yes | Yes |
| First Remedial Order, § A., ¶ 1 | Conduct Rapid Reviews | Yes | ~ |
| First Remedial Order, § A., ¶ 2 | Facility Leadership Responsibilities | Yes | Yes |
| First Remedial Order, § A., ¶ 3 | Revised De-escalation Protocol | Yes | ~ |
| First Remedial Order, § A., ¶ 4 | Supervision of Captains | Yes | Yes |
| First Remedial Order, § A., ¶ 6 | Facility Emergency Response Teams | Yes | Yes |
| First Remedial Order, § C., ¶ 1 | Immediate Corrective Action | Yes | ~ |
| First Remedial Order, § C., ¶ 2 | Staff Accountability – Monitor | Yes | ~ |

Case 1:11-cv-05845-LTS Document 1008 Filed 11/09/26 Page 4 of 4

| **Nunez Court Order Provision** | **Short Hand Description** | **Provision Subject to Select Group of Provisions as defined by Action Plan § G, ¶ 5(b)** | **Provision Subject to Court's Nov. 26, 2024 Contempt Order (dkt. 803)** |
|---|---|---|---|
| | Recommendations | | |
| First Remedial Order, § C., ¶ 4/Third Remedial Order ¶ 2 | Expeditious OATH Proceedings | Yes | ~ |
| First Remedial Order, § C., ¶ 5 | Applicability of Disciplinary Guidelines to OATH Proceedings | Yes | ~ |
| First Remedial Order, § D, ¶ 1 | Consistent Staff Assignment and Leadership | ~ | Yes |
| First Remedial Order, § D, ¶ 3; 3(i) | Reinforcement of Direct Supervision | ~ | Yes |
| Second Remedial Order, ¶1(i)(a) | Interim Security Plan | ~ | Yes |
| Third Remedial Order, ¶ 3 | New OATH Procedures and Protocols | Yes | ~ |